CONFIDENTIAL – FILED UNDER SEAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc., <br><br>    Plaintiffs, <br><br>v. <br><br>Dmitro Nagovskiy, Konstantin Chechurin, OVH SAS, Webzilla B.V., GoDaddy.com, LLC, and Does 1-3, <br><br>    Defendants. | Civil Action No. _____ <br><br>Judge |

## LIST OF EXHIBITS SUPPORTING PLAINTIFFS' COMPLAINT AGAINST DEFENDANTS

| EXHIBIT | DESCRIPTION |
|---|---|
| A | CME Group Copyrighted Materials |
| B | U.S. Copyright Registrations & U.S. Copyright Applications for the Copyrighted Materials |
| C | Copies of Certificates of Registration & TSDR printouts for CME and CME GROUP registrations |
| D | Copies of Certificates of registration & TSDR printouts for CBOT, NYMEX, COMEX, 🌐, CLEARPORT, GLOBEX, CHICAGO MERCANTILE EXCHANGE, E-MINI, CHICAGO BOARD OF TRADE, NEW YORK MERCANTILE EXCHANGE, |

|   | |
|---|---|
|   | and PIVOT registrations. |
| E | Copies of TSDR printouts for CME Applications |
| F | WHOIS printout for domain name CMErussian.com |
| G | Printout of the website www.CMErussian.com |
| H | Printout of the website www.CMEgroupcenter.com |
| I | WHOIS printout for domain name |
| J | Chart Showing Substantial Similarities with Counterfeit Website CMEgroupcenter. |
| K | Chart Showing Substantial Similarities with Counterfeit Website CMErussian. |