EXHIBIT A

Tools for Pros
Redeem Code
Product Catalog
Site Map
Videos

**Partner Programs**
Affiliates
Reseller Programs
GoDaddy Pro

**Account**
My Account
My Renewals
Create Account

**Shopping**
Domains
Websites
WordPress
Hosting
Web Security
Online Marketing
Email & Office
Phone Numbers
Promos

🌐 United States - English ▲   USD ▲

f  🐦  g+  ▶

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 – 2019 GoDaddy Operating Company, LLC. All Rights Reserved.