# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-847-974**

Effective date of registration:

December 21, 2012

---

### Title
- **Title of Work:** Cmegroup.com

### Completion/Publication
- **Year of Completion:** 2010
- **Date of 1st Publication:** April 30, 2010
- **Nation of 1st Publication:** United States

### Author
- **Author:** Chicago Mercantile Exchange Inc.
- **Author Created:** text, photograph(s), 2-D artwork
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

### Copyright claimant
- **Copyright Claimant:** Chicago Mercantile Exchange Inc.
  20 S. Wacker Drive, Chicago, IL, 60606, United States

### Limitation of copyright claim
- **Material excluded from this claim:** Previously published versions of some text, photographs and 2-D art work are excluded; no claim is made to any preexisting text, photographs and 2-D art work owned by third parties or information that is in the public domain
- **New material included in claim:** text, photograph(s), 2-D artwork

### Rights and Permissions
- **Organization Name:** Chicago Mercantile Exchange Inc.
- **Address:** 20 S. Wacker Drive
  Chicago, IL 60606 United States

### Certification

               **Name:** Tatyana V. Gilles
               **Date:** December 20, 2012
**Applicant's Tracking Number:** 13271-1336

---

          **Correspondence:** Yes

Registration #: VA0001847974
Service Request #: 1-866537291



Chicago Mercantile Exchange Inc.
Tatyana Gilles
357 W. Chicago, Suite 200
Chicago, IL 60654  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**VA 2-004-052**
Effective Date of Registration:
May 18, 2016

## Title

Title of Work: Cmegroup.com

## Completion/Publication

Year of Completion: 2016
Date of 1st Publication: January 01, 2016
Nation of 1st Publication: United States

## Author

- Author: Chicago Mercantile Exchange, Inc.
  Author Created: photograph, 2-D artwork, text
  Work made for hire: Yes
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Chicago Mercantile Exchange, Inc.
20 S. Wacker Drive, Chicago, IL, 60606, United States

## Limitation of copyright claim

Material excluded from this claim: Previosly published versions are excluded; no claim is made to any preexisting material owned by third parties or information that is in the public domain
Previous registration and year: VA 1-847-974, 2012
New material included in claim: photograph, 2-D artwork, text

## Rights and Permissions

Organization Name: Chicago Mercantile Exchange, inc.
Address: 20 S. Wacker Drive
Chicago, IL 60606 United States

## Certification

Name: J. Ryan Hinshaw
Date: April 21, 2016

Page 1 of 2

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-7434460531

## Mail Certificate

Norvell IP llc
Christian S. Morgan
333 S. Wabash Ave.
Suite 2700
Chicago, IL 60604 United States

**Priority:** Special Handling  **Application Date:** February 27, 2019

## Correspondent

**Organization Name:** Norvell IP llc
**Name:** Christian S. Morgan
**Email:** officeactions@norvellip.com
**Telephone:** (773)966-2467
**Alt. Telephone:** (888)315-0732
**Fax:** (312)268-5063
**Address:** 333 S. Wabash Ave.
Suite 2700
Chicago, IL 60604 United States

Registration Number  
**\*-APPLICATION-\***

### Title

    **Title of Work:** Cmegroup.com 2

### Completion/Publication

    **Year of Completion:** 2019  
    **Date of 1st Publication:** February 19, 2019  
    **Nation of 1st Publication:** United States

### Author

    • **Author:** Chicago Mercantile Exchange Inc.  
    **Author Created:** photograph, 2-D artwork, text  
    **Work made for hire:** Yes  
    **Citizen of:** United States

### Copyright Claimant

    **Copyright Claimant:** Chicago Mercantile Exchange Inc.  
    20 S. Wacker Drive, Chicago, IL, 60606, United States

### Limitation of copyright claim

    **Material excluded from this claim:** Previously published versions are excluded; no claim is made to any preexisting material owned by third parties or information that is in the public domain  
    **Previous registration and year:** VA 2-004-052, 2016  
    VA 1-847-974, 2012

    **New material included in claim:** photograph, 2-D artwork, text

### Rights and Permissions

    **Organization Name:** Chicago Mercantile Exchange Inc.  
    **Address:** 20 S. Wacker Drive  
    Chicago, IL 60606 United States

**Certification**

|  |  |
|---:|:---|
| Name: | Christian S. Morgan |
| Date: | February 27, 2019 |
| Applicant's Tracking Number: | 13813-3 |

|  |  |
|---|---|
| **Registration #:** | *-APPLICATION-* |
| **Service Request #:** | 1-7434460931 |

## Mail Certificate

Norvell IP llc  
Christian S. Morgan  
333 S. Wabash Ave.  
Suite 2700  
Chicago, IL 60604 United States

|  |  |  |  |
|---|---|---|---|
| **Priority:** | Special Handling | **Application Date:** | February 27, 2019 |

## Correspondent

| | |
|---|---|
| **Organization Name:** | Norvell IP llc |
| **Name:** | Christian S. Morgan |
| **Email:** | officeactions@norvellip.com |
| **Telephone:** | (773)966-2467 |
| **Alt. Telephone:** | (888)315-0732 |
| **Fax:** | (312)268-5063 |
| **Address:** | 333 S. Wabash Ave<br>Suite 2700<br>Chicago, IL 60604 United States |

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** Cmegroup.com 1

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 09, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Chicago Mercantile Exchange Inc.
  **Author Created:** photograph, 2-D artwork, text
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Chicago Mercantile Exchange Inc.
20 S. Wacker Drive, Chicago, IL, 60606, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previously published versions are excluded; no claim is made to any preexisting material owned by third parties or information that is in the public domain
**Previous registration and year:** VA 2-004-052, 2016
VA 1-847-974, 2012
**New material included in claim:** photograph, 2-D artwork, text

## Rights and Permissions

**Organization Name:** Chicago Mercantile Exchange Inc.
**Address:** 20 S. Wacker Drive
Chicago, IL 60606 United States

Page 1 of 2

**Certification**

| | |
|---:|:---|
| **Name:** | Christian S. Morgan |
| **Date:** | February 27, 2019 |
| **Applicant's Tracking Number:** | 13813-3 |