EXHIBIT D

Int. Cl.: 36

Prior U.S. Cl.: 102

United States Patent and Trademark Office

Reg. No. 1,716,422
Registered Sep. 15, 1992

SERVICE MARK
PRINCIPAL REGISTER

CBOT

BOARD OF TRADE OF THE CITY OF CHICA-
GO (ILLINOIS VOLUNTARY MEMBERSHIP
ASSOCIATION, AKA CHICAGO BOARD OF
TRADE
141 WEST JACKSON BOULEVARD
CHICAGO, IL 60604

FOR: COMMODITY EXCHANGE SERVICES,
IN CLASS 36 (U.S. CL. 102).

FIRST USE 12-31-1976; IN COMMERCE
12-31-1976.

OWNER OF U.S. REG. NO. 1,414,563.

SER. NO. 74-174,550, FILED 6-10-1991.

JOAN LESLIE BISHOP, EXAMINING ATTOR-
NEY

Generated on: This page was generated by TSDR on 2016-04-21 10:22:00 EDT

Mark: CBOT

US Serial Number: 74174550

US Registration 1716422
Number:

Register: Principal

Mark Type: Service Mark

Status: The registration has been renewed.

Status Date: Jul. 18, 2013

Publication Date: Jun. 23, 1992

Application Filing Jun. 10, 1991
Date:

Registration Date: Sep. 15, 1992

## Mark Information

Mark Literal CBOT
Elements:

Standard Character No
Claim:

Mark Drawing 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)
Type:

## Related Properties Information

Claimed Ownership 1414563
of US
Registrations:

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

* Brackets [..] indicate deleted goods/services;
* Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
* Asterisks *..* identify additional (new) wording in the goods/services.

For: commodity exchange services

International 036 - Primary Class
Class(es):

U.S Class(es): 102

Class Status: ACTIVE

Basis: 1(a)

First Use: Dec. 31, 1976

Use In Commerce: Dec. 31, 1976

## Basis Information (Case Level)

| | | |
|---|---|---|
| Filed Use: Yes | Currently Use: Yes | Amended Use: No |
| Filed ITU: No | Currently ITU: No | Amended ITU: No |
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |

Filed No Basis: No      Currently No Basis: No

## Current Owner(s) Information

**Owner Name:** BOARD OF TRADE OF THE CITY OF CHICAGO, INC

**Owner Address:** 141 WEST JACKSON BOULEVARD
CHICAGO, ILLINOIS 60604
UNITED STATES

**Legal Entity Type:** CORPORATION     **State or Country** DELAWARE
**When Organized:**

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Jay M. Burgett     **Docket Number:** 13440-169

**Attorney Primary** officeactions@novellip.com     **Attorney Email** Yes
**Email Address:**     **Authorized:**

**Correspondent**

**Correspondent** Jay M. Burgett
**Name/Address:** Novell IP llc.
P.O. Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732     **Fax:** 312-268-5063

**Correspondent e-** officeactions@novellip.com     **Correspondent e-** Yes
**mail:**     **mail Authorized:**

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
| --- | --- | --- |
| Dec. 10, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jul. 18, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jul. 18, 2013 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 67603 |
| Jul. 18, 2013 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 67603 |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Mar. 20, 2013 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Mar. 20, 2013 | REVIEW OF CORRESPONDENCE COMPLETE - INFORMATION MADE OF RECORD | |
| Mar. 20, 2013 | POST REGISTRATION ACTION MAILED - SEC. 8 & 9 | 67603 |
| Mar. 14, 2013 | TEAS SECTION 8 & 9 RECEIVED | 67603 |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Dec. 08, 2008 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Dec. 08, 2008 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Mar. 05, 2008 | CASE FILE IN TICRS | |
| Sep. 11, 2003 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Sep. 11, 2003 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Aug. 22, 2002 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Aug. 22, 2002 | TEAS SECTION 8 & 9 RECEIVED | |
| May 23, 1998 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Mar. 27, 1998 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| May 22, 1992 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 23, 1992 | PUBLISHED FOR OPPOSITION | |
| May 22, 1992 | NOTICE OF PUBLICATION | |
| Sep. 17, 1991 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 17, 1991 | ASSIGNED TO EXAMINER | 67604 |

## Maintenance Filings or Post Registration Information

**Affidavit of** Section 8 - Accepted
**Continued Use:**

**Affidavit of** Section 15 - Accepted
**Incontestability:**

**Renewal Date:** Sep. 15, 2012

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** POST REGISTRATION          **Date in Location:** Jul. 18, 2013

# Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 2          **Registrant:** Board of Trade of the City of Chicago

### Assignment 1 of 2

**Conveyance:** MERGER EFFECTIVE 11/13/2001

**Reel/Frame:** 0962/0361          **Pages:** 17

**Date Recorded:** Mar. 14, 2013

**Supporting** assignment-tm-4962-0361.pdf
**Documents:**

|  | **Assignor** |  |
|---|---|---|
| **Name:** BOARD OF TRADE OF THE CITY OF CHICAGO | **Execution Date:** Nov. 13, 2001 | |
| **Legal Entity Type:** VOLUNTARY MEMBERSHIP ASSOCIATION | **State or Country** ILLINOIS **Where Organized:** | |
| **Name:** BOARD OF TRADE OF THE CITY OF CHICAGO, INC. | **Execution Date:** Nov. 13, 2001 | |
| **Legal Entity Type:** CORPORATION | **State or Country** DELAWARE **Where Organized:** | |

|  | **Assignee** |  |
|---|---|---|
| **Name:** BOARD OF TRADE OF THE CITY OF CHICAGO, INC. | | |
| **Legal Entity Type:** CORPORATION | **State or Country** DELAWARE **Where Organized:** | |
| **Address:** 141 WEST JACKSON BOULEVARD CHICAGO, ILLINOIS 60604 | | |

**Correspondent**

**Correspondent** TATYANA GILLES - NORVELL IP LLC
**Name:**

**Correspondent** 1776 ASH STREET
**Address:** NORTHFIELD, IL 60093

**Domestic Representative - Not Found**

### Assignment 2 of 2

**Conveyance:** MERGER EFFECTIVE 04/22/2005

**Reel/Frame:** 4962/0366          **Pages:** 15

**Date Recorded:** Mar. 14, 2013

**Supporting** assignment-tm-4962-0366.pdf
**Documents:**

|  | **Assignor** |  |
|---|---|---|
| **Name:** CBOT MERGER SUB, INC. | **Execution Date:** Apr. 22, 2005 | |
| **Legal Entity Type:** CORPORATION | **State or Country** DELAWARE **Where Organized:** | |
| **Name:** BOARD OF TRADE OF THE CITY OF CHICAGO, INC. | **Execution Date:** Apr. 22, 2005 | |
| **Legal Entity Type:** CORPORATION | **State or Country** DELAWARE **Where Organized:** | |

**Assignee**

**Name:** BOARD OF TRADE OF THE CITY OF CHICAGO, INC.

**Legal Entity Type:** CORPORATION    **State or Country** DELAWARE
**Where Organized:**

**Address:** 141 WEST JACKSON BOULEVARD
CHICAGO, ILLINOIS 60604

**Correspondent**

**Correspondent** TATYANA V. GILLES - NORVELL IP LLC
**Name:**

**Correspondent** 1776 ASH STREET
**Address:** NORTHFIELD, IL 60093

**Domestic Representative - Not Found**

Int. Cl.: 36

Prior U.S. Cl.: 102

**United States Patent and Trademark Office**    Reg. No. 1,731,593
Registered Nov. 10, 1992

SERVICE MARK
PRINCIPAL REGISTER

NYMEX

NEW YORK MERCANTILE EXCHANGE (NEW
YORK CORPORATION)
FOUR WORLD TRADE CENTER
NEW YORK, NY 10048

FOR: OPERATION OF AN EXCHANGE
MARKET FOR TRADING IN COMMODITY FU-
TURES CONTRACTS, IN CLASS 36 (U.S. CL.
102).

FIRST USE 10-0-1980; IN COMMERCE
10-0-1980.

SER. NO. 74-205,176, FILED 9-19-1991.

M. L. HERSHKOWITZ, EXAMINING ATTOR-
NEY

Generated on: This page was generated by TSDR on 2016-04-21 10:22:51 EDT

Mark: NYMEX

US Serial Number: 74205176

US Registration Number: 1731593

Register: Principal

Mark Type: Service Mark

Status: The registration has been renewed.

Status Date: Nov. 09, 2012

Publication Date: Aug. 18, 1992

Application Filing Date: Sep. 19, 1991

Registration Date: Nov. 10, 1992

## Mark Information

Mark Literal Elements: NYMEX

Standard Character Claim: No

Mark Drawing Type: 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

* Brackets [..] indicate deleted goods/services;
* Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
* Asterisks *..* identify additional (new) wording in the goods/services.

For: operation of an exchange market for trading in commodity futures contracts

International Class(es): 036 - Primary Class          U.S Class(es): 102

Class Status: ACTIVE

Basis: 1(a)

First Use: Oct. 1980          Use in Commerce: Oct. 1980

## Basis Information (Case Level)

| | | |
|---|---|---|
| Filed Use: Yes | Currently Use: Yes | Amended Use: No |
| Filed ITU: No | Currently ITU: No | Amended ITU: No |
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

## Current Owner(s) Information

Owner Name: NEW YORK MERCANTILE EXCHANGE, INC.

Owner Address: ONE NORTH END AVENUE
New York, NEW YORK 10282
UNITED STATES

Legal Entity Type: CORPORATION

State or Country DELAWARE
Where Organized:

## Attorney/Correspondence Information

**Attorney of Record**

Attorney Name: Joseph T. Kucala, Jr.

Docket Number: 13071-466

Attorney Primary officeactions@norvellip.com
Email Address:

Attorney Email Yes
Authorized:

Correspondent: Joseph T. Kucala, Jr.
Name/Address: Norvell IP LLC
PO Box 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

**Correspondent**

Phone: 888-315-0732

Fax: 312-268-5063

Correspondent e- officeactions@norvellip.com officeactions@norvell
mail: ip.com

Correspondent e- Yes
mail Authorized:

Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Nov. 09, 2012 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Nov. 09, 2012 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Nov. 09, 2012 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Nov. 09, 2012 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Oct. 17, 2012 | TEAS SECTION 8 & 9 RECEIVED | |
| Jun. 25, 2010 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jun. 25, 2010 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Mar. 25, 2008 | CASE FILE IN TICRS | |
| Feb. 20, 2003 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Feb. 20, 2003 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Nov. 07, 2002 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Nov. 07, 2002 | PAPER RECEIVED | |
| Nov. 20, 1999 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Nov. 06, 1998 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Nov. 10, 1992 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 18, 1992 | PUBLISHED FOR OPPOSITION | |
| Jul. 17, 1992 | NOTICE OF PUBLICATION | |
| May 21, 1992 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 11, 1992 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jan. 22, 1992 | NON-FINAL ACTION MAILED | 75461 |
| | | 75461 |
| | | 75461 |
| Dec. 24, 1991 | ASSIGNED TO EXAMINER | 69798 |

## Maintenance Filings or Post Registration Information

Affidavit of Section 8 - Accepted
Continued Use:

Affidavit of Section 15 - Accepted
Incontestability:

Renewal Date: Nov. 10, 2012

# TM Staff and Location Information

| TM Staff Information - None | |
|---|---|
| Current Location: GENERIC WEB UPDATE | File Location |
| | Date in Location: Nov. 09, 2012 |

## Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 1

Registrant: NEW YORK MERCANTILE EXCHANGE

### Assignment 1 of 1

| | |
|---|---|
| **Conveyance:** MERGER | |
| **Reel/Frame:** 2472/0962 | Pages: 6 |
| **Date Recorded:** Mar. 26, 2002 | |
| **Supporting Documents:** assignment-tm-2472-0962.pdf | |

**Assignor**

| | |
|---|---|
| **Name:** NEW YORK MERCANTILE EXCHANGE | **Execution Date:** Nov. 17, 2000 |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** NEW YORK |

**Assignee**

| | |
|---|---|
| **Name:** NEW YORK MERCANTILE EXCHANGE, INC. | |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** DELAWARE |
| **Address:** WORLD FINANCIAL CENTER ONE NORTH END AVENUE NEW YORK, NEW YORK 10282 | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** ARENT FOX ET AL | |
| **Correspondent Address:** DAVID C. GRYCE 1050 CONNECTICUT AVE., NW WASHINGTON, DC 20036 | |

Domestic Representative - Not Found

## Proceedings

**Summary**

**Number of Proceedings:** 1

| Proceeding Number: 91225272 | **Type of Proceeding:** Opposition | |
|---|---|---|
| **Status:** Pending | **Filing Date:** Dec 09, 2015 | **Status Date:** Dec 09, 2015 |
| **Interlocutory Attorney:** ROBERT COGGINS | | |

**Defendant**

| | |
|---|---|
| **Name:** North American Monetary Exchange Corporation | |
| **Correspondent Address:** LAWRENCE D HILTON LEGAL TENDER SERVICES PLLC 270 N MAIN ST STE B ALPINE UT  84004-1440 UNITED STATES | |
| **Correspondent e-mail:** larry@name.net | |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|

NMMX

Opposition Pending

Plaintiff(s)

86561412

**Name:** New York Mercantile Exchange, Inc.

**Correspondent:** J RYAN HINSHAW
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com   rhinshaw@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| NYMEX | Renewed | 74295176 | 1731593 |
| NYMEX | Renewed | 78370902 | 2656425 |
| NYMEX | Section 8 and 15 - Accepted and Acknowledged | 77061974 | 3436974 |
| NYMEX BRENT | Non-Final Action - Mailed | 86797611 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Dec 09, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Dec 09, 2015 | Jan 18, 2016 |
| 3 | PENDING, INSTITUTED | Dec 09, 2015 | |
| 4 | ANSWER; MOT TO REOPEN | Feb 01, 2016 | |
| 5 | D REQ FOR DISCOVERY CONFERENCE-PHONE | Feb 04, 2016 | |
| 6 | BD ORDER: DISCOVERY CONF HELD | Feb 16, 2016 | |

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,656,475

United States Patent and Trademark Office

Registered Dec. 3, 2002

SERVICE MARK
PRINCIPAL REGISTER

NYMEX

NEW YORK MERCANTILE EXCHANGE, INC.
(DELAWARE CORPORATION)
ONE NORTH END AVENUE
WORLD FINANCIAL CENTER
NEW YORK, NY 10282-1101

FOR: PROVIDING INFORMATION ON SETTLE-
MENT PRICES, TRADING PRICES, BID AND ASK
PRICES, PRICE RANGES, VOLUME DATA, AND
OTHER MARKET DATA ON COMMODITY FU-
TURES CONTRACTS AND OPTIONS ON COM-

MODITY FUTURES CONTRACTS, IN CLASS 36
(U.S. CLS. 100, 101 AND 102).

FIRST USE 1-0-1980; IN COMMERCE 1-0-1980.

OWNER OF U.S. REG. NOS. 1,731,593 AND
1,836,354.

SER. NO. 76-370,902, FILED 2-13-2002.

STEVEN R. FINE, EXAMINING ATTORNEY

Generated on: This page was generated by TSDR on 2016-04-21 10:23:50 EDT

Mark: NYMEX

**NYMEX**

US Serial Number: 76370902

US Registration Number: 2656475

Registrer: Principal

Mark Type: Service Mark

Status: The registration has been renewed.

Status Date: Nov. 30, 2012

Publication Date: Sep. 10, 2002

Application Filing Date: Feb. 13, 2002

Registration Date: Dec. 03, 2002

## Mark Information

Mark Literal Elements: NYMEX

Standard Character Claim: No

Mark Drawing Type: 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

## Related Properties Information

Claimed Ownership of US Registrations: 1731590, 1836354

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

* Brackets [..] indicate deleted goods/services;
* Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
* Asterisks *..* identify additional (new) wording in the goods/services.

For: Providing information on settlement prices, trading prices, bid and ask prices, price ranges, volume data, and other market data on commodity futures contracts and options on commodity futures contracts

International Class(es): 036 - Primary Class

US Class(es): 100, 101, 102

Class Status: ACTIVE

Basis: 1(a)

First Use: Jan. 1980

Use In Commerce: Jan. 1980

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: Yes | Currently Use: Yes | Amended Use: No | |
| Filed ITU: No | Currently ITU: No | Amended ITU: No | |
| Filed 44D: No | Currently 44D: No | Amended 44D: No | |
| Filed 44E: No | Currently 44E: No | Amended 44E: No | |
| Filed 66A: No | Currently 66A: No | | |
| Filed No Basis: No | Currently No Basis: No | | |

## Current Owner(s) Information

Owner Name: New York Mercantile Exchange, Inc.

**Owner Address:** One North End Avenue
World Financial Center
New York, NEW YORK, UNITED STATES 102821101

**Legal Entity Type:** CORPORATION

**State or Country** DELAWARE
**Where Organized:**

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Joseph T. Kucala, Jr.

**Docket Number:** 13271-469

**Attorney Primary** officeactions@novellip.com
**Email Address:**

**Attorney Email** Yes
**Authorized:**

**Correspondent**

**Correspondent** Joseph T. Kucala, Jr.
**Name/Address:** Novell IP LLC
PO Box 2461
CHICAGO, ILLINOIS UNITED STATES 60690

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-** officeactions@novellip.com officeactions@novell
**mail:** ip.com

**Correspondent e-** Yes
**mail Authorized:**

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Nov. 30, 2012 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Nov. 30, 2012 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 74886 |
| Nov. 30, 2012 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 74886 |
| Nov. 29, 2012 | TEAS SECTION 8 & 9 RECEIVED | |
| Jun. 25, 2010 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jun. 25, 2010 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Jul. 16, 2009 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jul. 16, 2009 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Nov. 15, 2008 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 74886 |
| Oct. 24, 2008 | TEAS SECTION 8 & 15 RECEIVED | |
| Jul. 21, 2008 | CASE FILE IN TICRS | |
| Aug. 12, 2003 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 04, 2003 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 03, 2002 | REGISTERED-PRINCIPAL REGISTER | |
| Sep. 10, 2002 | PUBLISHED FOR OPPOSITION | |
| Aug. 21, 2002 | NOTICE OF PUBLICATION | |
| Jun. 19, 2002 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 14, 2002 | ASSIGNED TO EXAMINER | 63031 |
| Jun. 14, 2002 | ASSIGNED TO EXAMINER | 63031 |
| Jun. 06, 2002 | ASSIGNED TO EXAMINER | 78473 |

## Maintenance Filings or Post Registration Information

**Affidavit of** Section 8 - Accepted
**Continued Use:**

**Affidavit of** Section 15 - Accepted
**Incontestability:**

**Renewal Date:** Dec. 03, 2012

## TM Staff and Location Information

TM Staff Information - None

**File Location**

Current Location: GENERIC WEB UPDATE     Date In Location: Nov. 30, 2012

## Proceedings

**Summary**

Number of Proceedings: 1

**Type of Proceeding: Opposition**

| | |
|---|---|
| Proceeding Number: | 91226279 |
| Filing Date: | Dec 09, 2015 |
| Status: | Pending |
| Status Date: | Dec 09, 2015 |
| Interlocutory Attorney: | ROBERT COGGINS |

**Defendant**

Name: North American Monetary Exchange Corporation
Correspondent: LAWRENCE D HILTON
Address: LEGAL TENDER SERVICES PLLC
270 N MAIN ST STE B
ALPINE UT UNITED STATES , 84004-1440
Correspondent e-mail: larry@nams.net

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| NAMX | Opposition Pending | 86561412 | |

**Plaintiff(s)**

Name: New York Mercantile Exchange, Inc.
Correspondent: J RYAN HINSHAW
Address: NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690
Correspondent e-mail: officeactions@norvellip.com ; rhinshaw@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| NYMEX | Renewed | 74205176 | 1731593 |
| NYMEX | Renewed | 76370962 | 2856475 |
| NYMEX | Section 8 and 15 - Accepted and Acknowledged | 77081274 | 3436974 |
| NYMEX BHENT | Non-Final Action - Mailed | 86787611 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Dec 09, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Dec 09, 2015 | Jan 18, 2016 |
| 3 | PENDING, INSTITUTED | Dec 09, 2015 | |
| 4 | ANSWER; MOT TO REOPEN | Feb 01, 2016 | |
| 5 | D REQ FOR DISCOVERY CONFERENCE-PHONE | Feb 04, 2016 | |
| 6 | BD ORDER-DISCOVERY CONF HELD | Feb 16, 2016 | |

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

Reg. No. 3,436,974

United States Patent and Trademark Office

Registered May 27, 2008

SERVICE MARK
PRINCIPAL REGISTER

# NYMEX

NEW YORK MERCANTILE EXCHANGE, INC.
(DELAWARE CORPORATION)
WORLD FINANCIAL CENTER
ONE NORTH END AVENUE
NEW YORK, NY 10282

FOR: PROVIDING FINANCIAL AND INVEST-
MENT INFORMATION SERVICES; PROVIDING
FINANCIAL SERVICES, NAMELY, PROVIDING
OPEN OUT-CRY AND ELECTRONIC EXCHANGE
MARKETS FOR TRADING, CLEARING, CON-
FIRMING TRANSACTIONS AND OTHER SERVI-
CES IN THE FIELD OF COMMODITY FUTURES,
OPTIONS AND OTHER DERIVATIVES; PROVID-
ING INFORMATION ON SETTLEMENT PRICES,
TRADING PRICES, BID AND ASK PRICES, PRICE

RANGES, VOLUME DATA AND OTHER MARKET
DATA ON COMMODITY FUTURE CONTRACTS,
OPTIONS AND OTHER DERIVATIVES BASED ON
AN INDEX, IN CLASS 36 (U.S. CLS. 100, 101 AND
102).

FIRST USE 10-0-1980; IN COMMERCE 10-0-1980.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 77-061,274, FILED 12-11-2006.

BARBARA BROWN, EXAMINING ATTORNEY

Generated on: This page was generated by TSDR on 2019-02-17 16:29:50 EST

Mark: NYMEX

# NYMEX

US Serial Number: 77061274

US Registration Number: 3436974

Register: Principal

Mark Type: Service Mark

TM5 Common Status Descriptor:



Status: The registration has been renewed.

Status Date: May 02, 2018

Publication Date: Jul. 03, 2007

Application Filing Date: Dec. 11, 2006

Registration Date: May 27, 2008

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

Notice of Allowance Date: Sep. 25, 2007

## Mark Information

Mark Literal Elements: NYMEX

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

* Brackets [..] indicate deleted goods/services;
* Double parentheses ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
* Asterisks *..* identify additional (new) wording in the goods/services.

For: Providing financial and investment information services, namely, providing open out-cry and electronic exchange markets for trading, clearing, confirming transactions and other services in the field of commodity futures, options and other derivatives; providing information on settlement prices, trading prices, bid and ask prices, price ranges, volume data and other market data on commodity future contracts, options and other derivatives based on an index

International Class(es): 036 - Primary Class

U.S Class(es): 100, 101, 102

Class Status: ACTIVE

Basis: 1(a)

First Use: Oct. 1980

Use In Commerce: Oct. 1980

## Basis Information (Case Level)

Filed Use: No

Filed ITU: Yes

Filed 44D: No

Filed 44E: No

Filed 66A: No

Filed No Basis: No

Currently Use: Yes

Currently ITU: No

Currently 44E: No

Currently 44E: No

Currently 66A: No

Currently No Basis: No

## Current Owner(s) Information

Owner Name: New York Mercantile Exchange, Inc.

