# EXHIBIT E

**Generated on:** This page was generated by TSDR on 2019-02-17 16:44:36 EST

**Mark:** CME FX LINK

## CME FX LINK

**US Serial Number:** 87689907

**Filed as TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



**Application Filing Date:** Nov. 17, 2017

**Currently TEAS RF:** Yes

LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Status Date:** Oct. 09, 2018

**Publication Date:** Aug. 14, 2018

**Notice of Allowance Date:** Oct. 09, 2018

## Mark Information

**Mark Literal Elements:** CME FX LINK

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "FX"

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Futures exchange services; financial trading services relating to the trading of futures, options, and derivative foreign exchange products; electronic financial trading services relating to foreign exchange transactions; providing information regarding the trading of futures and options products

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Filed ITU:** Yes

**Filed 44D:** No

**Filed 44E:** No

**Filed 66A:** No

**Filed No Basis:** No

**Currently Use:** No

**Currently ITU:** Yes

**Currently 44E:** No

**Currently 66A:** No

**Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606

**Legal Entity Type:** CORPORATION   **State or Country** DELAWARE
**Where Organized:**

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Christine A. Filarski

**Docket Number:** 13439-1429

**Attorney Primary** officeactions@norvellip.com
**Email Address:**

**Attorney Email** Yes
**Authorized:**

**Correspondent**

**Correspondent** CHRISTINE A. FILARSKI
**Name/Address:** NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS UNITED STATES 60690

**Phone:** 773-966-2513

**Correspondent e-** officeactions@norvellip.com
**mail:** cfilarski@norvellip.com

**Correspondent e-** Yes
**mail Authorized:**

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Oct. 09, 2018 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Aug. 14, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 14, 2018 | PUBLISHED FOR OPPOSITION | |
| Jul. 25, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jul. 12, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 16, 2018 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jun. 15, 2018 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jun. 15, 2018 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 88889 |
| Dec. 15, 2017 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Dec. 15, 2017 | NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 15, 2017 | NON-FINAL ACTION WRITTEN | 6325 |
| Dec. 08, 2017 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 88570 |
| Dec. 07, 2017 | ASSIGNED TO EXAMINER | 70884 |
| Dec. 06, 2017 | ASSIGNED TO LIE | 88570 |
| Dec. 01, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 70884 |
| Nov. 28, 2017 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Nov. 21, 2017 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** LEE, JEANIE H

**Law Office** LAW OFFICE 105
**Assigned:**

**File Location**

**Current Location:** INTENT TO USE SECTION

**Date in Location:** Oct. 09, 2018

## Proceedings

**Summary**

**Number of** 1
**Proceedings:**

**Type of Proceeding: Opposition**

| Proceeding Number: | 91238893 | | | Filing Date: | Jan 10, 2018 |
|---|---|---|---|---|---|

| Status: | Terminated | | | Status Date: | Sep 05, 2018 |
|---|---|---|---|---|---|

Interlocutory Attorney: MIKE WEBSTER

**Defendant**

Name: Church Mutual Insurance Company

Correspondent Address: CHRISTOPHER P FOLEY
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 NEW YORK AVENUE NW
WASHINGTON DC UNITED STATES , 20001

Correspondent e-mail: docketing@finnegan.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMEXCHANGE | Abandoned - After Inter-Partes Decision | 87431426 | |

**Plaintiff(s)**

Name: Chicago Mercantile Exchange Inc.

Correspondent Address: CHRISTINE A FILARSKI
NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

Correspondent e-mail: officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| CME FX$INDEX | Registered | 86963593 | 5211897 |
| CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 73134561 | 1085682 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME FX SPOT | Third Extension - Granted | 87155844 | |
| CME CLEARCHAIN | Third Extension - Granted | 87141695 | |
| CME FX LINK | Notice of Allowance - Issued | 87689907 | |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 10, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 10, 2018 | Feb 19, 2018 |
| 3 | PENDING, INSTITUTED | Jan 10, 2018 | |
| 4 | ANSWER | Feb 20, 2018 | |
| 5 | P MOT TO STRIKE PLEADING/AFFIRMATIVE DEFENSE | Mar 13, 2018 | |
| 6 | D OPP/RESP TO MOTION | Mar 28, 2018 | |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 29, 2018 | |
| 8 | P REPLY IN SUPPORT OF MOTION | Apr 17, 2018 | |
| 9 | STIP FOR EXT | Jul 17, 2018 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 17, 2018 | |
| 11 | PROCEEDINGS RESUMED | Jul 17, 2018 | |
| 12 | W/DRAW OF APPLICATION | Aug 07, 2018 | |
| 13 | BD DECISION: OPP SUSTAINED | Sep 05, 2018 | |
| 14 | TERMINATED | Sep 05, 2018 | |

Generated on: This page was generated by TSDR on 2019-02-17 16:45:07 EST

Mark: CME FX SPOT

# CME FX SPOT

US Serial Number: 87155844

Application Filing Date: Aug. 30, 2016

Filed as TEAS RF: Yes

Currently TEAS RF: Yes

Register: Principal

Mark Type: Trademark, Service Mark

TM5 Common Status Descriptor:



LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

Status: A third request for extension of time to file a Statement of Use has been granted.

