EXHIBIT F

简体中文　English　Français　Русский　Español　العربية　Portuguese


ICANN WHOIS

cmerussian.com　　　　　　　　　　Lookup

By submitting any personal data, I agree that the personal data will be processed in accordance with the ICANN Privacy Policy, and agree to abide by the website Terms of Service.

Showing results for: cmerussian.com
Original Query: cmerussian.com

## Contact Information

### Registrant Contact
Name:
Organization:
Mailing Address:, Dnipro UA
Phone:
Ext:
Fax:
Fax Ext:
Email:Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=cmerussian.com

### Admin Contact
Name:
Organization:
Mailing Address:,
Phone:
Ext:
Fax:

Fax Ext:
Email:Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?domain=cmerussian.com

## Tech Contact

Name:
Organization:
Mailing Address: ,
Phone:
Ext:
Fax:
Fax Ext:
Email:Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?domain=cmerussian.com

## Registrar

WHOIS Server: whois.godaddy.com
URL: http://www.godaddy.com
Registrar: GoDaddy.com, LLC
IANA ID: 146
Abuse Contact Email:abuse@godaddy.com
Abuse Contact Phone:+1.4806242505

## Status

Domain Status:clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status:clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status:clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status:clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited

## Important Dates

Updated Date: 2019-02-05
Created Date: 2019-02-05

2/13/2019 | ICANN WHOIS

Registrar Expiration Date:2020-02-05

## Name Servers

NS61.DOMAINCONTROL.COM
NS62.DOMAINCONTROL.COM

## Raw WHOIS Record

```
Domain Name: cmerussian.com
Registry Domain ID: 2358309011_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2019-02-05T16:40:45Z
Creation Date: 2019-02-05T16:40:45Z
Registrar Registration Expiration Date: 2020-02-05T16:40:45Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registrant Organization:
Registrant State/Province: Dnipro
Registrant Country: UA
Registrant Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=cmerussian.com
Admin Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=cmerussian.com
Tech Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=cmerussian.com
Name Server: NS61.DOMAINCONTROL.COM
Name Server: NS62.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

2/13/2019 | ICANN WHOIS

```
>>> Last update of WHOIS database: 2019-02-13T16:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden
without the prior written
permission of GoDaddy.com, LLC.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In
particular,
you agree not to use this data to allow, enable, or otherwise make
possible,
dissemination or collection of this data, in part or in its entirety,
for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic
electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial
purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section.  In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

2/13/2019 | ICANN WHOIS

On 17 May 2018 the ICANN Board adopted a Temporary Specification for gTLD Registration Data This page is under review and will be updated to address the Temporary Specification.

---

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.* These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and f no other purpose. You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this dat for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate yo access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify thes terms at any time. By submitting a query, you agree to abide by these terms.

* There is one exception: ICANN acts as the registry operator for the .int TLD, and in that capacity does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2019 Internet Corporation for Assigned Names and Numbers    Privacy Policy    Terms of Service    Cookies Policy






Promos

## Search the WHOIS Database

Enter a domain name to search

[Search]

Private Registration    Local listings

# WHOIS search results

Domain Name: cmerussian.com
Registry Domain ID: 2358309011_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2019-02-05T16:40:45Z
Creation Date: 2019-02-05T16:40:45Z
Registrar Registration Expiration Date: 2020-02-05T16:40:45Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Dmitro Nagovskiy
Registrant Organization:
Registrant Street: Karla Marksa 122
Registrant City: Dnipro
Registrant State/Province: Dnipro

Registrant Postal Code: 49000
Registrant Country: UA
Registrant Phone: +380.503152390
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: nagovskiydmitriy@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Dmitro Nagovskiy
Admin Organization:
Admin Street: Karla Marksa 122
Admin City: Dnipro
Admin State/Province: Dnipro
Admin Postal Code: 49000
Admin Country: UA
Admin Phone: +380.503152390
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: nagovskiydmitriy@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Dmitro Nagovskiy
Tech Organization:
Tech Street: Karla Marksa 122
Tech City: Dnipro
Tech State/Province: Dnipro
Tech Postal Code: 49000
Tech Country: UA
Tech Phone: +380.503152390
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: nagovskiydmitriy@gmail.com
Name Server: NS61.DOMAINCONTROL.COM
Name Server: NS62.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2019-02-18T03:00:00Z <<<

2/17/2019

WHOIS search results

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data | Contact Domain Holder | Report Invalid Whois

Want to buy this domain?

Get it with our Domain Buy Service.

2/17/2019  WHOIS search results

Go

## Is this your domain?

Add hosting, email and more.

Go



**About GoDaddy**
About Us
Contact Us
Newsroom
Investor Relations
Careers
Corporate Responsibility
GoDaddy Store
Legal
GoDaddy Blog

**Support**
Product Support
Community
Report Abuse

**Resources**
Webmail
WHOIS
GoDaddy Mobile App
ICANN Confirmation
Tools for Pros
Redeem Code
Product Catalog

2/17/2019　　　　　　　　　　　　　　　　　　WHOIS search results

- Site Map
- Videos

**Partner Programs**
- Affiliates
- Reseller Programs
- GoDaddy Pro

**Account**
- My Account
- My Renewals
- Create Account

**Shopping**
- Domains
- Websites
- WordPress
- Hosting
- Web Security
- Online Marketing
- Email & Office
- Phone Numbers
- Promos

🌐 United States - English ▲　USD ▲

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 – 2019 GoDaddy Operating Company, LLC. All Rights Reserved.