# EXHIBIT G



Сотрудничество с физическими лицами. Инвестиционное предложение

Ознакомиться

**CME Group:** Компания с глобальными рынками, дающая участникам возможность эффективно управлять рисками и использовать возможности в каждом крупном классе активов

Торговля фьючерсами, опционами, наличными и внебиржевыми рынками, оптимизировать портфели, и анализировать данные в CME Group, ведущем и наиболее разнообразном рынке деривативов в мире. Мы располагаем уникальными возможностями, чтобы предоставить вам доступ, необходимый для эффективного управления рисками и получения возможностей в каждом крупном классе активов.

Расширьте свои возможности с постоянным доступом к рынку - в каждом часовом поясе, почти 24 часа в сутки Все поддержано новейшими инструментами, технологиями и ресурсами, необходимыми для каждого шага жизненного цикла торговли.

### ЭКОНОМИЧЕСКИЕ ИССЛЕДОВАНИЯ   СМОТРЕТЬ ВСЕ

Погрузитесь в идеи и анализ от наших опытных экономистов Bluford Putnam и Erik Norland, освещая события и тенденции, открывающие возможности на фьючерсных и опционных рынках.



**Three Big Equity Event Risks**

От Bluford Putnam
ФЕВРАЛЬ 04, 2019





**Why has Equity Index-Treasury Options Volatility Diverged?**

От Erik Norland
ЯНВАРЬ 30, 2019





**Equities: Six Ways to Spot a Flagging Bull Market**

От Erik Norland
ЯНВАРЬ 28, 2019



Весь доступ, все время

<mark></mark>
<mark></mark>

Центр подписок

Отправить отзыв

Почта (Опционально)

Введите ваше сообщение

Кто мы

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

Свяжитесь с Нами →
Russia
"World Trade Center"
ul.Kovalihinskaya 8
Nizhny Novgorod, 603005

Свяжитесь с нами

Глобальные офисы →

<mark>© 2019 CME Group Inc. All rights reserved.</mark>

https://www.cmerussian.com

CME Group

Торговля | Клиринг | Регулирование | Данные | Технологии | Образование | О нас | Войти

## Clearing Home

- Управление рисками
- Управление финансами и обеспечением
- Финансовое и нормативное наблюдение
- Клиринговые операции и поставки
- Эффективные облигации / поля

### Клиринговые рекомендации

**Новый обзор продукта: первоначальный список фьючерсного контракта MTBE FOB Singapore (Platts)** - Окт 05 2018

Initial Listing of MTBE FOB Singapore (Platts) Futures Contract. For the full text of this advisory, please clic

**Performance Bond Requirements: Energy, Metals, & Interest Rates - Effective October 5, 2018** - Oct 04 2018

As per the normal review of market volatility to ensure adequate collateral coverage, the Chicago Mercantile Exc...

**OTC BRL IRS Event Risk Margin Change Round 2** - Oct 02 2018

CME will further increase BRL IRS Margin level by increasing the liquidity charge for all BRL Swaps in anticipat...

**Маржинальные услуги**

Try our new interactive margin calculator and evaluate initial margin requirements

### Отправить отзыв

Почта (Опционально)

Введите ваше сообщение

### Кто мы

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

Свяжитесь с Нами →

Russia
"World Trade Center"

Свяжитесь с нами

Отправьте нам сообщение

Type here to search

2/18/2019





















