# EXHIBIT H









Отложенные котировки

Котировки задерживаются не менее чем на 10 минут.

## Futures & Options Trading

As the world's leading and most diverse derivatives marketplace, CME Group (www.cmegroupcenter.com) is where the world comes to manage risk. Through its exchanges, CME Group offers the widest range of global benchmark products across all major asset classes, including futures and options based on interest rates, equity indexes, foreign exchange, energy, agricultural products and metals. CME Group provides electronic trading globally on its CME Globex platform. The company also offers clearing and settlement services across asset classes for exchange-traded and over-the-counter derivatives through CME Clearing. CME Group's products and services ensure that businesses around the world can effectively manage risk and achieve growth.



© 2018 CME Group Inc. All rights reserved.















https://www.cmegroupcenter.com
Apps
Westlaw
Corsearch
Jungle Disk
Zimbra Web Client
Trademark Electroni
Acceptable ID
CME Group
Торговля
Клиринг
Регулирование
Данные
Технологии
Образование
О нас
Войти
Все продукты Главная
Продукты
Кукуруза (Corn)
Соя (Soybean)
Нефть марки Sweet (WTI Crude Oil)
Природный Газ (Natural Gas)
Фьючерсный контракт на фондовый индекс S&P 500 (E-mini S&P 500)
Фьючерсный контракт на фондовый индекс Nasdaq-100 (E-mini Nasdaq 100)
Индекс Евро (Euro FX)
Евродоллар (Eurodollar)
10-ти летние казначейские облигации (10-Year T-Note)
5-ти летние казначейские облигации (5-Year T Note)
Золото (Gold)
Группа продуктов
Сельское хозяйство
Энергетика
Фондовый Индекс
Форекс
Процентные ставки
Металлы
Опционы
Внебиржевая торговля (OTC)
Недвижимость
Погода
Getting Started
Комиссия
Найти брокера
Календарь праздников
Членство
Инструменты и ресурсы
Рекламодатель
Daily market data and insight for the Individual Active Trader
Криптовалюта
Bitcoin futures and other cryptocurrency products are now available.
New to Futures?
Learn why traders use futures, how to trade futures, and what steps you should take to get started.
Начать
От CME Group
Торговая война
Отправьте нам сообщение
Type here to search

https://www.cmegroupcenter.com

Apps | Westlaw | Corsearch | Jungle Disk | Zimbra Web Client | TSDR | TMEP | Trademark Electroni | Acceptable ID

CME Group | Торговля | Клиринг | Регулирование | Данные | Технологии | Образование | О нас | Войти

## Clearing Home

- Управление рисками
- Управление финансами и обеспечением
- Финансовое и нормативное наблюдение
- Клиринговые операции и поставки
- Эффективные облигации / поля

### Клиринговые рекомендации

**Новый обзор продукта: первоначальный список фьючерсного контракта MTBE FOB Singapore (Platts)** – Окт 05 2018

Initial Listing of MTBE FOB Singapore (Platts) Futures Contract. For the full text of this advisory, please clic...

**Performance Bond Requirements: Energy, Metals, & Interest Rates - Effective October 5, 2018** – Oct 04 2018

As per the normal review of market volatility to ensure adequate collateral coverage, the Chicago Mercantile Exc...

**OTC BRL IRS Event Risk Margin Change Round 2** – Oct 02 2018

CME will further increase BRL IRS Margin level by increasing the liquidity charge for all BRL Swaps in anticipat...

**Маржинальные услуги**

Try our new interactive margin calculator and evaluate initial margin requirements

