# EXHIBIT J





Trading tab Sub-menu on Original website

https://cmegroup.com/

Trading tab Sub-menu on Infringing website

https://cmegroupcenter.com/

Clearing tab Sub-menu on Original website

https://cmegroup.com/

Clearing tab Sub-menu on Infringing website

https://cmegroupcenter.com/

Data tab Sub-menu on Original website

https://cmegroup.com/

Data tab Sub-menu on Infringing website

https://cmegroupcenter.com/

Trading tab Sub-menu on Original website

https://cmegroup.com/

tab Sub-menu on Infringing website

https://cmegroupcenter.com/

Technology tab Sub-menu on Original website

https://cmegroup.com/

Technology tab Sub-menu on Infringing website

https://cmegroupcenter.com/

| Image used for economic article published Oct. 9, 2018 | Infringing imaged used on cmegroupcenter.com |
|---|---|
|  CME's Economic research: "Can U.S. Economy Keep its Pace After a Decade of Growth?" https://www.cmegroup.com/education/featured-reports/can-us-economy-keep-its-pace-after-a-decade-of-growth.html |  https://cmegroupcenter.com/ |
| Image used for economic article published Oct. 3, 2018 | Infringing imaged used on cmegroupcenter.com |
|  Emerging Market Currencies: Eye on U.S. Rates, Trade War, By Bluford Putnam https://www.cmegroup.com/education/featured-reports/emerging-market-currencies-eye-on-us-rates-trade-war.html?source=rss |  https://cmegroupcenter.com/ |
| Image used for economic article published Oct. 1, 2018 | Infringing imaged used on cmegroupcenter.com |
|  Brexit: Classic Case of an Approaching Major Event Risk By Bluford Putnam https://www.cmegroup.com/podcasts/off-the-charts-podcast-series/brexit-classic-case-of-an-approaching-major-event-risk.html |  https://cmegroupcenter.com/ |
| Subscription Center Section on CME's website home screen | Contact information section in Russian on counterfeited website |
|  https://web.archive.org/web/20181009175719/https://www.cmegroup.com/ |  https://cmegroupcenter.com/ |

