# EXHIBIT K

Side by side comparison CMEGROUP.COM & CMERUSSIAN.COM



CME Website from February 4, 2019 | Counterfeiting CME Website from February 15, 2019

https://www.cmerussian.com/

https://web.archive.org/web/20190205042337/https://www.cmegroup.com/



Image used in banner on original CME website

https://www.cmegroup.com/

Image used in banner on infringing website

https://www.cmerussian.com/

Trading tab Sub-menu on Original website

https://www.cmegroup.com/

Trading tab Sub-menu on Infinging website

https://www.cmerussian.com/

Clearing tab Sub-menu on Original website

https://www.cmegroup.com/

Clearing tab Sub-menu on Infringing website

https://www.cmerussian.com/

Data tab Sub-menu on Original website

https://www.cmegroup.com/

Data tab Sub-menu on Infringing website

https://www.cmerussian.com/

Trading tab Sub-menu on Original website

https://www.cmegroup.com/

tab Sub-menu on Infinging website

https://www.cmerussian.com/

Technology tab Sub-menu on Original website

https://www.cmegroup.com/

Technology tab Sub-menu on Infinging website

https://www.cmerussian.com/

| Mid-section banner on Original website | Mid-section banner on Infringing website |
|---|---|
| **CME Group: A global markets company empowering participants to efficiently manage risk and capture opportunities in every major asset class**  https://www.cmegroup.com/ | **CME Group: Компания с глобальными рынками, дающая участникам возможность эффективно управлять рисками и использовать возможности в каждом крупном классе активов**  https://www.cmerussian.com/ |
| Corporate logo on original website, used on top left corner  https://www.cmegroup.com/ | Infringing copy of CME Group logo used on top left corner, cmegroupcenter.com Feb.15,2019  https://www.cmerussian.com/ |
| Article and image #1 published on original website   https://web.archive.org/web/20190205042337/https://www.cmegroup.com/ • **Three Big Equity Event** Riskshttps://www.cmegroup.com/education/featured-reports/videos/three-big-equity-event-risks.html | Article and image #1 published on infringing website   https://www.cmerussian.com/ |
| Article and image #2 published on original website  https://web.archive.org/web/20190205042337/https://www.cmegroup.com/ **Why has Equity Index-Treasury Options Volatility Diverged?** https://www.cmegroup.com/education/featured-reports/why-has-equity-index-treasury-options-volatility-diverged.html?source=rss | Article and image #2 published on infringing website https://www.cmerussian.com/ |





| Article and image #3 published on original website | Article and image #3 published on infringing website |
|---|---|
| <br>https://web.archive.org/web/20190205042337/https://www.cmegroup.com/<br>• **Equities: Six Ways to Spot a Flagging Bull Market** https://www.cmegroup.com/education/featured-reports/equities-six-ways-to-spot-a-flagging-bull-market.html?source=rss | <br>https://www.cmerussian.com/ |
| <br>https://www.cmegroup.com/ | <br>https://www.cmerussian.com/ |
| <br>https://www.cmegroup.com/ | <br>https://www.cmerussian.com/ |
| World Map Banner used on top section of Global Office Contacts<br><br>https://www.cmegroup.com/company/history/global-offices.html | Infringing image copied on counterfeiting website<br><br>https://www.cmerussian.com/global-offices |
| World Map with CME's corporate logo used as pins locating CME offices around the world.<br><br>https://www.cmegroup.com/company/history/global-offices.html | World Map used on counterfeiting website<br><br>https://www.cmerussian.com/global-offices |

CME Group

TRADING    CLEARING    REGULATION    DATA    TECHNOLOGY    EDUCATION    ABOUT

## Strong Liquidity in 2-Yr Note Futures Post Tick Reduction

Read the Rates Recap

## CME Group: A global markets company empowering participants to efficiently manage risk and capture opportunities in every major asset class

Trade futures, options, cash and OTC markets, optimize portfolios; and analyze data at CME Group, the world's leading and most diverse derivatives marketplace. We're uniquely positioned to give you the access you need to efficiently manage risk and capture opportunities in every major asset class.

Expand your possibilities with always-on market access – in every time zone, nearly 24 hours a day. All backed by the latest tools, technology and resources you need for every step of the trading lifecycle.

### ECONOMIC RESEARCH  VIEW ALL

Dive into insights and analysis from our expert economists, Blu Putnam and Erik Norland, covering events and trends driving opportunities in the futures and options markets.



**Tug-of-War**

**By Bluford Putnam**
FEBRUARY 19, 2019



**Brent-WTI Oil Spread Taking Cue from Houston-Midland?**

**By Erik Norland**
FEBRUARY 14, 2019



**China: Looking at Growth Past the Trade War**

**By Bluford Putnam and Erik Norland**
FEBRUARY 13, 2019





## All Access, All the Time

Discover new trading strategies and expand your familiarity with our markets with our offering of tools for the active, individual trader.

