## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

**FILED**
MAR -7 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case Title: CME Group Inc., et. al. v. Nagovskiy, et. al.

Case Number: 1:19-cv-01621
Judge Sharon Johnson Coleman
Magistrate Judge Sheila M. Finnegan

An appearance is hereby filed by the undersigned as attorney for: CME Group Inc., et. al.

Attorney name (type or print): Joseph T. Kucala, Jr., Esq.

Firm: Norvell IP llc

Street address: 333 S. Wabash Ave., Suite 2700

City/State/Zip: Chicago, Illinois 60604

Bar ID Number: 6275312
(See item 3 in instructions)

Telephone Number: 888-315-0732

Email Address: jkucala@norvellip.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 4, 2019

Attorney signature: S/ Joseph T. Kucala, Jr., Esq.
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015