*United States District Court for the Northern District of Illinois*

Case Number: 1:19-cv-01621           Assigned/Issued By: EC

Judge Name: Coleman                  Designated Magistrate Judge: Finnegan

## FEE INFORMATION

*Amount Due:*   ☑ $400.00   ☐ $46.00   ☐ $5.00
                ☐ IFP       ☐ No Fee   ☐ Other _____
                ☐ $505.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 400.00                   Receipt #: 4624219803

Date Payment Rec'd: 3/7/2019          Fiscal Clerk: EC

## ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets          (Victim, Against and $ Amount)
☐ Writ _____
      (Type of Writ)

5 Original and 5 copies on 03/07/2019 as to Dmitro Nagovskiy,
                           (Date)

GoDaddy.com, LLC, Konstantin Chehurin, Webzilla B.V.,

OSV SAS

Rev. 08/19/2016