**FILED**

**CONFIDENTIAL – FILED UNDER SEAL**

$\mathcal{LC}$ MAR - 7 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc., | |
| Plaintiffs, | 1:19-cv-01621 Judge Sharon Johnson Coleman Magistrate Judge Sheila M. Finnegan |
| v. | |
| Dmitro Nagovskiy, Konstantin Chechurin, OVH SAS, Webzilla B.V., GoDaddy.com, LLC, and Does 1-3, | |
| Defendants. | |

## DECLARATION OF LUIS E. MOREAU IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION FOR A TEMPORARY RESTRAINING ORDER

I, Luis E. Moreau, hereby declare and state as follows:

1. I am a full-time paralegal employed by Norvell IP llc, which represents Plaintiffs CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc. (collectively, "CME Group") in the above-referenced litigation. This declaration is submitted in support of CME Group's *Ex Parte Motion* for Temporary Restraining Order. I have personal knowledge of the matters stated in this declaration or have derived such knowledge from publicly available information. If called upon to do so, I am competent to testify as to all matters set forth herein.

2. CME Group regularly monitors the registration of new domain names that could potentially infringe upon its intellectual property rights. As part of this process, CME

Group utilizes a watch service that identifies newly registered domain names that include some of the trademarks owned by CME Group.

3.      On January 8, 2019, I reviewed a report of new domain name registrations and identified the registration of domain <www.CMEGroupcenter.com> ("CMEgroupcenter Domain Name"). Later that day I was informed that CME Group had similarly identified the registration of this same domain. As part of our process, I conducted an initial investigation into the CMEgroupcenter Domain Name to gather information about its ownership, related providers, and technical information to identify who is behind the operation of this website and what activities they were performing.

4.      On January 8, 2019, I conducted a search of the ICANN WHOIS records database at <whois.icann.org> to identify registrant information for the CMEgroupcenter Domain Name and learned that the domain was registered on October 25, 2018 via GoDaddy.com, LLC and the registrant contact information was protected by internet privacy company Domains By Proxy, LLC. The WHOIS record for the CMEgroupcenter Domain Name also identifies the nameservers currently hosting the website as ns03.domaincontrol.com -ns04.domaincontrol.com. A true and correct printout of the aforementioned ICANN WHOIS information is attached as **Exhibit A**.

5.      Using the service provided by HostingChecker.com, I conducted a further search into the server information for the associated website, which identified the server IP address as: 188.165.25.225 and hosting services were provided by UAB OVH part of OVH SAS. True and correct printouts of the server's information are attached as **Exhibit B**.

6.     On January 9, 2019, I visited the website at www.CMEGroupcenter.com ("CMEgroupcenter Counterfeit Website"). At first glance, the CMEgroupcenter Counterfeit Website appeared to be affiliated with CME Group's genuine website <CMEGroup.com> because the site is a reproduction of the real CME Group Website translated into Russian. Upon further research, the CMEgroupcenter Counterfeit Website appears designed to deceive and cover up fraudulent activities. For example, the home page and drop-down menus for the CMEgroupcenter Counterfeit Website contains identical language and designs as those in the CME Group Website including use of the logo **⊕ CME Group** and a top menu with the titles TRADING, CLEARING, REGULATION, DATA, TECHNOLOGY, EDUCATION and ABOUT. The CMEgroupcenter Counterfeit Website also includes several website links that connect to the content of the real CME Group Website, creating the illusion the website is a truthful affiliate of the real CME Group Website. The CMEgroupcenter Counterfeit Website also depicts and reproduces many of the trademarks owned by CME Group, including CME, CME GROUP, **⊕ CME Group** , ⊕ , CBOT, NYMEX, COMEX, GLOBEX, CME GLOBEX, CLEARPORT, CME CLEARPORT, E-MINI, CME PIVOT, CME DIRECT, and CME DATAMINE. The CMEgroupcenter Counterfeit Website's content consists of copyrighted texts and images copied from the CME Group Website.

7.     In addition to other content, the CMEgroupcenter Counterfeit Website includes an identical copy of the Global Offices and Contacts page from the genuine CME Group Website. However, the Global Offices and Contacts page from the CMEgroupcenter Counterfeit Website adds a fake CME office in Russia with an address at "*Tyumen (Tyumen region), st. Chelyuskintsev 10 BC Alliance - Office Center. Phone:*

3

*+7 345 265 89 13*". True and correct printouts of these pages of the website are attached as **Exhibit C**.

