CONFIDENTIAL – FILED UNDER SEAL



**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

£ͨ MAR - 7 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CME Group Inc., Chicago Mercantile
Exchange Inc., New York Mercantile
Exchange, Inc., Commodity Exchange,
Inc., Board of Trade of the City of Chicago,
Inc., and Pivot, Inc.,

      Plaintiffs,

v.

Dmitro Nagovskiy, Konstantin Chechurin,
OVH SAS, Webzilla B.V., GoDaddy.com,
LLC, and Does 1-3,

      Defendants.

1:19-cv-01621
Judge Sharon Johnson Coleman
Magistrate Judge Sheila M. Finnegan

### DECLARATION OF MICHAEL FRANKLIN IN SUPPORT OF PLAINTIFFS' *EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER*

I, Michael Franklin, hereby declare and state as follows:

    1.    I am a Cyber Defense Analyst III within Global Information Security Engineering and Operations for Chicago Mercantile Exchange Inc. ("CME"), Plaintiff in this action. I have been employed in this role since 2018 and I have been employed by CME since July 2015 and during this time I have been employed as a Cyber Defense Analyst.

    2.    This declaration is submitted in support of Plaintiffs' Motion for an *Ex Parte* Temporary Restraining Order. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify as to all matters set forth herein.

    3.    In the course of my duties at CME, I monitor and investigate cyber security issues and vulnerabilities related to the applications and assets used by CME, Board of

CONFIDENTIAL – FILED UNDER SEAL

Trade of the City of Chicago, Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Pivot, Inc., and CME Group Inc. (collectively, "CME Group"). In this role, I work for CME Group's cyber security operations and incident response and my team works closely with business and technology leaders to enable CME Group to safely mitigate cyber threats. As a result, I have firsthand knowledge of the goods and services offered by CME Group, the cyber defense initiatives by CME Group, and the threats posed by various websites and online schemes.

**Brief History of CME Group and the Cyber Defense Team**

4.      CME Group's history dates back to 1848, and the nature of CME Group's business has dramatically evolved since that time. Indeed, after leading the industry in live, open-outcry trading, CME Group championed the idea of electronic trading of futures and options. In 1992, CME Group launched its GLOBEX® trading platform, the world's first electronic futures trading platform. Today, the GLOBEX platform allows futures and options to be traded from more than 150 countries and almost around the clock, and approximately eighty-nine percent (89%) of trading activities at CME Group take place through its electronic platform. A true and correct copy of the CME GLOBEX Brochure is attached as **Exhibit A**, and true and correct excerpts from the CME Group 2017 Annual Report are attached as **Exhibit B**.

5.      In addition, for more than twenty years, CME Group has utilized the Internet as a key tool for communicating and interacting with customers, partners and financial market participants – current and prospective. For example, CME Group owns hundreds of domain names and maintains an active Internet presence at the domain names by incorporating its CME® and CME GROUP® trademarks. The domain name

2

**CONFIDENTIAL – FILED UNDER SEAL**

www.cme.com was originally registered in 1994 and is still active and redirects users to CME Group's homepage at www.cmegroup.com ("CME Group Website"), which has been owned by CME Group since 2007. The CME Group Website serves as a primary point of communication between CME Group and third parties. True and correct printouts of select pages from the CME Group Website are attached as **Exhibit C**.

6.     CME Group plays a significant role in the global financial marketplace and the operation of its businesses requires a significant expenditure of resources to maintain a sophisticated IT infrastructure and set of systems. CME Group's businesses are built on trust and its relationships with customers, partners, investors and many other market participants who interface with the financial markets. Accordingly, as the business and technologies continue to evolve, CME Group undertakes tremendous effort, time and cost to ensure the integrity of the CME Group systems and exchanges remains intact and to protect its businesses, employees, and customers.

7.     As a result, CME Group takes security issues seriously and places the highest priority on protecting its customers' information and the integrity of the financial markets. CME Group has developed numerous safeguards and surveillance systems that are continuously updated. For example, as part of its global information security program, CME Group employs resources to monitor and protect its technology infrastructure and employees against cyberattacks, including the rapid response to zero-day vulnerabilities and the potential misappropriation of CME Group's intellectual property assets. Moreover, CME Group has designed its cyber defense program to mitigate the risk of attacks by preventative, detective, and responsive measures.

3

CONFIDENTIAL – FILED UNDER SEAL

**The Infringing Domain Names and Counterfeit Websites**

8.      On January 8, 2019, an individual contacted CME Group directly via the support form on CME Group's website to confirm if the domain name <CMEgroupcenter.com> (the "CMEgroupcenter Domain Name") and the associated website at www.CMEGroupcenter.com (the "CMEgroupcenter Counterfeit Website") was associated with CME Group. Defendant OVH SAS is the Internet Service Provider ("ISP") providing website hosting services and/or related services for the CMEgroupcenter Counterfeit Website. Defendant GoDaddy provides domain name registration services for the CMEgroupcenter Domain Name. This domain name was registered in October 2018 and the website likely began operations in December 2018. True and correct printouts of the CMEgroupcenter Counterfeit Website are attached as **Exhibit D.**

9.      More recently, CME Group identified the domain name <CMErussian.com> (the "CMErussian Domain Name") ("CMEgroupcenter Domain Name" and "CMErussian Domain Name" are collectively, the "Infringing Domain Names") and the associated website at www.CMErussian.com (the "CMErussian Counterfeit Website) ("CMEgroupcenter Counterfeit Website" and "CMErussian Counterfeit Website are collectively, the "Counterfeit Websites"). While the Infringing Domain Names were registered several months apart, CME Group believes this more recently registered CMErussian Domain Name is simply a new extension of the prior financial scheme conducted in association with CMEgroupcenter Counterfeit Website. Defendant Webzilla is the ISP providing website hosting services and/or related services for the CMErussian Counterfeit Website and Defendant GoDaddy provides domain name registration services for the CMErussian Domain Name. True and correct printouts of the CMErussian

4

CONFIDENTIAL – FILED UNDER SEAL

Counterfeit Website are attached as **Exhibit E**.

10.    It is CME Group's understanding that Defendant Konstantin Chechurin ("Chechurin") registered and operates the CMEgroupcenter Domain Name and CMEgroupcenter Counterfeit Website, and Defendant Dmitro Nagovskiy ("Nagovskiy") registered and operates the CMErussian Domain Name and CMErussian Counterfeit Website.

11.    CME Group believes Defendants Nagovskiy and Chechurin are related, acting in cooperation, and use the Infringing Domain Names and Counterfeit Websites as part of the same, coordinated scheme.

12.    First, Defendants Nagovskiy and Chechurin registered the Infringing Domain Names in close temporal proximity, and the Counterfeit Websites use the identical or nearly identical HTML source code as each other and are visually very similar. In fact, this source code is identical or nearly identical to the source code for the genuine CME Group Website (although parts are translated into Russian). True and correct printouts of the source code for the Counterfeit Websites are attached as **Exhibit F**.

13.    Second, the Counterfeit Websites copied text, images, photographs, design, layout, and other features from the genuine CME Group Website. For example, the Counterfeit Websites include the identical the Global Office contact pages and they both added a contact address in Russia. Also, Defendants Nagovskiy and Chechurin removed the CME Group contact information immediately above the CME Group copyright notice, and replaced CME Group's contact information with their own or false contact information, namely, physical addresses in Russia that have no connection to CME Group. In addition, the login and registration pages on each of the Counterfeit

5

CONFIDENTIAL – FILED UNDER SEAL

Websites are identical. As discussed in more detail below, the Counterfeit Websites' login pages seek email address and password information, while the "Check In/Register" pages (translated from Russian) seek the full name, email address, phone number, Skype account information, online payment information such as Bitcoin and Ethereum, and other information, all of which can be used to steal someone's identity. Moreover, while both Counterfeit Websites have a main page and login/registration pages, the links in the dropdown menus for both sites are disabled.

14.    Third, the Counterfeit Websites adopt the same type of fraudulent financial scheme whereby they seek to encourage people to register on the Counterfeit Websites and submit money for investment purposes with no intention to return any such investment to the individuals.

15.    Accordingly, CME Group believes Defendants Nagovskiy's and Chechurin's conduct is calculated, coordinated, and part of the same scheme to defraud unsuspecting customers by "spoofing" the CME Group Website and claiming to be affiliated with CME Group, when they are not.

**Defendants' Fraudulent Scheme and Harmful Conduct**

16.    Using the Infringing Domain Names and Counterfeit Websites, Defendants Nagovskiy and Chechurin are engaged in a financial scheme that has and continues to harm CME Group and the public. Based on investigations conducted by CME Group, the scheme operated by Defendants Nagovskiy and Chechurin is as follows:

17.    First, an individual receives a "referral" from someone claiming to have made profitable investments through the Counterfeit Websites and is prompted or encouraged to invest their own money through the Counterfeit Websites. The "referrals"

6

**CONFIDENTIAL – FILED UNDER SEAL**

are either in the form of an unsolicited email or from fake Instagram personality accounts.

18.　In the course of its investigations, CME Group has identified multiple Instagram accounts that promote the Counterfeit Websites in an effort to encourage people to register on the website and submit payments. True and correct printouts from several Instagram accounts are attached as **Exhibit G**.

19.　Second, the target individual goes to the Counterfeit Websites, which looks nearly identical to the CME Group Website and claims to be the Russian branch of CME Group, and uses the referral to register an account on the site(s). After registration is complete, the user is asked for a monetary investment. The user then invests money directly though the site using any one of various payment methods, including Bitcoin and PayPal.

20.　Third, after an investment is made, the victim usually receives an email claiming that large profits have been made and requesting the victim to submit additional money to make an even larger profit. However, the victim receives neither their original investment or the claimed profits, and is otherwise ignored when they request return of their money.

21.　CME Group identified a consumer review at the website www.otzovik.com describing Defendants' scheme, which was posted December 15, 2018. Posting under the screen name "stanislava01," the user describes her experience with the CMEgroupcenter Counterfeit Website (translated from Russian), including how the Defendants use a fake Instagram personality account to attract potential victims to the Counterfeit Websites. She also notes that the CMEgroupcenter Counterfeit Website "was copied from the original, only translated to Russian" and how the Defendants claim "they

7

CONFIDENTIAL – FILED UNDER SEAL

are [CME Group's] branch in Russia," when they are not. The user claims that she made an initial investment of $1,000 at the CMEgroupcenter Counterfeit Website, and invested another $3,300 after the Defendants claimed her initial investment earned a 70% return in 2 days, but that her money was never returned and that there has been "silence" from the Defendants since the transfer. True and correct printouts of this consumer review is attached as **Exhibit H**.

22.     A review posted to zarabotok24skachat.ru on February 5, 2019 describes a similar experience and points out that multiple online personalities are promoting the scheme and that potential victims also might be contacted via Skype or other social media platforms. True and correct printouts of this consumer review is attached as **Exhibit I**.

23.     CME Group was contacted directly by individual via the support form on the CME Group website to inquire about the validity of an email he received. The email claimed to be from CME GROUP FOUNDATION and requested payment via bitcoin. CME Group informed the individual to not send any personal information or payment. A copy of the email is pasted below.



Good afternoon, **Mr.Vladimir Dzimbeev!**
This letter confirms that client **Vladimir Dzimbeev** as of **23/12/2018**
has a fund on the CME group in the amount of **$5354**
(five thousand three hundred fifty four dollars).
At present, trading is suspended by the fund and temporarily frozen.
To fully close the fund and withdraw funds, you need to pay a commission
to the transit bank in the amount of **9%** of the fund amount -
(four hundred eighty one dollar eighty six cents)
in accordance with the details:
**1AH1hLiwoJaGFBaoE9FonpRkrGipazHDji**                     
**(payment is made via bitcoin).**

24.     Based on CME Group's investigation, it is CME Group's belief that this scheme has been operated by the Defendants and related entities for several years and

CONFIDENTIAL – FILED UNDER SEAL

during this time, the Defendants have targeted multiple companies. Specifically, the individuals that posted positive reviews promoting CMEgroupcenter Counterfeit Website also posted similar positive reviews for nearly identical financial schemes that targeted other companies.

25. Thus, not only is Defendants conduct hurting CME Group's reputation and the trust it has built up with its customers, but the conduct also is harming the broader consuming public. Accordingly, the Defendants must be stopped to prevent even more damage from being done to CME Group, its business reputation, the CME trademarks, the goodwill represented by the CME trademarks, CME copyrighted materials, CME Group customers and the public at large.

26. For these reasons, the Court should enter the temporary restraining order against Defendants, enjoining use of the CME trademarks and CME copyrighted materials and other relief sought in the present motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and this Declaration was executed at Chicago, Illinois.

Dated: March 5 , 2019

9

**CONFIDENTIAL – FILED UNDER SEAL**

## EXHIBITS IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

| Exhibit | Description |
|---------|-------------|
| A | True and correct copy of the CME GLOBEX Brochure |
| B | True and correct excerpts of the 2017 CME Group Annual Report |
| C | True and correct printouts of select pages from the CME Group Website |
| D | True and correct printouts of the CMEgroupcenter Counterfeit Website |
| E | True and correct printouts of the CMErussian Counterfeit Website |
| F | True and correct printouts of the source code for the Counterfeit Websites |
| G | True and correct printouts from several Instagram accounts |
| H | True and correct printout of a consumer review |
| I | True and correct printout of a consumer review |

CONFIDENTIAL – FILED UNDER SEAL

**EXHIBITS IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

| Exhibit | Description |
|---------|-------------|
| A | True and correct copy of the CME GLOBEX Brochure |
| B | True and correct excerpts of the 2017 CME Group Annual Report |
| C | True and correct printouts of select pages from the CME Group Website |
| D | True and correct printouts of the CMEgroupcenter Counterfeit Website |
| E | True and correct printouts of the CMErussian Counterfeit Website |
| F | True and correct printouts of the source code for the Counterfeit Websites |
| G | True and correct printouts from several Instagram accounts |
| H | True and correct printout of a consumer review |
| I | True and correct printout of a consumer review |

# EXHIBIT A



**THE WORLD'S LEADING ELECTRONIC PLATFORM.**
CME GLOBEX.

# TRADE FUTURES AND OPTIONS.
# FASTER AND SIMPLER.

The CME Globex platform was the first – and remains among the fastest – global electronic trading system for futures and options. Through its advanced functionality, high-reliability and global connectivity, it is now the world's premier marketplace for derivatives trading. CME Globex gives you access to the broadest array of futures and options products available on any exchange, virtually around the clock, from anywhere in the world.

## WHEN MARKETS MOVE, THEY MOVE ON CME GLOBEX.

Reaping the greatest possible returns in today's markets requires speed, liquidity and flexibility to execute complex strategies flawlessly and get in and out of positions easily. CME Globex gives you access to the broadest array of futures and options products available on any exchange, virtually around the clock.

### Breadth and Depth
CME Globex offers a wide range of futures and options in thousands of possible expirations and spreads, including interest rates, equity indexes, foreign exchange, agricultural commodities, energy, metals, weather, real estate and environmental commodities.

### Access Around the World
With global distribution and international hubs, CME Globex offers trading around the globe and around the clock. And through our partnerships with other exchanges, you have expanded access to growing markets in Latin America, Asia and the Middle East.

### Our electronic trading platform offers customers:
- Streamlined development efforts
- Single source for production customer support
- Access to free risk management tools
- More efficient access to real-time market data
- Real-time market data information:
  - Market By Price data 10-deep for futures and 3-deep for options in most markets
  - Full depth Market By Order data
- High-speed, high-volume capacity
- Improved options capabilities and a range of new products
- Access to products listed directly on CME Globex and traded on the Dubai Mercantile Exchange (DME), the Korea Exchange (KRX), the Minneapolis Grain Exchange (MGEX) and Bursa Malaysia (BMD).

## VOLUME AND ORDER ENTRY LATENCY



## HOW TO CONNECT

### 1. Select a front-end trading application

Trades on CME Globex are executed in less than the blink of an eye and confirmations are immediately sent to the customer anywhere in the world. To access CME Globex, a front-end trading application is required. You may:

- **Use a third-party application provided by your broker, FCM, clearing firm or data center.**
- **License your own third-party application from an Independent Software Vendor (ISV).** If you are interested in advanced options functionality, visit cmegroup.com/isv.
- **Develop your own proprietary front-end system.**
- **Use a CME Group-provided solution (CME Direct).** If your FCM or ISV does not currently support enhanced functionality on CME Globex, you may wish to consider CME Direct. CME Direct provides access to CME futures and OTC markets securely over the internet, and includes an instant messaging interface. cmegroup.com/direct.

### 2. Connect to CME Globex

Once you have selected a front-end trading application, you can connect to CME Globex directly or indirectly.

**Direct Connection**
  **Customer-managed options:**
  - CME GLink – (10 Gbps of bandwidth) provides equidistant, low latency connectivity to the CME Globex. cmegroup.com/colo.
  - CME LNet – 1 Gb direct connectivity solution to the CME Globex fiber network via a CME Group-approved facility
  - CME Globex Hubs – connection to redundant data centers in Hong Kong, Kuala Lumpur, London, New York, Singapore, Seoul, and Tokyo
  - Client INTERNETLink – a secure, online VPN tunnel, commissioned in .5Mbps increments
  - CME EConnect – A client-managed 1 GB direct connectivity solution to the CME Globex fiber network from the CME Group local points of presence in New York and New Jersey

**Indirect Connection**
  **Connect to CME Globex via your broker, FCM, Clearing Firm, data center or a facilities provider.**

### CME Globex Hubs



*The CME Globex Hub in Tokyo is currently available for market data connectivity only.

**Access the CME Globex platform from more than 150 countries and foreign territories through a range of connectivity options. These include Internet connections, direct connections and several telecommunication hubs that provide reduced connectivity costs, increased accessibility and fast, efficient trading.**

## TOOLS AND SUPPORT

**Available around the clock and around the world.**
CME Group delivers the services to ensure market continuity and reliability by providing tools and customer support online and over the phone.

### CME Globex Electronic Trading Platform Support
**CME Global Command Center (GCC)**
The GCC, which is open 24 hours a day, five days a week, is the Market Operations and Customer Service desk for trading on CME Globex. The GCC handles inquiries, issues and support requests from registered customer contacts for all components of the CME Globex platform. The GCC also provides CME Globex order status and, in cases of emergency, can cancel customer orders. To learn more, visit cmegroup.com/gcc.

**CME Globex Reference Guide**
To learn more about the types of orders CME Globex accepts and to download the CME Globex Reference Guide, please visit cmegroup.com/globexreferenceguide.

**Please contact the GCC in the U.S. at +1 800 438 8616, in Europe at +44 20 7623 4747 or in Asia at +65 6532 5010. The GCC only accepts calls from registered contacts.**

## RISK MANAGEMENT TOOLS

**Risk Management Interface (RMI)**
An Application Programming Interface (API) and Graphical User Interface (GUI) that supports granular, pre-trade risk management for Clearing firms. RMI allows Clearing Firms to block or unblock order entry by execution firm, account, exchange, derivative type, and/or side. For more information, visit cmegroup.com/rmi.

**FirmSoft**
A browser-based order management tool that provides real-time information on working and filled CME Globex orders, across multiple firm IDs. With FirmSoft, customers can view and cancel orders. For more information on FirmSoft, visit cmegroup.com/firmsoft.

**CME Globex Credit Controls (GC2)**
This tool provides pre-execution risk controls that enable clearing firm risk administrators to set credit limits. For more information, visit cmegroup.com/gc2.

**Drop Copy**
This service allows customers to receive real-time copies of the CME Globex execution report and reject messages as they are sent over iLink order entry sessions. For more information, visit cmegroup.com/dropcopy.

**Cancel on Disconnect (COD)**
Upon an involuntarily dropped CME Globex to iLink user connection, COD cancels all resting session/day futures and options orders for that user. For more information, visit cmegroup.com/cod.

**Kill Switch**
Kill Switch is a GUI that is designed to allow firms a one-step shutdown of all their CME Globex activity at the SenderComp ID level. For more information, visit cmegroup.com/killswitch.

**Inline Credit Controls (ICC)**
ICC is an optional risk management function that is used by Clearing Member Firms (CMF) and Executing Firms (EF) to set daily position limits for CME Globex orders, per product, at the account level. Each order will be checked on an in-line, pre-execution basis. For more information, visit cmegroup.com/icc.

**Get started trading on CME Globex today.**
**For more information please contact Global Account Management**
Learn more about the benefits delivered by the CME Globex platform at cmegroup.com/globex.

| **United States** | **Europe** | **Asia** |
|---|---|---|
| +1 312 634 8700 | +44 20 3379 3754 | +65 6593 5505 |



**CME GROUP HEADQUARTERS**

20 South Wacker Drive
Chicago, Illinois 60606
cmegroup.com

**CME GROUP GLOBAL OFFICES**

**Chicago**
+1 312 930 1000

**New York**
+1 212 299 2000

**London**
+44 20 3379 3700

**Singapore**
+65 6593 5555

**Calgary**
+1 403 444 6876

**Hong Kong**
+852 2582 2200

**Houston**
+1 713 658 2347

**São Paulo**
+55 11 2787 6451

**Seoul**
+82 2 6336 6722

**Tokyo**
+81 3 3242 6228

**Washington D.C.**
+1 202 638 3838

Futures trading is not suitable for all investors, and involves the risk of loss. Futures are a leveraged investment, and because only a percentage of a contract's value is required to trade, it is possible to lose more than the amount of money deposited for a futures position. Therefore, traders should only use funds that they can afford to lose without affecting their lifestyles. And only a portion of those funds should be devoted to any one trade because they cannot expect to profit on every trade. All references to options refer to options on futures.

CME Group is a trademark of CME Group Inc. The Globe Logo, CME, E-mini and Chicago Mercantile Exchange are trademarks of Chicago Mercantile Exchange Inc. CBOT and the Chicago Board of Trade are trademarks of the Board of Trade of the City of Chicago, Inc. NYMEX is a registered trademark of the New York Mercantile Exchange, Inc. All other trademarks are the property of their respective owners.

S&P 500® is a trademark of The McGraw-Hill Companies, Inc. and has been licensed for use by Chicago Mercantile Exchange Inc. NASDAQ-100® is a registered trademark of The Nasdaq Stock Market. Inc ("Corporations"). The Corporations and Nasdaq Financial Products Services, Inc. make no warranty, express or implied, and bear no liability with respect to the NASDAQ-100 Index, its use or any data included therein.

"Dow Jones Industrial Average" is a service mark of Dow Jones Indexes and has been licensed for use for certain purposes by the Board of Trade of the City of Chicago (CBOT). The futures and futures options contracts based on these indexes are not sponsored, endorsed, sold or promoted by Dow Jones, and Dow Jones makes no representation regarding the advisability of trading in such contract(s).

References to CME Clearing are to CME's U.S. Clearinghouse.

The information within this brochure has been compiled by CME Group for general purposes only. CME Group assumes no responsibility for any errors or omissions. Additionally, all examples in this brochure are hypothetical situations, used for explanation purposes only, and should not be considered investment advice or the results of actual market experience. All matters pertaining to rules and specifications herein are made subject to and are superseded by official CME, CBOT and NYMEX rules. Current rules should be consulted in all cases concerning contract specifications.

This communication does not constitute a Prospectus, nor is it a recommendation to buy, sell or retain any specific investment. This communication is for the exclusive use of Professional Clients only and must not be relied upon by Private Clients who should take independent financial advice. Circulation should be restricted accordingly. Issued by CME Marketing Europe Limited. CME Marketing Europe Limited is authorised and regulated by the Financial Services Authority.

Copyright © 2018 CME Group. All rights reserved.

PM394/0117

# EXHIBIT B



**Expanding Opportunities** | 2017 ANNUAL REPORT





# Financial Highlights

YEAR ENDED OR AT DECEMBER 31

| (in millions, except per share data) | 2017 | 2016 | Change |
|---|---|---|---|
| **INCOME STATEMENT DATA** | | | |
| Total revenues | $ 3,645 | $ 3,595 | 1% |
| Operating income | 2,312 | 2,203 | 5 |
| Income before income taxes | 2,526 | 2,288 | 10 |
| Net income [1] | 4,063 | 1,534 | 165 |
| Earnings per common share [1] | | | |
| Basic | $ 12.00 | $ 4.55 | 164% |
| Diluted | 11.94 | 4.53 | 164 |
| **BALANCE SHEET DATA** | | | |
| Current assets [2] | $ 2,721 | $ 2,488 | 9% |
| Total assets [2] | 31,606 | 31,826 | (1) |
| Current liabilities [2] | 1,488 | 1,403 | 6 |
| Total liabilities [1,2] | 9,194 | 11,486 | (20) |
| CME Group shareholders' equity | 22,412 | 20,341 | 10 |
| **OTHER DATA** | | | |
| Total contract volume (round turn trades) | 4,089 | 3,944 | 4% |
| Total electronic volume (round turn trades) | 3,643 | 3,469 | 5 |
| Open interest at year end (contracts) | 108 | 103 | 5 |

[1] 2017 net income included a $2.6 billion net income tax benefit due to recognition of a reduction in deferred tax liabilities as a result of the Tax Cut and Jobs Act of 2017.

[2] Amounts exclude cash performance bonds and guaranty fund contributions.

All references to volume and open interest in the text of this document exclude our IRS and CDS contracts.

See the 2017 Annual Report on Form 10-K for the company's forward-looking statements and risk factors.



**TOTAL CONTRACT VOLUME**
(in millions of round turn trades)



**TOTAL REVENUES**
(in millions of dollars)



**DIVIDENDS DECLARED**
(in dollars per share)

In 2017, CME Group delivered record volume, revenues and net income by effectively growing our customer base worldwide despite a low-volatility trading environment. We continued to strengthen and add to our offerings to help current and new customers meet their risk management needs. During the year, earnings grew faster than revenues due to vigorous expense discipline, and we returned a significant amount of capital to our shareholders. Moving forward, we will continue to focus on expanding opportunities for our customers and investors.

**"** We have returned more than $9.6 billion to shareholders in the form of dividends since implementing the variable dividend policy in early 2012.**"**



**Terrence A. Duffy**
Chairman and Chief Executive Officer

# Dear Shareholders,

We have created highly transparent and liquid futures and options markets that give participants the opportunity to trade and clear at low cost. Their value is reflected by record average daily volume in 2017 of 16.3 million contracts, up 4 percent from 2016. It is a testament to our unmatched product diversity, with volume records in interest rates, energy, agricultural commodities and metals. Additionally, we continue to be a leading exchange offering options on futures. In 2017, we reached new volume records in the total number of options contracts traded as well as the percentage of options that are traded electronically on our CME Globex platform.

We continued to evaluate regulatory developments while successfully executing our global growth strategy. Average daily volume increased 11 percent from Europe and 5 percent from Asia, outpacing our growth in North America. Significantly, open interest at the end of December was 108 million contracts, up 5 percent from the prior year end.

Clearing and transaction fee revenues for the year grew 2 percent despite historically low volatility and challenging comparisons due to the record volumes after the U.S. elections and Brexit vote in the prior year. At the same time, we kept expenses relatively flat by operating more efficiently. This helped create value for our shareholders. The company was able to declare an annual variable dividend of $1.2 billion based on 2017 performance, in addition to $894 million in quarterly dividends. In fact, we have returned more than $9.6 billion to shareholders in the form of dividends since implementing the variable dividend policy in early 2012.

## Maximizing core business growth globally

We continued to build our position as a leading venue for trading the widest array of asset classes. This included strengthening the value proposition for our customers with new products and extensions. While our Ultra 10-Year U.S. Treasury Note futures contract continues to set records, we added FX Monthly futures, Wednesday Weekly FX options and Monday Weekly S&P 500 Index options in 2017.

We also further expanded our options business. There were record levels of contracts traded on our CME Globex platform, especially in energy and Eurodollar options. Total weekly options averaged a record 587,000 contracts per day in 2017, up 45 percent compared with 2016. The majority of our energy options are now traded electronically.

Surging U.S. oil production and exports further solidified the position of our WTI futures as a global benchmark. In agricultural commodities, we added financially settled futures contracts on Black Sea wheat and corn, and Australian wheat. They complement the growth of futures contracts on hard red winter wheat that we acquired through the Kansas City Board of Trade. Also, we expanded our base metals offering with a new Copper Premium Grade A CIF Shanghai futures contract that enables market participants to hedge their exposure to the China copper premium.

Energy, agricultural commodities and metals were the three fastest growing product lines with customers outside the United States. Their record levels helped us deliver outsized growth in Europe and Asia, accounting for approximately 25 percent of electronic volume. As part of our commitment to expanding opportunities in the Asia-Pacific region – where we have had an established presence for more than 30 years – we opened an office in Sydney, Australia, to serve this key financial center and commodities hub.

We also achieved record levels of open interest and a record total number of large open interest holders in multiple products in 2017, and broke those records again in early 2018.

## Diversifying our business and revenue

We continued to broaden our business lines and saw record performance of our S&P joint venture with McGraw-Hill, which was up over 15 percent in 2017. Significantly, Russell 2000 futures and options contracts returned to CME Group. Now, traders are able to access more major equity indices on a single platform. As of December 31, 90 percent of open interest had moved to CME Group. The Russell products provide clients a more cost-effective opportunity for global exposure – with margin offsets of up to 70 percent against the S&P 500, Nasdaq and Dow Jones indices. We also saw strong client adoption of our Basis Trade at Index Close (BTIC) functionality on our equity index futures contracts.

We announced the launch of Japanese Yen-denominated Tokyo Stock Price Index (TOPIX) futures contracts. Adding the world's fifth-largest equity index benchmark to our

existing suite of Nikkei futures makes CME Group the only derivatives marketplace outside of Japan to offer futures contracts based on the two main Japanese equity indices.

Further, given increasing client interest in evolving cryptocurrency markets, we seized the opportunity to launch a bitcoin futures contract in 2017. It is based on the CME CF Bitcoin Reference Rate, which tracks the U.S. dollar price of bitcoin.

In 2017, the Alternative Reference Rates Committee (ARRC) recommended that the broad Treasuries repo financing rate should serve as the reference rate in certain new U.S. dollar derivatives and other financial instruments. As a result, we began developing products on the Secured Overnight Financing Rate (SOFR), working with customers and the ARRC. These products will launch in 2018 after the new rate is published.

### Delivering capital and cost efficiencies

As customers continue to face additional pressures and uncertainty from regulatory reform, including Basel III implementation and uncleared margin rules, we are focused on providing enhanced services such as multilateral compression, which we offer in collaboration with TriOptima's compression service.

We also expanded our OTC cleared product offering, in combination with portfolio margining across our OTC cleared and listed products. In the third quarter, we launched clearing for Korean won and Indian rupee interest rate swaps, expanding our global interest rate swap clearing solution to 21 currencies. This will provide better long-term liquidity – as well as counterparty, capital and operating efficiencies – to market participants who are looking for solutions in the cleared space.

In September 2017, we announced the launch of CME FX Link. It enables trading of an OTC spot FX contract with a CME Group FX futures contract via a single spread trade on the CME Globex trading platform. This facilitates efficient credit line management across both markets. Strengthening the integration between futures and the OTC FX marketplace will enhance access to CME Group's deeply liquid and transparent FX futures market. In addition, last year we launched OTC FX options, and we plan to implement a portfolio margining program for customers trading both exchange-listed FX futures and cleared-only OTC FX swaps soon.

