**TM Staff Information - None**

**File Location**

Current Location: GENERIC WEB UPDATE | Date in Location: Feb. 10, 2011

# Assignment Abstract Of Title Information

**Summary**

Total Assignments: 2 | Registrant: Board of Trade of the City of Chicago

## Assignment 1 of 2

| | |
|---|---|
| Conveyance: | CHANGE OF CORPORATE STATUS |
| Reel/Frame: | 3162/0424 |
| Date Recorded: | Jul. 22, 2005 |
| Supporting Documents: | assignment-tm-3162-0424.pdf |

Pages: 23

### Assignor

| | | | |
|---|---|---|---|
| Name: | CHICAGO, THE CITY OF, BOARD OF TRADE OF | Execution Date: | Nov. 13, 2001 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | ILLINOIS |

### Assignee

| | | | |
|---|---|---|---|
| Name: | CHICAGO, THE CITY OF, BOARD OF TRADE | | |
| Legal Entity Type: | BOARD OF TRADE OF THE CITY OF CHICAGO | State or Country Where Organized: | DELAWARE |
| Address: | 141 WEST JACKSON BOULEVARD CHICAGO, ILLINOIS 60604 | | |

### Correspondent

| | |
|---|---|
| Correspondent Name: | JEANNE M. GILLS |
| Correspondent Address: | SUITE 2800 321 NORTH CLARK STREET CHICAGO, IL 60610 |

**Domestic Representative - Not Found**

## Assignment 2 of 2

| | |
|---|---|
| Conveyance: | CHANGE OF CORPORATE STATUS |
| Reel/Frame: | 3235/0964 |
| Date Recorded: | Dec. 01, 2005 |
| Supporting Documents: | assignment-tm-3235-0964.pdf |

Pages: 14

### Assignor

| | | | |
|---|---|---|---|
| Name: | BOARD OF TRADE OF THE CITY OF CHICAGO | Execution Date: | Apr. 22, 2005 |
| Legal Entity Type: | DELAWARE NOT FOR PROFIT, NON-STOCK CORPORATION | State or Country Where Organized: | No Place Where Organized Found |

### Assignee

| | | | |
|---|---|---|---|
| Name: | BOARD OF TRADE OF THE CITY OF CHICAGO | | |
| Legal Entity Type: | DELAWARE NOT FOR PROFIT, NON-STOCK CORPORATION | State or Country Where Organized: | No Place Where Organized Found |
| Address: | 141 WEST JACKSON BOULEVARD CHICAGO, ILLINOIS | | |

### Correspondent

| | |
|---|---|
| Correspondent Name: | JEANNE M. GILLS |
| Correspondent Address: | SUITE 2800 321 NORTH CLARK STREET CHICAGO, ILLINOIS 60610 |

**Domestic Representative - Not Found**

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,713,052

Registered May 6, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

## NEW YORK MERCANTILE EXCHANGE

NEW YORK MERCANTILE EXCHANGE, INC.
  (DELAWARE CORPORATION)
ONE NORTH END AVENUE
WORLD FINANCIAL CENTER
NEW YORK, NY 102821101

FOR: PROVIDING INFORMATION ON SETTLE-
MENT PRICES, TRADING PRICES, BID AND ASK
PRICES, PRICE RANGES, VOLUME DATA, AND
OTHER MARKET DATA ON COMMODITY FU-
TURES CONTRACTS AND OPTIONS ON COM-
MODITY FUTURES CONTRACTS, IN CLASS 36
(U.S. CLS. 100, 101 AND 102).

FIRST USE 6-5-1882; IN COMMERCE 6-5-1882.

OWNER OF U.S. REG. NOS. 1,775,460, 1,832,417,
AND 1,847,455.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "EXCHANGE", APART FROM
THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 76-370,901, FILED 2-13-2002.

STEVEN R. FINE, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2019-02-20 11:07:22 EST

**Mark:** NEW YORK MERCANTILE EXCHANGE

NEW YORK MERCANTILE EXCHANGE

| | | |
|---|---|---|
| **US Serial Number:** 76370901 | **Application Filing Date:** | Feb. 13, 2002 |
| **US Registration Number:** 2713052 | **Registration Date:** | May 06, 2003 |
| **Register:** Principal | | |
| **Mark Type:** Service Mark | | |
| **Status:** The registration has been renewed. | | |
| **Status Date:** Apr. 16, 2013 | | |
| **Publication Date:** Feb. 11, 2003 | | |

## Mark Information

**Mark Literal Elements:** NEW YORK MERCANTILE EXCHANGE

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

**Disclaimer:** "EXCHANGE"

**Acquired Distinctiveness Claim:** In whole

## Related Properties Information

**Claimed Ownership of US Registrations:** 1775460, 1832417, 1847455

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Providing information on settlement prices, trading prices, bid and ask prices, price ranges, volume data, and other market data on commodity futures contracts and options on commodity futures contracts

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jun. 05, 1882

**Use in Commerce:** Jun. 05, 1882

## Basis Information (Case Level)

| | | | | |
|---|---|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | New York Mercantile Exchange, Inc. |
| **Owner Address:** | One North End Avenue<br>World Financial Center<br>New York, NEW YORK 102821101<br>UNITED STATES |
| **Legal Entity Type:** | CORPORATION |

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Joseph T. Kucala, Jr. | **Docket Number:** | 13441-464 |
| **Attorney Primary Email Address:** | officeactions@norvellip.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Joseph T. Kucala, Jr.<br>Norvell IP LLC<br>PO Box 2461<br>CHICAGO, ILLINOIS 60690<br>UNITED STATES |

| | | | |
|---|---|---|---|
| **Phone:** | 888-315-0732 | **Fax:** | 312-268-5063 |
| **Correspondent e-mail:** | officeactions@norvellip.com officeactions@norvell ip.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 16, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Apr. 16, 2013 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 69471 |
| Apr. 16, 2013 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 69471 |
| Apr. 15, 2013 | TEAS SECTION 8 & 9 RECEIVED | |
| Jun. 25, 2010 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 25, 2010 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 16, 2009 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 16, 2009 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Nov. 22, 2008 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 69471 |
| Nov. 12, 2008 | ASSIGNED TO PARALEGAL | 69471 |
| Nov. 05, 2008 | TEAS SECTION 8 & 15 RECEIVED | |
| Jul. 21, 2008 | CASE FILE IN TICRS | |
| May 01, 2004 | NEW CERTIFICATE ISSUED, SEC. 7D | |
| Mar. 15, 2004 | REQUEST FOR NEW CERTIFICATE FILED | |
| Aug. 12, 2003 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| May 06, 2003 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 04, 2003 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 11, 2003 | PUBLISHED FOR OPPOSITION | |
| Jan. 22, 2003 | NOTICE OF PUBLICATION | |
| Nov. 26, 2002 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 25, 2002 | EXAMINERS AMENDMENT MAILED | |
| Jun. 20, 2002 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jul. 16, 2002 | NON-FINAL ACTION MAILED | |
| Jun. 14, 2002 | ASSIGNED TO EXAMINER | 63031 |
| Jun. 06, 2002 | ASSIGNED TO EXAMINER | 78473 |

# Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** May 06, 2013

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** Apr. 16, 2013

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

## United States Patent and Trademark Office

Reg. No. 1,847,455

Registered July 26, 1994

## SERVICE MARK
## PRINCIPAL REGISTER

## NEW YORK MERCANTILE EXCHANGE

NEW YORK MERCANTILE EXCHANGE (NEW YORK CORPORATION)
FOUR WORLD TRADE CENTER
NEW YORK, NY 10048

FOR: COMMODITY FUTURES AND OPTIONS CONTRACT TRADING FOR OTHERS; NAMELY, ORDER ENTRY AND TRADE MATCHING SYSTEM FOR TRADING OF FUTURES AND OPTIONS ON FUTURES BY MEANS OF COMPUTER , IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6–5–1882; IN COMMERCE 6–5–1882.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "EXCHANGE", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "NEW YORK MERCANTILE".

SN 74–217,665, FILED 11–1–1991.

M. L. HERSHKOWITZ, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2019-02-20 11:08:24 EST

**Mark:** NEW YORK MERCANTILE EXCHANGE

**US Serial Number:** 74217665

**US Registration Number:** 1847455

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**

**Status:** The registration has been renewed.

**Status Date:** Jul. 28, 2014

**Publication Date:** Jun. 08, 1993

**Application Filing Date:** Nov. 01, 1991

**Registration Date:** Jul. 26, 1994

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Notice of Allowance Date:** Aug. 31, 1993

## Mark Information

**Mark Literal Elements:** NEW YORK MERCANTILE EXCHANGE

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

**Disclaimer:** "EXCHANGE"

**Acquired Distinctiveness Claim:** In part

**Distinctiveness Limitation Statement:** as to "NEW YORK MERCANTILE"

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** commodity futures and options contract trading for others; namely, order entry and trade matching system for trading of futures and options on futures by means of computer

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jun. 05, 1882

**Use in Commerce:** Jun. 05, 1882

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** NEW YORK MERCANTILE EXCHANGE, INC.

