CONFIDENTIAL – FILED UNDER SEAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
EC MAR -7 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Dmitro Nagovskiy, Konstantin Chechurin, OVH SAS, Webzilla B.V., GoDaddy.com, LLC, and Does 1-3, <br><br> Defendants. | 1:19-cv-01621 <br> Judge Sharon Johnson Coleman <br> Magistrate Judge Sheila M. Finnegan |

## PLAINTIFFS' NOTIFICATION AS TO AFFILIATES - DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 of the United States District Court for the Northern District of Illinois, Plaintiffs make the following disclosures:

1. Chicago Mercantile Exchange Inc. is a Delaware corporation with its principal place of business at 20 S. Wacker Drive, Chicago, Illinois 60606 ("CME").

2. New York Mercantile Exchange, Inc. is a Delaware corporation with its principal place of business at 300 Vesey Street, New York, New York 10282 ("NYMEX").

3. Commodity Exchange, Inc., is a New York corporation with its principal place of business at 300 Vesey Street, New York, New York 10282 ("COMEX").

4. Board of Trade of the City of Chicago, Inc., is a Delaware nonprofit corporation with its principal place of business at 141 West Jackson Boulevard, Chicago, Illinois 60604 ("CBOT").

5. Plaintiff Pivot, Inc. is a Delaware corporation with its principal place of business at 10 Milk Street, Suite 610, Boston, Massachusetts 02108 ("Pivot").

6. CME Group Inc. is the parent corporation for CME, NYMEX, COMEX, CBOT, and Pivot.

7. CME Group Inc. is a Delaware corporation with its principal place of business at 20 South Wacker Drive, Chicago, Illinois 60606.

8. Blackrock, Inc., a publicly traded asset management firm, owns more than 5% of CME Group Inc.'s stock.

Respectfully submitted,

CME GROUP INC.
CHICAGO MERCANTILE EXCHANGE INC.
NEW YORK MERCANTILE EXCHANGE, INC.
COMMODITY EXCHANGE, INC.
BOARD OF TRADE OF THE CITY OF CHICAGO, INC.
PIVOT, INC.

Dated: March 6, 2019

By: _____
Joseph V. Norvell (Reg. No. 6225747)
Joseph T. Kucala, Jr. (Reg. No. 6275312)
Matthew D. Witsman (Reg. No. 6327790)
Christian S. Morgan (Reg. No. 6327350)
Angela J. Simmons (Reg. No. 6289024)
NORVELL IP LLC
333 S. Wabash Ave., Suite 2700
Chicago, Illinois 60604
Telephone: (888) 315-0732
Facsimile: (312) 268-5063
courts@norvellip.com

*Attorneys for Plaintiffs*
*CME Group Inc.*
*Chicago Mercantile Exchange Inc.*
*New York Mercantile Exchange, Inc.*
*Commodity Exchange, Inc.*
*Board of Trade of The City of Chicago, Inc.*
*Pivot, Inc.*