UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

EC MAR -7 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>Dmitro Nagovskiy, Konstantin Chechurin, OVH SAS, Webzilla B.V., GoDaddy.com, LLC, and Does 1-3,<br><br>Defendants. | 1:19-cv-01621<br>Judge Sharon Johnson Coleman<br>Magistrate Judge Sheila M. Finnegan |

## NOTICE OF CLAIM INVOLVING PATENTS OR TRADEMARKS PURSUANT TO LOCAL RULE 3.4

PLEASE TAKE NOTICE that, pursuant to Local Rule 3.4 of this Court, Plaintiffs CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc., filed a complaint involving U.S. Trademark Registration Nos. 1,036,378, 1,085,681, 1,085,682, 1,303,096, 1,576,888, 1,716,422, 1,731,593, 2,448,961, 2,656,475, 2,831,871, 2,969,965, 2,969,966, 2,973,035, 2,990,297, 2,991,670, 3,075,976, 3,084,640, 3,193,924, 3,352,992, 3,367,684, 3,388,102, 3,436,974, 3,569,041, 5,025,346, 3,766,454, 4,035,463, 4,060,843, 4,130,632, 4,254,542, 4,343,012, 4,358,467, 4,369,249, 4,433,547, 4,544,078, 4,472,606, 4,535,988, 4,544,077, 4,684,887, 4,851,862, 4,961,334, 5,023,757, 2,403,561, 5,166,758, 5,211,897, 5,218,706, 5,370,376, 5,376,163, 5,483,800, 1,775,460, 1,847,455, 2,713,052. This notice serves to provide the Clerk of this Court with the following information:

Plaintiffs: CME GROUP INC.
20 S. Wacker Drive
Chicago, Illinois 60606

CHICAGO MERCANTILE EXCHANGE, INC.
20 S. Wacker Drive, Chicago, Illinois 60606

NEW YORK MERCANTILE EXCHANGE INC.
300 Vesey Street, New York, New York 10282

COMMODITY EXCHANGE INC.
300 Vesey Street, New York, New York 10282

BOARD OF TRADE OF THE CITY OF CHICAGO, INC.
141 West Jackson Boulevard, Chicago, Illinois 60604

PIVOT, INC.
10 Milk Street, Suite 610, Boston, Massachusetts 02108

Defendants: Dmitro Nagovskiy
Karla Marksa 122, Dnipro, State/Province: Dnipro
Postal Code: 49000, Dnipro, Ukraine

Konstantin Chechurin
str. OTKE 38/19, Anadir Chukotka 689000
Russian Federation

OVH SAS
2 rue Kellermann, 59100 Roubaix
France

Webzilla B.V.
Keienbergweg 22, 1101 GB, Amsterdam,
The Netherlands

GoDaddy.com, LLC
14455 N. Hayden Rd., Suite 219,
Scottsdale, Arizona 85260
United States

DOES 1-3

| | |
|---|---|
| Trademarks-in-Suit: | United States Trademark Registration No. 1,036,378 |
| | United States Trademark Registration No. 1,085,681 |
| | United States Trademark Registration No. 1,085,682 |
| | United States Trademark Registration No. 1,303,096 |
| | United States Trademark Registration No. 1,576,888 |
| | United States Trademark Registration No. 1,716,422 |
| | United States Trademark Registration No. 1,731,593 |
| | United States Trademark Registration No. 2,448,961 |
| | United States Trademark Registration No. 2,656,475 |
| | United States Trademark Registration No. 2,831,871 |
| | United States Trademark Registration No. 2,969,965 |
| | United States Trademark Registration No. 2,969,966 |
| | United States Trademark Registration No. 2,973,035 |
| | United States Trademark Registration No. 2,990,297 |
| | United States Trademark Registration No. 2,991,670 |
| | United States Trademark Registration No. 3,075,976 |
| | United States Trademark Registration No. 3,084,640 |
| | United States Trademark Registration No. 3,193,924 |
| | United States Trademark Registration No. 3,352,992 |
| | United States Trademark Registration No. 3,367,684 |
| | United States Trademark Registration No. 3,388,102 |
| | United States Trademark Registration No. 3,436,974 |
| | United States Trademark Registration No. 3,569,041 |
| | United States Trademark Registration No. 5,025,346 |
| | United States Trademark Registration No. 3,766,454 |
| | United States Trademark Registration No. 4,035,463 |
| | United States Trademark Registration No. 4,060,843 |
| | United States Trademark Registration No. 4,130,632 |
| | United States Trademark Registration No. 4,254,542 |
| | United States Trademark Registration No. 4,343,012 |
| | United States Trademark Registration No. 4,358,467 |
| | United States Trademark Registration No. 4,369,249 |
| | United States Trademark Registration No. 4,433,547 |
| | United States Trademark Registration No. 4,544,078 |
| | United States Trademark Registration No. 4,472,606 |
| | United States Trademark Registration No. 4,535,988 |
| | United States Trademark Registration No. 4,544,077 |
| | United States Trademark Registration No. 4,684,887 |
| | United States Trademark Registration No. 4,851,862 |
| | United States Trademark Registration No. 4,961,334 |
| | United States Trademark Registration No. 5,023,757 |
| | United States Trademark Registration No. 2,403,561 |
| | United States Trademark Registration No. 5,166,758 |
| | United States Trademark Registration No. 5,211,897 |

