

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CME GROUP INC., CHICAGO MERCANTILE EXCHANGE, INC., COMMODITY EXCHANGE, INC., BOARD OF TRADE OF THE CITY OF CHICAGO, INC. AND PIVOT, INC.<br><br>Plaintiffs,<br><br>v.<br><br>DMITRO NAGOVSKIY, KONSTANTIN CHECHURIN, OVH SAS, WEBZILLA B.V., GODADDY.COM, LLC AND DOES 1-3,<br><br>Defendants. | Civil Action No.: 1:19-cv-01621<br><br>Judge Sharon Johnson Coleman<br><br>Magistrate Judge Sheila M. Finnegan |

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Paula L. Zecchini of the law firm of Cozen O'Connor is hereby entering an appearance on behalf of Defendant GoDaddy.com, LLC. Request is made upon all parties and the Court to serve all notices and pleadings on the undersigned as counsel for Defendant.

Respectfully submitted,

By: /s/ Paula L. Zecchini
PAULA L. ZECCHINI
pzecchini@cozen.com
**COZEN O'CONNOR**
Illinois Bar No. 6302142
999 Third Avenue, Suite 1900
Seattle, WA 98104
Tel: (206) 373-7213
Fax: (206) 455-8251

*Attorneys for GoDaddy.com, LLC*

**FILED**

MAR 13 2019 mmA

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

LEGAL\40286932\1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, under penalty of perjury, that on March 13, 2019 I filed the foregoing document and served via overnight mail to all parties below:

Joseph T. Kucala, Jr. Esq.
Angela J. Simmons, Esq.
Christian S. Morgan, Esq.
Matthew D. Witsman, Esq.
**NORVELL IP LLC**
333 S. Wabash Ave., Suite 2700
Chicago, IL 60604

Joseph V. Norvell, Esq.
**NORVELL IP LLC**
1776 Ash Street
Northfield, IL 60093

/s/ *Paula L. Zecchini*
PAULA L. ZECCHINI