

**FILED**

MAR 19 2019 *vs*

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: CME Group Inc., et al.  Case Number: 2019-cv-01621
v. Nagovskly, et al.

An appearance is hereby filed by the undersigned as attorney for:
Webzilla B.V.

Attorney name (type or print): Charles Lee Mudd Jr.

Firm: Mudd Law Offices

Street address: 3114 West Irving Park Road, Suite 1W

City/State/Zip: Chicago/Illinois/60618

Bar ID Number: 62577957  Telephone Number: 773 588 5410
(See item 3 in instructions)

Email Address: clm@muddlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ✔ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 19, 2019

Attorney signature:  S/ _____
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015