

**FILED**

MAR 19 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

Case Title: CME Group Inc., et al
v. Nagovskly, et al.

Case Number: 2019-cv-01621

An appearance is hereby filed by the undersigned as attorney for:
Webzilla B.V.

Attorney name (type or print): Nick Vogel

Firm: Mudd Law Offices

Street address: 3114 W. Irving Park Road Suite 1W

City/State/Zip: Chicago Illinois 60618

Bar ID Number: 6324800
(See item 3 in instructions)

Telephone Number: 773-588-5410

Email Address: nick@muddlaw.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 3/19/2019

Attorney signature: S/ Nick Vogel
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015