

**CONFIDENTIAL – FILED UNDER SEAL**



**FILED**
3/21/2019

**MC**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CME Group Inc., Chicago Mercantile
Exchange Inc., New York Mercantile
Exchange, Inc., Commodity Exchange,
Inc., Board of Trade of the City of Chicago,
Inc., and Pivot, Inc.,

    Plaintiffs,

v.

Dmitro Nagovskiy, Konstantin Chechurin,
Evgeniy Golub, OVH SAS, Webzilla B.V.,
EuroByte LLC, GoDaddy.com, LLC,
Registrar of Domain Names REG.RU LLC,
and Does 1-3,

    Defendants.

Civil Action No. 1:19-cv-01621
*SEALED*

Judge Sharon Johnson Coleman

Magistrate Judge Sheila M. Finnegan

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' SECOND *EX PARTE* MOTION FOR ALTERNATIVE SERVICE

Dated: March 21, 2019

Joseph V. Norvell (Reg. No. 6225747)
Joseph T. Kucala, Jr. (Reg. No. 6275312)
Angela J. Simmons (Reg. No. 6289024)
Christian M. Morgan (Reg. No. 6327350)
Matthew D. Witsman (Reg. No. 6327790)
NORVELL IP LLC
333 S. Wabash Ave, Suite 2700
Chicago, Illinois 60607
Telephone: (888) 315-0732
Facsimile: (312) 268-5063
courts@norvellip.com

*Attorneys for Plaintiffs*
*CME Group Inc.*
*Chicago Mercantile Exchange Inc.*
*New York Mercantile Exchange Inc.*
*Commodity Exchange, Inc.*
*Board of Trade of the City of Chicago, Inc.*
*Pivot, Inc.*

i

CONFIDENTIAL – FILED UNDER SEAL

## I.   INTRODUCTION

Pursuant to Rules 4(f)(3) and 4(h)(2) of the Federal Rules of Civil Procedure, Plaintiffs CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc. and Pivot, Inc. (collectively, "CME Group") respectfully move the Court for an order authorizing alternative service via email of the pleadings filed in this case upon newly added Defendants Evgeniy Golub, EuroByte LLC and Registrar of Domain Names REG.RU LLC (collectively, the "Foreign Defendants").[1]

CME Group has a reasonable basis to conclude that the email addresses for these Foreign Defendants are valid, and courts routinely allow alternative service via email in situations similar to this where email is the most reliable method of service to reach the defendants. Specifically, on March 19, 2019, this Court entered an Order authorizing service via email on Defendants Dmitro Nagovskiy, Konstantin Chechurin and OVH SAS, and CME Group is proceeding to effect such service. Because the primary purpose of service of process is to apprise defendants of the action and afford them the opportunity to present their objections, this purpose will be satisfied by service via email. Further, an order allowing service of process via email will benefit all parties and this Court by ensuring that the Foreign Defendants receive immediate notice of the pendency of this action and the Court's Temporary Restraining Order, allowing the case to move forward without unnecessary delay.

In support of this Motion, CME Group states as follows:

---

[1] CME Group filed a First Amended Complaint on March 21, 2019 adding these new defendants.

CONFIDENTIAL – FILED UNDER SEAL

## II. STATEMENT OF FACTS

On March 7, 2019, CME Group filed under seal its Complaint for willful trademark counterfeiting, trademark infringement, dilution, unfair competition, cybersquatting, copyright infringement, Digital Millennium Copyright Act violations, phishing, deceptive trade practices, and other causes of action arising out of the unauthorized registration of the infringing domain names <CMErussian.com> (the "CMErussian Domain Name") and <CMEgroupcenter.com> (the "CMEgroupcenter Domain Name"), and the operation of the related counterfeit websites at www.CMErussian.com (the "CMErussian Counterfeit Website") and www.CMEgroupcenter.com (the "CMEgroupcenter Counterfeit Website"). *See generally* Plaintiffs' Complaint For Willful Trademark Counterfeiting, Trademark Infringement, Dilution, Unfair Competition, Cybersquatting, Anti-Phishing, Copyright Infringement, Violation of DMCA, and Illinois State and Common Law Causes of Action ("Complaint"). On March 21, 2019, CME Group filed under seal its First Amended Complaint, which details additional facts regarding newly registered infringing domain names <CMEgroupcenters.com> (the "CMEgroupcenters Domain Name"), <CMErussia.com> (the "CMErussia Domain Name") and <CMErussians.com> (the "CMErussians Domain Name"), newly launched counterfeit websites at www.CMEgroupcenters.com (the "CMEgroupcenters Counterfeit Website") and www.CMErussia.com (the "CMErussia Counterfeit Website"), and the newly added Defendants Evgeniy Golub ("Golub"), EuroByte LLC ("EuroByte"), and Registrar of Domain Names REG.RU LLC ("REG.RU"). *See generally* Plaintiffs' First Amended Complaint For Willful Trademark Counterfeiting, Trademark Infringement, Dilution, Unfair Competition, Cybersquatting, Anti-Phishing, Copyright Infringement, Violation of DMCA,

2

CONFIDENTIAL – FILED UNDER SEAL

and Illinois State and Common Law Causes of Action ("Amended Complaint").