Owner Address: 300 Vesey Street
New York, NEW YORK UNITED STATES 10282

Legal Entity Type: CORPORATION

State or Country DELAWARE
Where Organized:

## Attorney/Correspondence Information

**Attorney of Record**

Attorney Name: Joseph T. Kucala, Jr.

Attorney Primary officeactions@novellip.com
Email Address:

Docket Number: 13271-470

Attorney Email: Yes
Authorized:

**Correspondent**

Correspondent Joseph T. Kucala, Jr.
Name/Address: Novell IP LLC
P.O. Box 2461
CHICAGO, ILLINOIS UNITED STATES 60690

Phone: 888-315-0752                                        Fax: 312-268-5063

Correspondent e- officeactions@novellip.com               Correspondent e- Yes
mail: jkucala@novellip.com                                 mail Authorized:

Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 02, 2018 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| May 02, 2018 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| May 02, 2018 | REGISTERED - SEC. 8 (10-YR)/ACCEPTED/SEC. 9 GRANTED | 74886 |
| Apr. 28, 2018 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 74886 |
| Apr. 19, 2018 | TEAS SECTION 8 & 9 RECEIVED | 74886 |
| May 27, 2017 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| May 28, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| May 27, 2014 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| May 06, 2014 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | 70132 |
| May 27, 2014 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 70132 |
| May 06, 2014 | TEAS SECTION 8 & 15 RECEIVED | 70132 |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Jun. 25, 2010 | ATTORNEY/DOM.REP REVOKED AND/OR APPOINTED | |
| Jun. 25, 2010 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 16, 2009 | ATTORNEY/DOM.REP REVOKED AND/OR APPOINTED | |
| Jul. 16, 2009 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| May 27, 2008 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 22, 2008 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 70468 |
| Apr. 22, 2008 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Apr. 08, 2008 | STATEMENT OF USE PROCESSING COMPLETE | 66154 |
| Mar. 24, 2008 | USE AMENDMENT FILED | |
| Mar. 24, 2008 | TEAS STATEMENT OF USE RECEIVED | 66154 |
| Sep. 25, 2007 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Jul. 03, 2007 | PUBLISHED FOR OPPOSITION | |
| Jun. 13, 2007 | NOTICE OF PUBLICATION | |
| Apr. 27, 2007 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70468 |
| Apr. 27, 2007 | ASSIGNED TO LIE | 70468 |
| Apr. 06, 2007 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 04, 2007 | ASSIGNED TO EXAMINER | 74671 |

Dec. 15, 2006    NOTICE OF PSEUDO MARK MAILED

Dec. 14, 2006    NEW APPLICATION ENTERED IN TRAM

## Maintenance Filings or Post Registration Information

**Affidavit of Section 8** - Accepted
**Continued Use:**

**Affidavit of Section 15** - Accepted
**Incontestability:**

**Renewal Date:** May 27, 2018

## TM Staff and Location Information

**TM Staff Information -** None

**File Location**

**Date in Location:** May 02, 2018

**Current Location:** GENERIC WEB UPDATE

## Proceedings

### Summary

**Number of    1
Proceedings:**

### Type of Proceeding: Opposition

| Proceeding Number: | 91225279 | | Filing Date: | Mar 28, 2018 |
|---|---|---|---|---|

**Status:** Pending                    **Status Date:** Dec 09, 2015

**Interlocutory** ELIZABETH WINTER
**Attorney:**

**Defendant**

**Name:** North American Monetary Exchange Corporation

**Correspondent** LAWRENCE D HILTON
**Address:** LEGAL TENDER SERVICES PLLC
270 N MAIN ST, STE B
ALPINE, UT UNITED STATES   84004-1440

**Correspondent e-** larry@namx.net
**mail:**

**Associated marks**

| Mark | | | Serial Number | Registration Number |
|---|---|---|---|---|
| NAMX | | | 86661412 | |

**Plaintiff(s)**

**Name:** New York Mercantile Exchange, Inc.

**Correspondent** SARAH B FERGUSON
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES, 60690

**Correspondent e-** officeactions@norvellip.com ; ebarger@norvellip.com ; mharvey@norvellip.com
**mail:**

**Associated marks**

| Mark | | | Serial Number | Registration Number |
|---|---|---|---|---|
| | Application Status | | | |
| NYMEX | REGISTERED AND RENEWED | | 74205175 | 1721950 |
| NYMEX | REGISTERED AND RENEWED | | 76370662 | 2656425 |
| NYMEX | REGISTERED AND RENEWED | | 77061174 | 3436974 |
| NYMEX | Opposition Pending | | 86247611 | |

**Prosecution History**

| Entry Number | History Text | | Date | Due Date |
|---|---|---|---|---|
| 1 | FILED AND FEE | | Dec 09, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | | Dec 09, 2015 | Jan 18, 2016 |

| 3 | PENDING, INSTITUTED | Dec 09, 2015 |
| 4 | ANSWER; MOT TO REOPEN | Feb 01, 2016 |
| 5 | D REQ FOR DISCOVERY CONFERENCE-PHONE | Feb 04, 2016 |
| 6 | BD ORDER: DISCOVERY CONF HELD | Feb 16, 2016 |
| 7 | P MOT FOR EXT W/ CONSENT | Jun 09, 2016 |
| 8 | EXTENSION OF TIME GRANTED | Jun 09, 2016 |
| 9 | P MOT FOR EXT W/O CONSENT | Aug 30, 2016 |
| 10 | P MOT TO COMPEL DISCOVERY | Sep 14, 2016 |
| 11 | SUSP PEND DISP OF OUTSTNDNG MOT | Sep 15, 2016 |
| 12 | D OPP/RESP TO MOTION | Sep 30, 2016 |
| 13 | P REPLY IN SUPPORT OF MOTION | Sep 30, 2016 |
| 14 | TRIAL DATES RESET | Nov 14, 2016 |
| 15 | STIPULATED PROTECTIVE ORDER | Nov 18, 2016 |
| 16 | P MOT FOR EXT W/ CONSENT | Dec 09, 2016 |
| 17 | EXTENSION OF TIME GRANTED | Dec 09, 2016 |
| 18 | TRIAL DATES REMAIN AS SET | Dec 13, 2016 |
| 19 | P MOT FOR EXT W/ CONSENT | Mar 21, 2017 |
| 20 | EXTENSION OF TIME GRANTED | Mar 22, 2017 |
| 21 | P PET TO DISQUALIFY D COUNSEL | Jun 08, 2017 |
| 22 | SUSP PEND DISP OF OUTSTNDNG MOT | Jun 13, 2017 |
| 23 | D OPP/RESP TO MOTION | Jun 29, 2017 |
| 24 | P REBUTTAL RESP IN SUPP OF ITS MOT TO DISQUALIFY | Jul 18, 2017 |
| 25 | DECISION GRANTING PETITION FOR DISQUALIFICATION | Jul 25, 2017 |
| 26 | P MOT FOR EXT W/ CONSENT | Aug 14, 2017 |
| 27 | EXTENSION OF TIME GRANTED | Sep 22, 2017 |
| 28 | P MOT FOR EXT W/ CONSENT | Nov 02, 2017 |
| 29 | EXTENSION OF TIME GRANTED | Nov 02, 2017 |
| 30 | P MOT FOR EXT W/ CONSENT | Jan 12, 2018 |
| 31 | EXTENSION OF TIME GRANTED | Jan 23, 2018 |
| 32 | P MOT FOR EXT W/ CONSENT | Mar 28, 2018 |
| 33 | EXTENSION OF TIME GRANTED | May 30, 2018 |
| 34 | D UNDELIVERABLE MAIL | Jun 11, 2018 |
| 35 | P MOT FOR EXT W/ CONSENT | Jul 03, 2018 |
| 36 | EXTENSION OF TIME GRANTED | Jul 28, 2018 |
| 37 | D UNDELIVERABLE MAIL | Aug 07, 2018 |
| 38 | P MOT FOR EXT W/ CONSENT | Oct 09, 2018 |
| 39 | EXTENSION OF TIME GRANTED | Oct 16, 2018 |
| 40 | D UNDELIVERABLE MAIL | Nov 07, 2018 |
| 41 | P MOT FOR EXT W/ CONSENT | Dec 20, 2018 |
| 42 | EXTENSION OF TIME GRANTED | Jan 07, 2019 |

Int. Cl.: 36

Prior U.S. Cl.: 102

## United States Patent Office

Reg. No. 1,036,378
Registered Mar. 23, 1976

### SERVICE MARK
#### Principal Register

## COMEX

Commodity Exchange, Inc. (New York corporation)
81 Broad St.
New York, N.Y.   10004

For: OPERATION OF AN EXCHANGE MAR-
KET FOR TRADING IN COMMODITY FUTURES
CONTRACTS, PRIMARILY METALS, in CLASS
36 (U.S. CL. 102).

First use as early as June 13, 1963; in commerce as
early as June 13, 1963.

Ser. No. 35,794, filed Oct. 29, 1974.

**Generated on:** This page was generated by TSDR on 2016-04-21 10:26:30 EDT

**Mark:** COMEX

**US Serial Number:** 73035794

**US Registration Number:** 1036378

**Register:** Principal

**Mark Type:** Service Mark

**Status:** The registration has been renewed.

**Status Date:** Mar. 05, 2016

**Application Filing Date:** Oct. 29, 1974

**Registration Date:** Mar. 23, 1976

## Mark Information

**Mark Literal Elements:** COMEX

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** OPERATION OF AN EXCHANGE MARKET FOR TRADING IN COMMODITY FUTURES CONTRACTS, PRIMARILY METALS

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jun. 13, 1963

**Use in Commerce:** Jun. 13, 1963

## Basis Information (Case Level)

**Filed Use:** Yes

**Filed ITU:** No

**Filed 44D:** No

**Filed 44E:** No

**Filed 66A:** No

**Filed No Basis:** No

**Currently Use:** Yes

**Currently ITU:** No

**Currently 44D:** No

**Currently 44E:** No

**Currently 66A:** No

**Currently No Basis:** No

**Amended Use:** No

**Amended ITU:** No

**Amended 44D:** No

**Amended 44E:** No

## Current Owner(s) Information

**Owner Name:** COMMODITY EXCHANGE, INC.

**Owner Address:** World Financial Center, One North End Avenue

NEW YORK, NEW YORK 102821101
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** NEW YORK

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Sarah B. Ferguson

**Docket Number:** 13441-457

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Sarah B. Ferguson
Norvell IP llc
PO Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com sferguson@norvellip.com

**Correspondent e-mail Authorized:** Yes

Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 05, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Mar. 05, 2016 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 75184 |
| Mar. 05, 2016 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 75184 |
| Mar. 04, 2016 | TEAS SECTION 8 & 9 RECEIVED | |
| Mar. 23, 2015 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Jun. 25, 2010 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jun. 25, 2010 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Oct. 09, 2007 | CASE FILE IN TICRS | |
| Jun. 24, 2006 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 75184 |
| Jun. 24, 2006 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jun. 08, 2006 | ASSIGNED TO PARALEGAL | 75184 |
| Mar. 21, 2006 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Mar. 21, 2006 | TEAS SECTION 8 & 9 RECEIVED | |
| Apr. 30, 1996 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Mar. 01, 1996 | REGISTERED - SEC. 9 FILED/CHECK RECORD FOR SEC. 8 | |
| Sep. 09, 1981 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |

# Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Mar. 23, 2016

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE

**Date in Location:** Mar. 05, 2016

# Proceedings

**Summary**

| Number of Proceedings: | 4 |

### Type of Proceeding: Opposition

| Proceeding Number: | 91166861 | **Filing Date:** | Sep 27, 2005 |

| **Status:** | Terminated | | |
| **Status Date:** | Apr 20, 2006 | | |

| **Interlocutory Attorney:** | CHERYL S GOODMAN |

**Defendant**

| **Name:** | BAW Holdings, Inc. |
| **Correspondent Address:** | F. Lane Finch, Jr. |
| | HASKELL SLAUGHTER YOUNG & REDIKER |
| | Suite 1400 2100 Park Place North |
| | Birmingham AL , 35203 |
| | UNITED STATES |
| **Correspondent e-mail:** | flf@hsy.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
| --- | --- | --- | --- |
| COMEX WIRELESS | Cancelled - Section 8 | 78318403 | 3099925 |

**Plaintiff(s)**

| **Name:** | NEW YORK MERCANTILE EXCHANGE, INC. |
| **Correspondent Address:** | ADAM D. RESNICK |
| | ARENT FOX PLLC |
| | 1050 CONNECTICUT AVENUE, N.W. |
| | WASHINGTON DC , 20036 |
| | UNITED STATES |
| **Correspondent e-mail:** | resnick.adam@arentfox.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
| --- | --- | --- | --- |
| COMEX | Renewed | 73035794 | 1036378 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
| --- | --- | --- | --- |
| 1 | FILED AND FEE | Sep 27, 2005 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Oct 11, 2005 | Nov 20, 2005 |
| 3 | PENDING, INSTITUTED | Oct 11, 2005 | |
| 4 | STIPULATION FOR AN EXTENSION OF TIME | Nov 17, 2005 | |
| 5 | EXTENSION OF TIME GRANTED | Nov 17, 2005 | |
| 6 | STIPULATION FOR AN EXTENSION OF TIME | Jan 18, 2006 | |
| 7 | EXTENSION OF TIME GRANTED | Jan 18, 2006 | |
| 8 | STIPULATION FOR AN EXTENSION OF TIME | Feb 17, 2006 | |
| 9 | EXTENSION OF TIME GRANTED | Feb 17, 2006 | |
| 10 | STIPULATION FOR AN EXTENSION OF TIME | Mar 20, 2006 | |
| 11 | EXTENSION OF TIME GRANTED | Mar 20, 2006 | |
| 12 | MOTION TO AMEND APPLICATION | Apr 12, 2006 | |
| 13 | AMDT APPROVED; PL ALLOWED 30 DAYS W/D | Apr 14, 2006 | |
| 14 | WITHDRAWAL OF OPPOSITION | Apr 18, 2006 | |
| 15 | BD'S DECISION: DISMISSED W/O PREJUDICE | Apr 20, 2006 | |
| 16 | TERMINATED | Apr 20, 2006 | |

### Type of Proceeding: Extension of Time

| Proceeding Number: | 78318403 | **Filing Date:** | Apr 26, 2005 |

**Status:** Terminated        **Status Date:** Oct 26, 2005

**Interlocutory Attorney:**

### Defendant

**Name:** BAW Holdings, Inc.

**Correspondent Address:** F. Lane Finch, Jr.
HASKELL SLAUGHTER YOUNG & REDIKER
Suite 1400 2100 Park Place North
Birmingham AL , 35203
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| COMEX WIRELESS | Cancelled - Section 8 | 78318403 | 3099925 |

### Potential Opposer(s)

**Name:** New York Mercantile Exchange, Inc., the parent of Commodity Exchange, Inc.

**Correspondent Address:** David C. Gryce, Esq.
Arent Fox PLLC
1050 Connecticut Avenue, NW
Washington DC , 20036-5339
UNITED STATES

**Correspondent e-mail:** tmdocket@arentfox.com

**Name:** NEW YORK MERCANTILE EXCHANGE, INC.

**Correspondent Address:** ADAM D. RESNICK
ARENT FOX PLLC
1050 CONNECTICUT AVENUE, N.W.
WASHINGTON DC , 20036
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| COMEX | Renewed | 73035794 | 1036378 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | INCOMING - EXT TIME TO OPPOSE FILED | Apr 26, 2005 | |
| 2 | EXTENSION OF TIME GRANTED | Apr 26, 2005 | |
| 3 | INCOMING - EXT TIME TO OPPOSE FILED | Jul 22, 2005 | |
| 4 | EXTENSION OF TIME GRANTED | Jul 22, 2005 | |

### Type of Proceeding: Opposition

**Proceeding Number:** 91155045        **Filing Date:** May 29, 2002

**Status:** Terminated        **Status Date:** Oct 23, 2003

**Interlocutory Attorney:** ANDREW P BAXLEY

### Defendant

**Name:** Global Ecomex Ltd

**Correspondent Address:** Alan W. Young, Esq.
Young Law Firm, P.C.
4370 Alpine Road, Suite 106
Portola Valley CA , 94028
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| ECOMEX | Abandoned - After Inter-Partes Decision | 78002901 | |

### Plaintiff(s)

**Name:** NEW YORK MERCANTILE EXCHANGE, INC.

**Correspondent** Melanye K. Johnson

**Address:** ARENT FOX KINTNER PLOTKIN & KAHN, PLLC
1050 Connecticut Avenue, NW
Washington DC , 20036
UNITED STATES

**Associated marks**

| Mark | | Application Status | Serial Number | Registration Number |
|---|---|---|---|---|
| COMEX | | Renewed | 73035794 | 1036378 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | May 29, 2002 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Feb 13, 2003 | Mar 25, 2003 |
| 3 | PENDING, INSTITUTED | Feb 13, 2003 | |
| 4 | NOTICE OF DEFAULT | May 27, 2003 | |
| 5 | BOARD'S DECISION: SUSTAINED | Jul 16, 2003 | |
| 6 | DELETE ENTRY | Oct 07, 2003 | |
| 7 | TERMINATED | Oct 23, 2003 | |

## Type of Proceeding: Extension of Time

**Proceeding Number:** 78002901          **Filing Date:** Apr 17, 2002

**Status:** Terminated          **Status Date:** Dec 12, 2002

**Interlocutory Attorney:**

**Defendant**

**Name:** Global Ecomex Ltd

**Correspondent Address:** Alan W. Young, Esq.
Young Law Firm, P.C.
4370 Alpine Road, Suite 106
Portola Valley CA , 94028
UNITED STATES

**Associated marks**

| Mark | | Application Status | Serial Number | Registration Number |
|---|---|---|---|---|
| ECOMEX | | Abandoned - After Inter-Partes Decision | 78002901 | |

**Potential Opposer(s)**

**Name:** NEW YORK MERCANTILE EXCHANGE, INC

**Correspondent Address:** MELANYE K. JOHNSON
ARENT FOX KINTNER PLOTKIN & KAHN, PLLC
1050 CONNECTICUT AVENUE, N.W.
WASHINGTON DC , 20036
UNITED STATES

**Associated marks**

| Mark | | Application Status | Serial Number | Registration Number |
|---|---|---|---|---|
| COMEX | | Renewed | 73035794 | 1036378 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | INCOMING - EXT TIME TO OPPOSE FILED | Mar 28, 2002 | |
| 2 | EXTENSION OF TIME GRANTED | Apr 17, 2002 | |
| 3 | INCOMING - EXT TIME TO OPPOSE FILED | Apr 26, 2002 | |
| 4 | EXTENSION OF TIME GRANTED | Jun 04, 2002 | |
| 5 | DELETE ENTRY | Aug 02, 2002 | |
| 6 | COMMUNICATION FROM POT. OPPOSER | Nov 22, 2002 | |

# United States of America

### United States Patent and Trademark Office

# COMEX

**Reg. No. 5,483,800**

**Registered Jun. 05, 2018**

**Int. Cl.: 36**

**Service Mark**

**Principal Register**

Commodity Exchange, Inc. (NEW YORK CORPORATION)
300 Vesey Street
New York, NEW YORK 10282

CLASS 36: Financial exchange services; commodities exchange services; futures exchange services; options exchange services; providing exchange markets for trading, clearing, confirmation and financial trading risk management in the field of futures and options; financial trading, namely, trading of futures and options related to metals; providing financial market data; electronic financial trading services; providing financial information by electronic means in the field of futures and options; financial information services; financial risk management services; financial trade processing services

FIRST USE 6-13-1963; IN COMMERCE 6-13-1963

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-401,768, FILED 04-06-2017



Director of the United States
Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

## WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms** available at http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2019-02-17 16:30:23 EST

**Mark:** COMEX

# COMEX

**US Serial Number:** 87401768

**US Registration Number:** 5483800

**Filed as TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jun. 05, 2018

**Publication Date:** Mar. 20, 2018

**Application Filing Date:** Apr. 06, 2017

**Registration Date:** Jun. 05, 2018

**Currently TEAS RF:** Yes

## Mark Information

**Mark Literal Elements:** COMEX

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**International Registration Number:** 1370232

**International Application(s) /Registration(s) Based on this Property:** A0066248/1370232

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial exchange services; commodities exchange services; futures exchange services; options exchange services; providing exchange markets for trading, clearing, confirmation and financial trading risk management in the field of futures and options; financial trading, namely, trading of futures and options related to metals; providing financial market data; electronic financial trading services; providing financial information by electronic means in the field of futures and options; financial information services; financial risk management services; financial trade processing services

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jun. 13, 1963

**Use in Commerce:** Jun. 13, 1963

## Basis Information (Case Level)

**Filed Use:** Yes

**Filed ITU:** No

**Currently Use:** Yes

**Currently ITU:** No

**Amended Use:** No

**Amended ITU:** No

| | | |
|---|---|---|
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

## Current Owner(s) Information

**Owner Name:** Commodity Exchange, Inc.

**Owner Address:** 300 Vesey Street
New York, NEW YORK 10282
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** NEW YORK

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Sarah B. Ferguson

**Docket Number:** 13441

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** SARAH B. FERGUSON
NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

**Fax:** 312-268-5063

**Phone:** 8883150732

**Correspondent e-mail:** officeactions@norvellip.com sferguson@norvellip.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 05, 2018 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 20, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 20, 2018 | PUBLISHED FOR OPPOSITION | |
| Feb. 28, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 12, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | 68123 |
| Feb. 02, 2018 | TEAS/EMAIL CORRESPONDENCE ENTERED | 68123 |
| Feb. 02, 2018 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Feb. 02, 2018 | TEAS RESPONSE TO SUSPENSION INQUIRY RECEIVED | 6332 |
| Jan. 16, 2018 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | 6332 |
| Jan. 16, 2018 | LETTER OF SUSPENSION E-MAILED | 93675 |
| Jan. 16, 2018 | SUSPENSION LETTER WRITTEN | 88889 |
| Dec. 26, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Dec. 26, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Dec. 26, 2017 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 6325 |
| Jun. 30, 2017 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jun. 30, 2017 | NON-FINAL ACTION E-MAILED | 93675 |
| Jun. 30, 2017 | NON-FINAL ACTION WRITTEN | 93675 |
| Jun. 27, 2017 | ASSIGNED TO EXAMINER | 68123 |
| May 16, 2017 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 68123 |
| May 02, 2017 | ASSIGNED TO LIE | |
| Apr. 17, 2017 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Apr. 14, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Apr. 10, 2017 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION

**Date in Location:** Jun. 05, 2018

Int. Cl.: 36

Prior U.S. Cl.: 102

**United States Patent and Trademark Office**

Reg. No. 1,303,096
Registered Oct. 30, 1984

## SERVICE MARK
### Principal Register



Chicago Mercantile Exchange (Illinois corporation)
444 W. Jackson Blvd.
Chicago, Ill. 60606

For: CONDUCTING A SECURITY, COMMODITY, MONETARY AND FINANCIAL INSTRUMENTS FUTURES EXCHANGE, in CLASS 36 (U.S. Cl. 102).

First use Nov. 7, 1983; in commerce Nov. 7, 1983.

Ser. No. 452,238, filed Nov. 10, 1983.