Status Date: Aug. 13, 2018

Publication Date: Jan. 17, 2017

Notice of Allowance Date: Mar. 14, 2017

## Mark Information

Mark Literal Elements: CME FX SPOT

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

Disclaimer: "FX"

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Computer software for financial exchange services; computer software for financial trading services for foreign exchange transactions

International Class(es): 009 - Primary Class

U.S Class(es): 021, 023, 026, 036, 038

Class Status: ACTIVE

Basis: 1(b)

For: Financial exchange services; financial trading services relating to foreign exchange transactions; electronic financial trading services relating to foreign exchange transactions; financial clearing services relating to foreign exchange transactions

International Class(es): 036 - Primary Class

U.S Class(es): 100, 101, 102

Class Status: ACTIVE

Basis: 1(b)

For: Providing temporary use of on-line non-downloadable computer software for financial exchange services; Providing temporary use of on-line non-downloadable computer software for financial trading services for foreign exchange transactions

International Class(es): 042 - Primary Class

U.S Class(es): 100, 101

Class Status: ACTIVE

Basis: 1(b)

## Basis Information (Case Level)

| | | | | |
|---|---|---|---|---|
| **Filed Use:** | No | | **Currently Use:** | No |
| **Filed ITU:** | Yes | | **Currently ITU:** | Yes |
| **Filed 44D:** | No | | **Currently 44E:** | No |
| **Filed 44E:** | No | | **Currently 66A:** | No |
| **Filed 66A:** | No | | **Currently 66A:** | No |
| **Filed No Basis:** | No | | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Christine A. Filarski

**Docket Number:** 13439-1427

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** CHRISTINE A. FILARSKI
NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS UNITED STATES 60690

**Phone:** 8883150732

**Fax:** 3122685063

**Correspondent e-mail:** officeactions@norvellip.com
cfilarski@norvellip.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 15, 2018 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Aug. 13, 2018 | EXTENSION 3 GRANTED | |
| Aug. 13, 2018 | EXTENSION 3 FILED | 98765 |
| Aug. 13, 2018 | TEAS EXTENSION RECEIVED | 98765 |
| Mar. 09, 2018 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 07, 2018 | EXTENSION 2 GRANTED | |
| Mar. 07, 2018 | EXTENSION 2 FILED | 98765 |
| Mar. 07, 2018 | TEAS EXTENSION RECEIVED | 98765 |
| Sep. 16, 2017 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Sep. 14, 2017 | EXTENSION 1 GRANTED | |
| Sep. 14, 2017 | EXTENSION 1 FILED | 98765 |
| Sep. 14, 2017 | TEAS EXTENSION RECEIVED | 98765 |
| Mar. 14, 2017 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jan. 17, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 17, 2017 | PUBLISHED FOR OPPOSITION | |
| Dec. 28, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 12, 2016 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| Nov. 29, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | 70997 |
| Nov. 29, 2016 | ASSIGNED TO EXAMINER | 69197 |
| Sep. 21, 2016 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70997 |

70997

| | |
|---|---|
| Sep. 10, 2016 | ASSIGNED TO LIE |
| Sep. 07, 2016 | NOTICE OF PSEUDO MARK E-MAILED |
| Sep. 06, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM |
| Sep. 02, 2016 | TEAS VOLUNTARY AMENDMENT RECEIVED |
| Sep. 02, 2016 | NEW APPLICATION ENTERED IN TRAM |

## TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** BLOHM, LINDA E

**Law Office Assigned:** LAW OFFICE 110

**File Location**

**Current Location:** INTENT TO USE SECTION

**Date in Location:** Mar. 14, 2017

## Proceedings

**Summary**

**Number of Proceedings:** 1

**Type of Proceeding: Opposition**

**Proceeding Number:** 91238893

**Filing Date:** Jan 10, 2018

**Status:** Terminated

**Status Date:** Sep 05, 2018

**Interlocutory Attorney:** MIKE WEBSTER

**Defendant**

**Name:** Church Mutual Insurance Company

**Correspondent Address:** CHRISTOPHER P FOLEY
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 NEW YORK AVENUE NW
WASHINGTON DC UNITED STATES , 20001