### Может ли экономика США сохранить свой темп после десятилетия роста?

От CME Group

### Валюты развивающихся рынков: взгляд на американские ставки, торговая война

От Bluford Putnam

### Brexit: классический случай приближающегося основного риска

От Bluford Putnam

Отправьте нам сообщение

Type here to search

https://www.cmegroupcenter.com
Apps
Westlaw
Corsearch
Zimbra Web Client
TSDR
TMEP
Acceptable ID
CME Group
Торговля
Клиринг
Регулирование
Данные
Технологии
Образование
О нас
Войти
Рыночное регулирование Главная
Исследования
Исследование Данных
Наблюдение за рынком
Правоприменение
Регулирование
информационно-
пропагандистской
деятельности
Ахривные советы
Центр подписки
Связанная информация
Свод правил
Правила подачи заявок
Дисциплинарные
уведомления
Арбитраж
Пределы позиции
Консультанты регистрации
Рекомендации по регулированию рыночного регулирования | Просмотреть все рекомендации
OFF THE CHARTS!
Может ли экономика США сохранить свой темп после десятилетия роста?
От CME Group
Валюты развивающихся рынков: взгляд на американские ставки, торговая война
Brexit: классический случай приближающегося основного риска
От Bluford Putnam
Отправьте нам сообщение
Type here to search

https://www.cmegroupcenter.com
Apps
Westlaw
Corsearch
Jungle Disk
Zimbra Web Client
TSDR
TMEP
Trademark Electroni
Acceptable ID
CME Group
Торговля
Клиринг
Регулирование
Данные
Технологии
Образование
О нас
Войти
с физическими лицам
Информация о
Рыночные данные Главная
Отчеты
Расчеты
Объем и открытый интерес
Ежедневный бюллетень
Отчеты регистраций
Дистрибьюторы
Новые И Существующие
Дистрибьюторы
Список Лицензированных
Дистрибьюторов
Внутридневные Данные
Отложенные котировки
Блочные сделки
Данные на основе подписки
MDP (Streaming)
Access our market data directly via our Market Data Platform
E-Quotes
Offering charting, analytics, real-time quotes and news on our products
CME DataMine (Historical)
Comprehensive historical price information available on select CME Group contracts
OFF THE CHARTS!
Может ли экономика США сохранить свой темп после десятилетия роста?
От CME Group
Валюты развивающихся рынков: взгляд на американские ставки, торговая война
От Bluford Putnam
Brexit: классический случай приближающегося основного риска
От Bluford Putnam
Отправьте нам сообщение
Type here to search

https://www.cmegroupcenter.com
Apps
Westlaw
Corsearch
Jungle Disk
Zimbra Web Client
TSDR
TMEP
Trademark Electroni
Acceptable ID
CME Group
Торговля
Клиринг
Регулирование
Данные
Технологии
Образование
О нас
Войти
Технологии Главная
Приложения
CME Globex
CME Direct
CME ClearPort
CME Pivot
Elysian
Сервисы
Прямая обработка (STP)
Услуги совместного размещения
Глобальные службы репозитория
Технический раздел
Технический раздел
Проницательный и продуманный контент, связанный с современными финансовыми технологиями
Экономические исследования | Просмотреть все экономические исследования
new
OFF THE CHARTS!
Может ли экономика США сохранить свой темп после десятилетия роста?
От CME Group
Валюты развивающихся рынков: взгляд на американские ставки, торговая война
Brexit: классический случай приближающегося основного риска
От Bluford Putnam
Отправьте нам сообщение
jivosite
Type here to search
2/13/2019

https://www.cmegroupcenter.com
Apps
Westlaw
Zimbra Web Client
TSDR
TMEP
Trademark Electroni
CME Group
Торговля
Клиринг
Регулирование
Данные
Технологии
Образование
О нас
Войти
Образование Главная
Узнать о торговле
Практическая торговля
Управление рисками / хеджирование
Календарь событий
Подкасты
Все учебные материалы
Альтернативные инвестиционные ресурсы
New to Futures?
Learn why traders use futures, how to trade futures, and what steps you should take to get started.
Начать
CME Institute
Futures Fundamentals
Экономические исследования
OFF THE CHARTS!
Может ли экономика США сохранить свой темп после десятилетия роста?
Валюты развивающихся рынков: взгляд на американские ставки, торговая война
Brexit: классический случай приближающегося основного риска
Отправьте нам сообщение
Type here to search

<-_-></-_->
<-_-></-_->
<-_-></-_->
<-_-></-_->
<-_-></-_->
<-_-></-_->
<-_-></-_->

<-_-></-_->
<-_-></-_->
<-_-></-_->

<-_-></-_->

<-_-></-_->

<-_-></-_->
<-_-></-_->
<-_-></-_->
<-_-></-_->

<-_-></-_->