Get Started

## DELAYED QUOTES

Quotes are delayed by at least 10 minutes.
Last updated 19 Feb 2019 04:22:04 CT

Buy Real-Time Quotes | Buy Historical Data

### Agricultural

| PRODUCT | LAST | CHANGE | CHART | GLOBEX VOL |
|---|---|---|---|---|
| ZCH9 | 3700 | -06 | | 205,198 |
| ZSH9 | 9014 | -60 | | 87,098 |
| ZLH9 | 29.74 | 0.71 | | 48,380 |
| ZMH9 | 305.9 | 0.6 | | 62,188 |
| ZWH9 | 4890 | 152 | | 71,868 |
| LEJ9 | 128.500 | +1.325 | | 32,101 |
| HEJ9 | 56.525 | 3.800 | | 16,115 |

### Energy

| PRODUCT | LAST | CHANGE | CHART | GLOBEX VOL |
|---|---|---|---|---|
| CLJ9 | 56.43 | +0.45 | | 811,782 |
| NGH9 | 2.659 | +0.042 | | 126,120 |
| RZJ9 | 66.46 | +0.0 | | 43,338 |
| RBLN | 1.7385 | +0.0055 | | 80,223 |
| HOJ9 | 1.9982 | 0.0185 | | 85,812 |
| UM.N | 56.425 | +0.450 | | 23,392 |
| QGH9 | 2.655 | +0.030 | | 1,043 |

### Interest Rates

| PRODUCT | LAST | CHANGE | CHART | GLOBEX VOL |
|---|---|---|---|---|
| GE29 | 97.36 | +0.04 | | 379,439 |
| ZTH9 | 116.018 | +0.065 | | 454,123 |
| ZFH9 | 114.227 | +0.092 | | 901,596 |
| ZNH9 | 122.095 | +0.140 | | 1,293,947 |
| TNH9 | 130.195 | +0.200 | | 128,354 |
| ZBH9 | 147100 | +0.014 | | 299,062 |
| UBH9 | 16129 | +0.16 | | 133,661 |

### Equity Index

| PRODUCT | LAST | CHANGE | CHART | GLOBEX VOL |
|---|---|---|---|---|
| ESH9 | 2777.75 | +6.75 | | 1,156,206 |
| NBH9 | 7068.51 | +4.75 | | 384,177 |
| YMH9 | 25878 | 10 | | 206,323 |
| NIYH9 | 21305 | +40 | | 50,871 |
| RTYH9 | 1575.30 | +4.50 | | 99,966 |
| LMBH9 | 1918.11 | +5.00 | | 14,274 |
| BTCG9 | 3890 | +285 | | 15,944 |

### FX

| PRODUCT | LAST | CHANGE | CHART | GLOBEX VOL |
|---|---|---|---|---|
| 6AH9 | 0.7168 | +0.0025 | | 133,426 |
| 6CH9 | 0.7575 | +0.0025 | | 68,404 |
| 6SH9 | 1.0012 | +0.0034 | | 23,921 |
| 6EH9 | 1.1365 | +0.0041 | | 281,261 |
| 6BH9 | 1.3079 | +0.0174 | | 190,082 |
| 6JH9 | 0.009059 | 0.000014 | | 116,178 |
| 6MH9 | 0.052010 | +0.000045 | | 63,875 |

### Metals

| PRODUCT | LAST | CHANGE | CHART | GLOBEX VOL |
|---|---|---|---|---|
| GCJ9 | 1344.1 | +2.0 | | 334,325 |
| NIH9 | 15.965 | +0.107 | | 111,295 |
| PLJ9 | 821.4 | +14.5 | | 27,237 |
| PAH9 | 1454.73 | +7.50 | | 8,823 |
| HGH9 | 2.8735 | +0.0270 | | 132,813 |
| MGCJ9 | 1344.1 | +2.0 | | 15,754 |
| SILH9 | 15.970 | +0.22 | | 1,221 |

## MARKET DATA SUMMARY

Track large privately negotiated trades and cleared volume taking place in CME Group markets to gain insights for your trading strategies.

### Block Trades

| CLEARPORT | GLOBEX | PRICE | QTY | TIME |
|---|---|---|---|---|
| CUH9 | CUH9 | 1.305 | 20 | 15:57:59 |
| CUU9 | CUU9 | 1.3625 | 25 | 15:54:03 |
| CUU9 | CUU9 | 1.37 | 25 | 15:54:03 |
| BOV9 | BOV9 | 0.70125 | 20 | 15:46:18 |
| BOX9 | BOX9 | 0.70125 | 20 | 15:46:18 |
| BOZ9 | BOZ9 | 0.70125 | 20 | 15:46:18 |
| CUU9 | CUU9 | 1.3625 | 25 | 15:35:01 |
| CUU9 | CUU9 | 1.37 | 25 | 15:35:01 |
| BOV9 | BOV9 | 0.70125 | 5 | 15:34:39 |