8.      The top right of the homepage of the CMEgroupcenter Counterfeit Website has a link titled "Войти"—the Russian word for "login". Upon clicking this link, the user lands on a page requesting the user's CME Group login credentials. A copy of the login page is attached as **Exhibit D**. The CMEgroupcenter Counterfeit Website has a second link titled "Регистрация"—the Russian word for "register". Upon clicking, the user lands at a page featuring an information form requesting personal identifying information such as full name, e-mail, phone, Skype contact information, password, payment system, etc. A true and correct copy of the signup page is attached as **Exhibit E**.

9.      On January 9, 2019, I identified an additional website at www.wwpclub.ru that also published the same content or that was possibly connected to the same servers as the CMEgroupcenter Counterfeit Website. A true and correct printout of a reverse content Google search is attached as **Exhibit F**. The website at www.wwpclub.ru no longer shows any active content.

10.      As part of my investigation, I identified some Social Media posts that promoted the CMEgroupcenter Counterfeit Website. For example, several posts promoted high earnings over alleged investments in USD$. Most of the social media accounts identified were on <Instagram.com>. These posts gave the impression that their purpose was to promote the fraudulent scheme and encourage persons to visit CMEgroupcenter Counterfeit Website and register on the site. True and correct printouts of the social network profiles identified promoting this website are attached as **Exhibit G**.

4

11.     I also identified the Russian social media site named VK.com, which identified two users that were promoting the site with public posts from December 4, 2018 and December 28, 2018 respectively. Further investigation showed one of the users from VK.com also published on the social network Facebook.com on multiple occasions between December 2018 and February 2019, inviting users to register on the CMEgroupcenter Counterfeit Website. True and correct printouts of the social networks VK.com and Facebook.com showing the users identified engaging in promoting the CMEgroupcenter Counterfeit website are attached as **Exhibit H**.

12.     On January 9, 2019, I identified various websites with user reviews that described their experience with the CMEgroupcenter Counterfeit Website. These reviews stated that they were led to believe they were investing in a real CME Group division and in the end their money was allegedly stolen by the CMEgroupcenter Counterfeit Website under what looks like a fraudulent and illicit financial scheme. True and correct printouts of the aforementioned user review sites mentioning the deceiving nature of this website are attached as **Exhibit I**.

13.     On January 16, 2019, a demand letter was sent to the registrant of the CMEgroupcenter Domain Name. A copy of the demand letter is attached as **Exhibit J**.

14.     On January 17, 2019, a takedown demand letter was sent to the trademark & copyright division of GoDaddy.com LLC identified as the domain name registrant for the CMEgroupcenter Domain Name. A true and correct copy of our correspondence and demand letter is attached as **Exhibit K.**

15.     On January 17, 2019, a takedown demand letter was sent to the legal department of OVH SAS. OVH SAS was previously identified as the Internet service

provider for the CMEgroupcenter Counterfeit Website. A true and correct copy of our correspondence and demand letter is attached as **Exhibit L.**

16.     On January 18, 2019, we received a response from GoDaddy.com LLC, stating that they were unable to assist with this matter. A true and correct copy of GoDaddy.com LLC's response to our communication is attached as **Exhibit M.**

17.     On January 18, 2019, we received a response from OVH SAS, erroneously indicating that the CMEgroupcenter Counterfeit Website was not hosted on their servers even though public records confirm that the CMEgroupcenter Counterfeit Website is hosted on an OVH SAS server. A true and correct copy of OVH SAS response and proof of public server records is attached as **Exhibit N.**

18.     On January 18, 2019, a takedown demand letter was sent a second time to the legal department of OVH SAS. The letter identified OVH SAS as the service provider for CMEgroupcenter Counterfeit Website. A printout of our correspondence and demand letter is attached as **Exhibit O**.

19.     On January 18, 2019, a takedown demand letter was sent to the Phishing division of GoDaddy.com LLC. A true and correct copy of our communication and demand letter is attached as **Exhibit P**.

20.     On January 22, 2019, we received a response from OVH SAS to our second communication. OVH SAS claimed they were unable to modify, delete or stop an abusive behavior. A printout of OVH SAS response and proof of public server records are attached as **Exhibit Q.**

21.     On January 24, 2019, we received a response from the Copyright department from GoDaddy Operating Company, LLC stating that they could not take any

action because the website is not hosted by GoDaddy. A true and correct copy of Go Daddy Operating Company, LLC's response is attached as **Exhibit R**.

22.     On February 1, 2019, after communications were exchanged, Domains By Proxy, LLC agreed to release the registrant information for the CMEGroupCenter Domain Name and provided the following information:

> *"We have reviewed your complaint regarding cmegroupcenter.com. To allow you to contact the registrant directly, we are disclosing our customer's underlying contact information below:*
>
> *Konstantin Chechurin*
> *str. OTKE 38/19*
> *Anadir Chukotka 689000*
> *Russian Federation*
> *+380.688367214*
> *wallet.145.adv@gmail.com"*

A true and correct copy of Domains By Proxy, LLC correspondence is attached as **Exhibit S**.