During 2018, we will exit the OTC credit default swap clearing business. This will free up approximately $600 million in clearing member capital and $50 million of CME Group capital.

### Enhancing execution and innovation

Through enhancements to our CME Globex platform, we continue to offer clients match engine technology that is unparalleled in our industry. In addition to our traditional market data-by-price offering, we also completed implementation of market data by order – giving our clients greater transparency. We offer clients a variety of venues to access our products and services, including CME Direct and our CME One mobile platform, where we continue to expand and roll out new features.

We are focused on allocating our time and resources in the best possible way to drive long-term shareholder value. We closed our London-based exchange and clearing house, CME Europe and CME Clearing Europe, as our clients indicated they prefer our U.S. infrastructure to access our global products, deep liquidity and capital efficiencies. We also unlocked additional capital by selling stakes in BM&FBOVESPA and Bolsa Mexicana.

We believe there is tremendous opportunity to further enhance our offerings by applying advanced technologies throughout our business. As we invest in these initiatives, we can drive greater efficiencies and make our customers' experience even more seamless.

While sharpening our operations, we continue to strategically reinvest in our business. We are contributing more resources to new product development as well as targeted sales and marketing campaigns, with the goal of expanding our client base and delivering growth. This approach is helping 2018 start off strong, and our team will continue to pursue the best opportunities available to benefit our customers and shareholders.

**Terrence A. Duffy**
Chairman and Chief Executive Officer
February 28, 2018

# Company Achievements in 2017

- Cleared nearly 4.1 billion contracts
- Achieved record average daily volume of 16.3 million contracts
- Delivered volume records in interest rates, energy, agricultural commodities, metals, total options and electronic options
- Recorded approximately 25 percent of volume and 30 percent of clearing and transaction fee revenues from outside the United States
- Reported open interest of 108 million contracts at year-end 2017
- Generated $1.8 billion in cash from operations
- Declared $2.1 billion of dividends to shareholders



**AVERAGE DAILY TRADING VOLUME**
(in thousands)



**DIVIDENDS DECLARED**
(in dollars per share)



■ Interest Rate
■ Equity
■ Foreign Exchange
■ Agricultural Commodity
■ Energy
■ Metal

**PRODUCT LINE REVENUES**
(as a percentage of total clearing and transaction fees)

# Board of Directors

**TERRENCE A. DUFFY**
Chairman and Chief Executive Officer

**JEFFREY M. BERNACCHI**
Independent Trader, Chicago, Ill.
President, JMB Trading Corp., Barrington, Ill.
Managing Member, Celeritas Capital, LLC,
Chicago, Ill.

**TIMOTHY S. BITSBERGER**
Managing Director and Portfolio Specialist,
The TCW Group, Los Angeles, Calif.
Former Senior Vice President and Treasurer,
Freddie Mac, McLean, Va.
Former Assistant Secretary, U.S. Treasury,
Washington, D.C.

**CHARLES P. CAREY**
Former Vice Chairman
Principal,
Henning and Carey Trading Company
and HC Technologies, LLC,
Chicago, Ill.

**DENNIS H. CHOOKASZIAN**
Former Chairman, Financial Accounting
Standards Advisory Council,
Norwalk, Conn.
Former Chairman and Chief Executive Officer,
CNA Insurance Companies, Chicago, Ill.
Former Chairman and Chief Executive Officer,
mPower, Inc., Frederick, Md.

**ELIZABETH A. COOK**
Independent Broker and Trader, Chicago, Ill.
Owner, MiCat Group LLC, Chicago, Ill.

**ANA DUTRA**
President and CEO, The Executives'
Club of Chicago, Chicago, Ill.

**MARTIN J. GEPSMAN**
Independent Broker and Trader, Chicago, Ill.

**LARRY G. GERDES**
Chief Executive Officer, Pursuant Health,
Atlanta, Ga.
General Partner, Gerdes Huff Investments,
Atlanta, Ga.

**DANIEL R. GLICKMAN**
Vice President, Aspen Institute
Congressional Program, Washington, D.C.
Senior Fellow, Bipartisan Policy Center,
Washington, D.C.
U.S. Secretary of Agriculture (1995–2001)
Member of Congress,
Kansas (1977–1995)

**GEDON HERTSHTEN**
Founder and Owner, GH Financials,
London, UK.
Chairman and Owner. Hertshten Group. Ltd.,
Port Louis, Mauritius

**LEO MELAMED**
Chairman Emeritus
Chairman and Chief Executive Officer,
Melamed and Associates, Inc., Chicago, Ill.

**RONALD A. PANKAU**
Independent Trader, Chicago, Ill.
Chief Executive Officer, J. H. Best and Sons
Steel Fabricating Co., Chicago, Ill.

**ALEX J. POLLOCK**
Distinguished Senior Fellow and Director
of Financial Systems Studies, R Street
Institute, Washington, D.C.

**JOHN F. SANDNER**
Retired Chairman of the Board
Former Chairman, E*Trade Futures, LLC,
Chicago, Ill.

**TERRY L. SAVAGE**
Financial Journalist and Author
President, Terry Savage Productions, Ltd.,
Chicago, Ill.

**WILLIAM R. SHEPARD**
President and Founder,
Shepard International, Inc., Chicago, Ill.

**HOWARD J. SIEGEL**
Independent Trader, Chicago, Ill.

**DENNIS A. SUSKIND**
Retired Partner, Goldman, Sachs & Co.,
Southampton, N.Y.

**DAVID J. WESCOTT**
President, The Wescott Group Ltd.,
Chicago, Ill.
Managing Partner, DWG Futures LLC,
Chicago, Ill.
Partner, Nirvana Technology Solutions LLC,
Chicago, Ill.

# Management Team

**TERRENCE A. DUFFY**
Chairman and Chief Executive Officer

**BRYAN T. DURKIN**
President

**KATHLEEN M. CRONIN**
General Counsel and Corporate Secretary

**SUNIL K. CUTINHO**
President, CME Clearing

**JULIE HOLZRICHTER**
Chief Operating Officer

**KEVIN D. KOMETER**
Chief Information Officer

**HILDA HARRIS PIELL**
Chief Human Resources Officer

**JOHN W. PIETROWICZ**
Chief Financial Officer

**DEREK L. SAMMANN**
Global Head of Commodities
and Options Products

**SEAN P. TULLY**
Global Head of Financial
and OTC Products

**JULIE M. WINKLER**
Chief Commercial Officer

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

# FORM 10-K

(Mark One)

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the Fiscal Year Ended December 31, 2017**

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**Commission File Number 001-31553**

# CME GROUP INC.
### (Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **36-4459170** |
| (State or Other Jurisdiction of | (IRS Employer |
| Incorporation or Organization) | Identification No.) |
| **20 South Wacker Drive, Chicago, Illinois** | **60606** |
| (Address of Principal Executive Offices) | (Zip Code) |

**Registrant's telephone number, including area code: (312) 930-1000**

Securities registered pursuant to Section 12(b) of the Act:

| Title Of Each Class | Name Of Each Exchange On Which Registered |
|---|---|
| **Class A Common Stock $0.01 par value** | **NASDAQ GLOBAL SELECT MARKET** |

Securities registered pursuant to Section 12(g) of the Act: Class B common stock, Class B-1, $0.01 par value; Class B common stock, Class B-2, $0.01 par value; Class B common stock, Class B-3, $0.01 par value; and Class B common stock, Class B-4, $0.01 par value.

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☒   No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐   No ☒

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☒   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.   ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or emerging growth company. See definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒

Non-accelerated filer   ☐   (Do not check if a smaller reporting company)

Accelerated filer   ☐

Smaller reporting company   ☐

Emerging growth company   ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.   ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

The aggregate market value of the voting stock held by non-affiliates of the registrant as of June 30, 2017, was approximately $42.2 billion (based on the closing price per share of CME Group Inc. Class A common stock on the NASDAQ Global Select Market (NASDAQ) on such date). The number of shares outstanding of each of the registrant's classes of common stock as of February 7, 2018 was as follows: 340,382,147 shares of Class A common stock, $0.01 par value; 625 shares of Class B common stock, Class B-1, $0.01 par value; 813 shares of Class B common stock, Class B-2, $0.01 par value; 1,287 shares of Class B common stock, Class B-3, $0.01 par value; and 413 shares of Class B common stock, Class B-4, $0.01 par value.

## DOCUMENTS INCORPORATED BY REFERENCE:

| Documents | Form 10-K Reference |
|---|---|
| Portions of the CME Group Inc.'s Proxy Statement for the 2018 Annual Meeting of Shareholders | Part III |

# PART I

## Certain Terms

All references to "options" or "options contracts" in the text of this document refer to options on futures contracts.

Unless otherwise indicated, references to CME Group Inc. (CME Group or the company) products include references to products listed on one of its regulated exchanges: Chicago Mercantile Exchange Inc. (CME), Board of Trade of the City of Chicago, Inc. (CBOT), New York Mercantile Exchange, Inc. (NYMEX) and Commodity Exchange, Inc. (COMEX). Products listed on these exchanges are subject to the rules and regulations of the particular exchange and the applicable rulebook should be consulted. Unless otherwise indicated, references to NYMEX include its subsidiary, COMEX.

Further information about CME Group and its products can be found at http://www.cmegroup.com. Information made available on our website does not constitute a part of this Annual Report on Form 10-K.

## Information about Contract Volume and Average Rate per Contract

All amounts regarding contract volume and average rate per contract exclude our interest rate swaps and credit default swaps unless otherwise noted. In September 2017, we announced we will exit the credit default swaps business by mid-2018.

## Trademark Information

CME Group, the Globe logo, CME, Chicago Mercantile Exchange, Globex and E-mini are trademarks of Chicago Mercantile Exchange Inc. CBOT, Chicago Board of Trade, KCBT and Kansas City Board of Trade are trademarks of Board of Trade of the City of Chicago, Inc. NYMEX, New York Mercantile Exchange and ClearPort are trademarks of New York Mercantile Exchange, Inc. COMEX is a trademark of Commodity Exchange, Inc. Dow Jones, Dow Jones Industrial Average, S&P 500 and S&P are service and/or trademarks of Dow Jones Trademark Holdings LLC, Standard & Poor's Financial Services LLC and S&P/Dow Jones Indices LLC, as the case may be, and have been licensed for use by Chicago Mercantile Exchange Inc. All other trademarks are the property of their respective owners.

## FORWARD-LOOKING STATEMENTS

From time to time, in this Annual Report on Form 10-K as well as in other written reports and verbal statements, we discuss our expectations regarding future performance. These forward-looking statements are identified by their use of terms and phrases such as "believe," "anticipate," "could," "estimate," "intend," "may," "plan," "expect" and similar expressions, including references to assumptions. These forward-looking statements are based on currently available competitive, financial and economic data, current expectations, estimates, forecasts and projections about the industries in which we operate and management's beliefs and assumptions. These statements are not guarantees of future performance and involve risks, uncertainties and assumptions that are difficult to predict. Therefore, actual outcomes and results may differ materially from what is expressed or implied in any forward-looking statements. We want to caution you not to place undue reliance on any forward-looking statements. We undertake no obligation to publicly update any forward-looking statements, whether as a result of new information, future events or otherwise. Among the factors that might affect our performance are:

- increasing competition by foreign and domestic entities, including increased competition from new entrants into our markets and consolidation of existing entities;
- our ability to keep pace with rapid technological developments, including our ability to complete the development, implementation and maintenance of the enhanced functionality required by our customers while maintaining reliability and ensuring that such technology is not vulnerable to security risks;

3

- our ability to continue introducing competitive new products and services on a timely, cost-effective basis, including through our electronic trading capabilities, and our ability to maintain the competitiveness of our existing products and services, including our ability to provide effective services to the swaps market;

- our ability to adjust our fixed costs and expenses if our revenues decline;

- our ability to maintain existing customers, develop strategic relationships and attract new customers;

- our ability to expand and offer our products outside the United States;

- changes in regulations, including the impact of any changes in laws or government policy with respect to our industry, such as any changes to regulations and policies that require increased financial and operational resources from us or our customers;

- the costs associated with protecting our intellectual property rights and our ability to operate our business without violating the intellectual property rights of others;

- decreases in revenue from our market data as a result of decreased demand;

- changes in our rate per contract due to shifts in the mix of the products traded, the trading venue and the mix of customers (whether the customer receives member or non-member fees or participates in one of our various incentive programs) and the impact of our tiered pricing structure;

- the ability of our financial safeguards package to adequately protect us from the credit risks of clearing members;

- the ability of our compliance and risk management methods to effectively monitor and manage our risks, including our ability to prevent errors and misconduct and protect our infrastructure against security breaches and misappropriation of our intellectual property assets;

- changes in price levels and volatility in the derivatives markets and in underlying equity, foreign exchange, interest rate and commodities markets;

- economic, political and market conditions, including the volatility of the capital and credit markets and the impact of economic conditions on the trading activity of our current and potential customers;

- our ability to accommodate increases in contract volume and order transaction traffic and to implement enhancements without failure or degradation of the performance of our trading and clearing systems;

- our ability to execute our growth strategy and maintain our growth effectively;

- our ability to manage the risks and control the costs associated with our strategy for acquisitions, investments and alliances;

- our ability to continue to generate funds and/or manage our indebtedness to allow us to continue to invest in our business;

- industry and customer consolidation;

- decreases in trading and clearing activity;

- the imposition of a transaction tax or user fee on futures and options on futures transactions and/or repeal of the 60/40 tax treatment of such transactions;

- the unfavorable resolution of material legal proceedings; and

- the uncertainties of the ultimate impact of the Tax Cuts and Jobs Act (2017 Tax Act).

For a detailed discussion of these and other factors that might affect our performance, see Item 1A. of this Report beginning on page 16.

## ITEM 1. BUSINESS

### GENERAL DEVELOPMENT OF BUSINESS

CME Group serves the risk management and investment needs of customers around the globe.

CME was founded in 1898 as a not-for-profit corporation. In 2000, CME demutualized and became a shareholder-owned corporation. As a consequence, we adopted a for-profit approach to our business, including strategic initiatives aimed at optimizing contract volume, efficiency and liquidity. In 2002, Chicago Mercantile Exchange Holdings Inc. (CME Holdings) completed its initial public offering of its Class A common stock, which is listed on the NASDAQ Global Select Market under the symbol "CME." In 2007, CME Holdings merged with CBOT Holdings, Inc. and was renamed CME Group. In connection with the merger, we acquired the CBOT exchange. CBOT is a leading marketplace for trading agricultural and U.S. Treasury futures as well as options on futures. In 2008, we merged with NYMEX Holdings, Inc. and acquired NYMEX and COMEX. On NYMEX, customers primarily trade energy futures and options contracts, including contracts for crude oil, natural gas, heating oil and gasoline. On COMEX, customers trade metal futures and options contracts, including contracts for gold, silver and copper. In 2012, we acquired The Board of Trade of Kansas City, Missouri, Inc. (KCBT) and its hard red winter wheat product line and effective December 2013, KCBT operations were transferred to CBOT. In April 2013, we purchased the non-controlling interest in CME Group Index Services from Dow Jones & Company (Dow Jones) resulting in an increase in our ownership to 27% of the S&P/Dow Jones Indices LLC (S&P/DJI) joint venture with S&P Global, Inc. (formerly known as McGraw-Hill), originally established in 2012. In 2013, we began offering repository services and now offer global trade repository services in the United States, United Kingdom, Canada and Australia. In April 2017, we announced the wind down of CME Clearing Europe Limited and CME Europe Limited, which has been completed. In September 2017, we also announced we will exit the credit default swaps business by mid-2018.

Our business has historically been subject to the extensive regulation of the U.S. Commodity Futures Trading Commission (CFTC). As a result of our global operations, we are also subject to the rules and regulations of the local jurisdictions in which we conduct business, including the European Securities and Markets Authority (ESMA) and the Financial Conduct Authority (FCA). Additionally, our U.S. clearing house has been designated as systemically important, which carries with it enhanced regulatory oversight of certain of our risk-management standards, clearing and settlement activities, including additional oversight by the Federal Reserve.

Our principal executive offices are located at 20 South Wacker Drive, Chicago, Illinois 60606, and our telephone number is 312-930-1000.

### FINANCIAL INFORMATION ABOUT INDUSTRY SEGMENTS

The company reports the results of its operations as one reporting segment primarily comprised of the CME, CBOT, NYMEX and COMEX exchanges. The remaining operations do not meet the thresholds for reporting separate segment information. Financial information about our reporting segment is hereby incorporated by reference to "Item 6. Selected Financial Data" on page 33 and "Item 8. Financial Statements and Supplementary Data" on page 59.

### NARRATIVE DESCRIPTION OF BUSINESS

CME Group is where the world comes to manage risk. Through its exchanges, CME Group offers the widest range of global benchmark products across all major asset classes, including futures and options based on interest rates, equity indexes, foreign exchange, energy, agricultural products and metals. CME Group provides electronic trading globally on its CME Globex platform. The company also offers clearing and settlement services across asset classes for exchange-traded and over-the-counter derivatives through its clearing house, CME Clearing. CME Group's products and services are designed to provide businesses around the world with the means to effectively manage risk. We also provide hosting, connectivity and customer support for electronic

trading through our co-location services. Our CME Direct platform offers side-by-side trading of exchange-listed and privately negotiated markets. We provide clearing and settlement services for exchange-traded contracts, as well as for cleared swaps, and provide regulatory reporting solutions for market participants through our global repository services in the United States, United Kingdom, Canada and Australia. Finally, we offer a wide range of market data services — including live quotes, delayed quotes, market reports and a comprehensive historical data service.

### *Our Competitive Strengths*

We provide innovative ways to manage risk and offer a number of key differentiating elements that set us apart from others in our industry, including:

***Highly Liquid Markets*** — Our listed futures and options markets provide an effective forum for our customers to manage their risk and meet their investment needs relating to our markets. We believe our customers choose to trade on our centralized market due to its liquidity and price transparency. Market liquidity — or the ability of a market to absorb the execution of large purchases or sales quickly and efficiently, whereby the market recovers quickly following the execution of large orders — is key to attracting customers and contributing to a market's success.

***Most Diverse Product Line*** — Our products provide a means for hedging, speculation and asset allocation relating to the risks associated with, among other things, interest rate sensitive instruments, equity ownership, changes in the value of foreign currency and changes in the prices of agricultural, energy and metal commodities. The estimated percentage of clearing and transaction fees revenue contributed by each product line is as follows:

| Product Line | 2017 | 2016 | 2015 |
|---|---|---|---|
| Interest rate | 33% | 32% | 31% |
| Equity | 16 | 18 | 19 |
| Foreign exchange | 6 | 6 | 7 |
| Agricultural commodity | 14 | 15 | 15 |
| Energy | 24 | 23 | 23 |
| Metal | 7 | 6 | 5 |

We believe the breadth and diversity of our product lines and the variety of their underlying contracts are beneficial to our overall performance. Our asset classes contain products designed to address differing risk management needs, and customers are able to achieve operational and capital efficiencies by accessing our diverse products through our platforms and our clearing house.

In 2017, we reached record average daily volume of 16.3 million contracts, up 4% from 2016, despite a lower volatility environment. Year-end open interest was up 5% from the end of 2016, and we reached an all-time high record open interest during the year of 129.1 million contracts on June 14, 2017.

Our products are traded primarily through CME Globex and other electronic trading platforms, by open outcry auction market in Chicago, and through privately negotiated transactions that we clear. The estimated percentage of clearing and transaction fees revenue contributed by each trading venue is as follows:

| Trading Venue | 2017 | 2016 | 2015 |
|---|---|---|---|
| Electronic | 83% | 82% | 81% |
| Open outcry [1] | 5 | 5 | 6 |
| Privately negotiated [2] | 12 | 13 | 13 |

(1) In July 2015, we closed most of the futures pits in Chicago and New York. On December 31, 2016, we closed the remaining open outcry pits in New York. Most open outcry options markets remain open in Chicago.

(2) Privately negotiated average daily volume includes both traditional block trades, off-exchange trades, which were historically categorized as CME ClearPort (now executed as futures block trades), and Exchange for Related Positions (EFRP).

In addition, our cleared-only CME interest rate swap and CME credit default swap contracts contributed approximately 2% of total revenue in each of the last three years. In September 2017, we announced we will exit the credit default swap business by mid-2018.

Our products generate valuable information regarding prices and trading activity. Customers pay a subscription fee for real-time market data and have the choice of receiving their market data either directly from us or through a variety of third party quote vendors and data providers. We also offer customers detailed historical market data for use in their development and analysis of various trading strategies. The estimated contributions of our market data and information services products, excluding our index market data offerings, based on percentage of total revenue, were 11% in both 2017 and 2016 and 12% in 2015.

***Safety and Soundness of our Markets*** — We understand the importance of ensuring our customers are able to manage and contain their trading risks. As the markets and the economy have evolved, we have worked to adapt our clearing services to meet the needs of our customers. We apply robust risk management standards and enforce and facilitate applicable regulatory customer protection standards for exchange-traded products and cleared swaps. Clearing firms are continually monitored and examined to assess their outstanding risk, capital adequacy and compliance with customer protection rules and regulations. We utilize a combination of risk management capabilities to assess our clearing firms and their account exposure levels for all asset classes 24 hours a day throughout the trading week. Our clearing house, CME Clearing, is a division of CME. In April 2017, we announced the wind down of our European clearing house, which was completed in late 2017.

Our integrated clearing function is designed to ensure the safety and soundness of our markets by serving as the counterparty to every trade, becoming the buyer to each seller and the seller to each buyer, and limiting counterparty credit risk. The clearing house is responsible for settling trading accounts, clearing trades, collecting and maintaining performance bond funds, regulating delivery and reporting trading data. CME Clearing marks open positions to market at least twice a day, and requires payment from clearing firms whose positions have lost value and makes payments to clearing firms whose positions have gained value. For select cleared-only markets, positions are marked-to-market daily, with the capacity to mark-to-market more frequently as market conditions warrant. The CME ClearPort front-end system provides access to our flexible clearing services for block transactions and swaps. See "Item 7A. Quantitative and Qualitative Disclosures About Market Risk," beginning on page 55 and "Item 1A. Risk Factors," beginning on page 16, for more information on our financial safeguards package and the associated credit risks related to our clearing services.

***Superior Trading Technology and Distribution*** — We strive to provide the most flexible and scalable platforms to support the operational and capacity needs of the business along with the delivery of innovative technology solutions to the marketplace. Our CME Globex electronic platform is the trading engine for our central limit order book markets, and is available on a global basis nearly 24 hours a day throughout the trading week. The CME Globex platform is accessible through a wide variety of vendor-provided and custom-built trading systems that benefit from our open application programming interface approach. For privately negotiated markets, we offer brokers and customers the CME Direct platform for arranging, executing, recording and risk-managing trades. CME Direct includes CME One for mobile access, CME Messenger for instant-message capabilities and CME Straight-Through Processing. CME Straight-Through Processing enables direct connectivity for trade information directly with customer order management and risk management systems and is designed to reduce errors and improve efficiency. In 2017, 89% of our contract volume was conducted electronically.

Together, our platforms offer:

- certainty of execution;
- vast capabilities to facilitate complex and demanding trading;
- direct market access;
- fairness, price transparency and anonymity;

- convenience and efficiency; and
- global distribution, including connectivity through high-speed international telecommunications hubs in key financial centers or order routing to our global partner exchanges.

We also offer co-location services at a data center facility, which houses our trading match engines for all products traded on the CME Globex electronic trading platform. The service provides low latency connection for our customers. The offering is made available to all customers on equal terms.

### Our Strategic Initiatives

The following is a description of our strategic initiatives:

***Leading Core Business Innovation and Expanded Product Offerings*** — We continue to focus on cross-selling our products, expanding the strength of our existing benchmark products, launching new products and services and deepening open interest in our core futures and options on futures offerings. During this decade, our key product launches have included the Ultra U.S. Treasury Bond futures and options and most recently the Ultra 10 Year Treasury futures, numerous Eurodollar mid-curve options, end-of-month equity options, weekly options for various financial and commodity products, short-dated options across asset classes, new base metal products, expanded crude oil grades, S&P Dividend futures, E-mini Russell 1000 and 2000 futures, CME Bloomberg Spot Dollar Spot Index futures and a cash-settled bitcoin futures contract. In June 2017, we announced our intention to launch products on the new secured overnight financing rate. During 2017, we experienced multiple volume records across our core product portfolio, including interest rates, energy, agricultural commodities and metals. We also had record volume in overall options, with electronic options representing 62% of total options volume in 2017. We continued to deepen liquidity and add diverse participation as evidenced by the growth in large open interest holders with records achieved across several product lines in 2017.

***Globalizing our Company and our Business*** — We continue to expand and diversify our customer base worldwide and offer customers around the world the most broadly diversified portfolio of benchmark products. We have expanded our international product suite with the launch of a number of regionally specific products, including European wheat and aluminum futures, Mexican peso futures and Brazilian real futures, which help us appeal to risk management needs unique to a particular geography. We believe we have significant opportunity to expand the participation of our non-U.S. customer base in our markets. We are focused on core growth in global markets because we believe that Australia, Asia, Latin America, and other emerging markets will experience significant growth and development of their financial markets. In addition, we continue to expand our presence in major global financial centers, grow our business outside the United States and penetrate emerging markets, such as China, South Korea, Brazil and Mexico. In 2017, approximately 26% of our electronic volume was transactions customers reported to us as from outside the United States and 50% of our market data revenue was derived from outside the United States. We also achieved 34% growth in liquidity during European trading hours and 18% growth during Asian trading hours.

In order to accelerate our long-term integration in the global economy, CME Group has built out its international infrastructure and strategic relationships. In recent years, we have expanded our ability to support physical delivery of locally relevant products in both Europe and Asia.

***Expanding our Customer Base and Enhancing Customer Participation in our Markets*** — We continue to grow our business by targeting cross-asset sales across client segments, driving international sales and generating new client participation across all regions. We have a long history of providing customer value and responsiveness and believe our products and services make us well positioned to help our customers adapt and comply with new regulations, while enabling them to efficiently manage their risks. We have a broad distribution network comprised of a combination of internal and external channels and front-end capabilities. With changing regulatory capital requirements for many of our customers and the need for greater efficiencies, we have added tools to enable customers to build and manage trading and clearing positions in our markets in an efficient manner.

# Company Information

## HEADQUARTERS
CME Group Inc.
20 South Wacker Drive
Chicago, Illinois 60606
312.930.1000
www.cmegroup.com

## INVESTOR RELATIONS
CME Group Inc.
20 South Wacker Drive
Chicago, Illinois 60606
312.930.8491

## SHAREHOLDER RELATIONS
CME Group Inc.
20 South Wacker Drive
Chicago, Illinois 60606
312.930.3484

## FINANCIAL REPORTS
Copies of this report and CME Group's Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q and Current Reports on Form 8-K are filed with the Securities and Exchange Commission and are available online at www.cmegroup.com, or to shareholders upon written request to Shareholder Relations at the above address.

The company is required to file as an exhibit to its 2017 Annual Report on Form 10-K a certification under Section 302 of the Sarbanes-Oxley Act of 2002 signed by the chief executive officer and the chief financial officer. Copies of these certifications are available to shareholders upon written request to Shareholder Relations at the above address.

## STOCK LISTING
CME Group Class A common stock is listed on The NASDAQ Global Select Market under the ticker symbol "CME." CME Group Class B common stock is not listed on a national securities exchange or traded in an organized over-the-counter market. Each class of Class B common stock is associated with membership in a specific division of the CME exchange.

## TRANSFER AGENT
Shareholder correspondence should be mailed to:
Computershare Trust Company, N.A.
PO Box 505000
Louisville, KY 40233-5000

Overnight correspondence should be sent to:
Computershare
462 South 4th Street, Suite 1600
Louisville, KY 40202
www.computershare.com/investor

## ANNUAL MEETING
The 2018 Annual Meeting of Shareholders will be held at 10:00 a.m., Central Time, on Wednesday, May 9, 2018, in the Auditorium at CME Group, located at 20 South Wacker Drive, Chicago, Illinois. All shareholders of record, as of March 12, 2018, are invited to attend. A formal notice of meeting, proxy statement and proxy have been mailed or made available electronically to shareholders of record.

## INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM
Ernst & Young LLP
155 North Wacker Drive
Chicago, Illinois 60606

## CORPORATE COMMUNICATIONS
CME Group Inc.
20 South Wacker Drive
Chicago, Illinois 60606
312.930.3434

## CUSTOMER SERVICE
For customer service assistance, call 312.930.1000.

## CORPORATE GOVERNANCE
At www.cmegroup.com, shareholders can view the company's corporate governance principles, charters of all board-level committees, board of directors code of ethics, employee code of conduct and the director conflict of interest policy. Copies of these documents are available to shareholders without charge upon written request to Shareholder Relations at the above address.

## ADDITIONAL INFORMATION
CME Group is a trademark of CME Group Inc. The Globe logo, CME, Chicago Mercantile Exchange, CME Clearing, CME Clearing Europe, CME Europe and Globex are trademarks of Chicago Mercantile Exchange Inc. All other trademarks are the property of their respective owners.

Further information about CME Group and its products can be found at www.cmegroup.com. Information made available on our website does not constitute a part of this report.

Copyright 2018 CME Group Inc.
♺ This report is printed on recycled paper.

**HEADQUARTERS**
CME Group Inc.
20 South Wacker Drive
Chicago, Illinois 60606
312.930.1000
www.cmegroup.com

**NEW YORK**
NYMEX World Headquarters
300 Vesey Street
New York, New York 10282
212.299.2000

**LONDON**
Fourth Floor
One New Change
London EC4M 9AF
United Kingdom
44.20.3379.3700

**SINGAPORE**
One Raffles Quay
#27-10 South Tower
Singapore 048583
65.6593.5555

**BANGALORE**
Level 8, Bagmane Tridib
Block A, No. 65/2
Bagmane Tech Park
C.V. Raman Nagar
Bangalore – 560093
India
91.80.3323.2300

**BEIJING**
No.6 Wudinghou Street
12th Floor, Financial Street
Excel Center
Xicheng District
Beijing 100032
China
86.10.5913.1300

**BELFAST**
Millennium House
5th Floor
19-25 Great Victoria Street
Belfast BT2 7AQ
United Kingdom
44.28.9089.6600

**CALGARY**
#1000, 888 – 3rd St. SW
Bankers Hall, West Tower
Calgary, Alberta,
T2P 5C5, Canada
403.444.6876

**HONG KONG**
Unit 7711-13, 77/F The Center
99 Queen's Road Central
Hong Kong
852.2582.2200

**HOUSTON**
1000 Louisiana Street
Suite 3650
Houston, Texas 77002
713.658.2347

**SÃO PAULO**
Avenida Paulista, 1079
Rm 707
São Paulo, Brazil 01311-200
55.11.2787.6279

**SEOUL**
Level 10
97, Uisadang-daero,
Yeongdeungpo-gu,
Seoul, 07327,
Republic of Korea
82.2.6336.6700

**SYDNEY**
Level 36, Gateway Tower
1 Macquarie Place
Sydney 2000
Australia
61.8051.3210

**TOKYO**
Level 27 Tokyo Sankei Building
1-7-2 Otemachi Chiyoda-ku
Tokyo 100-0004
Japan
81.3.3242.6233

**WASHINGTON, D.C.**
Liberty Place
325 7th Street, NW
Suite 525
Washington, D.C.
202.638.3838



# EXHIBIT C

CME Group

TRADING    CLEARING    REGULATION    DATA    TECHNOLOGY    EDUCATION    ABOUT

## Strong Liquidity in 2-Yr Note Futures Post Tick Reduction

Read the Rates Recap

### CME Group: A global markets company empowering participants to efficiently manage risk and capture opportunities in every major asset class

Trade **futures**, **options**, **cash** and **OTC** markets; **optimize portfolios**; and **analyze data** at CME Group, the world's leading and most diverse derivatives marketplace. We're uniquely positioned to give you the access you need to efficiently manage risk and capture opportunities in every major asset class.