**Owner Address:** ONE NORTH END AVENUE
NEW YORK, NEW YORK UNITED STATES 10282

**Legal Entity Type:** CORPORATION    **State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T. Kucala, Jr.    **Docket Number:** 13441-463

**Attorney Primary Email Address:** officeactions@norvellip.com    **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Joseph T. Kucala, Jr.
Norvell IP LLC
PO Box 2461
CHICAGO, ILLINOIS UNITED STATES 60690

**Phone:** 888-315-0732    **Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com officeactions@norvell
ip.com    **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 28, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jul. 28, 2014 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 76293 |
| Jul. 28, 2014 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 76293 |
| Jul. 25, 2014 | TEAS SECTION 8 & 9 RECEIVED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 25, 2010 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 25, 2010 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 27, 2007 | CASE FILE IN TICRS | |
| Jun. 08, 2004 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Jun. 08, 2004 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Apr. 14, 2004 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Oct. 21, 2000 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Jul. 24, 2000 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Jul. 24, 2000 | REGISTERED - SEC. 8 (6-YR) FILED | |
| Jul. 26, 1994 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 22, 1994 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Mar. 31, 1994 | STATEMENT OF USE PROCESSING COMPLETE | |
| Mar. 31, 1994 | EXTENSION 1 GRANTED | |
| Feb. 24, 1994 | USE AMENDMENT FILED | |
| Feb. 24, 1994 | EXTENSION 1 FILED | |
| Aug. 31, 1993 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Jun. 08, 1993 | PUBLISHED FOR OPPOSITION | |

| | | |
|---|---|---|
| May 07, 1993 | NOTICE OF PUBLICATION | |
| Mar. 23, 1993 | PUBLISHED FOR OPPOSITION | |
| Feb. 19, 1993 | NOTICE OF PUBLICATION | |
| Jan. 19, 1993 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 17, 1992 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jun. 22, 1992 | NON-FINAL ACTION MAILED | |
| May 11, 1992 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jan. 22, 1992 | NON-FINAL ACTION MAILED | |
| Jan. 06, 1992 | ASSIGNED TO EXAMINER | 69798 |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Jul. 26, 2014

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** Jul. 28, 2014

## Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 1          **Registrant:** NEW YORK MERCANTILE EXCHANGE

**Assignment 1 of 1**

**Conveyance:** MERGER

**Reel/Frame:** 2472/0902          **Pages:** 6

**Date Recorded:** Mar. 26, 2002

**Supporting Documents:** assignment-tm-2472-0902.pdf

**Assignor**

**Name:** NEW YORK MERCANTILE EXCHANGE          **Execution Date:** Nov. 17, 2000

**Legal Entity Type:** CORPORATION          **State or Country Where Organized:** NEW YORK

**Assignee**

**Name:** NEW YORK MERCANTILE EXCHANGE, INC.

**Legal Entity Type:** CORPORATION          **State or Country Where Organized:** DELAWARE

**Address:** WORLD FINANCIAL CENTER
ONE NORTH END AVENUE
NEW YORK, NEW YORK 10282

**Correspondent**

**Correspondent Name:** ARENT FOX ET AL

**Correspondent Address:** DAVID C. GRYCE
1050 CONNECTICUT AVE., NW
WASHINGTON, DC 20036

**Domestic Representative - Not Found**

Int. Cl.: 36

Prior U.S. Cls.: 101 and 102

**United States Patent and Trademark Office**

Reg. No. 1,775,460
Registered June 8, 1993

## SERVICE MARK
## PRINCIPAL REGISTER

## NEW YORK MERCANTILE EXCHANGE

NEW YORK MERCANTILE EXCHANGE (NEW YORK CORPORATION)
FOUR WORLD TRADE CENTER
NEW YORK, NY 10048

FOR: OPERATION OF AN EXCHANGE MARKET FOR TRADING IN COMMODITY FUTURES AND OPTIONS CONTRACTS, IN CLASS 36 (U.S. CLS. 101 AND 102).

FIRST USE 6–5–1882; IN COMMERCE 6–5–1882.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "EXCHANGE", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "NEW YORK MERCAN-TILE".

SER. NO. 74–219,609, FILED 11–7–1991.

M. L. HERSHKOWITZ, EXAMINING ATTOR-NEY

**Generated on:** This page was generated by TSDR on 2019-02-20 11:08:57 EST

**Mark:** NEW YORK MERCANTILE EXCHANGE

| | | | |
|---|---|---|---|
| **US Serial Number:** 74219609 | | **Application Filing Date:** Nov. 07, 1991 | |
| **US Registration Number:** 1775460 | | **Registration Date:** Jun. 08, 1993 | |
| **Register:** Principal | | | |
| **Mark Type:** Service Mark | | | |
| **Status:** The registration has been renewed. | | | |
| **Status Date:** Apr. 16, 2013 | | | |
| **Publication Date:** Mar. 16, 1993 | | | |

# Mark Information

**Mark Literal Elements:** NEW YORK MERCANTILE EXCHANGE

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

**Disclaimer:** "EXCHANGE"

**Acquired Distinctiveness Claim:** In part

**Distinctiveness Limitation Statement:** as to "NEW YORK MERCANTILE"

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** operation of an exchange market for trading in commodity futures and options contracts

**International Class(es):** 036 - Primary Class     **U.S Class(es):** 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jun. 05, 1882     **Use in Commerce:** Jun. 05, 1882

# Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |

| Filed 66A: | No | Currently 66A: | No |
| Filed No Basis: | No | Currently No Basis: | No |

# Current Owner(s) Information

| Owner Name: | NEW YORK MERCANTILE EXCHANGE, INC. | | |
| Owner Address: | ONE NORTH END AVE<br>NEW YORK, NEW YORK 10282<br>UNITED STATES | | |
| Legal Entity Type: | CORPORATION | State or Country<br>Where Organized: | DELAWARE |

# Attorney/Correspondence Information

## Attorney of Record

| Attorney Name: | Joseph T. Kucala, Jr. | Docket Number: | 13271-462 |
| Attorney Primary<br>Email Address: | officeactions@norvellip.com | Attorney Email<br>Authorized: | Yes |

## Correspondent

| Correspondent<br>Name/Address: | Joseph T. Kucala, Jr.<br>Norvell IP LLC<br>PO Box 2461<br>CHICAGO, ILLINOIS 60690<br>UNITED STATES | | |
| Phone: | 888-315-0732 | Fax: | 312-268-5063 |
| Correspondent e-<br>mail: | officeactions@norvellip.com officeactions@norvell<br>ip.com | Correspondent e-<br>mail Authorized: | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding<br>Number |
|---|---|---|
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 17, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Apr. 16, 2013 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 59136 |
| Apr. 16, 2013 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 59136 |
| Apr. 15, 2013 | TEAS SECTION 8 & 9 RECEIVED | |
| Jun. 25, 2010 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 25, 2010 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 11, 2009 | CASE FILE IN TICRS | |
| Jul. 13, 2003 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Jul. 13, 2003 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| May 08, 2003 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| May 08, 2003 | PAPER RECEIVED | |
| Sep. 24, 1999 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| May 17, 1999 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Jun. 08, 1993 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 16, 1993 | PUBLISHED FOR OPPOSITION | |
| Feb. 12, 1993 | NOTICE OF PUBLICATION | |
| Jan. 15, 1993 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 17, 1992 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jun. 18, 1992 | NON-FINAL ACTION MAILED | |
| May 11, 1992 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Feb. 21, 1992 | NON-FINAL ACTION MAILED | |
| Jan. 31, 1992 | ASSIGNED TO EXAMINER | 69798 |
| Jan. 16, 1992 | ASSIGNED TO EXAMINER | 65999 |

# Maintenance Filings or Post Registration Information

| | |
|---|---|
| **Affidavit of Continued Use:** | Section 8 - Accepted |
| **Affidavit of Incontestability:** | Section 15 - Accepted |
| **Renewal Date:** | Jun. 08, 2013 |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | GENERIC WEB UPDATE | **Date in Location:** | Apr. 16, 2013 |

# Assignment Abstract Of Title Information

## Summary

| | | | |
|---|---|---|---|
| **Total Assignments:** | 1 | **Registrant:** | NEW YORK MERCANTILE EXCHANGE |

**Assignment 1 of 1**

| | | | |
|---|---|---|---|
| **Conveyance:** | MERGER | | |
| **Reel/Frame:** | 2472/0902 | **Pages:** | 6 |
| **Date Recorded:** | Mar. 26, 2002 | | |
| **Supporting Documents:** | assignment-tm-2472-0902.pdf | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | NEW YORK MERCANTILE EXCHANGE | **Execution Date:** | Nov. 17, 2000 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | NEW YORK |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | NEW YORK MERCANTILE EXCHANGE, INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | WORLD FINANCIAL CENTER ONE NORTH END AVENUE NEW YORK, NEW YORK 10282 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | ARENT FOX ET AL |
| **Correspondent Address:** | DAVID C. GRYCE 1050 CONNECTICUT AVE., NW WASHINGTON, DC 20036 |

**Domestic Representative - Not Found**

# EXHIBIT G

**Generated on:** This page was generated by TSDR on 2019-02-17 16:44:36 EST

**Mark:** CME FX LINK

<div align="right">

# CME FX LINK

</div>

**US Serial Number:** 87689907

**Application Filing Date:** Nov. 17, 2017

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Status Date:** Oct. 09, 2018

**Publication Date:** Aug. 14, 2018

**Notice of Allowance Date:** Oct. 09, 2018

## Mark Information

**Mark Literal Elements:** CME FX LINK

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "FX"

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Futures exchange services; financial trading services relating to the trading of futures, options, and derivative foreign exchange products; electronic financial trading services relating to foreign exchange transactions; providing information regarding the trading of futures and options products

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44E:** No

**Filed 44E:** No

**Currently 66A:** No

**Filed 66A:** No

**Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606

**Legal Entity Type:** CORPORATION

**State or Country** DELAWARE
**Where Organized:**

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Christine A. Filarski

**Docket Number:** 13439-1429

**Attorney Primary** officeactions@norvellip.com
**Email Address:**

**Attorney Email** Yes
**Authorized:**

### Correspondent

**Correspondent** CHRISTINE A. FILARSKI
**Name/Address:** NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS UNITED STATES 60690

**Phone:** 773-966-2513

**Correspondent e-** officeactions@norvellip.com
**mail:** cfilarski@norvellip.com

**Correspondent e-** Yes
**mail Authorized:**

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Oct. 09, 2018 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Aug. 14, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 14, 2018 | PUBLISHED FOR OPPOSITION | |
| Jul. 25, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jul. 12, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 16, 2018 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jun. 15, 2018 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jun. 15, 2018 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 15, 2017 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 15, 2017 | NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 15, 2017 | NON-FINAL ACTION WRITTEN | 88570 |
| Dec. 08, 2017 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70884 |
| Dec. 07, 2017 | ASSIGNED TO EXAMINER | 88570 |
| Dec. 06, 2017 | ASSIGNED TO LIE | 70884 |
| Dec. 01, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Nov. 28, 2017 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Nov. 21, 2017 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information