United States Trademark Registration No. 5,218,706
United States Trademark Registration No. 5,370,376
United States Trademark Registration No. 5,376,163
United States Trademark Registration No. 5,483,800
United States Trademark Registration No. 1,775,460
United States Trademark Registration No. 1,847,455
United States Trademark Registration No. 2,713,052

Respectfully submitted,

CME GROUP INC.
CHICAGO MERCANTILE EXCHANGE INC.
NEW YORK MERCANTILE EXCHANGE, INC.
COMMODITY EXCHANGE, INC.
BOARD OF TRADE OF THE CITY OF CHICAGO, INC.
PIVOT, INC.

Dated: March 6, 2019

By: /s/ Joseph V. Norvell
Joseph V. Norvell (Reg. No. 6225747)
Joseph T. Kucala, Jr. (Reg. No. 6275312)
Matthew D. Witsman (Reg. No. 6327790)
Christian S. Morgan (Reg. No. 6327350)
Angela J. Simmons (Reg. No. 6289024)
NORVELL IP LLC
333 S. Wabash Ave., Suite 2700
Chicago, Illinois 60604
Telephone: (888) 315-0732
Facsimile: (312) 268-5063
courts@norvellip.com

*Attorneys for Plaintiffs*
*CME Group Inc.*
*Chicago Mercantile Exchange Inc.*
*New York Mercantile Exchange, Inc.*
*Commodity Exchange, Inc.*
*Board of Trade of the City of Chicago, Inc.*
*Pivot, Inc.*

| Mark | Trademark No. | Date of Trademark | Holder of Patent or Trademark |
|---|---|---|---|
| COMEX® | 1,036,378 | 3/23/1976 | COMMODITY EXCHANGE, INC. |
| CME® | 1,085,681 | 2/14/1978 | CHICAGO MERCANTILE EXCHANGE INC. |
| CHICAGO MERCANTILE EXCHANGE® | 1,085,682 | 2/14/1978 | CHICAGO MERCANTILE EXCHANGE INC. |
| (globe logo)® | 1,303,096 | 10/30/1984 | CHICAGO MERCANTILE EXCHANGE INC. |
| GLOBEX® | 1,576,888 | 1/9/1990 | CHICAGO MERCANTILE EXCHANGE INC. |
| CBOT® | 1,716,422 | 9/15/1992 | BOARD OF TRADE OF THE CITY OF CHICAGO, INC. |
| NYMEX® | 1,731,593 | 11/10/1992 | NEW YORK MERCANTILE EXCHANGE, INC. |
| GLOBEX® | 2,448,961 | 5/8/2001 | CHICAGO MERCANTILE EXCHANGE INC. |
| NYMEX® | 2,656,475 | 12/3/2002 | NEW YORK MERCANTILE EXCHANGE, INC. |
| CME ILINK® | 2,831,871 | 4/13/2004 | CHICAGO MERCANTILE EXCHANGE INC. |
| E-MINI® | 2,969,965 | 7/19/2005 | CHICAGO MERCANTILE EXCHANGE INC. |
| CME E-MINI® | 2,969,966 | 7/19/2005 | CHICAGO MERCANTILE EXCHANGE INC. |
| CME LEAN HOG INDEX® | 2,973,035 | 7/19/2005 | CHICAGO MERCANTILE EXCHANGE INC. |
| CME FEEDER CATTLE INDEX® | 2,990,297 | 8/30/2005 | CHICAGO MERCANTILE EXCHANGE INC. |
| cme Chicago Mercantile Exchange ® | 2,991,670 | 9/6/2005 | CHICAGO MERCANTILE EXCHANGE INC. |
| cme Chicago Mercantile Exchange ® | 3,075,976 | 4/4/2006 | CHICAGO MERCANTILE EXCHANGE INC. |
| CME® | 3,084,640 | 4/25/2006 | CHICAGO MERCANTILE EXCHANGE INC. |
| CME GLOBEX® | 3,193,924 | 1/2/2007 | CHICAGO MERCANTILE EXCHANGE INC. |
| CME DATAMINE® | 3,352,992 | 12/11/2007 | CHICAGO MERCANTILE EXCHANGE INC. |
| CME GROUP® | 3,367,684 | 1/15/2008 | CHICAGO MERCANTILE EXCHANGE INC. |
| CLEARPORT® | 3,388,102 | 2/26/2008 | CHICAGO MERCANTILE EXCHANGE INC. |
| NYMEX® | 3,436,974 | 5/27/2008 | NEW YORK MERCANTILE EXCHANGE, INC. |
| PIVOT® | 3,569,041 | 2/3/2009 | PIVOT INCORPORATED |
| PIVOT CONNECT® | 5,025,346 | 8/17/2015 | PIVOT INCORPORATED |