Defendant Konstantin Chechurin ("Chechurin") registered and operates the CMEgroupcenter Domain Name and CMEgroupcenter Counterfeit Website. Defendant Dmitro Nagovskiy ("Nagovskiy") registered the CMErussian Domain Name and, along with Defendant Golub, operates the CMErussian Counterfeit Website. *See* Complaint, Exhibits F and I; Declaration of Luis E. Moreau in Support of Plaintiff's Ex Parte Motion for a Temporary Restraining Order ("Moreau Declaration"), Exhibits A, B, S, T, and U; Amended Complaint, Exhibits F and G. Defendant OVH is the Internet Service Provider ("ISP") that provides website hosting services and/or related services for the CMEgroupcenter Counterfeit Website and CMEgroupcenters Counterfeit Website. *Id.* Defendant Webzilla B.V. ("Webzilla") is the ISP that provides website hosting services and/or related services for the CMErussian Counterfeit Website. *Id.* Defendant EuroByte is the ISP that provides website hosting services and/or related services for the CMErussian Counterfeit Website. *Id.* Defendant GoDaddy.com, LLC ("GoDaddy") provides domain name registration services for the CMErussian Domain Name, CMErussians Domain Name and CMEgroupcenter Domain Name. *Id.* Finally, Defendant REG.RU provides domain name registration services for the CMErussia Domain Name and CMEgroupcenters Domain Name. *Id.* CME Group's Complaint, Amended Complaint, and related filings were filed under seal pursuant to this Court's Order dated March 7, 2019. *See* Order Granting Plaintiffs' Ex Parte Motion for Temporary Restraining Order and Other Relief ("Temporary Restraining Order").

## A. Defendant Golub

Pursuant to the Temporary Restraining Order, on March 20, 2019, Defendant

**CONFIDENTIAL – FILED UNDER SEAL**

Webzilla, the ISP for the CMErussian Counterfeit Website, provided to CME Group account information and ownership details related to the CMErussian Counterfeit Website, which identifies Defendant Golub as an operator of the website. *See* Amended Complaint, Exhibit G. The account information provided by Defendant Webzilla also includes Defendant Golub's email address golub.evgeniy.domen@yandex.ru. *Id.*; Amended Complaint at ¶ 11. Further, bank account information provided by Defendant Webzilla for the CMErussian Counterfeit Website and associated with Defendant Golub and his email address indicates that payments for the website hosting services have been made through a Ukrainian bank. *Id.* CME Group has been unable to confirm a physical address for Golub, but based on his Webzilla account information, CME Group has a reasonable basis to conclude that he is likely located in either Russia or the Ukraine.

As a practical matter, Defendant Golub must keep an accurate email address to maintain his account with Defendant Webzilla and to communicate with Webzilla regarding issues related to hosting the CMErussian Counterfeit Website. It is also necessary for purveyors of online information such as Defendant Golub, who appears to operate entirely online, to provide customers with an accurate email address by which customers can contact him to ask questions and receive information.

It is CME Group's reasonable belief that Defendant Golub relies primarily on electronic communications to and from his email address to communicate with Defendant Webzilla and customers for the CMErussian Counterfeit Website, all of which demonstrate the reliability of this method of communication to quickly and effectively apprise Defendant Golub of the pendency of this action. Indeed, it appears that Defendant Golub's complained of conduct is entirely online and facilitated through the CMErussian

CONFIDENTIAL – FILED UNDER SEAL

Counterfeit Website and through email and other online communications between Defendant Golub and the victims of his fraudulent scheme.

### B. Defendants EuroByte and REG.RU

As outlined above, Defendant EuroByte is a Russian company with a principal place of business at Lyublinskaya str, 42, office L-507, 109387 Moscow, Russian Federation, and is an ISP that provides website hosting services and/or related services for the CMErussia Counterfeit Website. *See* Amended Complaint at ¶ 14. Because Defendant EuroByte is an ISP providing webhosting and related services for various websites, including the CMErussia Counterfeit Website, Defendant EuroByte's business structure and offerings are focused online and in the ecommerce space. Indeed, Defendant EuroByte encourages its customers to contact EuroByte via email on its website. *See* Exhibit A, true and accurate printouts of contact information for Defendant EuroByte, and original and translated printouts of Defendant EuroByte's website.

For example, customers who wish to report abuse on Defendant EuroByte's network are instructed to do so through Defendant EuroByte's email address abuse@eurobyte.ru. Also, customers are encouraged to contact EuroByte for support related to EuroByte's services via its support@eurobyte.ru email address listed on its website. *Id.* This further demonstrates the reliability of service via email for Defendant EuroByte.