NANCY O. HEBERT, Examining Attorney

**Generated on:** This page was generated by TSDR on 2016-04-21 10:27:17 EDT

**Mark:**



**US Serial Number:** 73452238

**US Registration Number:** 1303096

**Register:** Principal

**Mark Type:** Service Mark

**Status:** The registration has been renewed.

**Status Date:** Oct. 04, 2014

**Publication Date:** Aug. 21, 1984

**Application Filing Date:** Nov. 10, 1983

**Registration Date:** Oct. 30, 1984

## Mark Information

**Mark Literal Elements:** None

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S)

**Design Search Code(s):** 01.07.02 - Globes with meridians and parallels only
26.15.12 - Polygons with bars, bands and lines
26.15.21 - Polygons that are completely or partially shaded

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Conducting a Security, Commodity, Monetary and Financial Instruments Futures Exchange

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Nov. 07, 1983

**Use in Commerce:** Nov. 07, 1983

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** CHICAGO MERCANTILE EXCHANGE INC.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T. Kucala, Jr.

**Docket Number:** 13439-1104

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Joseph T. Kucala, Jr.
Norvell IP llc
P.O. Box 2461
Chicago, ILLINOIS UNITED STATES 60690

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com

**Correspondent e-mail Authorized:** Yes

Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 04, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Oct. 04, 2014 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 76293 |
| Oct. 04, 2014 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 76293 |
| Oct. 01, 2014 | TEAS SECTION 8 & 9 RECEIVED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Feb. 07, 2012 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Feb. 07, 2012 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| May 07, 2008 | CASE FILE IN TICRS | |
| Jun. 20, 2006 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Jun. 20, 2006 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jan. 28, 2004 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Jan. 28, 2004 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Nov. 20, 2003 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Feb. 15, 1990 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Dec. 13, 1989 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Oct. 30, 1984 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 21, 1984 | PUBLISHED FOR OPPOSITION | |
| Jun. 19, 1984 | NOTICE OF PUBLICATION | |
| Apr. 24, 1984 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 19, 1984 | EXAMINER'S AMENDMENT MAILED | |
| Apr. 11, 1984 | ASSIGNED TO EXAMINER | |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Oct. 30, 2014

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE     **Date in Location:** Oct. 04, 2014

## Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 2     **Registrant:** Chicago Mercantile Exchange

### Assignment 1 of 2

**Conveyance:** MERGER

**Reel/Frame:** 2724/0893        **Pages:** 4

**Date Recorded:** May 05, 2003

**Supporting Documents:** assignment-tm-2724-0893.pdf

**Assignor**

**Name:** CHICAGO MERCANTILE EXCHANGE    **Execution Date:** Nov. 09, 2000

**Legal Entity Type:** CORPORATION    **State or Country Where Organized:** ILLINOIS

**Assignee**

**Name:** CME TRANSITORY CO.

**Legal Entity Type:** CORPORATION    **State or Country Where Organized:** DELAWARE

**Address:** 30 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606

**Correspondent**

**Correspondent Name:** BRINKS HOFER GILSON & LIONE

**Correspondent Address:** CHRISTOPHER N. BOLINGER
P.O. BOX 10395
CHICAGO, ILLINOIS 60610

**Domestic Representative - Not Found**

### Assignment 2 of 2

**Conveyance:** MERGER

**Reel/Frame:** 2725/0474        **Pages:** 5

**Date Recorded:** May 05, 2003

**Supporting Documents:** assignment-tm-2725-0474.pdf

**Assignor**

**Name:** CME TRANSITORY CO.    **Execution Date:** Nov. 09, 2000

**Legal Entity Type:** CORPORATION    **State or Country Where Organized:** No Place Where Organized Found

**Assignee**

**Name:** CHICAGO MERCANTILE EXCHANGE INC.

**Legal Entity Type:** CORPORATION    **State or Country Where Organized:** DELAWARE

**Address:** 30 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606

**Correspondent**

**Correspondent Name:** BRINKS HOFER GILSON

**Correspondent Address:** CHRISTOPHER N. BOLINGER
P.O. BOX 10395
CHICAGO, IL 60610

**Domestic Representative - Not Found**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,369,249**

**Registered July 16, 2013**

**Int. Cls.: 9, 36, and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CHICAGO MERCANTILE EXCHANGE INC. (DELAWARE CORPORATION)
20 S. WACKER DRIVE
CHICAGO, IL 60606

FOR: COMPUTER SOFTWARE FOR USE IN FINANCIAL TRADING, FINANCIAL EX-CHANGE, AND FINANCIAL CLEARING SERVICES; COMPUTER SOFTWARE FOR USE IN TRADING, CLEARING, CONFIRMATION, AND FINANCIAL TRADING RISK MANAGE-MENT FOR EXCHANGE MARKET TRANSACTIONS IN THE FIELD OF FUTURES, OPTIONS, SWAPS, AND OTHER DERIVATIVE CONTRACTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-0-2010; IN COMMERCE 6-0-2010.

FOR: FINANCIAL EXCHANGE SERVICES; MONETARY EXCHANGE SERVICES; COM-MODITIES EXCHANGE SERVICES; FUTURES EXCHANGE SERVICES; FINANCIAL IN-FORMATION AND MARKET DATA SERVICES, NAMELY, PROVIDING INFORMATION IN THE FIELD OF FINANCIAL DERIVATIVES AND EQUITY MARKETS; FINANCIAL CLEARING SERVICES; PROVIDING EXCHANGE MARKETS FOR TRADING, CLEARING, CONFIRMATION AND FINANCIAL TRADING RISK MANAGEMENT IN THE FIELD OF FUTURES, OPTIONS, SWAPS, AND OTHER DERIVATIVES CONTRACTS; CONDUCTING COMMODITIES, SECURITIES, MONETARY, AND FINANCIAL INSTRUMENT EXCHANGE AND CLEARING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-0-2010; IN COMMERCE 6-0-2010.

FOR: PROVIDING TEMPORARY ON-LINE USE OF DOWNLOADABLE COMPUTER SOFTWARE FOR USE IN FINANCIAL TRADING, FINANCIAL EXCHANGE AND FINANCIAL CLEARING SERVICES; PROVIDING TEMPORARY ON-LINE USE OF NON-DOWNLOAD-ABLE SOFTWARE FOR TRADING, CLEARING, CONFIRMATION, AND FINANCIAL TRADING RISK MANAGEMENT FOR EXCHANGE MARKET TRANSACTIONS IN THE FIELD OF FUTURES, OPTIONS, SWAPS, AND OTHER DERIVATIVE CONTRACTS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 6-0-2010; IN COMMERCE 6-0-2010.

THE MARK CONSISTS OF GLOBE DESIGN.



Acting Director of the United States Patent and Trademark Office

**Reg. No. 4,369,249**  SN 85-436,652, FILED 9-30-2011.

JESSICA A. POWERS, EXAMINING ATTORNEY

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

### The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2019-02-17 16:30:56 EST

**Mark:**



| | | | |
|---|---|---|---|
| **US Serial Number:** 85436652 | | **Application Filing Date:** Sep. 30, 2011 | |
| **US Registration Number:** 4369249 | | **Registration Date:** Jul. 16, 2013 | |
| **Register:** Principal | | | |
| **Mark Type:** Trademark, Service Mark | | | |
| **Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due. | | | |
| **Status Date:** Jul. 16, 2013 | | | |
| **Publication Date:** Aug. 28, 2012 | | **Notice of Allowance Date:** Oct. 23, 2012 | |

## Mark Information

**Mark Literal Elements:** None

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consists of globe design.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Design Search Code(s):** 01.07.25 - Globes, other

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer software for use in financial trading, financial exchange, and financial clearing services; computer software for use in trading, clearing, confirmation, and financial trading risk management for exchange market transactions in the field of futures, options, swaps, and other derivative contracts

**International Class(es):** 009 - Primary Class      **U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jun. 2010      **Use in Commerce:** Jun. 2010

**For:** Financial exchange services; monetary exchange services; commodities exchange services; futures exchange services; financial information and market data services, namely, providing information in the field of financial derivatives and equity markets; financial clearing services; providing exchange markets for trading, clearing, confirmation and financial trading risk management in the field of futures, options, swaps, and other derivatives contracts; conducting commodities, securities, monetary, and financial instrument exchange and clearing services

**International Class(es):** 036 - Primary Class      **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jun. 2010           **Use in Commerce:** Jun. 2010

**For:** providing temporary on-line use of downloadable computer software for use in financial trading, financial exchange and financial clearing services; providing temporary on-line use of non-downloadable software for trading, clearing, confirmation, and financial trading risk management for exchange market transactions in the field of futures, options, swaps, and other derivative contracts

**U.S Class(es):** 100, 101

**International Class(es):** 042 - Primary Class

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jun. 2010           **Use in Commerce:** Jun. 2010

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**State or Country Where Organized:** DELAWARE

**Legal Entity Type:** CORPORATION

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T. Kucala, Jr.

**Docket Number:** 13271-1039

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** No

### Correspondent

**Correspondent Name/Address:** Joseph T. Kucala, Jr.
Norvell IP llc
PO Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Fax:** 312-268-5063

**Phone:** 888-315-0732

**Correspondent e-mail:** officeactions@norvellip.com officeactions@norvell ip.com

**Correspondent e-mail Authorized:** Yes

Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 16, 2018 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jul. 16, 2013 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 11, 2013 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | 76568 |
| Jun. 09, 2013 | LAW OFFICE REGISTRATION REVIEW COMPLETED | |
| Jun. 06, 2013 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | 66230 |
| May 20, 2013 | STATEMENT OF USE PROCESSING COMPLETE | |

| | | |
|---|---|---|
| Apr. 23, 2013 | USE AMENDMENT FILED | 66230 |
| May 10, 2013 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 66230 |
| Apr. 23, 2013 | TEAS STATEMENT OF USE RECEIVED | |
| Oct. 23, 2012 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Sep. 07, 2012 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Sep. 07, 2012 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Aug. 28, 2012 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 28, 2012 | PUBLISHED FOR OPPOSITION | |
| Aug. 15, 2012 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jul. 23, 2012 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 76568 |
| Jul. 23, 2012 | ASSIGNED TO LIE | 76568 |
| Jul. 01, 2012 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 20, 2012 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jun. 20, 2012 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jun. 20, 2012 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 20, 2011 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 20, 2011 | NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 20, 2011 | NON-FINAL ACTION WRITTEN | 82094 |
| Dec. 19, 2011 | ASSIGNED TO EXAMINER | 82094 |
| Oct. 07, 2011 | NOTICE OF DESIGN SEARCH CODE MAILED | |
| Oct. 06, 2011 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Oct. 04, 2011 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

Current Location: PUBLICATION AND ISSUE SECTION    Date in Location: Jun. 09, 2013

Int. Cls.: 9, 36 and 42

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101 and 102

Reg. No. 3,388,102

**United States Patent and Trademark Office** Registered Feb. 26, 2008

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# CLEARPORT

NEW YORK MERCANTILE EXCHANGE, INC. (DELAWARE CORPORATION)
WORLD FINANCIAL CENTER ONE NORTH END AVE
NEW YORK, NY 102821101

FOR: COMPUTER SOFTWARE FOR USE IN TRADING, CLEARING, CONFIRMATION, AND OTHER RELATED SERVICES FOR EXCHANGE MARKET TRANSACTIONS IN THE FIELD OF COMMODITY FUTURES, OPTIONS, AND OTHER DERIVATIVES CONTRACTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-14-2003; IN COMMERCE 1-16-2003.

FOR: PROVIDING ELECTRONIC ONLINE EXCHANGE MARKETS FOR TRADING, CLEARING, CONFIRMING TRANSACTIONS, AND OTHER RELATED SERVICES IN THE FIELD OF COMMODITY FUTURES, OPTIONS, AND OTHER DERIVATIVES CONTRACTS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-14-2003; IN COMMERCE 1-16-2003.

FOR: PROVIDING TEMPORARY ON-LINE USE OF NON-DOWNLOADABLE SOFTWARE FOR TRADING, CLEARING, CONFIRMATION, AND OTHER RELATED SERVICES FOR EXCHANGE MARKET TRANSACTIONS IN THE FIELD OF COMMODITY FUTURES, OPTIONS, AND OTHER DERIVATIVES CONTRACTS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 1-14-2003; IN COMMERCE 1-16-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,890,870 AND 2,943,346.

SER. NO. 77-196,819, FILED 6-4-2007.

AISHA CLARKE, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2019-02-17 16:31:14 EST

**Mark:** CLEARPORT

# CLEARPORT

**US Serial Number:** 77196819

**US Registration Number:** 3388102

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**Status:** The registration has been renewed.

**Status Date:** Jan. 25, 2018

**Publication Date:** Dec. 11, 2007

**Application Filing Date:** Jun. 04, 2007

**Registration Date:** Feb. 26, 2008

## Mark Information

**Mark Literal Elements:** CLEARPORT

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**Claimed Ownership of US Registrations:** 2890870, 2943346

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer software for use in trading, clearing, confirmation, and other related services for exchange market transactions in the field of commodity futures, options, and other derivatives contracts

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jan. 14, 2003

**Use in Commerce:** Jan. 16, 2003

**For:** Providing electronic online exchange markets for trading, clearing, confirming transactions, and other related services in the field of commodity futures, options, and other derivatives contracts

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jan. 14, 2003

**Use in Commerce:** Jan. 16, 2003

**For:** Providing temporary on-line use of non-downloadable software for trading, clearing, confirmation, and other related services for exchange market transactions in the field of commodity futures, options, and other derivatives contracts

**International Class(es):** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(a)                                      **Use in Commerce:** Jan. 16, 2003
**First Use:** Jan. 14, 2003

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** CHICAGO MERCANTILE EXCHANGE INC.

**Owner Address:** 20 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Joseph T. Kucala, Jr.

**Docket Number:** 13441-0456

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Joseph T. Kucala, Jr.
Norvell IP LLC
PO Box 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

**Fax:** 312-268-5063

**Phone:** 888-315-0732

**Correspondent e-mail:** officeactions@norvellip.com officeactions@norvell
ip.com skelleher@norvellip.com mhirsch@norvelli
p.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 25, 2018 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | 66607 |
| Jan. 25, 2018 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 66607 |
| Jan. 25, 2018 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 66607 |
| Jan. 22, 2018 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Dec. 27, 2017 | TEAS SECTION 8 & 9 RECEIVED | |
| Dec. 27, 2017 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 26, 2017 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Oct. 29, 2014 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Mar. 18, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | 76533 |
| Mar. 18, 2014 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 76533 |
| Feb. 24, 2014 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | 76533 |
| Mar. 14, 2014 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Feb. 24, 2014 | TEAS SECTION 8 & 15 RECEIVED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 25, 2010 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |

| Date | Event | Number |
|---|---|---|
| Jun. 25, 2010 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 26, 2008 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 11, 2007 | PUBLISHED FOR OPPOSITION | |
| Nov. 21, 2007 | NOTICE OF PUBLICATION | 68171 |
| Nov. 07, 2007 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 68171 |
| Nov. 07, 2007 | ASSIGNED TO LIE | |
| Oct. 08, 2007 | APPROVED FOR PUB - PRINCIPAL REGISTER | 88889 |
| Oct. 04, 2007 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Oct. 04, 2007 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Oct. 04, 2007 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Sep. 13, 2007 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 13, 2007 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 13, 2007 | NON-FINAL ACTION WRITTEN | 76611 |
| Sep. 12, 2007 | ASSIGNED TO EXAMINER | 76611 |
| Jun. 08, 2007 | NOTICE OF PSEUDO MARK MAILED | |
| Jun. 07, 2007 | NEW APPLICATION ENTERED IN TRAM | |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Feb. 26, 2018

## TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** GENERIC WEB UPDATE

**Date in Location:** Jan. 25, 2018

## Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 1

**Registrant:** New York Mercantile Exchange, Inc.

### Assignment 1 of 1

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Pages:** 4

**Reel/Frame:** 5384/0470

**Date Recorded:** Oct. 20, 2014

**Supporting Documents:** assignment-tm-5384-0470.pdf

**Assignor**

**Name:** NEW YORK MERCANTILE EXCHANGE, INC.

**Legal Entity Type:** CORPORATION

**Execution Date:** Dec. 31, 2013

**State or Country Where Organized:** DELAWARE

**Assignee**

**Name:** CHICAGO MERCANTILE EXCHANGE INC.

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

**Address:** 20 SOUTH WACKER DRIVE CHICAGO, ILLINOIS 60606

**Correspondent**

**Correspondent Name:** TATYANA V. GILLES - NORVELL IP LLC

**Correspondent Address:** 357 W. CHICAGO, SUITE 200 CHICAGO, IL 60605

**Domestic Representative - Not Found**

Int. Cl.: 41

Prior U.S. Cl.: 107

## United States Patent and Trademark Office

Reg. No. 1,576,888
Registered Jan. 9, 1990

### SERVICE MARK
### PRINCIPAL REGISTER

## GLOBEX

CHICAGO MERCANTILE EXCHANGE
30 SOUTH WACKER DRIVE
CHICAGO, IL 60606

FOR: CONDUCTING COURSES, SEMINARS
AND COMPUTERIZED TRAINING IN TRAD-
ING CONTRACTS FOR SECURITIES, COM-
MODITIES, AND MONETARY AND FINAN-

CIAL INSTRUMENTS ON A FUTURES EX-
CHANGE, IN CLASS 41 (U.S. CL. 107).
FIRST USE 6-22-1988; IN COMMERCE
6-22-1988.

SER. NO. 73-743,753, FILED 8-2-1988.

TERRY ELLEN HOLTZMAN, EXAMINING AT-
TORNEY

**Generated on:** This page was generated by TSDR on 2016-04-21 10:33:08 EDT

**Mark:** GLOBEX

**US Serial Number:** 73743753

**US Registration Number:** 1576888

**Application Filing Date:** Aug. 02, 1988

**Registration Date:** Jan. 09, 1990

**Register:** Principal

**Mark Type:** Service Mark

**Status:** The registration has been renewed.

**Status Date:** Jul. 17, 2010

**Publication Date:** Oct. 17, 1989

## Mark Information

**Mark Literal Elements:** GLOBEX

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** CONDUCTING COURSES, SEMINARS AND COMPUTERIZED TRAINING IN TRADING CONTRACTS FOR SECURITIES, COMMODITIES, AND MONETARY AND FINANCIAL INSTRUMENTS ON A FUTURES EXCHANGE

**International Class(es):** 041 - Primary Class

**U.S Class(es):** 107

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jun. 22, 1988

**Use in Commerce:** Jun. 22, 1988

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | |
| **Filed ITU:** No | **Currently ITU:** No | **Amended Use:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended ITU:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44D:** No |
| **Filed 66A:** No | **Currently 66A:** No | **Amended 44E:** No |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** CHICAGO MERCANTILE EXCHANGE, INC.

**Owner Address:** 20 S. Wacker Drive
CHICAGO, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney Name:** Joseph T. Kucala, Jr.

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney of Record**

**Docket Number:** 13271/1105

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Joseph T. Kucala, Jr.
Norvell IP llc
PO Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com officeactions@norvell ip.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 07, 2012 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Feb. 07, 2012 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Jul. 20, 2011 | CASE FILE IN TICRS | |
| Jul. 13, 2011 | CASE FILE IN TICRS | |
| Jul. 17, 2010 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 67149 |
| Jul. 17, 2010 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 73376 |
| Jul. 07, 2010 | TEAS SECTION 8 & 9 RECEIVED | |
| May 11, 2010 | NOTICE OF SUIT | |
| Jun. 23, 2006 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Jun. 23, 2006 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | 88888 |
| Dec. 13, 2000 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Dec. 13, 2000 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jan. 06, 2000 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Oct. 13, 1995 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Feb. 21, 1995 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Jan. 09, 1990 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 17, 1989 | PUBLISHED FOR OPPOSITION | |
| Sep. 16, 1989 | NOTICE OF PUBLICATION | |
| Aug. 05, 1989 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 29, 1989 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jul. 05, 1989 | EXAMINERS AMENDMENT MAILED | |
| Apr. 10, 1989 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Apr. 06, 1989 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 62918 |
| Oct. 03, 1988 | NON-FINAL ACTION MAILED | |
| Sep. 20, 1988 | ASSIGNED TO EXAMINER | 66832 |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of** Section 15 - Accepted
**Incontestability:**

**Renewal Date:** Jan. 09, 2010

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** SCANNING ON DEMAND

**Date in Location:** Jul. 20, 2011

# Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 4

**Registrant:** CHICAGO MERCANTILE EXCHANGE

## Assignment 1 of 4

**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Reel/Frame:** 0989/0256

**Date Recorded:** Jun. 11, 1993

**Pages:** 6

**Supporting Documents:** No Supporting Documents Available

**Assignor**

**Name:** CHICAGO MERCANTILE EXCHANGE

**Execution Date:** Mar. 12, 1993

**Legal Entity Type:** NOT FOR PROFIT ILLINOIS CORPORATION

**State or Country Where Organized:** No Place Where Organized Found

**Assignee**

**Name:** P-M-T LIMITED PARTNERSHIP

**Legal Entity Type:** LIMITED PARTNERSHIP

**State or Country Where Organized:** ILLINOIS

**Address:** 30 SOUTH WACKER DRIVE CHICAGO, IL 60606

**Correspondent Name:** LESLIE BERTAGNOLLI

**Correspondent**

**Correspondent Address:** ONE PRUDENTIAL PLAZA
130 EAST RANDOLPH DRIVE
CHICAGO, IL 60466

**Domestic Representative - Not Found**

## Assignment 2 of 4

**Conveyance:** ASSIGNS THE ENTIRE INTEREST ALONG WITH THE GOODWILL OF THE BUSINESS SUBJECT TO CONDITIONS RECITED.
(SEE RECORD FOR DETAILS)