**Correspondent e-mail:** docketing@finnegan.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMEXCHANGE | Abandoned - After Inter-Partes Decision | 87431426 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent Address:** CHRISTINE A FILARSKI
NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |

| | | | |
|---|---|---|---|
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| CME FX$INDEX | Registered | 86963593 | 5211897 |
| CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 73134561 | 1085682 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME FX SPOT | Third Extension - Granted | 87155844 | |
| CME CLEARCHAIN | Third Extension - Granted | 87141695 | |
| CME FX LINK | Notice of Allowance - Issued | 87689907 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 10, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 10, 2018 | Feb 19, 2018 |
| 3 | PENDING, INSTITUTED | Jan 10, 2018 | |
| 4 | ANSWER | Feb 20, 2018 | |
| 5 | P MOT TO STRIKE PLEADING/AFFIRMATIVE DEFENSE | Mar 13, 2018 | |
| 6 | D OPP/RESP TO MOTION | Mar 28, 2018 | |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 29, 2018 | |
| 8 | P REPLY IN SUPPORT OF MOTION | Apr 17, 2018 | |
| 9 | STIP FOR EXT | Jul 17, 2018 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 17, 2018 | |
| 11 | PROCEEDINGS RESUMED | Jul 17, 2018 | |
| 12 | W/DRAW OF APPLICATION | Aug 07, 2018 | |
| 13 | BD DECISION: OPP SUSTAINED | Sep 05, 2018 | |
| 14 | TERMINATED | Sep 05, 2018 | |

**Generated on:** This page was generated by TSDR on 2019-02-17 16:45:24 EST

**Mark:** CME CLEARCHAIN

CME CLEARCHAIN

**US Serial Number:** 87141695

**Application Filing Date:** Aug. 17, 2016

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** A third request for extension of time to file a Statement of Use has been granted.

**Status Date:** Aug. 13, 2018

**Publication Date:** Jan. 17, 2017

**Notice of Allowance Date:** Mar. 14, 2017

## Mark Information

**Mark Literal Elements:** CME CLEARCHAIN

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer software for use in financial trading, financial exchange, financial information and market, and financial clearing services; computer software for use in trading, storing, receiving, tracking, transferring, clearing, confirmation, and financial trading risk management for exchange market transactions in the field of digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; computer software for use in creating, managing, and analyzing data on distributed public ledgers and peer-to-peer payment networks; downloadable computer software for use in financial trading, financial exchange, financial information and market data, and financial clearing services; computer software for use in blockchain technology

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Business services, namely, providing digital currency management as it deals with the acquisition, allocation, valuation, marketing, auctioning, trading, and use of the public ledger of transactions for digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; management of databases featuring financial information for the buying, selling, trading, custody and administration of digitized assets, such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency

**International Class(es):** 035 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Financial services, namely, electronic funds transfer via electronic communications networks; clearing and reconciling financial

transactions via electronic communications networks; financial exchange services; monetary exchange services; financial information services; financial clearing services; providing exchange markets for trading, clearing, confirmation and financial trading risk management in the field of bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; electronic financial trading services; electronic financial trading, namely, trading of bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; financial information provided by electronic means; providing on-demand and real-time financial information

| | | | |
|---|---|---|---|
| **International Class(es):** | 036 - Primary Class | **U.S Class(es):** | 100, 101, 102 |

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Providing temporary on-line use of non-downloadable software for use in trading, clearing, confirmation, and financial trading risk management for exchange market transactions in the field of digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; providing temporary use of on-line non-downloadable software for use in trading, storing, receiving, tracking, transferring, clearing, confirmation, and financial trading risk management for exchange market transactions in the field of digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; platform as a service (PAAS) featuring computer software platform for authenticating, facilitating, matching, processing, clearing, storing, receiving, tracking, transferring, and submitting trade data, exchanging of trading transaction details, and management of the overall trading lifecycle; hosting an online community in the field of digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; application service provider featuring application programming interface (API) for developers in the field of digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency for creating, managing, and analyzing data on distributed public ledgers and peer-to-peer payment networks; Software as a service (SAAS) services, enabling the development of software in the field of digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency for creating, managing, and analyzing data on distributed public ledgers and peer-to-peer payment networks; Platform as a service (PAAS) featuring computer software platforms for use in developing software in the field of digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency for creating, managing, and analyzing data on distributed public ledgers and peer-to-peer payment networks; providing temporary use of on-line non-downloadable software for the management of infrastructure and network in the field of bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; providing on-line non-downloadable computer software for use in blockchain technology; Software as a service (SAAS) services featuring software for clearing, allocation, compliance, recordation and settlement of trading related to bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency

| | | | |
|---|---|---|---|
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100, 101 |

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Chicago Mercantile Exchange Inc. |
| **Owner Address:** | 20 S. Wacker Drive<br>Chicago, ILLINOIS UNITED STATES 60606 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Joseph T. Kucala, Jr. | **Docket Number:** | 13439-1422 |
| **Attorney Primary Email Address:** | officeactions@norvellip.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