### CME ClearPort

| PRODUCT | GROUP | PRIOR VOL | PRIOR OI |
|---|---|---|---|
| ED | Interest Rate | 86,897 | 12,416,485 |
| ZT | Interest Rate | 56,045 | 3,670,615 |
| ZN | Interest Rate | 50,791 | 4,494,429 |
| LO | Energy | 31,725 | 2,310,108 |
| ZN | Interest Rate | 31,550 | 3,202,673 |
| LN | Interest Rate | 28,175 | 4,197,890 |
| CL | Energy | 25,725 | 2,030,123 |
| NG | Energy | 21,958 | 2,046,033 |

## CRYPTOCURRENCY INDICES



### CME CF Bitcoin

**Reference Rate**

$3944.32

**Real-Time Index**

$3908.99

**Historical Prices**

| | $3790.42 | | $3599.92 |
| | $3572.44 | | $3655.41 |

### CME CF Ether-Dollar

**Reference Rate**

$146.63

**Real-Time Index**

$144.14

**Historical Prices**

| | $142.02 | | $122.37 |
| | $124.65 | | $119.93 |

Reference Rates Last Updated **19 Feb 2019 10:01 am CT**   Real-Time Index Last Updated **19 Feb 2019 16:22:02 pm CT**





**CME Group: A global markets company empowering participants to efficiently manage risk and capture opportunities in every major asset class**

Trade futures, options, cash and OTC markets; optimize portfolios, and analyze data at CME Group, the world's leading and most diverse derivatives marketplace. We're uniquely positioned to give you the access you need to efficiently manage risk and capture opportunities in every major asset class.



● CME Group    TRADING   CLEARING   REGULATION   DATA   TECHNOLOGY   EDUCATION   ABOUT

**Clearing Home**

Risk Management
Financial & Collateral Management
Financial and Regulatory Surveillance
Clearing Operations and Deliveries
Performance Bonds / Margins

**Clearing Advisories**

Performance Bond Requirements: Agriculture, Energy, and Equity Margins - Effective February 15, 2019 – Feb 14 2019

As per the normal review of market volatility to ensure adequate collateral coverage, the Chicago Mercantile Exc

Product Modification Summary: Delisting of the Iron Ore 62% Fe, CFR North China (Platts) Futures and Iron Ore 62% Fe, CFR North China (Platts) Average Price Option Contracts – Feb 13 2019

Delisting of the Iron Ore 62% Fe, CFR North China (Platts) Futures and Iron Ore 62% Fe, CFR North China (Platts)

Product Modification Summary: Amendments to Strike Price Listing Schedules of Certain Equity Index Options - Effective March 18, 2019 – Feb 13 2019

Amendments to Strike Price Listing Schedules of Certain Options on Standard and Poor's 500 Stock Price Index Fut

**Margin Services**
Try our new interactive margin calculator and evaluate initial margin requirements

**manage risk and capture opportunities in every major asset class**

Trade **futures**, **options**, **cash** and **OTC** markets; **optimize portfolios**; and **analyze data** at CME Group, the world's leading and most diverse derivatives marketplace. We're uniquely positioned to give you the access you need to efficiently manage risk and capture opportunities in every major asset class.



**CME Group: A global markets company empowering participants to efficiently manage risk and capture opportunities in every major asset class**

Trade **futures**, **options**, **cash** and **OTC** markets; **optimize portfolios**; and **analyze data** at CME Group, the world's leading and most diverse derivatives marketplace. We're uniquely positioned to give you the access you need to efficiently manage risk and capture opportunities in every major asset class.



**CME Group: A global markets company empowering participants to efficiently manage risk and capture opportunities in every major asset class**

Trade futures, options, cash and OTC markets; optimize portfolios, and analyze data at CME Group, the world's leading and most diverse derivatives marketplace. We're uniquely positioned to give you the access you need to efficiently manage risk and capture opportunities in every major asset class.



**CME Group: A global markets company empowering participants to efficiently manage risk and capture opportunities in every major asset class**

Trade futures, options, cash and OTC markets; optimize portfolios; and analyze data at CME Group, the world's leading and most diverse derivatives marketplace. We're uniquely positioned to give you the access you need to efficiently manage risk and capture opportunities in every major asset class.



**CME Group: A global markets company empowering participants to efficiently manage risk and capture opportunities in every major asset class**

Trade futures, options, cash and OTC markets; optimize portfolios; and analyze data at CME Group, the world's leading and most diverse derivatives marketplace. We're uniquely positioned to give you the access you need to efficiently manage risk and capture opportunities in every major asset class.



**CME Group: A global markets company empowering participants to efficiently manage risk and capture opportunities in every major asset class**

Trade futures, options, cash and OTC markets; optimize portfolios; and analyze data at CME Group, the world's leading and most diverse derivatives marketplace. We're uniquely positioned to give you the access you need to efficiently manage risk and capture opportunities in every major asset class.