23.     On February 13, 2019, I identified the registration of a new domain name, www.CMErussian.com ("CMErussian Domain Name"). The CMErussian Domain Name hosts an active website ("CMErussian Counterfeit Website"). The CMErussian Counterfeit Website has the same characteristics, content and information and is engaged in the same practices as the CMEgroupcenter Counterfeit Website. Thus, the CMErussian Counterfeit Website also infringes upon the CME Group original website while using CME Group's registered trademarks and copyrighted content, images, texts and designs, which damages CME Group's reputation and brand image as well as causing harm to CME Group customers, potential customers and the general public.

24.     On February 13, 2019, I conducted an investigation into the CMErussian Domain Name and searched the ICANN WHOIS records database to identify registrant

information for this domain. Based on this investigation, the domain was registered on February 05, 2019 on GoDaddy.com, LLC and the registrant was identified as:

Registrant Name: Dmitro Nagovskiy
Registrant Street: Karla Marksa 122
Registrant City: Dnipro
Registrant State/Province: Dnipro
Registrant Postal Code: 49000
Registrant Country: UA
Registrant Phone: +380.503152390
Registrant Email: nagovskiydmitriy@gmail.com

The ICANN WHOIS record for the CMErussian Domain Name identifies the name servers hosting as ns61.domaincontrol.com-ns62.domaincontrol.com. A true and correct printout of the WHOIS information is attached as **Exhibit T**.

25.     On February 13, 2019, using the service provided by HostingChecker.com, I identified the server information for the CMErussian Counterfeit Website, including the server IP address: 88.85.81.91 and the hosting service provider as Webzilla B.V. True and correct printouts of the server's information are hereto attached as **Exhibit U**.

26.     On February 13, 2019, I visited the CMErussian Counterfeit Website and downloaded the pages contained within the inner links.  A true and correct printout is hereto attached as **Exhibit V**.

27.     I reviewed the source code for the Counterfeit Websites and compared it with the source code for the genuine CME Group Website. Based on this review, I confirmed that the Counterfeit Websites copied source code from the genuine CME Group Website. True and correct printouts of the source code for the Counterfeit Websites and the genuine CME Group Website are attached as **Exhibit W**.

28.     For a complete comparison of the CME Group Website and the Counterfeit Websites, see the attached **Exhibit X**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and this Declaration was executed on  March 5, 2019 at Chicago, Illinois.

Dated:  March 5, 2019

Luis E. Moreau

**EXHIBITS IN SUPPORT OF PLAINTIFFS' IN SUPPORT OF PLAINTIFFS' *EX PARTE*
MOTION FOR A TEMPORARY RESTRAINING ORDER**

A.  Printouts of Cmegroupcenter.com GoDaddy.com and ICANN WHOIS information.

B.  Printouts of Cmegroupcenter.com Server Information.

C.  Printouts of website Cmegroupcenter.com

D.  A copy of the login page.

E.  A copy of the signup page.

F.  Printout of a reverse content Google search.

G.  Printouts of the social network Instagram.com showing users promoting this website Cmegroupcenter.com.

H.  Printouts of the social networks VK.com and Facebook.com showing users engaging in promoting the website Cmegroupcenter.com.

I.  Websites with Third Party Reviews.

J.  Copy of Demand letter sent to registrant of domain cmegroupcenter.com via privacy service.

K.  Demand Letter sent to GoDaddy

L.  Copy of our communication and take down letter sent to OVH SAS, (first time).

M.  Copy of response from GoDaddy.com LLC to our take down letter.

N.  Copy of response from OVH SAS to our first take down letter. (first time).

O.  Copy of our communication and take down letter sent to OVH SAS, (second time).

P.  Copy of our communication and take down letter sent to the trademark & copyright division of GoDaddy.com LLC.

Q.  Copy of response from OVH SAS to our first take down letter. (second time).

R.  Copy of response from GoDaddy.com LLC to our take down letter.

S.  Copy of communication from Domains by Proxy LLC, disclosing the name of the registrant.

T.  Printout of WHOIS information for cmerussian.com.

U.  Printout of server information for cmerussian.com.

V.  Printouts of website cmerussian.com.

W.  Printouts of source code for Counterfeit Websites and genuine CME Group website

X.  Complete comparison of the CME Group Website and the Counterfeit Websites.

10