Expand your possibilities with always-on market access – in every time zone, nearly 24 hours a day. All backed by the latest tools, technology and resources you need for every step of the trading lifecycle.

**ECONOMIC RESEARCH**   VIEW ALL

Dive into insights and analysis from our expert economists, Blu Putnam and Erik Norland, covering events and trends driving opportunities in the futures and options markets



#### Tug-of-War

By Bluford Putnam
FEBRUARY 19, 2019





#### Brent-WTI Oil Spread Taking Cue from Houston-Midland?

By Erik Norland
FEBRUARY 14, 2019





#### China: Looking at Growth Past the Trade War

By Bluford Putnam and Erik Norland
FEBRUARY 13, 2019



## All Access, All the Time

Discover new trading strategies and expand your familiarity with our markets with our offering of tools for the active, individual trader.

Get Started

## Agricultural

| PRODUCT | LAST | CHANGE | CHART | GLOBEX VOL |
|---|---|---|---|---|
| ZCH9 | 3700 | -46 | | 205,198 |
| ZSH9 | 901'4 | -60 | | 87,098 |
| ZLH9 | 29.74 | 0.21 | | 48,380 |
| ZMH9 | 305.9 | -0.6 | | 62,188 |
| ZWH9 | 489'0 | 15'2 | | 71,868 |
| LEJ9 | 128.500 | +1.325 | | 32,101 |
| HEJ9 | 56.525 | 3.000 | | 16,115 |

## Energy

| PRODUCT | LAST | CHANGE | CHART | GLOBEX VOL |
|---|---|---|---|---|
| CLJ9 | 56.43 | +0.45 | | 811,782 |
| NGH9 | 2.659 | +0.034 | | 126,120 |
| BZJ9 | 66.46 | +0.21 | | 43,338 |
| RBJ9 | 1.7385 | +0.0003 | | 80,223 |
| HOJ9 | 1.9982 | -0.0185 | | 85,612 |
| QMJ9 | 56.475 | +0.450 | | 23,397 |
| QGH9 | 2.655 | +0.030 | | 1,043 |

## Interest Rates

| PRODUCT | LAST | CHANGE | CHART | GLOBEX VOL |
|---|---|---|---|---|
| GEZ9 | 97.36 | +0.04 | | 379,439 |
| ZTH9 | 106'018 | +0'015 | | 454,123 |
| ZFH9 | 114'227 | +0'052 | | 901,596 |
| ZNH9 | 122'095 | +0'080 | | 1,233,947 |
| TNH9 | 130'195 | +0'100 | | 125,354 |
| ZBH9 | 147'00 | +0'14 | | 299,062 |
| UBH9 | 161'29 | +0'16 | | 133,661 |

## Equity Index

| PRODUCT | LAST | CHANGE | CHART | GLOBEX VOL |
|---|---|---|---|---|
| ESH9 | 2777.75 | +0.75 | | 1,156,206 |
| NQH9 | 7068.50 | +4.75 | | 384,177 |
| YMH9 | 25878 | 10 | | 206,323 |
| NIYH9 | 21305 | +95 | | 50,871 |
| RTYH9 | 1575.30 | +4.70 | | 99,966 |
| EMDH9 | 1918.10 | +3.00 | | 14,274 |
| BTCG9 | 3890 | +325 | | 15,944 |

## FX

| PRODUCT | LAST | CHANGE | CHART | GLOBEX VOL |
|---|---|---|---|---|
| 6AH9 | 0.7168 | +0.0025 | | 133,426 |
| 6CH9 | 0.7575 | +0.00735 | | 68,404 |
| 6SH9 | 1.0012 | +0.0034 | | 23,921 |
| 6EH9 | 1.1365 | +0.0043 | | 281,351 |
| 6BH9 | 1.3079 | +0.0174 | | 190,082 |
| 6JH9 | 0.009059 | 0.000014 | | 116,178 |
| 6MH9 | 0.052010 | +0.000050 | | 63,875 |

## Metals

| PRODUCT | LAST | CHANGE | CHART | GLOBEX VOL |
|---|---|---|---|---|
| GCJ9 | 1344.1 | +22.0 | | 334,325 |
| SIH9 | 15.965 | +0.222 | | 111,295 |
| PLJ9 | 821.4 | +14.5 | | 27,237 |
| PAH9 | 1454.70 | +47.50 | | 8,823 |
| HGH9 | 2.8735 | +0.0750 | | 132,813 |
| MGCJ9 | 1344.1 | +22.0 | | 15,754 |
| SILH9 | 15.970 | +0.227 | | 1,221 |

## MARKET DATA SUMMARY

Track large privately negotiated trades and cleared volume taking place in CME Group markets to gain insights for your trading strategies

### Block Trades

| CLEARPORT | GLOBEX | PRICE | QTY | TIME |
|---|---|---|---|---|
| CUH9 | CUH9 | 1.305 | 20 | 15:57:59 |
| CUN9 | CUN9 | 1.3625 | 25 | 15.54.03 |
| CUU9 | CUU9 | 1.37 | 25 | 15.54.03 |
| B0V9 | B0V9 | 0.70125 | 20 | 15.46.18 |
| B0X9 | B0X9 | 0.70125 | 20 | 15.46.18 |
| B0Z9 | B0Z9 | 0.70125 | 20 | 15.46.18 |
| CUN9 | CUN9 | 1.3625 | 25 | 15.35.01 |
| CUU9 | CUU9 | 1.37 | 25 | 15.35.01 |
| B0V9 | B0V9 | 0.70125 | 5 | 15.34.39 |

### CME ClearPort

| PRODUCT | GROUP | PRIOR VOL | PRIOR OI |
|---|---|---|---|
| ED | Interest Rate | 86,897 | 12,416,485 |
| 21 | Interest Rate | 56,045 | 3,620,015 |
| 25 | Interest Rate | 50,791 | 4,494,429 |
| LO | Energy | 31,725 | 2,310,104 |
| 26 | Interest Rate | 31,560 | 3,202,673 |
| 21 | Interest Rate | 28,175 | 4,197,890 |
| LN | Energy | 25,725 | 2,030,123 |
| CL | Energy | 21,958 | 2,046,033 |
| NG | Energy | 21,383 | 1,231,561 |

## CRYPTOCURRENCY INDICES

Get reliable pricing on some of today's top cryptocurrencies and track these rapidly changing markets with greater ease

### CME CF Bitcoin

**Reference Rate**

BRR  $3944.32

**Real-Time Index**

BRTI  $3908.99

Historical Prices:   19 Feb  $3796.42      16 Feb  $3598.52
BRR                  17 Feb  $3572.44      15 Feb  $3555.41

### CME CF Ether-Dollar

**Reference Rate**

ETHUSD_RR  $146.63

**Real-Time Index**

ETHUSD_RTI  $144.14

Historical Prices:   18 Feb  $142.62      16 Feb  $122.37
ETHUSD_RR            17 Feb  $124.65      15 Feb  $119.93

Reference Rates Last Updated: **19 Feb 2019 10:01 am CT**   Real-Time Indices Last Updated: **19 Feb 2019 16:22:02 pm CT**



**DAILY VOLUME AND OPEN INTEREST**   VIEW MORE

Last Updated: 19 Feb 2019 04:22:04 PM
All figures in millions.



Subscription Center

English

### SEND US FEEDBACK

Email (optional)

Enter your Message

Submit

protected by reCAPTCHA
Privacy · Terms

### WHO WE ARE

CME Group is the world's leading and most diverse derivatives marketplace. The company is composed of four Designated Contract Markets (DCMs). Further information on each exchange's rules and product listings can be found by clicking on the links to CME, CBOT, NYMEX and COMEX

### CONTACT US   VIEW ALL

CME Group / Chicago HQ
Phone +1 312 930 1000
Toll Free (US Only) +1 866 716 7274

VIEW GLOBAL OFFICES ›

### CONNECT WITH US

© 2019 CME Group Inc. All rights reserved

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act Transparency Statement



# CME Group

TRADING  CLEARING  REGULATION  DATA  TECHNOLOGY  EDUCATION  ABOUT

## All Products Home

**Featured Products**

- ZC Corn
- ZS Soybean
- CL WTI Crude Oil
- NG Henry Hub Natural Gas
- ES E-mini S&P 500
- NQ E-mini Nasdaq-100
- 6E Euro FX
- GE Eurodollar
- ZN 10-Year T-Note
- ZF 5-Year T-Note
- GC Gold

**Product Groups**

- Agricultural
- Energy
- Equity Index
- FX
- Interest Rates
- Metals
- Options
- OTC
- Real Estate
- Weather

**Getting Started**

- Fees
- Find a Broker
- Holiday Calendar
- Membership
- Tools & Resources

**Active Trader**
Daily market data and insight for the Individual Active Trader

**Cryptocurrency**
Bitcoin futures and other cryptocurrency products are now available.

## New to Futures?

Learn why traders use futures, how to trade futures, and what steps you should take to get started.

**Start Here**

## CME Group: A global markets company empowering participants to efficiently manage risk and capture opportunities in every major asset class

Trade **futures**, **options**, **cash** and **OTC** markets; **optimize portfolios**; and **analyze data** at CME Group, the world's leading and most diverse derivatives marketplace. We're uniquely positioned to give you the access you need to efficiently manage risk and capture opportunities in every major asset class.

CME Group

TRADING    CLEARING    REGULATION    DATA    TECHNOLOGY    EDUCATION    ABOUT

## Clearing Home

Risk Management
Financial & Collateral Management
Financial and Regulatory Surveillance
Clearing Operations and Deliveries
Performance Bonds / Margins

### Clearing Advisories

**Performance Bond Requirements: Agriculture, Energy, and Equity Margins - Effective February 15, 2019 – Feb 14 2019**

As per the normal review of market volatility to ensure adequate collateral coverage, the Chicago Mercantile Exc.

**Product Modification Summary: Delisting of the Iron Ore 62% Fe, CFR North China (Platts) Futures and Iron Ore 62% Fe, CFR North China (Platts) Average Price Option Contracts –** Feb 13 2019

Delisting of the Iron Ore 62% Fe, CFR North China (Platts) Futures and Iron Ore 62% Fe, CFR North China (Platts).

**Product Modification Summary: Amendments to Strike Price Listing Schedules of Certain Equity Index Options - Effective March 18, 2019 – Feb 13 2019**

Amendments to Strike Price Listing Schedules of Certain Options on Standard and Poor's 500 Stock Price Index Fut...



Margin Services
Try our new interactive margin calculator and evaluate initial margin requirements

## manage risk and capture opportunities in every major asset class

Trade **futures**, **options**, **cash** and OTC markets; **optimize portfolios**; and **analyze data** at CME Group, the world's leading and most diverse derivatives marketplace. We're uniquely positioned to give you the access you need to efficiently manage risk and capture opportunities in every major asset class.

**CME Group**

TRADING    CLEARING    **REGULATION**    DATA    TECHNOLOGY    EDUCATION    ABOUT

## Market Regulation Home

| | | |
|---|---|---|
| Investigations | Related Information | Market Regulation Advisory Notices    **VIEW ALL MRANS** |
| Data Investigations | Rulebooks | |
| Market Surveillance | Rule Filings | **CME-Group-RA1814-5** |
| Enforcement | Disciplinary Notices | Nov 16 2018 |
| Regulatory Outreach | Arbitration | Effective on trade date Monday, December 3, 2018, and pending all relevant |
| Archived Advisories | Position Limits | CFTC regulatory review periods, this ... |
| Subscription Center | Registrar's Advisories | |
| | | **CME-Group-RA1813-5** |
| | | Nov 15 2018 |
| | | Effective on trade date Monday, December 3, 2018, and pending all relevant |
| | | CFTC regulatory review periods, this ... |
| | | |
| | | **CME_Group_RA-1812-5** |
| | | Nov 05 2018 |
| | | This Advisory Notice supersedes CME Group Market Regulation Advisory |
| | | Notice RA1714-5 issued on October 11, 2017 ... |

## CME Group: A global markets company empowering participants to efficiently manage risk and capture opportunities in every major asset class

Trade futures, options, cash and OTC markets; optimize portfolios; and analyze data at CME Group, the world's leading and most diverse derivatives marketplace. We're uniquely positioned to give you the access you need to efficiently manage risk and capture opportunities in every major asset class.



**CME Group**

TRADING   CLEARING   REGULATION   DATA   TECHNOLOGY   EDUCATION   ABOUT

## Market Data Home

**Reports**
Settlements
Volume & Open Interest
Daily Bulletin
Registrar Reports

**Distributors**
New & Existing Distributors
Licensed Distributor List

**Intraday Data**
Delayed Quotes
Block Trades

**Subscription Based Data**

**MDP (Streaming)**
Access our market data directly via our Market Data Platform

**E-Quotes**
Offering charting, analytics, real-time quotes and news on our products

**CME DataMine (Historical)**
Comprehensive historical price information available on select CME Group contracts

## CME Group: A global markets company empowering participants to efficiently manage risk and capture opportunities in every major asset class

Trade **futures**, **options**, **cash and OTC** markets; **optimize portfolios**; and **analyze data** at CME Group, the world's leading and most diverse derivatives marketplace. We're uniquely positioned to give you the access you need to efficiently manage risk and capture opportunities in every major asset class.

**CME Group**

TRADING   CLEARING   REGULATION   DATA   TECHNOLOGY   EDUCATION   ABOUT

## Market Data Home

**Reports**
Settlements
Volume & Open Interest
Daily Bulletin
Registrar Reports

**Distributors**
New & Existing Distributors
Licensed Distributor List

**Intraday Data**
Delayed Quotes
Block Trades

**Subscription Based Data**

MDP (Streaming)
Access our market data directly via our Market Data Platform

E-Quotes
Offering charting, analytics, real-time quotes and news on our products

CME DataMine (Historical)
Comprehensive historical price information available on select CME Group contracts

## CME Group: A global markets company empowering participants to efficiently manage risk and capture opportunities in every major asset class

Trade **futures**, **options**, **cash and OTC** markets; **optimize portfolios;** and **analyze data** at CME Group, the world's leading and most diverse derivatives marketplace. We're uniquely positioned to give you the access you need to efficiently manage risk and capture opportunities in every major asset class.



# CME Group

TRADING    CLEARING    REGULATION    DATA    **TECHNOLOGY**    EDUCATION    ABOUT

## Technology Home

**Applications**
CME Globex
CME Direct
CME ClearPort
CME Pivot
Elysian

**Services**
Straight Through Processing (STP)
Co-Location Services
Global Repository Services
Tech Talk

**Tech Talk**
Insightful and thought-provoking content related to today's emerging financial technology

## CME Group: A global markets company empowering participants to efficiently manage risk and capture opportunities in every major asset class

Trade **futures**, **options**, **cash** and **OTC** markets; **optimize portfolios**; and **analyze data** at CME Group, the world's leading and most diverse derivatives marketplace. We're uniquely positioned to give you the access you need to efficiently manage risk and capture opportunities in every major asset class.

CME Group

TRADING    CLEARING    REGULATION    DATA    TECHNOLOGY    EDUCATION    ABOUT

## Education Home

Learn
Practice Trading
Follow the Markets

Trading Challenge
Event Calendar
Podcasts

All Education Materials

### New to Futures?

Learn why traders use futures, how to trade futures, and what steps you should take to get started.

Start Here

Futures Fundamentals

Alternative Investment Resources

Economic Research

## CME Group: A global markets company empowering participants to efficiently manage risk and capture opportunities in every major asset class

Trade **futures, options, cash** and OTC markets, **optimize portfolios,** and **analyze data** at CME Group, the world's leading and most diverse derivatives marketplace. We're uniquely positioned to give you the access you need to efficiently manage risk and capture opportunities in every major asset class.

CME Group

TRADING  CLEARING  REGULATION  DATA  TECHNOLOGY  EDUCATION  **ABOUT**

**About Us Home**

Corporate Overview
Global Contacts
Partner Exchanges
Center for Innovation
Corporate Citizenship

Investor Relations
Media Room
Careers
View Jobs

**News**   VIEW ALL NEWS
CME Group Inc. Reports Fourth-Quarter and Full-Year 2018
Financial Results

**Open Markets**   VISIT OPEN MARKETS
Market Update: FOMC and Interest Rates – Feb 19 2019

## CME Group: A global markets company empowering participants to efficiently manage risk and capture opportunities in every major asset class

Trade **futures, options, cash** and OTC markets; **optimize portfolios;** and **analyze data** at CME Group, the world's leading and most diverse derivatives marketplace. We're uniquely positioned to give you the access you need to efficiently manage risk and capture opportunities in every major asset class.

CME Group

Log in or create a free account to access premium content and features on cmegroup.com.

## Log in to your CME account

User ID

I forgot my User ID

Password

I forgot my password

Log In

By logging in, you agree to the Terms of Use

### Don't have a CME Group Login?

Sign up today to individualize your experience, register quickly for CME Group events, access exclusive articles and tools, and more.

Create Account

### Contact Us

United States +1 312 456 1560
Europe +44 20 3379 3802
Asia +65 6593 5536

EASE.AtYourService@cmegroup.com

© 2018 CME Group Inc. I Disclaimer I Privacy Policy I Supported Browsers

CME Group    TRADING    CLEARING    REGULATION    DATA    TECHNOLOGY    EDUCATION    ABOUT

# CME Group All Products – Codes and Slate

The CME Group Product Slate provides access to most of our products. The searchable and sortable slate links to product contract specifications and also provides the previous day's volume and open interest data.

For asset classes and products not included in the slate, please visit Weather, Real Estate, OTC Interest Rate Swaps, OTC FX, and OTC Credit Default Swaps.

Please see the document CME Clearing Products in the Customer Cleared Swaps Regulatory Class for a complete list of swap products subject to LSOC when held by customers.

## Search



Search All Products    🔍

| Product Group | Venue | Exchange | Cleared As |
| --- | --- | --- | --- |
| All Groups | All Venues ▾ | All Exchanges ▾ | All Cleared As ▾ |

Reset

☐ Only show me NEW products    Trade date: 15 Feb 2019 | PRELIMINARY     ❓ Need Help? | ⬇ Download Data

| Clearing ▾ | Globex ▾ | Floor ▾ | ClearPort ▾ | Product Name ▾ | Exchange ▾ | Product Group ▾ | Subgroup ▾ | Category ▾ | Sub-Category ▾ | Cleared As ▾ | Volume ▾ | Open Interest ▾ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ED | GE | OE / PE | ED | Eurodollar Options | CME | Interest Rate | Stirs | - | - | Options | 758,036 | 34,396,499 |

«   Prev   1 of 4   2   3   4   Next ›   »

# CME Group

TRADING  CLEARING  REGULATION  DATA  TECHNOLOGY  EDUCATION  ABOUT

| Clearing | Globex | Floor | ClearPort | Product Name | Exchange | Product Group | Subgroup | Category | Sub-Category | Cleared As | Volume | Open Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WA | WAY | - | WA | WTI Crude Oil 1 Month Calendar Spread Options | NYMEX | Energy | Crude Oil | - | Spreads | Options | 5,750 | 607,725 |
| EC | 6E | - | EC | Euro FX Futures | CME | FX | Majors | - | - | Futures | 169,331 | 542,382 |
| 07 | ZL | - | 07 | Soybean Oil Futures | CBOT | Agriculture | Grain And Oilseed | - | - | Futures | 81,429 | 522,381 |
| D2 | D2L | - | D2 | NYISO Zone G Day-Ahead Off-Peak Calendar-Month 5 MW Futures | NYMEX | Energy | Electricity | NYISO | Monthly Off-Peak | Futures | 0 | 497,723 |
| RTY | RTY | - | RTY | E-mini Russell 2000 Index Futures | CME | Equities | US Index | - | - | Futures | 122,283 | 494,693 |
| GC | GC | - | GC | Gold Futures | COMEX | Metals | Precious | - | - | Futures | 208,402 | 490,352 |
| W | ZW | - | W | Chicago SRW Wheat Futures | CBOT | Agriculture | Grain And Oilseed | - | - | Futures | 195,089 | 470,289 |
| 06 | ZM | - | 06 | Soybean Meal Futures | CBOT | Agriculture | Grain And Oilseed | - | - | Futures | 114,181 | 467,128 |
| HH | HH | - | HH | Natural Gas (Henry Hub) Last-day Financial Futures | NYMEX | Energy | Natural Gas | - | Outrights | Futures | 12,651 | 445,388 |
| HO | HO | - | HO | NY Harbor ULSD Futures | NYMEX | Energy | Refined Products | North American | Outrights | Futures | 191,782 | 437,166 |
| W | OZW | WY / WZ | W | Chicago SRW Wheat Options | CBOT | Agriculture | Grain And Oilseed | - | - | Options | 53,409 | 430,350 |
| | | | | RBOB Gasoline | | | Refined | North | | | | |

CME Group    TRADING    CLEARING    REGULATION    DATA    TECHNOLOGY    EDUCATION    ABOUT    🔍 ✆ ⊙



## CME Clearing Named Clearing House of the Year

2017
**GlobalCapital**
**Americas Derivatives Awards**

## Clearing

CME Group provides clearing services for customers around the globe through our clearinghouse, CME Clearing, which allows you to significantly mitigate and manage your risk.

CME Clearing is an intermediary between buyers and sellers in the derivatives market. As the intermediary, or counterparty, to every trade, CME Clearing acts as the buyer for every seller and the seller for every buyer for every trade.

By acting as the counterparty for every trade, CME Clearing helps you mitigate counterparty risk by maintaining a matched book and risk-neutral position. You do not have to worry about the other end of your trade falling through, because CME Clearing is always on the other end.

#### Benefits of a centrally cleared environment:

- Transparency: Of market pricing, market metrics, risk management practices, and financial safeguards
- Neutrality: Neutral party to every transaction; neutral risk management standards
- Security: Performance bond system to secure positions and mitigate risk events
- Daily mark-to-market of cleared positions to remove risk ex-post

To stay up-to-date with performance bond requirements and compliance concerns with the changing regulatory environment.

[ Subscribe to Notices ]

### Resources

- Clearing Firms
- Clearing Membership
- Financial Safeguards
- FAQ
- Transaction Timelines
- Contacts List

## What is Clearing?






**CME Centrally Cleared Environment**

FIRM **B** — FIRM **D**


1x ▶ 0:00 / 2:05 ◀ 🔊 ⤢

## New in Clearing



**Clearing Holiday Calendar**
View the clearing holiday calendars for our Futures and OTC business.

---

### Clearing Essentials

Advisory Notices | Margins/Performance Bonds | Clearing and Trading Fees | Rulebooks | Business Continuity Management

---

## More in Clearing



**Risk Management**



**Financial and Collateral Management**



**Financial and Regulatory Surveillance**



**Clearing Operations and Deliveries**

## Clearing Education | View All Education


**Contrary Options Exercise Instructions**
Get instructions for Contrary Options Exercise, including submission deadlines and expiring options process.

**CME ClearPort Brochure**

### Contact Us

 Clearing Services

📞 North America   +1 312 207 2525



Subscription Center

English

**SEND US FEEDBACK**

Email (optional)

Enter your Message

Submit

protected by reCAPTCHA
Privacy - Terms

**WHO WE ARE**

CME Group is the world's leading and most diverse derivatives marketplace. The company is comprised of four Designated Contract Markets (DCMs). Further information on each exchange's rules and product listings can be found by clicking on the links to CME, CBOT, NYMEX and COMEX.

**CONTACT US**   VIEW ALL

CME Group / Chicago HQ
Phone +1 312 930 1000
Toll Free (US Only) +1 866 716 7274

VIEW GLOBAL OFFICES >

**CONNECT WITH US**

© 2019 CME Group Inc. All rights reserved

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act Transparency Statement

Case 1:19-cv-01621 Document #: 13 Filed: 03/07/19 Page 54 of 145 PageID #:945



# Rulebooks: Details about Exchange-Specific Rules

## Market Regulation

CME Group's Market Regulation Department conducts trade, position, account, and market surveillance to identify and prevent potential rule violations and ensure that all four of our Designated Contract Markets (DCMs) – CME, CBOT, NYMEX, and COMEX – fulfill their self-regulatory responsibilities.

To stay up-to-date and in compliance with the changing regulatory environment

**Subscribe to Notices**

Market Regulation works to protect market integrity, to enforce rules that protect all market participants, and to act proactively to mitigate risks to prevent damage to the marketplace.

## Learn More about Market Regulation



| Market Surveillance | Investigations | Data Investigations |
| Enforcement | Strategic & Systems | Regulatory Outreach |



1x   0:00 / 3:20



**View Investigations**
Investigates potential trade practice violations



**View Data Investigations**
Works to ensure accuracy of record keeping and audit trail



**View Market Surveillance**
Analyzes markets and positions to ensure fair and orderly trading of Exchange markets



**View Enforcement**
Works to resolve rule violations through CME Group's disciplinary process

## Market Regulation Essentials

**Confidentiality Policy**

Advisories   |   Rulebooks   |   Regulatory Outreach   |   CME Globex Regulatory Documents   |   CFTC/SEC Filings   |   Position Limits   |   MiFID II, PRIIPs, and EU Benchmarks Regulation

## Filing Complaints

Market Regulation encourages market participants and others to provide information about behavior that is potentially in violation of Exchange rules and regulations.

**File a Complaint**

## Self-Reporting

Market Regulation also encourages market participants to self-report incidents that they believe may be in violation of Exchange rules and regulations.

**Self-Report an Incident**



**Surveillance Notices**
Stay up-to-date with changing regulations.

**Executive Reports**
Read the latest SER.

**Actions**
Read the latest disciplinary actions.

## Contact Us

For any questions, contact the Market Regulation Department

+1 312 341 7970

Market Regulation Directory

For questions related to CME Globex, contact

CME Globex GCC



Subscription Center

English ▾

### SEND US FEEDBACK

Email (optional)

Enter your Message

Submit

protected by reCAPTCHA
Privacy - Terms

### WHO WE ARE

CME Group is the world's leading and most diverse derivatives marketplace. The company is comprised of four Designated Contract Markets (DCMs). Further information on each exchange's rules and product listings can be found by clicking on the links to CME, CBOT, NYMEX and COMEX.

### CONTACT US   VIEW ALL

CME Group / Chicago HQ
Phone  +1 312 930 1000
Toll Free (US Only) +1 866 716 7274

VIEW GLOBAL OFFICES ›

### CONNECT WITH US

© 2019 CME Group Inc. All rights reserved

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act Transparency Statement

CME Group    TRADING    CLEARING    REGULATION    DATA    TECHNOLOGY    EDUCATION    ABOUT



Implied Option Volatility Curves
Data for 40 CME Group products

## Market Data

### More than Data

From key pricing on our global benchmark future and options products, to exciting insights driven by non-traditional data sources, to fast, flexible, secure access, find everything you need to inform every trading decision you make.

Tap into key intelligence on past, present and future CME, CBOT, NYMEX and COMEX markets and leading global benchmarks across every major asset class with Exchange data.

#### Buy Data

Access the CME DataMine historical data application.

→ Get Historical Data

Enter our straightforward process for licensing market data

→ License Data

### Access Market Data



**Real-Time Market Data**
Seize opportunities as they unfold using real-time data through our Market Data Platform.



**CME DataMine - Historical Data**
Unlock the lessons of past market activities and implement new strategies of today via our CME DataMine historical data application.



**Derived Data**
Imagine, invent and innovate using data you can trust from our global benchmark markets across all major asset classes.

### Additional Market Data Services and Platforms

Choose from multiple ways to access CME Group data:

- Direct connection to our **Market Data Platform (MDP)** – streaming market data in three supported formats via a dual-feed, UDP multicast architecture
- CME Datamine, our new self-service cloud solution allows you to quickly and more efficiently access CME Group historical data
- More than 200 licensed distributors
- Get charting and analytics, real-time quotes, block data and news from **CME L-Quotes**

### Licensing Market Data

CME Group provides a straightforward process for licensing our market data, either through an individual license or a licensed distributor.

→ Learn more about how to license market data

→ Get details about our licensed distributors.

#### Reports

- Volume and Open Interest
- Settlements
- Daily Bulletin
- Delayed Quotes

### Contact Us

First Name *

Last Name *

Company Name *

Business Email *

Company Type *

Job Role *

Phone *

Country *

Comments/Questions

☐ I have read and understand the Privacy Policy. *

☐ I have read and agree to the Terms of Service and Cookie Policy. *

☐ Yes: I would like to receive communications regarding CME Group products, services, and events. I understand that I can unsubscribe at any time. By registering, I confirm that I have read and fully understand the CME Group Privacy Policy and hereby agree

Submit

Americas
+1 312 634 8386

EMEA
+44-20-3379-3784

Asia
+65 6593 5505

Subscription Center

English ▼

## SEND US FEEDBACK

Email (optional)

Enter your Message

protected by reCAPTCHA
Privacy  Terms

SUBMIT

## WHO WE ARE

CME Group is the world's leading and most diverse derivatives marketplace. The company is comprised of four Designated Contract Markets (DCMs). Further information on each exchange's rules and product listings can be found by clicking on the links to CME, CBOT, NYMEX and COMEX.

## CONTACT US  VIEW ALL

CME Group / Chicago HQ
Phone  +1 312 930 1000
Toll Free (US Only): +1 866 716 7274

VIEW GLOBAL OFFICES ›

## CONNECT WITH US

© 2019 CME Group Inc. All rights reserved.

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act Transparency Statement

Case 1:19-cv-01621 Document #: 13 Filed: 03/07/19 Page 58 of 145 PageID #:949



Implied Option Volatility Curves
Data for 40 CME Group products

## Market Technology Services

CME Group is dedicated to understanding the needs of each individual customer and providing a comprehensive portfolio of technology offerings which focuses on trading applications, infrastructure, global connectivity and data services needed throughout the trading lifecycle.

### Infrastructure


**Connectivity Options**
Access a wide range of connectivity options in production and test environments with CME Globex.


**Co-Location & Data Center Services**
Our Co-Location and Data Center Services are focused on delivering high quality infrastructure options alongside low latency connectivity to CME Globex.







### Pre-Trade
CME Group offers tools to help make every step of the trading lifecycle easier for you.

•••

**Historical Data Services**
The most comprehensive historical price information available for all our markets

**CME Pivot**
A feature-rich open network instant messaging solution

### Trading and Clearing
CME Group has proprietary applications and third party integrations for customers to access our markets.