**TM Attorney:** LEE, JEANIE H

**Law Office** LAW OFFICE 105
**Assigned:**

### File Location

**Current Location:** INTENT TO USE SECTION

**Date in Location:** Oct. 09, 2018

## Proceedings

**Summary**

**Number of** 1
**Proceedings:**

**Type of Proceeding: Opposition**

| | |
|---|---|
| **Proceeding Number:** | 91238893 |
| **Status:** | Terminated |
| **Interlocutory Attorney:** | MIKE WEBSTER |

| | | | |
|---|---|---|---|
| **Filing Date:** | Jan 10, 2019 | | |
| **Status Date:** | Sep 05, 2018 | | |

### Defendant

| | |
|---|---|
| **Name:** | Church Mutual Insurance Company |
| **Correspondent Address:** | CHRISTOPHER P FOLEY<br>FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP<br>901 NEW YORK AVENUE NW<br>WASHINGTON DC UNITED STATES , 20001 |
| **Correspondent e-mail:** | docketing@finnegan.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMEXCHANGE | Abandoned - After Inter-Partes Decision | 87431426 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | Chicago Mercantile Exchange Inc. |
| **Correspondent Address:** | CHRISTINE A FILARSKI<br>NORVELL IP LLC<br>PO BOX 2461<br>CHICAGO IL UNITED STATES , 60690 |
| **Correspondent e-mail:** | officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| CME FX$INDEX | Registered | 86963593 | 5211897 |
| CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 73134561 | 1085682 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME FX SPOT | Third Extension - Granted | 87155844 | |
| CME CLEARCHAIN | Third Extension - Granted | 87141695 | |
| CME FX LINK | Notice of Allowance - Issued | 87689907 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 10, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 10, 2018 | Feb 19, 2018 |
| 3 | PENDING, INSTITUTED | Jan 10, 2018 | |
| 4 | ANSWER | Feb 20, 2018 | |
| 5 | P MOT TO STRIKE PLEADING/AFFIRMATIVE DEFENSE | Mar 13, 2018 | |
| 6 | D OPP/RESP TO MOTION | Mar 28, 2018 | |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 29, 2018 | |
| 8 | P REPLY IN SUPPORT OF MOTION | Apr 17, 2018 | |
| 9 | STIP FOR EXT | Jul 17, 2018 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 17, 2018 | |
| 11 | PROCEEDINGS RESUMED | Jul 17, 2018 | |
| 12 | W/DRAW OF APPLICATION | Aug 07, 2018 | |
| 13 | BD DECISION: OPP SUSTAINED | Sep 05, 2018 | |
| 14 | TERMINATED | Sep 05, 2018 | |

**Generated on:** This page was generated by TSDR on 2019-02-17 16:45:07 EST

**Mark:** CME FX SPOT

<div align="right">

## CME FX SPOT

</div>

**US Serial Number:** 87155844

**Application Filing Date:** Aug. 30, 2016

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** 

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** A third request for extension of time to file a Statement of Use has been granted.

**Status Date:** Aug. 13, 2018

**Publication Date:** Jan. 17, 2017

**Notice of Allowance Date:** Mar. 14, 2017

## Mark Information

**Mark Literal Elements:** CME FX SPOT

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "FX"

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer software for financial exchange services; computer software for financial trading services for foreign exchange transactions

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Financial exchange services; financial trading services relating to foreign exchange transactions; electronic financial trading services relating to foreign exchange transactions; financial clearing services relating to foreign exchange transactions

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Providing temporary use of on-line non-downloadable computer software for financial exchange services; Providing temporary use of on-line non-downloadable computer software for financial trading services for foreign exchange transactions

**International Class(es):** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | Yes | Currently ITU: | Yes |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

# Current Owner(s) Information

| | |
|---|---|
| Owner Name: | Chicago Mercantile Exchange Inc. |
| Owner Address: | 20 S. Wacker Drive<br>Chicago, ILLINOIS UNITED STATES 60606 |
| Legal Entity Type: | CORPORATION |

| | |
|---|---|
| State or Country<br>Where Organized: | DELAWARE |

# Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| Attorney Name: | Christine A. Filarski | Docket Number: | 13439-1427 |
| Attorney Primary<br>Email Address: | officeactions@norvellip.com | Attorney Email<br>Authorized: | Yes |

**Correspondent**

| | |
|---|---|
| Correspondent<br>Name/Address: | CHRISTINE A. FILARSKI<br>NORVELL IP LLC<br>P.O. BOX 2461<br>CHICAGO, ILLINOIS UNITED STATES 60690 |
| Phone: | 8883150732 |
| Correspondent e-<br>mail: | officeactions@norvellip.com<br>cfilarski@norvellip.com |

| | |
|---|---|
| Fax: | 3122685063 |
| Correspondent e-<br>mail Authorized: | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 15, 2018 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Aug. 13, 2018 | EXTENSION 3 GRANTED | 98765 |
| Aug. 13, 2018 | EXTENSION 3 FILED | 98765 |
| Aug. 13, 2018 | TEAS EXTENSION RECEIVED | |
| Mar. 09, 2018 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 07, 2018 | EXTENSION 2 GRANTED | 98765 |
| Mar. 07, 2018 | EXTENSION 2 FILED | 98765 |
| Mar. 07, 2018 | TEAS EXTENSION RECEIVED | |
| Sep. 16, 2017 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Sep. 14, 2017 | EXTENSION 1 GRANTED | 98765 |
| Sep. 14, 2017 | EXTENSION 1 FILED | 98765 |
| Sep. 14, 2017 | TEAS EXTENSION RECEIVED | |
| Mar. 14, 2017 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jan. 17, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 17, 2017 | PUBLISHED FOR OPPOSITION | |
| Dec. 28, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 12, 2016 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70997 |
| Nov. 29, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 29, 2016 | ASSIGNED TO EXAMINER | 69197 |
| Sep. 21, 2016 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70997 |

| | | |
|---|---|---|
| Sep. 10, 2016 | ASSIGNED TO LIE | 70997 |
| Sep. 07, 2016 | NOTICE OF PSEUDO MARK E-MAILED | |
| Sep. 06, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Sep. 02, 2016 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Sep. 02, 2016 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information**

TM Attorney: BLOHM, LINDA E

Law Office Assigned: LAW OFFICE 110

**File Location**

Current Location: INTENT TO USE SECTION

Date in Location: Mar. 14, 2017

# Proceedings

**Summary**

Number of Proceedings: 1

**Type of Proceeding: Opposition**

Proceeding Number: 91238893

Filing Date: Jan 10, 2018

Status: Terminated

Status Date: Sep 05, 2018

Interlocutory Attorney: MIKE WEBSTER

**Defendant**

Name: Church Mutual Insurance Company

Correspondent Address: CHRISTOPHER P FOLEY
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 NEW YORK AVENUE NW
WASHINGTON DC UNITED STATES , 20001

Correspondent e-mail: docketing@finnegan.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMEXCHANGE | Abandoned - After Inter-Partes Decision | 87431426 | |

**Plaintiff(s)**

Name: Chicago Mercantile Exchange Inc.

Correspondent Address: CHRISTINE A FILARSKI
NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

Correspondent e-mail: officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |

| | | | |
|---|---|---|---|
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| CME FX$INDEX | Registered | 86963593 | 5211897 |
| CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 73134561 | 1085682 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME FX SPOT | Third Extension - Granted | 87155844 | |
| CME CLEARCHAIN | Third Extension - Granted | 87141695 | |
| CME FX LINK | Notice of Allowance - Issued | 87689907 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 10, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 10, 2018 | Feb 19, 2018 |
| 3 | PENDING, INSTITUTED | Jan 10, 2018 | |
| 4 | ANSWER | Feb 20, 2018 | |
| 5 | P MOT TO STRIKE PLEADING/AFFIRMATIVE DEFENSE | Mar 13, 2018 | |
| 6 | D OPP/RESP TO MOTION | Mar 28, 2018 | |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 29, 2018 | |
| 8 | P REPLY IN SUPPORT OF MOTION | Apr 17, 2018 | |
| 9 | STIP FOR EXT | Jul 17, 2018 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 17, 2018 | |
| 11 | PROCEEDINGS RESUMED | Jul 17, 2018 | |
| 12 | W/DRAW OF APPLICATION | Aug 07, 2018 | |
| 13 | BD DECISION: OPP SUSTAINED | Sep 05, 2018 | |
| 14 | TERMINATED | Sep 05, 2018 | |

**Generated on:** This page was generated by TSDR on 2019-02-17 16:45:24 EST

**Mark:** CME CLEARCHAIN

**CME CLEARCHAIN**

**US Serial Number:** 87141695

**Application Filing Date:** Aug. 17, 2016

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** A third request for extension of time to file a Statement of Use has been granted.

**Status Date:** Aug. 13, 2018

**Publication Date:** Jan. 17, 2017

**Notice of Allowance Date:** Mar. 14, 2017

# Mark Information

**Mark Literal Elements:** CME CLEARCHAIN

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer software for use in financial trading, financial exchange, financial information and market, and financial clearing services; computer software for use in trading, storing, receiving, tracking, transferring, clearing, confirmation, and financial trading risk management for exchange market transactions in the field of digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; computer software for use in creating, managing, and analyzing data on distributed public ledgers and peer-to-peer payment networks; downloadable computer software for use in financial trading, financial exchange, financial information and market data, and financial clearing services; computer software for use in blockchain technology

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Business services, namely, providing digital currency management as it deals with the acquisition, allocation, valuation, marketing, auctioning, trading, and use of the public ledger of transactions for digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; management of databases featuring financial information for the buying, selling, trading, custody and administration of digitized assets, such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency

**International Class(es):** 035 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Financial services, namely, electronic funds transfer via electronic communications networks; clearing and reconciling financial

transactions via electronic communications networks; financial exchange services; monetary exchange services; financial information services; financial clearing services; providing exchange markets for trading, clearing, confirmation and financial trading risk management in the field of bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; electronic financial trading services; electronic financial trading, namely, trading of bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; financial information provided by electronic means; providing on-demand and real-time financial information