| | | | |
|---|---|---|---|
| CME HURRICANE INDEX® | 3,766,454 | 3/30/2010 | CHICAGO MERCANTILE EXCHANGE INC. |
| CME CLEARING EUROPE® | 4,035,463 | 10/4/2011 | CHICAGO MERCANTILE EXCHANGE INC. |
| CMECE® | 4,060,843 | 11/22/2011 | CHICAGO MERCANTILE EXCHANGE INC. |
| CME DATAPOINT® | 4,130,632 | 4/24/2012 | CHICAGO MERCANTILE EXCHANGE INC. |
| CME DATACLOUD® | 4,254,542 | 12/4/2012 | CHICAGO MERCANTILE EXCHANGE INC. |
| CME GLINK® | 4,343,012 | 5/28/2013 | CHICAGO MERCANTILE EXCHANGE INC. |
| CME DIRECT® | 4,358,467 | 6/25/2013 | CHICAGO MERCANTILE EXCHANGE INC. |
| (globe logo) ® | 4,369,249 | 7/16/2013 | CHICAGO MERCANTILE EXCHANGE INC. |
| CME DIRECT MESSENGER® | 4,433,547 | 11/12/2013 | CHICAGO MERCANTILE EXCHANGE INC. |
| CME GROUP® | 4,544,078 | 1/21/2014 | CHICAGO MERCANTILE EXCHANGE INC. |
| CME CORE® | 4,472,606 | 5/27/2014 | CHICAGO MERCANTILE EXCHANGE INC. |
| CME CLEARPORT® | 4,535,988 | 6/3/2014 | CHICAGO MERCANTILE EXCHANGE INC. |
| CME Group ® (logo) | 4,544,077 | 6/3/2014 | CHICAGO MERCANTILE EXCHANGE INC. |
| GLOBEX® | 4,684,887 | 2/10/2015 | CHICAGO MERCANTILE EXCHANGE INC. |
| CME STP® | 4,851,862 | 11/10/2015 | CHICAGO MERCANTILE EXCHANGE INC. |
| CME GROUP FOUNDATION ® (logo) | 4,961,334 | 5/17/2016 | CHICAGO MERCANTILE EXCHANGE INC. |
| CME MESSENGER® | 5,023,757 | 8/16/2016 | CHICAGO MERCANTILE EXCHANGE INC. |
| CHICAGO BOARD OF TRADE® | 2,403,561 | 11/14/2000 | BOARD OF TRADE OF THE CITY OF CHICAGO |
| GLOBEX® | 5,166,758 | 3/21/2017 | CHICAGO MERCANTILE EXCHANGE INC. |
| CME FX$INDEX® | 5,211,897 | 5/30/2017 | CHICAGO MERCANTILE EXCHANGE INC. |
| CME DIRECT MOBILE® | 5,218,706 | 6/6/2017 | CHICAGO MERCANTILE EXCHANGE INC. |
| CME EUROPE® | 5,370,376 | 1/2/2018 | CHICAGO MERCANTILE EXCHANGE INC. |
| CME PIVOT® | 5,376,163 | 1/9/2018 | CHICAGO MERCANTILE EXCHANGE INC. |
| COMEX® | 5,483,800 | 6/5/2018 | COMMODITY EXCHANGE, INC. |
| NEW YORK MERCANTILE EXCHANGE® | 1,775,460 | 6/8/1993 | NEW YORK MERCANTILE EXCHANGE, INC. |

| NEW YORK MERCANTILE EXCHANGE® | 1,847,455 | 6/26/1994 | NEW YORK MERCANTILE EXCHANGE, INC. |
|---|---|---|---|
| NEW YORK MERCANTILE EXCHANGE® | 2,713,052 | 5/6/2003 | NEW YORK MERCANTILE EXCHANGE, INC. |