Defendant REG.RU is a Russian company with a principal place of business at 125252, Moscow, passage Berozovoy Roshchi, 12, floor 2, room 4, Russian Federation. REG.RU is a domain name registrar for the CMErussia Domain Name and CMEgroupcenters Domain Name. Because Defendant REG.RU is a domain name

registrar providing domain name registration services for various domain names, including the CMErussia Domain Name and CMEgroupcenters Domain Name, Defendant REG.RU's business structure and offerings are also focused online and in the ecommerce space. Defendant REG.RU also encourages its customers to contact it via email on its website. *See* Exhibit B, true and accurate printouts of contact information for Defendant REG.RU, and original and translated printouts of Defendant REG.RU's website. Again, customers who wish to report abuse on Defendant REG.RU's network are instructed to do so through Defendant REG.RU's email address abuse@reg.ru. *Id.* This further demonstrates the reliability of service via email for Defendant REG.RU.

An order allowing service of process via email will benefit all parties and this Court by ensuring that the Foreign Defendants receive immediate notice of the pendency of this action, including the Court's Temporary Restraining Order, and allowing this action to move forward expeditiously. Absent CME Group's ability to serve the Foreign Defendants in this manner, these proceedings would be unnecessarily delayed as CME Group attempts to serve EuroByte and REG.RU at the physical addresses located in Russia mentioned above, attempts to locate and confirm a physical address for Defendant Golub in either Russia or the Ukraine, and then attempts to effect service on Defendant Golub at said address.

## III.  ANALYSIS

"[A] district court may not exercise personal jurisdiction over a defendant unless the defendant has been properly served with process." *United States v. Ligas*, 549 F.3d 497, 500 (7th Cir. 2008). "[T]he service requirement is not satisfied merely because the defendant is aware that he has been named in a lawsuit or has received a copy of the

summons and the complaint." *Id.*; *see also Equity Residential Properties Mgmt. Corp. v. Nasolo*, 364 Ill. App. 3d 26, 35 (1st Dist. 2006). The Federal Rules require that the formalities of service of process under Rule 4 must be heeded.

### A. Service by Email Is Warranted Under Rules 4(f)(3) and 4(h)(2)

Rule 4(f)(3) of the Federal Rules of Civil Procedure applies when serving an individual or entity in a foreign country and allows the Court to authorize service of process by any means not prohibited by international agreement, as the Court directs. *Rio Props., Inc. v. Rio Int'l Interlink*, 284 F.3d 1007, 1014 (9th Cir. 2002). Rule 4(h)(2) applies when serving a corporation, partnership or association "at a place not within any judicial district of the United States" and allows for service "in any manner prescribed by Rule 4(f) for serving an individual, except personal delivery under (f)(2)(C)(i)." Fed. R. Civ. P. 4(h)(2). Rule 4 does not require that a party attempt service of process by the methods enumerated in Rule 4(f)(2) before petitioning the court for alternative relief under Rule 4(f)(3). *Id.* at 1014-15; *Flava Works, Inc. v. Does 1-26*, No. 12 C 5844, 2013 WL 1751468, at *7 (N.D. Ill. Apr. 19, 2013) (adopting the reasoning of the Ninth Circuit in *Rio Properties*, and finding it unnecessary for plaintiff to attempt service prior to seeking permission for alternative service). Whether to allow a proposed alternative means of service is a matter dedicated to the district court's discretion. *See Freedom Watch, Inc. v. Org. of Petroleum Exporting Countries (OPEC)*, 766 F.3d 74, 84 (D.C. Cir. 2014) ("On remand, the district court retains discretion under Rule 4(f)(3) to authorize service even if the alternative means would contravene foreign law.").

An alternative method of service also must comport with constitutional notions of due process such that the method of service must be "reasonably calculated, under all

CONFIDENTIAL – FILED UNDER SEAL

the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections." *Rio Props., Inc.*, 284 F.3d at 1016-17 (quoting *Mullane v. Cent. Hanover Bank & Trust Co.*, 339 U.S. 306, 314 (1950)). Courts across the country and trial courts in this District have authorized a wide variety of alternative methods of service, including service via email.