**Reel/Frame:** 0990/0219

**Date Recorded:** Jun. 15, 1993

**Pages:** 6

**Supporting Documents:** No Supporting Documents Available

**Assignor**

**Name:** P-M-T LIMITED PARTNERSHIP

**Execution Date:** Mar. 12, 1993

**Legal Entity Type:** LIMITED PARTNERSHIP

**State or Country Where Organized:** ILLINOIS

**Assignee**

**Name:** GLOBEX JOINT VENTURE, L.P.

**Legal Entity Type:** LIMITED PARTNERSHIP

**State or Country Where Organized:** DELAWARE

**Address:** 30 SOUTH WACKER
CHICAGO, ILLINOIS 60606

**Correspondent Name:** LESLIE BERTAGNOLLI

**Correspondent**

**Correspondent** ONE PRUDENTIAL PLAZA

**Address:** 130 EAST RANDOLPH DRIVE
CHICAGO, IL 60601

Domestic Representative - Not Found

## Assignment 3 of 4

**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Reel/Frame:** 1188/0376

**Date Recorded:** Jul. 25, 1994                    **Pages:** 3

**Supporting Documents:** No Supporting Documents Available

**Name:** GLOBEX JOINT VENTURE, L.P.                    **Assignor**

**Legal Entity Type:** LIMITED PARTNERSHIP                    **Execution Date:** Jun. 27, 1994

**State or Country Where Organized:** No Place Where Organized Found

**Name:** P-M-T LIMITED PARTNERSHIP                    **Assignee**

**Legal Entity Type:** LIMITED PARTNERSHIP

**State or Country Where Organized:** No Place Where Organized Found

**Address:** 30 SOUTH WACKER
CHICAGO, IL 60606

**Correspondent Name:** LESLIE BERTAGNOLI                    **Correspondent**

**Correspondent Address:** BAKER & MCKENZIE
130 EAST RANDOLPH DRIVE
ONE PRUDENTIAL PLAZA
CHICAGO, IL 60601

Domestic Representative - Not Found

## Assignment 4 of 4

**Conveyance:** ASSET PURCHASE AGREEMENT

**Reel/Frame:** 2410/0641

**Date Recorded:** Dec. 17, 2001                    **Pages:** 14

**Supporting Documents:** assignment-tm-2410-0641.pdf

**Name:** P-M-T LIMITED PARTNERSHIP                    **Assignor**

**Legal Entity Type:** LIMITED PARTNERSHIP                    **Execution Date:** May 01, 2000

**State or Country Where Organized:** ILLINOIS

**Name:** CHICAGO MERCANTILE EXCHANGE, INC.                    **Assignee**

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

**Address:** 30 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606

**Correspondent Name:** LESLIE BERTAGNOLLI                    **Correspondent**

**Correspondent Address:** ONE PRUDENTIAL PLAZA
130 EAST RANDOLPH DRIVE
SUITE 3500
CHICAGO, IL 60601

Domestic Representative - Not Found

# Proceedings

### Summary

**Number of Proceedings:** 6

## Type of Proceeding: Opposition

**Proceeding Number:** 91216483

**Filing Date:** May 21, 2014

**Status:** Terminated

**Status Date:** Sep 02, 2014

**Interlocutory Attorney:** ELIZABETH A DUNN

### Defendant

**Name:** UMN, LLC

**Correspondent Address:** ELY W SLUDER
RAYNDON LAW GROUP PLC
5001 N GRANITE REEF ROAD
SCOTTSDALE AZ , 85250-7456
UNITED STATES

**Correspondent e-mail:** elyesqlaw@gmail.com , esluder@rayndon.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| GLOBEX | Abandoned - After Inter-Partes Decision | 86011936 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent Address:** TATYANA V GILLES
NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-mail:** tgilles@norvellip.com , jkucala@norvellip.com , officeactions@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| GLOBEX | Renewed | 73743753 | 1576888 |
| GLOBEX | Renewed | 75886451 | 2448961 |
| CME GLOBEX | Section 8 and 15 - Accepted and Acknowledged | 78834279 | 3193924 |
| | Second Extension - Granted | 86287258 | |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | FILED AND FEE | May 21, 2014 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 22, 2014 | Jul 01, 2014 |
| 3 | PENDING, INSTITUTED | May 22, 2014 | |
| 4 | NOTICE OF DEFAULT | Jul 17, 2014 | |
| 5 | BD DECISION: SUSTAINED | Sep 02, 2014 | |
| 6 | TERMINATED | Sep 02, 2014 | |

### Type of Proceeding: Opposition

**Proceeding Number:** 91209755

**Filing Date:** Apr 13, 2014

**Status:** Terminated

**Status Date:** Jun 03, 2015

**Interlocutory Attorney:** BENJAMIN U OKEKE

### Defendant

**Name:** Globex International Inc.

**Correspondent Address:** MONICA P MCCABE
VANDENBERG & FELIU LLP
60 E 42ND ST FL 51
NEW YORK NY , 10165 0042
UNITED STATES

**Correspondent e-mail:** trademarks@vanfeliu.com

**Associated marks**

| | Serial | Registration |
|---|--------|--------------|

| Mark | Application Status | Number | Number |
|------|-------------------|--------|--------|
| GLOBEX | Abandoned - After Inter-Partes Decision | 85637719 | |

**Plaintiff(s)**

Name: Chicago Mercantile Exchange Inc.

Correspondent JOSEPH T KUCALA JR
Address: NORVELL IP LLC
357 W CHICAGO AVE, SUITE 200
CHICAGO IL , 60654
UNITED STATES

Correspondent e-mail: tgilles@norvellip.com , officeactions@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| GLOBEX | Renewed | 73743753 | 1576888 |
| GLOBEX | Renewed | 75886451 | 2448961 |
| CME GLOBEX | Section 8 and 15 - Accepted and Acknowledged | 78834279 | 3193924 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|-------------|------|----------|
| 1 | FILED AND FEE | Mar 13, 2013 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 13, 2013 | Apr 22, 2013 |
| 3 | PENDING, INSTITUTED | Mar 13, 2013 | |
| 4 | D MOT FOR EXT W/ CONSENT | Apr 22, 2013 | |
| 5 | EXTENSION OF TIME GRANTED | Apr 22, 2013 | |
| 6 | P CHANGE OF CORRESP ADDRESS | May 15, 2013 | |
| 7 | D MOT FOR EXT W/ CONSENT | May 17, 2013 | |
| 8 | EXTENSION OF TIME GRANTED | May 17, 2013 | |
| 9 | D MOT FOR EXT W/ CONSENT | Jun 13, 2013 | |
| 10 | EXTENSION OF TIME GRANTED | Jun 13, 2013 | |
| 11 | D MOT FOR EXT W/ CONSENT | Jul 17, 2013 | |
| 12 | EXTENSION OF TIME GRANTED | Jul 17, 2013 | |
| 13 | D MOT FOR EXT W/ CONSENT | Aug 19, 2013 | |
| 14 | EXTENSION OF TIME GRANTED | Aug 19, 2013 | |
| 15 | D MOT FOR EXT W/ CONSENT | Sep 17, 2013 | |
| 16 | EXTENSION OF TIME GRANTED | Sep 17, 2013 | |
| 17 | D MOT FOR EXT W/ CONSENT | Oct 17, 2013 | |
| 18 | EXTENSION OF TIME GRANTED | Oct 17, 2013 | |
| 19 | D MOT FOR EXT W/ CONSENT | Nov 14, 2013 | |
| 20 | EXTENSION OF TIME GRANTED | Nov 14, 2013 | |
| 21 | D MOT FOR EXT W/ CONSENT | Dec 16, 2013 | |
| 22 | EXTENSION OF TIME GRANTED | Dec 16, 2013 | |
| 23 | D MOT FOR EXT W/ CONSENT | Jan 16, 2014 | |
| 24 | EXTENSION OF TIME GRANTED | Jan 16, 2014 | |
| 25 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Feb 11, 2014 | |
| 26 | SUSPENDED | Feb 11, 2014 | |
| 27 | D MOT FOR EXT W/ CONSENT | Mar 13, 2014 | |
| 28 | EXTENSION OF TIME GRANTED | Mar 13, 2014 | |
| 29 | D MOT FOR EXT W/ CONSENT | Apr 13, 2014 | |
| 30 | EXTENSION OF TIME GRANTED | Apr 15, 2014 | |
| 31 | D MOT FOR EXT W/ CONSENT | May 15, 2014 | |
| 32 | EXTENSION OF TIME GRANTED | May 21, 2014 | |
| 33 | D MOT FOR EXT W/ CONSENT | Jun 06, 2014 | |
| 34 | EXTENSION OF TIME GRANTED | Jun 12, 2014 | |
| 35 | D MOT FOR EXT W/ CONSENT | Jul 14, 2014 | |
| 36 | EXTENSION OF TIME GRANTED | Jul 25, 2014 | |
| 37 | D MOT FOR EXT W/ CONSENT | Aug 13, 2014 | |

| 38 | EXTENSION OF TIME GRANTED | Aug 18, 2014 |
| 39 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Oct 10, 2014 |
| 40 | EXTENSION OF TIME GRANTED | Nov 21, 2014 |
| 41 | STIP FOR EXT | Dec 11, 2014 |
| 42 | ANSWER | Dec 15, 2014 |
| 43 | EXTENSION OF TIME GRANTED | Dec 29, 2014 |
| 44 | W/DRAW OF APPLICATION | May 29, 2015 |
| 45 | BD DECISION: DISMISSED W/O PREJ | Jun 03, 2015 |
| 46 | TERMINATED | Jun 03, 2015 |

## Type of Proceeding: Opposition

**Proceeding Number:** 91122818

**Filing Date:** May 14, 2001

**Status:** Terminated

**Status Date:** Apr 08, 2004

**Interlocutory Attorney:** ANDREW P BAXLEY

### Defendant

**Name:** GLOBIX CORPORATION

**Correspondent Address:** AMY J. BENJAMIN
DARBY & DARBY P.C.
805 THIRD AVENUE
NEW YORK NY , 10022
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBOX | Cancelled - Section 8 | 75886868 | 2947063 |

### Plaintiff(s)

**Name:** CHICAGO MERCANTILE EXCHANGE, INC.

**Correspondent Address:** CHRISTOPHER N. BOLINGER
BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBEX | Renewed | 73743753 | 1576888 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | May 14, 2001 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 18, 2001 | Jun 27, 2001 |
| 3 | PENDING, INSTITUTED | May 18, 2001 | |
| 4 | ANSWER | Jun 26, 2001 | |
| 5 | DEF'S SUBSTITUTE OF ATTY | Jul 02, 2001 | |
| 6 | PL'S FIRST SET OF INTERROGATORIES | Feb 25, 2002 | |
| 7 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Mar 07, 2002 | |
| 8 | P'S DOCUMENT REQUESTS | Feb 19, 2002 | |
| 9 | TRIAL DATES RESET | Mar 27, 2002 | |
| 10 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Apr 08, 2002 | |
| 11 | TRIAL DATES RESET | Apr 23, 2002 | |
| 12 | P'S CHANGE OF ATTORNEY | Jun 03, 2002 | |
| 13 | D'S MOTION FOR AN EXTENSION OF TIME | Aug 30, 2002 | |
| 14 | PL'S NOTICE OF RELIANCE | Sep 06, 2002 | |
| 15 | PL'S COPY OF REG# | Sep 19, 2002 | |
| 16 | D'S OP TO MOT TO EXTEND | Sep 19, 2002 | |
| 17 | P'S REPLY FOR MOTION TO EXT | Sep 24, 2002 | |
| 18 | P'S MOTION GRANTED/TRAIL DATES RESET | Nov 05, 2002 | |

| 19 | P'S NOTICE OF RELIANCE | Dec 16, 2002 |
| 20 | DEF'S NOTICE OF FILING OF CERTIFIED TRANSCRIPT OF ARMAN FALSAFI | Jan 02, 2003 |
| 21 | D'S CERTIFIED TRANSCRIPT | Jan 24, 2003 |
| 22 | PL'S MAIN BRIEF | Jun 02, 2003 |
| 23 | PL'S REQUEST FOR ORAL HEARING | Jun 09, 2003 |
| 24 | DEF'S TRIAL BRIEF | Jul 03, 2003 |
| 25 | ORAL HEARING SCHEDULED 09/25/03 | Jul 24, 2003 |
| 26 | P'S REPLY BRIEF | Jul 28, 2003 |
| 27 | ORAL HEARING SCHEDULED 10/09/03 | Sep 24, 2003 |
| 28 | REQUEST FOR ORAL HEARING | Sep 23, 2003 |
| 29 | APPEARANCE RECORD | Oct 09, 2003 |
| 30 | BOARD'S DECISION: DISMISSED | Apr 08, 2004 |
| 31 | TERMINATED | Jul 14, 2004 |
| 32 | TERMINATED | Sep 22, 2004 |

## Type of Proceeding: Opposition

**Proceeding Number:** 91117543

**Filing Date:** Mar 16, 2000

**Status:** Terminated

**Status Date:** Apr 08, 2004

**Interlocutory Attorney:** ANDREW P BAXLEY

### Defendant

**Name:** GLOBIX CORPORATION

**Correspondent Address:** AMY J. BENJAMIN
DARBY & DARBY, P.C.
805 THIRD AVENUE
NEW YORK NY , 10022
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
| --- | --- | --- | --- |
| GLOBIX COMMUNICATIONS | Abandoned - No Statement Of Use Filed | 75475753 | |

### Plaintiff(s)

**Name:** CHICAGO MERCANTILE EXCHANGE, INC.

**Correspondent Address:** CHRISTOPHER N. BOLINGER
BRINKS HOFER GILSON & LIONE
P. O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
| --- | --- | --- | --- |
| GLOBEX | Renewed | 73743753 | 1576888 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
| --- | --- | --- | --- |
| 1 | FILED AND FEE | Mar 16, 2000 | |
| 2 | NOTICE SENT; TRIAL DATES RESET; ANSWER DUE | Jun 07, 2000 | Jul 17, 2000 |
| 3 | PENDING, INSTITUTED | Jun 07, 2000 | |
| 4 | DEF CHANGE OF ADDRESS | Jul 20, 2000 | |
| 5 | OPP REMAILED;TRIAL DATES SET, ANSWER DUE 40 DAYS | Feb 15, 2001 | |
| 6 | DEF MOT TO EXT W/CON | Mar 27, 2001 | |
| 7 | DEF MOT TO EXT W/CON CHANGE OF ADDRESS | May 25, 2001 | |
| 8 | ANSWER | Jul 27, 2001 | |
| 9 | PL'S MOT TO EXT W/CON | Oct 10, 2001 | |
| 10 | PL'S STIP. MOTION TO EXTEND DISCOVERY AN D TESTIMONY PERIODS | Feb 04, 2002 | |
| 11 | PL'S STIP. MOTION TO EXTEND DISCOVERY AN D TESTIMONY PERIOD | Mar 04, 2002 | |
| 12 | PL'S MOT TO CONSOLIDATE W/123,117 AND 11 7,620 | Apr 12, 2002 | |
| 13 | GRNT'D CONSOLIDATION W/123117 AND 123543 ; TRIAL DATES RESET | May 30, 2002 | |

| 14 | PL'S REVOC & P/A | Jun 03, 2002 |
| 15 | P'S NOTICE OF RELIANCE | Sep 18, 2002 |
| 16 | PL'S COMMUNICATION | Oct 15, 2002 |
| 17 | TESTIMONY FOR PLAINTIFF | Dec 05, 2002 |
| 18 | TESTIMONY FOR DEFENDANT | Dec 12, 2002 |
| 19 | DEFENDANT'S NOTICE OF TAKING TESTIMONY | Jan 24, 2003 |
| 20 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Feb 27, 2003 |
| 21 | DELETE ENTRY | Mar 21, 2003 |
| 22 | GRANTED P'S #20 | Mar 21, 2003 |
| 23 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | May 02, 2003 |
| 24 | PL MAIN BRIEF | Jun 02, 2003 |
| 25 | DEF TRIAL BREIF | Jul 03, 2003 |
| 26 | DEFENDANT'S NOTICE OF RELIANCE | Nov 15, 2002 |
| 27 | PL REQUEST FOR ORAL HEARING | Jun 09, 2003 |
| 28 | ORAL HEARING SCHEDULED 09/25/03 | Jul 24, 2003 |
| 29 | PL'S REPLY BRIEF | Jul 21, 2003 |
| 30 | REQUEST TO RESCHEDULE ORAL HEARING | Sep 24, 2003 |
| 31 | PL'S REQ TO RESCHEDULE ORAL HEARING | Sep 19, 2003 |
| 32 | ORAL HEARING SCHEDULED 10/09/03 | Sep 24, 2003 |
| 33 | APPEARANCE RECORD | Oct 09, 2003 |
| 34 | BOARD'S DECISION: DISMISSED | Apr 08, 2004 |
| 35 | TERMINATED | Jul 12, 2004 |

## Type of Proceeding: Opposition

**Proceeding Number:** 91123117      **Filing Date:** Mar 14, 2000

**Status:** Terminated      **Status Date:** Sep 14, 2004

**Interlocutory Attorney:** ANDREW P BAXLEY

### Defendant

**Name:** GLOBIX CORPORATION

**Correspondent Address:** AMY J. BENJAMIN
DARBY & DARBY P.C.
805 THIRD AVENUE
NEW YORK NY , 10022
UNITED STATES

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBIX | Cancelled - Section 8 | 75476115 | 3013469 |

### Plaintiff(s)

**Name:** CHICAGO MERCANTILE EXCHANGE, INC.

**Correspondent Address:** CHRISTOPHER N. BOLINGER
BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBEX | Renewed | 73743753 | 1576888 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 14, 2000 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Oct 31, 2001 | Dec 10, 2001 |
| 3 | PENDING, INSTITUTED | Oct 31, 2001 | |
| 4 | ANSWER | Dec 10, 2001 | |
| 5 | PL'S MOT TO EXT W/CON | Apr 12, 2002 | |

| | | | |
|---|---|---|---|
| 6 | PARTIES MOTION TO CONSOLIDATE 123117 W/1 17543 | Apr 12, 2002 | |
| 7 | GRANTED CONSOLIDATION W/117,543 AND 117, 620; TRIAL DATES RESET | May 30, 2002 | |
| 8 | PL'S REVOC AND P/A | Jun 03, 2002 | |
| 9 | D'S NOTICE OF RELIANCE | Nov 15, 2002 | |
| 10 | ORAL HEARING SCHEDULED 09/25/03 | Jul 24, 2003 | |
| 11 | ORAL HEARING CANCELLED | Sep 23, 2003 | |
| 12 | REQUEST FOR RESCHEDULED ORAL ARGUMENT | Sep 19, 2003 | |
| 13 | ORAL HEARING SCHEDULED 10/09/2003 | Sep 24, 2003 | |
| 14 | APPEARANCE RECORD | Oct 09, 2003 | |
| 15 | BOARD'S DECISION: DISMISSED | Apr 08, 2004 | |
| 16 | TERMINATED | Sep 14, 2004 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91113488     **Filing Date:** Nov 23, 1993

**Status:** Terminated     **Status Date:** Apr 15, 1999

**Interlocutory Attorney:** ANGELA LYKOS

### Defendant

**Name:** DEUTSCHE MESSE AG

**Correspondent Address:** SUSAN A. RICHARDS
FOLEY & LARDNER
3000 K STREET, N.W. SUITE 500
WASHINGTON DC , 20007
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBIS | Cancelled - Section 8 | 75258514 | 3051910 |

### Plaintiff(s)

**Name:** CHICAGO MERCANTILE EXCHANGE

**Correspondent Address:** THOMAS L. HOLT
BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBEX | Renewed | 73743753 | 1576888 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Nov 23, 1998 | |
| 2 | PENDING, INSTITUTED | Apr 15, 1999 | |
| 3 | DEF'S REQ TO EXT TIME W/CONSENT | May 21, 1999 | |
| 4 | DEF'S REQ TO EXT TIME W/CONSENT | Jun 22, 1999 | |
| 5 | DEF'S REQ TO EXT TIME W/CONSENT | Jul 23, 1999 | |
| 6 | PROC.'S SUSP. SIX MONTHS | Jul 28, 1999 | |
| 7 | PL'S MOT TO SUSPEND PROCEEDINGS W/CON | Feb 02, 2000 | |
| 8 | DEF'S MOT TO SUSPEND PROCEEDINGS W/CON | Aug 07, 2000 | |
| 9 | DEF'S MOT TO SUSPEND PROCEEDINGS W/CON | Jan 18, 2001 | |
| 10 | DEF'S MOT TO SUSPEND PROCEEDINGS | May 30, 2001 | |
| 11 | SUSPENDED | Jun 05, 2001 | |
| 12 | PL'S MOT TO SUSPEND PROCEEDINGS | Dec 07, 2001 | |
| 13 | PL'S REV AND SUBSTITUTION OF POWER OF ATTORNEY | Jun 03, 2002 | |
| 14 | ANSWER DUE: 9/8/02; TRIAL DATES RESET | Aug 09, 2002 | |
| 15 | D'S MOT FOR EXTEN. OF TIME W/ CONSENT | Sep 09, 2002 | |
| 16 | D'S MOT FOR EXTEN. OF TIME W/ CONSENT | Oct 04, 2002 | |

| 17 | SUSPENDED | Oct 28, 2002 |
| 18 | STIP TO SUSPEND PROCEEDINGS; AMENDMENT | Apr 25, 2003 |
| 19 | SUSPENDED | May 29, 2003 |
| 20 | BD'S DECISION: DISMISSED W/O PREJUDICE | Mar 07, 2005 |
| 21 | TERMINATED | Mar 07, 2005 |

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,448,961
Registered May 8, 2001

## SERVICE MARK
### PRINCIPAL REGISTER

## GLOBEX

P-M-T LIMITED PARTNERSHIP (ILLINOIS LIM-
ITED PARTNERSHIP)
30 SOUTH WACKER DRIVE
CHICAGO, IL 60606

FOR: CONDUCTING COMMODITIES, SECURI-
TIES, MONETARY AND FINANCIAL INSTRU-
MENTS FUTURES AND OPTIONS EXCHANGE
SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1992; IN COMMERCE 0-0-1992.

OWNER OF U.S. REG. NO. 1,576,888.

SER. NO. 75-886,451, FILED 1-4-2000.

BARBARA RUTLAND, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,448,961
Registered May 8, 2001

## SERVICE MARK
## PRINCIPAL REGISTER

## GLOBEX

P-M-T LIMITED PARTNERSHIP (ILLINOIS LIM-
ITED PARTNERSHIP)
30 SOUTH WACKER DRIVE
CHICAGO, IL 60606

FOR: CONDUCTING COMMODITIES, SECURI-
TIES, MONETARY AND FINANCIAL INSTRU-
MENTS FUTURES AND OPTIONS EXCHANGE
SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1992; IN COMMERCE 0-0-1992.

OWNER OF U.S. REG. NO. 1,576,888.

SER. NO. 75-886,451, FILED 1-4-2000.

BARBARA RUTLAND, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2016-04-21 10:34:05 EDT

**Mark:** GLOBEX

**GLOBEX**

**US Serial Number:** 75886451

**US Registration Number:** 2448961

**Register:** Principal

**Mark Type:** Service Mark

**Status:** The registration has been renewed.

**Status Date:** Apr. 01, 2011

**Publication Date:** Feb. 13, 2001

**Application Filing Date:** Jan. 04, 2000

**Registration Date:** May 08, 2001

## Mark Information

**Mark Literal Elements:** GLOBEX

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

## Related Properties Information

**Claimed Ownership of US Registrations:** 1576888

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** conducting commodities, securities, monetary and financial instruments futures and options exchange services

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** 1992

**Use in Commerce:** 1992

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** CHICAGO MERCANTILE EXCHANGE, INC.

**Owner Address:** 20 SOUTH WACKER DRIVE

CHICAGO, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country** DELAWARE
**Where Organized:**

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T. Kucala, Jr.