**Correspondent Name/Address:** JOSEPH T. KUCALA, JR.
NORVELL IP LLC
P.O. BOX 2461

CHICAGO, ILLINOIS UNITED STATES 60690

**Phone:** 8883150732

**Correspondent e-mail:** officeactions@norvellip.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Aug. 15, 2018 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Aug. 13, 2018 | EXTENSION 3 GRANTED | 98765 |
| Aug. 13, 2018 | EXTENSION 3 FILED | 98765 |
| Aug. 13, 2018 | TEAS EXTENSION RECEIVED | |
| Mar. 09, 2018 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 07, 2018 | EXTENSION 2 GRANTED | 98765 |
| Mar. 07, 2018 | EXTENSION 2 FILED | 98765 |
| Mar. 07, 2018 | TEAS EXTENSION RECEIVED | |
| Aug. 15, 2017 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Aug. 11, 2017 | EXTENSION 1 GRANTED | 98765 |
| Aug. 11, 2017 | EXTENSION 1 FILED | 98765 |
| Aug. 11, 2017 | TEAS EXTENSION RECEIVED | |
| Mar. 14, 2017 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jan. 17, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 17, 2017 | PUBLISHED FOR OPPOSITION | |
| Dec. 28, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 13, 2016 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70997 |
| Dec. 01, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 01, 2016 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Dec. 01, 2016 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Dec. 01, 2016 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Dec. 01, 2016 | EXAMINERS AMENDMENT -WRITTEN | 69197 |
| Nov. 29, 2016 | ASSIGNED TO EXAMINER | 69197 |
| Sep. 15, 2016 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70997 |
| Sep. 08, 2016 | ASSIGNED TO LIE | 70997 |
| Aug. 31, 2016 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 23, 2016 | NOTICE OF PSEUDO MARK E-MAILED | |
| Aug. 22, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 20, 2016 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information

**TM Attorney:** BLOHM, LINDA E

**Law Office Assigned:** LAW OFFICE 110

### File Location

**Current Location:** INTENT TO USE SECTION

**Date in Location:** Mar. 14, 2017

## Proceedings

### Summary

**Number of Proceedings:** 1

| Type of Proceeding: Opposition | |
|---|---|
| **Proceeding Number:** 91238893 | **Filing Date:** Jan 10, 2018 |
| **Status:** Terminated | **Status Date:** Sep 05, 2018 |

**Interlocutory Attorney:** MIKE WEBSTER

## Defendant

**Name:** Church Mutual Insurance Company

**Correspondent Address:** CHRISTOPHER P FOLEY
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 NEW YORK AVENUE NW
WASHINGTON DC UNITED STATES , 20001

**Correspondent e-mail:** docketing@finnegan.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMEXCHANGE | Abandoned - After Inter-Partes Decision | 87431426 | |

## Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent Address:** CHRISTINE A FILARSKI
NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP FOUNDATION | Registered | 86546630 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| CME FX$INDEX | Registered | 86963593 | 5211897 |
| CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 73134561 | 1085682 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME FX SPOT | Third Extension - Granted | 87155844 | |
| CME CLEARCHAIN | Third Extension - Granted | 87141695 | |
| CME FX LINK | Notice of Allowance - Issued | 87689907 | |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 10, 2018 | |

| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 10, 2018 | Feb 19, 2018 |
|---|---|---|---|
| 3 | PENDING, INSTITUTED | Jan 10, 2018 | |
| 4 | ANSWER | Feb 20, 2018 | |
| 5 | P MOT TO STRIKE PLEADING/AFFIRMATIVE DEFENSE | Mar 13, 2018 | |
| 6 | D OPP/RESP TO MOTION | Mar 28, 2018 | |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 29, 2018 | |
| 8 | P REPLY IN SUPPORT OF MOTION | Apr 17, 2018 | |
| 9 | STIP FOR EXT | Jul 17, 2018 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 17, 2018 | |
| 11 | PROCEEDINGS RESUMED | Jul 17, 2018 | |
| 12 | W/DRAW OF APPLICATION | Aug 07, 2018 | |
| 13 | BD DECISION: OPP SUSTAINED | Sep 05, 2018 | |
| 14 | TERMINATED | Sep 05, 2018 | |

**Generated on:** This page was generated by TSDR on 2019-02-17 16:45:49 EST

**Mark:** E-MINI

# E-MINI

**US Serial Number:** 87593364

**Application Filing Date:** Sep. 01, 2017

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** A first request for extension of time to file a Statement of Use has been granted.

**Status Date:** Nov. 19, 2018

**Publication Date:** Mar. 27, 2018

**Notice of Allowance Date:** May 22, 2018

## Mark Information

**Mark Literal Elements:** E-MINI

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**International Registration Number:** 1402147

**International Application(s) /Registration(s) Based on this Property:** A0073618/1402147

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial exchange; Futures exchange services; Financial services, namely, the trading of financial instruments, securities, shares, options and other derivative products; On-line trading of financial instruments, shares, options and other derivative products; Providing financial information; Providing information in the field of financial stock and equity markets; Trading of securities options; Trading of securities index futures

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

| | | | |
|---|---|---|---|
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Joseph T Kucala Jr.