CME Group TRADING CLEARING REGULATION DATA TECHNOLOGY EDUCATION ABOUT

## CME Group All Products – Codes and Slate

The CME Group Product Slate provides access to most of our products. The searchable and sortable slate links to product contract specifications and also provides the previous day's volume and open interest data.

For asset classes and products not included in the slate, please visit Weather, Real Estate, OTC Interest Rate Swaps, OTC FX, and OTC Credit Default Swaps.

Please see the document CME Clearing Products in the Customer Cleared Swaps Regulatory Class for a complete list of swap products subject to LSOC when held by customers.

Search

Reset

Product Group: All Groups | Venue: All Venues | Exchange: All Exchanges | Cleared As: All Cleared As

2 3 4 Next

Only show me NEW products | Trade date: 15 Feb 2019 | PRELIMINARY | Need Help? | Download Data

| Clearing | Globex | Floor | ClearPort | Product Name | Exchange | Product Group | Subgroup | Category | Sub-Category | Cleared As | Volume | Open Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ED | GE | CE / PE | ED | Eurodollar Options | CME | Interest Rate | Stirs | - | - | Options | 758,036 | 34,396,469 |

| | | | Product Name | Exchange | Product Group | Subgroup | Category | Sub-Category | Cleared As | Volume | Open Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WA | WAY | · | WA | WTI Crude Oil 1 Month Calendar Spread Options | NYMEX | Energy | Crude Oil | · | Spreads | Options | 5,750 | 607,725 |
| EC | 6E | · | EC | Euro FX Futures | CME | FX | Majors | · | · | Futures | 189,331 | 542,982 |
| 07 | ZL | · | 07 | Soybean Oil Futures | CBOT | Agriculture | Grain And Oilseed | · | · | Futures | 81,429 | 522,351 |
| D2 | D2L | · | D2 | NYISO Zone G Day-Ahead Off-Peak Calendar-Month 5 MW Futures | NYMEX | Energy | Electricity | NYISO | Monthly Off-Peak | Futures | 0 | 497,723 |
| RTY | RTY | · | RTY | E-mini Russell 2000 Index Futures | CME | Equities | US Index | · | · | Futures | 122,263 | 494,693 |
| GC | GC | · | GC | Gold Futures | COMEX | Metals | Precious | · | · | Futures | 206,402 | 490,352 |
| W | ZW | · | W | Chicago SRW Wheat Futures | CBOT | Agriculture | Grain And Oilseed | · | · | Futures | 190,069 | 470,269 |
| 06 | ZM | · | 06 | Soybean Meal Futures | CBOT | Agriculture | Grain And Oilseed | · | · | Futures | 114,181 | 467,128 |
| HH | HH | · | HH | Natural Gas (Henry Hub) Last-day Financial Futures | NYMEX | Energy | Natural Gas | · | Outrights | Futures | 12,651 | 445,388 |
| HO | HO | · | HO | NY Harbor ULSD Futures | NYMEX | Energy | Refined Products | North American | Outrights | Futures | 191,782 | 437,166 |
| W | OZW | WY, WZ | W | Chicago SRW Wheat Options | CBOT | Agriculture | Grain And Oilseed | · | · | Options | 53,409 | 430,350 |
| | | | | RBOB Gasoline | | Refined | Ninth | | | | |

CME Group — TRADING | CLEARING | REGULATION | DATA | TECHNOLOGY | EDUCATION | ABOUT



**CME Clearing Named Clearing House of the Year**

2017 GlobalCapital Americas Derivatives Awards

## Clearing

CME Group provides clearing services for customers around the globe through our clearinghouse, CME Clearing, which allows you to significantly mitigate and manage your risk.

CME Clearing is an intermediary between buyers and sellers in the derivatives market. As the intermediary, or counterparty, to every trade, CME Clearing acts as the buyer to every seller and the seller for every buyer for every trade.

By acting as the counterparty for every trade, CME Clearing helps you mitigate counterparty risk by maintaining a matched book and risk-neutral position. You do not have to worry about the other end of your trade falling through because CME Clearing is always on the other end.

**Benefits of a centrally cleared environment:**

- Transparency: Of market pricing, market reviews, risk management practices and financial safeguards
- Neutrality: Neutral party to every transaction; neutral risk management standards
- Security: Performance bond system to secure positions and mitigate risk exposure
- Daily mark-to-market of cleared positions to remove risk exposure

To stay up-to-date with performance bond requirements and compliance concerns with the changing regulatory environment

[Subscribe to Notices]

**Resources**

- Clearing Firms
- Clearing Membership
- Financial Safeguards
- FAQ
- Transaction Timelines
- Contacts List

## What is Clearing?

### CME Centrally Cleared Environment

 FIRM B —  —  FIRM D

### New in Clearing



**Clearing Holiday Calendar**
View the clearing holiday calendars for our Futures and OTC business.

## Clearing Essentials

Advisory Notices · Margins/Performance Bonds · Clearing and Trading Fees · Rulebooks · Business Continuity Management

## More in Clearing


Risk Management


Financial and Collateral Management


Financial and Regulatory Surveillance


Clearing Operations and Deliveries

## Clearing Education | View All Education


**Contrary Options Exercise Instructions**
Get instructions for Contrary Options Exercise, including submission deadlines and expiring options process.