•••

**CME Globex**
Global electronic trading system for futures and options

**CME Direct**
Our highly-configurable front-end trading system

**CME ClearPort**
Clearing service for the global OTC market

**Elysian**
Market-leading auction platform technology

**Trading Applications / ISVs**
Integrations with more than 50 certified independent software vendors (ISVs)

### Post-Trade
Efficiently process and report trades with a variety of post-trade solutions frm CME Group.

•••

**Straight Through Processing (STP)**
Streamline post-trade flows by connecting directly to the exchange.

**Global Repository Services**
Reporting solutions to help customers comply with regulatory requirements

## Market Technology Resources



**Tech Talk**




**Technology at CME Group**

## Contact Us

For questions about our market technology offering:

 Market Tech Sales

For questions about CME Globex:

Global Account Management

**SEND US FEEDBACK**

Email (optional)

**WHO WE ARE**

CME Group is the world's leading and most diverse derivatives marketplace. The company is comprised of four Designated Contract Markets (DCMs). Further information on each exchange's rules and product listings can be found by clicking on the links

**CONTACT US**

  Submit

CME Group / Chicago HQ
Phone +1 312 930 1000
Toll Free (US Only) +1 866 716 7274

VIEW GLOBAL OFFICES ›

**CONNECT WITH US**

  

© 2019 CME Group Inc. All rights reserved

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act Transparency Statement



CME DataMine: Access Valuable Historical Data

## CME Globex

CME Globex is the premier electronic trading system providing global connectivity to the broadest array of futures and options across all asset classes. CME Group technology facilitates electronic trading, providing users across the globe with virtually 24-hour access to global markets.

CME Group offers a variety of connectivity options for market participants.

### Who Can Trade on CME Globex?

CME Globex is an open access marketplace that allows you to directly enter your own trades and participate in the trading process, including viewing the book of orders and real-time price data.

To access CME Globex, customers must have a CME Group clearing firm relationship, CME Group-certified trading application and connectivity to CME Globex.

### Find a Broker

CME Group's Find a Broker tool helps you connect with a clearing firm to establish the relationship that is required to trade CME Group markets and products.

→ Search our broker directory.

---

### ● Trade on CME Globex

With global distribution and international hubs, CME Globex offers a range of connectivity options, diverse risk management tools and resources and export support from our Global Command Center.

### ● Develop to CME Globex

CME Group offers a wide variety of development resources, including technical documentation, Client Impact Assessments on upcoming CME Globex enhancements, test environments and automated certification tool, to assist customers with developing to CME Globex.

---

## CME Group Customer Forums

### Latest Updates on Upcoming Technology and Business Initiatives

CME Group Customer Forums are designed to bring CME Group and our customers together. This series of global events, focused on electronic trading initiatives, provides forward-looking information on a broad array of upcoming technology and business topics.

### Presentations from past events

**Chicago**

- Chicago/New York Customer Forum Q4 2018 (PDF)
- Chicago/New York Customer Forum Q4 2018 (Webinar)

**London**

- London Customer Forum Q4 2018

**APAC Region**

- Asia Customer Forum Q4 2018

---

## Contact Us

✉ Global Account Management

📞 U.S.: +1 312 634 8700

📞 Europe: +44 20 3379 3754

📞 Asia: +65 6593 5505

✉ Global Command Center

📞 U.S.: +1 800 438 8616

📞 Europe: +44 20 7623 4747

📞 Asia: +65 6532 5010

✉ Certification Support for Electronic Trading (CSET)

📞 U.S.: +1 312 930 2322

📞 Europe: +44 20 3379 3800

📞 Asia: +65 6593 5693

## Resources

- CME Globex Brochure (PDF)
- CME Globex Reference Guide (PDF)
- CME Globex Notices
- iLink Session Policy
- Market Integrity Controls
- CME Globex Product Reference Sheet

---

**SEND US FEEDBACK**

Email (optional)

**WHO WE ARE**

CME Group is the world's leading and most diverse derivatives marketplace. The company is comprised of four Designated Contract Markets (DCMs). Further information on each




**CONTACT US**  VIEW ALL

**CONNECT WITH US**



CME Group / Chicago HQ
Phone +1 312 930 1000
Toll Free (US Only) +1 866 716 7274

VIEW GLOBAL OFFICES

© 2019 CME Group Inc. All rights reserved

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act Transparency Statement



## CME ClearPort

CME ClearPort is a comprehensive set of flexible clearing services for the global OTC market that clears transactions across from 1,800 listed contracts over multiple asset classes. Clearing more than 300,000 contracts daily, CME ClearPort also brings together more than 17,000 registered users around the world including commercial, banking and hedge funds firms to FCMs and clearing firms.

Access a flexible suite of clearing services and capabilities and gain the advantages of security, efficiency and confidence.

[ +) Login ]  [ ☑ Register ]

## CME ClearPort Product Slate

[ View all Products ]

**Top 10 Energy Products**    Crude Oil    Natural Gas    Refined Products    Biofuels    Coal    Power    Petrochemicals

| Clearing | CME Globex | Floor | CME ClearPort | Product Name | Subgroup | Exchange | Volume | Open Interest |
|---|---|---|---|---|---|---|---|---|
| CL | CL | - | CL | Crude Oil Futures | Crude Oil | NYMEX | 1,241,778 | 2,060,205 |
| NG | NG | - | NG | Henry Hub Natural Gas Futures | Natural Gas | NYMEX | 324,003 | 1,332,107 |
| RB | RB | - | RB | RBOB Gasoline Futures | Refined Products | NYMEX | 283,801 | 421,930 |
| HO | HO | - | HO | NY Harbor ULSD Futures | Refined Products | NYMEX | 191,782 | 437,166 |
| LO | LO | - | LO | Crude Oil Options | Crude Oil | NYMEX | 125,534 | 2,310,377 |
| BZ | BZ | - | BZ | Brent Last Day Financial Futures | Crude Oil | NYMEX | 89,414 | 103,086 |
| LN | LNE | - | LN | Natural Gas Options (European) | Natural Gas | NYMEX | 58,333 | 2,030,186 |
| QM | QM | - | QM | E-mini Crude Oil Futures | Crude Oil | NYMEX | 19,461 | 4,141 |
| HH | HH | - | HH | Natural Gas (Henry Hub) Last-day Financial Futures | Natural Gas | NYMEX | 12,651 | 445,388 |
| HP | HP | - | HP | Natural Gas (Henry Hub) Penultimate Financial Futures | Natural Gas | NYMEX | 7,357 | 132,521 |

Trade Date: 15 Feb 2019 | PRELIMINARY

## CME ClearPort Resources









**What is CME ClearPort?**
Learn how to use CME ClearPort, including features and transaction process.

**CME ClearPort Brochure**
Read how to get started with CME ClearPort

**Overview of Cleared OTC Initiatives**
Read a comprehensive overview of centrally cleared OTC offerings, including IRS, CDS, and FX.

**Counterparty Firm Registration**
Register as a Counterparty Firm.

## Tools

CME ClearPort WebHelp   |   CME ClearPort Wiki

## Contact Us

For new customers, onboarding inquiries, and support issues, complete the following form and we will contact you with a response.

First Name: *

Last Name: *

Business Email Address: *

Company Name: *

Company Type: *

Job Role: *

### Support

 U.S. +1 800 438 8616

Europe +44 20 7623 4747

Asia +65 6532 5010

### Onboarding

 U.S. +1 312 456 1500

Europe +44 20 3379 3900

Phone *          Country: *

Comments:

☐ I have read and understand the Privacy Policy. *

☑ I have read and agree to the Terms of Service and Cookie Policy. *

☐ Yes. I would like to receive communications regarding CME Group products, services, and events.
I understand that I can unsubscribe at any time. By registering, I confirm that I have read and fully
understand the CME Group Privacy Policy and hereby agree.

[Submit]

## More in CME ClearPort



### Register for CME ClearPort
Begin the Firm or Individual
registration process.

### Access CME ClearPort API
Access information about CME
ClearPort API and how to implement
it with your system.

Subscription Center

English ▼

**SEND US FEEDBACK**

Email (optional)

Enter your Message

😣 😕 😐 😊 😄   [Submit]

protected by reCAPTCHA
Privacy - Terms

**WHO WE ARE**

CME Group is the world's leading and most diverse derivatives marketplace. The company is
composed of four Designated Contract Markets (DCMs). Further information on each
exchange's rules and product listings can be found by clicking on the links
to CME, CBOT, NYMEX and COMEX.

**CONTACT US** VIEW ALL

CME Group / Chicago HQ
Phone +1 312 930 1000
Toll Free (US Only) +1 866 716 7274

VIEW GLOBAL OFFICES

**CONNECT WITH US**

▶ 🐦 f in 🅾 ᔕ

© 2019 CME Group Inc. All rights reserved

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act Transparency Statement



CME Group    TRADING    CLEARING    REGULATION    DATA    TECHNOLOGY    EDUCATION    ABOUT



## CME Pivot Retirement – February 28, 2019

### CME Pivot Platform Retirement

To our valued CME Pivot customers,

CME Group is announcing the retirement of the CME Pivot platform, which will occur on February 28, 2019. We recognize this may be an inconvenience. To help make this transition as smooth as possible, CME Group will waive all CME Pivot fees from October 1, 2018 through February 28, 2019, at which time each Pivot License Agreement will terminate.

CME Group offers CME Chat, integrated chat functionality within the web-based version of CME Direct, which allows customers to view market data and execute trades on futures, options and blocks all on one screen. We welcome the opportunity to speak with you further about CME Chat to see if it would be an appropriate fit for your needs.

Thank you for the years of business using the Pivot platform. For more information, please visit our FAQ or contact Market Technology Sales at MarketTechSales@cmegroup.com

CME Group

Visit our **CME Pivot retirement frequently asked questions** for more information.

**24/6 Technical Support**

📞 **US:** +1 866 947 9097

📞 **London:** +44 20 3379 3336

📞 **Singapore:** +65 6593 5526

✉ **CME Pivot Support**

👥 **Pivot:** pivotsupport

## More in CME Direct



**CME Direct Home** →



**Market Tech Services** →

Subscription Center

English ▼

**SEND US FEEDBACK**

Email (optional)

Enter your Message



Submit

protected by reCAPTCHA
Privacy - Terms

**WHO WE ARE**

CME Group is the world's leading and most diverse derivatives marketplace. The company is comprised of four Designated Contract Markets (DCMs). Further information on each exchange's rules and product listings can be found by clicking on the links to CME, CBOT, NYMEX and COMEX.

**CONTACT US**  VIEW ALL

CME Group / Chicago HQ
Phone: +1 312 930 1000
Toll Free (US Only) +1 866 716 7274

VIEW GLOBAL OFFICES →

**CONNECT WITH US**

▶ 𝕐 f in ⊙ ⟩⟩

© 2019 CME Group Inc. All rights reserved.

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act Transparency Statement

CME Group   TRADING   CLEARING   REGULATION   DATA   TECHNOLOGY   EDUCATION   ABOUT



## Elysian Systems

## Home to LIQUID, the leading auction platform technology

Elysian's Liquid trading system is the leading trading, matching and auction platform used by the world's largest Inter-Dealer Brokers, Exchanges, SLE's, MTF's and OTC trading venues to match orders in over-the-counter (OTC) markets, including interest rate derivatives, credit derivatives, fixed income and commodities.

Its highly customizable interface allows our customers to provide a tailored whitelabeled service to their clients. The LIQUID Trading Platform supports a diverse range of execution and trading protocols. Our versatile API makes for easy connectivity and data distribution, and a flexible approach to product pricing and duration ensures a best fit solution for all institutions.

### Benefits

- Fully integrated, feature rich execution platform support
- Choose your execution style: purely electronic, voice, or hybrid matching
- Available for Central Limit Order Book, RFQ, Spot and Auction Trading Sessions and Assessment Windows
- Intuitive look and feel: fully customizable front-end
- Industrial strength, exchange-grade technology
- Automation: Instantly automated trade details for both simple and complex strategies
- Swiss army knife configurability and options to accommodate a diversity of market structures, conventions and trading protocols, ensures rapid launch and ongoing evolution with changing needs
- API Connectivity: our FIX APIs enable systemic integration for order, trade, and market data across industry standard protocols

### Contact Us

✉ ElysianSales@cmegroup.com

📞 +44 20 3379 3931

---

Subscription Center

[ English ▾ ]

**SEND US FEEDBACK**

Email (optional)

[                    ]

Enter your Message

[                    ]

   Submit


protected by reCAPTCHA
Privacy - Terms

**WHO WE ARE**

CME Group is the world's leading and most diverse derivatives marketplace. The company is composed of four Designated Contract Markets (DCMs). Further information on each exchange's rules and product listings can be found by clicking on the links to CME, CBOT, NYMEX and COMEX.

**CONTACT US**  VIEW ALL

CME Group / Chicago HQ
Phone +1 312 930 1000
Toll Free (US Only) +1 866 716 7274

VIEW GLOBAL OFFICES ›

**CONNECT WITH US**

▶  𝕏  f  in  ◎  ⧉

© 2019 CME Group Inc. All rights reserved.

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act Transparency Statement





## CME Group Global Office Contacts | CME Group Contacts

We have global distribution capabilities through our trading hubs in key market centers, and our international network of strategic partners provides further opportunities to serve a broad range of clients worldwide.

### Global Headquarters

**Chicago**

CME Group Inc.
20 South Wacker Drive
Chicago, Illinois 60606
USA
☎ +1 312 930 1000

Access in 150 Countries

Connections through 11 Global Hubs

Relationships with 12 Partner Exchanges

## CME Group Offices Worldwide

### Americas

**New York**

NYMEX World Headquarters
300 Vesey Street
New York, NY 10282
phone: +1 212 299 2000

**Washington, D.C.**

Liberty Place
325 7th Street, NW
Suite 525
Washington, D.C. 20004
phone: +1 202 638 3838

**Houston**

1000 Louisiana Street
Suite 3660
Houston, TX 77002
phone: +1 713 658 2347

**Calgary**

#1000, 888 - 3rd St. SW
Bankers Hall, West Tower
Calgary, Alberta,
T2P 6C6, Canada
phone: +403 444 6876

**São Paulo**

Avenida Paulista, 1079 - 7° Andar
São Paulo, Brazil 01311-200
phone: +55 11 2787/ 6279

### EMEA

**London**

Fourth Floor
One New Change
London EC4M 9AF
United Kingdom
phone: +44 20 3379 3700

**Belfast**

Millennium House 5th Floor
19-25 Great Victoria Street
Belfast BT2 7AQ
United Kingdom
phone: +44 28 9089 8800

### Asia

**Singapore**

One Raffles Quay
#27-10 South Tower
Singapore 048583
phone: +65 6593 5555

**Hong Kong**

Unit 7711-13, 77/F The Center
99 Queen's Road Central
Hong Kong
phone: +852 2582 2200

**Seoul**

Level 10
9F, Uksadang-daero, Yaongdeungpo-gu,
Seoul, 07321, Republic of Korea
phone: +82 2 6336 6700

**Tokyo**

Kasumigaseki Building
3-2-5, Kasumigaseki
Chiyoda-ku
Tokyo 100-6006
Japan
phone +81-3-5511-6656

**Beijing**

No.6 Wudinghou Street
Unit 1106
Excel Centre
Xicheng District
Beijing 100033
China
+86 10 5913 1300

**Bangalore**

Level 8, Bagmane Tridib
Block A, No. 66/2
Bagmane Tech Park
C. V. Raman Nagar
Bangalore-560093
India
+91 80 3323 2300

**Australia**

Level 36, Gateway Tower
1 Macquarie Place,
Sydney 2000
Australia
phone: +61 2 8061 3210



Subscription Center

English ▼

**SEND US FEEDBACK**

Email (optional)

Enter your Message

😠 😐 😕 🙂 😄  Submit

protected by reCAPTCHA
Privacy - Terms

**WHO WE ARE**

CME Group is the world's leading and most diverse derivatives marketplace. The company is comprised of four Designated Contract Markets (DCMs). Further information on each exchange's rules and product listings can be found by clicking on the links to CME, CBOT, NYMEX and COMEX.

**CONTACT US**   VIEW ALL

CME Group / Chicago HQ
Phone: +1 312 930 1000
Toll Free (US Only) +1 866 716 7274

VIEW GLOBAL OFFICES ›

**CONNECT WITH US**

▶ 🐦 f in 📷 🔊

© 2019 CME Group Inc. All rights reserved

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act Transparency Statement

# EXHIBIT D

CME Group

Торговля   Клиринг   Регулирование   Данные   Технология   Образование   О нас   Войти

## Сотрудничество с физическими лицами

Институциональное предложение

## Экономические исследования | Просмотреть все экономические исследования



**Может ли экономика США сохранить свой темп после десятилетия роста?**

От CME Group October 09, 2018

Экономическая экспансия США с момента последнего спада длилась почти десять лет. У крупнейшей экономики мира есть стойкость, чтобы продолжить рости?



**Валюты развивающихся рынков: взгляд на американские ставки, торговая война**

От Bluford Putnam October 03, 2018

Валюты развивающихся рынков упали против доллара, за плюс к турецкой лире и аргентинскому песо. Дальнейшие повышения ставок в США могут добавить к их давлению.



**Brexit: классический случай приближающегося основного риска**

От Bluford Putnam October 01, 2018

Итоги переговоров по выходу Великобритании из Европейского союза под руководством Brexit представляют собой классический случай риска событий, который может достичь кульминации в ноябре.



All Access, All the Time.
Tools for the active, individual trader.

GET STARTED

## Отложенные котировки

Котировки задерживаются не менее чем на 10 минут.

## Futures & Options Trading

As the world's leading and most diverse derivatives marketplace, CME Group (www.cmegroupcenter.com) is where the world comes to manage risk. Through its exchanges, CME Group offers the widest range of global benchmark products across all major asset classes, including futures and options based on interest rates, equity indexes, foreign exchange, energy, agricultural products and metals. CME Group provides electronic trading globally on its CME Globex platform. The company also offers clearing and settlement services across asset classes for exchange-traded and over-the-counter derivatives through CME Clearing. CME Group's products and services ensure that businesses around the world can effectively manage risk and achieve growth.

✉ Центр подписок

### Отправить отзыв

Почта (Опционально)

Введите ваше сообщение

Submit

### Кто мы

Кто мы CME Group является ведущим мировым рынком дериативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

**Свяжитесь с Нами →**
Тюмень (Тюменская область),
ул. Челюскинцев 10
БЦ Альянс - Офисный центр.
Телефон +7 345 265 89 13

**Глобальные офисы →**

**Свяжитесь с нами**

f  🐦  in  📷  🌐  G+

▶  YK  p  📱  🔊  💬

📲

© 2018 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве



Login

E-Mail Address

Password

☐ Remember Me

Login

Forgot Your Password? Have no account? Register

✉ Центр подписок

**Отправить отзыв**

Почта (Опционально)

Введите ваше сообщение

Submit

**Кто мы**

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырёх обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

Свяжитесь с Нами ↑
Тюмень (Тюменьская область).
ул. Челюскинцев 10
БЦ Альянс - Офисный центр.
Телефон: +7 345 265 89 13

Глобальные офисы ↑

**Свяжитесь с нами**

f  🐦  in  🔵  📷  📞  G+  📶  📱  🖼  P  📶  📲  ▶

© 2018 CME Group Inc. All rights reserved

Карьера | Карта сайта | Отказ | Политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве



CME Group

| Торговля | Клиринг | Регулирование | Данные | Технологии | Образование | О нас | Войти |

## Все продукты Главная

**Продукты**

**Группа продуктов**

ZC Кукуруза (Corn)
ZS Соя (Soybean)
CL Нефть марки Sweet (WTI Crude Oil)
NG Природный Газ (Natural Gas)
ES Фьючерсный контракт на фондовый индекс S&P 500
(E-mini S&P 500)
NQ фьючерсный контракт на фондовый индекс Nasdaq-100 (E-mini Nasdaq-100)
6E Индекс Евро (Euro FX)
GE Евродоллар (Eurodollar)
ZN 10-ти летние казначейские облигации (10-Year T-Note)
ZF 5-ти летние казначейские облигации (5-Year T-Note)
GC Золото (Gold)

Сельское хозяйство
Энергетика
Фондовый Индекс
Форекс
Процентные ставки
Металлы
Опционы
Внебиржевая торговля (ОТС)
Недвижимость
Погода

**Getting Started**

Комиссия
Найти брокера
Календарь праздников
Членство
Инструменты и ресурсы

Рекламодатель
Daily market data and insight for the Individual Active Trader

**Криптовалюта**
Bitcoin futures and other cryptocurrency products are now available.

### New to Futures?

Learn why traders use futures, how to trade futures, and what steps you should take to get started

Начать

**ТОРГОВАЯ ВОЙНА**
От Bluford Putnam Октябрь 03, 2018
Валюты развивающихся рынков упали против доллара, во главе с турецкой лирой и аргентинским песо. Дальнейшее повышение

От CME Group Октябрь 09, 2018
Экономическая экспансия США с именем последнего спада длилась почти десять лет. У крупнейшей экономики мира есть стойкость, чтобы продолжать расти?

От Bluford Putnam Октябрь 01, 2018
Итоги переговоров по выходу Великобритании из Европейского союза под руководством Brexit представляют собой классический тип риска событий, который может...





LRRU | north | Gene | Gene | Micr | Lost | CM/E | North | Micr | Micr | Gene | filing | Futu | 7 wa

https://www.cmegroupcenter.com

Apps | Westlaw | Corsearch | Jungle Disk | Zimbra Web Client ... | TSDR | TMEP | Trademark Electroni... | Acceptable ID

CME Group

Торговля | Клиринг | Регулирование | Данные | Технологии | Образование | О нас | Войти

## Clearing Home

Управление рисками

Управление финансами и обеспечением

Финансовое и нормативное наблюдение

Клиринговые операции и поставки

Эффективные облигации / поля

### Клиринговые рекомендации

Новый обзор продукта: первоначальный список фьючерсного контракта MTBE FOB Singapore (Platts) – Окт 05 2018

Initial Listing of MTBE FOB Singapore (Platts) Futures Contract. For the full text of this advisory, please clic...

Performance Bond Requirements: Energy, Metals, & Interest Rates - Effective October 5, 2018 – Oct 04 2018

As per the normal review of market volatility to ensure adequate collateral coverage, the Chicago Mercantile Exc...

OTC BRL IRS Event Risk Margin Change Round 2 – Oct 02 2018

CME will further increase BRL IRS Margin level by increasing the liquidity charge for all BRL Swaps in anticipat...

Маржинальные услуги

Try our new interactive margin calculator and evaluate initial margin requirements

Может ли экономика США сохранить свой темп после десятилетия роста?

От CME Group Октябрь 09, 2018

Экономическая экспансия США с момента последнего спада длилась почти десять лет. У крупнейшей экономики мира есть стойкость, чтобы продолжать расти?

Валюты развивающихся рынков: взгляд на американские ставки, торговая война

От Bluford Putnam Октябрь 03, 2018

Валюты развивающихся рынков упали против доллара, во главе с турецкой лирой и аргентинским песо. Дальнейшие повышения

Brexit: классический случай приближающегося основного риска

От Bluford Putnam Октябрь 01, 2018

Итоги переговоров по выходу Великобритании из Европейского союза под руководством Brexit представляют собой классический с... риска событий, который может дост...

Отправьте нам сообщение | jivosite

Type here to search

11:14 AM
2/18/2019

CME Group

Торговля | Клиринг | Регулирование | Данные | Технологии | Образование | О нас | Войти

https://www.cmegroupcenter.com

## Рыночное регулирование Главная

| Исследования | Связанная информация |
| Исследование Данных | Свод правил |
| Наблюдение за рынком | Правила подачи заявок |
| Правоприменение | Дисциплинарные уведомления |
| Регулирование | Арбитраж |
| информационно-пропагандистской деятельности | Пределы позиции |
| Архивные советы | Консультанты регистрации |
| Центр подписки | |

Рекомендации по регулированию рыночного регулирования | Просмотреть все рекомендации

### Может ли экономика США сохранить свой темп после десятилетия роста?

От CME Group. Октябрь, 09, 2018

Экономическая экспансия США с момента последнего спада длилась почти десять лет. У крупнейшей экономики мира есть стоимость, чтобы продолжать расти?

### Валюты развивающихся рынков: взгляд на американские ставки, торговая война

От Buford Putnam. Октябрь, 03, 2018

Валюты развивающихся рынков упали против доллара, во главе с турецкой лирой и аргентинским песо. Дальнейшее повышение

### Brexit: классический случай приближающегося основного риска

От Buford Putnam. Октябрь, 01, 2018

Итоги переговоров по выходу Великобритании из Европейского союза под руководством Brexit представляют собой классический основной риска событий, который может дости

Type here to search









https://www.cmegroupcenter.com
Apps Westlaw Corsearch Jungle Disk Zimbra Web Client ... TSDR TMEP Trademark Electroni... Acceptable ID
CME Group
Торговля Клиринг Регулирование Данные Технологии Образование О нас Войти
Технологии Главная
Приложения
CME Globex
CME Direct
CME ClearPort
CME Pivot
Elysian
Сервисы
Прямая обработка (STP)
Услуги совместного размещения
Глобальные службы репозитория
Технический раздел
Технический раздел
Проницательный и продуманный контент, связанный с современными финансовыми технологиями.
Экономические исследования | Просмотреть все экономические исследования
new
Может ли экономика США сохранить свой темп после десятилетия роста?
От CME Group Октябрь 09, 2018
Валюты развивающихся рынков: взгляд на американские ставки, торговая война
От Bluford Putnam Октябрь 03, 2018
OFF THE CHARTS!
Brexit: классический случай приближающегося основного риска
От Bluford Putnam Октябрь 01, 2018
Отправьте нам сообщение
jivosite
Type here to search
11:14 AM
2/18/2019

https://www.cmegroupcenter.com
Apps Westlaw Corsearch Jungle Disk Zimbra Web Client ... TSDR TMEP Trademark Electroni... Acceptable ID
CME Group
Торговля
Клиринг
Регулирование
Данные
Технологии
Образование
О нас
Войти
Образование Главная
Узнать о торговле
Практическая торговля
Управление рисками / хеджирование
Календарь событий
Подкасты
Все учебные материалы
Альтернативные инвестиционные ресурсы
New to Futures?
Learn why traders use futures, how to trade futures, and what steps you should take to get started.
Начать
CME Institute
Futures Fundamentals
Экономические исследования
new
OFF THE CHARTS!
Может ли экономика США сохранить свой темп после десятилетия роста?
От CME Group Октябрь 09, 2018
Экономическая экспансия США с момента последнего спада длилась почти десять лет. У крупнейшей экономики мира есть стойкость, чтобы продолжать расти?
Валюты развивающихся рынков: взгляд на американские ставки, торговая война
От Bluford Putnam Октябрь 03, 2018
Валюты развивающихся рынков упали против доллара, во главе с турецкой лирой и аргентинским песо. Дальнейшие повышения
Brexit: классический случай приближающегося основного риска
От Bluford Putnam Октябрь 01, 2018
Итоги переговоров по выходу Великобритании из Европейского союза под руководством Brexit представляют собой классический с
риска событий, который может дост
Отправьте нам сообщение
jivosite
Type here to search
11:14 AM
2/18/2019

CME Group

Торговля | Клиринг | Регулирование | Данные | Технологии | Образование | О нас | Войти

## О нас Главная

Корпоративный обзор
Глобальные контакты
Партнерские обмены
Центр инноваций
Корпоративное
гражданство

Отношения с инвесторами
Медиа-зал
Карьера
Просмотреть работы

Новости | Просмотреть все новости

Открытые рынки | Посетить открытые рынки

## Экономические исследования | Просмотреть все экономические исследования

**Может ли экономика США сохранить свой темп после десятилетия роста?**

От CME Group Октябрь 09, 2018

Экономическая экспансия США с момента последнего спада длилась почти десять лет. У крупнейшей экономики мира есть стойкость, чтобы продолжать расти?

**Валюты развивающихся рынков: взгляд на американские ставки, торговая война**

От Bluford Putnam Октябрь 02, 2018

Валюты развивающихся рынков упали против доллара, во главе с турецкой лирой и аргентинским песо. Дальнейшее повышения

**Brexit: классический случай приближающегося основного риска**

От Bluford Putnam Октябрь 01, 2018

Итоги переговоров по выходу Великобритании из Европейского союза под руководством Brexit представляют собой классический случай риска событий, который может дост

OFF THE CHARTS!

**CME Group**

Торговля | Клиринг | Регулирование | Данные | Технологии | Образование | О нас | Войти

## Регистрация

ФИО

E-Mail

Телефон

Скайп

Пароль

Подтвердите пароль

Платёжная система

PerfectMoney

Реквизиты

Персональный код пригласившего

Поле не обязательно для заполнения

**Регистрация**

Центр подписок

Отправить отзыв

Почта (Опционально)

### Кто мы

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырёх обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на



Свяжитесь с Нами →

Тюмень (Тюменская область),
ул. Челоскинцев 10
БЦ Альянс - Офисный центр.
Телефон: +7 345 265 89 13

Глобальные офисы →

Submit

Свяжитесь с нами

© 2018 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве

Case: 1:19-cv-01621 Document #: 13 Filed: 03/07/19 Page 80 of 145 PageID #:971



**CME Group**

Reset Password

E-Mail Address

Send Password Reset Link



## Центр подписок

### Отправить отзыв

Почта (Опционально)

Введите ваше сообщение

Submit

### Кто мы

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

Свяжитесь с Нами →
Тюмень (Тюменская область),
ул. Челюскинцев 10
БЦ Альянс - Офисный центр.
Телефон: +7 345 265 89 13

Глобальные офисы →

### Свяжитесь с нами








© 2018 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве

# EXHIBIT E

CME Group

Торговля | Клиринг | Регулирование | Данные | Технологии | Образование | О нас          Войти

## Сотрудничество с физическими лицами. Инвестиционное предложение

Ознакомиться

**CME Group**: Компания с глобальными рынками, дающая участникам возможность эффективно управлять рисками и использовать возможности в каждом крупном классе активов

Торговля **фьючерсами, опционами, наличными** и **внебиржевыми рынками**; **оптимизировать портфели**; и **анализировать данные** в **CME Group**; ведущем и наиболее разнообразном рынке деривативов в мире. Мы располагаем уникальными возможностями, чтобы предоставить вам доступ, необходимый для эффективного управления рисками и получения возможностей в каждом крупном классе активов.

Расширьте свои возможности с постоянным доступом к рынку - в каждом часовом поясе, почти 24 часа в сутки. Все поддержано новейшими инструментами, технологиями и ресурсами, необходимыми для каждого шага жизненного цикла торговли.

## ЭКОНОМИЧЕСКИЕ ИССЛЕДОВАНИЯ   СМОТРЕТЬ ВСЁ

Погрузитесь в идеи и анализ наших опытных экономистов, Blu Putnam и Erik Norland, освещая события и тенденции, открывающие возможности на фьючерсных и опционных рынках.







**Three Big Equity Event Risks**

От **Bluford Putnam**
ФЕВРАЛЬ 04, 2019



**Why has Equity Index-Treasury Options Volatility Diverged?**

От **Erik Norland**
ЯНВАРЬ 30, 2019



**Equities: Six Ways to Spot a Flagging Bull Market**

От **Erik Norland**
ЯНВАРЬ 28, 2019



## Весь доступ, все время

Откройте для себя новые торговые стратегии и расширьте свое знакомство с нашими рынками, предлагая инструменты для активного индивидуального трейдера.