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Providing temporary on-line use of non-downloadable software for use in trading, clearing, confirmation, and financial trading risk management for exchange market transactions in the field of digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; providing temporary use of on-line non-downloadable software for use in trading, storing, receiving, tracking, transferring, clearing, confirmation, and financial trading risk management for exchange market transactions in the field of digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; platform as a service (PAAS) featuring computer software platform for authenticating, facilitating, matching, processing, clearing, storing, receiving, tracking, transferring, and submitting trade data, exchanging of trading transaction details, and management of the overall trading lifecycle; hosting an online community in the field of digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; application service provider featuring application programming interface (API) for developers in the field of digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency for creating, managing, and analyzing data on distributed public ledgers and peer-to-peer payment networks; Software as a service (SAAS) services, enabling the development of software in the field of digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency for creating, managing, and analyzing data on distributed public ledgers and peer-to-peer payment networks; Platform as a service (PAAS) featuring computer software platforms for use in developing software in the field of digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency for creating, managing, and analyzing data on distributed public ledgers and peer-to-peer payment networks; providing temporary use of on-line non-downloadable software for the management of infrastructure and network in the field of bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; providing on-line non-downloadable computer software for use in blockchain technology; Software as a service (SAAS) services featuring software for clearing, allocation, compliance, recordation and settlement of trading related to bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency

**International Class(es):** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T. Kucala, Jr.

**Docket Number:** 13439-1422

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** JOSEPH T. KUCALA, JR.
NORVELL IP LLC
P.O. BOX 2461

CHICAGO, ILLINOIS UNITED STATES 60690

**Phone:** 8883150732

**Correspondent e-mail:** officeactions@norvellip.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Aug. 15, 2018 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Aug. 13, 2018 | EXTENSION 3 GRANTED | 98765 |
| Aug. 13, 2018 | EXTENSION 3 FILED | 98765 |
| Aug. 13, 2018 | TEAS EXTENSION RECEIVED | |
| Mar. 09, 2018 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 07, 2018 | EXTENSION 2 GRANTED | 98765 |
| Mar. 07, 2018 | EXTENSION 2 FILED | 98765 |
| Mar. 07, 2018 | TEAS EXTENSION RECEIVED | |
| Aug. 15, 2017 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Aug. 11, 2017 | EXTENSION 1 GRANTED | 98765 |
| Aug. 11, 2017 | EXTENSION 1 FILED | 98765 |
| Aug. 11, 2017 | TEAS EXTENSION RECEIVED | |
| Mar. 14, 2017 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jan. 17, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 17, 2017 | PUBLISHED FOR OPPOSITION | |
| Dec. 28, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 13, 2016 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70997 |
| Dec. 01, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 01, 2016 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Dec. 01, 2016 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Dec. 01, 2016 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Dec. 01, 2016 | EXAMINERS AMENDMENT -WRITTEN | 69197 |
| Nov. 29, 2016 | ASSIGNED TO EXAMINER | 69197 |
| Sep. 15, 2016 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70997 |
| Sep. 08, 2016 | ASSIGNED TO LIE | 70997 |
| Aug. 31, 2016 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 23, 2016 | NOTICE OF PSEUDO MARK E-MAILED | |
| Aug. 22, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 20, 2016 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** BLOHM, LINDA E

**Law Office Assigned:** LAW OFFICE 110

**File Location**

**Current Location:** INTENT TO USE SECTION

**Date in Location:** Mar. 14, 2017

## Proceedings

**Summary**

**Number of Proceedings:** 1

**Type of Proceeding: Opposition**

**Proceeding Number:** 91238893

**Filing Date:** Jan 10, 2018

**Status:** Terminated

**Status Date:** Sep 05, 2018

Interlocutory MIKE WEBSTER
Attorney:

**Defendant**

Name: Church Mutual Insurance Company

Correspondent CHRISTOPHER P FOLEY
Address: FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 NEW YORK AVENUE NW
WASHINGTON DC UNITED STATES , 20001

Correspondent e- docketing@finnegan.com
mail:

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CMEXCHANGE | Abandoned - After Inter-Partes Decision | 87431426 | |

**Plaintiff(s)**

Name: Chicago Mercantile Exchange Inc.

Correspondent CHRISTINE A FILARSKI
Address: NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

Correspondent e- officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com
mail:

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| CME FX$INDEX | Registered | 86963593 | 5211897 |
| CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 73134561 | 1085682 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME FX SPOT | Third Extension - Granted | 87155844 | |
| CME CLEARCHAIN | Third Extension - Granted | 87141695 | |
| CME FX LINK | Notice of Allowance - Issued | 87689907 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|-------------|------|----------|
| 1 | FILED AND FEE | Jan 10, 2018 | |

| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 10, 2018 | Feb 19, 2018 |
|---|---|---|---|
| 3 | PENDING, INSTITUTED | Jan 10, 2018 | |
| 4 | ANSWER | Feb 20, 2018 | |
| 5 | P MOT TO STRIKE PLEADING/AFFIRMATIVE DEFENSE | Mar 13, 2018 | |
| 6 | D OPP/RESP TO MOTION | Mar 28, 2018 | |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 29, 2018 | |
| 8 | P REPLY IN SUPPORT OF MOTION | Apr 17, 2018 | |
| 9 | STIP FOR EXT | Jul 17, 2018 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 17, 2018 | |
| 11 | PROCEEDINGS RESUMED | Jul 17, 2018 | |
| 12 | W/DRAW OF APPLICATION | Aug 07, 2018 | |
| 13 | BD DECISION: OPP SUSTAINED | Sep 05, 2018 | |
| 14 | TERMINATED | Sep 05, 2018 | |

**Generated on:** This page was generated by TSDR on 2019-02-17 16:45:49 EST

**Mark:** E-MINI

# E-MINI

**US Serial Number:** 87593364

**Filed as TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**

**Application Filing Date:** Sep. 01, 2017

**Currently TEAS RF:** Yes

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** A first request for extension of time to file a Statement of Use has been granted.

**Status Date:** Nov. 19, 2018

**Publication Date:** Mar. 27, 2018

**Notice of Allowance Date:** May 22, 2018

## Mark Information

**Mark Literal Elements:** E-MINI

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**International Registration Number:** 1402147

**International Application(s) /Registration(s) Based on this Property:** A0073618/1402147

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial exchange; Futures exchange services; Financial services, namely, the trading of financial instruments, securities, shares, options and other derivative products; On-line trading of financial instruments, shares, options and other derivative products; Providing financial information; Providing information in the field of financial stock and equity markets; Trading of securities options; Trading of securities index futures

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

| | | | |
|---|---|---|---|
| **Filed ITU:** Yes | | **Currently ITU:** Yes | |
| **Filed 44D:** No | | **Currently 44E:** No | |
| **Filed 44E:** No | | **Currently 66A:** No | |
| **Filed 66A:** No | | **Currently No Basis:** No | |
| **Filed No Basis:** No | | | |

# Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606

**Legal Entity Type:** CORPORATION

**State or Country** DELAWARE
**Where Organized:**

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T Kucala Jr.

**Docket Number:** 13439-1428

**Attorney Primary** officeactions@norvellip.com
**Email Address:**

**Attorney Email** Yes
**Authorized:**

### Correspondent

**Correspondent** JOSEPH T KUCALA JR.
**Name/Address:** NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS UNITED STATES 60690

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-** officeactions@norvellip.com
**mail:** jkucala@norvellip.com mgutierrez@norvellip.com
mwitsman@norvellip.com

**Correspondent e-** Yes
**mail Authorized:**

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 19, 2018 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 21, 2018 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Nov. 19, 2018 | EXTENSION 1 GRANTED | 98765 |
| Nov. 19, 2018 | EXTENSION 1 FILED | 98765 |
| Nov. 19, 2018 | TEAS EXTENSION RECEIVED | |
| May 22, 2018 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Mar. 27, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 27, 2018 | PUBLISHED FOR OPPOSITION | |
| Mar. 07, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 16, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 15, 2018 | TEAS/EMAIL CORRESPONDENCE ENTERED | 68552 |
| Feb. 15, 2018 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 68552 |
| Feb. 14, 2018 | ASSIGNED TO LIE | 68552 |
| Feb. 06, 2018 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 15, 2017 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 15, 2017 | NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 15, 2017 | NON-FINAL ACTION WRITTEN | 88570 |
| Dec. 07, 2017 | ASSIGNED TO EXAMINER | 88570 |
| Sep. 09, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Sep. 05, 2017 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information**

TM Attorney: LEE, JEANIE H

Law Office Assigned: LAW OFFICE 105

**File Location**

Current Location: INTENT TO USE SECTION

Date in Location: May 22, 2018

# Proceedings

## Summary

Number of Proceedings: 1

### Type of Proceeding: Cancellation

Proceeding Number: 92066802

Filing Date: Sep 01, 2017

Status: Pending

Status Date: Sep 01, 2017

Interlocutory Attorney: ELIZABETH A DUNN

### Defendant

Name: Barry Taylor

Correspondent Address: Ruth Khalsa
LEGALFORCE RAPC WORLDWIDE PC
446 E SOUTHERN AVENUE
TEMPE AZ UNITED STATES , 85282

Correspondent e-mail: lfdisputes@legalforcelaw.com , ruth@legalforcelaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| EMINI-WATCH | Cancellation Pending | 85366130 | 4200951 |

### Plaintiff(s)

Name: Chicago Mercantile Exchange Inc.