The Ninth Circuit in *Rio Properties* held, "without hesitation," that email service of an online business defendant "was constitutionally acceptable." *Id.* at 1017. The court reached this conclusion in part because the defendant conducted its business over the internet, used email regularly in its business, and encouraged parties to contact it via email. *Id.*; *see also MacLean-Fogg Co. v. Ningbo Fastlink Equip. Co.*, No. 08 CV 2593, 2008 WL 5100414, at \*2 (N.D. Ill. Dec. 1, 2008) (authorizing foreign defendants to be served via email where plaintiffs demonstrated that defendants would receive and respond to email communications). Therefore, the Court should find that alternative service pursuant to Rules 4(f)(3) and 4(h)(2), including email service, is appropriate in this case where the Foreign Defendants are operating and/or facilitating the operation of the Counterfeit Websites in connection with an international phishing scheme that relies heavily on the Foreign Defendants' use of valid email addresses. *Rio Properties* 284 F.3d *Id.* at 1017; *see also Tory Burch LLC v. Does 1-100*, No. 12 C 7163, 2012 WL 4581409, at \*1 (N.D. Ill. Oct. 2, 2012) (service by email and publication appropriate); *Tiffany (NJ), LLC v. Dongping*, No. 10–61214–CIV, 2010 WL 4450451, at \*3 (S.D. Fla. Oct. 29, 2010) (service by email and publication approved); *Popular Enters., LLC v. Webcom Media Group, Inc.*, 225 F.R.D. 560, 563 (E.D. Tenn. 2004) (quoting *Rio*) (allowing email service).

CONFIDENTIAL – FILED UNDER SEAL

### 1. Defendant Golub

Defendant Golub appears to be a resident of either Russia or the Ukraine, so Rule 4(f)(3) applies. *See* Amended Complaint, Exhibit G. As discussed below, service via email on defendants in Russia or the Ukraine is not prohibited by international agreement. Moreover, service on Defendant Golub via email is not only appropriate, but also the method of service most likely to reach him. Based on information directly provided by Defendant Webzilla, Defendant Golub utilizes the email address golub.evgeniy.domen@yandex.ru in connection with his account with Webzilla and likely with the CMErussian Counterfeit Website. *Id.*

Defendant Golub necessarily uses his email address to maintain and pay for the website hosting and privacy protection services in furtherance of the complained of conduct at the CMErussian Counterfeit Website, and to communicate with third parties such as payment processors to complete transactions at this website. In other words, Defendant Golub has "embraced the modern e-business model" and structured his business around the CMErussian Counterfeit Website. *Rio Properties, Inc.*, 284 F.3d at 1016. Because Defendant Golub is required to use his email addresses to maintain the business and the CMErussian Counterfeit Website, the service of the pleadings in this case via email is the "method of service most likely to reach" Defendant Golub. *Id.*

As a result, serving the pleadings on Defendant Golub at his email address is the best, most reliable method to apprise him of the pendency of this action and afford him an opportunity to respond. Accordingly, the Court should grant this motion and allow service of process on Defendant Golub via email.

CONFIDENTIAL – FILED UNDER SEAL

## 2. Defendants EuroByte and REG.RU

Rule 4(h)(2) applies to Defendants EuroByte and REG.RU, which are both companies located in Russia. *See* Exhibits A and B. As discussed above, Defendant EuroByte is an ISP and Defendant REG.RU is a domain name registrar that have "embraced the modern e-business model" with business structures and offerings focused online. *Rio Properties, Inc.*, 284 F.3d at 1016. Defendants EuroByte and REG.RU also encourage their customers to contact them online and via email, and have set up online abuse reporting systems. *See* Exhibits A and B.

Defendants EuroByte and REG.RU necessarily use their email addresses to correspond with their customers, receive and respond to reports of abuse, and to complete online transactions. Given their use of email reporting systems and their online focus, serving the pleadings in this case via email is the "method of service most likely to reach" Defendants EuroByte and REG.RU and is the best, most reliable method to apprise them of the pendency of this action and afford them an opportunity to respond. *Rio Properties, Inc.*, 284 F.3d at 1016. In addition, as discussed more fully below, alternative service via email on defendants in Russia is not prohibited by international agreement. Accordingly, the Court should grant this motion and allow service of process on Defendants EuroByte and REG.RU via email.

## B. Service by Email Is Permissible Under the Hague Convention

When considering motions for alternative service of foreign defendants, courts generally look at whether or not the proposed method of service is prohibited under the Hague Convention and, more specifically, if the underlying country has expressly rejected or objected to that specific method of service. Here, service by email is not prohibited by

the Hague Convention, and the enumerated methods of service under the Hague Convention need not be used before alternative service is ordered. *See* Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Convention"), Nov. 15, 1965, 20 U.S.T. 361, T.I.A.S. No. 6638, 658 U.N.T.S. 163; *Drummond Co.*, 2016 WL 9980715, at *2 ("Notably, even if the Hague Service Convention did apply, service by email is not prohibited by the Hague Service Convention."); *Strabala v. Zhang*, 318 F.R.D. 81, 115 (N.D. Ill. 2016).

In fact, service of process via email has been approved even when the country at issue has objected to Article 10 of the Hague Convention, which provides for service via postal mail, because such an objection does not amount to a rejection of service via email. For example, the Southern District of New York concluded "that, as a general matter, service via email for a defendant residing in Russia may qualify as an alternative means of service under Rule 4(f)(3)," even though Russia has objected to Article 10 of the Hague Convention, because that is not tantamount to a rejection of service by email. *AMTO, LLC v. Bedford Asset Mgmt., LLC*, No. 14–cv–9913, 2015 WL 3457452, at * 7 (S.D.N.Y. June 1, 2015). Accordingly, a court may order service by email, where appropriate. *See Freedom Watch, Inc.*, 766 F.3d at 84.