**Docket Number:** 13271/1106

**Attorney Primary** officeactions@norvellip.com
**Email Address:**

**Attorney Email** Yes
**Authorized:**

### Correspondent

**Correspondent** Joseph T. Kucala, Jr.
**Name/Address:** Norvell IP llc
PO Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-** officeactions@norvellip.com officeactions@norvell
**mail:** ip.com

**Correspondent e-** Yes
**mail Authorized:**

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 07, 2012 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Feb. 07, 2012 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Apr. 01, 2011 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 73376 |
| Apr. 01, 2011 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Mar. 29, 2011 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | 73376 |
| Apr. 01, 2011 | REVIEW OF CORRESPONDENCE COMPLETE | 73376 |
| Apr. 01, 2011 | REVIEW OF CORRESPONDENCE COMPLETE | 73376 |
| Mar. 30, 2011 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 73376 |
| Mar. 29, 2011 | TEAS SECTION 8 & 9 RECEIVED | |
| May 11, 2010 | NOTICE OF SUIT | |
| Jun. 07, 2007 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 60234 |
| Jun. 05, 2007 | ASSIGNED TO PARALEGAL | 60234 |
| May 04, 2007 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| May 04, 2007 | PAPER RECEIVED | |
| Nov. 02, 2006 | CASE FILE IN TICRS | |
| Jun. 23, 2006 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Jun. 23, 2006 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| May 08, 2001 | REGISTERED-PRINCIPAL REGISTER | |
| Feb. 13, 2001 | PUBLISHED FOR OPPOSITION | |
| Jan. 12, 2001 | NOTICE OF PUBLICATION | |
| Sep. 07, 2000 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 16, 2000 | EXAMINER'S AMENDMENT MAILED | |
| Aug. 14, 2000 | ASSIGNED TO EXAMINER | 76626 |
| Mar. 18, 2000 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | |

## Maintenance Filings or Post Registration Information

**Affidavit of** Section 8 - Accepted
**Continued Use:**

**Affidavit of** Section 15 - Accepted
**Incontestability:**

**Renewal Date:** May 08, 2011

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | GENERIC WEB UPDATE | **Date in Location:** | Apr. 01, 2011 |

## Assignment Abstract Of Title Information

**Summary**

| | | | |
|---|---|---|---|
| **Total Assignments:** | 1 | **Registrant:** | P-M-T Limited Partnership |

**Assignment 1 of 1**

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSET PURCHASE AGREEMENT | | |
| **Reel/Frame:** | 2410/0641 | **Pages:** | 14 |
| **Date Recorded:** | Dec. 17, 2001 | | |
| **Supporting Documents:** | assignment-tm-2410-0641.pdf | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | P-M-T LIMITED PARTNERSHIP | **Execution Date:** | May 01, 2000 |
| **Legal Entity Type:** | LIMITED PARTNERSHIP | **State or Country Where Organized:** | ILLINOIS |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | CHICAGO MERCANTILE EXCHANGE, INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 30 SOUTH WACKER DRIVE CHICAGO, ILLINOIS 60606 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | LESLIE BERTAGNOLLI |
| **Correspondent Address:** | ONE PRUDENTIAL PLAZA 130 EAST RANDOLPH DRIVE SUITE 3500 CHICAGO, IL 60601 |

**Domestic Representative - Not Found**

## Proceedings

**Summary**

| | |
|---|---|
| **Number of Proceedings:** | 7 |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91216483 | **Filing Date:** | May 21, 2014 |
| **Status:** | Terminated | **Status Date:** | Sep 02, 2014 |
| **Interlocutory Attorney:** | ELIZABETH A DUNN | | |

**Defendant**

| | |
|---|---|
| **Name:** | UMN, LLC |
| **Correspondent Address:** | ELY W SLUDER RAYNDON LAW GROUP PLC 5001 N GRANITE REEF ROAD SCOTTSDALE AZ , 85250-7456 UNITED STATES |
| **Correspondent e-mail:** | elyesqlaw@gmail.com , esluder@rayndon.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|

GLOBEX             Abandoned - After Inter-Partes Decision           86011936

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent Address:** TATYANA V GILLES
NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-mail:** tgilles@norvellip.com , jkucala@norvellip.com , officeactions@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBEX | Renewed | 73743753 | 1576888 |
| GLOBEX | Renewed | 75886451 | 2448961 |
| CME GLOBEX | Section 8 and 15 - Accepted and Acknowledged | 78834279 | 3193924 |
| | Second Extension - Granted | 86287258 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | May 21, 2014 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 22, 2014 | Jul 01, 2014 |
| 3 | PENDING, INSTITUTED | May 22, 2014 | |
| 4 | NOTICE OF DEFAULT | Jul 17, 2014 | |
| 5 | BD DECISION: SUSTAINED | Sep 02, 2014 | |
| 6 | TERMINATED | Sep 02, 2014 | |

**Type of Proceeding: Opposition**

**Proceeding Number:** 91209755          **Filing Date:** Apr 13, 2014

**Status:** Terminated          **Status Date:** Jun 03, 2015

**Interlocutory Attorney:** BENJAMIN U OKEKE

**Defendant**

**Name:** Globex International Inc.

**Correspondent Address:** MONICA P MCCABE
VANDENBERG & FELIU LLP
60 E 42ND ST FL 51
NEW YORK NY , 10165 0042
UNITED STATES

**Correspondent e-mail:** trademarks@vanfeliu.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBEX | Abandoned - After Inter-Partes Decision | 85637719 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent Address:** JOSEPH T KUCALA JR
NORVELL IP LLC
357 W CHICAGO AVE, SUITE 200
CHICAGO IL , 60654
UNITED STATES

**Correspondent e-mail:** tgilles@norvellip.com , officeactions@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBEX | Renewed | 73743753 | 1576888 |
| GLOBEX | Renewed | 75886451 | 2448961 |
| CME GLOBEX | Section 8 and 15 - Accepted and Acknowledged | 78834279 | 3193924 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 13, 2013 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 13, 2013 | Apr 22, 2013 |
| 3 | PENDING, INSTITUTED | Mar 13, 2013 | |
| 4 | D MOT FOR EXT W/ CONSENT | Apr 22, 2013 | |
| 5 | EXTENSION OF TIME GRANTED | Apr 22, 2013 | |
| 6 | P CHANGE OF CORRESP ADDRESS | May 15, 2013 | |
| 7 | D MOT FOR EXT W/ CONSENT | May 17, 2013 | |
| 8 | EXTENSION OF TIME GRANTED | May 17, 2013 | |
| 9 | D MOT FOR EXT W/ CONSENT | Jun 13, 2013 | |
| 10 | EXTENSION OF TIME GRANTED | Jun 13, 2013 | |
| 11 | D MOT FOR EXT W/ CONSENT | Jul 17, 2013 | |
| 12 | EXTENSION OF TIME GRANTED | Jul 17, 2013 | |
| 13 | D MOT FOR EXT W/ CONSENT | Aug 19, 2013 | |
| 14 | EXTENSION OF TIME GRANTED | Aug 19, 2013 | |
| 15 | D MOT FOR EXT W/ CONSENT | Sep 17, 2013 | |
| 16 | EXTENSION OF TIME GRANTED | Sep 17, 2013 | |
| 17 | D MOT FOR EXT W/ CONSENT | Oct 17, 2013 | |
| 18 | EXTENSION OF TIME GRANTED | Oct 17, 2013 | |
| 19 | D MOT FOR EXT W/ CONSENT | Nov 14, 2013 | |
| 20 | EXTENSION OF TIME GRANTED | Nov 14, 2013 | |
| 21 | D MOT FOR EXT W/ CONSENT | Dec 16, 2013 | |
| 22 | EXTENSION OF TIME GRANTED | Dec 16, 2013 | |
| 23 | D MOT FOR EXT W/ CONSENT | Jan 16, 2014 | |
| 24 | EXTENSION OF TIME GRANTED | Jan 16, 2014 | |
| 25 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Feb 11, 2014 | |
| 26 | SUSPENDED | Feb 11, 2014 | |
| 27 | D MOT FOR EXT W/ CONSENT | Mar 13, 2014 | |
| 28 | EXTENSION OF TIME GRANTED | Mar 13, 2014 | |
| 29 | D MOT FOR EXT W/ CONSENT | Apr 13, 2014 | |
| 30 | EXTENSION OF TIME GRANTED | Apr 15, 2014 | |
| 31 | D MOT FOR EXT W/ CONSENT | May 15, 2014 | |
| 32 | EXTENSION OF TIME GRANTED | May 21, 2014 | |
| 33 | D MOT FOR EXT W/ CONSENT | Jun 06, 2014 | |
| 34 | EXTENSION OF TIME GRANTED | Jun 12, 2014 | |
| 35 | D MOT FOR EXT W/ CONSENT | Jul 14, 2014 | |
| 36 | EXTENSION OF TIME GRANTED | Jul 25, 2014 | |
| 37 | D MOT FOR EXT W/ CONSENT | Aug 13, 2014 | |
| 38 | EXTENSION OF TIME GRANTED | Aug 18, 2014 | |
| 39 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Oct 10, 2014 | |
| 40 | EXTENSION OF TIME GRANTED | Nov 21, 2014 | |
| 41 | STIP FOR EXT | Dec 11, 2014 | |
| 42 | ANSWER | Dec 15, 2014 | |
| 43 | EXTENSION OF TIME GRANTED | Dec 29, 2014 | |
| 44 | W/DRAW OF APPLICATION | May 29, 2015 | |
| 45 | BD DECISION: DISMISSED W/O PREJ | Jun 03, 2015 | |
| 46 | TERMINATED | Jun 03, 2015 | |

**Type of Proceeding: Opposition**

Proceeding Number: 91156998

Status: Terminated

Interlocutory Attorney: ANGELA LYKOS

Filing Date: Jun 23, 2003

Status Date: Jan 08, 2005

Defendant

**Name:** OBEX Group LLC

**Correspondent** STEPHEN B. SALAI
**Address:** HARTER SECREST & EMERY LLP
1600 BAUSCH & LOMB PLACE
ROCHESTER NY , 14604-2711
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| OBEX | Renewed | 76358489 | 2947213 |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** JOHN T. GABRIELIDES
**Address:** BRINKS, HOFER, GILSON & LIONE
P.O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| GLOBEX | Renewed | 75886451 | 2448961 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|-------------|------|----------|
| 1 | FILED AND FEE | Jun 23, 2003 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jul 10, 2003 | Aug 19, 2003 |
| 3 | PENDING, INSTITUTED | Jul 10, 2003 | |
| 4 | ANSWER | Sep 08, 2003 | |
| 5 | PL'S MOTION TO CONSOLIDATE IS GRANTED | Apr 19, 2004 | |
| 6 | BD'S DECISION: DISMISSED W/ PREJUDICE | Jan 06, 2005 | |
| 7 | TERMINATED | Jan 06, 2005 | |
| 8 | PL'S W/D OF OPPOSITIONS | Jan 06, 2005 | |
| 9 | TERMINATED | Jan 11, 2005 | |

**Type of Proceeding: Opposition**

**Proceeding Number:** 91155956    **Filing Date:** Mar 31, 2003

**Status:** Terminated    **Status Date:** Apr 14, 2003

**Interlocutory Attorney:** ANGELA LYKOS

**Defendant**

**Name:** GLOBIX CORPORATION

**Correspondent** AMANDA LAURA NYE
**Address:** DARBY & DARBY P.C.
805 THIRD AVENUE
NEW YORK NY , 10022
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| GLOBIX THE GLOBAL INTERNET EXCHANGE | Cancelled - Section 8 | 76096722 | 2947095 |

**Plaintiff(s)**

**Name:** CHICAGO MERCHANTILE EXCHANGE INC.

**Correspondent** CHRISTOPHER N. BOLINGER
**Address:** BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| GLOBEX | Renewed | 75886451 | 2448961 |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 31, 2003 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Apr 14, 2003 | May 24, 2003 |
| 3 | PENDING, INSTITUTED | Apr 14, 2003 | |
| 4 | ANSWER AND AFFIRMATIVE DEF | May 27, 2003 | |
| 5 | D'S MOT TO SUSPEND W/CON | Sep 29, 2003 | |
| 6 | SUSPENDED | Oct 28, 2003 | |
| 7 | PROC ARE SUSPENDED PENDING FINAL DEP | Mar 08, 2004 | |
| 8 | DEF'S FINAL ORDER AND REQ FOR ORDER DISMISSING THE OPP | Jun 29, 2004 | |
| 9 | BD'S DECISION: DISMISSED W/ PREJUDICE | Sep 22, 2004 | |
| 10 | TERMINATED | Sep 22, 2004 | |

## Type of Proceeding: Extension of Time

**Proceeding Number:** 76096722     **Filing Date:** Mar 08, 2003

**Status:** Terminated     **Status Date:** Mar 08, 2003

**Interlocutory Attorney:**

### Defendant

**Name:** GLOBIX CORPORATION

**Correspondent Address:** AMANDA LAURA NYE
DARBY & DARBY P.C.
805 THIRD AVENUE
NEW YORK NY , 10022
UNITED STATES

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBIX THE GLOBAL INTERNET EXCHANGE | Cancelled - Section 8 | 76096722 | 2947095 |

### Potential Opposer(s)

**Name:** CHICAGO MERCANTILE EXCHANGE INC.

**Correspondent Address:** CHRISTOPHER N. BOLINGER
BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

**Name:** CHICAGO MERCHANTILE EXCHANGE INC.

**Correspondent Address:** CHRISTOPHER N. BOLINGER
BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBEX | Renewed | 75886451 | 2448961 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | INCOMING - EXT TIME TO OPPOSE FILED | Dec 23, 2002 | |
| 2 | EXTENSION OF TIME GRANTED | Mar 08, 2003 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91155368     **Filing Date:** Feb 10, 2003

**Status:** Terminated     **Status Date:** Jan 09, 2005

**Interlocutory Attorney:** ANGELA LYKOS

### Defendant

**Name:** OBEX Group LLC

**Correspondent** STEPHEN B. SALAI
**Address:** HARTER SECREST & EMERY LLP
1600 BAUSCH & LOMB PLACE
ROCHESTER NY , 14604-2711
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| OBEX | Renewed | 76353119 | 2983491 |

**Plaintiff(s)**

**Name:** CHICAGO MERCANTILE EXCHANGE, INC.

**Correspondent** CHRISTOPHER N. BOLINGER
**Address:** BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| GLOBEX | Renewed | 75886451 | 2448961 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|-------------|--------------|------|----------|
| 1 | FILED AND FEE | Feb 10, 2003 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 06, 2003 | Apr 15, 2003 |
| 3 | PENDING, INSTITUTED | Mar 06, 2003 | |
| 4 | D'S RESPONSE TO MOT FOR DEFAULT JUDGMENT | Jul 01, 2003 | |
| 5 | P'S MOTION FOR DEFAULT JUDGEMENT | Jun 23, 2003 | |
| 6 | CONSENTED MOTIO TO CONSOLIDATE PENDING INTER PARTES PROCEEDINGS | Aug 14, 2003 | |
| 7 | CONSENTED MOT TO EXTEND DISC. & TRIAL PERIODS PEND MOT TO CONSOLIDATE INTER PARTES PROCEEDINGS | Sep 22, 2003 | |
| 8 | D'S MOT FOR EXTEN. OF TIME W/ CONSENT | Sep 22, 2003 | |
| 9 | D'S CONSENTED MOTION TO EXTEND | Jan 15, 2004 | |
| 10 | D'S CONSENTED MOTION TO EXTEND TRIAL DATES | Mar 08, 2004 | |
| 11 | TRIAL DATES REMAIN AS SET ON 3/8/04 | Apr 19, 2004 | |
| 12 | DEFENDANT'S REQUEST FOR SUSPENSION | May 24, 2004 | |
| 13 | SUSPENDED | Jun 04, 2004 | |
| 14 | WITHDRAWAL OF OPPOSITION | Jan 06, 2005 | |
| 15 | BD'S DECISION: DISMISSED W/ PREJUDICE | Jan 06, 2005 | |
| 16 | TERMINATED | Jan 06, 2005 | |
| 17 | WITHDRAWAL OF OPPOSITION | Jan 06, 2005 | |
| 18 | TERMINATED | Jan 11, 2005 | |

**Type of Proceeding: Extension of Time**

**Proceeding Number:** 76353119

**Filing Date:** Feb 06, 2003

**Status:** Terminated

**Status Date:** Feb 06, 2003

**Interlocutory Attorney:**

**Defendant**

**Name:** OBEX Group LLC

**Correspondent** STEPHEN B. SALAI
**Address:** HARTER SECREST & EMERY LLP
1600 BAUSCH & LOMB PLACE
ROCHESTER NY , 14604-2711
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| OBEX | Renewed | 76353119 | 2983491 |

**Potential Opposer(s)**

**Name:** CHICAGO MERCANTILE EXCHANGE, INC.

**Correspondent Address:** CHRISTOPHER N. BOLINGER
BRINKS, HOFER, GILSON, & LIONE
P.O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

**Name:** CHICAGO MERCANTILE EXCHANGE, INC.

**Correspondent Address:** CHRISTOPHER N. BOLINGER
BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| GLOBEX | Renewed | 75886451 | 2448961 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|-------------|------|----------|
| 1 | INCOMING - EXT TIME TO OPPOSE FILED | Nov 05, 2002 | |
| 2 | EXTENSION OF TIME GRANTED | Feb 06, 2003 | |
| 3 | INCOMING - EXT TIME TO OPPOSE FILED | Jan 09, 2003 | |
| 4 | EXTENSION OF TIME GRANTED | Feb 06, 2003 | |
| 5 | TERMINATED | Mar 06, 2003 | |

# United States of America

## United States Patent and Trademark Office

# GLOBEX

**Reg. No. 4,684,887**

**Registered Feb. 10, 2015**

**Int. Cls.: 36 and 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CHICAGO MERCANTILE EXCHANGE INC. (DELAWARE CORPORATION)
20 SOUTH WACKER DRIVE
CHICAGO, IL 60606

FOR: CONDUCTING COMMODITIES, SECURITIES, MONETARY AND FINANCIAL IN-
STRUMENTS FUTURES AND OPTIONS EXCHANGE SERVICES; ELECTRONIC FINANCIAL
TRADING SERVICES; PROVIDING ELECTRONIC TRADING SERVICES IN THE FIELD OF
FUTURES, OPTIONS, SWAPS, AND OTHER DERIVATIVE CONTRACTS VIA AN ELEC-
TRONIC TRADING PLATFORM; FINANCIAL RISK MANAGEMENT; FINANCIAL INFORM-
ATION SERVICES, NAMELY, PROVIDING MARKET DATA; FINANCIAL INFORMATION
PROVIDED BY ELECTRONIC MEANS IN THE FIELD OF FUTURES, OPTIONS, SWAPS,
AND OTHER DERIVATIVE CONTRACTS; FINANCIAL TRADE PROCESSING SERVICES,
NAMELY, TRADE COMPARISON, CONFIRMATION, CLEARANCE AND SETTLEMENT;
FINANCIAL CLEARING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-31-1992; IN COMMERCE 12-31-1992.

FOR: PROVIDING TEMPORARY ON-LINE USE OF NON-DOWNLOADABLE SOFTWARE
FOR TRADING, INCLUDING TRADE ORDER INITIATION AND DELIVERY, TRADE ORDER
ROUTING, TRADE ORDER MANAGEMENT AND CONVERSION TO A TRADE, CLEARING
AND SETTLEMENT, CONFIRMATION, TRADE ORDER PRICE VERIFICATION, PROVIDING
AND ACCESSING MARKET DATA, AND FINANCIAL TRADING RISK MANAGEMENT
FOR EXCHANGE MARKET TRANSACTIONS IN THE FIELD OF FUTURES, OPTIONS,
SWAPS, AND OTHER DERIVATIVE CONTRACTS; NON-DOWNLOADABLE COMPUTER
SOFTWARE FOR USE IN PROVIDING AN ELECTRONIC TRADING SYSTEM FOR EX-
CHANGE MARKET TRANSACTIONS IN THE FIELD OF FUTURES, OPTIONS, SWAPS,
AND OTHER DERIVATIVE CONTRACTS; PROVIDING TEMPORARY ON-LINE USE OF
AN ELECTRONIC TRADING PLATFORM FOR TRADING OF FUTURES, OPTIONS, SWAPS,
AND OTHER DERIVATIVE CONTRACTS; PLATFORM AS A SERVICE (PAAS) FEATURING
COMPUTER SOFTWARE PLATFORMS FOR TRADING OF FUTURES, OPTIONS, SWAPS,
AND OTHER DERIVATIVE CONTRACTS , IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 12-31-1992; IN COMMERCE 12-31-1992.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.



*Michelle K. Lee*

Deputy Director of the United States
Patent and Trademark Office

**Reg. No. 4,684,887**  OWNER OF U.S. REG. NOS. 1,576,888, 2,448,961, AND 3,193,924.

SER. NO. 86-975,529, FILED 5-21-2014.