**Docket Number:** 13439-1428

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** JOSEPH T KUCALA JR.
NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS UNITED STATES 60690

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com
jkucala@norvellip.com mgutierrez@norvellip.com
mwitsman@norvellip.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 19, 2018 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 21, 2018 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Nov. 19, 2018 | EXTENSION 1 GRANTED | 98765 |
| Nov. 19, 2018 | EXTENSION 1 FILED | 98765 |
| Nov. 19, 2018 | TEAS EXTENSION RECEIVED | |
| May 22, 2018 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Mar. 27, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 27, 2018 | PUBLISHED FOR OPPOSITION | |
| Mar. 07, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 16, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 15, 2018 | TEAS/EMAIL CORRESPONDENCE ENTERED | 68552 |
| Feb. 15, 2018 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 68552 |
| Feb. 14, 2018 | ASSIGNED TO LIE | 68552 |
| Feb. 06, 2018 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 15, 2017 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 15, 2017 | NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 15, 2017 | NON-FINAL ACTION WRITTEN | 88570 |
| Dec. 07, 2017 | ASSIGNED TO EXAMINER | 88570 |
| Sep. 09, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Sep. 05, 2017 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

TM Attorney: LEE, JEANIE H

Law Office Assigned: LAW OFFICE 105

**File Location**

Current Location: INTENT TO USE SECTION

Date in Location: May 22, 2018

# Proceedings

**Summary**

Number of Proceedings: 1

**Type of Proceeding: Cancellation**

| | | | |
|---|---|---|---|
| Proceeding Number: | 92066802 | Filing Date: | Sep 01, 2017 |
| Status: | Pending | Status Date: | Sep 01, 2017 |
| Interlocutory Attorney: | ELIZABETH A DUNN | | |

**Defendant**

Name: Barry Taylor

Correspondent Address: Ruth Khalsa
LEGALFORCE RAPC WORLDWIDE PC
446 E SOUTHERN AVENUE
TEMPE AZ UNITED STATES , 85282

Correspondent e-mail: lfdisputes@legalforcelaw.com , ruth@legalforcelaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| EMINI-WATCH | Cancellation Pending | 85366130 | 4200951 |

**Plaintiff(s)**

Name: Chicago Mercantile Exchange Inc.

Correspondent Address: CHRISTINE A FILARSKI
NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

Correspondent e-mail: officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| E-MINI | REGISTERED AND RENEWED | 78297512 | 2969965 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| | First Extension - Granted | 87593364 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Sep 01, 2017 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Sep 05, 2017 | Oct 15, 2017 |
| 3 | PENDING, INSTITUTED | Sep 05, 2017 | |
| 4 | ANSWER | Oct 06, 2017 | |
| 5 | AMENDED ANSWER | Oct 27, 2017 | |
| 6 | D APPEARANCE / POWER OF ATTORNEY | Nov 03, 2017 | |
| 7 | TRIAL DATES REMAIN AS SET | Nov 13, 2017 | |
| 8 | D CHANGE OF CORRESP ADDRESS | Dec 29, 2017 | |
| 9 | STIP PROTECTIVE ORDER | Feb 13, 2018 | |
| 10 | UNDELIVERABLE MAIL | Feb 13, 2018 | |
| 11 | STIP NOTED AND APPROVED | Feb 20, 2018 | |
| 12 | STIP FOR EXT | Mar 15, 2018 | |
| 13 | EXTENSION OF TIME GRANTED | Mar 15, 2018 | |

| 14 | STIP FOR EXT | Jul 09, 2018 |
| 15 | EXTENSION OF TIME GRANTED | Jul 09, 2018 |
| 16 | P MOT FOR EXT W/ CONSENT | Oct 01, 2018 |
| 17 | EXTENSION OF TIME GRANTED | Oct 01, 2018 |
| 18 | P MOT FOR EXT W/ CONSENT | Dec 13, 2018 |
| 19 | EXTENSION OF TIME GRANTED | Dec 13, 2018 |

**Generated on:** This page was generated by TSDR on 2019-02-17 16:46:07 EST

**Mark:** CME

# CME

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88087268 | **Application Filing Date:** | Aug. 21, 2018 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Sep. 30, 2018

## Mark Information

**Mark Literal Elements:** CME

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial trading services related to the offering of cryptocurrencies; electronic financial trading services relating to cryptocurrencies; providing information regarding the trading of cryptocurrencies; providing exchange markets for trading and clearing cryptocurrencies

| | | | |
|---|---|---|---|
| **International Class(es):** | 036 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Dec. 17, 2017 | **Use in Commerce:** | Dec. 17, 2017 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 South Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | ILLINOIS |

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Joseph T. Kucala Jr.