**Contact Us**
 Clearing Services





CME Group TRADING CLEARING REGULATION DATA TECHNOLOGY EDUCATION ABOUT

## Market Regulation

CME Group's Market Regulation Department conducts trade, position, account, and market surveillance to identify and prevent potential rule violations and ensure that all four of our Designated Contract Markets (DCMs) – CME, CBOT, NYMEX, and COMEX – fulfill their self-regulatory responsibilities.

To stay up-to-date and in compliance with the changing regulatory environment

Subscribe to Notices

Market Regulation works to protect market integrity, to enforce rules that protect all market participants, and to act proactively to mitigate risks to prevent damage to the marketplace.

### Learn More about Market Regulation

**View Investigations**
Investigates potential trade practice violations

**View Data Investigations**
Works to ensure accuracy of record keeping and audit trail

**View Market Surveillance**
Analyzes markets and positions to ensure fair and orderly trading of Exchange markets

**View Enforcement**
Works to resolve rule violations through CME Group's disciplinary process

### Market Regulation Essentials

Confidentiality Policy

Advisories | Rulebooks | Regulatory Outreach | CME Globex Regulatory Documents | CFTC/SEC Filings | Position Limits | MiFID II, PRIIPs, and EU Benchmarks Regulation

### Filing Complaints

Market Regulation encourages market participants and others to provide information about behavior that is potentially in violation of Exchange rules and regulations

File a Complaint

### Self-Reporting

Market Regulation also encourages market participants to self-report incidents that they believe may be in violation of Exchange rules and regulations

Self-Report an Incident

### Notices



**View Market Surveillance Notices**
Stay up-to-date with changing regulations.

**View Special Executive Reports**
Read the latest SERs.

**View Disciplinary Actions**
Read the latest disciplinary actions.

### Contact Us

For any questions, contact the Market Regulation Department

+1 312 341 7970

Market Regulation Directory

For questions related to CME Globex, contact

CME Globex GCC

---

Subscription Center

English ▾

### SEND US FEEDBACK

Email (optional)

Enter your Message

protected by reCAPTCHA
Privacy Terms

### WHO WE ARE

### CONTACT US

### CONNECT WITH US

**CME Group**  TRADING  CLEARING  REGULATION  DATA  TECHNOLOGY  EDUCATION  ABOUT



# Implied Option Volatility Curves Data for 40 CME Group products

## Market Data

### More than Data

From key pricing on our global benchmark future and options products, to exciting insights driven by non-traditional data sources to fast, flexible, secure access. find everything you need to inform every trading decision you make.

Tap into key intelligence on past, present and future CME, CBOT, NYMEX and COMEX markets and leading global benchmarks across every major asset class with Exchange data

### Buy Data

Access the CME DataMine historical data application

→ Get Historical Data

Enter our straightforward process for licensing market data

→ License Data

## Access Market Data



**Real-Time Market Data**
Seize opportunities as they unfold using real-time data through our Market Data Platform



**CME DataMine - Historical Data**
Unlock the lessons of past market activity and implement new strategies of today via our CME DataMine historical data application.



**Derived Data**
Imagine, invent and innovate using data you can trust from our global benchmark markets across all major asset classes.

## Additional Market Data Services and Platforms

Choose from multiple ways to access CME Group data

- Direct connection to use Market Data Platform (MDP) – streaming market data in time-supported formats via a dual-feed, UDP multicast architecture
- CME Datamine, our new full-service cloud solution allows you to quickly and more efficiently access CME Group historical data
- More than 200 fees and distributors
- Get charting and analytics, real-time quotes, block data and news from CME E-Quotes

## Licensing Market Data

CME Group provides a straightforward process for licensing our market data, either through an individual license or a licensed distribution.

→ Learn more about how to license market data

→ Get details about our licensed distributors

### Reports

- Volume and Open Interest
- Settlements
- Daily Bulletin
- Delayed Quotes

## Contact Us

First Name *          Last Name *          Company Name *          Business Email *

Company Type *          Job Role *          Phone *          Country *

Comments/Questions

I have read and understand the Privacy Policy *

I have read and agree to the Terms of Service and Cookie Policy *

Yes, I would like to receive communications regarding CME Group products, services, and events. I understand that I can unsubscribe at any time. By registering, I confirm that I have read and fully understand the CME Group Privacy Policy and hereby agree





**CME Group**  TRADING  CLEARING  REGULATION  DATA  TECHNOLOGY  EDUCATION  ABOUT

Implied Option Volatility Curves
Data for 40 CME Group products

## Market Technology Services

CME Group is dedicated to understanding the needs of each individual customer and providing a comprehensive portfolio of technology offerings which focuses on trading applications, infrastructure, global connectivity and data services needed throughout the trading lifecycle.