☑ Центр подписок

**Отправить отзыв**

Почта (Опционально)

Введите ваше сообщение

Submit

**Кто мы**

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

**Свяжитесь с Нами →**
Russia
"World Trade Center"
st Kovalshinskaya 8
Nizhny Novgorod, 603006

**Глобальные офисы →**

**Свяжитесь с нами**

f   y   in   ☺   ⚅   G+

▶   ук   ℘   ⊞   ℥   ✆

✈

© 2019 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве





# Clearing Home

Управление рисками
Управление финансами и обеспечением
Финансовое и нормативное наблюдение
Клиринговые операции и поставки
Эффективные облигации / поля

Маржинальные услуги
Try our new interactive margin calculator and evaluate initial margin requirements

## Клиринговые рекомендации

Новый обзор продукта: первоначальный список фьючерсного контракта MTBE FOB Singapore (Platts) – Окт 05 2018

Initial Listing of MTBE FOB Singapore (Platts) Futures Contract. For the full text of this advisory, please clic...

Performance Bond Requirements: Energy, Metals, & Interest Rates - Effective October 5, 2018 – Oct 04 2018

As per the normal review of market volatility to ensure adequate collateral coverage, the Chicago Mercantile Exc...

OTC BRL IRS Event Risk Margin Change Round 2 – Oct 02 2018

CME will further increase BRL IRS Margin level by increasing the liquidity charge for all BRL Swaps in anticipat...

## Кто Мы

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

Свяжитесь с Нами →
Russia
"World Trade Center"

## Свяжитесь с нами

## Отправить отзыв

Почта (Опционально)

Введите ваше сообщение





## CME Group

Торговля | Клиринг | Регулирование | Данные | Технологии | Образование | О нас | Войти

### Рыночные данные Главная

Отчеты
Расчеты
Объем и открытый интерес
Ежедневный бюллетень
Отчеты регистраций

Дистрибьюторы
Новые И Существующие Дистрибьюторы
Список Лицензированных Дистрибьюторов

Внутридневные Данные
Отложенные котировки
Блочные сделки

### Данные на основе подписки

**MDP (Streaming)**
Access our market data directly via our Market Data Platform

**E-Quotes**
Offering charting, analytics, real-time quotes and news on our products

**CME DataMine (Historical)**
Comprehensive historical price information available on select CME Group contracts

### Кто Мы

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

### Свяжитесь с Нами →

Russia
"World Trade Center"

### Свяжитесь с нами

f  🐦  in  🖼️  ⌚

### ✉️ Центр подписок

**Отправить отзыв**

Почта (Опционально)

Введите ваше сообщение







Case: 1:19-cv-01621 Document #: 13 Filed: 03/07/19 Page 91 of 145 PageID #:952

Login

E-Mail Address

Password

☐ Remember Me

Login

Forgot Your Password?   Have no account? Register

✉ Центр подписок

## Отправить отзыв

Почта (Опционально)

Введите ваше сообщение

Submit

## Кто мы

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырёх обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

### Свяжитесь с Нами →
Russia
'World Trade Center'
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

### Глобальные офисы →

### Свяжитесь с нами

f  ▶  in  ⓘ  G+
◼  ук  ℗  ⚫  📶

© 2019 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве



**CME Group**

Торговля | Клиринг | Регулирование | Данные | Технологии | Образование | О нас | Войти



## Reset Password

E-Mail Address

Send Password Reset Link

✉ Центр подписок

### Отправить отзыв

Почта (Опционально)

Введите ваше сообщение

Submit

### Кто мы

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырёх обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

Свяжитесь с Нами →
Russia
World Trade Center
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

Глобальные офисы →

### Свяжитесь с нами

f  🐦  in  ⓘ  G+

📷  ук  ℗  📡  📞

▶  🌐

© 2019 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве

CME Group

Торговля | Клиринг | Регулирование | Данные | Технологии | Образование | О нас | Войти

## Регистрация

ФИО

E-Mail

Телефон

Skype

Пароль

Подтвердите пароль

Платёжная система

PerfectMoney

Реквизиты

Персональный код пригласившего

Поле не обязательно для заполнения

**Регистрация**

### Кто мы

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырёх обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на

Центр подписок

### Отправить отзыв

Почта (Опционально)

Свяжитесь с Нами →

Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603005

Глобальные офисы →

Submit

Свяжитесь с нами

f   &#x1F426;   in   &#x1F4F7;   G+

&#x2B24;   УЖ   &#x1F4CD;   &#x1F4F1;   &#x1F4F6;

&#x25BC;

© 2019 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве

# EXHIBIT F

**Meta Tags contained in CMEGROUP.COM source code**

```
<!-- Meta tags -->
80
81
82 <meta name="title" content="Futures &amp; Options Trading for Risk Management - CME Group"/>
83
84
85 <meta name="description" content="CME Group is the world's leading and most diverse
derivatives marketplace offering the widest range of futures and options products for risk
management."/>
86
87
88
89 <meta name="keywords" content="cme group, cme, cbot, nymex, manage risk, risk management,
futures exchange, futures trading, trade futures, commodity/commodities exchange, derivatives
trading,
derivatives exchange, futures markets, futures and options trading, options exchange,
commodity options, commodity future trading, commodity markets, chicago mercantile exchange,
chicago board of
trade, new york mercantile exchange"/>
90
91
92
93
94
95
96
97
98
99
100 <!-- OpenGraph tags -->
101
102
103
104
105 <meta property="og:title" content="Futures &amp; Options Trading for Risk Management - CME
Group"/>
106 <meta property="og:type" content="website"/>
107 <meta property="og:url"
content="https://web.archive.org/web/20181009175719/http://www.cmegroup.com/"/>
108 <meta property="og:image"
content="https://web.archive.org/web/20181009175719im_/http://www.cmegroup.com/images/og-cme-
group-li.jpg"/>
109 <meta property="og:image"
content="https://web.archive.org/web/20181009175719im_/http://www.cmegroup.com/images/og-cme-
group-fb.jpg"/>
110 <meta property="og:description" content="CME Group is the world's leading and most diverse
derivatives marketplace offering the widest range of futures and options products for risk
management."/>
```

**Meta Tags contained in CMEGROUPCENTER.COM source code**

```
<!-- Meta tags -->
71
72
73 <meta name="title" content="Futures &amp; Options Trading for Risk Management - CME Group">
74
75
76 <meta name="description"
77 content="CME Group is the world's leading and most diverse derivatives marketplace offering
the widest range of futures and options products for risk management.">
78
79
80 <meta name="keywords"
81 content="cme group, cme, cbot, nymex, manage risk, risk management, futures exchange,
futures trading, trade futures, commodity/commodities exchange, derivatives trading,
derivatives
exchange, futures markets, futures and options trading, options exchange, commodity options,
commodity future trading, commodity markets, chicago mercantile exchange, chicago board of
trade, new york
mercantile exchange">
82
83
84 <!-- OpenGraph tags -->
85
86
87 <meta property="og:title" content="Futures &amp; Options Trading for Risk Management - CME
Group">
88 <meta property="og:type" content="website">
89 <meta property="og:url" content="http://www.cmegroup.com">
90 <meta property="og:image" content="http://www.cmegroup.com/images/og-cme-group-li.jpg">
91 <meta property="og:image" content="http://www.cmegroup.com/images/og-cme-group-fb.jpg">
92 <meta property="og:description"
93 content="CME Group is the world's leading and most diverse derivatives marketplace offering
the widest range of futures and options products for risk management.">
```

**Meta Tags contained in CMERUSSIAN.COM source code**

```
<!-- add common meta tags -->
10 <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
11 <meta name="viewport" id="viewport"
12 content="width=device-width,minimum-scale=1.0,maximum-scale=1.0,initial-scale=1.0,user-
scalable=0">
13 <meta http-equiv="X-UA-Compatible" content="IE=edge">
14 <link
href="https://fonts.googleapis.com/css?family=Roboto:300,300i,400,400i,500,500i,700,700i"
rel="stylesheet">
15
16
17
18
19 <meta name="title" content="Futures &amp; Options Trading for Risk Management - CME Group">
20
21
22 <meta name="description"
23 content="CME Group is the world's leading and most diverse derivatives marketplace offering
the widest range of futures and options products for risk management.">
24
25
26 <meta name="keywords"
27 content="cme group, cme, cbot, nymex, manage risk, risk management, futures exchange,
futures trading, trade futures, commodity/commodities exchange, derivatives trading,
derivatives
exchange, futures markets, futures and options trading, options exchange, commodity options,
commodity future trading, commodity markets, chicago mercantile exchange, chicago board of
trade, new york
mercantile exchange">
28
29
30
31 <meta property="og:title" content="Futures &amp; Options Trading for Risk Management - CME
Group">
32 <meta property="og:type" content="website">
33 <meta property="og:url" content="http://www.cmegroup.com">
34 <meta property="og:image" content="http://www.cmegroup.com/images/og-cme-group-li.jpg">
35 <meta property="og:image" content="http://www.cmegroup.com/images/og-cme-group-fb.jpg">
36 <meta property="og:description"
37 content="CME Group is the world's leading and most diverse derivatives marketplace offering
the widest range of futures and options products for risk management.">
```

# CMEGROUP.COM

**Source Code**

```
1
2
3
4
5
6
7
8
9
10
11
12  <!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN" "http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd">
13  <!--[if (gt IE 9) | !(IE)]><!-->
14  <html lang="en" xml:lang="en" xmlns="http://www.w3.org/1999/xhtml" class="cmePineapple  no-js cme-home-landing">
15  <!--<![endif]-->
16
17
18
19
20
21
22
23
24
25
26
27  <head><script src="//archive.org/includes/analytics.js?v=cf34f82" type="text/javascript"></script>
28  <script type="text/javascript">window.addEventListener('DOMContentLoaded',function(){var w=archive_analytics.values;v.service='wb';v.server_name='web-
    app101.us.archive.org';v.server_ms=446;archive_analytics.send_pageview({});});</script>
29  <script type="text/javascript" src="/static/js/ait-client-rewrite.js?v=1549496156" charset="utf-8"></script>
30  <script type="text/javascript">
31  WB_wombat_init('https://web.archive.org/web', '20181009175719', 'www.cmegroup.com');
32  </script>
33  <script type="text/javascript" src="/static/js/wbhack.js?v=1549496156" charset="utf-8"></script>
34  <script type="text/javascript">
35  __wbhack.init('https://web.archive.org/web');
36  </script>
37  <link rel="stylesheet" type="text/css" href="/static/css/banner-styles.css?v=1549496156" />
38  <link rel="stylesheet" type="text/css" href="/static/css/iconochive.css?v=1549496156" />
39  <!-- End Wayback Rewrite JS Include -->
40
41  <!-- add Google Content Experiment (in Publish Mode) //-->
42
43
44
45
46
47  <script>(function(H){H.className=H.className.replace(/\bno-js\b/,'js cme-js')})(document.documentElement)</script>
48  <title>Futures &amp; Options Trading for Risk Management - CME Group</title>
49  <!-- add common meta tags -->
50  <meta http-equiv="Content-Type" content="text/html; charset=utf-8"/>
51  <meta name="viewport" id="viewport" content="width=device-width,minimum-scale=1.0,maximum-scale=1.0,initial-scale=1.0,user-scalable=0"/>
52  <meta http-equiv="X-UA-Compatible" content="IE=edge"/>
53
54  <!-- Google Tag Manager -->
55  <script type="text/javascript">
56  var cmeGTMCode = (document.location.hostname.indexOf("www.cmegroup.com") !== -1) ? "GTM-PLC5" : "GTM-MH2Q";
57  (function(w,d,s,l,i){w[l]=w[l]||[];w[l].push({'gtm.start':
58  new Date().getTime(),event:'gtm.js'});var f=d.getElementsByTagName(s)[0],
59  j=d.createElement(s),dl=l!='dataLayer'?'&l='+l:'';j.async=true;j.src=
60  '//web.archive.org/web/20181009175719/https://www.googletagmanager.com/gtm.js?id='+i+dl;f.parentNode.insertBefore(j,f);
61  })(window,document,'script','dataLayer',cmeGTMCode);
62  </script>
63  <!-- End Google Tag Manager -->
64
65
66      <link rel="canonical" href="https://web.archive.org/web/20181009175719/https://www.cmegroup.com/index.html"/>
67
68  <link rel="shortcut icon" href="/web/20181009175719im_/https://www.cmegroup.com/etc/clientlibs/cmegroup/cmegroupClientlibs/images/favicon.ico"/>
69  <link rel="apple-touch-icon-precomposed" href="/web/20181009175719im_/https://www.cmegroup.com/etc/clientlibs/cmegroup/cmegroupClientlibs/images/cme-icon-144x144.png" type="image/png"/>
70
71  <link rel="alternate" href="https://web.archive.org/web/20181009175719/http://cmegroup.com/content/cmegroup/en/index" hreflang="en"/>
72
73
74
75
76
77
78
79  <!-- Meta tags -->
80
81
82      <meta name="title" content="Futures &amp; Options Trading for Risk Management - CME Group"/>
83
84
85      <meta name="description" content="CME Group is the world's leading and most diverse derivatives marketplace offering the widest range of futures and options products for risk management."/>
86
87
88      <meta name="keywords" content="cme group, cme, cbot, nymex, manage risk, risk management, futures exchange, futures trading, trade futures, commodity/commodities exchange, derivatives trading,
    derivatives exchange, futures markets, futures and options trading, options exchange, commodity options, commodity future trading, commodity markets, chicago mercantile exchange, chicago board of
    trade, new york mercantile exchange"/>
90
91
92
93
94
95
96
97
98
99
100 <!-- OpenGraph tags -->
101
102
103
104
105      <meta property="og:title" content="Futures &amp; Options Trading for Risk Management - CME Group"/>
106 <meta property="og:type" content="website"/>
107 <meta property="og:url" content="https://web.archive.org/web/20181009175719/http://www.cmegroup.com/"/>
108 <meta property="og:image" content="https://web.archive.org/web/20181009175719im_/http://www.cmegroup.com/images/og-cme-group-li.jpg"/>
109 <meta property="og:image" content="https://web.archive.org/web/20181009175719im_/http://www.cmegroup.com/images/og-cme-group-fb.jpg"/>
110 <meta property="og:description" content="CME Group is the world's leading and most diverse derivatives marketplace offering the widest range of futures and options products for risk management."/>
111
112
113
114 <script type="text/javascript">
115     window.mobileLoginUrl = false;
116     window.schemaForMobile = 'cmegroupmobile';
117 </script>
118
119
120 <link rel="stylesheet" href="/web/20181009175719cs_/https://www.cmegroup.com/etc/clientlibs/cmegroup/cmegroupClientLibs.css" type="text/css">
121
122 <!--[if lte IE 8]>
123 <link rel="stylesheet" href="/etc/clientlibs/cmegroup/cmegroupClientLibs/css/cmePrint.css" type="text/css" media="print" />
124 <![endif]-->
125
126
127 <script type="text/javascript">
128
```

```
        document.write('<style type="text/css">.cmeDynamicForm .cmeButton {display:none;}</style>');
109     document.write('<style type="text/css">.cmeDynamicButton {display:none;}</style>');
130     document.write('<style type="text/css">.cmeDynamicForm .cmeButton.cmeDynamicShow {display:block;}</style>');
131  </script>
132  <script type="text/javascript" src="//web.archive.org/web/20181009175719js_/https://ajax.googleapis.com/ajax/libs/jquery/1.11.3/jquery.min.js"></script>
135  <script type="text/javascript" src="//web.archive.org/web/20181009175719js_/https://ajax.googleapis.com/ajax/libs/jqueryui/1.10.2/jquery-ui.min.js"></script>
136  <script type="text/javascript">
137     window.jQuery || document.write(unescape("%3Cscript src='/apps/cmegroup/widgets/jqueryLibs.js' type='text/javascript'%3E%3C/script%3E"));
138  </script>
137  <script type="text/javascript" src="/web/20181009175719js_/https://www.cmegroup.com/apps/cmegroup/widgets/commonTopLibs.js"></script>
138
139
140
141
142  <link href="https://plus.google.com/103746993878734713930" rel="publisher"/>
143
144  <!-- add custom CSS -->
145
146     <style type="text/css">
147  .cmeButtonHomeQuotes {margin-bottom: .625em;}
148  .cmeButtonHomeData {margin-left: .625em;}
149  .cmeBitcoinRealTimeIndex {padding-top:5px;}
150
151  <meta name="apple-itunes-app" content="app-id=958577007, affiliate-data=myAffiliateData, app-argument=myURL">
152
153  <link rel="alternate" href="https://web.archive.org/web/20181009175719/http://www.cmegroup.com/" hreflang="x-default"/>
154  <link rel="alternate" href="https://web.archive.org/web/20181009175719/http://www.cmegroup.com/" hreflang="en"/>
155  <link rel="alternate" href="https://web.archive.org/web/20181009175719/http://www.cmegroup.com/ko/" hreflang="ko"/>
156  <link rel="alternate" href="https://web.archive.org/web/20181009175719/http://www.cmegroup.com/cn-s/" hreflang="zh"/>
157  <link rel="alternate" href="https://web.archive.org/web/20181009175719/http://www.cmegroup.com/cn-t/" hreflang="zh-tw"/>
158  <link rel="alternate" href="https://web.archive.org/web/20181009175719/http://www.cmegroup.com/ja/" hreflang="ja"/>
159  <link rel="alternate" href="https://web.archive.org/web/20181009175719/http://www.cmegroup.com/pt/" hreflang="pt"/>
160  <meta name="google-site-verification" content="4WrD-XUyHz-IgomGuLkYG5NOgPlw72d3m8smCx8-Cx4"/>
161
162  <meta name="google-site-verification" content="1qslEEQTOjuvs7td7ZLxQc560GjQzM4ZRJzDnBI-x5M"/>
163
164
165  </head>
166
167
168
169
170
171
172  <body class="homeLandingTemplate "><!-- BEGIN WAYBACK TOOLBAR INSERT -->
173  <script type="text/javascript" src="/static/js/timestamp.js?v=1565496156" charset="utf-8"></script>
174  <script type="text/javascript" src="/static/js/graph-calc.js?v=1549439156" charset="utf-8"></script>
175  <script type="text/javascript" src="/static/js/auto-complete.js?v=1549439156" charset="utf-8"></script>
176  <script type="text/javascript" src="/static/js/toolbar.js?v=1549439156" charset="utf-8"></script>
177  <style type="text/css">
178  body {
179     margin-top:0 !important;
180     padding-top:0 !important;
181     /*min-width:800px !important;*/
182  }
183  .wb-autocomplete-suggestions {
184     text-align: left; cursor: default; border: 1px solid #ccc; border-top: 0; background: #fff; box-shadow: -1px 1px 3px rgba(0,0,0,.1);
185     position: absolute; display: none; z-index: 2147483647; max-height: 254px; overflow: hidden; overflow-y: auto; box-sizing: border-box;
186  }
187  .wb-autocomplete-suggestion { position: relative; padding: 0 .6em; line-height: 23px; white-space: nowrap; overflow: hidden; text-overflow: ellipsis; font-size: 1.02em; color: #333; }
188  .wb-autocomplete-suggestion b { font-weight: bold; }
189  .wb-autocomplete-suggestion.selected { background: #f0f0f0; }
190  </style>
191  <div id="wm-ipp" lang="en" style="display:none;direction:ltr;">
192  <div style="position:fixed;left:0;top:0;right:0;">
193  <div id="wm-ipp-inside">
194     <div style="position:relative;">
195     <div id="wm-logo" style="float:left;width:110px;padding-top:10px;">
196        <a href="/web/" title="Wayback Machine home page"><img src="/static/images/toolbar/wayback-toolbar-logo.png" alt="Wayback Machine" width="110" height="39" border="0" /></a>
197     </div>
198     <div class="r" style="float:right;">
199        <div id="wm-btns" style="text-align:right;height:25px;">
200           <div id="wm-save-snapshot-success">success</div>
201           <div id="wm-save-snapshot-fail">Fail</div>
202           <a href="#"
203              onclick="__wm.saveSnapshot('https://www.cmegroup.com/', '20181009175719')"
204              title="Share via My web Archive"
205              id="wm-save-snapshot-open">
206              <span class="iconochive-web"></span>
207           </a>
208           <a href="https://archive.org/account/login.php"
209              title="Sign In"
210              id="wm-sign-in">
211              <span class="iconochive-person"></span>
212           </a>
213           <span id="wm-save-snapshot-in-progress" class="iconochive-web"></span>
214           <a href="http://faq.web.archive.org/" title="Get some help using the Wayback Machine" style="top:-6px;"><span class="iconochive-question" style="color:rgb(87,186,244);font-size:160%;"></span></a>
215           <a id="wm-tb-close" href="#close" onclick="__wm.h(event);return false;" style="top:-2px;" title="Close the toolbar"><span class="iconochive-remove-circle" style="color:#888888;font-size:240%;"></span></a>
216        </div>
217        <div id="wm-share" style="text-align:right;">
218           <a href="#" onclick="window.open('https://www.facebook.com/sharer/sharer.php?u=https://web.archive.org/web/20181009175719/https://www.cmegroup.com/', '', 'height=400,width=600'); return false;" title="Share on Facebook" style="margin-right:5px;" target="_blank"><span class="iconochive-facebook" style="color:#305998;font-size:160%;"></span></a>
219           <a href="#" onclick="window.open('https://twitter.com/intent/tweet?text=https://web.archive.org/web/20181009175719/https://www.cmegroup.com/&amp;via=internetarchive', '', 'height=400,width=600'); return false;" title="Share on Twitter" style="margin-right:5px;" target="_blank"><span class="iconochive-twitter" style="color:#1dcaff;font-size:160%;"></span></a>
220        </div>
221     </div>
222     <table class="c" style="">
223        <tbody>
224        <tr>
225           <td class="u" colspan="2">
226              <form target="_top" method="get" action="/web/submit" name="wmtb" id="wmtb"><input type="text" name="url" id="wmtbURL" value="https://www.cmegroup.com/" onfocus="this.focus();this.select();" /><input type="hidden" name="type" value="replay" /><input type="hidden" name="date" value="20181009175719" /><input type="submit" value="Go" /></form>
227           </td>
228           <td class="n" rowspan="2" style="width:110px;">
229              <table>
230                 <tbody>
231                 <!-- NEXT/PREV MONTH NAV AND MONTH INDICATOR -->
232                 <tr class="m">
233                    <td class="b" nowrap="nowrap"><a href="https://web.archive.org/web/20180905085713/https://www.cmegroup.com/" title="09 Sep 2018"><strong>Sep</strong></a></td>
234                    <td class="c" id="displayMonthEl" title="You are here: 17:57:19 Oct 09, 2018">Oct</td>
235                    <td class="f" nowrap="nowrap"><a href="https://web.archive.org/web/20181109232839/https://www.cmegroup.com/" title="09 Nov 2018"><strong>Nov</strong></a></td>
236                 </tr>
237                 <!-- NEXT/PREV CAPTURE NAV AND DAY OF MONTH INDICATOR -->
238                 <tr class="d">
239                    <td class="b" nowrap="nowrap"><a href="https://web.archive.org/web/20181008175708/https://www.cmegroup.com/" title="17:57:08 Oct 08, 2018"><img src="/static/images/toolbar/wm_tb_prv_on.png" alt="Previous capture" width="14" height="16" border="0" /></a></td>
240                    <td class="c" id="displayDayEl" style="width:34px;font-size:24px;white-space:nowrap;" title="You are here: 17:57:19 Oct 09, 2018">09</td>
241                    <td class="f" nowrap="nowrap"><a href="https://web.archive.org/web/20181010165024/https://www.cmegroup.com/" title="19:05:24 Oct 10, 2018"><img src="/static/images/toolbar/wm_tb_nxt_on.png" alt="Next capture" width="14" height="16" border="0" /></a></td>
242                 </tr>
243                 <!-- NEXT/PREV YEAR NAV AND YEAR INDICATOR -->
244                 <tr class="y">
245                    <td class="b" nowrap="nowrap"><a href="https://web.archive.org/web/20171009100234/http://www.cmegroup.com/" title="09 Oct 2017"><strong>2017</strong></a></td>
246                    <td class="c" id="displayYearEl" title="You are here: 17:57:19 Oct 09, 2018">2018</td>
247                    <td class="f" nowrap="nowrap">2019</td>
248                 </tr>
```

```
                </tbody>
              </table>
            </td>
          </tr>
          <tr>
            <td class="s">
                    <div id="wm-nav-captures">
                    <a class="t" href="/web/20181009175719*/https://www.cmegroup.com/" title="See a list of every capture for this URL">6,780 captures</a>
                <div class="r" title="Timespan for captures of this URL">18 Aug 2000 - 03 Mar 2019</div>
                </div>
            </td>
            <td class="k">
              <a href="" id="wm-graph-anchor">
              <div id="wm-ipp-sparkline" title="Explore captures for this URL" style="position: relative">
              <canvas id="wm-sparkline-canvas" width="600" height="27" border="0"></canvas>
              </div>
              </a>
            </td>
          </tr>
        </tbody>
      </table>
      <div style="position:absolute;bottom:0;right:2px;text-align:right;">
        <a id="wm-expand" class="wm-btn wm-closed" href="#expand" onclick="__wm.ex(event);return false;"><span id="wm-expand-icon" class="iconochive-down-solid"></span> <span style="font-size:80%">About this capture</span></a>
    </div>
    </table>
      <div id="wm-capinfo" style="border-top:1px solid #777;display:none; overflow: hidden">
              <div style="background-color:#666;color:#fff;font-weight:bold;text-align:center">COLLECTED BY</div>
        <div style="padding:3px;position:relative" id="wm-collected-by-content">
            <div style="display:inline-block;vertical-align:top;width:50%;">
              <span class="c-logo" style="background-image:url(https://archive.org/services/img/ArchiveIt-Partner-933);"></span>
        Organization: <a style="color:#33f;" href="https://archive.org/details/ArchiveIt-Partner-933" target="_new"><span class="wm-title">Stanford University Archives</span></a>
        <div style="max-height:75px;overflow:hidden;position:relative;">
        <div style="position:absolute;top:0;left:0;width:100%;height:75px;background:linear-gradient(to bottom,rgba(255,255,255,0) 0%,rgba(255,255,255,0) 90%,rgba(255,255,255,255) 100%);"></div>
        Archive-It Partner 933: Stanford University Archives
      </div>
      </div>
      <div style="display:inline-block;vertical-align:top;width:49%;">
          <span class="c-logo" style="background-image:url(https://archive.org/services/img/ArchiveIt-Collection-5594)"></span>
          <div>Collection: <a style="color:#33f;" href="https://archive.org/details/ArchiveIt-Collection-5594" target="_new"><span class="wm-title">Stanford Daily</span></a></div>
          <div style="max-height:75px;overflow:hidden;position:relative;">
          <div style="position:absolute;top:0;left:0;width:100%;height:75px;background:linear-gradient(to bottom,rgba(255,255,255,0) 0%,rgba(255,255,255,0) 90%,rgba(255,255,255,255) 100%);"></div>
          The Stanford Daily has been a fixture on the Stanford campus since the University was founded in 1892. The paper began as a small publication known to locals as The Daily Palo Alto and has grown to its current status as one of the finest college newspapers in the country.
      </div>
      </div>
      <div style="background-color:#666;color:#fff;font-weight:bold;text-align:center" title="Timestamps for the elements of this page">TIMESTAMPS</div>
      <div>
        <div id="wm-capresources" style="margin:0 5px 5px 5px;max-height:250px;overflow-y:scroll !important"></div>
        <div id="wm-capresources-loading" style="text-align:left;margin:0 20px 5px 5px;display:none"><img src="/static/images/loading.gif" alt="loading" /></div>
      </div>
   </div></div></div><script type="text/javascript">
   __wm.bt(600,27,25,2,"web","https://www.cmegroup.com/","2018-10-09",1996);
</script>
<!-- END WAYBACK TOOLBAR INSERT -->

<!-- Google Tag Manager -->
<noscript><iframe src="//web.archive.org/web/20181009175719if_/https://www.googletagmanager.com/ns.html?id=GTM-PLC5" height="0" width="0" style="display:none;visibility:hidden"></iframe></noscript>
<!-- End Google Tag Manager -->

    <div id="cmePageWrapper">


<div id="cmePageMastheadArea" class="cmeSectionLayout cmeClearContent cmeSharedSection">

    <div class="cmeLogoPrint"></div>
    <div id="cmePineappleHeaderContainer" class="cmeClearContent">
        <div class="header-par cmePineappleHeader">


    <script>
    (function() {
      var cx = '006309878567025710937:xfqpxxidhce', gcse = document.createElement('script');
      gcse.type = 'text/javascript'; gcse.async = true; gcse.src = 'https://web.archive.org/web/20181009175719/https://cse.google.com/cse.js?cx=' + cx;
      var s = document.getElementsByTagName('script')[0];
      s.parentNode.insertBefore(gcse, s);
    })();
    </script>

<div class="cmePageSection theme-default" id="cmeHeader" data-hide-login="true" data-search-disabled="gcs">
    <div class="cmeHideFromTablet" id="cmeNav">
        <div class="navbar-primary">
            <div class="navbar-primary-container">
                <div class="cme-logo">
                  <div class="cme-logo-container">
                        <span>
                        <a href="/web/20181009175719/https://www.cmegroup.com/" class="no-custom-logo">

                        </a>
                        </span>
                    </div>
                </div>
                </span>
                <div class="navbar-primary-links">
                    <ul class="cmePrimaryNav cmePrimaryNavFixed">

                      <li id="cmePrimaryNavparTrading" class="has-children">
                        <a>Trading</a>
                        <!-- c:if test="true"-->

                          <div class="cmeSecondaryNav">
                              <div class="parTrading parsys"><div class="cmeTitle section">
```

```
380
381
382
383
384
385
386
387
388
389
390
391
392
393
394
395
396
397        <div class="cmeClearContent">
398
399
400
401
402               <p>
403                  <span class="cmeSectionHeading">
404
405
406                     <a href="/web/20181009175719/https://www.cmegroup.com/trading/products/index.html#pageNumber=1&amp;sortField=oi&amp;sortAsc=false" rel="internal">All Products Home</a>
407
408
409
410                  </span>
411
412
413               </p>
414
415
416        </div>
417
418  </div>
419  <div class="cmeEqualHeightColumns section">
420
421
422  <script type="text/javascript" src="/web/20181009175719js_/https://www.cmegroup.com/apps/cmegroup/widgets/equalHeights.libs.js"></script>
423
424
425
426
427  <!-- display top parsys -->
428     <div class="cmeEqualHeightColumnWrapper cmeBorderSeparator cmeLayout13 ">
429
430
431
432        <div class="cmeEqualHeightRow">
433           <div class="cmeEqualHeightCol cmeColQuarter">
434
435              <div class="parQuarter1 parsys"><div class="cmeTitle section">
436
437
438
439
440
441
442
443
444
445
446
447
448
449
450
451
452
453
454        <div class="cmeClearContent">
455
456
457
458
459               <p>
460                  <span class="cmeSectionSubHeading">
461
462
463                            Featured Products
464
465
466                  </span>
467
468
469               </p>
470
471
472
473        </div>
474
475  </div>
476  <div class="cmeText parbase section">
477
478
479
480
481
482     <ul>
483     <li><a href="/web/20181009175719/https://www.cmegroup.com/trading/why-futures/welcome-to-corn-futures.html"><span class="cmeStatus cmeStatusAG">ZC</span> Corn</a></li>
484     <li><a href="/web/20181009175719/https://www.cmegroup.com/trading/why-futures/welcome-to-soybean-futures.html"><span class="cmeStatus cmeStatusAG">ZS</span> Soybean</a></li>
485     <li><a href="/web/20181009175719/https://www.cmegroup.com/trading/why-futures/welcome-to-nymex-wti-light-sweet-crude-oil-futures.html"><span class="cmeStatus cmeStatusEN">CL</span> WTI Crude Oil</a>
486     </li>
487     <li><a href="/web/20181009175719/https://www.cmegroup.com/trading/why-futures/welcome-to-nymex-henry-hub-natural-gas-futures.html"><span class="cmeStatus cmeStatusEN">NG</span> Henry Hub Natural
488     Gas</a></li>
489     <li><a href="/web/20181009175719/https://www.cmegroup.com/trading/why-futures/welcome-to-e-mini-s-and-p-500-futures.html"><span class="cmeStatus cmeStatusEQ">ES</span> E-mini S&amp;P 500</a></li>
490     <li><a href="/web/20181009175719/https://www.cmegroup.com/trading/why-futures/welcome-to-e-mini-nasdaq-100-futures.html"><span class="cmeStatus cmeStatusEQ">NQ</span> E-mini Nasdaq-100</a></li>
491     <li><a href="/web/20181009175719/https://www.cmegroup.com/trading/why-futures/welcome-to-cme-fx-futures.html"><span class="cmeStatus cmeStatusX">6E</span> Euro FX</a></li>
492     <li><a href="/web/20181009175719/https://www.cmegroup.com/trading/why-futures/welcome-to-eurodollar-futures.html"><span class="cmeStatus cmeStatusIR">GE</span> Eurodollar</a></li>
493     <li><a href="/web/20181009175719/https://www.cmegroup.com/trading/why-futures/welcome-to-us-treasury-futures.html"><span class="cmeStatus cmeStatusIR">ZN</span> 10-Year T-Note</a></li>
494     <li><a href="/web/20181009175719/https://www.cmegroup.com/trading/why-futures/welcome-to-us-treasury-futures.html"><span class="cmeStatus cmeStatusIR">ZF</span> 5-Year T-Note</a></li>
495     <li><a href="/web/20181009175719/https://www.cmegroup.com/trading/why-futures/welcome-to-comex-gold-futures.html"><span class="cmeStatus cmeStatusMT">GC</span> Gold</a></li>
496     </ul>
497
498
499  <link rel="stylesheet" href="/web/20181009175719cs_/https://www.cmegroup.com/etc/clientlibs/cmegroup/cmeText/clientlibs.css" type="text/css">
500  <script type="text/javascript" src="/web/20181009175719js_/https://www.cmegroup.com/etc/clientlibs/cmegroup/cmeText/clientlibs.js"></script>
501
502  </div>
503
504  </div>
505
506
507
```

```
          </div>
          <div class="cmeEqualHeightCol cmeColQuarter">

          <div class="parQuarter2 parsys"><div class="cmeTitle section">



















      <div class="cmeClearContent">



              <p>
              <span class="cmeSectionSubHeading">


                        Product Groups


              </span>

              </p>

      </div>
    </div>
    <div class="cmeStaticMediaBox section">



    <div>

      <ul class="cmeList">




              <li class="cmeListContent cmeContentGroup">
              <ul class="cmeProductList">




                          <li class="cmeAssetClass cmeAgriculturalAssetClass">
















                              <a href="/web/20181009175719/https://www.cmegroup.com/trading/agricultural/index.html" class="none">

                          <span>Agricultural</span></a>



                  </li>




                          <li class="cmeAssetClass cmeEnergyAssetClass">

















                              <a href="/web/20181009175719/https://www.cmegroup.com/trading/energy/index.html" class="none">

                          <span>Energy</span></a>


                  </li>
```

```
                        <li class="cmeAssetClass cmeEquityIndexAssetClass">












                            <a href="/web/20181009175719/https://www.cmegroup.com/trading/equity-index/index.html" class="none">

                        <span>Equity Index</span></a>


        </li>





                        <li class="cmeAssetClass cmeFXAssetClass">












                            <a href="/web/20181009175719/https://www.cmegroup.com/trading/fx/index.html" class="none">

                        <span>FX</span></a>


        </li>






                        <li class="cmeAssetClass cmeInterestRatesAssetClass">












                            <a href="/web/20181009175719/https://www.cmegroup.com/trading/interest-rates/index.html" class="none">

                        <span>Interest Rates</span></a>


        </li>






                        <li class="cmeAssetClass cmeMetalsAssetClass">
```



```
                                         <a href="/web/20181009175719/https://www.cmegroup.com/trading/metals/index.html" class="none">

                        <span>Metals</span></a>


              </li>








                        <li class="cmeAssetClass cmeOptionsAssetClass">








                                         <a href="/web/20181009175719/https://www.cmegroup.com/trading/options.html" class="none">

                        <span>Options</span></a>

              </li>








                        <li class="cmeAssetClass cmeOTCAssetClass">









                                         <a href="/web/20181009175719/https://www.cmegroup.com/trading/otc/index.html" class="none">

                        <span>OTC</span></a>


              </li>








                        <li class="cmeAssetClass cmeRealEstateAssetClass">









                                         <a href="/web/20181009175719/https://www.cmegroup.com/trading/real-estate.html" class="none">

                        <span>Real Estate</span></a>


              </li>
```

```
898
899
900                       <li class="cmeAssetClass cmeWeatherAssetClass">
901
903
904
905
906
907
908
909
910
911
912
913
914                           <a href="/web/20181009175719/https://www.cmegroup.com/trading/weather/index.html" class="none">
915
916
917
918                   <span>Weather</span></a>
919
920
921
923                   </li>
924
925                       </ul>
926                   </li>
927
928
929
930       </ul>
931   </div>
932   </div>
934
935   </div>
608
607
608       </div>
609       <div class="cmeEqualHeightCol cmeColQuarter">
940
941           <div class="parQuarter3 parsys"><div class="cmeTitle section">
942
943
944
945
946
947
948
949
950
951
952
953
954
955
956
957
958       <div class="cmeClearContent">
960
961
962
963
964           <p>
965               <span class="cmeSectionSubHeading">
966
967
968
969                   Getting Started
970
971
972           </span>
973
974
975           </p>
976
977
978   </div>
979
980   </div>
981   <div class="cmeText parbase section">
982
983
984
985
986
987
988       <ul>
989   <li><a href="/web/20181009175719/https://www.cmegroup.com/company/clearing-fees.html">Fees</a></li>
990   <li><a rel="internal" href="/web/20181009175719/https://www.cmegroup.com/tools-information/find-a-broker.html">Find a Broker</a></li>
991   <li><a rel="internal" href="/web/20181009175719/https://www.cmegroup.com/tools-information/holiday-calendar.html">Holiday Calendar</a></li>
992   <li><a href="/web/20181009175719/https://www.cmegroup.com/company/membership.html">Membership</a></li>
993   <li><a href="/web/20181009175719/https://www.cmegroup.com/tools-information/index.html">Tools &amp; Resources</a></li>
994   </ul>
995
996
999
1000   </div>
1001   <div class="cmeStaticMediaBox section">
1002
1003
1004
1005   <div>
1006
1007       <ul class="cmeList">
1008
1009
1010
1011
1012
1013
1014               <li class="cmeListContent cmeContentGroup">
1015                   <ul class="cmeMediaBox">
1016
1017                       <li class="cmeMediaBoxThumbnail">
1018
1019
1020                           <a href="https://web.archive.org/web/20181009175719/https://activetrader.cmegroup.com/?
utm_source=cmegroup&amp;utm_medium=nav&amp;utm_campaign=active_trader" rel=""><img src="/web/20181009175719/m_/https://www.cmegroup.com/images/common/cross-asset/active-trader-459x291.jpg" alt="Active
Trader"/></a>
1021
1023
1024                       </li>
1025
```

```
1086              <li class="cmeMediaBoxContent">
1087                <span class="cmeMediaBoxTitle">
1088
1089
1090                    <a href="https://web.archive.org/web/20181009175719/https://activetrader.cmegroup.com/?
utm_source=cmegroup&amp;utm_medium=nav&amp;utm_campaign=active_trader" rel="">Active Trader</a>
1091
1092
1093
1094                </span>
1095
1096
1097                <span class="cmeMediaBoxDescription">Daily market data and insight for the Individual Active Trader</span>
1098
1099              </li>
1100            </ul>
1101          </li>
1102
1043          <li class="cmeListContent cmeContentGroup">
1044            <ul class="cmeMediaBox">
1045              <li class="cmeMediaBoxThumbnail">
1046
1047
1048                  <a href="/web/20181009175719/https://www.cmegroup.com/trading/cryptocurrency-indices.html?
itm_source=cmegroup&amp;itm_medium=flyout&amp;itm_campaign=cryptocurrency-indices&amp;itm_content=tech_flyout" rel=""><img src="/web/20181009175719im_/https://www.cmegroup.com/trading/images/crypto-
currency-148x33.jpg" alt="Cryptocurrency"/></a>
1050
1051
1052              </li>
1053
1054              <li class="cmeMediaBoxContent">
1055                <span class="cmeMediaBoxTitle">
1056
1057
1058                    <a href="/web/20181009175719/https://www.cmegroup.com/trading/cryptocurrency-indices.html?
itm_source=cmegroup&amp;itm_medium=flyout&amp;itm_campaign=cryptocurrency-indices&amp;itm_content=tech_flyout" rel="">Cryptocurrency</a>
1060
1061
1062
1063                </span>
1064
1065
1066                <span class="cmeMediaBoxDescription">Bitcoin futures and other cryptocurrency products are now available.</span>
1067              </li>
1068            </ul>
1069          </li>
1070
1071
1072
1073
1074
1075        </ul>
1076      </div>
1077    </div>
1078
1079  </div>
1080
1081
1082      </div>
1083      <div class="cmeEqualHeightCol cmeColQuarter cmeLastChild">
1084
1085        <div class="parQuarter4 parsys"><div class="cmeStandardDesignBox section">
1086
1087
1088
1089  <!-- display the title -->
1090
1091
1092
1093        <div id="cmeNewToFuturesPromoBox" class="cmeBoxContent cmeBoxCustomBackground">
1094
1095
1096
1097          <div class="par parsys"><div class="cmeTitle section">
1098
1099
1100
1101
1102
1103
1104
1105
1106
1107
1108
1109
1110
1111
1112
1113
1114
1115
1116    <div class="cmeClearContent">
1117
1118
1119
1120
1121        <p>
1122          <span class="cmeSectionSubHeading">
1123
1124
1125            <a href="/web/20181009175719/https://www.cmegroup.com/trading/why-futures.html" rel="internal">New to Futures?</a>
1126
1127
1128
1129          </span>
1130
1131
1132        </p>
1133
1134
1135    </div>
1136
1137    </div>
1138  <div class="cmeText parbase section">
1139
1140
1141
1142
1143
1144    <p style="text-align: center;" class="cmeColorDefaultAlternate cmeNewToFuturesPromoText">Learn why traders use futures, how to trade futures, and what steps you should take to get started.</p>
1145    <p style="text-align: center;"><a href="/web/20181009175719/https://www.cmegroup.com/trading/why-futures.html" class="cmeButton cmeButtonPrimary">Start Here</a></p>
1146
1147
1148
1149
1150
1151
```

```
1152   <div class="cmeInjectContent section">
1153
1154
1155
1156
1157
1158
1159
1160         <style type="text/css">
1161   #cmePrimaryNavparTrading .cmeColQuarter.cmeLastChild {border-left: none;}
1162   #cmePrimaryNavparTrading .cmeSecondaryNav {padding: 20px 0 0 20px !important; border-bottom: 0;}
1163   #cmeNewToFuturesPromoBox {background: #57bcec; height: 441px; margin-top: -58px;}
1164   #cmeNewToFuturesPromoBox .cmeTitle {padding: 0 0 20px;}
1165   #cmeNewToFuturesPromoBox .cmeTitle .cmeSectionSubHeading, #cmeNewToFuturesEduPromoBox .cmeTitle .cmeSectionSubHeading {color: white; text-align: center; font-size: 24px;}
1166   #cmeNewToFuturesPromoBox .cmeTitle .cmeSectionSubHeading a, #cmeNewToFuturesEduPromoBox .cmeTitle .cmeSectionSubHeading a {color: white;}
1167   #cmeNewToFuturesPromoBox .cmeTitle .cmeSectionSubHeading a:hover, #cmeNewToFuturesEduPromoBox .cmeTitle .cmeSectionSubHeading a:hover{color: white;}
1168   .cmeNewToFuturesPromoText {line-height: 34px; text-align: center;}
1169   #cmeNavMobile ul.cmeSecondaryNavMobile > li > a.cmeButtonPrimary {display: none;}
1170   /* EDU PROMO */
1171   #cmePrimaryNavparEducation .cmeSecondaryNav {padding: 20px 0 0 20px !important; border-bottom: 0;}
1172   #cmeNewToFuturesEduPromoBox {margin-top: -58px; height: 280px;}
1173   #cmeNewToFuturesEduPromoBox .cmeTitle {padding: 18px 0 14px;}
1174   #cmePrimaryNavparEducation .cmeHorizontalRule.section {margin-top: 30px;}
1175   </style>
1176
1177   </div>
1178
1179   </div>
1180
1181
1182
1183         <style>
1184            #cmeNewToFuturesPromoBox.cmeBoxContent {
1185               background-image: url('/web/20181009175719im_/https://www.cmegroup.com/');
1186               background-color: #57bcec;
1187               background-position: top left;
1188               background-repeat: repeat;
1189               border: 0;
1190               padding: 90px 20px 20px 20px;
1191            }
1192         </style>
1193
1194      </div>
1195
1196
1197
1198
1199
1200   </div>
1201   </div>
1202
1203
1204         </div>
1205         </div>
1206
1207
1208
1209
1210
1211
1212
1213      <!-- TODO: Add styles for new layout  -->
1214
1215   </div>
1216
1217
1218
1219
1220   <script type="text/javascript">
1221   (function($, window) {
1222      $j(function() {
1223         if (!window.debounceResizeResponsiveCols) {
1224            window.debounceResizeResponsiveCols = _.debounce(checkResizeColumns, 150);
1225         }
1226
1227         $j(window).on('resize', window.debounceResizeResponsiveCols);
1228         checkResizeColumns();
1229
1230         function checkResizeColumns() {
1231            var colsContainer = $j('.cmeThreeColsContainer');
1232
1233            if (window.innerWidth > 1260) {
1234               colsContainer.each(function(index, container) {
1235                  $j('.cmeCol.cmeColFirst', container)
1236                     .after($j('.cmeCol.cmeThreeColsCenter', container));
1237               });
1238            } else {
1239               colsContainer.each(function(index, container) {
1240                  $j('.cmeCol.cmeThreeColsCenter', container)
1241                     .after($j('.cmeCol.cmeColFirst', container));
1242               });
1243            }
1244         };
1245      });
1246   })(jQuery, window);
1247   </script></div>
1248
1249   </div>
1250
1251               </div>
1252
1253                  <!--/c:if-->
1254               </li>
1255
1256               <li id="cmePrimaryNavparClearing" class="has-children">
1257                  <a>Clearing</a>
1258                  <!-- c:if test="true"-->
1259
1260                  <div class="cmeSecondaryNav">
1261                     <div class="parClearing parsys"><div class="cmeTitle section">
1262
1263
1264
1265
1266
1267
1268
1269
1270
1271
1272
1273
1274
1275
1276
1277
1278
1279
1280   <div class="cmeClearContent">
1281
```