Correspondent Address: CHRISTINE A FILARSKI
NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

Correspondent e-mail: officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| E-MINI | REGISTERED AND RENEWED | 78297512 | 2969965 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| | First Extension - Granted | 87593364 | |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Sep 01, 2017 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Sep 05, 2017 | Oct 15, 2017 |
| 3 | PENDING, INSTITUTED | Sep 05, 2017 | |
| 4 | ANSWER | Oct 06, 2017 | |
| 5 | AMENDED ANSWER | Oct 27, 2017 | |
| 6 | D APPEARANCE / POWER OF ATTORNEY | Nov 03, 2017 | |
| 7 | TRIAL DATES REMAIN AS SET | Nov 13, 2017 | |
| 8 | D CHANGE OF CORRESP ADDRESS | Dec 29, 2017 | |
| 9 | STIP PROTECTIVE ORDER | Feb 13, 2018 | |
| 10 | UNDELIVERABLE MAIL | Feb 13, 2018 | |
| 11 | STIP NOTED AND APPROVED | Feb 20, 2018 | |
| 12 | STIP FOR EXT | Mar 15, 2018 | |
| 13 | EXTENSION OF TIME GRANTED | Mar 15, 2018 | |

| 14 | STIP FOR EXT | Jul 09, 2018 |
| 15 | EXTENSION OF TIME GRANTED | Jul 09, 2018 |
| 16 | P MOT FOR EXT W/ CONSENT | Oct 01, 2018 |
| 17 | EXTENSION OF TIME GRANTED | Oct 01, 2018 |
| 18 | P MOT FOR EXT W/ CONSENT | Dec 13, 2018 |
| 19 | EXTENSION OF TIME GRANTED | Dec 13, 2018 |

**Generated on:** This page was generated by TSDR on 2019-02-17 16:46:07 EST

**Mark:** CME

# CME

**US Serial Number:** 88087268

**Application Filing Date:** Aug. 21, 2018

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Sep. 30, 2018

## Mark Information

**Mark Literal Elements:** CME

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial trading services related to the offering of cryptocurrencies; electronic financial trading services relating to cryptocurrencies; providing information regarding the trading of cryptocurrencies; providing exchange markets for trading and clearing cryptocurrencies

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Dec. 17, 2017

**Use in Commerce:** Dec. 17, 2017

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 South Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** ILLINOIS

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T. Kucala Jr.

**Attorney Primary Email Address:** officeactions@norvellip.com

**Docket Number:** 13439-1447

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** JOSEPH T. KUCALA JR.
NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com
jkucala@norvellip.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 30, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION WRITTEN | 92838 |
| Sep. 26, 2018 | ASSIGNED TO EXAMINER | 92838 |
| Aug. 30, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 24, 2018 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information

**TM Attorney:** SHEN, ELIZABETH STELLA

**Law Office Assigned:** LAW OFFICE 121

### File Location

**Current Location:** TMO LAW OFFICE 121 - EXAMINING ATTORNEY ASSIGNED

**Date in Location:** Sep. 30, 2018

**Generated on:** This page was generated by TSDR on 2019-02-17 16:46:23 EST

**Mark:** CME DATAMINE

<div align="right">

## CME DATAMINE

</div>

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87749572 | **Application Filing Date:** | Jan. 10, 2018 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Status Date:** Nov. 27, 2018

**Publication Date:** Oct. 02, 2018      **Notice of Allowance Date:** Nov. 27, 2018

## Mark Information

**Mark Literal Elements:** CME DATAMINE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Software as a service (SAAS) featuring software related to financial market data, namely, software for use in compiling, storing, and distributing financial market data; software as a service (SAAS) featuring software for historical, on-demand, and real-time financial market data distribution; providing platform as a service (PAAS) featuring computer software platform for compiling, storing, and distributing financial market data

**International Class(es):** 042 - Primary Class      **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Chicago Mercantile Exchange Inc. |
| **Owner Address:** | 20 S. Wacker Drive<br>Chicago, ILLINOIS UNITED STATES 60606 |
| **Legal Entity Type:** | CORPORATION |

| | |
|---|---|
| **State or Country Where Organized** | DELAWARE |

# Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Joseph T Kucala Jr. | **Docket Number:** | 13439-1432 |
| **Attorney Primary Email Address:** | officeactions@norvellip.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | JOSEPH T KUCALA JR.<br>NORVELL IP LLC<br>P.O. BOX 2461<br>CHICAGO, ILLINOIS UNITED STATES 60690 |

| | | | |
|---|---|---|---|
| **Phone:** | 888-315-0732 | **Fax:** | 312-268-5063 |
| **Correspondent e-mail:** | officeactions@norvellip.com<br>jkucala@norvellip.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 27, 2018 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Oct. 02, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 02, 2018 | PUBLISHED FOR OPPOSITION | |
| Sep. 12, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Aug. 27, 2018 | ASSIGNED TO LIE | 69712 |
| Aug. 15, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 14, 2018 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Aug. 13, 2018 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Aug. 13, 2018 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Apr. 20, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Apr. 20, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Apr. 20, 2018 | NON-FINAL ACTION WRITTEN | 69812 |
| Apr. 20, 2018 | ASSIGNED TO EXAMINER | 69812 |
| Jan. 24, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jan. 13, 2018 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information

| | | | |
|---|---|---|---|
| **TM Attorney:** | SHANAHAN, WILLIAM PATR | **Law Office Assigned:** | LAW OFFICE 116 |

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | INTENT TO USE SECTION | **Date in Location:** | Nov. 27, 2018 |

**Generated on:** This page was generated by TSDR on 2019-02-17 16:46:42 EST

**Mark:** CME MARKET SENTIMENT METER

CME MARKET SENTIMENT METER

| | |
|---|---|
| **US Serial Number:** 87954026 | **Application Filing Date:** Jun. 08, 2018 |
| **Filed as TEAS RF:** Yes | **Currently TEAS RF:** Yes |
| **Register:** Principal | |
| **Mark Type:** Trademark, Service Mark | |

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Sep. 30, 2018

# Mark Information

**Mark Literal Elements:** CME MARKET SENTIMENT METER

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer software for use in financial trading, financial exchange, financial information, and financial clearing services; computer software for use in evaluating financial market trends and changes; computer software related to financial market data; computer software related to historical and real-time financial market data distribution

**International Class(es):** 009 - Primary Class          **U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Financial advisory services; financial planning services; financial risk management services; financial information services; financial exchange services, namely, providing a tool regarding trends and changes in the financial markets and price development; financial risk services, namely, providing a tool for risk evaluation and management in the financial markets

**International Class(es):** 036 - Primary Class          **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Software as a Service (SaaS) featuring software for use in financial trading, financial exchange, financial information, and financial clearing services; software as a service (SaaS) featuring computer software for use in evaluating financial market trends; software as a service (SaaS) featuring software related to financial market data; software as a services (SaaS) related to historical and real-time financial market data distribution

**International Class(es):** 042 - Primary Class          **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

# Basis Information (Case Level)

**Filed Use:** No                    **Currently Use:** No                    **Amended Use:** No

| | | | | | |
|---|---|---|---|---|---|
| **Filed ITU:** Yes | | **Currently ITU:** Yes | | **Amended ITU:** No | |
| **Filed 44D:** No | | **Currently 44D:** No | | **Amended 44D:** No | |
| **Filed 44E:** No | | **Currently 44E:** No | | **Amended 44E:** No | |
| **Filed 66A:** No | | **Currently 66A:** No | | | |
| **Filed No Basis:** No | | **Currently No Basis:** No | | | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS 60690
UNITED STATES

**Legal Entity Type:** CORPORATION       **State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Matthew D. Witsman       **Docket Number:** 13439 - 1440

**Attorney Primary Email Address:** officeactions@norvellip.com       **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** MATTHEW D. WITSMAN
NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com officeactions@norvellip.com       **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 30, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION WRITTEN | 92838 |
| Sep. 26, 2018 | ASSIGNED TO EXAMINER | 92838 |
| Sep. 05, 2018 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70997 |
| Aug. 29, 2018 | ASSIGNED TO LIE | 70997 |
| Aug. 13, 2018 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Jun. 14, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 12, 2018 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information

**TM Attorney:** SHEN, ELIZABETH STELLA       **Law Office Assigned:** LAW OFFICE 121

### File Location

**Current Location:** TMO LAW OFFICE 121 - EXAMINING ATTORNEY ASSIGNED       **Date in Location:** Sep. 30, 2018

**Generated on:** This page was generated by TSDR on 2019-02-17 16:46:58 EST

**Mark:** CME OIS

# CME OIS

**US Serial Number:** 87953899

**Application Filing Date:** Jun. 08, 2018

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Sep. 30, 2018

## Mark Information

**Mark Literal Elements:** CME OIS

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial exchange services; financial trading services relating to the trading of futures, options, swaps, and derivative products; electronic financial trading services relating to interest rates; providing information regarding the trading of futures, options and swaps; providing exchange markets for trading, clearing, confirmation and financial trading of futures, options, swaps and derivative products

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** No | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** Yes | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Joseph T Kucala Jr. | **Docket Number:** | 13439-1442 |
| **Attorney Primary Email Address:** | officeactions@norvellip.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | JOSEPH T KUCALA JR. NORVELL IP LLC P.O. BOX 2461 CHICAGO, ILLINOIS 60690 UNITED STATES | | |
| **Phone:** | 888-315-0732 | **Fax:** | 312-268-5063 |
| **Correspondent e-mail:** | officeactions@norvellip.com jkucala@norvellip.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 30, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION WRITTEN | 92838 |
| Sep. 26, 2018 | ASSIGNED TO EXAMINER | 92838 |
| Sep. 05, 2018 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70997 |
| Aug. 29, 2018 | ASSIGNED TO LIE | 70997 |
| Aug. 13, 2018 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Jun. 14, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 12, 2018 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information

| | | | |
|---|---|---|---|
| **TM Attorney:** | SHEN, ELIZABETH STELLA | **Law Office Assigned:** | LAW OFFICE 121 |

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | TMO LAW OFFICE 121 - EXAMINING ATTORNEY ASSIGNED | **Date in Location:** | Sep. 30, 2018 |

**Generated on:** This page was generated by TSDR on 2019-02-17 16:47:12 EST

**Mark:** CME SOFR

# CME SOFR

**US Serial Number:** 87953901

**Application Filing Date:** Jun. 08, 2018

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Sep. 30, 2018

## Mark Information

**Mark Literal Elements:** CME SOFR

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial exchange services; financial trading services relating to the trading of futures, options, swaps, and derivative products; electronic financial trading services relating to interest rates; providing information regarding the trading of futures, options and swaps; providing exchange markets for trading, clearing, confirmation and financial trading of futures, options, swaps and derivative products