Here, it appears Defendant Golub lives either in Russia or the Ukraine. Defendants EuroByte and REG.RU are companies located in Russia. Even though both Russia and the Ukraine have objected to Article 10 regarding service via postal mail, courts have nonetheless recognized that service on defendants in Russia and the Ukraine via email is "sufficient and proper" and qualifies as an alternative means of service under Rule 4(f)(3). *See, e.g., In re Cyphermint, Inc.*, 445 B.R. 11, 15-17 (Bankr. D. Mass. 2011)

(holding that alternative service was "sufficient and proper" because service under the Hague Convention had "been rendered impossible due to the unilateral action of the Russian Federation's Central Authority"); *Williams-Sonoma Inc. v. Friendfinder Inc.*, No. 06-06572-JSW, 2007 WL 1140639, at *2 (N.D. Cal. Apr. 17, 2007) (distinguishing service via email from service via postal mail and concluding that service by email to parties in the Ukraine was permissible). Indeed, on March 19, 2019, this Court entered an Order authorizing service via email on the Defendants Dmitro Nagovskiy and Konstantin Chechurin who are also located in the Ukraine and Russia, respectively.

Because the Foreign Defendants use their email addresses to maintain their online businesses and to communicate with third parties and customers, and service via email is permissible under the Hague Convention, service via email on the Foreign Defendants is warranted and reasonably calculated to apprise these defendants of the pendency of the action and afford them an opportunity to present their objections.

## IV.    CONCLUSION

CME Group respectfully requests that the Court authorize service by email on the Foreign Defendants pursuant to Rules 4(f)(3) and 4(h)(2) of the Federal Rules of Civil Procedure. CME Group has valid email addresses for the Foreign Defendants, and courts routinely allow for alternative service via email in situations similar to this where email is the most reliable method by which to reach the defendants. Moreover, service via email will achieve the primary purpose of service of process by apprising the Foreign Defendants of the action and affording them the opportunity to present their objections. Finally, an order allowing service of process via email will benefit all parties and this Court by ensuring that the Foreign Defendants receive immediate notice of the pendency of this

**CONFIDENTIAL – FILED UNDER SEAL**

action and the Court's Temporary Restraining Order, allowing the case to move forward without unnecessary delay.

Respectfully submitted,

CME GROUP INC.
CHICAGO MERCANTILE EXCHANGE INC.
NEW YORK MERCANTILE EXCHANGE, INC.
COMMODITY EXCHANGE, INC.
BOARD OF TRADE OF THE CITY OF
CHICAGO, INC.
PIVOT, INC.

Dated: <u>March 21, 2019</u>     By: _____

Joseph V. Norvell (Reg. No. 6225747)
Joseph T. Kucala, Jr. (Reg. No. 6275312)
Angela J. Simmons (Reg. No. 6289024)
Christian S. Morgan (Reg. No. 6327350)
Matthew D. Witsman (Reg. No. 6327790)
NORVELL IP LLC
333 S. Wabash Ave., Suite 2700
Chicago, Illinois 60604
Telephone: (888) 315-0732
Facsimile: (312) 268-5063
courts@norvellip.com

*Attorneys for Plaintiffs*

# EXHIBIT A

**BGP** view  Countries Report

## 46.30.40.0/21
EUROBYTE LLC

**Announcing ASNs: 0**    **Parent Prefix:** 46.30.40.0/21    **Abuse:** abuse@eurobyte.ru    **RIR:** RIPE

Prefix
Routing
Raw Whois

### Announcing ASNs

*No BGP announcements found*

### Summary

PREFIX: 46.30.40.0/21
NAME: RU-EUROBYTE-20100823
DESCRIPTION: EuroByte LLC
COUNTRY:
IP ADDRESSES: 2,048

REGIONAL REGISTRY: RIPE
ALLOCATION STATUS: Allocated
ALLOCATION DATE: 23rd August 2010
ALLOCATED COUNTRY:

### Contacts

EMAIL CONTACTS:
abuse@eurobyte.ru
ripe@eurobyte.ru
a.scopenco@eurobyte.ru

ABUSE CONTACTS:
abuse@eurobyte.ru

ADDRESS:
42 Lyublinskaya str,
109387,
Moscow,
RUSSIAN FEDERATION

### Related BGP Prefixes

| Country | Prefix | Name | Description | ASN |
|---------|--------|------|-------------|-----|
| | 46.30.42.0/24 | EUROBYTE-NET | Eurobyte Virtual Hosting | AS48282 |
| | 46.30.43.0/24 | EUROBYTE-NET | EuroByte Corp Net | AS48282 |
| | 46.30.44.0/24 | EUROBYTE-NET | Eurobyte VPS | AS48282 |
| | 46.30.43.0/24 | EUROBYTE-NET | Eurobyte VPS | AS48282 |
| | 46.30.42.0/24 | EUROBYTE-NET | Eurobyte VPS | AS48282 |
| | 46.30.45.0/24 | EUROBYTE-NET | Eurobyte VPS | AS48282 |
| | 46.30.46.0/24 | EUROBYTE-NET | Eurobyte VPS | AS48282 |
| | 46.30.42.0/24 | EUROBYTE-NET | Eurobyte VPS | AS48282 |



хостинг
евробайт

Услуги   Бонусы   Помощь и поддержка    РЕГИСТРАЦИЯ   ВХОД

Хостинг   CMS-хостинг   ^VIP-хостинг   VDS/VPS   Dedicated

## ХОСТИНГ САЙТОВ

| 3 ГБ | 5 ГБ | 8 ГБ | 15 ГБ |
|---|---|---|---|
| 159 ₽ В МЕСЯЦ | 299 ₽ В МЕСЯЦ | 399 ₽ В МЕСЯЦ | 599 ₽ В МЕСЯЦ |
| ЗАКАЗАТЬ | ЗАКАЗАТЬ | ЗАКАЗАТЬ | ЗАКАЗАТЬ |

Все тарифы включают SSD-диски, неограниченное кол-во сайтов и баз данных MySQL

**Богдан К.**
Консультант

Богдан К

Хотите получить месяц бесплатного хостинга? Вот инструкция eurobyte.ru/ga/g/est-li-v-evrobayte-testovyy-period-i-drugie-bonusy

Введите сообщение и нажмите Enter

# ПОЧЕМУ ВЫБИРАЮТ ЕВРОБАЙТ?





### МОЩНЫЕ СЕРВЕРЫ С SSD-ДИСКАМИ

Мы используем только мощные серверы DELL с высокопроизводительными SSD-дисками, поэтому у ваших сайтов не будет проблем со скоростью работы.

### БЫСТРАЯ И УМНАЯ ПОДДЕРЖКА

Наша служба поддержки работает 24 часа в сутки без выходных и праздников. Время реакции в любое время суток не превышает 10 минут. Все наши сотрудники прошли строгий отбор и имеют высокую квалификацию.

### МАКСИМАЛЬНАЯ СКОРОСТЬ

Ваши сайты будут «летать» на наших серверах! Наш хостинг специально оптимизирован под максимально быструю работу PHP и всех популярных CMS. Мы используем CloudLinux и FastCGI для обеспечения независимости клиентов друг от друга.

# ДАРИМ БОНУСЫ!







### БОНУСЫ ПРИ ОПЛАТЕ ВПЕРЕД

При оплате на длительный период предоставляется бонус: от 6 месяцев - 10% от платежа, от 12 месяцев - 20% от платежа.

### МЕСЯЦ БЕСПЛАТНО ДЛЯ ТЕСТИРОВАНИЯ

Мы дарим всем новым клиентам 1 месяц хостинга — убедитесь в высоком качестве наших услуг.

### БЕСПЛАТНО ПЕРЕНЕСЕМ ВАШИ САЙТЫ

При переносе сайтов на наш хостинг вы получаете месяц по выбранному тарифу бесплатно. Наши специалисты помогут перенести ваши сайты без простоя в работе.

ПОЛУЧИТЬ БОНУСЫ

ЛИДЕР ВЕДУЩИХ РЕЙТИНГОВ

  



© Надежный хостинг «Евробайт»
2010-2019
Эл. почта: support@eurobyte.ru

  

**УСЛУГИ**
Виртуальный хостинг
CMS-хостинг
VIP-хостинг
VDS/VPS
Домены
Лицензии ПО
SSL-сертификаты

**КЛИЕНТАМ**
Документы
Помощь

**ПАРТНЕРАМ**
Партнерская программа

**О КОМПАНИИ**
О компании
Контакты

Принимаем к оплате

 

Все способы оплаты


Проверить аттестат

**хостинг**
**евробайт**

Services   Bonuses   Help and support

CHECK IN   ENTRANCE

# CONTACT INFORMATION

**EMAIL AND TELEPHONE:**

+7 499 3488856
support@eurobyte.ru

**LLC "EUROBITE"**

INN: 7723759498
OGRN: 1107746428745
PPC: 772301001
PJSC Sberbank Moscow, BIC 044525225
p / s 40702810238120014282
f / c 30101810400000000225