KELLY BOULTON, EXAMINING ATTORNEY

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2016-04-21 10:36:06 EDT

**Mark:** GLOBEX

# GLOBEX

**US Serial Number:** 86975529

**Application Filing Date:** May 21, 2014

**US Registration Number:** 4684887

**Registration Date:** Feb. 10, 2015

**Register:** Principal

**Mark Type:** Service Mark

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Feb. 10, 2015

**Publication Date:** Nov. 25, 2014

## Mark Information

**Mark Literal Elements:** GLOBEX

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**International Registration Number:** 1248691, 1252937

**International Application(s) /Registration(s) Based on this Property:** A0049479/1248691, A0048086/1252937

**Claimed Ownership of US Registrations:** 1576888, 2448961, 3193924

**Child Of:** 86287258

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Conducting commodities, securities, monetary and financial instruments futures and options exchange services; electronic financial trading services; providing electronic trading services in the field of futures, options, swaps, and other derivative contracts via an electronic trading platform; financial risk management; financial information services, namely, providing market data; financial information provided by electronic means in the field of futures, options, swaps, and other derivative contracts; financial trade processing services, namely, trade comparison, confirmation, clearance and settlement; financial clearing services

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Dec. 31, 1992

**Use in Commerce:** Dec. 31, 1992

**For:** Providing temporary on-line use of non-downloadable software for trading, including trade order initiation and delivery, trade order routing, trade order management and conversion to a trade, clearing and settlement, confirmation, trade order price verification,

providing and accessing market data, and financial trading risk management for exchange market transactions in the field of futures, options, swaps, and other derivative contracts; non-downloadable computer software for use in providing an electronic trading system for exchange market transactions in the field of futures, options, swaps, and other derivative contracts; providing temporary on-line use of an electronic trading platform for trading of futures, options, swaps, and other derivative contracts; platform as a service (PAAS) featuring computer software platforms for trading of futures, options, swaps, and other derivative contracts

| | | |
|---|---|---|
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** 100, 101 |
| **Class Status:** | ACTIVE | |
| **Basis:** | 1(a) | |
| **First Use:** | Dec. 31, 1992 | **Use in Commerce:** Dec. 31, 1992 |

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Chicago Mercantile Exchange Inc. |
| **Owner Address:** | 20 South Wacker Drive<br>Chicago, ILLINOIS 60606<br>UNITED STATES |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** DELAWARE |

## Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Attorney Name:** Tatyana V. Gilles | **Docket Number:** 13439-1412 |
| **Attorney Primary Email Address:** officeactions@norvellip.com | **Attorney Email Authorized:** Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | TATYANA V. GILLES<br>NORVELL IP LLC<br>PO BOX 2461<br>CHICAGO, ILLINOIS 60690-2461<br>UNITED STATES |
| **Phone:** 888-315-0732 | **Fax:** 312-268-5063 |
| **Correspondent e-mail:** officeactions@norvellip.com | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 10, 2015 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 25, 2014 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Nov. 25, 2014 | PUBLISHED FOR OPPOSITION | |
| Nov. 05, 2014 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Oct. 20, 2014 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 77976 |
| Oct. 16, 2014 | NOTICE OF ACCEPTANCE OF AMENDMENT TO ALLEGE USE E-MAILED | |
| Oct. 15, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 15, 2014 | USE AMENDMENT ACCEPTED | 77762 |
| Oct. 14, 2014 | TEAS/EMAIL CORRESPONDENCE ENTERED | 77976 |
| Oct. 14, 2014 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 77976 |

| Oct. 07, 2014 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Sep. 12, 2014 | NON-FINAL ACTION E-MAILED | 77762 |
| Sep. 12, 2014 | NON-FINAL ACTION WRITTEN | 77976 |
| Sep. 12, 2014 | AMENDMENT TO USE PROCESSING COMPLETE | 77976 |
| Sep. 12, 2014 | USE AMENDMENT FILED | 77976 |
| Sep. 12, 2014 | DATA MODIFICATION COMPLETED | 77762 |
| Sep. 04, 2014 | ASSIGNED TO EXAMINER | |
| Jul. 22, 2014 | DIVISIONAL PROCESSING COMPLETE | |
| Jul. 16, 2014 | DIVISIONAL REQUEST RECEIVED | 71034 |
| Jul. 21, 2014 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Jul. 16, 2014 | TEAS REQUEST TO DIVIDE RECEIVED | |
| Jul. 16, 2014 | TEAS AMENDMENT OF USE RECEIVED | 77976 |
| Jun. 17, 2014 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 77976 |
| Jun. 16, 2014 | ASSIGNED TO LIE | |
| Jun. 04, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 03, 2014 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| May 24, 2014 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION          **Date in Location:** Feb. 10, 2015

# United States of America

### United States Patent and Trademark Office

# GLOBEX

**Reg. No. 5,166,758**

**Registered Mar. 21, 2017**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Chicago Mercantile Exchange Inc. (DELAWARE CORPORATION)
20 South Wacker Drive
Chicago, IL 60606

CLASS 9: Computer software for use in financial trading, including trade order initiation and delivery, trade order routing, trade order management and conversion to a trade, clearing and settlement, confirmation, trade order price verification, providing and accessing market data, and financial trading risk management for exchange market transactions in the field of futures, options, swaps, and other derivative contracts; computer software for use in providing an electronic trading system for exchange market transactions in the field of futures, options, swaps, and other derivative contracts; computer software platform used for trading of futures, options, swaps, and other derivative contracts

FIRST USE 12-31-1992; IN COMMERCE 12-31-1992

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2448961, 1576888, 3193924

SER. NO. 86-287,258, FILED 05-21-2014
KELLY F BOULTON, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2019-02-17 16:31:49 EST

**Mark:** GLOBEX

# GLOBEX

| | |
|---|---|
| **US Serial Number:** 86287258 | **Application Filing Date:** May 21, 2014 |
| **US Registration Number:** 5166758 | **Registration Date:** Mar. 21, 2017 |
| **Register:** Principal | |
| **Mark Type:** Trademark | |

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Mar. 21, 2017

| | |
|---|---|
| **Publication Date:** Dec. 16, 2014 | **Notice of Allowance Date:** Feb. 10, 2015 |

## Mark Information

**Mark Literal Elements:** GLOBEX

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**International Registration Number:** 1223068, 1249990, 1252807

**International Application(s) /Registration(s) Based on this Property:** A0043316/1223068, A0049475/1249990, A0048083/1252807

**Claimed Ownership of US Registrations:** 1576888, 2448961, 3193924

**Parent Of:** 86975529

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer software for use in financial trading, including trade order initiation and delivery, trade order routing, trade order management and conversion to a trade, clearing and settlement, confirmation, trade order price verification, providing and accessing market data, and financial trading risk management for exchange market transactions in the field of futures, options, swaps, and other derivative contracts; computer software for use in providing an electronic trading system for exchange market transactions in the field of futures, options, swaps, and other derivative contracts; computer software platform used for trading of futures, options, swaps, and other derivative contracts

| | |
|---|---|
| **International Class(es):** 009 - Primary Class | **U.S Class(es):** 021, 023, 026, 036, 038 |
| **Class Status:** ACTIVE | |
| **Basis:** 1(a) | |
| **First Use:** Dec. 31, 1992 | **Use in Commerce:** Dec. 31, 1992 |

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 South Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Tatyana V. Gilles

**Docket Number:** 13439-1412

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** TATYANA V. GILLES
NORVELL IP LLC
PO BOX 2461
CHICAGO, ILLINOIS 60690-2461
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 21, 2017 | REGISTERED-PRINCIPAL REGISTER | |
| Feb. 15, 2017 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Feb. 14, 2017 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Feb. 14, 2017 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Feb. 13, 2017 | STATEMENT OF USE PROCESSING COMPLETE | 71034 |
| Feb. 08, 2017 | USE AMENDMENT FILED | 71034 |
| Feb. 13, 2017 | EXTENSION 4 GRANTED | 71034 |
| Feb. 08, 2017 | EXTENSION 4 FILED | 71034 |
| Feb. 08, 2017 | TEAS EXTENSION RECEIVED | |
| Feb. 08, 2017 | TEAS STATEMENT OF USE RECEIVED | |
| Aug. 23, 2016 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Aug. 20, 2016 | EXTENSION 3 GRANTED | 71034 |
| Aug. 10, 2016 | EXTENSION 3 FILED | 71034 |
| Aug. 10, 2016 | TEAS EXTENSION RECEIVED | |
| Feb. 13, 2016 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Feb. 12, 2016 | EXTENSION 2 GRANTED | 71034 |
| Feb. 09, 2016 | EXTENSION 2 FILED | 71034 |
| Feb. 09, 2016 | TEAS EXTENSION RECEIVED | |
| Aug. 19, 2015 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |

| | | |
|---|---|---|
| Aug. 18, 2015 | EXTENSION 1 GRANTED | 71034 |
| Aug. 10, 2015 | EXTENSION 1 FILED | 71034 |
| Aug. 11, 2015 | NOTICE OF REVIVAL - E-MAILED | |
| Aug. 11, 2015 | EXTENSION RECEIVED WITH TEAS PETITION | |
| Aug. 11, 2015 | PETITION TO REVIVE-GRANTED | 88889 |
| Aug. 11, 2015 | TEAS PETITION TO REVIVE RECEIVED | |
| Feb. 10, 2015 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Dec. 16, 2014 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 16, 2014 | PUBLISHED FOR OPPOSITION | |
| Nov. 26, 2014 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Nov. 10, 2014 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 77976 |
| Nov. 04, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 28, 2014 | TEAS/EMAIL CORRESPONDENCE ENTERED | 77976 |
| Oct. 28, 2014 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 77976 |
| Oct. 20, 2014 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Sep. 10, 2014 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 10, 2014 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 10, 2014 | NON-FINAL ACTION WRITTEN | 77762 |
| Sep. 04, 2014 | ASSIGNED TO EXAMINER | 77762 |
| Jul. 22, 2014 | DIVISIONAL PROCESSING COMPLETE | |
| Jul. 16, 2014 | DIVISIONAL REQUEST RECEIVED | |
| Jul. 21, 2014 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 71034 |
| Jul. 16, 2014 | TEAS REQUEST TO DIVIDE RECEIVED | |
| Jun. 17, 2014 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 77976 |
| Jun. 16, 2014 | ASSIGNED TO LIE | 77976 |
| Jun. 04, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 03, 2014 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| May 24, 2014 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION      **Date in Location:** Feb. 14, 2017

## Proceedings

### Summary

**Number of Proceedings:** 1

#### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91216483 | **Filing Date:** | May 21, 2014 |
| **Status:** | Terminated | **Status Date:** | Sep 02, 2014 |
| **Interlocutory Attorney:** | ELIZABETH A DUNN | | |

**Defendant**

**Name:** UMN, LLC

**Correspondent Address:** ELY W SLUDER
RAYNDON LAW GROUP PLC
5001 N GRANITE REEF ROAD
SCOTTSDALE AZ , 85250-7456
UNITED STATES

**Correspondent e-mail:** elyesqlaw@gmail.com , esluder@rayndon.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|

GLOBEX                                    Abandoned - After Inter-Partes Decision                86011936
                                                        **Plaintiff(s)**

          **Name:** Chicago Mercantile Exchange Inc.

  **Correspondent** TATYANA V GILLES
      **Address:** NORVELL IP LLC
                   PO BOX 2461
                   CHICAGO IL , 60690
                   UNITED STATES

  **Correspondent e-** tgilles@norvellip.com , jkucala@norvellip.com , officeactions@norvellip.com
         **mail:**

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|---------------|---------------------|
| GLOBEX | REGISTERED AND RENEWED | 73743753 | 1576888 |
| GLOBEX | REGISTERED AND RENEWED | 75886451 | 2448961 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
|  | Registered | 86287258 | 5166758 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | FILED AND FEE | May 21, 2014 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 22, 2014 | Jul 01, 2014 |
| 3 | PENDING, INSTITUTED | May 22, 2014 | |
| 4 | NOTICE OF DEFAULT | Jul 17, 2014 | |
| 5 | BD DECISION: SUSTAINED | Sep 02, 2014 | |
| 6 | TERMINATED | Sep 02, 2014 | |

Int. Cl.: 36

Prior U.S. Cl.: 102

## United States Patent Office

**Reg. No. 1,085,682**
**Registered Feb. 14, 1978**

## SERVICE MARK
### Principal Register

## CHICAGO MERCANTILE EXCHANGE

Chicago Mercantile Exchange (Illinois not-for-profit corporation)
444 W. Jackson Blvd.
Chicago, Ill. 60606

For: CONDUCTING A SECURITY, MERCANTILE, COMMODITY AND MONETARY EXCHANGE AND PROVIDING SERVICES CONNECTED THEREWITH, in CLASS 36 (U.S. CL. 102).
First use 1919; in commerce 1919.

Ser. No. 134,561, filed July 20, 1977.

R. F. CISSEL, Examiner

**Generated on:** This page was generated by TSDR on 2019-02-17 16:32:08 EST

**Mark:** CHICAGO MERCANTILE EXCHANGE

**US Serial Number:** 73134561

**Application Filing Date:** Jul. 20, 1977

**US Registration Number:** 1085682

**Registration Date:** Feb. 14, 1978

**Register:** Principal

**Mark Type:** Service Mark

**Status:** The registration has been renewed.

**Status Date:** Feb. 08, 2018

## Mark Information

**Mark Literal Elements:** CHICAGO MERCANTILE EXCHANGE

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

**Acquired Distinctiveness Claim:** In whole

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** CONDUCTING A SECURITY, MERCANTILE, COMMODITY AND MONETARY EXCHANGE AND PROVIDING SERVICES CONNECTED THEREWITH

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** 1919

**Use in Commerce:** 1919

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** CHICAGO MERCANTILE EXCHANGE INC.

**Owner Address:** 20 S. WACKER DRIVE
CHICAGO, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

**Attorney Name:** Christine A. Filarski

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney of Record**

**Docket Number:** 13439-1082

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Christine A. Filarski
Norvell IP llc
PO Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com officeactions@norvell ip.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Feb. 08, 2018 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Feb. 08, 2018 | REGISTERED AND RENEWED (THIRD RENEWAL - 10 YRS) | |
| Feb. 08, 2018 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 68502 |
| Feb. 08, 2018 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 68502 |
| Jan. 19, 2018 | TEAS SECTION 8 & 9 RECEIVED | 68502 |
| Feb. 14, 2017 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 07, 2012 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 07, 2012 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jan. 23, 2008 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Jan. 23, 2008 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 66607 |
| Jan. 22, 2008 | ASSIGNED TO PARALEGAL | |
| Jan. 17, 2008 | TEAS SECTION 8 & 9 RECEIVED | 66607 |
| Dec. 04, 2007 | CASE FILE IN TICRS | |
| Jun. 20, 2006 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Jun. 20, 2006 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | 88888 |
| Mar. 04, 1998 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Jan. 27, 1998 | REGISTERED - SEC. 9 FILED/CHECK RECORD FOR SEC. 8 | |
| Apr. 04, 1983 | REGISTERED - SEC. 8 (6-YR) ACCEPTED | |

# Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Feb. 14, 2018

# TM Staff and Location Information

**TM Staff Information - None**

Current Location: GENERIC WEB UPDATE

File Location

Date in Location: Feb. 08, 2018

# Assignment Abstract Of Title Information

Summary

Total Assignments: 2

Registrant: CHICAGO MERCANTILE EXCHANGE

## Assignment 1 of 2

Conveyance: MERGER

Reel/Frame: 2724/0893

Date Recorded: May 05, 2003

Pages: 4

Supporting Documents: assignment-tm-2724-0893.pdf

**Assignor**

Name: CHICAGO MERCANTILE EXCHANGE

Legal Entity Type: CORPORATION

Execution Date: Nov. 09, 2000

State or Country Where Organized: ILLINOIS

**Assignee**

Name: CME TRANSITORY CO.

Legal Entity Type: CORPORATION

State or Country Where Organized: DELAWARE

Address: 30 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606

**Correspondent**

Correspondent Name: BRINKS HOFER GILSON & LIONE

Correspondent Address: CHRISTOPHER N. BOLINGER
P.O. BOX 10395
CHICAGO, ILLINOIS 60610

Domestic Representative - Not Found

## Assignment 2 of 2

Conveyance: MERGER

Reel/Frame: 2725/0474

Date Recorded: May 05, 2003

Pages: 5

Supporting Documents: assignment-tm-2725-0474.pdf

**Assignor**

Name: CME TRANSITORY CO.

Legal Entity Type: CORPORATION

Execution Date: Nov. 09, 2000

State or Country Where Organized: No Place Where Organized Found

**Assignee**

Name: CHICAGO MERCANTILE EXCHANGE INC.

Legal Entity Type: CORPORATION

State or Country Where Organized: DELAWARE

Address: 30 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606

**Correspondent**

Correspondent Name: BRINKS HOFER GILSON

Correspondent Address: CHRISTOPHER N. BOLINGER
P.O. BOX 10395
CHICAGO, IL 60610

Domestic Representative - Not Found

# Proceedings

Summary

**Number of** 1
**Proceedings:**

| Type of Proceeding: Opposition | |
|---|---|
| **Proceeding Number:** 91238893 | **Filing Date:** Jan 10, 2018 |
| **Status:** Terminated | **Status Date:** Sep 05, 2018 |
| **Interlocutory Attorney:** MIKE WEBSTER | |

**Defendant**

**Name:** Church Mutual Insurance Company

**Correspondent Address:** CHRISTOPHER P FOLEY
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 NEW YORK AVENUE NW
WASHINGTON DC , 20001
UNITED STATES

**Correspondent e-mail:** docketing@finnegan.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMEXCHANGE | Abandoned - After Inter-Partes Decision | 87431426 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent Address:** CHRISTINE A FILARSKI
NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| CME FX$INDEX | Registered | 86963593 | 5211897 |
| CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 73134561 | 1085682 |

CME GROUP APPROVED

CME FX SPOT

CME CLEARCHAIN

CME FX LINK

Fifth Extension - Granted

Third Extension - Granted

Third Extension - Granted

Notice of Allowance - Issued

86520059

87155844

87141695

87689907

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 10, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 10, 2018 | Feb 19, 2018 |
| 3 | PENDING, INSTITUTED | Jan 10, 2018 | |
| 4 | ANSWER | Feb 20, 2018 | |
| 5 | P MOT TO STRIKE PLEADING/AFFIRMATIVE DEFENSE | Mar 13, 2018 | |
| 6 | D OPP/RESP TO MOTION | Mar 28, 2018 | |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 29, 2018 | |
| 8 | P REPLY IN SUPPORT OF MOTION | Apr 17, 2018 | |
| 9 | STIP FOR EXT | Jul 17, 2018 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 17, 2018 | |
| 11 | PROCEEDINGS RESUMED | Jul 17, 2018 | |
| 12 | W/DRAW OF APPLICATION | Aug 07, 2018 | |
| 13 | BD DECISION: OPP SUSTAINED | Sep 05, 2018 | |
| 14 | TERMINATED | Sep 05, 2018 | |

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,969,965
Registered July 19, 2005

## SERVICE MARK
## PRINCIPAL REGISTER

## E-MINI

CHICAGO MERCANTILE EXCHANGE INC. (DE-
LAWARE CORPORATION)
30 SOUTH WACKER DRIVE
CHICAGO, IL 60606

FOR: FINANCIAL EXCHANGE SERVICES, IN
CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-9-1997; IN COMMERCE 9-9-1997.

SER. NO. 78-297,512, FILED 9-8-2003.

ALEXANDER L. POWERS, EXAMINING ATTOR-
NEY

**Generated on:** This page was generated by TSDR on 2019-02-17 16:32:41 EST

**Mark:** E-MINI

**US Serial Number:** 78297512

**US Registration Number:** 2969965

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



**Status:** The registration has been renewed.

**Status Date:** Aug. 07, 2015

**Publication Date:** Jan. 04, 2005

**Application Filing Date:** Sep. 08, 2003

**Registration Date:** Jul. 19, 2005

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

## Mark Information

**Mark Literal Elements:** E-MINI

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial exchange services

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Sep. 09, 1997

**Use in Commerce:** Sep. 09, 1997

## Basis Information (Case Level)

**Filed Use:** Yes

**Filed ITU:** No

**Filed 44D:** No

**Filed 44E:** No

**Filed 66A:** No

**Filed No Basis:** No

**Currently Use:** Yes

**Currently ITU:** No

**Currently 44E:** No

**Currently 66A:** No

**Currently No Basis:** No

## Current Owner(s) Information

Owner Name: Chicago Mercantile Exchange Inc.

Owner Address: 20 S. Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606

Legal Entity Type: CORPORATION

State or Country
Where Organized: DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

Attorney Name: Joseph T. Kucala, Jr.

Docket Number: 13439-1099

Attorney Primary
Email Address: officeactions@norvellip.com

Attorney Email
Authorized: Yes

**Correspondent**

Correspondent
Name/Address: Joseph T. Kucala, Jr.
Norvell IP llc
PO Box 2461
Chicago, ILLINOIS UNITED STATES 60690

Phone: 888-315-0732

Fax: 312-268-5063

Correspondent e-mail: officeactions@norvellip.com officeactions@norvell
ip.com

Correspondent e-mail Authorized: Yes

Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Aug. 07, 2015 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Aug. 07, 2015 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Aug. 07, 2015 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 75184 |
| Aug. 07, 2015 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 75184 |
| Jul. 15, 2015 | TEAS SECTION 8 & 9 RECEIVED | 75184 |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 07, 2012 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 07, 2012 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jun. 14, 2011 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Jun. 14, 2011 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 67723 |
| May 12, 2011 | TEAS SECTION 8 & 15 RECEIVED | 67723 |
| Jun. 20, 2006 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Jun. 20, 2006 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | 88888 |
| Jul. 19, 2005 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 04, 2005 | EXTENSION OF TIME TO OPPOSE PROCESS - TERMINATED | |
| May 26, 2005 | PREVIOUS ALLOWANCE COUNT WITHDRAWN | |
| Apr. 20, 2005 | LETTER OF PROTEST ACCEPTED | |
| Jan. 19, 2005 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Jan. 04, 2005 | PUBLISHED FOR OPPOSITION | |
| Dec. 15, 2004 | NOTICE OF PUBLICATION | |
| Oct. 29, 2004 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| Oct. 22, 2004 | ASSIGNED TO LIE | 76243 |
| Oct. 19, 2004 | APPROVED FOR PUB - PRINCIPAL REGISTER | 76243 |
| Oct. 18, 2004 | AMENDMENT FROM APPLICANT ENTERED | |
| Oct. 07, 2004 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 67215 |
| Oct. 07, 2004 | PAPER RECEIVED | 67215 |
| Apr. 03, 2004 | NON-FINAL ACTION E-MAILED | |
| Mar. 27, 2004 | ASSIGNED TO EXAMINER | 73363 |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Jul. 19, 2015

# TM Staff and Location Information

TM Staff Information - None

**File Location**

**Current Location:** GENERIC WEB UPDATE

**Date in Location:** Aug. 07, 2015

# Proceedings

## Summary

**Number of Proceedings:** 2

### Type of Proceeding: Cancellation

**Proceeding Number:** 92066802

**Filing Date:** Sep 01, 2017

**Status:** Pending

**Status Date:** Sep 01, 2017

**Interlocutory Attorney:** ELIZABETH A DUNN

#### Defendant

**Name:** Barry Taylor

**Correspondent Address:** Ruth Khalsa
LEGALFORCE RAPC WORLDWIDE PC
446 E SOUTHERN AVENUE
TEMPE AZ UNITED STATES , 85282

**Correspondent e-mail:** lfdisputes@legalforcelaw.com , ruth@legalforcelaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|---------------|---------------------|
| EMINI-WATCH | Cancellation Pending | 85366130 | 4200951 |

#### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent Address:** CHRISTINE A FILARSKI
NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|---------------|---------------------|
| E-MINI | REGISTERED AND RENEWED | 78297512 | 2969965 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| | First Extension - Granted | 87593364 | |

#### Prosecution History

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | FILED AND FEE | Sep 01, 2017 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Sep 05, 2017 | Oct 15, 2017 |
| 3 | PENDING, INSTITUTED | Sep 05, 2017 | |
| 4 | ANSWER | Oct 06, 2017 | |
| 5 | AMENDED ANSWER | Oct 27, 2017 | |
| 6 | D APPEARANCE / POWER OF ATTORNEY | Nov 03, 2017 | |

| | | | |
|---|---|---|---|
| 7 | TRIAL DATES REMAIN AS SET | | |
| 8 | D CHANGE OF CORRESP ADDRESS | Nov 13, 2017 | |
| 9 | STIP PROTECTIVE ORDER | Dec 29, 2017 | |
| 10 | UNDELIVERABLE MAIL | Feb 13, 2018 | |
| 11 | STIP NOTED AND APPROVED | Feb 13, 2018 | |
| 12 | STIP FOR EXT | Feb 20, 2018 | |
| 13 | EXTENSION OF TIME GRANTED | Mar 15, 2018 | |
| 14 | STIP FOR EXT | Mar 15, 2018 | |
| 15 | EXTENSION OF TIME GRANTED | Jul 09, 2018 | |
| 16 | P MOT FOR EXT W/ CONSENT | Jul 09, 2018 | |
| 17 | EXTENSION OF TIME GRANTED | Oct 01, 2018 | |
| 18 | P MOT FOR EXT W/ CONSENT | Oct 01, 2018 | |
| 19 | EXTENSION OF TIME GRANTED | Dec 13, 2018 | |
| | | Dec 13, 2018 | |

## Type of Proceeding: Extension of Time

**Proceeding Number:** 78297512

**Filing Date:** Jan 19, 2005

**Status:** Terminated

**Status Date:** Jun 04, 2005

**Interlocutory Attorney:**

### Defendant

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent Address:** Christopher N. Bolinger
BRINKS HOFER GILSON & LIONE
P.O. Box 10395
CHICAGO IL UNITED STATES , 60610

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| E-MINI | REGISTERED AND RENEWED | 78297512 | 2969965 |

**Potential Opposer(s)**

**Name:** CANNON TRADING COMPANY, INC.

**Correspondent Address:** Lee Fredric Sharra
4313 Trouthaven Drive
Murrysville PA UNITED STATES , 15668

**Correspondent e-mail:** sharral@adelphia.net

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | INCOMING - EXT TIME TO OPPOSE FILED | Jan 19, 2005 | |
| 2 | EXTENSION OF TIME GRANTED | Jan 19, 2005 | |

Int. Cls.: 9, 35, 38 and 42

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101, 102 and 104

**United States Patent and Trademark Office**

Reg. No. 3,569,041
Registered Feb. 3, 2009

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

# PIVOT

PIVOT INCORPORATED (DELAWARE COR-
PORATION)
SUITE 610
10 MILK STREET
BOSTON, MA 02108

FOR: COMPUTER PROGRAMS FOR INVEST-
MENT PURPOSES, NAMELY, THE TRANSLATION
OF ELECTRONIC CONVERSATIONS INTO FINAN-
CIAL TRANSACTIONS AND TRADING WORK-
FLOWS; A PLATFORM FOR THE SHARING OF
INFORMATION AS A SINGLE UNIT RATHER
THAN AS INDIVIDUALS; A PLATFORM OVER
WHICH FINANCIAL SERVICE PROFESSIONALS
CAN COMMUNICATE, INTEGRATE AND COLLA-
BORATE WITH EXTERNAL AND INTERNAL AU-
DIENCES IN A FINANCIALLY COMPLIANT
ENVIRONMENT; A SYSTEM THAT AGGREGATES
AND INTEGRATES INFORMATION AND DATA
INTO TRADING WORKFLOWS; CONVERSION OF
INSTANT MESSAGES INTO A PLATFORM TO
EXECUTE FINANCIAL TRANSACTIONS, IN CLASS
9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-2-2007; IN COMMERCE 5-2-2007.