**Docket Number:** 13439-1447

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** JOSEPH T. KUCALA JR.
NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com
jkucala@norvellip.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Sep. 30, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION WRITTEN | 92838 |
| Sep. 26, 2018 | ASSIGNED TO EXAMINER | 92838 |
| Aug. 30, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 24, 2018 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** SHEN, ELIZABETH STELLA

**Law Office Assigned:** LAW OFFICE 121

**File Location**

**Current Location:** TMO LAW OFFICE 121 - EXAMINING ATTORNEY ASSIGNED

**Date in Location:** Sep. 30, 2018

**Generated on:** This page was generated by TSDR on 2019-02-17 16:46:23 EST

**Mark:** CME DATAMINE

## CME DATAMINE

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87749572 | **Application Filing Date:** | Jan. 10, 2018 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Status Date:** Nov. 27, 2018

**Publication Date:** Oct. 02, 2018

**Notice of Allowance Date:** Nov. 27, 2018

## Mark Information

**Mark Literal Elements:** CME DATAMINE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Software as a service (SAAS) featuring software related to financial market data, namely, software for use in compiling, storing, and distributing financial market data; software as a service (SAAS) featuring software for historical, on-demand, and real-time financial market data distribution; providing platform as a service (PAAS) featuring computer software platform for compiling, storing, and distributing financial market data

**International Class(es):** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T Kucala Jr.

**Docket Number:** 13439-1432

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** JOSEPH T KUCALA JR.
NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS UNITED STATES 60690

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com
jkucala@norvellip.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Nov. 27, 2018 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Oct. 02, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 02, 2018 | PUBLISHED FOR OPPOSITION | |
| Sep. 12, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Aug. 27, 2018 | ASSIGNED TO LIE | 69712 |
| Aug. 15, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 14, 2018 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Aug. 13, 2018 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Aug. 13, 2018 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Apr. 20, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Apr. 20, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Apr. 20, 2018 | NON-FINAL ACTION WRITTEN | 69812 |
| Apr. 20, 2018 | ASSIGNED TO EXAMINER | 69812 |
| Jan. 24, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jan. 13, 2018 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information

**TM Attorney:** SHANAHAN, WILLIAM PATR

**Law Office Assigned:** LAW OFFICE 116

### File Location

**Current Location:** INTENT TO USE SECTION

**Date in Location:** Nov. 27, 2018

**Generated on:** This page was generated by TSDR on 2019-02-17 16:46:42 EST

**Mark:** CME MARKET SENTIMENT METER

CME MARKET SENTIMENT METER

| | |
|---|---|
| **US Serial Number:** 87954026 | **Application Filing Date:** Jun. 08, 2018 |
| **Filed as TEAS RF:** Yes | **Currently TEAS RF:** Yes |
| **Register:** Principal | |
| **Mark Type:** Trademark, Service Mark | |

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Sep. 30, 2018

## Mark Information

**Mark Literal Elements:** CME MARKET SENTIMENT METER

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer software for use in financial trading, financial exchange, financial information, and financial clearing services; computer software for use in evaluating financial market trends and changes; computer software related to financial market data; computer software related to historical and real-time financial market data distribution

**International Class(es):** 009 - Primary Class    **U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Financial advisory services; financial planning services; financial risk management services; financial information services; financial exchange services, namely, providing a tool regarding trends and changes in the financial markets and price development; financial risk services, namely, providing a tool for risk evaluation and management in the financial markets

**International Class(es):** 036 - Primary Class    **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Software as a Service (SaaS) featuring software for use in financial trading, financial exchange, financial information, and financial clearing services; software as a service (SaaS) featuring computer software for use in evaluating financial market trends; software as a service (SaaS) featuring software related to financial market data; software as a services (SaaS) related to historical and real-time financial market data distribution

**International Class(es):** 042 - Primary Class    **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** No | **Amended Use:** No |

| | | | | | |
|---|---|---|---|---|---|
| **Filed ITU:** | Yes | **Currently ITU:** | Yes | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS 60690
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Matthew D. Witsman

**Docket Number:** 13439 - 1440

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** MATTHEW D. WITSMAN
NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com officeactions@norvell ip.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 30, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION WRITTEN | 92838 |
| Sep. 26, 2018 | ASSIGNED TO EXAMINER | 92838 |
| Sep. 05, 2018 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70997 |
| Aug. 29, 2018 | ASSIGNED TO LIE | 70997 |
| Aug. 13, 2018 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Jun. 14, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 12, 2018 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information

**TM Attorney:** SHEN, ELIZABETH STELLA

**Law Office Assigned:** LAW OFFICE 121

### File Location

**Current Location:** TMO LAW OFFICE 121 - EXAMINING ATTORNEY ASSIGNED

**Date in Location:** Sep. 30, 2018

**Generated on:** This page was generated by TSDR on 2019-02-17 16:46:58 EST

**Mark:** CME OIS

# CME OIS

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87953899 | **Application Filing Date:** | Jun. 08, 2018 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Sep. 30, 2018