### Infrastructure



**Connectivity Options**
Access a wide range of connectivity options in production and test environments with CME Globex.



**Co-Location & Data Center Services**
Our Co-Location and Data Center Services are focused on delivering high-quality infrastructure options alongside low latency connectivity to CME Globex.



#### Pre-Trade

CME Group offers tools to help make every step of the trading lifecycle easier for you.

...

**Historical Data Services**
The most comprehensive historical price information available for all our markets.

**CME Pivot**
A feature-rich open network instant messaging solution.



#### Trading and Clearing

CME Group has proprietary applications and third party integrations for customers to access our markets.

...

**CME Globex**
Global electronic trading system for futures and options.

**CME Direct**
Our highly-configurable front-end trading system.

**CME ClearPort**
Clearing services for the global OTC market.

**Elysian**
Market-leading auction platform technology.

**Trading Applications / ISVs**
Integrations with more than 50 certified independent software vendors (ISVs).



#### Post-Trade

Efficiently process and report trades with a variety of post-trade solutions from CME Group.

...

**Straight Through Processing (STP)**
Streamline post-trade flows by connecting directly to the exchange.

**Global Repository Services**
Reporting solutions to help customers comply with regulatory requirements.

### Market Technology Resources



**Tech Talk**



**Technology at CME Group**

### Contact Us

For questions about our market technology offering:

Market Tech Sales

For questions about CME Globex:

Global Account Management

Subscription Center

English

SEND US FEEDBACK

WHO WE ARE

Email (optional)





**CME Group** | TRADING | CLEARING | REGULATION | DATA | TECHNOLOGY | EDUCATION | ABOUT

## CME DataMine: Access Valuable Historical Data

### CME Globex

CME Globex is the premier electronic trading system providing global connectivity to the broadest array of futures and options across all asset classes. CME Group technology facilitates electronic trading. providing users across the globe with virtually 24-hour access to global markets.

CME Group offers a variety of connectivity options for market participants.

### Who Can Trade on CME Globex?

CME Globex is an open access marketplace that allows you to directly enter your own trades and participate in the trading process, including access to the book of orders and real-time price data.

To access CME Globex, customers must have a CME Group clearing firm relationship, CME File approved trading application, and connectivity to CME Globex.

### Find a Broker

CME Group's Find a Broker tool helps you connect with a clearing firm to establish the relationship that is required to trade CME Group markets and products.

➔ Search our broker directory

### ➤ Trade on CME Globex

With global distribution and international hubs, CME Globex offers a range of connectivity options, diverse risk management tools and resources and expert support from our Global Command Center.

### ➤ Develop to CME Globex

CME Group offers a wide variety of development resources, including technical documentation, Client Impact Assessments on upcoming CME Globex enhancements, test environments and automated certification tools, to assist customers with developing to CME Globex

---

### CME Group Customer Forums

**Latest Updates on Upcoming Technology and Business Initiatives**

CME Group Customer Forums are designed to bring CME Group and our customers together. The series of global events, focused on electronic trading initiatives, provides forward-looking information on a broad array of upcoming technology and business topics.

**Presentations from past events**

**Chicago**
- Chicago/New York Customer Forum Q4 2016 (PDF)
- Chicago/New York Customer Forum Q4 2016 (Webinar)

**London**
- London Customer Forum Q4 2016

**APAC Region**
- Asia Customer Forum Q4 2016

---

### Contact Us

✉ Global Account Management
📞 U.S.. +1 312 634 8700
📞 Europe: +1 20 3379 3754
📞 Asia: +65 6593 5500

✉ Global Command Center
📞 U.S.. +1 800 438 8616
📞 Europe: +44 20 7623 4747
📞 Asia: +65 6532 5010

✉ Certification Support for Electronic Trading (CSET)
📞 U.S. +1 312 930 2322
📞 Europe: +44 20 7623 0085
📞 Asia: +65 6593 5593

### Resources
- CME Globex Brochure (PDF)
- CME Globex Reference Guide (PDF)
- CME Globex Notices
- iLink Session Policy
- Market Integrity Controls
- CME Globex Product Reference Sheet

---

Subscription Centre

English ▼

SEND US FEEDBACK | WHO WE ARE





**CME Group** | TRADING | CLEARING | REGULATION | DATA | TECHNOLOGY | EDUCATION | ABOUT

## Directory of Technology Partners: Search for the Services You Need

### CME ClearPort

CME ClearPort is a comprehensive set of flexible clearing services for the global OTC market that clears transactions across from 1,800 listed contracts over multiple asset classes. Clearing more than 300,000 contracts daily, CME ClearPort also brings together more than 17,000 registered users around the world including commercial, banking and hedge funds firms to FCMs and clearing firms