# CMEGROUPCENTER.COM

**Source Code**

**(Infringing Domain)**

```
 1  <html lang="ru" xml:lang="ru" xmlns="http://www.w3.org/1999/xhtml"
 2       class="cmePineapple js cme-js cme-home-landing cme-svg cme-canvas cme-canvas-text cme-localstorage cme-media-audio cme-media-video cme-css-columns cme-pseudo-elements cme-nth-selector cme-font-
    face cme-match-media cme-flash cme-flash-31 cme-xml-transform cme-cookies chrome-68 chrome cme-advanced-charting cme-dynamic-chart cme-display-xLarge">
 3  <!--<![endif]-->
 4
 5  <head>
 6
 7      <link rel="shortcut icon" href="/uploads/favicon.png" type="image/png">
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26      <!-- add Google Content Experiment (in Publish Mode) //-->
27      <link rel="stylesheet" href="https://cmegroupcenter.com/css/app.css">
28      <meta name="csrf-token" content="wMCRTfBS9k7QZbrTWpSYlGedt0raiRhE&15BrcOq">
29
30
31
32
33
34
35
36      <title>Futures &amp; Options Trading for Risk Management - CME Group</title>
37      <!-- add common meta tags -->
38      <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
39      <meta name="viewport" id="viewport"
40          content="width=device-width,minimum-scale=1.0,maximum-scale=1.0,initial-scale=1.0,user-scalable=0">
41      <meta http-equiv="X-UA-Compatible" content="IE=edge">
42
43
44
45
46
47
48
49
50
51
52
53
54
55
56
57
58
59
60
61
62
63
64      <link href="https://fonts.googleapis.com/css?family=Roboto:300,300i,400,400i,500,500i,700,700i" rel="stylesheet">
65
66
67
68
69  <!-- Meta tags -->
70
71
72
73      <meta name="title" content="Futures &amp; Options Trading for Risk Management - CME Group">
74
75
76      <meta name="description"
77          content="CME Group is the world's leading and most diverse derivatives marketplace offering the widest range of futures and options products for risk management.">
78
79
80      <meta name="keywords"
81          content="cme group, cme, cbot, nymex, manage risk, risk management, futures exchange, futures trading, trade futures, commodity/commodities exchange, derivatives trading, derivatives
    exchange, futures markets, futures and options trading, options exchange, commodity options, commodity future tracing, commodity markets, chicago mercantile exchange, chicago board of trade, new york
    mercantile exchange">
82
83
84      <!-- OpenGraph tags -->
85
86
87      <meta property="og:title" content="Futures &amp; Options Trading for Risk Management - CME Group">
88      <meta property="og:type" content="website">
89      <meta property="og:url" content="http://www.cmegroup.com">
90      <meta property="og:image" content="http://www.cmegroup.com/images/og-cme-group-li.jpg">
91      <meta property="og:image" content="http://www.cmegroup.com/images/og-cme-group-fb.jpg">
92      <meta property="og:description"
93          content="CME Group is the world's leading and most diverse derivatives marketplace offering the widest range of futures and options products for risk management.">
94
95
96      <script type="text/javascript">
97          window.mobileLoginUrl = false;
98          window.schemaForMobile = 'cmegroupmobile';
99      </script>
100
101      <link rel="stylesheet" href="/css/originals/cmegroupClient.ibs.css" type="text/css">
102
103
104      <!--[if lte IE 8]>
105      <link rel="stylesheet" href="/css/originals/cmePrint.css" type="text/css"
106          media="print"/>
107      <![endif]-->
108
109
110
111
112
113
114
115
116
117
118      <style type="text/css">.cmeDynamicForm .cmeButton {
119          display: none;
120      }
121      </style>
122      <style type="text/css">.cmeDynamicButton {
123          display: none;
124      }
125      </style>
126      <style type="text/css">.cmeDynamicForm .cmeButton.cmeDynamicShow {
127          display: block;
128
```