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** No | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** Yes | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Joseph T Kucala Jr. | **Docket Number:** | 13439-1443 |
| **Attorney Primary Email Address:** | officeactions@norvellip.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | JOSEPH T KUCALA JR.<br>NORVELL IP LLC<br>P.O. BOX 2461<br>CHICAGO, ILLINOIS 60690<br>UNITED STATES |

| | | | |
|---|---|---|---|
| **Phone:** | 888-315-0732 | **Fax:** | 312-268-5063 |
| **Correspondent e-mail:** | officeactions@norvellip.com<br>jkucala@norvellip.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 30, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION WRITTEN | 92838 |
| Sep. 26, 2018 | ASSIGNED TO EXAMINER | 92838 |
| Sep. 05, 2018 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70997 |
| Aug. 29, 2018 | ASSIGNED TO LIE | 70997 |
| Aug. 13, 2018 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Jun. 14, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 12, 2018 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information

| | | | |
|---|---|---|---|
| **TM Attorney:** | SHEN, ELIZABETH STELLA | **Law Office Assigned:** | LAW OFFICE 121 |

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | TMO LAW OFFICE 121 - EXAMINING ATTORNEY ASSIGNED | **Date in Location:** | Sep. 30, 2018 |

**Generated on:** This page was generated by TSDR on 2019-02-17 16:47:50 EST

**Mark:** CME ULTRA

# CME ULTRA

**US Serial Number:** 87953897      **Application Filing Date:** Jun. 08, 2018

**Filed as TEAS RF:** Yes      **Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Sep. 30, 2018

## Mark Information

**Mark Literal Elements:** CME ULTRA

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial exchange services; financial trading services relating to the trading of futures and options for treasury bonds and notes; electronic financial trading services relating of futures and options for treasury bonds and notes; providing information regarding the trading of futures and options for treasury bonds and notes providing exchange markets for trading, clearing, confirmation and financial trading of futures, options, swaps and derivative products for treasury bonds and notes

**International Class(es):** 036 - Primary Class      **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** No | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** Yes | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION      **State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Joseph T Kucala Jr. | **Docket Number:** | 13439-1441 |
| **Attorney Primary Email Address:** | officeactions@norvellip.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | JOSEPH T KUCALA JR.<br>NORVELL IP LLC<br>P.O. BOX 2461<br>CHICAGO, ILLINOIS 60690<br>UNITED STATES |

| | | | |
|---|---|---|---|
| **Phone:** | 888-315-0732 | **Fax:** | 312-268-5063 |
| **Correspondent e-mail:** | officeactions@norvellip.com<br>jkucala@norvellip.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 30, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION WRITTEN | 92838 |
| Sep. 26, 2018 | ASSIGNED TO EXAMINER | 92838 |
| Sep. 05, 2018 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70997 |
| Aug. 29, 2018 | ASSIGNED TO LIE | 70997 |
| Aug. 13, 2018 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Jun. 14, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 12, 2018 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information

| | | | |
|---|---|---|---|
| **TM Attorney:** | SHEN, ELIZABETH STELLA | **Law Office Assigned:** | LAW OFFICE 121 |

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | TMO LAW OFFICE 121 - EXAMINING ATTORNEY ASSIGNED | **Date in Location:** | Sep. 30, 2018 |

**Generated on:** This page was generated by TSDR on 2019-02-17 16:48:07 EST

**Mark:** CME VIRTUAL HUB

**CME VIRTUAL HUB**

**US Serial Number:** 87953895

**Filed as TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Sep. 30, 2018

**Application Filing Date:** Jun. 08, 2018

**Currently TEAS RF:** Yes

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

# Mark Information

**Mark Literal Elements:** CME VIRTUAL HUB

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Cloud-based software used for financial trading and financial clearing; cloud-based software used to connect to financial trading and clearing platforms; providing platform as a service (PAAS) featuring computer software platform for financial trading, financial exchange, and financial clearing services; software as a service (Saas) featuring computer for financial trading, financial exchange and financial clearing services

**International Class(es):** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

# Basis Information (Case Level)

**Filed Use:** No

**Filed ITU:** Yes

**Filed 44D:** No

**Filed 44E:** No

**Filed 66A:** No

**Filed No Basis:** No

**Currently Use:** No

**Currently ITU:** Yes

**Currently 44E:** No

**Currently 66A:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606

**Legal Entity Type:** CORPORATION        **State or Country** DELAWARE
**Where Organized:**

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T Kucala Jr.      **Docket Number:** 13439-1445

**Attorney Primary** officeactions@norvellip.com     **Attorney Email** Yes
**Email Address:**                                     **Authorized:**

### Correspondent

**Correspondent** JOSEPH T KUCALA JR.
**Name/Address:** NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS UNITED STATES 60690

**Phone:** 888-315-0732        **Fax:** 312-268-5063

**Correspondent e-** officeactions@norvellip.com     **Correspondent e-** Yes
**mail:** jkucala@norvellip.com            **mail Authorized:**

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Sep. 30, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION WRITTEN | 92838 |
| Sep. 26, 2018 | ASSIGNED TO EXAMINER | 92838 |
| Sep. 05, 2018 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70997 |
| Aug. 29, 2018 | ASSIGNED TO LIE | 70997 |
| Aug. 13, 2018 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Jun. 14, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 12, 2018 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information

**TM Attorney:** SHEN, ELIZABETH STELLA     **Law Office** LAW OFFICE 121
**Assigned:**

### File Location

**Current Location:** TMO LAW OFFICE 121 - EXAMINING     **Date in Location:** Sep. 30, 2018
ATTORNEY ASSIGNED

**Generated on:** This page was generated by TSDR on 2019-02-17 16:48:24 EST

**Mark:** CME VIRTUAL HUB

CME VIRTUAL HUB

**US Serial Number:** 87953893

**Application Filing Date:** Jun. 08, 2018

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Sep. 30, 2018

## Mark Information

**Mark Literal Elements:** CME VIRTUAL HUB

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Providing access to network-based financial trading platforms

**International Class(es):** 038 - Primary Class

**U.S Class(es):** 100, 101, 104

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | | |
|---|---|---|---|---|
| **Filed Use:** No | **Currently Use:** No | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** Yes | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Joseph T Kucala Jr. | **Docket Number:** | 13439-1444 |
| **Attorney Primary Email Address:** | officeactions@norvellip.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | JOSEPH T KUCALA JR. NORVELL IP LLC P.O. BOX 2461 CHICAGO, ILLINOIS 60690 UNITED STATES |

| | | | |
|---|---|---|---|
| **Phone:** | 888-315-0732 | **Fax:** | 312-268-5063 |
| **Correspondent e-mail:** | officeactions@norvellip.com jkucala@norvellip.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 30, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION WRITTEN | 92838 |
| Sep. 26, 2018 | ASSIGNED TO EXAMINER | 92838 |
| Sep. 05, 2018 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70997 |
| Aug. 29, 2018 | ASSIGNED TO LIE | 70997 |
| Aug. 13, 2018 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Jun. 14, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 12, 2018 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | SHEN, ELIZABETH STELLA | **Law Office Assigned:** | LAW OFFICE 121 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | TMO LAW OFFICE 121 - EXAMINING ATTORNEY ASSIGNED | **Date in Location:** | Sep. 30, 2018 |

# EXHIBIT H

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-847-974

**Effective date of
registration:**

December 21, 2012

---

## Title

**Title of Work:** Cmegroup.com

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** April 30, 2010        **Nation of 1st Publication:** United States

## Author

■        **Author:** Chicago Mercantile Exchange Inc.

**Author Created:** text, photograph(s), 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Chicago Mercantile Exchange Inc.

20 S. Wacker Drive, Chicago, IL, 60606, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previously published versions of some text, photographs and 2-D art work
are excluded; no claim is made to any preexisting text, photographs and 2-D
art work owned by third parties or information that is in the public domain

**New material included in claim:** text, photograph(s), 2-D artwork

## Rights and Permissions

**Organization Name:** Chicago Mercantile Exchange Inc.

**Address:** 20 S. Wacker Drive

Chicago, IL 60606  United States

## Certification

---

**Name:** Tatyana V. Gilles

**Date:** December 20, 2012

**Applicant's Tracking Number:** 13271-1336

---

**Correspondence:** Yes



**Registration #:** VA0001847974
**Service Request #:** 1-866537291



Chicago Mercantile Exchange Inc.
Tatyana Gilles
357 W. Chicago, Suite 200
Chicago, IL 60654  United States

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

# VA 2-004-052

**Effective Date of Registration:**
May 18, 2016

## Title
_____

**Title of Work:** Cmegroup.com

## Completion/Publication
_____

**Year of Completion:** 2016
**Date of 1st Publication:** January 01, 2016
**Nation of 1ˢᵗ Publication:** United States

## Author
_____

- **Author:** Chicago Mercantile Exchange, Inc.
  **Author Created:** photograph, 2-D artwork, text
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Chicago Mercantile Exchange, Inc.
20 S. Wacker Drive, Chicago, IL, 60606, United States

## Limitation of copyright claim
_____

**Material excluded from this claim:** Previosly published versions are excluded; no claim is made to any preexisting material owned by third parties or information that is in the public domain
**Previous registration and year:** VA 1-847-974, 2012

**New material included in claim:** photograph, 2-D artwork, text

## Rights and Permissions
_____

**Organization Name:** Chicago Mercantile Exchange, inc.
**Address:** 20 S. Wacker Drive
Chicago, IL 60606 United States

## Certification
_____

**Name:** J. Ryan Hinshaw
**Date:** April 21, 2016

**Registration #:**     \*-APPLICATION-\*
**Service Request #:**     1-7434460531

## Mail Certificate     ————————————————————————

Norvell IP llc
Christian S. Morgan
333 S. Wabash Ave.
Suite 2700
Chicago, IL 60604 United States

        **Priority:**     Special Handling         **Application Date:**     February 27, 2019

## Correspondent     ————————————————————————

**Organization Name:**     Norvell IP llc
**Name:**     Christian S. Morgan
**Email:**     officeactions@norvellip.com
**Telephone:**     (773)966-2467
**Alt. Telephone:**     (888)315-0732
**Fax:**     (312)268-5063
**Address:**     333 S. Wabash Ave.
    Suite 2700
    Chicago, IL 60604 United States