**OFFICE ADRESS:**

109387, Moscow, st. Lublin, 42, of. 507
Mail: 109387, Moscow, POB 20



---

**хостинг**
**евробайт**

© Reliable hosting "Eurobayt"
2010-2019
El. mail: support@eurobyte.ru



**SERVICES**
Shared hosting
CMS hosting
VIP hosting
VDS / VPS
Domains
Software licenses
SSL certificates

**TO CUSTOMERS**
Documents
Help

**TO PARTNERS**
affiliate program

**ABOUT COMPANY**
About company
Contacts

We accept payment



All payment methods

 



хостинг
**евробайт**

Services    Bonuses    Help and support

CHECK IN    ENTRANCE

Hosting    CMS-hosting    VIP-hosting    VDS / VPS    Dedicated

# HOSTING SITES

| 3 GB | 5 GB | 8 GB | 15 GB |
| --- | --- | --- | --- |
| 159 ₽ MONTH | 299 ₽ MONTH | 399 ₽ MONTH | 599 ₽ MONTH |
| TO ORDER | TO ORDER | TO ORDER | TO ORDER |

All rates include SSDs, unlimited number of sites and MySQL databases.

Напишите ваше сообщение
Операторы онлайн!

# WHY CHOOSE EUROBAYT?







### POWERFUL SERVERS WITH SSD-DISKS

We use only powerful DELL servers with high-performance SSD-drives. so your sites will not have problems with speed.

### FAST AND SMART SUPPORT

Our support service is available 24 hours a day, without weekends and holidays The reaction time at any time of the day does not exceed 10 minutes. All our employees have passed the rigorous selection and are highly qualified.

### MAXIMUM SPEED

Your sites will "fly" on our servers! Our hosting is specially optimized for the fastest work of PHP and all popular CMS. We use CloudLinux and FastCGI to ensure customer independence from each other.

# GIVE BONUSES!













### BONUSES FOR PAYING FORWARD

When paying for a long period, a **bonus is** provided : **from 6 months - 10% of the payment, from 12 months - 20% of the payment.**

### MONTH FREE FOR TESTING

**We give all new customers 1 month of hosting** - make sure of the high quality of our services.

### FREE TRANSFER YOUR SITES

When transferring sites to our hosting you get a **month at the selected rate for free** . Our experts will help transfer your sites without downtime.

GET BONUSES

# LEADER LEADING RATINGS

Case: 1:19-cv-01621 Document #: 31 Filed: 03/21/19 Page 21 of 26 PageID #:2429


HOSTDB.ru


хостинг-нинзя
Сервис по подбору идеального хостинга

 HOSTINGS.ru


хостинг
евробайт

© **Reliable hosting "Eurobayt"**
**2010-2019**
**El. mail:** support@eurobyte.ru



**SERVICES**
Shared hosting
CMS hosting
VIP hosting
VDS / VPS
Domains
Software licenses
SSL certificates

**TO CUSTOMERS**
Documents
Help

**TO PARTNERS**
affiliate program

**ABOUT COMPANY**
About company
Contacts

We accept payment




All payment methods



Check certificate

# EXHIBIT B

**REG.RU**

Введите домен или слово   **Подобрать**   **Whois**     Регистрация   **Войти**

☰   Домены   Конструктор и CMS   Хостинг   VPS   Серверы и ДЦ   SSL   Сервисы   Помощь



## Зона .ART — создана для творчества

.ART Ambassador REG.RU представляет главный домен для искусства по специальной цене

Узнать больше

Поделиться

VK 🐦 f ➕

## Регистрация доменов

3 000 000 доменов на обслуживании, № 1 в России     Продлить   Перенести в REG.RU   Регистрация списком

Введите домены или слова     **Подобрать**

.RU    .РФ    .RU.COM    .РУС    .COM    .NET    .XYZ    .SU     Ещё 742 зоны

**Скидки до 99%**
при покупке нескольких доменов

**Бесплатно**
хостинг и SSL-сертификат с каждым доменом

**Подарок**
с каждым доменом



### Хостинг и серверы

Надёжный классический и VIP хостинг, VPS с SSD+HDD и SSD носителями, Dedicated. Домены в подарок.

**Подробнее**   от **91** руб./мес.



### SSL-сертификаты

Гарантия статуса сайта и безопасности передаваемых данных. Незаменимо для e-commerce.

**Подробнее**   от **1 099** руб.



### Автоматическое SEO-продвижение

Управление автоматизированным продвижением в поисковых системах.

**Подробнее**



## Бесплатная почта для вашего домена

Красивый почтовый ящик с любым именем и адресом вашего домена.

**Бесплатно**   Узнать больше

## Новости

21 марта 2019 г.