FOR: DATA PROCESSING, NAMELY, AGGRE-
GATING AND INTEGRATING INFORMATION
AND DATA INTO TRADING WORKFLOWS, IN
CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-2-2007; IN COMMERCE 5-2-2007.

FOR: COMPUTER SERVICES, NAMELY, PRO-
VIDING ON-LINE FACILITIES OVER WHICH FI-
NANCIAL PROFESSIONALS CAN
COMMUNICATE, INTEGRATE AND COLLABO-
RATE WITH EXTERNAL AND INTERNAL AUDI-
ENCES IN A FINANCIALLY COMPLIANT
ENVIRONMENT, IN CLASS 38 (U.S. CLS. 100, 101
AND 104).

FIRST USE 5-2-2007; IN COMMERCE 5-2-2007.

FOR: DATA CONVERSION, NAMELY, TRANS-
LATION OF ELECTRONIC CONVERSATIONS INTO
FINANCIAL TRANSACTIONS AND TRADING
WORKFLOWS VIA A COMPUTER NETWORK;
CONVERSION OF INSTANT MESSAGES INTO A
PLATFORM TO EXECUTE FINANCIAL TRANSAC-
TIONS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 5-2-2007; IN COMMERCE 5-2-2007.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-339,334, FILED 11-28-2007.

JAMES A. RAUEN, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2019-02-17 16:33:16 EST
**Mark:** PIVOT

# PIVOT

**US Serial Number:** 77339334

**US Registration Number:** 3569041

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:**



**Application Filing Date:** Nov. 28, 2007

**Registration Date:** Feb. 03, 2009

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Status Date:** Sep. 01, 2015

**Publication Date:** Nov. 18, 2008

## Mark Information

**Mark Literal Elements:** PIVOT

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer programs for investment purposes, namely, the translation of electronic conversations into financial transactions and trading workflows; a platform for the sharing of information as a single unit rather than as individuals; a platform over which financial service professionals can communicate, integrate and collaborate with external and internal audiences in a financially compliant environment; a system that aggregates and integrates information and data into trading workflows; conversion of instant messages into a platform to execute financial transactions

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** May 02, 2007

**Use in Commerce:** May 02, 2007

**For:** Data processing, namely, aggregating and integrating information and data into trading workflows

**International Class(es):** 035 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** May 02, 2007

**Use in Commerce:** May 02, 2007

**For:** Computer services, namely, providing on-line facilities over which financial professionals can communicate, integrate and collaborate with external and internal audiences in a financially compliant environment

**International Class(es):** 038 - Primary Class

**U.S Class(es):** 100, 101, 104

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** May 02, 2007

**Use in Commerce:** May 02, 2007

**For:** Data conversion, namely, translation of electronic conversations into financial transactions and trading workflows via a computer network; Conversion of instant messages into a platform to execute financial transactions

**International Class(es):** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** May 02, 2007

**Use in Commerce:** May 02, 2007

## Basis Information (Case Level)

**Filed Use:** Yes

**Filed ITU:** No

**Filed 44D:** No

**Filed 44E:** No

**Filed 66A:** No

**Filed No Basis:** No

**Currently Use:** Yes

**Currently ITU:** No

**Currently 44E:** No

**Currently 66A:** No

**Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** Pivot Incorporated

**Owner Address:** Suite 610
10 Milk Street
Boston, MASSACHUSETTS UNITED STATES 02108

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Matthew D. Witsman

**Attorney Primary Email Address:** officeactions@norvellip.com

**Docket Number:** 13470-1396

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Matthew D. Witsman
Norvell IP llc
P.O. Box 2461
Norvell IP llc
Chicago, ILLINOIS UNITED STATES 60690

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com mwitsman@norvellip.com emccarthy@norvellip.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Feb. 01, 2019 | TEAS SECTION 8 & 9 RECEIVED | |
| Feb. 03, 2018 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Sep. 01, 2015 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Sep. 01, 2015 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Feb. 18, 2015 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 74886 |
| Feb. 03, 2015 | TEAS SECTION 8 & 15 RECEIVED | 74886 |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 04, 2013 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |

| Apr. 04, 2013 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
|---|---|---|
| Feb. 03, 2009 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 18, 2008 | PUBLISHED FOR OPPOSITION | |
| Oct. 29, 2008 | NOTICE OF PUBLICATION | |
| Oct. 15, 2008 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| Oct. 14, 2008 | APPROVED FOR PUB - PRINCIPAL REGISTER | 73787 |
| Oct. 03, 2008 | EXAMINER'S AMENDMENT ENTERED | |
| Oct. 03, 2008 | ASSIGNED TO LIE | 73787 |
| Oct. 02, 2008 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 73787 |
| Oct. 02, 2008 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Oct. 02, 2008 | EXAMINERS AMENDMENT -WRITTEN | 6328 |
| Oct. 01, 2008 | NOTIFICATION OF FINAL REFUSAL EMAILED | 69811 |
| Oct. 01, 2008 | FINAL REFUSAL E-MAILED | |
| Oct. 01, 2008 | FINAL REFUSAL WRITTEN | |
| Sep. 10, 2008 | TEAS/EMAIL CORRESPONDENCE ENTERED | 69811 |
| Sep. 10, 2008 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Sep. 10, 2008 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 88889 |
| Mar. 10, 2008 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Mar. 10, 2008 | NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 10, 2008 | NON-FINAL ACTION WRITTEN | 6325 |
| Mar. 10, 2008 | ASSIGNED TO EXAMINER | 69811 |
| Dec. 04, 2007 | NEW APPLICATION ENTERED IN TRAM | 69811 |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

## TM Staff and Location Information

TM Staff Information - None

**File Location**

**Current Location:** TMEG LAW OFFICE 109

**Date in Location:** Sep. 01, 2015

## Assignment Abstract Of Title Information

### Summary

**Total Assignments:** 1

**Registrant:** Pivot Incorporated

### Assignment 1 of 1

**Conveyance:** SECURITY INTEREST

**Reel/Frame:** 4422/0178

**Pages:** 8

**Date Recorded:** Nov. 29, 2010

**Supporting Documents:** assignment-tm-4422-0178.pdf

#### Assignor

**Name:** PIVOT, INC.

**Execution Date:** Aug. 05, 2010

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

#### Assignee

**Name:** WF FUND III LIMITED PARTNERSHIP (D/B/A WELLINGTON FINANCIAL LP AND WELLINGTON FINANCIAL FUND III)

**Legal Entity Type:** LIMITED PARTNERSHIP

**State or Country Where Organized:** MANITOBA

**Address:** 161 BAY STREET
SUITE 2520
TORONTO, ONTARIO, CANADA M5J 2S1

| Correspondent Name: | CHOATE, HALL & STEWART LLP | Correspondent |
| --- | --- | --- |
| Correspondent Address: | TWO INTERNATIONAL PLACE ATTN: KELL L. SCHOFF BOSTON, MA 02110 | |

Domestic Representative - Not Found

# Proceedings

## Summary

| Number of Proceedings: | 4 |
| --- | --- |

## Type of Proceeding: Opposition

| Proceeding Number: | 91223347 | Filing Date: | Aug 17, 2015 |
| --- | --- | --- | --- |
| Status: | Terminated | | |
| Interlocutory Attorney: | GEOFFREY MCNUTT | Status Date: | Nov 02, 2016 |

### Defendant

| Name: | Pivot Technology Solutions, Inc. |
| --- | --- |
| Correspondent Address: | CARLA J VRSANSKY BUCHANAN INGERSOLL & ROONEY PC 301 GRANT ST FL 20 PITTSBURGH PA UNITED STATES , 15219-1410 |
| Correspondent e-mail: | carla.vrsansky@bipc.com , vicki.cremonese@bipc.com , susan.hilburg@bipc.com |

#### Associated marks

| Mark | | Application Status | Serial Number | Registration Number |
| --- | --- | --- | --- | --- |
| PIVOT INTERCONNECT | | Registered | 86365614 | 5261471 |

### Plaintiff(s)

| Name: | Pivot, Inc. |
| --- | --- |
| Correspondent Address: | J RYAN HINSHAW NORVELL IP LLC PO BOX 2461 CHICAGO IL UNITED STATES , 60690 |
| Correspondent e-mail: | officeactions@norvellip.com , rhinshaw@norvellip.com |

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
| --- | --- | --- | --- |
| PIVOT POINTS | Section 8 and 15 - Accepted and Acknowledged | 77340433 | 3559816 |
| PIVOT | Section 8 and 15 - Accepted and Acknowledged | 77339334 | 3569041 |
| PIV T | Section 8 and 15 - Accepted and Acknowledged | 77394850 | 3569229 |
| PIVOT 360 | Section 8 and 15 - Accepted and Acknowledged | 77341473 | 3578687 |
| | Registered | 86727013 | 5025346 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
| --- | --- | --- | --- |
| 1 | FILED AND FEE | Aug 17, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Aug 17, 2015 | Sep 26, 2015 |
| 3 | PENDING, INSTITUTED | Aug 17, 2015 | |
| 4 | STIP FOR EXT | Sep 25, 2015 | |
| 5 | EXTENSION OF TIME GRANTED | Sep 25, 2015 | |
| 6 | STIP FOR EXT | Nov 16, 2015 | |
| 7 | EXTENSION OF TIME GRANTED | Nov 16, 2015 | |
| 8 | STIP FOR EXT | Feb 22, 2016 | |
| 9 | EXTENSION OF TIME GRANTED | Feb 22, 2016 | |

| | | |
|---|---|---|
| 10 | STIP FOR EXT | |
| 11 | EXTENSION OF TIME GRANTED | Apr 19, 2016 |
| 12 | STIP FOR EXT | Apr 19, 2016 |
| 13 | EXTENSION OF TIME GRANTED | May 17, 2016 |
| 14 | STIP FOR EXT | May 17, 2016 |
| 15 | EXTENSION OF TIME GRANTED | Jun 21, 2016 |
| 16 | STIP FOR EXT | Jun 21, 2016 |
| 17 | EXTENSION OF TIME GRANTED | Jul 21, 2016 |
| 18 | STIP FOR EXT | Jul 21, 2016 |
| 19 | EXTENSION OF TIME GRANTED | Aug 16, 2016 |
| 20 | MOT TO AMEND APPLICATION | Aug 16, 2016 |
| 21 | BD DECISION: DISMISSED W/ PREJ | Sep 15, 2016 |
| 22 | TERMINATED | Nov 02, 2016 |
| | | Nov 02, 2016 |

## Type of Proceeding: Opposition

**Proceeding Number:** 91222781

**Filing Date:** Jul 13, 2015

**Status:** Terminated

**Status Date:** Sep 26, 2016

**Interlocutory Attorney:** ELIZABETH A DUNN

### Defendant

**Name:** Pivot Technology Solutions, Inc.

**Correspondent Address:** CARLA J VRSANSKY
BUCHANAN INGERSOLL & ROONEY PC
301 GRANT ST, 20TH FLOOR
PITTSBURGH PA UNITED STATES , 15219-1410

**Correspondent e-mail:** carla.vrsansky@bipc.com , vicki.cremonese@bipc.com , susan.hilburg@bipc.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| THEPIVOTSTORE | Abandoned - No Statement Of Use Filed | 86365571 | |

### Plaintiff(s)

**Name:** Pivot, Inc.

**Correspondent Address:** J RYAN HINSHAW
NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PIVOT POINTS | Section 8 and 15 - Accepted and Acknowledged | 77340433 | 3559816 |
| PIVOT | Section 8 and 15 - Accepted and Acknowledged | 77339334 | 3569041 |
| PIV T | Section 8 and 15 - Accepted and Acknowledged | 77394850 | 3569229 |
| PIVOT 360 | Section 8 and 15 - Accepted and Acknowledged | 77341473 | 3578687 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jul 13, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jul 13, 2015 | Aug 22, 2015 |
| 3 | PENDING, INSTITUTED | Jul 13, 2015 | |
| 4 | D MOT FOR EXT W/ CONSENT | Aug 19, 2015 | |
| 5 | EXTENSION OF TIME GRANTED | Aug 19, 2015 | |
| 6 | D MOT FOR EXT W/ CONSENT | Oct 19, 2015 | |
| 7 | EXTENSION OF TIME GRANTED | Oct 19, 2015 | |
| 8 | D MOT FOR EXT W/ CONSENT | Jan 19, 2016 | |
| 9 | EXTENSION OF TIME GRANTED | Jan 19, 2016 | |

| | | |
|---|---|---|
| 10 | D MOT FOR EXT W/ CONSENT | |
| 11 | EXTENSION OF TIME GRANTED | Feb 18, 2016 |
| 12 | D MOT FOR EXT W/ CONSENT | Feb 18, 2016 |
| 13 | EXTENSION OF TIME GRANTED | Apr 15, 2016 |
| 14 | P MOT FOR EXT W/ CONSENT | Apr 15, 2016 |
| 15 | EXTENSION OF TIME GRANTED | May 17, 2016 |
| 16 | P MOT FOR EXT W/ CONSENT | May 17, 2016 |
| 17 | EXTENSION OF TIME GRANTED | Jun 16, 2016 |
| 18 | D MOT FOR EXT W/ CONSENT | Jun 17, 2016 |
| 19 | EXTENSION OF TIME GRANTED | Jul 15, 2016 |
| 20 | D MOT FOR EXT W/ CONSENT | Jul 18, 2016 |
| 21 | EXTENSION OF TIME GRANTED | Aug 16, 2016 |
| 22 | MOT TO AMEND APPLICATION | Aug 17, 2016 |
| 23 | BD DECISION: DISMISSED W/ PREJ | Sep 15, 2016 |
| 24 | TERMINATED | Sep 26, 2016 |
| | | Sep 26, 2016 |

## Type of Proceeding: Opposition

**Proceeding Number:** 91220468

**Filing Date:** Feb 02, 2015

**Status:** Terminated

**Interlocutory Attorney:** ANN LINNEHAN VOGLER

**Status Date:** Jun 11, 2015

**Defendant**

**Name:** Fidelity National Information Services,Inc.

**Correspondent Address:** DAVID M KELLY
KELLY IP LLP
1919 M STREET NW, SUITE 610
WASHINGTON DC UNITED STATES , 20036

**Correspondent e-mail:** david.kelly@kelly-ip.com , docketing@kelly-ip.com , larry.white@kelly-ip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PIVOT | Abandoned - After Inter-Partes Decision | 86116058 | |

**Plaintiff(s)**

**Name:** Pivot, Inc.

**Correspondent Address:** J RYAN HINSHAW
NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , rhinshaw@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PIVOT POINTS | Section 8 and 15 - Accepted and Acknowledged | 77340433 | 3559816 |
| PIVOT | Section 8 and 15 - Accepted and Acknowledged | 77339334 | 3569041 |
| PIV T | Section 8 and 15 - Accepted and Acknowledged | 77394850 | 3569229 |
| PIVOT 360° | Cancelled - Section 8 | 77394907 | 3578985 |
| PIVOT 360 | Section 8 and 15 - Accepted and Acknowledged | 77341473 | 3578687 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Feb 02, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Feb 02, 2015 | Mar 14, 2015 |
| 3 | PENDING, INSTITUTED | Feb 02, 2015 | |
| 4 | CHANGE OF CORRESP ADDRESS | Feb 25, 2015 | |
| 5 | NOTICE OF DEFAULT | Apr 14, 2015 | |
| 6 | BD DECISION: SUSTAINED | Jun 11, 2015 | |

7      TERMINATED      Jun 11, 2015

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91219054 | **Filing Date:** | Oct 27, 2014 |
| **Status:** | Terminated | | |
| **Interlocutory Attorney:** | ROBERT COGGINS | **Status Date:** | Mar 21, 2015 |

### Defendant

| | |
|---|---|
| **Name:** | Pivot Point Consulting, LLC |
| **Correspondent Address:** | DAVID A LOWE LOWE GRAHAM JONES 701 5TH AVE STE 4800 SEATTLE WA UNITED STATES , 98104-7009 |
| **Correspondent e-mail:** | Lowe@LoweGrahamJones.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PIVOT POINT TECHNOLOGIES | Abandoned - No Statement Of Use Filed | 85816075 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | Pivot Incorporated |
| **Correspondent Address:** | J RYAN HINSHAW NORVELL IP LLC PO BOX 2461 CHICAGO IL UNITED STATES , 60690 |
| **Correspondent e-mail:** | officeactions@norvellip.com , rhinshaw@norvellip.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PIVOT POINTS | Section 8 and 15 - Accepted and Acknowledged | 77340433 | 3559816 |
| PIVOT | Section 8 and 15 - Accepted and Acknowledged | 77339334 | 3569041 |
| PIV T | Section 8 and 15 - Accepted and Acknowledged | 77394850 | 3569229 |
| PIVOT 360° | Cancelled - Section 8 | 77394907 | 3578985 |
| PIVOT 360 | Section 8 and 15 - Accepted and Acknowledged | 77341473 | 3578687 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Oct 27, 2014 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Oct 28, 2014 | Dec 07, 2014 |
| 3 | PENDING, INSTITUTED | Oct 28, 2014 | |
| 4 | D MOT FOR EXT W/ CONSENT | Dec 06, 2014 | |
| 5 | EXTENSION OF TIME GRANTED | Dec 06, 2014 | |
| 6 | MOT TO AMEND APPLICATION | Mar 05, 2015 | |
| 7 | BD DECISION: DISMISSED W/O PREJ | Mar 21, 2015 | |
| 8 | TERMINATED | Mar 21, 2015 | |

# United States of America

### United States Patent and Trademark Office

# PIVOT CONNECT

**Reg. No. 5,025,346**

**Registered Aug. 23, 2016**

**Int. Cl.: 9, 35, 42**

**Service Mark**

**Trademark**

**Principal Register**

Pivot Incorporated (DELAWARE CORPORATION)
Suite 610
10 Milk Street
Boston, MA 02108

CLASS 9: Computer programs for investment purposes, namely, the translation of electronic conversations into financial transactions and trading workflows; computer software platforms for aggregating and integrating information and data into trading workflows; a computer program that converts instant messages into a platform to execute financial transactions

FIRST USE 11-1-2011; IN COMMERCE 11-1-2011

CLASS 35: Data processing, namely, aggregating and integrating information and data into trading workflows

FIRST USE 11-1-2011; IN COMMERCE 11-1-2011

CLASS 42: Data conversion, namely, translation of electronic conversations into financial transactions and trading workflows via a computer network; Conversion of instant messages into a platform to execute financial transactions

FIRST USE 11-1-2011; IN COMMERCE 11-1-2011

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3569229, 3569041, 3559816

SER. NO. 86-727,013, FILED 08-17-2015
MICHAEL L ENGEL, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2019-02-17 16:33:55 EST

**Mark:** PIVOT CONNECT

PIVOT CONNECT

**US Serial Number:** 86727013

**Application Filing Date:** Aug. 17, 2015

**US Registration Number:** 5025346

**Registration Date:** Aug. 23, 2016

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Aug. 23, 2016

**Publication Date:** Jun. 07, 2016

## Mark Information

**Mark Literal Elements:** PIVOT CONNECT

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**Claimed Ownership of US Registrations:** 3559816, 3569041, 3569229 and others

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer programs for investment purposes, namely, the translation of electronic conversations into financial transactions and trading workflows; computer software platforms for aggregating and integrating information and data into trading workflows; a computer program that converts instant messages into a platform to execute financial transactions

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Nov. 01, 2011

**Use in Commerce:** Nov. 01, 2011

**For:** Data processing, namely, aggregating and integrating information and data into trading workflows

**International Class(es):** 035 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Nov. 01, 2011

**Use in Commerce:** Nov. 01, 2011

**For:** Data conversion, namely, translation of electronic conversations into financial transactions and trading workflows via a computer network; Conversion of instant messages into a platform to execute financial transactions

**International Class(es):** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Nov. 01, 2011     **Use in Commerce:** Nov. 01, 2011

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Pivot Incorporated

**Owner Address:** Suite 610
10 Milk Street
Boston, MASSACHUSETTS 02108
UNITED STATES

**Legal Entity Type:** CORPORATION     **State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney Name:** J. Ryan Hinshaw     **Attorney of Record**

**Attorney Primary Email Address:** officeactions@norvellip.com     **Docket Number:** 13470-1399

**Attorney Email Authorized:** Yes

**Correspondent Name/Address:** J. RYAN HINSHAW     **Correspondent**
Norvell Ip Llc
PO Box 2461
Chicago, ILLINOIS 60690-2461
UNITED STATES

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com rhinshaw@norvellip.com     **Correspondent e-mail Authorized:** Yes

Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 23, 2016 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 07, 2016 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 07, 2016 | PUBLISHED FOR OPPOSITION | |
| May 18, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 05, 2016 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70629 |
| Apr. 28, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 28, 2016 | EXAMINER'S AMENDMENT ENTERED | 70629 |
| Apr. 27, 2016 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Apr. 27, 2016 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Apr. 27, 2016 | EXAMINERS AMENDMENT -WRITTEN | 76079 |
| Dec. 07, 2015 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 07, 2015 | NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 07, 2015 | NON-FINAL ACTION WRITTEN | 76079 |
| Dec. 01, 2015 | ASSIGNED TO EXAMINER | 76079 |

| Sep. 16, 2015 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | |
| Sep. 16, 2015 | ASSIGNED TO LIE | |
| Aug. 28, 2015 | TEAS VOLUNTARY AMENDMENT RECEIVED | 70629 |
| Aug. 20, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 70629 |
| Aug. 20, 2015 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

Current Location: PUBLICATION AND ISSUE SECTION

Date in Location: Aug. 23, 2016

## Proceedings

### Summary

Number of Proceedings: 1

**Type of Proceeding: Opposition**

Proceeding Number: 91223347

Filing Date: Aug 17, 2015

Status: Terminated

Status Date: Nov 02, 2016

Interlocutory Attorney: GEOFFREY MCNUTT

**Defendant**

Name: Pivot Technology Solutions, Inc.

Correspondent Address: CARLA J VRSANSKY
BUCHANAN INGERSOLL & ROONEY PC
301 GRANT ST FL 20
PITTSBURGH PA , 15219-1410
UNITED STATES

Correspondent e-mail: carla.vrsansky@bipc.com , vicki.cremonese@bipc.com , susan.hilburg@bipc.com

Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PIVOT INTERCONNECT | Registered | 86365614 | 5261471 |

**Plaintiff(s)**

Name: Pivot, Inc.