## Mark Information

**Mark Literal Elements:** CME OIS

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial exchange services; financial trading services relating to the trading of futures, options, swaps, and derivative products; electronic financial trading services relating to interest rates; providing information regarding the trading of futures, options and swaps; providing exchange markets for trading, clearing, confirmation and financial trading of futures, options, swaps and derivative products

**International Class(es):** 036 - Primary Class    **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No | **Amended Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION    **State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Joseph T Kucala Jr. |
| **Attorney Primary Email Address:** | officeactions@norvellip.com |

| | |
|---|---|
| **Docket Number:** | 13439-1442 |
| **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | JOSEPH T KUCALA JR. NORVELL IP LLC P.O. BOX 2461 CHICAGO, ILLINOIS 60690 UNITED STATES |
| **Phone:** | 888-315-0732 |
| **Correspondent e-mail:** | officeactions@norvellip.com jkucala@norvellip.com |

| | |
|---|---|
| **Fax:** | 312-268-5063 |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 30, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION WRITTEN | 92838 |
| Sep. 26, 2018 | ASSIGNED TO EXAMINER | 92838 |
| Sep. 05, 2018 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70997 |
| Aug. 29, 2018 | ASSIGNED TO LIE | 70997 |
| Aug. 13, 2018 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Jun. 14, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 12, 2018 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information

| | |
|---|---|
| **TM Attorney:** | SHEN, ELIZABETH STELLA |

| | |
|---|---|
| **Law Office Assigned:** | LAW OFFICE 121 |

### File Location

| | |
|---|---|
| **Current Location:** | TMO LAW OFFICE 121 - EXAMINING ATTORNEY ASSIGNED |

| | |
|---|---|
| **Date in Location:** | Sep. 30, 2018 |

**Generated on:** This page was generated by TSDR on 2019-02-17 16:47:12 EST

**Mark:** CME SOFR

# CME SOFR

**US Serial Number:** 87953901

**Application Filing Date:** Jun. 08, 2018

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Sep. 30, 2018

## Mark Information

**Mark Literal Elements:** CME SOFR

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial exchange services; financial trading services relating to the trading of futures, options, swaps, and derivative products; electronic financial trading services relating to interest rates; providing information regarding the trading of futures, options and swaps; providing exchange markets for trading, clearing, confirmation and financial trading of futures, options, swaps and derivative products

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** No | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** Yes | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Joseph T Kucala Jr.

**Docket Number:** 13439-1443

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** JOSEPH T KUCALA JR.
NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com
jkucala@norvellip.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 30, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Sep. 30, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION WRITTEN | 6325 |
| Sep. 26, 2018 | ASSIGNED TO EXAMINER | 92838 |
| Sep. 05, 2018 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 92838 |
| Aug. 29, 2018 | ASSIGNED TO LIE | 70997 |
| Aug. 13, 2018 | TEAS VOLUNTARY AMENDMENT RECEIVED | 70997 |
| Jun. 14, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 12, 2018 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** SHEN, ELIZABETH STELLA

**Law Office Assigned:** LAW OFFICE 121

**File Location**

**Current Location:** TMO LAW OFFICE 121 - EXAMINING ATTORNEY ASSIGNED

**Date in Location:** Sep. 30, 2018

**Generated on:** This page was generated by TSDR on 2019-02-17 16:47:50 EST

**Mark:** CME ULTRA

# CME ULTRA

**US Serial Number:** 87953897

**Application Filing Date:** Jun. 08, 2018

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Sep. 30, 2018

## Mark Information

**Mark Literal Elements:** CME ULTRA

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial exchange services; financial trading services relating to the trading of futures and options for treasury bonds and notes; electronic financial trading services relating of futures and options for treasury bonds and notes; providing information regarding the trading of futures and options for treasury bonds and notes providing exchange markets for trading, clearing, confirmation and financial trading of futures, options, swaps and derivative products for treasury bonds and notes

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** No | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** Yes | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

| | | |
|---|---|---|
| **Attorney Name:** | Joseph T Kucala Jr. | **Attorney of Record** |
| **Attorney Primary Email Address:** | officeactions@norvellip.com | **Docket Number:** 13439-1441 |
| | | **Attorney Email Authorized:** Yes |
| | | **Correspondent** |
| **Correspondent Name/Address:** | JOSEPH T KUCALA JR. NORVELL IP LLC P.O. BOX 2461 CHICAGO, ILLINOIS 60690 UNITED STATES | |
| **Phone:** | 888-315-0732 | **Fax:** 312-268-5063 |
| **Correspondent e-mail:** | officeactions@norvellip.com jkucala@norvellip.com | **Correspondent e-mail Authorized:** Yes |
| | **Domestic Representative - Not Found** | |