Access a flexible suite of clearing services and capabilities and gain the advantages of security, efficiency and confidence

[→) Login] [☑ Register]

## CME ClearPort Product Slate

[View all Products]

**Top 10 Energy Products** | Crude Oil | Natural Gas | Refined Products | Biofuels | Coal | Power | Petrochemicals

| Clearing | CME Globex | Floor | CME ClearPort | Product Name | Subgroup | Exchange | Volume | Open Interest |
|---|---|---|---|---|---|---|---|---|
| CL | CL | • | CL | Crude Oil Futures | Crude Oil | NYMEX | 1,241,778 | 2,000,306 |
| NG | NG | • | NG | Henry Hub Natural Gas Futures | Natural Gas | NYMEX | 324,003 | 1,232,107 |
| RB | RB | • | RB | RBOB Gasoline Futures | Refined Products | NYMEX | 263,601 | 421,930 |
| HO | HO | • | HO | NY Harbor ULSD Futures | Refined Products | NYMEX | 191,762 | 437,196 |
| LO | LO | • | LO | Crude Oil Options | Crude Oil | NYMEX | 125,534 | 2,310,377 |
| R7 | R7 | • | R7 | Power Last Day Financial Futures | Crude Oil | NYMEX | 42,414 | 193,860 |
| LN | LNE | • | LN | Natural Gas Options (European) | Natural Gas | NYMEX | 58,393 | 2,690,169 |
| QM | QM | • | QM | E-mini Crude Oil Futures | Crude Oil | NYMEX | 19,461 | 4,141 |
| HH | HH | • | HH | Natural Gas (Henry Hub) Last Day Financial Futures | Natural Gas | NYMEX | 12,631 | 445,388 |
| HP | HP | • | HP | Natural Gas (Henry Hub) Penultimate Financial Futures | Natural Gas | NYMEX | 7,357 | 132,521 |

## CME ClearPort Resources



**What is CME ClearPort?**
Learn how to use CME ClearPort, including features and transaction process.



**CME ClearPort Brochure**
Read how to get started with CME ClearPort



**Overview of Cleared OTC Initiatives**
Read a comprehensive overview of centrally cleared OTC offerings, including IRS, CDS, and FX



**Counterparty Firm Registration**
Register as a Counterparty Firm.

## Tools

CME ClearPort Web Help | CME ClearPort Wiki

## Contact Us

For new customers, onboarding inquiries, and support issues, complete the following form and we will contact you with a response

**First Name:** *     **Last Name:** *

**Business Email Address:** *     **Company Name:** *

**Support**

U.S. +1 800 438 8616

Europe +44 20 7623 4747

Asia +65 6532 5010

**Onboarding**

Phone *                    Country: *                     Asia +in ased noon

Comments:

I have read and understand the Privacy Policy *

I have read and agree to the Terms of Service and Cookie Policy *

Yes. I would like to receive communications regarding CME Group products, services, and events.
I understand that I can unsubscribe at any time. By registering, I confirm that I have read and fully
understand the CME Group Privacy Policy and hereby agree

[Submit]

## More in CME ClearPort





**Register for CME ClearPort**
Begin the Firm or Individual
registration process.

**Access CME ClearPort API**
Access information about CME
ClearPort API and how to implement
it with your system.



Subscription Center

English ▾

### SEND US FEEDBACK

Email (optional)

Enter your Message

### WHO WE ARE

### CONTACT US

### CONNECT WITH US



## CME Pivot Retirement – February 28, 2019

### CME Pivot Platform Retirement

To our valued CME Pivot customers:

CME Group is announcing the retirement of the CME Pivot platform, which will retire on February 28, 2019. We recognize this may be an inconvenience. To help make this transition as smooth as possible, CME Group will waive all CME Pivot fees from October 1, 2018 through February 28, 2019, at which time each Pivot License Agreement will terminate.

CME Group offers CME Chat, integrated chat functionality within the web-based version of CME Direct, which allows customers to view market data and execute trades on futures, options and blocks all on one screen. We welcome the opportunity to speak with you further about CME Chat to see if it would be an appropriate fit for your needs.

Thank you for the years of business using the Pivot platform. For more information, please visit our FAQ or contact Market Technology Sales at MarketTechSales@cmegroup.com.

CME Group

Visit our CME Pivot retirement frequently asked questions for more information.