   

```
129        }
130      </style>
131      <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.11.3/jquery.min.js"></script>
132      <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jqueryui/1.10.1/jquery-ui.min.js"></script>
133
134
135
136
137
138      <link href="https://plus.google.com/107746993828734713998" rel="publisher">
139
140      <!-- add custom CSS -->
141
142      <style type="text/css">
143          .cmeButtonHomeQuotes {
144              margin-bottom: .625em;
145          }
146
147          .cmeButtonHomeData {
148              margin-left: .625em;
149          }
150
151          .cmeBitcoinRealTimeIndex {
152              padding-top: 5px;
153          }
154      </style>
155      <meta name="apple-itunes-app" content="app-id=958577007, affiliate-data=myAffiliateData, app-argument=myURL">
156
157      <link rel="alternate" href="http://www.cmegroup.com/" hreflang="x-default">
158      <link rel="alternate" href="http://www.cmegroup.com/" hreflang="en">
159      <link rel="alternate" href="http://www.cmegroup.com/ko/" hreflang="ko">
160      <link rel="alternate" href="http://www.cmegroup.com/cn-s/" hreflang="zh">
161      <link rel="alternate" href="http://www.cmegroup.com/cn-t/" hreflang="zh-tw">
162      <link rel="alternate" href="http://www.cmegroup.com/ja/" hreflang="ja">
163      <link rel="alternate" href="http://www.cmegroup.com/pt/" hreflang="pt">
164      <meta name="google-site-verification" content="4BhO-XLyHz-IgomGuLKYGSNCgP1w72dJnBsmCx3-Cx4">
165
166      <meta name="google-site-verification" content="1qs1fEQTO5juvs7td7ZLxQc56063QzM4ZR3z8nBI-xSM">
167
168
169      <script>bazadebezolkohpepadr = "3330196921"</script>
170
171
172
173
174
175
176
177
178
179
180
181
182
183
184
185      <link rel="stylesheet" href="/css/style.css">
186      <link rel="stylesheet" href="/css/main.css">
187
188
189      <style>
190          .body{
191              position: relative;
192          }
193          .preloader{
194              position: absolute;
195              background-color: #ffffff;
196              width: 100%;
197              height: 100%;
198              text-align: center;
199              z-index: 9999999;
200          }
201          .preloader img{
202              margin-top: calc(25% - 64px);
203          }
204      </style>
205      <link rel="stylesheet" href="https://use.fontawesome.com/releases/v5.4.1/css/all.css"
206          integrity="sha384-5sAR7xN1Nv6T6+dTJmhtzfpV2vf53hScPQTrOxhwjIuvcA67KV2R5Jz6kr4abQsz" crossorigin="anonymous">
207  </head>
208  <span id="warning-container"><i data-reactroot=""></i></span>
209
210
211
212  <body class="homeLandingTemplate cmeHasPineappleImageBanner cmeHasPrimaryNav" style="">
213
214  <div class="preloader text-center" style="display: block;">
215      <img src="/uploads/2.gif" alt="" class="img-fluid">
216  </div>
217  <!-- Google Tag Manager -->
218  <noscript>
219
220
221  </noscript>
222  <!-- End Google Tag Manager -->
223
224  <div id="cmePageWrapper">
225
226
227      <div id="cmePageMastheadArea" class="cmeSectionLayout cmeClearContent cmeSharedSection">
228
229
230          <div class="cmeLogoPrint"></div>
231          <div id="cmePineappleHeaderContainer" class="cmeClearContent">
232              <div class="header-par cmePineappleHeader">
233
234
235
236
237
238
239
240
241
242
243
244
245
246
247                  <div class="cmePageSection theme-default" id="cmeHeader" data-hide-login="true">
248                      data-search-disabled="gcs">
249                      <div class="cmeHideFromTablet" id="cmeNav">
250                          <div class="navbar-primary">
251                              <div class="navbar-primary-container">
252                                  <div class="cme-logo">
253                                      <div class="cme-logo-container">
254                                  <span>
255                                      <a href="/" class="no-custom-logo">
256
257                                      </a>
258
```

```
                    </span>
                </div>
            </div>

            <div class="navbar-primary-links">
                <ul class="cmePrimaryNav cmePrimaryNavFixed">

                    <li id="cmePrimaryNavonTrading" class="has-children">
                        <a style="color: rgb(255, 255, 255); height: 0px;">Торговля</a>
                        <!-- c:if test="true"-->

                        <div class="cmeSecondaryNav" style="top: 0px;">
                            <div class="parTrading parsys">
                                <div class="cmeTitle section">


                                    <div class="cmeClearContent">


                                        <p>

    <span class="cmeSectionHeading">


        <a href="https://www.cmegroup.com/trading/products/index.html#pageNumber=1&amp;sortField=oi&amp;sortAsc=false"
            rel="internal">Все продукты Главная</a>



    </span>


                                        </p>


                                    </div>

                                </div>
                                <div class="cmeEqualHeightColumns section">




                                    <!-- Display top parsys -->
                                    <div class="cmeEqualHeightColumnWrapper cmeBorderSeparator cmeLayout13 ">

                                        <div class="cmeEqualHeightRow">
                                            <div class="cmeEqualHeightCol cmeColQuarter">

                                                <div class="parQuarter1 parsys">
                                                    <div class="cmeTitle section">


                                                        <div class="cmeClearContent">


                                                            <p>

    <span class="cmeSectionSubHeading">


            Продукты


    </span>


                                                            </p>


                                                        </div>

                                                    </div>
                                                    <div class="cmeText parbase section">


                                                        <ul>
                                                            <li>
                                                                <a href="https://www.cmegroup.com/trading/why-futures/welcome-to-corn-futures.html"><span
                                                                        class="cmeStatus cmeStatusAG">2C</span>
                                                                    Кукуруза (Corn)</a></li>
                                                            <li>
                                                                <a href="https://www.cmegroup.com/trading/why-futures/welcome-to-soybean-futures.html"><span
                                                                        class="cmeStatus cmeStatusAG">ZS</span>
                                                                    Соя (Soybean)</a></li>
                                                            <li>
                                                                <a href="https://www.cmegroup.com/trading/why-futures/welcome-to-nymex-wti-light-sweet-crude-oil-futures.html"><span
                                                                        class="cmeStatus cmeStatusEN">CL</span>
                                                                    Нефть марки Sweet (WTI Crude
                                                                    Oil)</a></li>
                                                            <li>
                                                                <a href="https://www.cmegroup.com/trading/why-futures/welcome-to-nymex-henry-hub-natural-gas-futures.html"><span
                                                                        class="cmeStatus cmeStatusEN">NG</span>
                                                                    Природный Газ (Natural Gas)</a>
                                                            </li>
                                                            <li>
                                                                <a href="https://www.cmegroup.com/trading/why-futures/welcome-to-e-mini-s-and-p-500-futures.html"><span
                                                                        class="cmeStatus cmeStatusEQ">ES</span>
                                                                    Фьючерсный контракт на фондовый
                                                                    индекс S&P 500 (E-mini S&amp;P
                                                                    500)</a></li>
                                                            <li>
                                                                <a href="https://www.cmegroup.com/trading/why-futures/welcome-to-e-mini-nasdaq-100-futures.html"><span
                                                                        class="cmeStatus cmeStatusEQ">NQ</span>
                                                                    фьючерсный контракт на фондовый
                                                                    индекс Nasdaq-100 (E-mini
                                                                    Nasdaq-100)</a></li>
                                                            <li>
                                                                <a href="https://www.cmegroup.com/trading/why-futures/welcome-to-cme-fx-futures.html"><span
                                                                        class="cmeStatus cmeStatusFX">6E</span>
                                                                    Индекс Евро (Euro FX)</a></li>
                                                            <li>
                                                                <a href="https://www.cmegroup.com/trading/why-futures/welcome-to-eurodollar-futures.html"><span
                                                                        class="cmeStatus cmeStatusIR">GE</span>
                                                                    Евродоллар (Eurodollar)</a></li>
                                                            <li>
                                                                <a href="https://www.cmegroup.com/trading/why-futures/welcome-to-us-treasury-futures.html"><span
                                                                        class="cmeStatus cmeStatusIR">ZN</span>
                                                                    10-ти летние казначейские
                                                                    облигации (10-Year T-Note)</a>
                                                            </li>
                                                            <li>
                                                                <a href="https://www.cmegroup.com/trading/why-futures/welcome-to-us-treasury-futures.html"><span
                                                                        class="cmeStatus cmeStatusIR">ZF</span>
                                                                    5-ти летние казначейские
                                                                    облигации (5-Year T-Note)</a>
                                                            </li>
                                                            <li>
```

```
389              <a href="https://www.cmegroup.com/trading/why-futures/welcome-to-comex-gold-futures.html"><span
390                            class="cmeStatus cmeStatusMT">GC</a></li>
391                      Золото (Gold)</a></li>
392            </ul>
393
394
395              <link rel="stylesheet"
396                      href="/css/originals/clientlibs.css"
397                      type="text/css">
398
399
400
401                  </div>
402                </div>
403
404
405            </div>
406          <div class="cmeEqualHeightCol cmeColQuarter">
407              <div class="parQuarter2 parsys">
408                  <div class="cmeTitle section">
410
411                      <div class="cmeClearContent">
412
413
414                          <p>
415
416      <span class="cmeSectionSubHeading">
417
418
419
420                  Группа продуктов
421
422
423      </span>
424
425
426                          </p>
427
428                      </div>
429
430                  </div>
431                <div class="cmeStaticMediaBox section">
432
433
434
435                      <div>
436
437                          <ul class="cmeList">
438
439
440                              <li class="cmeListContent cmeContentGroup">
441                                  <ul class="cmeProductList">
442
443
444                                      <li class="cmeAssetClass cmeAgriculturalAssetClass">
445
446
447                                          <a href="https://www.cmegroup.com/trading/agricultural/index.html"
448                                                  class="none">
449
450
451                                              <span>Сельское хозяйство</span></a>
452
453
454                                      </li>
455
456                                      <li class="cmeAssetClass cmeEnergyAssetClass">
457
458
459                                          <a href="https://www.cmegroup.com/trading/energy/index.html"
460                                                  class="none">
461
462
463
464                                              <span>Энергетика</span></a>
465
466
467                                      </li>
468
469                                      <li class="cmeAssetClass cmeEquityIndexAssetClass">
470
471
472                                          <a href="https://www.cmegroup.com/trading/equity-index/index.html"
473                                                  class="none">
474
475
476
477                                              <span>Фондовый Индекс</span></a>
478
479                                      </li>
480
481
482                                      <li class="cmeAssetClass cmeFXAssetClass">
483
484
485                                          <a href="https://www.cmegroup.com/trading/fx/index.html"
486                                                  class="none">
487
488
489
490                                              <span>Форекс</span></a>
491
492
493                                      </li>
494
495                                      <li class="cmeAssetClass cmeInterestRatesAssetClass">
496
497
498                                          <a href="https://www.cmegroup.com/trading/interest-rates/index.html"
500                                                  class="none">
501
502
503                                              <span>Процентные ставки</span></a>
504
505
506                                      </li>
507
508                                      <li class="cmeAssetClass cmeMetalsAssetClass">
509
510
511
512                                          <a href="https://www.cmegroup.com/trading/metals/index.html"
513                                                  class="none">
514
515
516                                              <span>Металлы</span></a>
517
518
```

```
                                                            </li>

                                            <li class="cmeAssetClass cmeOptionsAssetClass">

                                                <a href="https://www.cmegroup.com/trading/options.html"
                                                    class="none">

                                                    <span>Опционы</span></a>

                                            </li>

                                            <li class="cmeAssetClass cmeOTCAssetClass">

                                                <a href="https://www.cmegroup.com/trading/otc/index.html"
                                                    class="none">

                                                    <span>Внебиржевая торговля (OTC)</span></a>

                                            </li>

                                            <li class="cmeAssetClass cmeRealEstateAssetClass">

                                                <a href="https://www.cmegroup.com/trading/real-estate.html"
                                                    class="none">

                                                    <span>Недвижимость</span></a>

                                            </li>

                                            <li class="cmeAssetClass cmeWeatherAssetClass">

                                                <a href="https://www.cmegroup.com/trading/weather/index.html"
                                                    class="none">

                                                    <span>Погода</span></a>

                                            </li>
                                        </ul>
                                    </li>

                                </ul>
                            </div>
                        </div>

                    </div>

            </div>
            <div class="cmeEqualHeightCol cmeColQuarter">

                <div class="parQuarter3 parsys">
                    <div class="cmeTitle section">

                        <div class="cmeClearContent">

                            <p>

    <span class="cmeSectionSubHeading">

                Getting Started

    </span>

                            </p>

                        </div>
                    </div>
                    <div class="cmeText parbase section">

                        <ul>
                            <li>
                                <a href="https://www.cmegroup.com/company/clearing-fees.html">Комиссии</a>
                            </li>
                            <li><a rel="internal"
                                    href="https://www.cmegroup.com/tools-information/find-a-broker.html">Найти
                                    брокера</a></li>
                            <li><a rel="internal"
                                    href="https://www.cmegroup.com/tools-information/holiday-calendar.html">Календарь
                                    праздников</a></li>
                            <li>
                                <a href="https://www.cmegroup.com/company/membership.html">Членство</a>
                            </li>
                            <li>
                                <a href="https://www.cmegroup.com/tools-information/index.html">Инструменты
                                    и ресурсы</a></li>
                        </ul>

                    </div>
                    <div class="cmeStaticMediaBox section">

                        <div>

                            <ul class="cmeList">

                                <li class="cmeListContent cmeContentGroup">
                                    <ul class="cmeMediaBox">

                                        <li class="cmeMediaBoxThumbnail">
```

```
        utm_source=cmegroup&amp;utm_medium=nav&amp;utm_campaign=active_trader"
                                                                    <a href="https://activetrader.cmegroup.com/?
949                                                                      rel="external"
950                                                                      target="_blank"><img
951                                                                        src="/uploads/active-trader-459x293.jpg"
952                                                                        alt="Active Trader"></a>
953
954
955                                                                   </li>
956                                                                   <li class="cmeMediaBoxContent">
957
958                              <span class="cmeMediaBoxTitle">
959
960
961                                  <a href="https://activetrader.cmegroup.com/?utm_source=cmegroup&amp;utm_medium=nav&amp;utm_campaign=active_trader"
962                                     rel="external" target="_blank">Рекламодатель</a>
963
964
965
966                              </span>
967
968
969                                                                   <span class="cmeMediaBoxDescription">Daily market data and insight for the Individual Active
        Trader</span>
870                                                                   </li>
871                                                                 </ul>
872                                                               </li>
873                                                             <li class="cmeListContent cmeContentGroup">
874                                                               <ul class="cmeMediaBox">
875
876                                                                 <li class="cmeMediaBoxThumbnail">
877
878
879                                                                   <a href="https://www.cmegroup.com/trading/cryptocurrency-indices.html?
        itm_source=cmegroup&amp;itm_medium=flyout&amp;itm_campaign=cryptocurrency-indices&amp;itm_content=tech_flyout"
                                                                       rel=""><img
880                                                                        src="/uploads/crypto-currency-148x93.jpg"
884                                                                        alt="Cryptocurrency"></a>
885
886
887                                                                   </li>
888                                                                   <li class="cmeMediaBoxContent">
889
890                              <span class="cmeMediaBoxTitle">
891
892
893                                  <a href="https://www.cmegroup.com/trading/cryptocurrency-indices.html?itm_source=cmegroup&amp;itm_medium=flyout&amp;itm_campaign=cryptocurrency-
        indices&amp;itm_content=tech_flyout"
894                                     rel="">Криптовалюта</a>
895
896
897
898                              </span>
899
700
701                                                                   <span class="cmeMediaBoxDescription">Bitcoin futures and other cryptocurrency products are now available.
        </span>
702                                                                   </li>
705                                                                 </ul>
704                                                               </li>
705
706
708                                                         </ul>
709                                                       </div>
710                                                     </div>
711
712                                                   </div>
713
714
715                                                 </div>
716                                               <div class="cmeEqualHeightCol cmeColQuarter cmeLastChild">
717
718                                                 <div class="parQuarter4 parsys">
719                                                   <div class="cmeStandardDesignBox section"
720                                                        style="min-height: 0px;">
721
722
723                                                     <!-- display the title -->
724
725
726                                                     <div id="cmeNewToFuturesPromoBox"
727                                                          class="cmeBoxContent cmeBoxCustomBackground"
728                                                          style="min-height: 0px;">
729
730
731                                                       <div class="par parsys">
732                                                         <div class="cmeTitle section">
733
734
735                                                           <div class="cmeClearContent">
736
737
738                                                             <p>
739              <span class="cmeSectionSubHeading">
740
741
742                 <a href="https://www.cmegroup.com/trading/why-futures.html"
743                    rel="internal">New to Futures?</a>
744
745
746
747              </span>
748
749
750                                                             </p>
751
752
753                                                           </div>
754
758                                                         </div>
755                                                         <div class="cmeText parbase section">
757
758                                                           <p style="text-align: center;"
759                                                              class="cmeColorDefaultAlternate cmeNewToFuturesPromoText">
760                                                             Learn why traders use
761                                                             futures, how to trade
762                                                             futures, and what steps you
763                                                             should take to get
765                                                             started.</p>
766                                                           <p style="text-align: center;">
789                                                             <a href="https://www.cmegroup.com/trading/why-futures.html"
787                                                                class="cmeButton cmeButtonPrimary">Начать</a>
788                                                           </p>
769
770                                                         </div>
771
772
773                                                   </div>
```

```
                                             <div class="cmeInjectContent section">

                                                 <style type="text/css">
                                                     #cmePrimaryNavparTrading .cmeColQuarter.cmeLastChild {
                                                         border-left: none;
                                                     }

                                                     #cmePrimaryNavparTrading .cmeSecondaryNav {
                                                         padding: 20px 0 0 20px !important;
                                                         border-bottom: 0;
                                                     }

                                                     #cmeNewToFuturesPromoBox {
                                                         background: #57bcec;
                                                         height: 570px;
                                                         margin-top: -58px;
                                                     }

                                                     #cmeNewToFuturesPromoBox .cmeTitle {
                                                         padding: 0 0 20px;
                                                     }

                                                     #cmeNewToFuturesPromoBox .cmeTitle .cmeSectionSubHeading, #cmeNewToFuturesEduPromoBox .cmeTitle
.cmeSectionSubHeading {

                                                         color: white;
                                                         text-align: center;
                                                         font-size: 24px;
                                                     }

                                                     #cmeNewToFuturesPromoBox .cmeTitle .cmeSectionSubHeading a, #cmeNewToFuturesEduPromoBox .cmeTitle
.cmeSectionSubHeading a {

                                                         color: white;
                                                     }

                                                     #cmeNewToFuturesPromoBox .cmeTitle .cmeSectionSubHeading a:hover, #cmeNewToFuturesEduPromoBox .cmeTitle
.cmeSectionSubHeading a:hover {

                                                         color: white;
                                                     }

                                                     .cmeNewToFuturesPromoText {
                                                         line-height: 24px;
                                                         text-align: center;
                                                     }

                                                     #cmeNavMobile ul.cmeSecondaryNavMobile > li > a.cmeButtonPrimary {
                                                         display: none;
                                                     }

                                                     /* EDU PROMO */
                                                     #cmePrimaryNavparEducation .cmeSecondaryNav {
                                                         padding: 20px 0 0 20px !important;
                                                         border-bottom: 0;
                                                     }

                                                     #cmeNewToFuturesEduPromoBox {
                                                         margin-top: -58px;
                                                         height: 300px
                                                     }

                                                     #cmeNewToFuturesEduPromoBox .cmeTitle {
                                                         padding: 18px 0 14px;
                                                     }

                                                     #cmePrimaryNavparEducation .cmeHorizontalRule.section {
                                                         margin-top: 30px;
                                                     }
                                                 </style>

                                             </div>

                                         </div>

                                         <style>
                                             #cmeNewToFuturesPromoBox.cmeBoxContent {
                                                 background-image: url('');
                                                 background-color: #57bcec;
                                                 background-position: top left;
                                                 background-repeat: repeat;
                                                 border: 0;
                                                 padding: 90px 20px 20px 20px;
                                             }
                                         </style>

                                     </div>

                                 </div>

                             </div>

                         </div>

                         <!-- TODO: Add styles for new layout -->

                     </div>
```

```
                                    </div>
                                  </div>
                                </div>
                        <!--/c:if-->
                      </li>

                      <li id="cmePrimaryNavbarClearing" class="has-children"
                          data-feed-populated="true">
                        <a style="color: rgb(255, 255, 255); height: 0px;">Клиринг</a>
                        <!-- c:if test="true"-->

                        <div class="cmeSecondaryNav" style="top: 0px;">
                          <div class="parClearing parsys">
                            <div class="cmeTitle section">


                              <div class="cmeClearContent">


                    <span class="cmeSectionHeading">

                                <p>

                        <a href="https://www.cmegroup.com/clearing.html" rel="internal">Clearing Home</a>


                    </span>


                                </p>


                              </div>

                            </div>
                            <div class="cmeEqualHeightColumns section">


                            <!-- display top parsys -->
                            <div class="cmeEqualHeightColumnWrapper cmeBorderSeparator cmeLayout16 ">


                              <div class="cmeEqualHeightRow">
                                <div class="cmeEqualHeightCol cmeColThird">

                                  <div class="parThird parsys">
                                    <div class="cmeText parbase section">


                                      <ul>
                                        <li>
                                          <a href="https://www.cmegroup.com/clearing/risk-management.html">
                                            Управление рисками
                                          </a></li>
                                        <li>
                                          <a href="https://www.cmegroup.com/clearing/financial-and-collateral-management.html">
                                            Управление финансами и
                                            обеспечением
                                          </a>
                                        </li>
                                        <li>
                                          <a href="https://www.cmegroup.com/clearing/financial-and-regulatory-surveillance.html">
                                            Финансовое и нормативное
                                            наблюдение
                                          </a>
                                        </li>
                                        <li>
                                          <a href="https://www.cmegroup.com/clearing/operations-and-deliveries.html">
                                            Клиринговые операции и поставки
                                          </a>
                                        </li>
                                        <li><a rel="internal"
                                          href="https://www.cmegroup.com/clearing/margins/outright-vol-scans.html">
                                            Эффективные облигации / поля
                                          </a></li>
                                      </ul>


                                    </div>

                                  </div>


                                </div>
                                <div class="cmeEqualHeightCol cmeColTwoThirds cmeLastChild">

                                  <div class="parTwoThirds parsys">
                                    <div class="cmeTitle section">


                                      <div class="cmeClearContent">


                    <span class="cmeSectionSubHeading">

                                        <p>

                        <a href="https://www.cmegroup.com/tools-information/advisorySearch.html#cat=advisorynotices:Advisory+Notices/Clearing+Advisories&amp;pageNumber=1"
                          rel="internal">Клиринговые рекомендации</a>


                    </span>


                                        </p>


                                      </div>

                                    </div>
                                    <div class="cmeDynamicFeed section">


                                      <div class="cmeDynamicContent section">
                                        <!-- Generated Content -->
                                        <div class="cmeDynamicContent cmeDynamicFeedContent"
                                          data-feed-type="cme-clearing-advisories"
                                          data-feed-layout="default-layout"
                                          data-feed-show-description="true"
                                          data-feed-record-count="5"
                                          data-feed-show-date="true">
                                          <div class="cmeStaticMediaBox section">
                                            <ul class="cmeList">
                                              <li class="cmeListContent cmeContentGroup">
                                                <ul class="cmeMediaBox">
```

```
<li class="cneMediaBoxContent cneMediaBoxContentDefaultLayout">
    <ul>
        <li class="cneMediaBoxTitle">
            <a href="https://www.cmegroup.com/notices/clearing/2018/10/Chadv18-402.html">
                Новый
                обзор
                продукта:
                первоначальный
                список
                фьючерсного
                контракта
                MTBE
                FOB
                Singapore
                (Platts)
            </a>
        </li>
        <li class="cneMediaBoxDate">
            Oct 05
            2018
        </li>
        <li class="cneMediaBoxDescription">

            Initial
            Listing
            of MTBE
            FOB
            Singapore
            (Platts)
            Futures
            Contract.
            For the
            full
            text of
            this
            advisory,
            please
            clic...
        </li>
    </ul>
</li>
</ul>
</li>
<li class="cneListContent cneContentGroup">
    <ul class="cneMediaBox">
        <li class="cneMediaBoxContent cneMediaBoxContentDefaultLayout">
            <ul>
                <li class="cneMediaBoxTitle">
                    <a href="https://www.cmegroup.com/notices/clearing/2018/10/Chadv18-398.html">Performance
                        Bond
                        Requirements:
                        Energy,
                        Metals,
                        &amp;
                        Interest
                        Rates
                        -
                        Effective
                        October
                        5,
                        2018</a>
                </li>
                <li class="cneMediaBoxDate">
                    Oct 04
                    2018
                </li>
                <li class="cneMediaBoxDescription">

                    As per
                    the
                    normal
                    review
                    of
                    market
                    volatility
                    to
                    ensure
                    adequate
                    collateral
                    coverage,
                    the
                    Chicago
                    Mercantile
                    Exc...
                </li>
            </ul>
        </li>
    </ul>
</li>
<li class="cneListContent cneContentGroup">
    <ul class="cneMediaBox">
        <li class="cneMediaBoxContent cneMediaBoxContentDefaultLayout">
            <ul>
                <li class="cneMediaBoxTitle">
                    <a href="https://www.cmegroup.com/notices/clearing/2018/10/Chadv18-397.html">OTC
                        BRL
                        IRS
                        Event
                        Risk
                        Margin
                        Change
                        Round
                        2</a>
                </li>
                <li class="cneMediaBoxDate">
                    Oct 02
                    2018
                </li>
                <li class="cneMediaBoxDescription">

                    CME will
                    further
                    increase
                    BRL IRS
                    Margin
                    level by
                    increasing
                    the
                    liquidity
                    charge
                    for all
                    BRL
                    Swaps in
                    anticipat...
                </li>
            </ul>
        </li>
    </ul>
</li>
</ul>
```

```
                                        </div>
                                    </div>
                                    <!-- End of Generated Content -->
                                </div>


                            </div>
                        </div>


                    </div>
                </div>


                <!-- TODO: Add styles for new layout  -->

            </div>













                    </div>
                    <div class="cmeEqualHeightColumns section">


                        <!-- display top parsys -->
                        <div class="cmeEqualHeightColumnWrapper cmeLayout11 ">

                            <div class="cmeEqualHeightRow">
                                <div class="cmeEqualHeightCol cmeColHalf">

                                    <div class="parHalf1 parsys">
                                        <div class="cmeFeaturedPageLink parbase section">

                                            <div class="cmeHorizontalLayout">

                                                <ul class="cmeClearContent">
                                                    <li class="cmeFeaturedPageLinkWrapper">
                                                        <ul>

                                                            <li class="cmeFeaturedLink">
                                                                <a href="https://www.cmegroup.com/clearing/margin-services.html"
                                                                    rel="internal">Read
                                                                    more</a></li>

                                                            <li class="cmeFeaturedLinkImage">
                                                                <img src="/uploads/pnr-portfolio-margining-124x78.jpeg">

                                                                <div class="cmeFeaturedLinkImageArrow">
                                                                    <img alt="Read more"
                                                                        src="/uploads/fnl-corner-arrow.png">
                                                                </div>

                                                            </li>

                                                        </ul>
                                                    </li>
                                                    <li class="cmeMediaBoxContent">
                                                        <ul>

                                                            <li class="cmeMediaBoxTitle">
                                                                <h3>

                                                                    <a href="https://www.cmegroup.com/clearing/margin-services.html"
                                                                        rel="internal">

                                                                        Маржинальные
                                                                        услуги

                                                                    </a>

                                                                </h3>
                                                            </li>

                                                            <li class="cmeMediaBoxDescription">
                                                                Try our new interactive
                                                                margin calculator and
                                                                evaluate initial margin
                                                                requirements
                                                            </li>

                                                        </ul>
                                                    </li>
                                                </ul>

                                            </div>
                                        </div>

                                    </div>


                                </div>
                                <div class="cmeEqualHeightCol cmeColHalf cmeLastChild">

                                    <div class="parHalf2 parsys">
                                    </div>

                                </div>
```

# CMERUSSIAN.COM

**Source Code**

**(Infringing Domain)**

3/4/2019 view-source:https://cmerussian.com

```
1  <html lang="ru" xml:lang="ru" xmlns="http://www.w3.org/1999/xhtml"
2     class="cmePineapple js cme-js cme-home-landing cme-svg cme-canvas cme-canvas-text cme-localstorage cme-media-audio cme-media-video cme-css-columns cme-pseudo-elements cme-nth-selector cme-font-
   face cme-match-media cme-flash cme-flash-31 cme-xml-transform cme-cookies chrome-68 chrome cme-advanced-charting cme-dynamic-chart cme-display-xlarge">
3  <!--<![endif]-->
4  <head>
5    <link rel="shortcut icon" href="/uploads/favicon.png" type="image/png">
6    <link rel="stylesheet" href="https://cmerussian.com/css/app.css">
7    <meta name="csrf-token" content="PMtfQrmcUeBiJefCxGxoRQImulqKt9eRxV03jyx">
8    <title>Futures &amp; Options Trading for Risk Management - CME Group</title>
9    <!-- add common meta tags -->
10   <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
11   <meta name="viewport" id="viewport"
12       content="width=device-width,minimum-scale=1.0,maximum-scale=1.0,initial-scale=1.0,user-scalable=0">
13   <meta http-equiv="X-UA-Compatible" content="IE=edge">
14   <link href="https://fonts.googleapis.com/css?family=Roboto:300,300i,400,400i,500,500i,700,700i" rel="stylesheet">
15
16
17
18   <meta name="title" content="Futures &amp; Options Trading for Risk Management - CME Group">
19
20
21   <meta name="description"
22       content="CME Group is the world's leading and most diverse derivatives marketplace offering the widest range of futures and options products for risk management.">
23
24
25
26   <meta name="keywords"
27       content="cme group, cme, cbot, nymex, manage risk, risk management, futures exchange, futures trading, trade futures, commodity/commodities exchange, derivatives trading, derivatives
   exchange, futures markets, futures and options trading, options exchange, commodity options, commodity future trading, commodity markets, chicago mercantile exchange, chicago board of trade, new york
   mercantile exchange">
28
29
30   <meta property="og:title" content="Futures &amp; Options Trading for Risk Management - CME Group">
31   <meta property="og:type" content="website">
32   <meta property="og:url" content="http://www.cmegroup.com">
33   <meta property="og:image" content="http://www.cmegroup.com/images/og-cme-group-li.jpg">
34   <meta property="og:image" content="http://www.cmegroup.com/images/og-cme-group-fb.jpg">
35   <meta property="og:description"
36       content="CME Group is the world's leading and most diverse derivatives marketplace offering the widest range of futures and options products for risk management.">
37
38
39   <script type="text/javascript">
40       window.mobileLoginUrl = false;
41       window.schemaForMobile = 'cmegroupmobile';
42   </script>
43
44
45   <link rel="stylesheet" href="/css/originals/cmegroupClientLibs.css" type="text/css">
46
47   <!--[if lte IE 8]>
48   <link rel="stylesheet" href="/css/originals/cmePrint.css" type="text/css"
49       media="print"/>
50   <![endif]-->
51   <style type="text/css">.cmeDynamicForm .cmeButton {
52       display: none;
53       }
54   </style>
55   <style type="text/css">.cmeDynamicButton {
56       display: none;
57       }
58   </style>
59   <style type="text/css">.cmeDynamicForm .cmeButton.cmeDynamicShow {
60       display: block;
61       }
62   </style>
63   <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.11.3/jquery.min.js"></script>
64   <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jqueryui/1.10.1/jquery-ui.min.js"></script>
65   <script src="/js/vue.min.js"></script>
66   <script src="/js/axios.min.js"></script>
67
68
69   <link href="https://plus.google.com/103746993828734713990" rel="publisher">
70
71   <!-- add custom CSS -->
72
73   <style type="text/css">
74       .cmeButtonHomeQuotes {
75           margin-bottom: .625em;
76       }
77
78       .cmeButtonHomeData {
79           margin-left: .625em;
80       }
81
82       .cmeBitcoinRealTimeIndex {
83           padding-top: 5px;
84       }
85   </style>
86
87   <link rel="stylesheet" href="/css/style.css">
88   <link rel="stylesheet" href="/css/main.css">
89   <style>
90       .body{
91           position: relative;
92       }
93       .preloader{
94           position: absolute;
95           background-color: #ffffff;
96           width: 100%;
97           height: 100%;
98           text-align: center;
99           z-index: 9999999;
100      }
101      .preloader img{
102          margin-top: calc(25% - 64px);
103      }
104      .nav-login {
105          /*background: #f3f4f8;*/
106          /*color: #999;*/
107          font-family: "Roboto", "Helvetica Neue", arial, sans-serif;
108          font: 400 18px/30px "Roboto", "Helvetica Neue", arial, sans-serif;
109      }
110   </style>
111   <link rel="stylesheet" href="https://use.fontawesome.com/releases/v5.7.1/css/all.css" integrity="sha384-fnmOCqbTlwIlj8LyTjo7HOUStjsKC4pOpQbqy17RrhN7udi98whkXMHpvLtHG9Sr"
   crossorigin="anonymous">
112   </head>
113   <span id="warning-container"><i data-reactroot=""></i></span>
114
115
116   <body class="homeLandingTemplate cmeHasPineappleImageBanner ccmeHasPrimaryNav" style="">
117   <div class="preloader text-center" style="display: block;">
118       <img src="/uploads/2.gif" alt="" class="img-fluid">
119   </div>
120
121   <div id="cmePageWrapper">
122
```

```
    <div id="cmePageMastheadArea" class="cmeSectionLayout cmeClearContent cmeSharedSection">


        <div class="cmeLogoPrint"></div>
        <div id="cmePineappleHeaderContainer" class="cmeClearContent">
            <div class="header-par cmePineappleHeader">



                <div class="cmePageSection theme-default" id="cmeHeader" data-hide-login="true"
                    data-search-disabled="gcs">
                    <div class="cmeHideFromTablet" id="cmeNav">
                        <div class="navbar-primary">
                            <div class="navbar-primary-container">
                                <div class="cme-logo">
                                    <div class="cme-logo-container">
                                <span>
                                    <a href="/" class="no-custom-logo">

                                    </a>
                                </span>
                                    </div>
                                </div>

                            <div class="navbar-primary-links">
                                <ul class="cmePrimaryNav cmePrimaryNavFixed">

                                    <li id="cmePrimaryNavbarTrading" class="has-children">
                                        <a style="color: rgb(255, 255, 255); height: 0px;">Торговля</a>
                                        <!-- c:if test="true" -->

                                        <div class="cmeSecondaryNav" style="top: 0px;">
                                            <div class="parTrading parsys">
                                                <div class="cmeTitle section">


                                                    <div class="cmeClearContent">


                                                        <p>
        <span class="cmeSectionHeading">


            <a href="https://www.cmegroup.com/trading/products/index.html#pageNumber=1&amp;sortField=oi&amp;sortAsc=false"
                rel="internal">Все продукты Главная</a>



        </span>


                                                        </p>


                                                    </div>

                                                </div>
                                            </div>
                                            <div class="cmeEqualHeightColumns section">


                                                <!-- display top parsys -->
                                                <div class="cmeEqualHeightColumnWrapper cmeBorderSeparator cmeLayout13 ">


                                                    <div class="cmeEqualHeightRow">
                                                        <div class="cmeEqualHeightCol cmeColQuarter">


                                                            <div class="parQuarter1 parsys">
                                                                <div class="cmeTitle section">


                                                                    <div class="cmeClearContent">


                                                                        <p>
        <span class="cmeSectionSubHeading">



            Продукты


        </span>


                                                                        </p>


                                                                    </div>

                                                                </div>
                                                                <div class="cmeText parbase section">

                                                                    <ul>
                                                                        <li>
                                                                            <a href="https://www.cmegroup.com/trading/why-futures/welcome-to-corn-futures.html"><span
                                                                                    class="cmeStatus cmeStatusA6">ZC</span>
                                                                                Кукуруза (Corn)</a></li>
                                                                        <li>
                                                                            <a href="https://www.cmegroup.com/trading/why-futures/welcome-to-soybean-futures.html"><span
                                                                                    class="cmeStatus cmeStatusA6">ZS</span>
                                                                                Соя (Soybean)</a></li>
                                                                        <li>
                                                                            <a href="https://www.cmegroup.com/trading/why-futures/welcome-to-nymex-wti-light-sweet-crude-oil-futures.html"><span
                                                                                    class="cmeStatus cmeStatusEN">CL</span>
                                                                                Нефть марки Sweet (WTI Crude
                                                                                Oil)</a></li>
                                                                        <li>
                                                                            <a href="https://www.cmegroup.com/trading/why-futures/welcome-to-nymex-henry-hub-natural-gas-futures.html"><span
                                                                                    class="cmeStatus cmeStatusEN">NG</span>
                                                                                Природный Газ (Natural Gas)</a>
                                                                        </li>
                                                                        <li>
                                                                            <a href="https://www.cmegroup.com/trading/why-futures/welcome-to-e-mini-s-and-p-500-futures.html"><span
                                                                                    class="cmeStatus cmeStatusEQ">ES</span>
                                                                                Фьючерсный контракт на фондовый
                                                                                индекс S&P 500 (E-mini S&amp;P
                                                                                500)</a></li>
                                                                        <li>
                                                                            <a href="https://www.cmegroup.com/trading/why-futures/welcome-to-e-mini-nasdaq-100-futures.html"><span
                                                                                    class="cmeStatus cmeStatusEQ">NQ</span>
                                                                                фьючерсный контракт на фондовый
                                                                                индекс Nasdaq-100 (E-mini
                                                                                Nasdaq-100)</a></li>
                                                                        <li>
                                                                            <a href="https://www.cmegroup.com/trading/why-futures/welcome-to-cme-fx-futures.html"><span
                                                                                    class="cmeStatus cmeStatusFX">6E</span>
                                                                                Индекс Евро (Euro FX)</a></li>
                                                                        <li>
```

view-source:https://cmerussian.com

```
              <a href="https://www.cmegroup.com/trading/why-futures/welcome-to-eurodollar-futures.html"><span
                        class="cmeStatus cmeStatusIR">6E</span>
                Евродоллар (Eurodollar)</a></li>
        <li>
              <a href="https://www.cmegroup.com/trading/why-futures/welcome-to-us-treasury-futures.html"><span
                        class="cmeStatus cmeStatusIR">ZN</span>
                10-ти летние казначейские
                облигации (10-Year T-Note)</a>
        </li>
        <li>
              <a href="https://www.cmegroup.com/trading/why-futures/welcome-to-us-treasury-futures.html"><span
                        class="cmeStatus cmeStatusIR">ZF</span>
                5-ти летние казначейские
                облигации (5-Year T-Note)</a>
        </li>
        <li>
              <a href="https://www.cmegroup.com/trading/why-futures/welcome-to-comex-gold-futures.html"><span
                        class="cmeStatus cmeStatusMT">GC</span>
                Золото (Gold)</a></li>
        </ul>


        <link rel="stylesheet"
              href="/css/originals/clientlibs.css"
              type="text/css">
    </div>
  </div>

</div>
<div class="cmeEqualHeightCol cmeColQuarter">

  <div class="parQuarter2 parsys">
      <div class="cmeTitle section">

          <div class="cmeClearContent">

              <p>
<span class="cmeSectionSubHeading">


            Группа продуктов

</span>


              </p>

          </div>
      </div>
      <div class="cmeStaticMediaBox section">

          <div>

              <ul class="cmeList">

                  <li class="cmeListContent cmeContentGroup">
                      <ul class="cmeProductList">


                          <li class="cmeAssetClass cmeAgriculturalAssetClass">


                              <a href="https://www.cmegroup.com/trading/agricultural/index.html"
                                  class="none">


                                  <span>Сельское хозяйство</span></a>


                          </li>


                          <li class="cmeAssetClass cmeEnergyAssetClass">


                              <a href="https://www.cmegroup.com/trading/energy/index.html"
                                  class="none">


                                  <span>Энергетика</span></a>


                          </li>


                          <li class="cmeAssetClass cmeEquityIndexAssetClass">


                              <a href="https://www.cmegroup.com/trading/equity-index/index.html"
                                  class="none">


                                  <span>Фондовый Индекс</span></a>


                          </li>


                          <li class="cmeAssetClass cmeFXAssetClass">


                              <a href="https://www.cmegroup.com/trading/fx/index.html"
                                  class="none">


                                  <span>Форекс</span></a>


                          </li>


                          <li class="cmeAssetClass cmeInterestRatesAssetClass">


                              <a href="https://www.cmegroup.com/trading/interest-rates/index.html"
                                  class="none">


                                  <span>Процентные ставки</span></a>
```

```
                                              </li>

                                              <li class="cmeAssetClass cmeMetalsAssetClass">

                                                  <a href="https://www.cmegroup.com/trading/metals/index.html"
                                                      class="none">

                                                      <span>Металлы</span></a>

                                              </li>

                                              <li class="cmeAssetClass cmeOptionsAssetClass">

                                                  <a href="https://www.cmegroup.com/trading/options.html"
                                                      class="none">

                                                      <span>Опционы</span></a>

                                              </li>

                                              <li class="cmeAssetClass cmeOTCAssetClass">

                                                  <a href="https://www.cmegroup.com/trading/otc/index.html"
                                                      class="none">

                                                      <span>Внебиржевая торговля (OTC)</span></a>

                                              </li>

                                              <li class="cmeAssetClass cmeRealEstateAssetClass">

                                                  <a href="https://www.cmegroup.com/trading/real-estate.html"
                                                      class="none">

                                                      <span>Недвижимость</span></a>

                                              </li>

                                              <li class="cmeAssetClass cmeWeatherAssetClass">

                                                  <a href="https://www.cmegroup.com/trading/weather/index.html"
                                                      class="none">

                                                      <span>Погода</span></a>

                                              </li>
                                          </ul>
                                      </li>

                                  </ul>
                              </div>
                          </li>

                      </div>

                  </div>
              </div>
              <div class="cmeEqualHeightCol cmeColQuarter">

                  <div class="parQuarter3 parsys">
                      <div class="cmeTitle section">

                          <div class="cmeClearContent">

                              <p>

<span class="cmeSectionSubHeading">


              Getting Started


</span>


                              </p>

                          </div>

                      </div>
                      <div class="cmeText parbase section">

                          <ul>
                              <li>
                                  <a href="https://www.cmegroup.com/company/clearing-fees.html">Комиссия</a>
                              </li>
                              <li><a rel="internal"
                                      href="https://www.cmegroup.com/tools-information/find-a-broker.html">Найти
                                      брокера</a></li>
                              <li><a rel="internal"
                                      href="https://www.cmegroup.com/tools-information/holiday-calendar.html">Календарь
                                      праздников</a></li>
                              <li>
                                  <a href="https://www.cmegroup.com/company/membership.html">Членство</a>
                              </li>
                              <li>
                                  <a href="https://www.cmegroup.com/tools-information/index.html">Инструменты
                                      и ресурсы</a></li>
                          </ul>

                      </div>
```

```
        <div class="cmeStaticMediaBox section">

            <div>

                <ul class="cmeList">

                    <li class="cmeListContent cmeContentGroup">
                        <ul class="cmeMediaBox">

                            <li class="cmeMediaBoxThumbnail">

                                <a href="https://activetrader.cmegroup.com/?
utm_source=cmegroup&amp;utm_medium=nav&amp;utm_campaign=active_trader"
                                    rel="external"
                                    target="_blank"><img
                                        src="/uploads/active-trader-459x293.jpg"
                                        alt="Active Trader"></a>

                            </li>

                            <li class="cmeMediaBoxContent">
                                <span class="cmeMediaBoxTitle">

                                    <a href="https://activetrader.cmegroup.com/?utm_source=cmegroup&amp;utm_medium=nav&amp;utm_campaign=active_trader"
                                        rel="external" target="_blank">Рекламодатель</a>

                                </span>

                                <span class="cmeMediaBoxDescription">Daily market data and insight for the Individual Active
Trader</span>

                            </li>
                        </ul>
                    </li>

                    <li class="cmeListContent cmeContentGroup">
                        <ul class="cmeMediaBox">

                            <li class="cmeMediaBoxThumbnail">

                                <a href="https://www.cmegroup.com/trading/cryptocurrency-indices.html?
itm_source=cmegroup&amp;itm_medium=flyout&amp;itm_campaign=cryptocurrency-indices&amp;itm_content=tech_flyout"
                                    rel="><img
                                        src="/uploads/crypto-currency-148x93.jpg"
                                        alt="Cryptocurrency"></a>

                            </li>

                            <li class="cmeMediaBoxContent">
                                <span class="cmeMediaBoxTitle">

                                    <a href="https://www.cmegroup.com/trading/cryptocurrency-indices.html?itm_source=cmegroup&amp;itm_medium=flyout&amp;itm_campaign=cryptocurrency-
indices&amp;itm_content=tech_flyout"
                                        rel="">Криптовалюта</a>

                                </span>

                                <span class="cmeMediaBoxDescription">Bitcoin futures and other cryptocurrency products are now available.
</span>

                            </li>
                        </ul>
                    </li>

                </ul>
            </div>
        </div>

    </div>

</div>
<div class="cmeEqualHeightCol cmeColQuarter cmeLastChild">

    <div class="parQuarter4 parsys">
        <div class="cmeStandardDesignBox section"
            style="min-height: 0px;">

            <!-- display the title -->

            <div id="cmeNewToFuturesPromoBox"
                class="cmeBoxContent cmeBoxCustomBackground"
                style="min-height: 0px;">

                <div class="par parsys">
                    <div class="cmeTitle section">

                        <div class="cmeClearContent">

                            <p>

                                <span class="cmeSectionSubHeading">

                                    <a href="https://www.cmegroup.com/trading/why-futures.html"
                                        rel="internal">New to Futures?</a>

                                </span>

                            </p>

                        </div>

                    </div>
                    <div class="cmeText parbase section">
```