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** Cmegroup.com 2

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** February 19, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Chicago Mercantile Exchange Inc.
  **Author Created:** photograph, 2-D artwork, text
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Chicago Mercantile Exchange Inc.
20 S. Wacker Drive, Chicago, IL, 60606, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previously published versions are excluded; no claim is made to any preexisting material owned by third parties or information that is in the public domain
**Previous registration and year:** VA 2-004-052, 2016
VA 1-847-974, 2012

**New material included in claim:** photograph, 2-D artwork, text

## Rights and Permissions

**Organization Name:** Chicago Mercantile Exchange Inc.
**Address:** 20 S. Wacker Drive
Chicago, IL 60606 United States

## Certification

|  |  |
|---|---|
| **Name:** | Christian S. Morgan |
| **Date:** | February 27, 2019 |
| **Applicant's Tracking Number:** | 13813-3 |

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-7434460931

## Mail Certificate

Norvell IP llc
Christian S. Morgan
333 S. Wabash Ave.
Suite 2700
Chicago, IL 60604 United States

**Priority:** Special Handling     **Application Date:** February 27, 2019

## Correspondent

**Organization Name:** Norvell IP llc
**Name:** Christian S. Morgan
**Email:** officeactions@norvellip.com
**Telephone:** (773)966-2467
**Alt. Telephone:** (888)315-0732
**Fax:** (312)268-5063
**Address:** 333 S. Wabash Ave
Suite 2700
Chicago, IL 60604 United States

Registration Number

**\*-APPLICATION-\***

## Title

**Title of Work:** Cmegroup.com 1

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 09, 2018
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Chicago Mercantile Exchange Inc.
  **Author Created:** photograph, 2-D artwork, text
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Chicago Mercantile Exchange Inc.
20 S. Wacker Drive, Chicago, IL, 60606, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previously published versions are excluded; no claim is made to any preexisting material owned by third parties or information that is in the public domain
**Previous registration and year:** VA 2-004-052, 2016
VA 1-847-974, 2012

**New material included in claim:** photograph, 2-D artwork, text

## Rights and Permissions

**Organization Name:** Chicago Mercantile Exchange Inc.
**Address:** 20 S. Wacker Drive
Chicago, IL 60606 United States

Page 1 of 2

## Certification

|  |  |
|---|---|
| **Name:** | Christian S. Morgan |
| **Date:** | February 27, 2019 |
| **Applicant's Tracking Number:** | 13813-3 |

# EXHIBIT I



© 2018 CME Group Inc. All rights reserved.





















https://www.cmegroupcenter.com
Apps
Westlaw
Corsearch
Jungle Disk
Zimbra Web Client ...
TSDR
TMEP
Trademark Electroni...
Acceptable ID
CME Group
Торговля
Клиринг
Регулирование
Данные
Технологии
Образование
О нас
Войти
Все продукты Главная
Продукты
ZC Кукуруза (Corn)
ZS Соя (Soybean)
CL Нефть марки Sweet (WTI Crude Oil)
NG Природный Газ (Natural Gas)
ES Фьючерсный контракт на фондовый индекс S&P 500 (E-mini S&P 500)
NQ Фьючерсный контракт на фондовый индекс Nasdaq-100 (E-mini Nasdaq-100)
6E Индекс Евро (Euro FX)
GE Евродоллар (Eurodollar)
ZN 10-ти летние казначейские облигации (10-Year T-Note)
ZF 5-ти летние казначейские облигации (5-Year T-Note)
GC Золото (Gold)
Группа продуктов
Сельское хозяйство
Энергетика
Фондовый Индекс
Форекс
Процентные ставки
Металлы
Опционы
Внебиржевая торговля (OTC)
Недвижимость
Погода
Getting Started
Комиссия
Найти брокера
Календарь праздников
Членство
Инструменты и ресурсы
Рекламодатель
Daily market data and insight for the Individual Active Trader
Криптовалюта
Bitcoin futures and other cryptocurrency products are now available.
New to Futures?
Learn why traders use futures, how to trade futures, and what steps you should take to get started.
Начать
торговая война
Отправьте нам сообщение
jivosite
Type here to search
11:13 AM
2/18/2019

https://www.cmegroupcenter.com

Apps | Westlaw | Corsearch | Jungle Disk | Zimbra Web Client ... | TSDR | TMEP | Trademark Electroni... | Acceptable ID

CME Group

Торговля | Клиринг | Регулирование | Данные | Технологии | Образование | О нас | Войти

## Clearing Home

- Управление рисками
- Управление финансами и обеспечением
- Финансовое и нормативное наблюдение
- Клиринговые операции и поставки
- Эффективные облигации / поля

### Клиринговые рекомендации

**Новый обзор продукта: первоначальный список фьючерсного контракта MTBE FOB Singapore (Platts)** – Окт 05 2018

Initial Listing of MTBE FOB Singapore (Platts) Futures Contract. For the full text of this advisory, please clic...

**Performance Bond Requirements: Energy, Metals, & Interest Rates - Effective October 5, 2018** – Oct 04 2018

As per the normal review of market volatility to ensure adequate collateral coverage, the Chicago Mercantile Exc...

**OTC BRL IRS Event Risk Margin Change Round 2** – Oct 02 2018

CME will further increase BRL IRS Margin level by increasing the liquidity charge for all BRL Swaps in anticipat...

**Маржинальные услуги**

Try our new interactive margin calculator and evaluate initial margin requirements

**Может ли экономика США сохранить свой темп после десятилетия роста?**

От CME Group Октябрь 09, 2018

Экономическая экспансия США с момента последнего спада длилась почти десять лет. У крупнейшей экономики мира есть стойкость, чтобы продолжать расти?

**Валюты развивающихся рынков: взгляд на американские ставки, торговая война**

От Bluford Putnam Октябрь 03, 2018

Валюты развивающихся рынков упали против доллара, во главе с турецкой лирой и аргентинским песо. Дальнейшие повышения

**Brexit: классический случай приближающегося основного риска**

От Bluford Putnam Октябрь 01, 2018

Итоги переговоров по выходу Великобритании из Европейского союза под руководством Brexit представляют собой классический с... риска событий, который может дост...

Отправьте нам сообщение | jivosite

Type here to search

11:14 AM 2/18/2019

https://www.cmegroupcenter.com
Apps
Westlaw
Corsearch
Jungle Disk
Zimbra Web Client ...
TSDR
TMEP
Trademark Electroni...
Acceptable ID
CME Group
Торговля
Клиринг
Регулирование
Данные
Технологии
Образование
О нас
Войти
Рыночное регулирование Главная
Исследования
Исследование Данных
Наблюдение за рынком
Правоприменение
Регулирование информационно-пропагандистской деятельности
Ахривные советы
Центр подписки
Связанная информация
Свод правил
Правила подачи заявок
Дисциплинарные уведомления
Арбитраж
Пределы позиции
Консультанты регистрации
Рекомендации по регулированию рыночного регулирования | Просмотреть все рекомендации
OFF THE CHARTS!
Может ли экономика США сохранить свой темп после десятилетия роста?
От CME Group Октябрь 09, 2018
Валюты развивающихся рынков: взгляд на американские ставки, торговая война
От Bluford Putnam Октябрь 03, 2018
Brexit: классический случай приближающегося основного риска
От Bluford Putnam Октябрь 01, 2018
Отправьте нам сообщение
jivosite
Type here to search
11:14 AM
2/18/2019

https://www.cmegroupcenter.com
Apps Westlaw Corsearch Jungle Disk Zimbra Web Client TSDR TMEP Trademark Electroni... Acceptable ID
CME Group
Торговля Клиринг Регулирование Данные Технологии Образование О нас Войти
Рыночные данные Главная
Отчеты
Расчеты
Объем и открытый интерес
Ежедневный бюллетень
Отчеты регистраций
Дистрибьюторы
Новые И Существующие Дистрибьюторы
Список Лицензированных Дистрибьюторов
Внутридневные Данные
Отложенные котировки
Блочные сделки
Данные на основе подписки
MDP (Streaming)
Access our market data directly via our Market Data Platform
E-Quotes
Offering charting, analytics, real-time quotes and news on our products
CME DataMine (Historical)
Comprehensive historical price information available on select CME Group contracts
с физическими лицам
Информация о
OFF THE CHARTS!
Может ли экономика США сохранить свой темп после десятилетия роста?
От CME Group Октябрь 09, 2018
Валюты развивающихся рынков: взгляд на американские ставки, торговая война
От Bluford Putnam Октябрь 03, 2018
Brexit: классический случай приближающегося основного риска
От Bluford Putnam Октябрь 01, 2018
Отправьте нам сообщение
jivosite
Type here to search
11:14 AM
2/18/2019

https://www.cmegroupcenter.com
Apps
Westlaw
Corsearch
Jungle Disk
Zimbra Web Client ...
TSDR
TMEP
Trademark Electroni...
Acceptable ID ›
CME Group
Торговля
Клиринг
Регулирование
Данные
Технологии
Образование
О нас
Войти
Технологии Главная
Приложения
CME Globex
CME Direct
CME ClearPort
CME Pivot
Elysian
Сервисы
Прямая обработка (STP)
Услуги совместного размещения
Глобальные службы репозитория
Технический раздел
Технический раздел
Проницательный и продуманный контент, связанный с современными финансовыми технологиями.
Экономические исследования | Просмотреть все экономические исследования
new
Может ли экономика США сохранить свой темп после десятилетия роста?
От CME Group
Валюты развивающихся рынков: взгляд на американские ставки, торговая война
От Bluford Putnam
OFF THE CHARTS!
Brexit: классический случай приближающегося основного риска
От Bluford Putnam
Отправьте нам сообщение
jivosite
Type here to search
11:14 AM
2/18/2019

https://www.cmegroupcenter.com
Apps
Westlaw
Corsearch
Jungle Disk
Zimbra Web Client ...
TSDR
TMEP
Trademark Electroni...
Acceptable ID
CME Group
Торговля
Клиринг
Регулирование
Данные
Технологии
Образование
О нас
Войти
Образование Главная
Узнать о торговле
Практическая торговля
Управление рисками / хеджирование
Календарь событий
Подкасты
Все учебные материалы
Альтернативные инвестиционные ресурсы
New to Futures?
Learn why traders use futures, how to trade futures, and what steps you should take to get started.
Начать
CME Institute
Futures Fundamentals
Экономические исследования
new
OFF THE CHARTS!
Может ли экономика США сохранить свой темп после десятилетия роста?
От CME Group Октябрь 09, 2018
Валюты развивающихся рынков: взгляд на американские ставки, торговая война
От Bluford Putnam Октябрь 03, 2018
Brexit: классический случай приближающегося основного риска
От Bluford Putnam Октябрь 01, 2018
Отправьте нам сообщение
jivosite
Type here to search
11:14 AM
2/18/2019