## Мероприятия

21 марта, Новосибирск

**20 марта 2019 г.**

Работа с электронным документооборотом доступна всем клиентам REG.RU

REG.RU открывает представительство в городе Чебоксары

**19 марта 2019 г.**

Бесплатный хостинг при переносе вашего сайта в REG.RU

**28 марта, Санкт-Петербург**

Digital Spring 2019 — весенняя конференция о digital-маркетинге

⊕ Ещё новости          Обновления системы

⊕ Все мероприятия

# Почему мы? Это просто

| **№1** | **30** млн | **3** млн | **1.7** млн | **24/7** |
|---|---|---|---|---|
| регистратор и хостинг-провайдер в России | оказанных услуг | доменов на обслуживании | более 1.7 млн клиентов | профессиональная поддержка |

# Наши клиенты

   

# Отзывы клиентов

Доброго дня! Меня зовут Виталий, я веб-мастер. Стаж работы 6 лет. У меня около 30 активных сайтов на разных хостингах. REG.RU самый лучший из всех, которые я знаю. По всем показателям. Это проверено временем. Поэтому все новые проекты я делаю уже тут. А также участвую в партнёрской программе. От души благодарю всю команду за Вашу замечательную, компетентную и достойную работу!

Виталий на http://ru.hostings.info/reg-ru.html



# Ваша оценка

Мы внимательно следим за вашими оценками и отзывами о работе службы поддержки

 **33 580** клиентов выразили благодарность

 **1 623** клиента подсказали, как нам стать лучше

**Спасибо, что выбрали REG.RU!**

Карьера в REG.Ru
Акции и скидки. Блог
Скидки от партнёров
Brand Story

Серверы и ДЦ
SSL-сертификат
Стоимость услуг
Whois

REG API, REG.Panel
Клубные тарифы
Промо материалы

Отзывы
Сообщить о нарушении
Нашли опечатку? Ctrl+Enter








**Доменная статистика**
www.statonline.ru

**Магазин доменов**
shop.reg.ru

Поиск по сайту

Карта сайта

**Принимаем к оплате**

VISA





Все способы оплаты

Все права на материалы, находящиеся на сайте, охраняются в соответствии с законодательством РФ. При любом использовании
материалов сайта письменное согласие обязательно. Торговые марки, логотипы и марки услуг размещённые на данном сайте
являются собственностью ООО «Регистратор доменных имён РЕГ.РУ» или третьих лиц.

Политика обработки персональных данных
Политика конфиденциальности для вебсайтов REG.Ru
Политика использования файлов cookie








Введите домен или слово    Pick up    Whois          Registration    **Login**

☰  **Domains**    **Constructor and CMS**    **Hosting**    **VPS**    **Servers and DC**    **SSL**    **Services**    **Help**

# Report a policy violation

Select the category according to which the Rules were violated:

⊕  **Internet fraud (phishing / malware distribution / pharming)**

⊕  **Pornography / Child Pornography**

⊕  **Copyright infringement (content / trademarks / personal information distribution / trademark and trademark infringement as a result of domain registration)**

⊕  **Spam mailing**

⊕  **Other**

This document describes the procedure for receiving, processing and tracking complaints about domain misuse.

Registrar's contact information for handling complaints: abuse@reg.ru , phone +7 (495) 580-11-11, are listed on the reg.ru and reg.com registrar websites via links:

https://www.reg.ru/support/abuse/
https://www.reg.com/support/abuse/

1. After the Registrar has received a complaint about the illegal use of a domain, it will be reviewed by a customer service specialist within 24 hours.
2. If the complaint is correct, the customer service specialist contacts the domain owner at the e-mail address specified by him during registration and asks for documents confirming identification data provided during domain registration. If the Domain Administrator does not provide a response to the request within 15 days, the Registrar will take further action and suspend the service until an identifying document is received.
3. If it is necessary to block or delete a domain name, the Registrar coordinates with the registry.
4. Upon completion of the processing of a complaint of domain misuse, the Registrar retains information about this incident for at least two years, in accordance with clause 3.18.3. ICANN 2013 Accreditation Agreements.
5. The registrar notifies the author of the result of the consideration of the complaint.

If the consideration of this complaint is beyond the registrar's jurisdiction, then it informs the author about the authorities or organizations to which the author can send this complaint.

| Information | Services | To partners | Help | Russian, rub. ▼ |
|---|---|---|---|---|
| About Company ,Contacts | Register domain | Conditions and prices | Knowledge base | |
| News and Events | Constructor and CMS | For professionals | Application Templates | **Join in** |
| To legal entities | Hosting | Referral program | Service offices | |
| Career in REG.RU | Servers and DC | REG.API REG.Panel | Reviews | |
| Promotions and discounts ,Blog | SSL certificate | Club rates | Report a violation | |
| Discounts from partners | Cost of services | Promotional materials | Found a typo? Ctrl + Enter | |
| Brand story | Whois | | | |

 

**Domain statistics**
www.statonline.ru

**Shop domain**
shop.reg.ru

Site Map

We accept payment      VISA           All payment methods

All rights to the materials on the site are protected in accordance with the legislation of the Russian Federation. With any use of materials from the site written consent is required. Trademarks, logos and service marks posted on this site are the property of REG.RU Domain Registrar LLC or third parties.

Personal Data Processing Policy

Cookie Policy