Correspondent Address: J RYAN HINSHAW
NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

Correspondent e-mail: officeactions@norvellip.com , rhinshaw@norvellip.com

Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PIVOT POINTS | Section 8 and 15 - Accepted and Acknowledged | 77340433 | 3559816 |
| PIVOT | Section 8 and 15 - Accepted and Acknowledged | 77339334 | 3569041 |
| PIV T | Section 8 and 15 - Accepted and Acknowledged | 77394850 | 3569229 |
| PIVOT 360 | Section 8 and 15 - Accepted and Acknowledged | 77341473 | 3578687 |
| | Registered | 86727013 | 5025346 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Aug 17, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Aug 17, 2015 | Sep 26, 2015 |
| 3 | PENDING, INSTITUTED | Aug 17, 2015 | |
| 4 | STIP FOR EXT | Sep 25, 2015 | |

| 5 | EXTENSION OF TIME GRANTED | |
| 6 | STIP FOR EXT | Sep 25, 2015 |
| 7 | EXTENSION OF TIME GRANTED | Nov 16, 2015 |
| 8 | STIP FOR EXT | Nov 16, 2015 |
| 9 | EXTENSION OF TIME GRANTED | Feb 22, 2016 |
| 10 | STIP FOR EXT | Feb 22, 2016 |
| 11 | EXTENSION OF TIME GRANTED | Apr 19, 2016 |
| 12 | STIP FOR EXT | Apr 19, 2016 |
| 13 | EXTENSION OF TIME GRANTED | May 17, 2016 |
| 14 | STIP FOR EXT | May 17, 2016 |
| 15 | EXTENSION OF TIME GRANTED | Jun 21, 2016 |
| 16 | STIP FOR EXT | Jun 21, 2016 |
| 17 | EXTENSION OF TIME GRANTED | Jul 21, 2016 |
| 18 | STIP FOR EXT | Jul 21, 2016 |
| 19 | EXTENSION OF TIME GRANTED | Aug 16, 2016 |
| 20 | MOT TO AMEND APPLICATION | Aug 16, 2016 |
| 21 | BD DECISION: DISMISSED W/ PREJ | Sep 15, 2016 |
| 22 | TERMINATED | Nov 02, 2016 |
| | | Nov 02, 2016 |

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,403,561
Registered Nov. 14, 2000

### SERVICE MARK
### PRINCIPAL REGISTER

## CHICAGO BOARD OF TRADE

BOARD OF TRADE OF THE CITY OF CHICAGO
(ILLINOIS CORPORATION)
141 WEST JACKSON BOULEVARD
CHICAGO, IL 60604

FOR: COMMODITY QUOTATION SERVICES AND
COMMODITY EXCHANGE SERVICES, IN CLASS 36
(U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1848; IN COMMERCE 0-0-1848.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT
TO USE "BOARD OF TRADE", APART FROM THE
MARK AS SHOWN.

SEC. 2(F).

SER. NO. 75-694,458, FILED 4-29-1999.

KIMBERLY REDDICK, EXAMINING ATTORNEY

Generated on: This page was generated by TSDR on 2019-02-20 11:06:58 EST

Mark: CHICAGO BOARD OF TRADE

US Serial Number: 75694458

CHICAGO BOARD OF TRADE

US Registration 2403561
Number:

Register: Principal

Mark Type: Service Mark

Status: The registration has been renewed.

Status Date: Feb. 10, 2011

Publication Date: Aug. 22, 2000

Application Filing Apr. 29, 1999
Date:

Registration Date: Nov. 14, 2000

## Mark Information

Mark Literal CHICAGO BOARD OF TRADE
Elements:

Standard Character No
Claim:

Mark Drawing 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)
Type:

Disclaimer: "BOARD OF TRADE"

Acquired In whole
Distinctiveness
Claim:

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Commodity quotation services and commodity exchange services

International 036 - Primary Class
Class(es):

U.S Class(es): 100, 101, 102

Class Status: ACTIVE

Basis: 1(a)

First Use: 1848

Use in Commerce: 1848

## Basis Information (Case Level)

| | | |
|---|---|---|
| Filed Use: Yes | Currently Use: Yes | |
| Filed ITU: No | Currently ITU: No | Amended Use: No |
| Filed 44D: No | Currently 44D: No | Amended ITU: No |
| Filed 44E: No | Currently 44E: No | Amended 44D: No |
| Filed 66A: No | Currently 66A: No | Amended 44E: No |
| Filed No Basis: No | Currently No Basis: No | |

## Current Owner(s) Information

Owner Name: Board of Trade of the City of Chicago

Owner Address: 141 West Jackson Boulevard
Chicago, ILLINOIS 60604
UNITED STATES

Legal Entity Type: CORPORATION

State or Country Where Organized: DELAWARE

## Attorney/Correspondence Information

Attorney Name: Jay M. Burgett

Attorney of Record

Attorney Primary Email Address: officeactions@norvellip.com

Docket Number: 13271-186

Attorney Email Authorized: Yes

Correspondent Name/Address: Jay M. Burgett
Norvell IP llc
P.O. Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

Correspondent

Phone: 888-315-0732

Fax: 312-268-5063

Correspondent e-mail: officeactions@norvellip.com

Correspondent e-mail Authorized: Yes

Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 10, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 10, 2011 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Feb. 10, 2011 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 70131 |
| Jan. 27, 2011 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Jan. 27, 2011 | TEAS RESPONSE TO OFFICE ACTION-POST REG RECEIVED | 70131 |
| Jan. 19, 2011 | POST REGISTRATION ACTION MAILED - SEC. 8 & 9 | |
| Nov. 01, 2010 | POST REGISTRATION ACTION CORRECTION | 70131 |
| Oct. 25, 2010 | TEAS SECTION 8 & 9 RECEIVED | 70131 |
| Dec. 08, 2008 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Dec. 08, 2008 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Nov. 03, 2008 | WITHDRAWAL OF ATTORNEY GRANTED | |
| Nov. 03, 2008 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED | |
| Dec. 09, 2006 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Sep. 29, 2006 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | 70131 |
| Sep. 29, 2006 | TEAS SECTION 8 & 15 RECEIVED | |
| Aug. 04, 2006 | CASE FILE IN TICRS | |
| Jul. 20, 2005 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 20, 2005 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Nov. 14, 2000 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 22, 2000 | PUBLISHED FOR OPPOSITION | |
| Jul. 21, 2000 | NOTICE OF PUBLICATION | |
| Apr. 28, 2000 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 02, 2000 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Aug. 03, 1999 | NON-FINAL ACTION MAILED | |
| Jul. 28, 1999 | ASSIGNED TO EXAMINER | 76735 |

## Maintenance Filings or Post Registration Information

Affidavit of Continued Use: Section 8 - Accepted

Affidavit of Incontestability: Section 15 - Accepted

Renewal Date: Nov. 14, 2010

## TM Staff and Location Information

TM Staff Information - None

File Location

Current Location: GENERIC WEB UPDATE

Date in Location: Feb. 10, 2011

# Assignment Abstract Of Title Information

## Summary

Total Assignments: 2

Registrant: Board of Trade of the City of Chicago

### Assignment 1 of 2

Conveyance: CHANGE OF CORPORATE STATUS

Reel/Frame: 3162/0424

Date Recorded: Jul. 22, 2005

Pages: 23

Supporting Documents: assignment-tm-3162-0424.pdf

**Assignor**

Name: CHICAGO, THE CITY OF, BOARD OF TRADE OF

Execution Date: Nov. 13, 2001

Legal Entity Type: CORPORATION

State or Country Where Organized: ILLINOIS

**Assignee**

Name: CHICAGO, THE CITY OF, BOARD OF TRADE

Legal Entity Type: BOARD OF TRADE OF THE CITY OF CHICAGO

State or Country Where Organized: DELAWARE

Address: 141 WEST JACKSON BOULEVARD
CHICAGO, ILLINOIS 60604

**Correspondent**

Correspondent Name: JEANNE M. GILLS

Correspondent Address: SUITE 2800
321 NORTH CLARK STREET
CHICAGO, IL 60610

**Domestic Representative - Not Found**

### Assignment 2 of 2

Conveyance: CHANGE OF CORPORATE STATUS

Reel/Frame: 3235/0964

Date Recorded: Dec. 01, 2005

Pages: 14

Supporting Documents: assignment-tm-3235-0964.pdf

**Assignor**

Name: BOARD OF TRADE OF THE CITY OF CHICAGO

Execution Date: Apr. 22, 2005

Legal Entity Type: DELAWARE NOT FOR PROFIT, NON-STOCK CORPORATION

State or Country Where Organized: No Place Where Organized Found

**Assignee**

Name: BOARD OF TRADE OF THE CITY OF CHICAGO

Legal Entity Type: DELAWARE NOT FOR PROFIT, NON-STOCK CORPORATION

State or Country Where Organized: No Place Where Organized Found

Address: 141 WEST JACKSON BOULEVARD
CHICAGO, ILLINOIS

**Correspondent**

Correspondent Name: JEANNE M. GILLS

Correspondent Address: SUITE 2800
321 NORTH CLARK STREET
CHICAGO, ILLINOIS 60610

**Domestic Representative - Not Found**

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,713,052
Registered May 6, 2003

### SERVICE MARK
### PRINCIPAL REGISTER

## NEW YORK MERCANTILE EXCHANGE

NEW YORK MERCANTILE EXCHANGE, INC.
(DELAWARE CORPORATION)
ONE NORTH END AVENUE
WORLD FINANCIAL CENTER
NEW YORK, NY 102821101

FOR: PROVIDING INFORMATION ON SETTLE-
MENT PRICES, TRADING PRICES, BID AND ASK
PRICES, PRICE RANGES, VOLUME DATA, AND
OTHER MARKET DATA ON COMMODITY FU-
TURES CONTRACTS AND OPTIONS ON COM-
MODITY FUTURES CONTRACTS, IN CLASS 36
(U.S. CLS. 100, 101 AND 102).

FIRST USE 6-5-1882; IN COMMERCE 6-5-1882.

OWNER OF U.S. REG. NOS. 1,775,460, 1,832,417,
AND 1,847,455.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "EXCHANGE", APART FROM
THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 76-370,901, FILED 2-13-2002.

STEVEN R. FINE, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2019-02-20 11:07:22 EST

**Mark:** NEW YORK MERCANTILE EXCHANGE

**US Serial Number:** 76370901

**US Registration Number:** 2713052

**Register:** Principal

**Mark Type:** Service Mark

**Status:** The registration has been renewed.

**Status Date:** Apr. 16, 2013

**Publication Date:** Feb. 11, 2003

**Application Filing Date:** Feb. 13, 2002

**Registration Date:** May 06, 2003

NEW YORK MERCANTILE EXCHANGE

## Mark Information

**Mark Literal Elements:** NEW YORK MERCANTILE EXCHANGE

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

**Disclaimer:** "EXCHANGE"

**Acquired Distinctiveness Claim:** In whole

## Related Properties Information

**Claimed Ownership of US Registrations:** 1775460, 1832417, 1847455

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Providing information on settlement prices, trading prices, bid and ask prices, price ranges, volume data, and other market data on commodity futures contracts and options on commodity futures contracts

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jun. 05, 1882

**Use in Commerce:** Jun. 05, 1882

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** New York Mercantile Exchange, Inc.

**Owner Address:** One North End Avenue
World Financial Center
New York, NEW YORK 102821101
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T. Kucala, Jr.

**Attorney Primary Email Address:** officeactions@norvellip.com

**Docket Number:** 13441-464

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Joseph T. Kucala, Jr.
Norvell IP LLC
PO Box 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com officeactions@norvellip.com

**Correspondent e-mail Authorized:** Yes

Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 16, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Apr. 16, 2013 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Apr. 16, 2013 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 69471 |
| Apr. 15, 2013 | TEAS SECTION 8 & 9 RECEIVED | 69471 |
| Jun. 25, 2010 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 25, 2010 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 16, 2009 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 16, 2009 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Nov. 22, 2008 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Nov. 12, 2008 | ASSIGNED TO PARALEGAL | 69471 |
| Nov. 05, 2008 | TEAS SECTION 8 & 15 RECEIVED | 69471 |
| Jul. 21, 2008 | CASE FILE IN TICRS | |
| May 01, 2004 | NEW CERTIFICATE ISSUED, SEC. 7D | |
| Mar. 15, 2004 | REQUEST FOR NEW CERTIFICATE FILED | |
| Aug. 12, 2003 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| May 06, 2003 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 04, 2003 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 11, 2003 | PUBLISHED FOR OPPOSITION | |
| Jan. 22, 2003 | NOTICE OF PUBLICATION | |
| Nov. 26, 2002 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 25, 2002 | EXAMINERS AMENDMENT MAILED | |
| Jun. 20, 2002 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jul. 16, 2002 | NON-FINAL ACTION MAILED | |
| Jun. 14, 2002 | ASSIGNED TO EXAMINER | |
| Jun. 06, 2002 | ASSIGNED TO EXAMINER | 63031 |
| | | 78473 |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** May 06, 2013

## TM Staff and Location Information

TM Staff Information - None

File Location

**Current Location:** GENERIC WEB UPDATE

**Date in Location:** Apr. 16, 2013

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

## United States Patent and Trademark Office

Reg. No. 1,847,455
Registered July 26, 1994

### SERVICE MARK
### PRINCIPAL REGISTER

## NEW YORK MERCANTILE EXCHANGE

NEW YORK MERCANTILE EXCHANGE (NEW YORK CORPORATION)
FOUR WORLD TRADE CENTER
NEW YORK, NY 10048

FOR: COMMODITY FUTURES AND OPTIONS CONTRACT TRADING FOR OTHERS; NAMELY, ORDER ENTRY AND TRADE MATCHING SYSTEM FOR TRADING OF FUTURES AND OPTIONS ON FUTURES BY MEANS OF COMPUTER , IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-5-1882; IN COMMERCE 6-5-1882.
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "EXCHANGE", APART FROM THE MARK AS SHOWN.
SEC. 2(F) AS TO "NEW YORK MERCANTILE".

SN 74–217,665, FILED 11-1-1991.

M. L. HERSHKOWITZ, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2019-02-20 11:08:24 EST

**Mark:** NEW YORK MERCANTILE EXCHANGE

**US Serial Number:** 74217665

**US Registration Number:** 1847455

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



**Status:** The registration has been renewed.

**Status Date:** Jul. 28, 2014

**Publication Date:** Jun. 08, 1993

**Application Filing Date:** Nov. 01, 1991

**Registration Date:** Jul. 26, 1994

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Notice of Allowance Date:** Aug. 31, 1993

## Mark Information

**Mark Literal Elements:** NEW YORK MERCANTILE EXCHANGE

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

**Disclaimer:** "EXCHANGE"

**Acquired Distinctiveness Claim:** In part

**Distinctiveness Limitation Statement:** as to "NEW YORK MERCANTILE"

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** commodity futures and options contract trading for others; namely, order entry and trade matching system for trading of futures and options on futures by means of computer

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jun. 05, 1882

**Use in Commerce:** Jun. 05, 1882

## Basis Information (Case Level)

|  |  |  |  |
|---|---|---|---|
| Filed Use: | No | Currently Use: | Yes |
| Filed ITU: | Yes | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

## Current Owner(s) Information

**Owner Name:** NEW YORK MERCANTILE EXCHANGE, INC.

**Owner Address:** ONE NORTH END AVENUE
NEW YORK, NEW YORK UNITED STATES 10282

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T. Kucala, Jr.

**Attorney Primary Email Address:** officeactions@norvellip.com

**Docket Number:** 13441-463

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Joseph T. Kucala, Jr.
Norvell IP LLC
PO Box 2461
CHICAGO, ILLINOIS UNITED STATES 60690

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com officeactions@norvellip.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 28, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jul. 28, 2014 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Jul. 28, 2014 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 76293 |
| Jul. 25, 2014 | TEAS SECTION 8 & 9 RECEIVED | 76293 |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 25, 2010 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 25, 2010 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 27, 2007 | CASE FILE IN TICRS | |
| Jun. 08, 2004 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Jun. 08, 2004 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Apr. 14, 2004 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Oct. 21, 2000 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Jul. 24, 2000 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Jul. 24, 2000 | REGISTERED - SEC. 8 (6-YR) FILED | |
| Jul. 26, 1994 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 22, 1994 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Mar. 31, 1994 | STATEMENT OF USE PROCESSING COMPLETE | |
| Mar. 31, 1994 | EXTENSION 1 GRANTED | |
| Feb. 24, 1994 | USE AMENDMENT FILED | |
| Feb. 24, 1994 | EXTENSION 1 FILED | |
| Aug. 31, 1993 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Jun. 08, 1993 | PUBLISHED FOR OPPOSITION | |

| | |
|---|---|
| May 07, 1993 | NOTICE OF PUBLICATION |
| Mar. 23, 1993 | PUBLISHED FOR OPPOSITION |
| Feb. 19, 1993 | NOTICE OF PUBLICATION |
| Jan. 19, 1993 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Dec. 17, 1992 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jun. 22, 1992 | NON-FINAL ACTION MAILED |
| May 11, 1992 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jan. 22, 1992 | NON-FINAL ACTION MAILED |
| Jan. 06, 1992 | ASSIGNED TO EXAMINER |

69798

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Jul. 26, 2014

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE

**Date in Location:** Jul. 28, 2014

## Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 1

**Registrant:** NEW YORK MERCANTILE EXCHANGE

### Assignment 1 of 1

**Conveyance:** MERGER

**Reel/Frame:** 2472/0902

**Pages:** 6

**Date Recorded:** Mar. 26, 2002

**Supporting Documents:** assignment-tm-2472-0902.pdf

**Assignor**

**Name:** NEW YORK MERCANTILE EXCHANGE

**Execution Date:** Nov. 17, 2000

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** NEW YORK

**Assignee**

**Name:** NEW YORK MERCANTILE EXCHANGE, INC.

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

**Address:** WORLD FINANCIAL CENTER
ONE NORTH END AVENUE
NEW YORK, NEW YORK 10282

**Correspondent**

**Correspondent Name:** ARENT FOX ET AL

**Correspondent Address:** DAVID C. GRYCE
1050 CONNECTICUT AVE., NW
WASHINGTON, DC 20036

**Domestic Representative - Not Found**

Int. Cl.: 36

Prior U.S. Cls.: 101 and 102

## United States Patent and Trademark Office

Reg. No. 1,775,460
Registered June 8, 1993

## SERVICE MARK
## PRINCIPAL REGISTER

# NEW YORK MERCANTILE EXCHANGE

NEW YORK MERCANTILE EXCHANGE (NEW YORK CORPORATION)
FOUR WORLD TRADE CENTER
NEW YORK, NY 10048

FOR: OPERATION OF AN EXCHANGE MARKET FOR TRADING IN COMMODITY FUTURES AND OPTIONS CONTRACTS, IN CLASS 36 (U.S. CLS. 101 AND 102).

FIRST USE 6-5-1882; IN COMMERCE 6-5-1882.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "EXCHANGE", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "NEW YORK MERCANTILE".

SER. NO. 74-219,609, FILED 11-7-1991.

M. L. HERSHKOWITZ, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2019-02-20 11:08:57 EST

**Mark:** NEW YORK MERCANTILE EXCHANGE

**US Serial Number:** 74219609

**Application Filing Date:** Nov. 07, 1991

**US Registration Number:** 1775460

**Registration Date:** Jun. 08, 1993

**Register:** Principal

**Mark Type:** Service Mark

**Status:** The registration has been renewed.

**Status Date:** Apr. 16, 2013

**Publication Date:** Mar. 16, 1993

## Mark Information

**Mark Literal Elements:** NEW YORK MERCANTILE EXCHANGE

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

**Disclaimer:** "EXCHANGE"

**Acquired Distinctiveness Claim:** In part

**Distinctiveness Limitation Statement:** as to "NEW YORK MERCANTILE"

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** operation of an exchange market for trading in commodity futures and options contracts

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jun. 05, 1882

**Use in Commerce:** Jun. 05, 1882

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |

Filed 66A: No

Currently 66A: No

Filed No Basis: No

Currently No Basis: No

## Current Owner(s) Information

Owner Name: NEW YORK MERCANTILE EXCHANGE, INC.

Owner Address: ONE NORTH END AVE
NEW YORK, NEW YORK 10282
UNITED STATES

Legal Entity Type: CORPORATION

State or Country DELAWARE
Where Organized:

## Attorney/Correspondence Information

Attorney of Record

Attorney Name: Joseph T. Kucala, Jr.

Docket Number: 13271-462

Attorney Primary officeactions@norvellip.com
Email Address:

Attorney Email Yes
Authorized:

Correspondent
Name/Address: Joseph T. Kucala, Jr.
Norvell IP LLC
PO Box 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

Correspondent

Phone: 888-315-0732

Fax: 312-268-5063

Correspondent e- officeactions@norvellip.com officeactions@norvell
mail: ip.com

Correspondent e- Yes
mail Authorized:

Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 17, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Apr. 16, 2013 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Apr. 16, 2013 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 59136 |
| Apr. 15, 2013 | TEAS SECTION 8 & 9 RECEIVED | 59136 |
| Jun. 25, 2010 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 25, 2010 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 11, 2009 | CASE FILE IN TICRS | |
| Jul. 13, 2003 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Jul. 13, 2003 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| May 08, 2003 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| May 08, 2003 | PAPER RECEIVED | |
| Sep. 24, 1999 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| May 17, 1999 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Jun. 08, 1993 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 16, 1993 | PUBLISHED FOR OPPOSITION | |
| Feb. 12, 1993 | NOTICE OF PUBLICATION | |
| Jan. 15, 1993 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 17, 1992 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jun. 18, 1992 | NON-FINAL ACTION MAILED | |
| May 11, 1992 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Feb. 21, 1992 | NON-FINAL ACTION MAILED | |
| Jan. 31, 1992 | ASSIGNED TO EXAMINER | |
| Jan. 16, 1992 | ASSIGNED TO EXAMINER | 69798 |
| | | 65999 |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Jun. 08, 2013

## TM Staff and Location Information

TM Staff Information - None

File Location

**Current Location:** GENERIC WEB UPDATE

**Date in Location:** Apr. 16, 2013

## Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 1

**Registrant:** NEW YORK MERCANTILE EXCHANGE

### Assignment 1 of 1

**Conveyance:** MERGER

**Reel/Frame:** 2472/0902

**Pages:** 6

**Date Recorded:** Mar. 26, 2002

**Supporting Documents:** assignment-tm-2472-0902.pdf

**Assignor**

**Name:** NEW YORK MERCANTILE EXCHANGE

**Execution Date:** Nov. 17, 2000

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** NEW YORK

**Assignee**

**Name:** NEW YORK MERCANTILE EXCHANGE, INC.

**State or Country Where Organized:** DELAWARE

**Legal Entity Type:** CORPORATION

**Address:** WORLD FINANCIAL CENTER
ONE NORTH END AVENUE
NEW YORK, NEW YORK 10282

**Correspondent**

**Correspondent Name:** ARENT FOX ET AL

**Correspondent Address:** DAVID C. GRYCE
1050 CONNECTICUT AVE., NW
WASHINGTON, DC 20036

**Domestic Representative - Not Found**