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 30, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Sep. 30, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION WRITTEN | 6325 |
| Sep. 26, 2018 | ASSIGNED TO EXAMINER | 92838 |
| Sep. 05, 2018 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 92838 |
| Aug. 29, 2018 | ASSIGNED TO LIE | 70997 |
| Aug. 13, 2018 | TEAS VOLUNTARY AMENDMENT RECEIVED | 70997 |
| Jun. 14, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 12, 2018 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

| | | |
|---|---|---|
| | **TM Staff Information** | |
| **TM Attorney:** | SHEN, ELIZABETH STELLA | |
| | **Law Office Assigned:** | LAW OFFICE 121 |
| | **File Location** | |
| **Current Location:** | TMO LAW OFFICE 121 - EXAMINING ATTORNEY ASSIGNED | |
| | **Date in Location:** | Sep. 30, 2018 |

**Generated on:** This page was generated by TSDR on 2019-02-17 16:48:07 EST

**Mark:** CME VIRTUAL HUB

CME VIRTUAL HUB

**US Serial Number:** 87953895

**Application Filing Date:** Jun. 08, 2018

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Sep. 30, 2018

## Mark Information

**Mark Literal Elements:** CME VIRTUAL HUB

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Cloud-based software used for financial trading and financial clearing; cloud-based software used to connect to financial trading and clearing platforms; cloud-based software used to connect to financial trading and clearing platforms; providing platform as a service (PAAS) featuring computer software platform for financial trading, financial exchange, and financial clearing services; software as a service (Saas) featuring computer for financial trading, financial exchange and financial clearing services

**International Class(es):** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44E:** No

**Filed 44E:** No

**Currently 66A:** No

**Filed 66A:** No

**Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T Kucala Jr.

**Docket Number:** 13439-1445

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** JOSEPH T KUCALA JR.
NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS UNITED STATES 60690

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com
jkucala@norvellip.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Sep. 30, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Sep. 30, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION WRITTEN | 6325 |
| Sep. 26, 2018 | ASSIGNED TO EXAMINER | 92838 |
| Sep. 05, 2018 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 92838 |
| Aug. 29, 2018 | ASSIGNED TO LIE | 70997 |
| Aug. 13, 2018 | TEAS VOLUNTARY AMENDMENT RECEIVED | 70997 |
| Jun. 14, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 12, 2018 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information

**TM Attorney:** SHEN, ELIZABETH STELLA

**Law Office Assigned:** LAW OFFICE 121

### File Location

**Current Location:** TMO LAW OFFICE 121 - EXAMINING ATTORNEY ASSIGNED

**Date in Location:** Sep. 30, 2018

Generated on: This page was generated by TSDR on 2019-02-17 16:48:24 EST

Mark: CME VIRTUAL HUB

**CME VIRTUAL HUB**

US Serial Number: 87953893

Application Filing Date: Jun. 08, 2018

Filed as TEAS RF: Yes

Currently TEAS RF: Yes

Register: Principal

Mark Type: Service Mark

Status: A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

Status Date: Sep. 30, 2018

## Mark Information

Mark Literal Elements: CME VIRTUAL HUB

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Providing access to network-based financial trading platforms

International Class(es): 038 - Primary Class

U.S Class(es): 100, 101, 104

Class Status: ACTIVE

Basis: 1(b)

## Basis Information (Case Level)

| | | |
|---|---|---|
| Filed Use: No | Currently Use: No | Amended Use: No |
| Filed ITU: Yes | Currently ITU: Yes | Amended ITU: No |
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

## Current Owner(s) Information

Owner Name: Chicago Mercantile Exchange Inc.

Owner Address: 20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

Legal Entity Type: CORPORATION

State or Country Where Organized: DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Attorney Name:** Joseph T Kucala Jr. | **Docket Number:** 13439-1444 |
| **Attorney Primary Email Address:** officeactions@norvellip.com | **Attorney Email Authorized:** Yes |

**Correspondent**

**Correspondent Name/Address:** JOSEPH T KUCALA JR.
NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

| | |
|---|---|
| **Phone:** 888-315-0732 | **Fax:** 312-268-5063 |
| **Correspondent e-mail:** officeactions@norvellip.com<br>jkucala@norvellip.com | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 30, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION WRITTEN | 92838 |
| Sep. 26, 2018 | ASSIGNED TO EXAMINER | 92838 |
| Sep. 05, 2018 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70997 |
| Aug. 29, 2018 | ASSIGNED TO LIE | 70997 |
| Aug. 13, 2018 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Jun. 14, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 12, 2018 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

| | |
|---|---|
| **TM Attorney:** SHEN, ELIZABETH STELLA | **Law Office Assigned:** LAW OFFICE 121 |

**File Location**

| | |
|---|---|
| **Current Location:** TMO LAW OFFICE 121 - EXAMINING ATTORNEY ASSIGNED | **Date in Location:** Sep. 30, 2018 |