**24/6 Technical Support**

📞 **US:** +1 866 947 9897
📞 **London:** +44 20 3379 3308
📞 **Singapore:** +65 6593 5690
✉️ CME Pivot Support
🐦 **Pivot:** pivot-support

### More in CME Direct

**CME Direct Home**

**Market Tech Services**

SEND US FEEDBACK

WHO WE ARE

CONTACT US

CONNECT WITH US

English



**CME Group**   TRADING   CLEARING   REGULATION   DATA   TECHNOLOGY   EDUCATION   ABOUT

## Elysian Systems

### Home to LIQUID, the leading auction platform technology

Elysian's Liquid trading system is the leading trading, matching and auction platform used by the world's largest Inter-Dealer Brokers, Exchanges, SEFs, MTFs and OTC trading venues to match orders in over-the-counter (OTC) markets, including interest rate derivatives, credit derivatives, fixed income and commodities.

Its highly customizable interface allows our customers to provide a tailored and established service to their clients. The LIQUID Trading Platform supports a diverse range of execution and trading protocols. Our versatile API makes for easy commodity and data distribution, and a flexible approach to product pricing and duration ensures a best fit solution for all institutions.

### Benefits

- Fully integrated, feature rich execution platform support
- Choose your execution style: purely electronic, voice or hybrid matching
- Available for Central Limit Order Book, RFQ, Spot and Auction Trading Sessions and Assessment Windows
- Intuitive look and feel: fully customizable front-end
- Industrial strength, exchange-grade technology
- Automation: Instantly automated trade details for both simple and complex strategies
- Seamlessly configurability and options to accommodate a diversity of market structures, conventions and trading protocols, or asset types, to support rapid launch and ongoing evolution with changing needs
- API Connectivity: our FIX APIs enable systemic integration for order, trade, and market data across industry standard protocols

## Contact Us

ElysianSales@cmegroup.com

+44 20 3379 3931

English ▸

### SEND US FEEDBACK

Email (optional)

Enter your Message

protected by reCAPTCHA
Privacy · Terms

### WHO WE ARE

### CONTACT US

### CONNECT WITH US

CME Group    TRADING    CLEARING    REGULATION    DATA    TECHNOLOGY    EDUCATION    ABOUT

## CME Group Global Office Contacts | CME Group Contacts

We have global distribution capabilities through our trading hubs in key market centers, and our international network of strategic partners provides further opportunities to serve a broad range of clients worldwide.

**Global Headquarters**

Chicago

CME Group Inc
20 South Wacker Drive
Chicago, Illinois 60606
USA
☎ +1 312 930 1000

Access in 150 Countries

Connections through 11 Global Hubs

Relationships with 12 Partner Exchanges

## CME Group Offices Worldwide

### Americas

**New York**

NYMEX World Headquarters
300 Vesey Street
New York, NY 10282
phone: +1 212 299 2000

**Washington, D.C.**

Liberty Place
325 7th Street NW
Suite 525
Washington, D.C. 20004
phone: +1 202 638 3838

**Houston**

1000 Louisiana Street
Suite 3600
Houston, TX 77002
phone: +1 713 658 9347

**Calgary**

#1000, 888 - 3rd St. SW
Bankers Hall, West Tower
Calgary, Alberta,
T2P 5C5, Canada
phone: +403 444 6876

**São Paulo**

Avenida Paulista, 1079 - 7° Andar
São Paulo, Brazil 01311-200
phone: +55 11 2787 6279

### EMEA

**London**

Fourth Floor
One New Change
London EC4M 9AF
United Kingdom
phone: +44 20 3379 3700

**Belfast**

Millennium House 6th Floor
19-25 Great Victoria Street
Belfast BT2 7AQ
United Kingdom
phone: +44 28 9089 6800

### Asia

**Singapore**

One Raffles Quay
#27-11 South Tower
Singapore 048583
phone: +65 6593 5555

**Hong Kong**

Unit 7711-13, 77/F, The Center
99 Queens Road Central
Hong Kong
phone: +852 2582 2200

**Seoul**

Level 10
817 Uisadang-daero, Yeongdeungpo-gu,
Seoul, 07327, Republic of Korea
phone: +82 2 6336 6700

**Tokyo**

Kasumigaseki Building
3-2-5, Kasumigaseki
Chiyoda-ku
Tokyo 100-6006
Japan
phone: +81-3-5511-6656

**Beijing**

No.6 Wudinghou Street
Unit 1105
Hanwei Centre
Xicheng District
Beijing 100033
China
+86 10 5913 1300

**Bangalore**

Level 8, Bagmane Tridib
Block A, No. 66/2
Bagmane Tech Park
C. V. Raman Nagar
Bangalore-560093
India
+91 80 3923 2300

**Australia**

Level 36, Gateway Tower
1 Macquarie Place,
Sydney 2000
Australia
phone: +61 2 8051 3210

CME Group Global Offices



Subscription Center

English

### SEND US FEEDBACK

Email (optional)

Enter your Message

protected by reCAPTCHA

### WHO WE ARE

### CONTACT US   VIEW ALL

### CONNECT WITH US