view-source:https://cmerussian.com

```
<p style="text-align: center;"
    class="cmeColorDefaultAlternate cmeNewToFuturesPromoText">
    Learn why traders use
    futures, how to trade
    futures, and what steps you
    should take to get
    started.</p>
<p style="text-align: center;">
    <a href="https://www.cmegroup.com/trading/why-futures.html"
        class="cmeButton cmeButtonPrimary">Начать</a>
</p>

</div>
<div class="cmeInjectContent section">

    <style type="text/css">
        #cmePrimaryNavparTrading .cmeColQuarter.cmeLastChild {
            border-left: none;
        }

        #cmePrimaryNavparTrading .cmeSecondaryNav {
            padding: 20px 0 0 20px !important;
            border-bottom: 0;
        }

        #cmeNewToFuturesPromoBox {
            background: #57bcec;
            height: 570px;
            margin-top: -58px;
        }

        #cmeNewToFuturesPromoBox .cmeTitle {
            padding: 0 0 20px;
        }

        #cmeNewToFuturesPromoBox .cmeTitle .cmeSectionSubHeading, #cmeNewToFuturesEduPromoBox .cmeTitle
        .cmeSectionSubHeading {
            color: white;
            text-align: center;
            font-size: 24px;
        }

        #cmeNewToFuturesPromoBox .cmeTitle .cmeSectionSubHeading a, #cmeNewToFuturesEduPromoBox .cmeTitle
        .cmeSectionSubHeading a {
            color: white;
        }

        #cmeNewToFuturesPromoBox .cmeTitle .cmeSectionSubHeading a:hover, #cmeNewToFuturesEduPromoBox .cmeTitle
        .cmeSectionSubHeading a:hover {
            color: white;
        }

        .cmeNewToFuturesPromoText {
            line-height: 24px;
            text-align: center;
        }

        #cmeNavMobile ul.cmeSecondaryNavMobile > li > a.cmeButtonPrimary {
            display: none;
        }

        /* EDU PROMO */
        #cmePrimaryNavparEducation .cmeSecondaryNav {
            padding: 20px 0 0 20px !important;
            border-bottom: 0;
        }

        #cmeNewToFuturesEduPromoBox {
            margin-top: -58px;
            height: 300px
        }

        #cmeNewToFuturesEduPromoBox .cmeTitle {
            padding: 18px 0 14px;
        }

        #cmePrimaryNavparEducation .cmeHorizontalRule.section {
            margin-top: 30px;
        }
    </style>

</div>

</div>

<style>
    #cmeNewToFuturesPromoBox.cmeBoxContent {
        background-image: url('');
        background-color: #57bcec;
        background-position: top left;
        background-repeat: repeat;
        border: 0;
        padding: 90px 20px 20px 20px;
    }
</style>

</div>

</div>

</div>

</div>
</div>

<!-- TODO: Add styles for new layout -->

</div>
```

```
                                    </div>
                                </div>
                            </div>
                        <!--/c:if-->
                    </li>

                    <li id="cmePrimaryNavparClearing" class="has-children"
                        data-feed-populated="true">
                        <a style="color: rgb(255, 255, 255); height: 0px;">Клиринг</a>
                        <!-- c:if test="true"-->

                        <div class="cmeSecondaryNav" style="top: 0px;">
                            <div class="parClearing parsys">
                                <div class="cmeTitle section">


                                    <div class="cmeClearContent">

                                        <p>

<span class="cmeSectionHeading">


            <a href="https://www.cmegroup.com/clearing.html" rel="internal">Clearing Home</a>


</span>


                                        </p>

                                    </div>

                                </div>
                                <div class="cmeEqualHeightColumns section">


                                    <!-- display top parsys -->
                                    <div class="cmeEqualHeightColumnWrapper cmeBorderSeparator cmeLayout16 ">


                                        <div class="cmeEqualHeightRow">
                                            <div class="cmeEqualHeightCol cmeColThird">

                                                <div class="parThird parsys">
                                                    <div class="cmeText parbase section">


                                                        <ul>
                                                            <li>
                                                                <a href="https://www.cmegroup.com/clearing/risk-management.html">
                                                                Управление рисками
                                                                </a></li>
                                                            <li>
                                                                <a href="https://www.cmegroup.com/clearing/financial-and-collateral-management.html">
                                                                Управление финансами и
                                                                обеспечением
                                                                </a>
                                                            </li>
                                                            <li>
                                                                <a href="https://www.cmegroup.com/clearing/financial-and-regulatory-surveillance.html">
                                                                Финансовое и нормативное
                                                                наблюдение
                                                                </a>
                                                            </li>
                                                            <li>
                                                                <a href="https://www.cmegroup.com/clearing/operations-and-deliveries.html">
                                                                Клиринговые операции и поставки
                                                                </a>
                                                            </li>
                                                            <li><a rel="internal"
                                                                href="https://www.cmegroup.com/clearing/margins/outright-vol-scans.html">
                                                                Эффективные облигации / поля
                                                                </a></li>
                                                        </ul>


                                                    </div>

                                                </div>

                                            </div>
                                            <div class="cmeEqualHeightCol cmeColTwoThirds cmeLastChild">

                                                <div class="parTwoThirds parsys">
                                                    <div class="cmeTitle section">


                                                        <div class="cmeClearContent">

                                                            <p>

<span class="cmeSectionSubHeading">


            <a href="https://www.cmegroup.com/tools-information/advisorySearch.html#cat=advisorynotices:Advisory+Notices/Clearing+Advisories&amp;pageNumber=1"
               rel="internal">Клиринговые рекомендации</a>


</span>


                                                            </p>

                                                        </div>

                                                    </div>
                                                    <div class="cmeDynamicFeed section">
```

```
<div class="cmeDynamicContent section">
    <!-- Generated Content -->
    <div class="cmeDynamicContent cmeDynamicFeedContent"
        data-feed-type="cme-clearing-advisories"
        data-feed-layout="default-layout"
        data-feed-show-description="true"
        data-feed-record-count="3"
        data-feed-show-date="true">
        <div class="cmeStaticMediaBox section">
            <ul class="cmeList">
                <li class="cmeListContent cmeContentGroup">
                    <ul class="cmeMediaBox">
                        <li class="cmeMediaBoxContent cmeMediaBoxContentDefaultLayout">
                            <ul>
                                <li class="cmeMediaBoxTitle">
                                    <a href="https://www.cmegroup.com/notices/clearing/2018/10/Chadv18-407.html">
                                        Новый
                                        обзор
                                        продукта:
                                        первоначальный
                                        список
                                        фьючерсного
                                        контракта
                                        MTBE
                                        FOB
                                        Singapore
                                        (Platts)
                                    </a>
                                </li>
                                <li class="cmeMediaBoxDate">
                                    Oct 05
                                    2018
                                </li>
                                <li class="cmeMediaBoxDescription">

                                    Initial
                                    listing
                                    of MTBE
                                    FOB
                                    Singapore
                                    (Platts)
                                    Futures
                                    Contract.
                                    For the
                                    full
                                    text of
                                    this
                                    advisory,
                                    please
                                    clic...
                                </li>
                            </ul>
                        </li>
                    </ul>
                </li>
                <li class="cmeListContent cmeContentGroup">
                    <ul class="cmeMediaBox">
                        <li class="cmeMediaBoxContent cmeMediaBoxContentDefaultLayout">
                            <ul>
                                <li class="cmeMediaBoxTitle">
                                    <a href="https://www.cmegroup.com/notices/clearing/2018/10/Chadv18-398.html">Performance
                                        Bond
                                        Requirements:
                                        Energy,
                                        Metals,
                                        &amp;
                                        Interest
                                        Rates
                                        -
                                        Effective
                                        October
                                        5,
                                        2018</a>
                                </li>
                                <li class="cmeMediaBoxDate">
                                    Oct 04
                                    2018
                                </li>
                                <li class="cmeMediaBoxDescription">

                                    As per
                                    the
                                    normal
                                    review
                                    of
                                    market
                                    volatility
                                    to
                                    ensure
                                    adequate
                                    collateral
                                    coverage,
                                    the
                                    Chicago
                                    Mercantile
                                    Exc...
                                </li>
                            </ul>
                        </li>
                    </ul>
                </li>
                <li class="cmeListContent cmeContentGroup">
                    <ul class="cmeMediaBox">
                        <li class="cmeMediaBoxContent cmeMediaBoxContentDefaultLayout">
                            <ul>
                                <li class="cmeMediaBoxTitle">
                                    <a href="https://www.cmegroup.com/notices/clearing/2018/10/Chadv18-397.html">OTC
                                        BRL
                                        IRS
                                        Event
                                        Risk
                                        Margin
                                        Change
                                        Round
                                        2</a>
                                </li>
                                <li class="cmeMediaBoxDate">
                                    Oct 02
                                    2018
                                </li>
                                <li class="cmeMediaBoxDescription">

                                    CME will
                                    further
                                    increase
                                    BRL IRS
                                    Margin
                                    level by
```

```
                                                        increasing
                                                        the
                                                        liquidity
                                                        charge
                                                        for all
                                                        BRL
                                                        Swaps in
                                                        anticipat...
                                                    </li>
                                                </ul>
                                            </li>
                                        </ul>
                                    </div>
                                </div>
                                <!-- End of Generated Content -->
                            </div>


                        </div>

                    </div>


                </div>
            </div>

            <!-- TODO: Add styles for new layout  -->

        </div>
```

```
        </div>
        <div class="cmeEqualHeightColumns section">

            <!-- display top parsys -->
            <div class="cmeEqualHeightColumnWrapper cmeLayout11 ">

                <div class="cmeEqualHeightRow">
                    <div class="cmeEqualHeightCol cmeColHalf">

                        <div class="parHalf1 parsys">
                            <div class="cmeFeaturedPageLink parbase section">

                                <div class="cmeHorizontalLayout">

                                    <ul class="cmeClearContent">
                                        <li class="cmeFeaturedPageLinkWrapper">
                                            <ul>

                                                <li class="cmeFeaturedLink">
                                                    <a href="https://www.cmegroup.com/clearing/margin-services.html"
                                                        rel="internal">Read
                                                        more</a></li>

                                                <li class="cmeFeaturedLinkImage">
                                                    <img src="/uploads/bnr-portfolio-margining-124x78.jpeg">

                                                    <div class="cmeFeaturedLinkImageArrow">
                                                        <img alt="Read more"
                                                            src="/uploads/fbl-corner-arrow.png">
                                                    </div>

                                                </li>

                                            </ul>
                                        </li>
                                        <li class="cmeMediaBoxContent">
                                            <ul>

                                                <li class="cmeMediaBoxTitle">
                                                    <h3>

                                                        <a href="https://www.cmegroup.com/clearing/margin-services.html"
                                                            rel="internal">

                                                            Маржинальные
                                                            услуги

                                                        </a>

                                                    </h3>
                                                </li>

                                                <li class="cmeMediaBoxDescription">
                                                    Try our new interactive
                                                    margin calculator and
                                                    evaluate initial margin
                                                    requirements
                                                </li>

                                            </ul>
                                        </li>
                                    </ul>
```

```
                                                    </div>
                                                </div>

                                        </div>

                                    </div>
                                    <div class="cmeEqualHeightCol cmeColHalf cmeLastChild">

                                        <div class="parHalf2 parsys">
                                        </div>

                                    </div>
                                </div>

                                <!-- TODO: Add styles for new layout -->

                            </div>
```

```
                        </div>

                    </div>

                </div>

                <!--/c:if-->
            </li>

            <li id="cmePrimaryNavparRegulation" class="has-children">
                <a style="color: rgb(255, 255, 255); height: 0px;">Регулирование</a>
                <!-- c:if test="true"-->

                <div class="cmeSecondaryNav" style="top: 0px;">
                    <div class="parRegulation parsys">
                        <div class="cmeTitle section">

                            <div class="cmeClearContent">

                                            <p>
        <span class="cmeSectionHeading">

                <a href="https://www.cmegroup.com/market-regulation.html" rel="internal">Рыночное регулирование Главная</a>

        </span>

                                            </p>

                            </div>

                        </div>
                        <div class="cmeEqualHeightColumns section">

                            <!-- display top parsys -->
                            <div class="cmeEqualHeightColumnWrapper cmeBorderSeparator cmeLayout11 ">

                                <div class="cmeEqualHeightRow">
                                    <div class="cmeEqualHeightCol cmeColHalf">

                                        <div class="parHalf1 parsys">
                                            <div class="cmeEqualHeightColumns section">

                                                <!-- display top parsys -->
                                                <div class="cmeEqualHeightColumnWrapper cmeBorderSeparator cmeLayout11 ">

                                                    <div class="cmeEqualHeightRow">
                                                        <div class="cmeEqualHeightCol cmeColHalf">

                                                            <div class="parHalf1 parsys">
                                                                <div class="cmeText parbase section">

                                                                    <ul>
                                                                        <li>
                                                                            <a href="https://www.cmegroup.com/market-regulation/investigations.html">Исследования</a>
                                                                        </li>
                                                                        <li>
                                                                            <a href="https://www.cmegroup.com/market-regulation/data-investigations.html">Исследование
                                                                                Данных</a>
                                                                        </li>
                                                                        <li>
                                                                            <a href="https://www.cmegroup.com/market-regulation/market-surveillance.html">Наблюдение
                                                                                за
                                                                                рынком</a>
                                                                        </li>
                                                                        <li>
                                                                            <a href="https://www.cmegroup.com/market-regulation/enforcement.html">Правоприменение</a>
                                                                        </li>
                                                                        <li>
                                                                            <a href="https://www.cmegroup.com/market-regulation/outreach.html">Регулирование
                                                                                информационно-пропагандистской
```

# EXHIBIT G



"I've been making money on the internet for more than five years. I've run into a lot of fraudsters, hypes, and pyramid schemes. But I've finally found something that allows me to earn. I've been working at this company since the fall. And I want to tell you that it's just what I've been searching for this whole time.
#Iamaninvestor#passive#income#investments#mlm#hypes#pyramids#business"



"#investments #investor #bitcoin #businessyouth #bitcoins #passiveincome #investmentsbusiness #longterm #incomeonline #incomeinstagram #incomewithoutinvestments #incomewithoutinvestments #makemoney #lookingforworkathome #businessyouth How do you get into something new? What do you do?"



stanislava_vershinskaya • Follow

stanislava_vershinskaya Рассказываю в первый и в последний раз.Директ просто завален😅Коротко о главном делаю хештег #стасязаработок дабы попытаться объяснить как проходит работа в компании.Здесь я работаю уже 2 года .пришла по приглашению подруги ,по сути это инвестиции ,вы делаете вклад согласно инвест предложению на сайте .предварительно конечно же проходите регистрацию по ссылке (дам в лс свою рефералку)дальше сидите и ждёте пока пройдёт 96 часов,потом ВНИМАНИЕ ! ,и Вам возвращается ТЕЛО ВКЛАДА + ПРОЦЕНТ.Возвращается сразу на КОШЕЛЁК.Пример этому моя сделка ,которая начиналась 05.12 ,а завершилась сегодня.Листайте в сторону там все видно.Хотите также на дополнительные вопросы отвечаю



32 likes

DECEMBER 10, 2018

Log in to like or comment.

"I'm saying this for the first and last time. My DMs are just overflowing. A bit about what's most important, I'm creating the hashtag #stasyaincome to try to explain how working at the company is going. I've worked here for two years and came after my friend recommended it. It's essentially investing, you make an investment in accordance with the investment offer on the site. You of course go through a preliminary registration using the link (I'll give you my referral code if you DM me) after that you sit and wait until 96 hours pass, and then ATTENTION! The PRINCIPAL OF THE INVESTMENT + INTEREST is returned. It's returned immediately to your WALLET. An example is the deal I started on 05/12 and which finished today. Scroll to the side, you can see everything there. If you want, I can answer any additional questions"



renata.ahmatulina • Follow

renata.ahmatulina #успех #заработок #предприниматель #граберлик #млм #сетевойбизнес #удаленнаяработа #мояработа #онлайнзаработок #бизнеспенсия #работаудал #работаонлайн #экспресскарьера #бизнесдлявсех #айвононлайн #удача #хорошийзаработок #бизнеснадому #продажи#сте

4 likes

DECEMBER 10, 2018

Log in to like or comment.



stanislava_vershinskaya • Follow

**stanislava_vershinskaya**
Пассив?Итак,погнали,список самых
Ваших распространённых вопросов
? Стася,ты давно работаешь в
компании?
- Да.в компании я около двух
лет,считаю,что за это время я полностью
убедилась в платежеспособности и
надёжности CME.
? Ты зарабатываешь на приглашениях?
-Нет Никаких приглашений,в компании
есть реферала ,но она ЕДИНОРАЗОВО

25 likes

DECEMBER 11, 2018

Log in to like or comment.

"Passive? Okay, let's go. The list of your most asked questions. Stasya, have you worked at the company for a long time? – Yes, I've been at the company for around two years, and in that time I've been completely convinced of CME's solvency and reliability. Do you make money on offers? No, no offers. The company has referrals, but it's a one-time thing"



stanislava_vershinskaya • Follow

**stanislava_vershinskaya**
Пассив?Итак,погнали,список самых
Ваших распространённых вопросов📋🔥
❓Стася,ты давно работаешь в
компании?
- Да,в компании я около двух
лет,считаю,что за это время я полностью
убедилась в платежеспособности и
надежности CME.
❓Ты зарабатываешь на приглашениях?
-Нет🙅Никаких приглашений,в компании
есть реферала ,но она ЕДИНОРАЗОВО

♡ ◯ ⬆                          🔖

25 likes

DECEMBER 11, 2018

Log in to like or comment.                    ...

"Passive? Okay, let's go. The list of your most asked questions. Stasya, have you worked at the company for a long time?
– Yes, I've been at the company for around two years, and in that time I've been completely convinced of CME's solvency and reliability. Do you make money on offers? No, no offers. The company has referrals, but it's a one-time thing"

# EXHIBIT H

Отзывы     Поиск авторов     Карта

Пример: Mazda6 седан

НАПИСАТЬ ОТЗЫВ

Отзывы › Интернет и сайты › Онлайн-сервисы › Разное

# Cmegroupcenter.com - филиал компании CMEGroupCenter в России

Рекомендуют **0%**



КАЧЕСТВО
НАДЕЖНОСТЬ
УДОБСТВО
СКОРОСТЬ РАБОТЫ
БЕЗОПАСНОСТЬ



ДОБАВИТЬ ОТЗЫВ          Все отзывы: 2

## Отзывы (2)

**stanislava01**
Казахстан, Almaty

Репутация
**0**

Все отзывы автора
**1**

## Отзыв: Cmegroupcenter.com - филиал компании CMEGroupCenter в России - Лохотрон, [цензура] осторожно

15.12.2018                    Отзыв рекомендуют:     1     0

ДОСТОИНСТВА:
Их нет

НЕДОСТАТКИ:
Обман, развод, лохотрон, [цензура]

Хочу рассказать о [цензура]находящихся по адресу в интернет cmegroupcenter.com
. Легенда такова: они прикрываются реально Чикагской биржей основанной в 2008 года CME Group.
Якобы они их филиал в России.
В Инстаграмм работает [персональные данные вырезаны модератором], она привлекает инвесторов и за одно в этой шайке. [цензура]
Сайт копирнули с оригинального, только перевели на русский язык.
Предлагают инвестиции с хорошим доходом.

Закинула я 1000$, должна была получить 7% за 4 дня, они начислили в личном кабинете за 2 дня 70%, и потом говорили, что начисление мне не положено на такую сумму 70%. Просили ещё перевезти деньги 3300$. После перевода, тишина. В итоге развели на 4300$.

Хотела предупредить, что они [цензура] и никакого отношения не имеют к чикагской бирже CME GROUP.

Будте осторожны!!! Лохотрон.

CME, cmegroupcenter, cme, cmegroup.

Общее впечатление:     Лохотрон, [цензура] осторожно

Моя оценка:

Рекомендую друзьям:     **НЕТ**

КАЧЕСТВО          НАДЕЖНОСТЬ          УДОБСТВО          СКОРОСТЬ РАБОТЫ

Это полезный отзыв?      ДА          

Яндекс.Директ



## Читаем торговые сигналы как профи

6 проверенных сигналов VSA для идеально точных сделок. Смотрите уроки А. Пурнова!

 trdi.ru

18+

## Что не говорят в InCruises!

Получи в месяц 255 целевых кандидатов в InCruises! Скачай PDF!

biznesnagotovoiplatforme.ru

18+



## Тест: Почему вас не любят деньги?

Узнайте почему вы зарабатываете меньше, чем могли бы!





yurkovskaya.com

## Комментарии к отзыву (0)

ОСТАВИТЬ СВОЙ КОММЕНТАРИЙ



The **World Account** is the fast, free way to open local curre accounts around the world

Find out more →

WORLDFIRS



Яндекс.Директ

## Incruises умалчивает это!
Уставший сетевик в Incruises получает 293038,97 р. за 30 дней в интернет! Скачай PDF!

Узнать больше    ● mlmvrunete.ru

18+



## Эфирус – Российский блокчейн 2019!
Узнайте как внедряется технология в реальный сектор экономики и что Вам это даст!

Узнать больше    etherus-invest.ru



## Простой способ заработка
Зарабатывай дома, сидя за ПК. Регистрируйся и получи pdf инструкцию и онлайн курс.

Узнать больше    vashuspekhtut.ru

18+

Need a voucher?    Get It Here

Case: 1:19-cv-01621-Document #: 13-1 Filed: 03/07/19 Page 142 of 145 PageID #:1033

Правила | Помощь | Обратная связь | Партнерам

Отзовик © 2010 — 2019    16+

# EXHIBIT I









**Онлайн игра с выводом денег - платит !!!**

**Список самых лучших курсов по заработку**



Блог Viktoria Sandi по борьбе с мошенничеством

## [ЛОХОТРОН] cmegroupcenter.com отзывы

Рубрика: Лохотроны, пирамиды, сомнительные проекты 01 Фев 2019



Если вас кто-то приглашает на сайт **cmegroupcenter.com** для лёгкого заработка за счёт собственных инвестиций, опасайтесь обмана. В такие ловушки людей специально заманивают, жулики скопировали сайт американской биржи, перевели частично. Посмотрите, куда ведут их ссылки, они либо вообще не активны, либо ведут на посторонние ресурсы.

Ни в коем случае туда нельзя вкладывать деньги, назад вам их уже не вернут, а денег там хотят много, даже в самом начале просят 1000 долларов. такого рода жулики могут добавляться в скайпе или других социальных сетях, показывают скриншоты, как они типа выводят крупные суммы с проекта и сами советуют попробовать. Не верьте, скриншоты липовые, это сами организаторы в свою ловушки и приглашают.

Такие злодеи редко показывают свои лица на камеру, только голос или вообще в виде чата общаются. Могут предложить вложиться по крупному в складчину, типа они внесут какую-то крупную сумму и вы тоже. Хитрый обман, мошенники cmegroupcenter.com в этом профессионалы.

Никогда не слушайте неизвестных, которые начинают рассказывать про выгодные инвестиции, в сети столько инвест мошенников, что про инвестиции вообще лучше не думать.



Я **рекомендую** рабочие схемы заработка

Чтобы узнать, как научиться зарабатывать

**Внимание!** Помогите распространить эту информацию по социальным сетям и форумам. Расскажите людям об этой записи, не будьте равнодушны.

Блог Viktoria Sandi по борьбе с мошенничеством

В Интернете есть возможность заработать - Воспользуйтесь этими сайтами, которые я рекомендую, они реально помогут вам заработать.



*ДЕЛИМСЯ ПРИБЫЛЬНЫМИ СТРАТЕГИЯМИ!*

Бинариум

**МЫ ПЛАТИМ НАШИМ КЛИЕНТАМ ПО**

**10 000$**

**КАЖДЫЙ ДЕНЬ**

☑ У НАС НЕТ СПРЕДОВ!
☑ МИНИМАЛЬНАЯ СДЕЛКА 1$
☑ ВЫПЛАТЫ В ДЕНЬ ЗАКАЗА
☑ 89% ПРИБЫЛИ ЗА СДЕЛКУ

НАЧАТЬ ЗАРАБАТЫВАТЬ!

ОНЛАЙН-КУРС № ПО СОЗДАНИЮ СТАБИЛЬНОГО ДОХОДА

**BIG-MONEY.ONLINE**
**зарабатывайте в кризис**
**до 5000 рублей в сутки**

### Sidebar

поиск



Я **рекомендую** рабочие схемы заработка



**Топ 10 рабочих схем**

- [РЕКОМЕНДУЮ] Заработок на юридических советах

- [РЕКОМЕНДУЮ] big-money зарабатывайте в кризис до 5000 рублей в сутки

- [РЕКОМЕНДУЮ] Спутник Готовая система получения прибыли 300 тысяч рублей в месяц на подписках и партнерках

- [РЕКОМЕНДУЮ] Онлайн курс Денежный Авито

- [РЕКОМЕНДУЮ] Инстаграм от Сальча отзывы

- [РЕКОМЕНДУЮ] Пенсионер-миллионер — заработок 50000 рублей в месяц

- [РЕКОМЕНДУЮ] Ласточка или как новичку с нуля начать зарабатывать от 7000 рублей в день!

- [РЕКОМЕНДУЮ] Система Триумф заработок от Планеты Бизнеса

- [РЕКОМЕНДУЮ] Заработок на спортивных трансляциях

- Полный список рабочих способов заработка

Работа в интернете (Блог Viktoria S...

4 950 участников

ВК Подписаться на новости

## Страницы блога

- Главная
- О себе
- ТОПовые курсы
- Мои наблюдения
- Карта сайта

## Разделы блога

- Курсы по бинарным опционам и форекс
- Лохотроны, пирамиды, сомнительные проекты
- Не актуальные курсы
- Обучающие курсы на другие тематики
- Полезные советы и наблюдения
- Полный список курсов по заработку (не проверены)
- Рекомендуемые способы заработка

Akismet заблокирован
31 591 спамера

Свежие комментарии

пока другие теряют деньги и время
на нелюбимой работе

Практический обучающий курс
ПАРТНЕРСКИЙ КОНВЕЙЕР 3.0
ХОТИТЕ НАЧАТЬ В ИНТЕРНЕТЕ БЕЗ ОБМАНА?
ПРИОБРЕТАЙТЕ ОПЫТ, А НЕ ОДНОРАЗОВЫЕ СХЕМЫ!

Блог Viktoria Sandi по борьбе с мошенничеством

Копирование материала строго ЗАПРЕЩЕНО! Статья написана специально для сайта zarabotok24skachat.ru

**Один отзыв на «[ЛОХОТРОН] cmegroupcenter.com отзывы»**

Viktoria Sandi пишет:
01 Фев 2019 в 20:49
Проверенный заработок — ссылка

**Вы можете оставить свой комментарий, но сперва прочтите правила**
**Если хотите вставить ссылку в комментарий или уже готовый текст, тогда просто обведите их и перетяните сюда**

Имя *

Почта (будет скрыта) *

Сайт (не обязательно)

добавить

Блог Viktoria Sandi по борьбе с мошенничеством

- Tatjana к записи [ЛОХОТРОН] Glenmore Investments фальшивый брокер
- Viktoria Sandi к записи [ЛОХОТРОН] Certificate shop сертификаты ESP
- Viktoria Sandi к записи [ЛОХОТРОН] Work Info Comp отзывы
- Viktoria Sandi к записи [ЛОХОТРОН] ПАО ФедералТранз отзывы
- Владимир к записи [ЛОХОТРОН] platformplat.ru отзывы
- Viktoria Sandi к записи [ЛОХОТРОН] ПАО КапиталСеть отзывы
- zhandar к записи [ЛОХОТРОН] payget-money.ru, money-index.com отзывы
- Viktoria Sandi к записи [ЛОХОТРОН] ptcbank.net отзывы
- Viktoria Sandi к записи [ЛОХОТРОН] rabota.store отзывы
- Viktoria Sandi к записи [ЛОХОТРОН] multi-credit.online отзывы
- Алина к записи [ЛОХОТРОН] malta-casino.com отзывы
- Viktoria Sandi к записи [ЛОХОТРОН] BLOCKCHINE pool отзывы
- Viktoria Sandi к записи [ЛОХОТРОН] rabota-na-domy2019.ru отзывы
- Гуля к записи [ЛОХОТРОН] lucky-casino.co отзывы

© 2016 - 2019 Всё о заработке в интернете
Информация на сайте несёт ознакомительный характер.
Копирование информации со страниц сайта запрещено.
Список опасных сайтов | Реальные способы заработка | Отказ от ответственности| Карта сайта