https://www.cmegroupcenter.com
Apps Westlaw Corsearch Jungle Disk Zimbra Web Client ... TSDR TMEP Trademark Electroni... Acceptable ID
CME Group
Торговля Клиринг Регулирование Данные Технологии Образование О нас Войти
О нас Главная
Корпоративный обзор
Глобальные контакты
Партнерские обмены
Центр инноваций
Корпоративное гражданство
Отношения с инвесторами
Медиа-зал
Карьера
Просмотреть работы
Новости | Просмотреть все новости
Открытые рынки | Посетить открытые рынки
Экономические исследования | Просмотреть все экономические исследования
new
OFF THE CHARTS!
Может ли экономика США сохранить свой темп после десятилетия роста?
От CME Group Октябрь 09, 2018
Экономическая экспансия США с момента последнего спада длилась почти десять лет. У крупнейшей экономики мира есть стойкость, чтобы продолжать расти?
Валюты развивающихся рынков: взгляд на американские ставки, торговая война
От Bluford Putnam Октябрь 03, 2018
Валюты развивающихся рынков упали против доллара, во главе с турецкой лирой и аргентинским песо. Дальнейшие повышения
Brexit: классический случай приближающегося основного риска
От Bluford Putnam Октябрь 01, 2018
Итоги переговоров по выходу Великобритании из Европейского союза под руководством Brexit представляют собой классический
риска событий, который может дост
Отправьте нам сообщение jivosite
Type here to search
11:14 AM
2/18/2019

Свяжитесь с Нами →
Тюмень (Тюменская область),
ул. Челюскинцев 10
БЦ Альянс - Офисный центр.
Телефон: +7 345 265 89 13

Глобальные офисы →

Свяжитесь с нами

© 2018 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве



© 2018 CME Group Inc. All rights reserved.



## CME Group: Компания с глобальными рынками, дающая участникам возможность эффективно управлять рисками и использовать возможности в каждом крупном классе активов

Торговля фьючерсами, опционами, наличными и внебиржевыми рынками; оптимизировать портфели; и анализировать данные в CME Group, ведущем и наиболее разнообразном рынке деривативов в мире. Мы располагаем уникальными возможностями, чтобы предоставить вам доступ, необходимый для эффективного управления рисками и получения возможностей в каждом крупном классе активов.

Расширьте свои возможности с постоянным доступом к рынку - в каждом часовом поясе, почти 24 часа в сутки. Все поддержано новейшими инструментами, технологиями и ресурсами, необходимыми для каждого шага жизненного цикла торговли.

### ЭКОНОМИЧЕСКИЕ ИССЛЕДОВАНИЯ   СМОТРЕТЬ ВСЁ

Погрузитесь в идеи и анализ от наших опытных экономистов, Blu Putnam и Erik Norland, освещая события и тенденции, открывающие возможности на фьючерсных и опционных рынках.







**Three Big Equity Event Risks**

От Bluford Putnam
ФЕВРАЛЬ 04, 2019



**Why has Equity Index-Treasury Options Volatility Diverged?**

От Erik Norland
ЯНВАРЬ 30, 2019



**Equities: Six Ways to Spot a Flagging Bull Market**

От Erik Norland
ЯНВАРЬ 28, 2019



## Весь доступ, все время

Откройте для себя новые торговые стратегии и расширьте своё знакомство с нашими рынками, предлагая инструменты для активного индивидуального трейдера.

✉ Центр подписок

## Отправить отзыв

Почта (Опционально)

Введите ваше сообщение

Submit

## Кто мы

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMLX и COMLX.

Свяжитесь с Нами →

Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

Глобальные офисы →

## Свяжитесь с нами

f   y   in   ⊙   ⊙'   G+

▶   ук   𝓅   ♨   ꜜ   ✆

✈

© 2019 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о работе



















https://www.cmerussian.com/login
Apps
Westlaw
Corsearch
Jungle Disk
Zimbra Web Client ...
TSDR
TMEP
Trademark Electroni...
Acceptable ID
CME Group
Торговля
Клиринг
Регулирование
Данные
Технологии
Образование
О нас
Войти
Все продукты Главная
Продукты
ZC Кукуруза (Corn)
ZS Соя (Soybean)
CL Нефть марки Sweet (WTI Crude Oil)
NG Природный Газ (Natural Gas)
ES Фьючерсный контракт на фондовый индекс S&P 500 E-mini S&P 500
NQ фьючерсный контракт на фондовый индекс Nasdaq-100 E-mini Nasdaq-100)
6E Индекс Евро (Euro FX)
GE Евродоллар (Eurodollar)
ZN 10-ти летние казначейские облигации (10-Year T-Note)
ZF 5-ти летние казначейские облигации (5-Year T-Note)
GC Золото (Gold)
Группа продуктов
Сельское хозяйство
Энергетика
Фондовый Индекс
Форекс
Процентные ставки
Металлы
Опционы
Внебиржевая торговля (OTC)
Недвижимость
Погода
Getting Started
Комиссия
Найти брокера
Календарь праздников
Членство
Инструменты и ресурсы
Рекламодател ь
Daily market data and insight for the Individual Active Trader
Криптовалюта
Bitcoin futures and other cryptocurrency products are now available.
New to Futures?
Learn why traders use futures, how to trade futures, and what steps you should take to get started.
Начать
Введите ваше сообщение
Свяжитесь с Нами
Russia
Свяжитесь с нами
Отправьте нам сообщение
Type here to search
11:15 AM
2/18/2019

https://www.cmerussian.com/login
Apps
Westlaw
Corsearch
Jungle Disk
Zimbra Web Client
TSDR
TMEP
Trademark Electroni...
Acceptable ID
CME Group
Торговля
Клиринг
Регулирование
Данные
Технологии
Образование
О нас
Войти
Clearing Home
Управление рисками
Управление финансами и обеспечением
Финансовое и нормативное наблюдение
Клиринговые операции и поставки
Эффективные облигации / поля
Клиринговые рекомендации
Новый обзор продукта: первоначальный список фьючерсного контракта MTBE FOB Singapore (Platts) – Окт 05 2018
Initial Listing of MTBE FOB Singapore (Platts) Futures Contract. For the full text of this advisory, please clic...
Performance Bond Requirements: Energy, Metals, & Interest Rates - Effective October 5, 2018 – Oct 04 2018
As per the normal review of market volatility to ensure adequate collateral coverage, the Chicago Mercantile Exc...
OTC BRL IRS Event Risk Margin Change Round 2 – Oct 02 2018
CME will further increase BRL IRS Margin level by increasing the liquidity charge for all BRL Swaps in anticipat...
Маржинальные услуги
Try our new interactive margin calculator and evaluate initial margin requirements
Отправить отзыв
Почта (Опционально)
Введите ваше сообщение
Кто мы
Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.
Свяжитесь с Нами
Russia
"World Trade Center"
Свяжитесь с нами
Отправьте нам сообщение
Type here to search
11:15 AM
2/18/2019

https://www.cmerussian.com/login
Apps  Westlaw  Corsearch  Jungle Disk  Zimbra Web Client ...  TSDR  TMEP  Trademark Electroni...  Acceptable ID
CME Group
Торговля  Клиринг  Регулирование  Данные  Технологии  Образование  О нас  Войти
Рыночное регулирование Главная
Исследования
Исследование Данных
Наблюдение за рынком
Правоприменение
Регулирование информационно-пропагандистской деятельности
Ахривные советы
Центр подписки
Связанная информация
Свод правил
Правила подачи заявок
Дисциплинарные уведомления
Арбитраж
Пределы позиции
Консультанты регистрации
Рекомендации по регулированию рыночного регулирования | Просмотреть все рекомендации
Центр подписок
Отправить отзыв
Почта (Опционально)
Введите ваше сообщение
Кто мы
Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.
Свяжитесь с Нами
Russia
"World Trade Center"
Свяжитесь с нами
Отправьте нам сообщение  jivosite
Type here to search
11:15 AM
2/18/2019

https://www.cmerussian.com/login
Apps
Westlaw
Corsearch
Jungle Disk
Zimbra Web Client ...
TSDR
TMEP
Trademark Electroni...
Acceptable ID
CME Group
Торговля
Клиринг
Регулирование
Данные
Технологии
Образование
О нас
Войти
Рыночные данные Главная
Отчеты
Расчеты
Объем и открытый интерес
Ежедневный бюллетень
Отчеты регистраций
Дистрибьюторы
Новые И Существующие
Дистрибьюторы
Список Лицензированных
Дистрибьюторов
Внутридневные Данные
Отложенные котировки
Блочные сделки
Данные на основе подписки
MDP (Streaming)
Access our market data directly via our Market Data Platform
E-Quotes
Offering charting, analytics, real-time quotes and news on our products
CME DataMine (Historical)
Comprehensive historical price information available on select CME Group contracts
Центр подписок
Отправить отзыв
Почта (Опционально)
Введите ваше сообщение
Кто мы
Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.
Свяжитесь с Нами →
Russia
"World Trade Center"
Свяжитесь с нами
Отправьте нам сообщение
Type here to search
11:15 AM
2/18/2019

| CME Group | Торговля | Клиринг | Регулирование | Данные | Технологии | Образование | О нас | Войти |

Reset Password

E-Mail Address

**Send Password Reset Link**

✉ Центр подписок

**Отправить отзыв**

Почта (Опционально)

Введите ваше сообщение

Submit

**Кто мы**

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

**Свяжитесь с Нами →**
Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

**Глобальные офисы →**

**Свяжитесь с нами**

f  ✕  in  ⬤  ⚘  G+

▶  ук  𝒫  🎮  ⌖  💬

✈

© 2019 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве





© 2019 CME Group Inc. All rights reserved.