*mc*

**CONFIDENTIAL – FILED UNDER SEAL**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION



CME Group Inc., Chicago Mercantile
Exchange Inc., New York Mercantile
Exchange, Inc., Commodity Exchange,
Inc., Board of Trade of the City of Chicago,
Inc., and Pivot, Inc.,

        Plaintiffs,

v.

Dmitro Nagovskiy, Konstantin Chechurin,
Evgeniy Golub, OVH SAS, Webzilla B.V.,
EuroByte LLC, GoDaddy.com, LLC,
Registrar of Domain Names REG.RU LLC,
and Does 1-3,

        Defendants.

**MAR 21 2019**

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

Civil Action No. 1:19-cv-01621
*SEALED*

Judge Sharon Johnson Coleman

Magistrate Judge Sheila M. Finnegan

## SEALED DOCUMENT PURSUANT TO LR26.2

This document is filed under seal in accordance with an order of the Court dated March
7, 2019.

Dated:   March 21, 2019        Respectfully submitted,

By: _____
Joseph V. Norvell (Reg. No. 6225747)
Joseph T. Kucala, Jr. (Reg. No. 6275312)
Matthew D. Witsman (Reg. No. 6327790)
Christian S. Morgan (Reg. No. 6327350)
Angela J. Simmons (Reg. No. 6289024)
NORVELL IP LLC
333 S. Wabash Ave., Suite 2700
Chicago, Illinois 60604
Telephone:   (888) 315-0732
Facsimile:    (312) 268-5063
courts@norvellip.com

*Attorneys for Plaintiffs*

**CONFIDENTIAL – FILED UNDER SEAL**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc., | |
| Plaintiffs, | Civil Action No. 1:19-cv-01621 *SEALED* |
| v. | Judge Sharon Johnson Coleman |
| Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, Webzilla B.V., EuroByte LLC, GoDaddy.com, LLC, Registrar of Domain Names REG.RU LLC, and Does 1-3, | Magistrate Judge Sheila M. Finnegan |
| Defendants. | |

## FIRST AMENDED COMPLAINT FOR WILLFUL TRADEMARK COUNTERFEITING, TRADEMARK INFRINGEMENT, DILUTION, UNFAIR COMPETITION, CYBERSQUATTING, ANTI-PHISHING, COPYRIGHT INFRINGEMENT, VIOLATION OF DMCA, AND ILLINOIS STATE AND COMMON LAW CAUSES OF ACTION

Plaintiffs CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc. (hereinafter collectively referred to as "CME Group"), bring this action against Defendants Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, Webzilla B.V., GoDaddy.com, LLC, EuroByte LLC, Registrar of Domain Names REG.RU LLC, and Does 1-3 (hereinafter collectively referred to as "Defendants") and allege as follows:

### NATURE OF ACTION

1.     This action is for willful trademark counterfeiting, trademark infringement, dilution, unfair competition, and cybersquatting in violation of the Lanham Act, 15 U.S.C.

**CONFIDENTIAL – FILED UNDER SEAL**

§§ 1114(1) and 1125(a), (c) and (d); willful copyright infringement in violation of 17 U.S.C. § 101 *et seq.;* violation of the Digital Millennium Copyright Act Copyright Management Information Provisions, 17 U.S.C. § 1202 *et seq.*; deceptive trade practices in violation of the Illinois Uniform Deceptive Trade Practices Act, 815 Ill. Comp. Stat. 510/1 *et seq.*; phishing activities in violation of the Illinois Anti-Phishing Act, 740 Ill. Comp. Stat. 7/1 *et seq.*; consumer fraud in violation of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 Ill. Comp. Stat. 505/1 *et seq.*; unfair competition in violation of Illinois common law; and dilution in violation of the Illinois Anti-Dilution Act, 765 Ill. Comp. Stat. 1036/65.

2.      This action results from Defendants' unauthorized and willful operation of counterfeit websites that use CME Group's registered trademarks and copyrighted materials causing harm to CME Group and individuals in the State of Illinois and this District.

## THE PARTIES

3.      Plaintiff Chicago Mercantile Exchange Inc. is a Delaware corporation with its principal place of business at 20 South Wacker Drive, Chicago, Illinois 60606 ("CME").

4.      Plaintiff New York Mercantile Exchange, Inc. is a Delaware corporation with its principal place of business at 300 Vesey Street, New York, New York 10282 ("NYMEX").

5.      Plaintiff Commodity Exchange, Inc. is a New York corporation with its principal place of business at 300 Vesey Street, New York, New York 10282 ("COMEX").

6.      Plaintiff Board of Trade of the City of Chicago, Inc. is a Delaware non-profit corporation with its principal place of business at 141 West Jackson Boulevard, Chicago,

CONFIDENTIAL – FILED UNDER SEAL

Illinois 60604 ("CBOT").

7.     Plaintiff Pivot, Inc. is a Delaware corporation with its principal place of business at 10 Milk Street, Suite 610, Boston, Massachusetts 02108 ("Pivot").

8.     Plaintiff CME Group Inc. is a Delaware corporation with its principal place of business at 20 South Wacker Drive, Chicago, Illinois 60606. CME Group Inc. is the parent company to CME, NYMEX, COMEX, CBOT, and Pivot (collectively, "CME Group").

9.     Defendant Dmitro Nagovskiy ("Nagovskiy") is an individual with a claimed address at Karla Marksa 122 Dnipro, 49000, Ukraine, and is associated with the email address nagovskiydmitriy@gmail.com. Nagovskiy registered the domain name <CMErussian.com>, which fully incorporates and is confusingly similar to CME Group's famous and registered CME® trademark and the name CME. The website for this domain name contains copyrighted content from CME Group's actual website at www.cmegroup.com. Upon information and belief, Defendant Nagovskiy, and/or someone working in concert with him or at his direction, also registered the domain name <CMErussia.com>, which fully incorporates and is confusingly similar to CME Group's famous and registered CME® trademark and the name CME. The website for this domain name contains copyrighted content from CME Group's actual website at www.cmegroup.com and is identical to the website previously at www.CMErussian.com. Upon information and belief, Defendant Nagovskiy, and/or someone working in concert with him or at his direction, also registered the domain name <CMErussians.com>, which fully incorporates and is confusingly similar to CME Group's famous and registered CME® trademark and the name CME.

10.     Defendant Konstantin Chechurin ("Chechurin") is an individual with a

3

**CONFIDENTIAL – FILED UNDER SEAL**

claimed address at str. OTKE 38/19, Anadir Chukotka 689000, Russian Federation, and is associated with the email address wallet.145.adv@gmail.com. Chechurin registered the domain name <CMEgroupcenter.com>, which fully incorporates and is confusingly similar to CME Group's famous and registered CME® and CME GROUP® trademarks and the names CME and CME Group. The website for this domain name contains copyrighted content from CME Group's actual website at www.cmegroup.com. Upon information and belief, Defendant Chechurin, and/or someone working in concert with him or at his direction, also registered the domain name <CMEgroupcenters.com>, which fully incorporates and is confusingly similar to CME Group's famous and registered CME® and CME GROUP® trademarks and the names CME and CME Group. The website for this domain name contains copyrighted content from CME Group's actual website at www.cmegroup.com and is identical to the website previously at www.CMEgroupcenter.com.

11. Defendant Evgeniy Golub ("Golub") is an individual that likely resides in either Russia or Ukraine, and is associated with the email address golub.evgeniy.domen@yandex.ru. Upon information and belief, Defendant Golub, along with Defendany Nagovskiy, operates the website at www.CMErussian.com, which contains copyrighted content from CME Group's actual website at www.cmegroup.com and is identical to the website now at www.CMErussia.com.

12. Defendant OVH SAS is a French company with a principal place of business at 2 rue Kellermann, 59100 Roubaix France ("OVH"). OVH is an Internet Service Provider ("ISP") that provides website hosting services and/or related services for the websites at www.CMEgroupcenter.com and www.CMEgroupcenters.com.

4

**CONFIDENTIAL – FILED UNDER SEAL**

13.     Defendant Webzilla B.V. is a Dutch entity with a principal place of business at Keienbergweg 22, 1101 GB Amsterdam, The Netherlands ("Webzilla"). Webzilla is an ISP that provides website hosting services and/or related services for the website at www.CMErussian.com.

14.     Defendant EuroByte LLC is a Russian company with a principal place of business at Lyublinskaya str, 42, office L-507, 109387 Moscow, Russian Federation ("EuroByte"). EuroByte is an ISP that provides website hosting services and/or related services for the website at www.CMErussia.com.

15.     Defendant GoDaddy.com, LLC is a Delaware limited liability company with a principal place of business at 14455 N. Hayden Rd., Suite 219, Scottsdale, Arizona 85260 ("GoDaddy"). GoDaddy is a domain registrar for the domain names <CMErussian.com>, <CMErussians.com>, and <CMEgroupcenter.com>.

16.     Defendant Registrar of Domain Names REG.RU LLC is a Russian company with a principal place of business at 125252, Moscow, passage Berozovoy Roshchi, 12, floor 2, room 4, Russian Federation ("REG.RU"). REG.RU is a domain registrar for the domain names <CMErussia.com> and <CMEgroupcenters.com>.

17.     The true names and capacities, whether individual, corporate or otherwise of Defendants Does 1-3, are unknown to CME Group, and therefore included in this action under fictitious names (collectively referred to as "DOES 1-3"). CME Group will amend its complaint to allege the true names and capacities of DOES 1-3 when the information has been ascertained. On information and belief, CME Group alleges that DOES 1-3 are responsible in some manner for the actions complained of herein and CME Group's damages alleged herein were previously caused by DOES 1-3.

5

**CONFIDENTIAL – FILED UNDER SEAL**

18.    Defendants transact business in this District and have sufficient minimum contacts with the State of Illinois. Defendants have purposefully availed themselves of the benefits of doing business in Illinois by transacting business in Illinois, and can reasonably anticipate being hauled into court in Illinois.

19.    Defendant Nagovskiy registered the domain name <CMErussian.com> and, along with Defendant Golub, operates the Internet website at www.CMErussian.com that is accessible by and targets residents of Illinois and this District. Defendant Nagovskiy intentionally uses, without authorization, in the domain name <CMErussian.com> and in the content of the website www.CMErussian.com, trademarks identical or confusingly similar to CME Group's registered CME® trademark and CME name, among other trademarks. Upon information and belief, Defendant Nagovskiy, and/or someone working in concert with him or at his direction, also registered the domain name <CMErussia.com> and Defendants Nagovskiy and Golub and/or someone working in concert with them or at their direction, operate the Internet website at www.CMErussia.com that is accessible by and targets residents of Illinois and this District. Defendants Nagovskiy and Golub intentionally use, without authorization, in the domain name <CMErussia.com> and in the content of the website www.CMErussia.com, trademarks identical or confusingly similar to CME Group's registered CME® trademark and CME name, among other trademarks. Further, upon information and belief, Defendant Nagovskiy, and/or someone working in concert with him or at his direction, also registered the domain name <CMErussians.com>, which fully incorporates and is confusingly similar to CME Group's famous and registered CME® trademark and the name CME. The websites www.CMErussian.com and www.CMErussia.com have

6

**CONFIDENTIAL – FILED UNDER SEAL**

identical content and display, without authorization, the copyrighted materials copied from CME Group's website www.cmegroup.com. As a result, the harm felt by CME Group is most felt in Illinois – their residence for more than one hundred and fifty years.

20.    Defendant Chechurin registered the domain <CMEgroupcenter.com> and operates the Internet website at www.CMEgroupcenter.com that is accessible by and targets residents of Illinois and this District. Defendant Chechurin intentionally uses, without authorization, in the domain name <CMEgroupcenter.com> and in the content of the website www.CMEgroupcenter.com, trademarks identical or confusingly similar to CME Group's registered CME® and CME GROUP® Marks and CME and CME GROUP names, among other trademarks. Upon information and belief, Defendant Chechurin, and/or someone working in concert with him or at his direction, also registered the domain <CMEgroupcenters.com> and operates the Internet website at www.CMEgroupcenters.com that is accessible by and targets residents of Illinois and this District. Defendant Chechurin intentionally uses, without authorization, in the domain name <CMEgroupcenters.com> and in the content of the website www.CMEgroupcenters.com, trademarks identical or confusingly similar to CME Group's registered CME® and CME GROUP® Marks and CME and CME GROUP names, among other trademarks. The websites www.CMEgroupcenter.com and www.CMEgroupcenters.com have identical content and also display, without authorization, the copyrighted materials copied from CME Group's website www.cmegroup.com. As a result, the harm felt by CME Group is most felt in Illinois – their residence for more than one hundred and fifty years.

21.    Defendant OVH provides website hosting services, server space, and/or

CONFIDENTIAL – FILED UNDER SEAL

related services whereby OVH exercises control over the websites www.CMEgroupcenter.com and www.CMEgroupcenters.com that intentionally use, without authorization, trademarks identical or confusingly similar to CME Group's registered CME® and CME GROUP® trademarks and CME and CME GROUP names. The websites at www.CMEgroupcenter.com and www.CMEgroupcenters.com are accessible by and target residents of Illinois and this District. Also, OVH, either directly or through its US subsidiary OVH US LLC, likely has customers in the State of Illinois. As a result, the harm felt by CME Group is most felt in Illinois – their residence for more than one hundred and fifty years.

22.    Defendant Webzilla provides website hosting services, server space, and/or related services whereby Webzilla exercises control over the website www.CMErussian.com that intentionally uses, without authorization, trademarks identical or confusingly similar to CME Group's registered CME® trademark and CME name. The website at www.CMErussian.com is accessible by and targets residents of Illinois and this District. Also, Webzilla likely has customers in the State of Illinois. As a result, the harm felt by CME Group is most felt in Illinois – their residence for more than one hundred and fifty years.

23.    Defendant EuroByte provides website hosting services, server space, and/or related services whereby EuroByte exercises control over the website www.CMErussia.com that intentionally uses, without authorization, trademarks identical or confusingly similar to CME Group's registered CME® trademark and CME name. The website at www.CMErussia.com is accessible by and targets residents of Illinois and this District. Also, EuroByte likely has customers in the State of Illinois. As a result, the harm

CONFIDENTIAL – FILED UNDER SEAL

felt by CME Group is most felt in Illinois – their residence for more than one hundred and fifty years.

24.     Defendant GoDaddy provides domain name registration services for the domain names <CMEgroupcenter.com>, <CMErussian.com>, and <CMErussians.com> that intentionally use, without authorization, trademarks identical or confusingly similar to CME Group's registered CME® and CME GROUP® trademarks and CME and CME GROUP names. After the filing of the original complaint and pursuant to a Temporary Restraining Order issued by the Court, GoDaddy transferred the <CMEgroupcenter.com> and <CMErussian.com> domain names to CME Group. The associated websites www.CMEgroupcenter.com and www.CMErussian.com are accessible by and target residents of Illinois and this District.  As a result, the harm felt by CME Group is most felt in Illinois – their residence for more than one hundred and fifty years.

25.     Defendant REG.RU provides domain name registration services for the domain names <CMErussia.com> and <CMEgroupcenters.com> that intentionally use, without authorization, trademarks identical or confusingly similar to CME Group's registered CME® and/or CME GROUP® trademarks and CME and/or CME GROUP names. The associated websites www.CMErussia.com and www.CMEgroupcenters.com are accessible by and target residents of Illinois and this District. As a result, the harm felt by CME Group is most felt in Illinois – their residence for more than one hundred and fifty years.

26.     In undertaking these deliberate acts, including all facts and allegations set forth below, which are incorporated herein by reference, Defendants had fair warning they may be called before an Illinois court in this District.

9

CONFIDENTIAL – FILED UNDER SEAL

## JURISDICTION AND VENUE

27.     This Court has subject matter jurisdiction over CME Group's federal claims pursuant to the Lanham Act, 15 U.S.C. §§ 1114(1) and 1125(a), (c) and (d) and 17 U.S.C. § 101 *et seq.* This Court has supplemental jurisdiction over CME Group's state law claims pursuant to 28 U.S.C. §§ 1338(b) and 1367.

28.     This Court has personal jurisdiction over Defendants pursuant to the Illinois long-arm statute, 735 Ill. Comp. Stat. 5/2-209 *et seq.*, and such an assertion is in accordance with the Due Process clause of the Fourteenth Amendment of the United States Constitution.

29.     Venue is proper in the Northern District of Illinois pursuant to 28 U.S.C. § 1391, because CME Group is doing business in this District, the claims arose in this District, and a substantial part of the events giving rise to the claims occurred in this District. Moreover, Defendants transact business in this District, have committed tortious acts in this District, and have engaged in activities that subject them to the jurisdiction of this Court. Finally, because Defendants are subject to personal jurisdiction in this District, venue is proper in this District.

30.     Assignment of this action to the Eastern Division is proper because a substantial part of the events giving rise to the claims alleged herein occurred in this Division.

## CME GROUP'S LONG AND DISTINGUISHED HISTORY

31.     CME Group is the world's largest and most diverse financial exchange with a history dating back to 1848. CME Group offers futures and options in all major asset classes, such as metals, commodities, foreign exchange, energy, weather, interest rates,

**CONFIDENTIAL – FILED UNDER SEAL**

equity indexes and other products through four exchanges: CME or Chicago Mercantile Exchange, CBOT or Chicago Board of Trade, COMEX or Commodity Exchange, and NYMEX or New York Mercantile Exchange.

32.     For decades, CME Group has been a leader in the financial services industry and earned its place as a trustworthy provider of cutting-edge financial products and services. Through its strong leadership and innovation, CME Group has become an iconic company in the financial industry and a key part of the world financial markets.

33.     In 1848, CBOT created the world's first futures exchange. Originally founded in 1898, CME began using the CME name in 1919.  CME and CBOT officially merged to form CME Group in 2007, creating the world's leading and most diverse derivatives marketplace.

34.     COMEX was founded in 1963 as a gold futures and options exchange and eventually was acquired by NYMEX, which was first established in 1980. NYMEX focuses on energy and metals trading.

35.     In 2008, CME Group acquired NYMEX, adding energy and metals to its wide array of product offerings.

36.     Since long prior to the acts of Defendants complained of herein, CME Group has continuously used the names CME, NYMEX, CBOT, COMEX, E-MINI, GLOBEX and PIVOT (among others) in connection with financial-related services. As a result, for more than one hundred and fifty years, traders, financial institutions, investors, corporations and governments have come to rely upon and trust CME Group for their financial and risk management services.

37.     CME Group has traditionally operated as a live, open-outcry trading

CONFIDENTIAL – FILED UNDER SEAL

exchange. After leading the industry in open-outcry trading, CME Group championed the idea of electronic trading of futures and options through their GLOBEX® trading platform, which allows futures and options to be traded around the world and almost around the clock. The GLOBEX platform was launched in 1992 and was the world's first electronic futures trading platform. Electronic trading is now conducted around the world and almost around the clock to trade products in all major asset classes. Some products electronically traded through CME Group's exchanges include interest rates, equity indexes, weather, foreign exchange (foreign currency), cattle, pork and cheese, to name a few.

38.    CME Group's operations now extend globally with offices in the U.S., Canada, Brazil, United Kingdom, Ireland, Singapore, Hong Kong, Korea, Japan, China, and India. CME Group's customers are located around the globe and the GLOBEX® electronic trading platform can be accessed from more than 150 countries.

39.    In addition, CME Group offers financial market data services, ranging from live and delayed quotes to market reports and historical data. For example, CME Group offers delayed and live quotes and charts on trading volumes, prices, including historical trading data. Such market data is often critical to the trading activities of users of the CME Group exchanges regarding the variety of individual products traded on the exchanges.

40.    CME Group also maintains an active Internet presence and maintains Internet websites at domain names incorporating its CME® and CME GROUP® marks. The domain name www.cme.com was originally registered in 1994 and is still active and redirects users to CME Group's homepage at www.cmegroup.com, which has been owned by CME Group since 2007.

41.    The website at www.cmegroup.com ("CME Group Website") serves as a

12

CONFIDENTIAL – FILED UNDER SEAL

primary marketing tool for CME Group and as a primary point of communication between CME Group and its customers. Not only do CME Group's current and prospective customers, partners and financial market participants rely upon the CME Group Website to obtain key information, download various marketing pieces, and access CME Group's software and technology applications, but the site is accessed and used by these customers each and every day. A recent screenshot of the genuine CME Group Website is shown below:



42.    The upper right-hand corner of the CME Group Website contains a "Login" button for registered users to access a multitude of CME Group applications. Because eighty-nine percent (89%) of trading at CME Group is electronic, customers rely upon the CME Group Website as their primary interface with CME Group to access tools and resources, such as logging into their accounts to review licensed market data, downloading CME Group software, managing their overall account, and contacting CME

13

**CONFIDENTIAL – FILED UNDER SEAL**

Group customer service.

43.     The CME Group Website is wholly original and copyrightable subject matter that is protected by copyright laws, and portions of this copyrighted material are attached as Exhibit A (collectively, "Copyrighted Materials").  On December 20, 2012, CME Group filed a U.S. Copyright Application for some of these Copyrighted Materials and complied in all respects with the Copyright Act of 1976, as amended, and all other laws governing copyright. The U.S. Register of Copyrights granted CME Group Certificate of Registration No. VA 1-847-974 for "Cmegroup.com" effective December 21, 2012.

44.     On April 21, 2016, CME Group filed a U.S. Copyright Application for other portions of the Copyrighted Materials and complied in all respects with the Copyright Act of 1976, as amended, and all other laws governing copyright. The U.S. Register of Copyrights granted CME Group Certificate of Registration No. VA 2-004-052.

45.     On February 28, 2019, CME Group filed two U.S. Copyright Applications for more recent portions of the Copyrighted Materials and complied in all respects with the Copyright Act of 1976, as amended, and all other laws governing copyright. The U.S. Register of Copyrights granted CME Group Certificates of Registration Nos. VA 2-140-165 and VA 2-140-166 (collectively, Reg. Nos. VA 1-847-974, VA 2-004-052, VA 2-140-165, and VA 2-140-166 are referred to as the "Copyright Registrations"). True and correct copies of the Copyright Registrations are attached hereto as Exhibit B. At all relevant times, CME Group has been and still is the sole proprietor of all rights, title and interest in and to the copyright in the Copyrighted Materials.

46.     CME Group placed a copyright notice presently stating "© 2019 CME Group Inc.  All rights reserved." ("Copyright Notice") and contact information for CME Group,

CONFIDENTIAL – FILED UNDER SEAL

including physical addresses and phone numbers ("Contact Information") on the CME Copyrighted Materials. This Copyright Notice and the Contact Information constitute CME copyright management information.

### CME GROUP'S STRONG AND FAMOUS TRADEMARKS

47.     CME Group owns extensive common law rights in its family of CME trademarks, including but not limited to such trademarks as CME and CME GROUP and other trademarks such as ⊙ CME Group , CBOT, NYMEX, COMEX, ⊕ , CME CLEARPORT, CLEARPORT,  E-MINI, CME GLOBEX, GLOBEX, CME DIRECT, CME STP, CME PIVOT, PIVOT, CME DATAMINE, CHICAGO MERCANTILE EXCHANGE, CHICAGO BOARD OF TRADE, NEW YORK MERCANTILE EXCHANGE, and others in connection with a wide variety of financial-related goods and services, including computer software, financial exchange and financial trading services, financial clearing services, financial information services, market data services, risk management services, and financial trading platforms and related financial/investment services.  Since first using the CME mark one hundred years ago in 1919, CME has adopted and used numerous CME-formative marks in connection with these services.

48.     CME Group also owns the following United States Trademark Registrations for its family of CME and CME-formative marks, all of which are legally and validly registered on the Principal Register of the United States Patent and Trademark Office ("USPTO") (collectively, "CME Registrations"):

| Mark | Reg. No. | International Class(es) | Status |
|------|----------|------------------------|--------|
| CME® | 1,085,681 | 36 | Incontestable |
| CME® | 3,084,640 | 9 & 42 | Incontestable |
| CME GROUP® | 3,367,684 | 36 | Incontestable |

CONFIDENTIAL – FILED UNDER SEAL

| | | | |
|---|---|---|---|
| **cme** Chicago Mercantile Exchange ® | 3,075,976 | 9 & 42 | Incontestable |
| **cme** Chicago Mercantile Exchange ® | 2,991,670 | 36 | Incontestable |
| CME ILINK® | 2,831,871 | 36 | Incontestable |
| CME E-MINI® | 2,969,966 | 36 | Incontestable |
| CME LEAN HOG INDEX® | 2,973,035 | 36 | Incontestable |
| CME FEEDER CATTLE INDEX® | 2,990,297 | 36 | Incontestable |
| CME DATAMINE® | 3,352,992 | 36 | Incontestable |
| CME HURRICANE INDEX® | 3,766,454 | 36 | Incontestable |
| CME DATAPOINT® | 4,130,632 | 36 | Incontestable |
| CMECE® | 4,060,843 | 36 | Incontestable |
| CME CLEARING EUROPE® | 4,035,463 | 36 | Incontestable |
| CME GLOBEX® | 3,193,924 | 36 | Incontestable |
| CME DATACLOUD® | 4,254,542 | 36 | Registered |
| CME CORE® | 4,472,606 | 42 | Registered |
| CME DIRECT® | 4,358,467 | 9, 36 & 42 | Registered |
| CME GROUP® | 4,544,078 | 9, 36 & 42 | Registered |
| ● CME Group ® | 4,544,077 | 9, 36 & 42 | Registered |
| CME CLEARPORT® | 4,535,988 | 9, 36 & 42 | Registered |
| CME GLINK® | 4,343,012 | 38 | Registered |
| CME DIRECT MESSENGER® | 4,433,547 | 42 | Registered |
| CME STP® | 4,851,862 | 36 and 42 | Registered |
| CME DIRECT MOBILE® | 5,218,706 | 9 | Registered |
| CME EUROPE® | 5,370,376 | 36 & 42 | Registered |
| **CME GROUP FOUNDATION** ® | 4,961,334 | 36 | Registered |
| CME MESSENGER® | 5,023,757 | 9 & 42 | Registered |
| CME PIVOT® | 5,376,163 | 9, 35, 38 & 42 | Registered |
| CME FX$INDEX® | 5,211,897 | 36 | Registered |

Copies of the Certificates of Registration and USPTO Trademark Status and Document

Retrieval ("TSDR") printouts for these CME Registrations are attached as Exhibit C.

49.     CME Group also owns the following United States Trademark Registrations

for the marks CBOT, NYMEX, COMEX, , CLEARPORT, GLOBEX, CHICAGO

MERCANTILE EXCHANGE, E-MINI, PIVOT, CHICAGO BOARD OF TRADE and NEW

**CONFIDENTIAL – FILED UNDER SEAL**

YORK MERCANTILE EXCHANGE, among other marks and registrations, all of which are legally and validly registered on the Principal Register of the USPTO (collectively, "Registrations"):

| Mark | Reg. No. | International Class(es) | Status |
|---|---|---|---|
| CBOT® | 1,716,422 | 36 | Incontestable |
| CHICAGO BOARD OF TRADE® | 2,403,561 | 36 | Incontestable |
| NYMEX® | 1,731,593 | 36 | Incontestable |
| NYMEX® | 2,656,475 | 36 | Incontestable |
| NYMEX® | 3,436,974 | 36 | Incontestable |
| NEW YORK MERCANTILE EXCHANGE® | 1,775,460 | 36 | Incontestable |
| NEW YORK MERCANTILE EXCHANGE® | 1,847,455 | 36 | Incontestable |
| NEW YORK MERCANTILE EXCHANGE® | 2,713,052 | 36 | Incontestable |
| COMEX® | 1,036,378 | 36 | Incontestable |
| COMEX® | 5,483,800 | 36 | Registered |
| ® | 1,303,096 | 36 | Incontestable |
| ® | 4,369,249 | 9, 36 & 42 | Registered |
| CLEARPORT® | 3,388,102 | 9, 36 & 42 | Incontestable |
| GLOBEX® | 1,576,888 | 41 | Incontestable |
| GLOBEX® | 2,448,961 | 36 | Incontestable |
| GLOBEX® | 4,684,887 | 36 | Registered |
| GLOBEX® | 5,166,758 | 9 | Registered |
| CHICAGO MERCANTILE EXCHANGE® | 1,085,682 | 36 | Incontestable |
| E-MINI® | 2,969,965 | 36 | Incontestable |
| PIVOT® | 3,569,041 | 9, 35, 38 & 42 | Incontestable |

Copies of the Certificates of Registration and USPTO TSDR printouts for these registrations are attached as Exhibit D.

50. CME Group's federal registrations for CME®, CME GROUP®, CBOT®, NYMEX®, COMEX®, CME ILINK®, CME E-MINI®, E-MINI®, CME LEAN HOG INDEX®, CME HURRICANE INDEX®, CME DATAPOINT®, CMECE®, CME CLEARING EUROPE®, CME DATAMINE®, CME GLOBEX®, CME FEEDER CATTLE INDEX®,

**CONFIDENTIAL – FILED UNDER SEAL**

CLEARPORT®, CME GLOBEX®, GLOBEX®, ®, CHICAGO MERCANTILE EXCHANGE®, CHICAGO BOARD OF TRADE®, NEW YORK MERCANTILE EXCHANGE® and PIVOT® (among other trademarks), are incontestable under 15 U.S.C. § 1065. CME Group's incontestable registrations are conclusive evidence of the validity of the marks listed in the registrations, CME Group's ownership of the marks, and CME Group's exclusive right to use the marks in commerce in connection with the identified goods and services. 15 U.S.C. § 1115(b).

51.    CME Group also owns the following pending United States trademark applications, which were legally and validly filed with the USPTO (collectively, the "CME Applications"):

| Mark | Ser. No. | International Class(es) | Status |
|------|----------|------------------------|--------|
| CME FX LINK | 87/689,907 | 36 | Allowed |
| CME FX SPOT | 87/155,844 | 9, 36 & 42 | Allowed |
| CME CLEARCHAIN | 87/141,695 | 9, 35, 36 & 42 | Allowed |
| E-MINI | 87/593,364 | 36 | Allowed |
| CME | 88/087,268 | 36 | Filed |
| CME DATAMINE | 87/749,572 | 42 | Allowed |
| CME MARKET SENTIMENT METER | 87/954,026 | 9, 36 & 42 | Filed |
| CME OIS | 87/953,899 | 36 | Filed |
| CME SOFR | 87/953,901 | 36 | Filed |
| CME ULTRA | 87/953,897 | 36 | Filed |
| CME VIRTUAL HUB | 87/953,895 | 42 | Filed |
| CME VIRTUAL HUB | 87/953,893 | 38 | Filed |

Copies of the current USPTO TSDR printouts for the CME Applications are attached as Exhibit E.

52.    In addition, CME Group owns foreign trademark registrations for the CME GROUP® trademark in more than fifteen jurisdictions, including but not limited to Russia, Argentina, Australia, Brazil, Canada, China, European Community, Hong Kong, India,

**CONFIDENTIAL – FILED UNDER SEAL**

Japan, Korea, Macau, Malaysia, Mexico, the Philippines, Singapore, and the United Kingdom. These registrations are valid, subsisting and in full force and effect. All of these marks have been registered since long prior to the acts of Defendants complained herein.

53.     The marks reflected in the CME Registrations, Registrations, and CME Applications together with CME Group's extensive common law rights are hereinafter referred to as the "CME Marks."

54.     CME Group uses the CME Marks in advertising, marketing and promotional materials on a nationwide and worldwide basis through various media, including but not limited to, the Internet, newspapers, direct mail and trade magazines. The success of CME Group's financial and risk management related services is due, in part, to the extensive promotion and advertising they have undertaken for the CME Marks. CME Group annually spends millions of dollars on advertising, marketing and promotional efforts for the CME Marks.

55.     CME Group's extensive use and advertising of the CME Marks has resulted in consumer recognition that the CME Marks identify CME Group as the source of premier financial exchange services, financial information and market data services, risk management services, and trading platform-related goods and services. The CME Marks are assets of incalculable value and identifiers of CME Group goods and services, and goodwill.

56.     The CME Marks are inherently distinctive and well-known for CME Group's goods and services, and valuable consumer goodwill exists in the CME Marks. Such goodwill was generated long before Defendants' adoption and use of the marks identical or confusingly similar to the CME Marks.

**CONFIDENTIAL – FILED UNDER SEAL**

57.     The CME Marks symbolize an exceptional level of quality, reliability and trustworthiness, which are crucial qualities in the financial trading and market data services fields.  More importantly, CME Group's customers place significant trust in CME Group to safeguard their personal information, account information, and money.

58.     Because the CME® and CME GROUP® trademarks have become distinctive and famous under Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c), they are entitled a broad scope of protection.

### DEFENDANTS' INFRINGING CONDUCT IN VIOLATION OF CME GROUP'S CME MARKS AND COPYRIGHTS

59.     On February 5, 2019, despite constructive and actual knowledge of CME Group's prior rights to the CME Marks, through Defendant GoDaddy, Defendant Nagovskiy registered or caused to be registered the domain name <CMErussian.com> ("CMErussian Domain Name"). A true and correct printout showing WHOIS registration details for the CMErussian Domain Name is attached as Exhibit F.

60.     Defendants Nagovskiy and Golub subsequently set up the website www.CMErussian.com ("CMErussian Counterfeit Website") which is almost identical to the authentic CME Group Website, but it is partially translated to Russian. A true and correct printout of correspondence from counsel for Defendant Webzilla identifying Defendant Golub as an operator of the CMErussian Counterfeit Website is attached as Exhibit G. Defendants GoDaddy and Webzilla assisted Defendants Nagovskiy and Golub in such conduct by providing domain name registration and website hosting services, server space and/or related services. A printout of the CMErussian Counterfeit Website is attached as Exhibit H. A screenshot of a single page of the CMErussian Counterfeit Website, translated from its original language of Russian to English, is shown below:

20

CONFIDENTIAL – FILED UNDER SEAL





**CONFIDENTIAL – FILED UNDER SEAL**

61.    Upon information and belief, Defendant Nagovskiy, through Defendant REG.RU, also registered or caused to be registered the domain name <CMErussia.com> ("CMErussia Domain Name") on March 14, 2019, despite constructive and actual knowledge of CME Group's prior rights to the CME Marks. A true and correct printout showing WHOIS registration details for the CMErussia Domain Name is attached as Exhibit I. Upon information and belief, Defendants Nagovskiy and Golub subsequently set up the website www.CMErussia.com ("CMErussia Counterfeit Website") which is almost identical to the authentic CME Group Website, but it is partially translated to Russian, and is identical to the CMErussian Counterfeit Website, shown in Paragraph 60 above, including identical or substantially similar source code. Defendants REG.RU and EuroByte assisted Defendants Nagovskiy and/or Golub in such conduct by providing domain name registration and website hosting services, server space and/or related services. A printout of the CMErussia Counterfeit Website is attached as Exhibit J. Although the domain name registrant information for the CMErussia Domain Name is privacy protected, CME Group has a reasonable belief that Defendant Nagovskiy and/or Defendant Golub, or those acting in concert with them or at their direction, including Defendants Chechurin and/or DOES 1-3, is the actual registrant of the CMErussia Domain Name.

62.    While the domain name registrant information for the CMErussia Domain Name is privacy protected, the newly registered CMErussia Domain Name is nearly identical to Defendant Nagovskiy's previously registered CMErussian Domain Name, and the CMErussia Counterfeit Website is identical to Defendants Nagovskiy's and Golub's CMErussian Counterfeit Website, including identical or substantially similar source code.

22

CONFIDENTIAL – FILED UNDER SEAL

63.    On October 25, 2018, despite constructive and actual knowledge of CME Group's prior rights to the CME Marks, through Defendant GoDaddy, Defendant Chechurin registered or caused to be registered the domain name <CMEgroupcenter.com> ("CMEgroupcenter Domain Name"). A true and correct printout showing WHOIS registration details for the CMEgroupcenter Domain Name is attached as Exhibit K. Defendant Chechurin subsequently set up the website www.CMEgroupcenter.com ("CMEgroupcenter Counterfeit Website") which is almost identical to the authentic CME Group website, but it is partially translated to Russian. Defendants GoDaddy and OVH assisted Defendant Chechurin in such conduct by providing domain name registration and website hosting services, server space and/or related services. A printout of the CMEgroupcenter Counterfeit Website is attached as Exhibit L. A screenshot of a single page of the CMEgroupcenter Counterfeit Website, translated from its original language of Russian to English, is shown below:



**CONFIDENTIAL – FILED UNDER SEAL**

64. On information and belief, Defendant Chechurin, through Defendant REG.RU, also registered or caused to be registered the domain name <CMEgroupcenters.com> ("CMEgroupcenters Domain Name") on March 14, 2019, despite constructive and actual knowledge of CME Group's prior rights to the CME Marks. A true and correct printout showing WHOIS registration details for the CMEgroupcenters Domain Name is attached as Exhibit M.

65. On information and belief, Defendant Chechurin subsequently set up the website www.CMEgroupcenters.com ("CMEgroupcenters Counterfeit Website") which is almost identical to the authentic CME Group Website but it is partially translated to Russian, and is identical to the CMEgroupcenter Counterfeit Website, shown in Paragraph 63 above. Defendants REG.RU and OVH assisted Defendant Chechurin in such conduct by providing domain name registration and website hosting services, server space and/or related services. A printout of the CMEgroupcenters Counterfeit Website is attached as Exhibit N.

66. While the domain name registrant information for the CMEgroupcenters Domain Name is privacy protected, the CMEgroupcenters Domain Name is nearly identical to Defendant Chechurin's CMEgroupcenter Domain Name, and the CMEgroupcenters Counterfeit Website is identical to Defendant Chechurin's CMEgroupcenter Counterfeit Website, including identical or substantially similar source code.

67. On information and belief, Defendants Nagovskiy and/or Does 1-3 registered or caused to be registered the domain name <CMErussians.com> ("CMErussians Domain Name") through Defendant GoDaddy on March 13, 2019, despite

**CONFIDENTIAL – FILED UNDER SEAL**

constructive and actual knowledge of CME Group's prior rights to the CME Marks. A true and correct printout showing WHOIS registration details for the CMErussians Domain Name is attached as Exhibit O. On information and belief, the CMErussians Domain Name is not currently associated with any active website. The domain name registrant information is privacy protected, but the use of the same registrar, the time of the registration and the registration of the nearly identical domain makes it reasonable to conclude that Defendant Nagovskiy and/or someone working in concert with him or at his direction registered this domain. Defendant GoDaddy assisted Defendants Nagovskiy and/or Does 1-3 in such conduct by providing domain name registration services, privacy protection services, and/or related services.

68.     At first glance, the CMErussian Counterfeit Website, CMErussia Counterfeit Website, CMEgroupcenter Counterfeit Website, and the CMEgroupcenters Counterfeit Website (collectively, the "Counterfeit Websites") appear to be affiliated with CME Group, since they are nearly identical to the CME Group Website, only partially presented in the Russian language.  Moreover, the Counterfeit Websites directly copy and use the English version of the Global Offices page from CME Group's genuine website.

69.     The Counterfeit Websites use the same website layout, contain the same website source code, and include the same login and registration pages. Also, the Counterfeit Websites are likely used in connection with a financial scheme to defraud potential and existing CME Group customers, resulting in financial losses to such individuals. The only difference between the Counterfeit Websites is that they copied images from the CME Group Website at different points in time.

70.     The CMErussia Domain Name and the CMEgroupcenters Domain Name

**CONFIDENTIAL – FILED UNDER SEAL**

were registered on the same day and through the same domain registrar, Defendant REG.RU. Therefore, it is reasonable to conclude that the Counterfeit Websites and Defendants Chechurin, Golub and Nagovskiy are working together as part of this scheme.

71.    At some time prior to or concurrent with the creation of the Counterfeit Websites, Defendants Nagovskiy, Golub and Chechurin obtained an unauthorized and illegal copy of the CME Copyrighted Materials. Defendants Nagovskiy, Golub and Chechurin then intentionally removed, or caused to be removed, the CME Contact Information from the aforesaid CME Copyrighted Materials, and replaced the contact information with a Russian location in an attempt to establish credibility for the Counterfeit Websites.

72.    Defendants Nagovskiy, Golub and Chechurin then intentionally posted, or caused to be posted, the CME Copyrighted Materials, bearing the intentionally removed and altered CME Contact Information to the Russian contact information, on the Counterfeit Websites.

73.    Even cursory reviews of the Counterfeit Websites show that they are an attempt to recreate the legitimate CME Group Website in the Russian language, thereby luring visitors into believing they are dealing with CME Group, when they are not. Specifically, the Counterfeit Websites prominently use the CME GROUP logo in the upper

left-hand corner and use the registered CME, CME GROUP,  and Globe Design (among other marks), all without authorization. Moreover, Defendants Nagovskiy, Golub and Chechurin blatantly copied Copyrighted Materials from the CME Group Website and display this content at the Counterfeit Websites. The entire focus of the Counterfeit Websites is on financial services, the exact services described in the

26

CONFIDENTIAL – FILED UNDER SEAL

relevant CME Registrations.

74.     To give the appearance of legitimacy, the Counterfeit Websites also copied – nearly verbatim – portions of articles and sub-menus from the CME Group Website. The Counterfeit Websites also contain the following copyright notices: "© 2018 CME Group Inc. All rights reserved," and "© 2019 CME Group Inc. All rights reserved," which are nearly identical to the Copyright Notice at the genuine CME Group Website. These acts only serve to affirm in the minds of unsuspecting customers that they are at the CME Group Website, when they are not.

75.     In an attempt to further attract visitors to the sites, the Counterfeit Websites include copied source code and the following meta-tag description and keywords from the CME Group Website: "*CME Group is the world's leading and most diverse derivatives marketplace offering the widest range of futures and options products for risk management*" and "*cme group, cme, cbot, nymex, manage risk, risk management, futures exchange, futures trading, trade futures, commodity/commodities exchange, derivatives trading, derivatives exchange, futures markets, futures and options trading, options exchange, commodity options, commodity future trading, commodity markets, chicago mercantile exchange, chicago board of trade, new york mercantile exchange.*"

76.     Below is a side-by-side comparison of portions of the genuine CME Group Website (left) and the Counterfeit Websites (right), translated from their original language of Russian to English. Attached as Exhibit P is a chart showing substantial similarities between the CME Group Website, CMEgroupcenter Counterfeit Website, and CMEgroupcenters Counterfeit Website. Attached as Exhibit Q is a chart showing substantial similarities between the CME Group Website, CMErussian Counterfeit

27

CONFIDENTIAL – FILED UNDER SEAL

Website, and CMErussia Counterfeit Website.

| **CME Group Website** | **CMEgroupcenter Counterfeit Website & CMEgroupcenters Counterfeit Website** |
|---|---|
|  |  |

28

CONFIDENTIAL – FILED UNDER SEAL





CONFIDENTIAL – FILED UNDER SEAL



77. More importantly, the top right of the homepage of the Counterfeit Websites provides the Login Links. Upon clicking the "Войти" link — the Russian word for "login" — the user arrives at a page requiring the user's email address and password. Upon

CONFIDENTIAL – FILED UNDER SEAL

clicking the "Регистрация" link—the Russian word for "register" — the user arrives at a page that requests personal information such as the user's full name, email, phone number, Skype name, password, password confirmation, payment system (i.e., PerfectMoney, AdvancedCash, Payeer, and cryptocurrencies), requisites, and identity code of the inviter.

78.     Defendants had actual knowledge of CME Group's prior rights because Defendants registered the CMErussian Domain Name, CMErussians Domain Name, CMErussia Domain Name, CMEgroupcenter Domain Name, and CMEgroupcenters Domain Name (collectively, the "Infringing Domain Names"), and set up the Counterfeit Websites by reproducing and displaying Copyrighted Materials from the CME Group Website.

79.     Defendants had constructive notice of CME Group's ownership of the federally registered rights to the CME Marks under 15 U.S.C. § 1072, at least as early as March 1976.

80.     CME Group never authorized, licensed or otherwise permitted Defendants to use or reproduce the CME Marks, any confusingly similar variation thereof, or to copy, reproduce, or create any derivative works incorporating the Copyrighted Materials.

81.     The Counterfeit Websites are used in connection with an illicit financial scheme whereby individuals are encouraged to invest money in the operation and they are lured by the promises of big returns, but their money is never returned. Individuals likely connected with Defendants are promoting the Counterfeit Websites via social media.

82.     Simply put, there is no legitimate reason or need for Defendants to use the

31

**CONFIDENTIAL – FILED UNDER SEAL**

CME Marks and Copyrighted Materials in this fashion. The only purpose in using such materials is to lure customers into believing they are visiting the legitimate and authentic CME Group Website, when they are not, thereby capturing customer information, including customers in the State of Illinois.

### DEFENDANTS' INTENTIONAL ACTIONS HAVE CAUSED EXTENSIVE HARM AND DAMAGE TO CME GROUP

83.    Defendants' willful actions are intentional and intended to trade on the reputation and goodwill of CME Group and the CME Marks. Defendants had actual knowledge and constructive notice of CME Group's ownership of the CME Marks and CME Group's ownership of Copyrighted Materials from the CME Group Website. Despite this, Defendants proceeded to willfully infringe upon CME Group's rights.

84.    By selecting and using marks that are identical or confusingly similar to the CME Marks in the Infringing Domain Names and on the Counterfeit Websites, Defendants have caused substantial harm to CME Group in the State of Illinois knowing that such harm would be felt here.

85.    Defendants' use of the CME Marks is likely to mislead, deceive, and confuse the purchasing public and the trade. It is likely that consumers will mistakenly believe that Defendants are connected, associated or in some way affiliated with CME Group, when in fact no such connection, association or affiliation exists.

86.    Defendants had no legitimate reason or good faith basis to register and use the CME Marks in connection with the Infringing Domain Names. Defendants' bad faith use and registration of the Infringing Domain Names are intentional acts to trade off the goodwill and reputation of CME Group. Defendants' intent in registering the Infringing Domain Names and setting up the Counterfeit Websites was to profit from the goodwill

32

**CONFIDENTIAL – FILED UNDER SEAL**

and value associated with the CME Marks by causing harm to CME Group.

87.     Defendants' intent in operating the Counterfeit Websites is to steal the identities from individuals, destroying the trust CME Group has built over the last century.

88.     Defendant GoDaddy provides domain name registration services to Defendants Nagovskiy, Chechurin and/or Does 1-3 in connection with the wrongful activities described above, or otherwise has control over the CMEgroupcenter Domain Name, CMErussian Domain Name, and CMErussians Domain Name.

89.     Defendant REG.RU provides domain name registration services to Defendants Nagovskiy, Chechurin, and/or Does 1-3 in connection with the wrongful activities described above, or otherwise has control over the CMEgroupcenters Domain Name and CMErussia Domain Name.

90.     Defendant OVH provides Internet hosting services to Defendant Chechurin and/or Does 1-3 in connection with the wrongful activities described above, or otherwise has control over the CMEgroupcenter Counterfeit Website and CMEgroupcenters Counterfeit Website.

91.     Defendant Webzilla provides Internet hosting services to Defendants Nagovskiy, Golub, and/or Does 1-3 in connection with the wrongful activities described above, or otherwise has control over the CMErussian Counterfeit Website.

92.     Defendant EuroByte provides Internet hosting services to Defendants Nagovskiy and/or Does 1-3 in connection with the wrongful activities described above, or otherwise has control over the CMErussia Counterfeit Website.

93.     Defendants' conduct causes damage and irreparable injury to CME Group, and to its goodwill and business reputation. As a direct and proximate result of

**CONFIDENTIAL – FILED UNDER SEAL**

Defendants' infringement and dilution of the CME Marks and infringement of CME Group's Copyrighted Materials, CME Group has suffered, and will continue to suffer, irreparable harm, damages and economic injury. Defendants' acts are aggravated by the fact that Defendants are likely involved in an illegitimate financial scheme. The Counterfeit Websites are designed to defraud current or potential customers and attempt to steal their identities.

94.     CME Group has no adequate remedy at law, and unless Defendants are restrained and enjoined by the Court, these acts will continue to cause damage and irreparable injury to CME Group, and damage their goodwill and business reputation. CME Group cannot ascertain the precise amount of its damages at this time. CME Group has no ability to control the nature and quality of content provided under the CME Marks. Effectively, CME Group's stellar reputation and goodwill is placed in the hands of questionable third parties.

## COUNT I

### FEDERAL TRADEMARK COUNTERFEITING
### (REGISTERED MARKS)
### 15 U.S.C. § 1114

95.     As the first ground for relief, CME Group alleges violation of 15 U.S.C. § 1114. CME Group repeats and realleges the allegations of paragraphs 1 through 94, as though fully set forth herein.

96.     CME Group owns exclusive rights in U.S. registrations for the CME, CME

GROUP,  ⊕CME Group      , CBOT, NYMEX, COMEX, GLOBEX, CME GLOBEX, CLEARPORT, CME CLEARPORT, E-MINI, CME PIVOT, PIVOT, CME DIRECT, and CME DATAMINE trademarks.

34

CONFIDENTIAL – FILED UNDER SEAL

97.    Defendants have knowledge of CME Group's rights in the CME, CME

GROUP, ⊙CME Group    ,    , CBOT, NYMEX, COMEX, GLOBEX, CME

GLOBEX, CLEARPORT, CME CLEARPORT, E-MINI, CME PIVOT, PIVOT, CME

DIRECT, and CME DATAMINE trademarks.

98.    Without CME Group's authorization or consent, Defendants registered the

Infringing Domain Names and set up the Counterfeit Websites, which incorporate or use

trademarks identical or substantially indistinguishable from the registered CME, CME

GROUP, ⊙CME Group    ,    , CBOT, NYMEX, COMEX, GLOBEX, CME

GLOBEX, CLEARPORT, CME CLEARPORT, E-MINI, CME PIVOT, PIVOT, CME

DIRECT, and CME DATAMINE trademarks.

99.    Defendants offer and advertise financial-related services at the Counterfeit

Websites identical to CME Group goods and services ("Counterfeit Services"). As a result,

Defendants have engaged in trademark counterfeiting in violation of 15 U.S.C. § 1114.

100.    Defendants' use of the marks identical or substantially indistinguishable

from the registered CME, CME GROUP, ⊙CME Group    ,    , CBOT, NYMEX,

COMEX, GLOBEX, CME GLOBEX, CLEARPORT, CME CLEARPORT, E-MINI, CME

PIVOT, PIVOT, CME DIRECT, and CME DATAMINE trademarks in connection with

identical services is likely to cause and is causing confusion, mistake and deception

among consumers as to the origin of the Counterfeit Services, and is likely to deceive the

public into believing the Counterfeit Services being offered and advertised by Defendants

originate from, are associated with, or are otherwise authorized by CME Group, all to the

**CONFIDENTIAL – FILED UNDER SEAL**

damage and detriment of CME Group's reputation and goodwill.

101. Defendants' acts have occurred in interstate commerce and have caused, and unless restrained by this Court will continue to cause, serious and irreparable injury to CME Group, for which CME Group has no adequate remedy at law.

## COUNT II

### FEDERAL TRADEMARK INFRINGEMENT
### (REGISTERED MARKS)
### 15 U.S.C. § 1114(1)

102. As the second ground for relief, CME Group alleges violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1). CME Group repeats and realleges the allegations of paragraphs 1 through 101, as though fully set forth herein.

103. As stated above, CME Group owns exclusive rights in the U.S. registrations for the CME Registrations and Registrations of which Defendants either had actual or constructive notice.

104. Defendants' unauthorized and infringing use of the CME Registrations and Registrations, as alleged herein, is likely to cause confusion, mistake or deception as to the source, sponsorship or approval of Defendants' services by CME Group. The consuming public and the trade are likely to believe that Defendants' services originate with CME Group, are licensed, sponsored or approved by CME Group, or in some way connected with or related to CME Group, in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

105. Defendants' unauthorized and infringing use of the CME Registrations and Registrations, as alleged herein, constitute intentional and willful infringement of CME Group's rights in and to their federally registered trademarks, as pled herein, in violation

**CONFIDENTIAL – FILED UNDER SEAL**

Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

106.    These infringing acts have occurred in interstate commerce and have caused, and unless restrained by this Court will continue to cause, serious and irreparable injury to CME Group, for which CME Group has no adequate remedy at law.

## COUNT III

### FEDERAL TRADEMARK DILUTION
### 15 U.S.C. § 1125(c)

107.    As the third ground for relief, CME Group alleges violation of the Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c). CME Group repeats and realleges the allegations of paragraphs 1 through 106, as though fully set forth herein.

108.    As a result of the duration, extent, and geographic reach of CME Group's use of the CME and CME GROUP trademarks, and advertising and publicity associated with the CME and CME GROUP trademarks, the CME and CME GROUP trademarks have achieved an extensive degree of distinctiveness and are famous marks under the Lanham Act, 15 U.S.C. § 1125(c). The CME and CME GROUP trademarks are widely recognized by the consuming public as a designation of source of CME Group's goods and services.

109.    Defendants began using the marks identical or confusingly similar to the CME and CME GROUP trademarks, in interstate commerce, in connection with the Infringing Domain Names and Counterfeit Websites, long after the CME and CME GROUP trademarks became famous and distinctive.

110.    Defendants' use of the CME and CME GROUP trademarks dilutes, or is likely to dilute, by blurring the distinctive quality of CME Group's famous CME and CME GROUP trademarks and tarnishing the reputation of the CME and CME GROUP

**CONFIDENTIAL – FILED UNDER SEAL**

trademarks under Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

111. These acts have caused, and unless restrained by this Court will continue to cause, serious and irreparable injury to CME Group, for which CME Group has no adequate remedy at law.

## COUNT IV

### FEDERAL UNFAIR COMPETITION
### 15 U.S.C. § 1125(a)

112. As the fourth ground for relief, CME Group alleges violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). CME Group repeats and realleges the allegations of paragraphs 1 through 111, as though fully set forth herein.

113. Defendants' unauthorized use of the CME Marks, as alleged herein, constitutes use of a false designation of origin and false or misleading representation in interstate commerce, which wrongly and falsely designates, describes and represents the origin of Defendants' goods and services as originating from or being connected with CME Group, and is likely to cause confusion, or to cause mistake, or to deceive as to Defendants' affiliation, connection or association with CME Group, or as to the origin, sponsorship or approval of Defendants' goods and services by CME Group in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a).

114. These acts have occurred in interstate commerce and have caused, and unless restrained by this Court will continue to cause, serious and irreparable injury to CME Group, for which CME Group has no adequate remedy at law.

CONFIDENTIAL – FILED UNDER SEAL

## COUNT V

### FEDERAL ANTICYBERSQUATTING CONSUMER PROTECTION ACT
### 15 U.S.C. § 1125(d)

115.    As the fifth ground for relief, CME Group alleges violation of Section 43(d) of the Lanham Act, 15 U.S.C. §1125(d). CME Group repeats and realleges the allegations of paragraphs 1 through 114, as though fully set forth herein.

116.    Defendants Nagovskiy, Chechurin, and Does 1-3 registered, own and use the Infringing Domain Names <CMEgroupcenter.com>, <CMEgroupcenters.com>, <CMErussian.com>, <CMErussians.com>, and <CMErussia.com>. Prior to registration of the Infringing Domain Names, the CME and CME GROUP trademarks had become famous and distinctive. The Infringing Domain Names are confusingly similar to and dilutive of the famous and registered CME and CME GROUP trademarks.

117.    Defendants Nagovskiy, Chechurin, and Does 1-3 continue to own and use the Infringing Domain Names in a manner that is confusingly similar to and dilutive of the CME and CME GROUP trademarks.

118.    Defendants Nagovskiy, Chechurin, and Does 1-3 registered and use the Infringing Domain Names with a bad faith intent to profit from the CME and CME GROUP trademarks, in violation of Section 43(d) of the Lanham Act, 15 U.S.C. §1125(d).

119.    These acts have caused, and unless restrained by this Court will continue to cause, serious and irreparable injury to CME Group, for which CME Group has no adequate remedy at law.

## COUNT VI

**CONFIDENTIAL – FILED UNDER SEAL**

### COPYRIGHT INFRINGEMENT
### 17 U.S.C. § 101 *ET SEQ.*

120.   As the sixth ground for relief, CME Group alleges violation of the copyright laws of the United States 17 U.S.C. § 101 *et seq.* CME Group repeats and realleges the allegations of paragraphs 1 through 119, as though fully set forth herein.

121.   The Copyrighted Materials contained at the website www.cmegroup.com are original works of authorship constituting copyrightable subject matter under the laws of the United States.

122.   CME Group owns an exclusive and valid copyright in and to the Copyrighted Materials, including the exclusive rights to reproduce, display and create derivative works based thereon.  Specifically, CME Group owns U.S. Copyright Registrations for some of the Copyrighted Materials.

123.   CME Group has complied in all material respects with the Copyright Act of 1976, as amended, and all other laws governing copyright, including the registration of such works.

124.   Without permission or CME Group's authorization, or right under law, Defendants had access to and unlawfully reproduced and displayed Copyrighted Materials at the Counterfeit Websites in violation of the Copyright Act, 17 U.S.C. § 106.

125.   The foregoing acts of infringement by Defendants have been willful, intentional and purposeful, in disregard of and indifferent to CME Group's rights.

126.   Defendants' acts have caused, and unless restrained by this Court will continue to cause, serious and irreparable injury to CME Group, for which CME Group has no adequate remedy at law.

### COUNT VII

40

CONFIDENTIAL – FILED UNDER SEAL

### VIOLATION OF THE DIGITAL MILLENNIUM COPYRIGHT ACT
### COPYRIGHT MANAGEMENT INFORMATION PROVISIONS
### 17 U.S.C. § 1202 ET SEQ.

127. As the seventh ground for relief, CME Group alleges violation of the Digital Millennium Copyright Act Copyright Management Information Provisions, 17 U.S.C. § 1202 *et seq.* CME Group repeats and realleges the allegations of paragraphs 1 through 126, as though fully set forth herein.

128. The CME Copyright Notice and CME Contact Information constitutes CME Group's copyright management information, as defined in 17 U.S.C. § 1202(c).

129. Defendants Nagovskiy, Golub, Chechurin, and Does 1-3 intentionally removed and/or altered CME Group's copyright management information on the CME Copyrighted Materials, without authority from CME Group, or the law.

130. Defendants Nagovskiy, Golub, Chechurin, and Does 1-3 distributed, or imported for distribution, the CME Copyrighted Materials or copies of the CME Copyrighted Materials, knowing that the copyright management information had been altered and/or removed therefrom, without the authority of the CME Group, or the law.

131. Defendants Nagovskiy, Golub, Chechurin, and Does 1-3 knew, or, with respect to civil remedies under, had reasonable grounds to know, that their aforesaid actions would induce, enable, facilitate, or conceal an infringement of CME Group's exclusive rights in the CME Copyrighted Materials.

132. Defendants Nagovskiy, Golub, Chechurin, and Does 1-3 nevertheless took the aforesaid actions knowingly, and with the intent to induce, enable, facilitate, or conceal infringement of the CME Copyrighted Materials.

133. The aforesaid actions of Defendants Nagovskiy, Golub, Chechurin, and

41

**CONFIDENTIAL – FILED UNDER SEAL**

Does 1-3 resulted in actual infringement of the CME Copyrighted Materials.

134.    Defendants' acts have caused, and unless restrained by this Court will continue to cause, serious and irreparable injury to CME Group, for which CME Group has no adequate remedy at law.

## COUNT VIII

### ILLINOIS ANTI-PHISHING ACT
### 740 Ill. Comp. Stat. 7/1 *et seq.*

135.    As the eighth ground for relief, CME Group alleges violation of the Illinois Anti-Phishing Act, 740 Ill. Comp. Stat. 7/1, *et seq.*  CME Group repeats and realleges the allegations of paragraphs 1 through 134, as though fully set forth herein.

136.    Defendants Nagovskiy, Golub, Chechurin, and Does 1-3 represent themselves to be CME Group without the authority of CME GROUP and are soliciting, requesting or inducing, by means of the Counterfeit Websites or otherwise through use of the Internet, others to provide identifying information, including account passwords, in a violation of 740 Ill. Comp. Stat. 7/10.

137.    By virtue of CME Group's ownership of the Copyrighted Materials, including at www.cmegroup.com, and the CME Marks, CME Group is adversely affected by Defendants Nagovskiy and Chechurin's willful violation of this Act, pursuant to 740 Ill. Comp. Stat. 7/15.

138.    Defendants Nagovskiy's, Golub's, Chechurin's, and Does 1-3's actions have caused, and will continue to cause unless restrained by this Court, serious and irreparable injury to CME Group, for which CME Group has no adequate remedy at law.

## Count IX

42

CONFIDENTIAL – FILED UNDER SEAL

## ILLINOIS DECEPTIVE TRADE PRACTICES
### 815 Ill. Comp. Stat. 510/1 *et seq.*

139.    As the ninth ground for relief, CME Group alleges violation of the Illinois

Uniform Deceptive Trade Practices Act, 815 Ill. Comp. Stat. 510/1, *et seq.* CME Group

repeats and realleges the allegations of paragraphs 1 through 138, as though fully set

forth herein.

140.    Defendants' unauthorized use of the CME Marks, as alleged herein, has

caused, and is likely to cause in the future, a likelihood of confusion or misunderstanding

as to the sponsorship, approval, affiliation or connection of Defendants' and CME Group's

businesses, inasmuch as it gives rise to the incorrect belief that Defendants' businesses

have some connection with CME Group. These acts constitute deceptive trade practices

in the course of Defendants' businesses in violation of the Illinois Uniform Deceptive

Trade Practices Act, 815 Ill. Comp. Stat. 510/1, *et seq.*

141.    These acts have caused, and unless restrained by this Court will continue

to cause, serious and irreparable injury to CME Group, for which CME Group has no

adequate remedy at law.

## COUNT X

### ILLINOIS CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES
### 815 Ill. Comp. Stat. 505/1 *et seq.*

142.    As the tenth ground for relief, CME Group alleges violation of the Illinois

Consumer Fraud and Deceptive Businesses Practices Act, 815 Ill. Comp. Stat. 505/1 *et*

*seq.* CME Group repeats and realleges the allegations of paragraphs 1 through 141, as

though fully set forth herein.

143.    Defendants   Nagovskiy's,   Golub's,   Chechurin's,   and   Does   1-3's

43

CONFIDENTIAL – FILED UNDER SEAL

unauthorized use of the CME Marks, as alleged herein, has caused, and is likely to cause in the future, a public injury and a detrimental effect on consumers as to the origin of Defendants' goods and services. These acts constitute unfair methods of competition and unfair or deceptive acts or practices in violation of the Illinois Consumer Fraud and Deceptive Businesses Practices Act, 815 Ill. Comp. Stat. 505/1 *et seq.*

144. These acts have caused, and will continue to cause unless restrained by this Court, serious and irreparable injury to CME Group, for which CME Group has no adequate remedy at law.

## COUNT XI

### ILLINOIS COMMON LAW UNFAIR COMPETITION

145. As the eleventh ground for relief, CME Group hereby alleges unfair competition under Illinois common law. CME Group repeats and realleges the allegations of paragraphs 1 through 144, as though fully set forth herein.

146. As a result of their actions complained of herein, Defendants have misappropriated valuable property rights of CME Group, have passed off their services as those of CME Group's, are trading off the goodwill symbolized by the CME Marks, and are likely to cause confusion or mistake, or to deceive members of the consuming public and the trade. These acts constitute unfair competition in violation of the common law of the State of Illinois.

147. These acts have caused, and unless restrained by this Court will continue to cause, serious and irreparable injury to CME Group, for which CME Group has no adequate remedy at law.

## COUNT XII

44

**CONFIDENTIAL – FILED UNDER SEAL**

### ILLINOIS TRADEMARK DILUTION

148.    As the twelfth ground for relief, CME Group hereby alleges dilution under the Illinois Anti-Dilution Act, 765 ILCS 1036/65.  CME Group repeats and realleges the allegations of paragraphs 1 through 147, as though fully set forth herein.

149.    As a result of the duration, extent, and geographic reach of CME Group's use of the CME and CME GROUP trademarks, and advertising and publicity associated with the CME and CME GROUP trademarks, the CME and CME GROUP trademarks have achieved an extensive degree of distinctiveness and are famous marks in Illinois. The CME and CME GROUP trademarks are widely recognized by the consuming public as designations of source of CME Group's goods and services.

150.    Defendants began using the marks identical or confusingly similar to the CME and CME GROUP trademarks in connection with the Infringing Domain Names and the Counterfeit Websites, long after the CME and CME GROUP trademarks became famous and distinctive in Illinois.

151.    Defendants' use of the CME and CME GROUP marks dilutes, or is likely to dilute, by blurring the distinctive quality of CME Group's famous CME and CME GROUP trademarks under Illinois Anti-Dilution Act, 765 ILCS 1036/65.

152.    These acts have caused, and unless restrained by this Court will continue to cause, serious and irreparable injury to CME Group, for which CME Group has no adequate remedy at law.

### PRAYER FOR RELIEF

WHEREFORE, CME Group prays that this Court enter a judgment and order:

**AGAINST DEFENDANTS:    Dmitro Nagovskiy, Evgeniy Golub, Konstantin**

**CONFIDENTIAL – FILED UNDER SEAL**

**Chechurin, and Does 1-3:**

1. That Defendants willfully violated Sections 32(1), 43(a), 43(c) and 43(d) of the Lanham Act;

2. That Defendants willfully violated the copyright laws of the United States, 17 U.S.C. § 101 *et seq.*;

3. That Defendants committed acts of unfair competition, phishing, deceptive business and trade practices, consumer fraud and deceptive business practices, and dilution under Illinois common and statutory law;

4. That Defendants and their officers, directors, agents, servants, employees, affiliates, successors, shareholders, assigns and attorneys, as well as all those in active concert or participation with them, be preliminarily and permanently enjoined and restrained from:

> A. Using the CME Marks, including but not limited to the marks CME,
>
> CME, CME GROUP,  , CBOT, NYMEX, COMEX, GLOBEX, CME GLOBEX, CLEARPORT, CME CLEARPORT, E-MINI, CME PIVOT, PIVOT, CME DIRECT, CME STP, CME DATAMINE, CHICAGO MERCANTILE EXCHANGE, CHICAGO BOARD OF TRADE, NEW YORK MERCANTILE EXCHANGE or any reproduction, counterfeit, copy, or colorable imitation thereof in any manner in connection with the sale, offering for sale, distribution, or advertising of any goods or services that are not genuine CME Group goods or services or not authorized by CME Group;

46

**CONFIDENTIAL – FILED UNDER SEAL**

B.  Using any name, mark, or domain name that wholly incorporates the CME Marks or is confusingly similar to, including but not limited to any reproduction, counterfeit, copy or a colorable imitation of, the CME Marks;

C.  Registering, transferring, selling, owning or exercising control over any domain name that incorporates, in whole or in part, the CME Marks or anything confusingly similar thereto;

D.  Doing any other act or thing calculated or likely to induce or cause confusion or the mistaken belief that Defendants are in any way affiliated, connected, or associated with CME Group or its goods and services;

E.  Licensing or authorizing others to use the CME Marks or any confusingly similar mark;

F.  Injuring CME Group's business reputation and the goodwill associated with the CME Marks, and from otherwise unfairly competing with CME Group in any manner whatsoever;

G.  Passing off Defendants' goods or services as those of CME Group;

H.  Committing any acts which will blur or dilute, or are likely to blur or dilute the distinctive quality of the famous CME Marks;

I.  Reproducing and displaying the Copyrighted Materials;

J.  Violating any of the exclusive rights owned by CME Group in the Copyrighted Materials or any other materials in which CME Group owns copyright; and

**CONFIDENTIAL – FILED UNDER SEAL**

K.     Otherwise infringing upon the copyrights owned by CME Group.

5.     That, pursuant to 15 U.S.C. §1118, Defendants be required to deliver up and destroy all products, labels, signs, packages, wrappers, advertisements, promotions and all other matter in the custody or under the control of Defendants that bear the CME Marks or any other mark that is likely to be confused with the CME Marks;

6.     That Defendants Nagovskiy, Chechurin, Does 1-3, GoDaddy, and REG.RU be ordered to transfer ownership of the Infringing Domain Names and any other domain names under the control of Defendants that incorporate, in whole or in part, the CME Marks or anything confusingly similar thereto, to CME Group;

7.     That, because of Defendants Nagovskiy's, Golub's, Chechurin's, and Does 1-3's willful actions and pursuant to 15 U.S.C. § 1117, 17 U.S.C. § 1203 and 815 Ill. Comp. Stat. § 505/10a *et seq.*, CME Group be awarded monetary relief in an amount to be fixed by the Court in its discretion as just, including:

> A.     All profits received by Defendants from sales and revenues of any kind made as a result of their actions, and all damages sustained by CME Group as a result of Defendants' actions, and that such profits and damages be trebled;

> B.     Or, if CME Group so elects, an award for statutory damages pursuant to 15 U.S.C. § 1117(c)(2) consisting of $2,000,000 per counterfeit mark, per type of services sold, offered for sale or distributed;

> C.     An award of statutory damages pursuant to 15 U.S.C. § 1117(d) consisting of $100,000 per domain name; and

> D.     An award of statutory damages pursuant to 17 U.S.C. §

**CONFIDENTIAL – FILED UNDER SEAL**

1203(c)(3)(B) consisting of \$25,000 for each violation; and

    E.    The costs of the action.

8.    That, because of Defendants Nagovskiy's, Golub's, Chechurin's, and Does1-3's willful actions and pursuant to 17 U.S.C. § 504, CME Group be awarded monetary relief in an amount to be fixed by the Court in its discretion as just, including:

    A.  CME Group's actual damages and any additional profits of the infringer;

    B.  Or, if CME Group so elects, an award for statutory damages pursuant to 17 U.S.C. § 504 consisting of \$150,000 per copyrighted work; and

    C.  The costs of the action.

9.    That because Defendants Nagovskiy's, Golub's, Chechurin's, and Does 1-3's willful actions in violation of 740 Ill. Comp. Stat. 7/1 *et seq.*, the Anti-Phishing Act, CME Group be awarded monetary relief in an amount to be fixed by the Court in its discretion as just, including:

    A.  Actual damages or statutory damages of \$500,000, whichever is greater, pursuant to 740 Ill. Comp. Stat. 7/15; and

    B.  Up to three (3) times the aforementioned actual or statutory damages because Defendants Nagovskiy, Chechurin, and Does 1-3 have engaged in a pattern and practice violating 740 Ill. Comp. Stat. 7/10.

10.    That pursuant to 15 U.S.C. § 1116, Defendants Nagovskiy, Golub, Chechurin, and Does 1-3 be directed to file with the Court and serve on CME Group within thirty (30) days after issuance of an injunction, a report in writing and under oath setting forth in detail the manner and form in which Defendants have complied with the injunction;

11.    That the Court order those in privity with, working with, or providing services

**CONFIDENTIAL – FILED UNDER SEAL**

of any kind to Defendants Nagovskiy, Golub, Chechurin, and Does 1-3 and those with notice or receipt of the injunction, including any Internet search engines, domain name registrars, domain name registries, Internet Service Providers, and web hosts, shall (a) be and are restrained and enjoined from facilitating access to any and all websites and accounts through which Defendants engage in the counterfeiting use of the CME Marks, including but not limited to the Infringing Domain Names and Counterfeit Websites, (b) be ordered to provide any and all identification, contact and registration information associated with the Infringing Domain Names; and (c) be ordered to produce any and all documents and electronically stored information regarding access, download, and visitors to the Counterfeit Websites;

12. That because of trademark counterfeiting and the exceptional nature of this case resulting from Defendants' deliberate and willful infringing actions, this Court award to CME Group all reasonable attorneys' fees, costs and disbursements incurred by it as a result of this action, pursuant to 15 U.S.C. §§ 1117(a) and (b); 17 U.S.C. §§ 505 and 1203(b)(5), 740 Ill. Comp. Stat. § 7/15, 815 Ill. Comp. Stat. § 510/3, and 815 Ill. Comp. Stat. § 505/10a;

13. That Defendants Nagovskiy, Golub, Chechurin, and Does 1-3 preserve copies of all documents, files, electronically stored information and things relating to the Infringing Domain Names and Counterfeit Websites and take steps to retrieve files that may have been deleted before entry of this injunction; and

14. That CME Group shall have such other and further relief as this Court may deem just.

**CONFIDENTIAL – FILED UNDER SEAL**

**AGAINST DEFENDANTS: OVH SAS, Webzilla B.V., Registrar of Domain Names REG.RU LLC, EuroByte LLC, and GoDaddy.com, LLC:**

15.    That upon receipt of CME Group's request, to be submitted concurrently with or shortly after the filing of this pleading, the Court shall issue a subpoena pursuant to 17 U.S.C. § 512(h), compelling each Defendant to expeditiously disclose to CME Group or any person authorized by CME Group, information sufficient to identify Defendants Nagovskiy, Golub, Chechurin, and Does 1-3, to the extent such information is available to each such Defendant;

16.    That the Court order that the domain name registrar Defendants GoDaddy and REG.RU, within five (5) business days of the receipt of the Court's order, shall unlock and change the registrar of record for the Infringing Domain Names to a registrar of CME Group's selection until further order by this Court, and that the domain name registrars shall take any steps necessary to transfer the Infringing Domain Names to a registrar of CME Group's selection until further order by this Court;

17.    That Defendants and their officers, directors, agents, servants, employees, affiliates, successors, shareholders, assigns and attorneys, as well as all those in active concert or participation with them, be preliminarily and permanently enjoined and restrained from:

> A. Altering, interlining, removing, destroying, permitting the destruction of, or in any other fashion changing any records, including electronic records, in the actual or constructive care, custody or control of Defendants that are relevant to the subject matter of this lawsuit or likely to lead to the discovery of relevant records or evidence, wherever said

51

CONFIDENTIAL – FILED UNDER SEAL

records are physically located;

B. Providing Defendants Nagovskiy, Chechurin, and Does 1-3 access to any material or activity residing at the Counterfeit Websites; and

C. Providing Defendants Nagovskiy, Golub, Chechurin, and Does 1-3 access to any account associated with the Counterfeit Websites, by terminating such account(s) of Defendants Nagovskiy, Golub, and/or Chechurin;

18.      That Defendants OVH, Webzilla, GoDaddy, REG.RU, and EuroByte preserve copies of all documents, files, electronically stored information and things relating to the Infringing Domain Names and Counterfeit Websites, and shall take steps to retrieve files that may have been deleted before entry of this injunction; and

19.      Such other injunctive relief as the Court may consider necessary to prevent or restrain infringement of the CME Marks or CME Copyrighted Materials by Defendants.

Respectfully submitted,

CME GROUP INC.
CHICAGO MERCANTILE EXCHANGE INC.
NEW YORK MERCANTILE EXCHANGE, INC.
COMMODITY EXCHANGE, INC.
BOARD OF TRADE OF THE CITY OF
CHICAGO, INC.
PIVOT, INC.

Dated: __March 21, 2019__          By: _____
Joseph V. Norvell (Reg. No. 6225747)
Joseph T. Kucala, Jr. (Reg. No. 6275312)
Matthew D. Witsman (Reg. No. 6327790)
Christian S. Morgan (Reg. No. 6327350)
Angela J. Simmons (Reg. No. 6289024)

**CONFIDENTIAL – FILED UNDER SEAL**

NORVELL IP LLC
333 S. Wabash Ave., Suite 2700
Chicago, Illinois 60604
Telephone:   (888) 315-0732
Facsimile:    (312) 268-5063
courts@norvellip.com

*Attorneys for Plaintiffs*
*CME Group Inc.*
*Chicago Mercantile Exchange Inc.*
*New York Mercantile Exchange, Inc.*
*Commodity Exchange, Inc.*
*Board of Trade of the City of Chicago, Inc.*
*Pivot, Inc.*

**CONFIDENTIAL – FILED UNDER SEAL**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing

FIRST AMENDED COMPLAINT and Exhibits A-Q have been served upon Defendants

GoDaddy.com, LLC and Webzilla B.V., via electronic mail and certified first-class mail to:

> *Counsel for Defendant GoDaddy:*
> Paula L. Zecchini
> Cozen O'Connor
> 999 Third Avenue, Suite 1900
> Seattle, WA 98104
> pzecchini@cozen.com
>
> *Counsel for Defendant Webzilla:*
> Val Gurvits
> Boston Law Group, PC
> 825 Beacon Street, Suite 20
> Newton Centre, MA 02459
> vgurvits@bostonlawgroup.com
>
> Charles Mudd
> 3114 W. Irving Park Rd. #1w
> Chicago, IL 60618
> clm@muddlaw.com

Dated: March 21, 2019                          /s/ Christian S. Morgan

CONFIDENTIAL – FILED UNDER SEAL

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, Webzilla B.V., EuroByte LLC, GoDaddy.com, LLC, Registrar of Domain Names REG.RU LLC, and Does 1-3, <br><br> Defendants. | Civil Action No. 1:19-cv-01621 <br> *SEALED* <br><br> Judge Sharon Johnson Coleman <br><br> Magistrate Judge Sheila M. Finnegan |

## LIST OF EXHIBITS SUPPORTING PLAINTIFFS' COMPLAINT AGAINST DEFENDANTS

| EXHIBIT | DESCRIPTION |
|---|---|
| A | CME Group Copyrighted Materials |
| B | U.S. Copyright Registrations for the Copyrighted Materials |
| C | Copies of Certificates of Registration & TSDR printouts for CME and CME GROUP registrations |
| D | Copies of Certificates of registration & TSDR printouts for CBOT, NYMEX, COMEX, ⬛, CLEARPORT, GLOBEX, CHICAGO MERCANTILE EXCHANGE, E-MINI, CHICAGO BOARD OF TRADE, NEW YORK MERCANTILE EXCHANGE, and PIVOT registrations |
| E | Copies of TSDR printouts for CME Applications |
| F | WHOIS printout for CMErussian Domain Name |
| G | Correspondence from Defendant Webzilla's counsel |
| H | Printout of the CMErussian Counterfeit Website |
| I | WHOIS printout for CMErussia Domain Name |
| J | Printout of the CMErussia Counterfeit Website |
| K | WHOIS printout for CMEgroupcenter Domain Name |
| L | Printout of the CMEgroupcenter Counterfeit Website |
| M | WHOIS printout for CMEgroupcenters Domain Name |
| N | Printout of the CMEgroupcenters Counterfeit Website |
| O | WHOIS printout for CMErussians Domain Name |

**CONFIDENTIAL – FILED UNDER SEAL**

| P | Chart showing substantial similarities between the CME Group Website, CMEgroupcenter Counterfeit Website, and CMEgroupcenters Counterfeit Website |
|---|---|
| Q | Chart showing substantial similarities between the CME Group Website, CMErussian Counterfeit Website, and CMErussia Counterfeit Website |

# EXHIBIT A



## Strong Liquidity in 2-Yr Note Futures Post Tick Reduction

Read the Rates Recap

### CME Group: A global markets company empowering participants to efficiently manage risk and capture opportunities in every major asset class

Trade **futures**, **options**, **cash** and **OTC** markets; **optimize portfolios**; and **analyze data** at CME Group, the world's leading and most diverse derivatives marketplace. We're uniquely positioned to give you the access you need to efficiently manage risk and capture opportunities in every major asset class.

Expand your possibilities with always-on market access — in every time zone, nearly 24 hours a day. All backed by the latest tools, technology and resources you need for every step of the trading lifecycle.

### ECONOMIC RESEARCH   VIEW ALL

Dive into insights and analysis from our expert economists, Blu Putnam and Erik Norland, covering events and trends driving opportunities in the futures and options markets.



**Tug-of-War**

**By Bluford Putnam**
FEBRUARY 19, 2019





**Brent-WTI Oil Spread Taking Cue from Houston-Midland?**

**By Erik Norland**
FEBRUARY 14, 2019





**China: Looking at Growth Past the Trade War**

**By Bluford Putnam and Erik Norland**
FEBRUARY 13, 2019



## All Access, All the Time

Discover new trading strategies and expand your familiarity with our markets with our offering of tools for the active, individual trader.

Get Started

Buy Real-Time Quotes | Buy Historical Data

## Agricultural

| PRODUCT | LAST | CHANGE | CHART | GLOBEX VOL |
|---------|------|--------|-------|------------|
| ZCH9 | 370'0 | -4½ | ıil | 205,198 |
| ZSH9 | 901'4 | -6'0 | ıil | 87,098 |
| ZLH9 | 29.74 | 0.21 | ıil | 48,380 |
| ZMH9 | 305 9 | -0 6 | ıil | 62,188 |
| ZWH9 | 489'0 | 15'2 | ıil | 71,864 |
| LEJ9 | 128.500 | +1.325 | ıil | 32,101 |
| HEJ9 | 56.525 | 3.000 | ıil | 16,115 |

## Energy

| PRODUCT | LAST | CHANGE | CHART | GLOBEX VOL |
|---------|------|--------|-------|------------|
| CLJ9 | 56.43 | +0.45 | ıil | 811,782 |
| NGH9 | 2.659 | +0.034 | ıil | 126,120 |
| BZJ9 | 66.46 | +0.31 | ıil | 43,338 |
| HBJ9 | 1.7385 | +0.0009 | ıil | 80,223 |
| HOJ9 | 1.9982 | 0.0185 | ıil | 85,612 |
| QMJ9 | 56.425 | +0.450 | ıil | 23,397 |
| QGH9 | 2.655 | +0.030 | ıil | 1,043 |

## Interest Rates

| PRODUCT | LAST | CHANGE | CHART | GLOBEX VOL |
|---------|------|--------|-------|------------|
| GEZ5 | 97.36 | +0.04 | ıil | 379,439 |
| ZTH9 | 106'01/8 | +0'01½ | ıil | 454,123 |
| ZFH9 | 114'227 | +0'052 | ıil | 901,596 |
| ZNH9 | 122'095 | +0'080 | ıil | 1,233,947 |
| TNH9 | 130'195 | +0'100 | ıil | 125,354 |
| ZBH9 | 147'00 | +0'14 | ıil | 299,062 |
| UBH9 | 161'29 | +0'16 | ıil | 133,661 |

## Equity Index

| PRODUCT | LAST | CHANGE | CHART | GLOBEX VOL |
|---------|------|--------|-------|------------|
| ESH9 | 2777.75 | +0.75 | ıil | 1,156,206 |
| NQH9 | 7068.53 | +4.75 | ıil | 384,177 |
| YMH9 | 25878 | 10 | ıil | 206,323 |
| NYH9 | 21305 | +85 | ıil | 50,871 |
| RTYH9 | 1575.30 | +4.70 | ıil | 99,966 |
| EMDH9 | 1918.13 | +3.00 | ıil | 14,274 |
| BTCG9 | 3890 | +325 | ıil | 15,944 |

## FX

| PRODUCT | LAST | CHANGE | CHART | GLOBEX VOL |
|---------|------|--------|-------|------------|
| 6AH9 | 0.7168 | +0.0025 | ıil | 133,426 |
| 6CH9 | 0.7575 | +0.00735 | ıil | 68,404 |
| 6SH9 | 1.0012 | +0.0034 | ıil | 23,921 |
| 6EH9 | 1.1365 | +0.0045 | ıil | 281,351 |
| 6BH9 | 1.3079 | +0.0174 | ıil | 190,082 |
| 6JH9 | 0.009059 | 0.000014 | ıil | 116,178 |
| 6MH9 | 0.052010 | +0.000050 | ıil | 63,875 |

## Metals

| PRODUCT | LAST | CHANGE | CHART | GLOBEX VOL |
|---------|------|--------|-------|------------|
| GCJ9 | 1344.1 | +22.0 | ıil | 334,325 |
| SIH9 | 15.965 | +0.272 | ıil | 111,295 |
| PLJ9 | 821.4 | +14.5 | ıil | 27,237 |
| PAH9 | 1454.70 | +47.50 | ıil | 8,823 |
| HGH9 | 2.8735 | +0.0750 | ıil | 132,813 |
| MGCJ9 | 1344.1 | +22.0 | ıil | 15,754 |
| SILH9 | 15.979 | +0.227 | ıil | 1,221 |

## MARKET DATA SUMMARY

Track large privately negotiated trades and cleared volume taking place in CME Group markets to gain insights for your trading strategies.

### Block Trades

| CLEARPORT | GLOBEX | PRICE | QTY | TIME |
|-----------|--------|-------|-----|------|
| CUH9 | CUH9 | 1.305 | 20 | 15 57 58 |
| CUN9 | CUN9 | 1 3625 | 25 | 15 54 03 |
| CUU9 | CUU9 | 1.37 | 25 | 15 54 03 |
| B0V9 | B0V9 | 0 70125 | 20 | 15 46 18 |
| B0X9 | B0X9 | 0 70125 | 20 | 15 46 18 |
| B0Z9 | B0Z9 | 0 70125 | 20 | 15 46 18 |
| CUN9 | CUN9 | 1 3625 | 25 | 15 35 01 |
| CUU9 | CUU9 | 1 37 | 25 | 15 35 01 |
| B0V9 | B0V9 | 0 70125 | 5 | 15 34 39 |

### CME ClearPort

| PRODUCT | GROUP | PRIOR VOL. | PRIOR OI |
|---------|-------|------------|----------|
| ED | Interest Rate | 86,897 | 12,416,485 |
| 21 | Interest Rate | 56,045 | 3,620,615 |
| 25 | Interest Rate | 50,791 | 4,494,429 |
| LO | Energy | 31,725 | 2,310,104 |
| 26 | Interest Rate | 31,560 | 3,202,673 |
| 21 | Interest Rate | 28,175 | 4,197,890 |
| LN | Energy | 25,725 | 2,030,123 |
| CL | Energy | 21,958 | 2,046,033 |
| NG | Energy | 21,383 | 1,231,561 |

## CRYPTOCURRENCY INDICES

Get reliable pricing on some of today's top cryptocurrencies and track these rapidly changing markets with greater ease

| CME CF Bitcoin | | CME CF Ether-Dollar | |
|---|---|---|---|
| **Reference Rate** | | **Reference Rate** | |
| BRR | $3944.32 | ETHUSD_RR | $146.63 |
| **Real-Time Index** | | **Real-Time Index** | |
| BRTI | $3908.99 | ETHUSD_RTI | $144.14 |

| Historical Prices: | 18 Feb: $3796.42 | 16 Feb: $3598.52 | Historical Prices: | 18 Feb: $142.62 | 16 Feb: $122.37 |
|---|---|---|---|---|---|
| BRR | 17 Feb: $3572.44 | 15 Feb: $3555.41 | ETHUSD_RR | 17 Feb: $124.65 | 15 Feb: $119.93 |

Reference Rates Last Updated: **19 Feb 2019 10:01 am CT**   Real-Time Indices Last Updated: **19 Feb 2019 16:22:02 pm CT**

## DAILY VOLUME AND OPEN INTEREST  VIEW MORE






Last Updated: 19 Feb 2019 04:22:04 PM
All figures in millions.

Subscription Center

English ▾

### SEND US FEEDBACK

Email (optional)

Enter your Message



protected by reCAPTCHA
Privacy  Terms

### WHO WE ARE

CME Group is the world's leading and most diverse derivatives marketplace. The company is comprised of four Designated Contract Markets (DCMs). Further information on each exchange's rules and product listings can be found by clicking on the links to CME, CBOT, NYMEX and COMEX.

### CONTACT US  VIEW ALL

CME Group / Chicago HQ
Phone +1 312 930 1000
Toll Free (US Only) +1 866 716 7274

VIEW GLOBAL OFFICES

### CONNECT WITH US

© 2019 CME Group Inc. All rights reserved.

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act Transparency Statement

## CRYPTOCURRENCY INDICES

Get reliable pricing on some of today's top cryptocurrencies and track these rapidly changing markets with greater ease

### CME CF Bitcoin

**Reference Rate**
`BRR`  $3944.32

**Real-Time Index**
`BRTI`  $3908.99

Historical Prices:  18 Feb  $3796.42   16 Feb  $3598.52
`BRR`  17 Feb  $3572.44   15 Feb  $3555.41

### CME CF Ether-Dollar

**Reference Rate**
`ETHUSD_RR`  $146.63

**Real-Time Index**
`ETHUSD_RTI`  $144.14

Historical Prices:  18 Feb  $142.62   16 Feb  $122.37
`ETHUSD_RR`  17 Feb  $124.65   15 Feb  $119.93

Reference Rates Last Updated: **19 Feb 2019 10:01 am CT**   Real-Time Indices Last Updated: **19 Feb 2019 16:22:02 pm CT**

### DAILY VOLUME AND OPEN INTEREST  VIEW MORE



CME Globex   CME ClearPort   Open Outcry   Open Interest

Last Updated: 19 Feb 2019 04:22:04 PM
All figures in millions.

### SEND US FEEDBACK

Email (optional)

Enter your Message

protected by reCAPTCHA
Privacy Terms

### WHO WE ARE

CME Group is the world's leading and most diverse derivatives marketplace. The company is comprised of four Designated Contract Markets (DCMs). Further information on each exchange's rules and product listings can be found by clicking on the links to CME, CBOT, NYMEX and COMEX

### CONTACT US  VIEW ALL

CME Group / Chicago HQ
Phone +1 312 930 1000
Toll Free (US Only) +1 866 716 7274

VIEW GLOBAL OFFICES

### CONNECT WITH US

© 2019 CME Group Inc. All rights reserved

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act Transparency Statement



**CME Group: A global markets company empowering participants to efficiently manage risk and capture opportunities in every major asset class**

Trade **futures**, **options**, **cash** and **OTC** markets; **optimize portfolios**; and **analyze data** at CME Group, the world's leading and most diverse derivatives marketplace. We're uniquely positioned to give you the access you need to efficiently manage risk and capture opportunities in every major asset class.



**CME Group**

TRADING **CLEARING** REGULATION DATA TECHNOLOGY EDUCATION ABOUT

### Clearing Home

Risk Management
Financial & Collateral Management
Financial and Regulatory Surveillance
Clearing Operations and Deliveries
Performance Bonds / Margins

### Clearing Advisories

**Performance Bond Requirements: Agriculture, Energy, and Equity Margins - Effective February 15, 2019** – Feb 14 2019

As per the normal review of market volatility to ensure adequate collateral coverage, the Chicago Mercantile Exc.

**Product Modification Summary: Delisting of the Iron Ore 62% Fe, CFR North China (Platts) Futures and Iron Ore 62% Fe, CFR North China (Platts) Average Price Option Contracts** – Feb 13 2019

Delisting of the Iron Ore 62% Fe, CFR North China (Platts) Futures and Iron Ore 62% Fe, CFR North China (Platts).

**Product Modification Summary: Amendments to Strike Price Listing Schedules of Certain Equity Index Options - Effective March 18, 2019** – Feb 13 2019

Amendments to Strike Price Listing Schedules of Certain Options on Standard and Poor's 500 Stock Price Index Fut.

**Margin Services**
Try our new interactive margin calculator and evaluate
initial margin requirements

## manage risk and capture opportunities in every major asset class

Trade **futures**, **options**, **cash** and **OTC** markets; **optimize portfolios**; and **analyze data** at CME Group, the world's leading and most diverse derivatives marketplace. We're uniquely positioned to give you the access you need to efficiently manage risk and capture opportunities in every major asset class.



### CME Group: A global markets company empowering participants to efficiently manage risk and capture opportunities in every major asset class

Trade **futures**, **options**, **cash** and **OTC** markets; **optimize portfolios**; and **analyze data** at CME Group, the world's leading and most diverse derivatives marketplace. We're uniquely positioned to give you the access you need to efficiently manage risk and capture opportunities in every major asset class.



## CME Group: A global markets company empowering participants to efficiently manage risk and capture opportunities in every major asset class

Trade **futures**, **options**, **cash** and OTC markets; **optimize portfolios**; and **analyze data** at CME Group, the world's leading and most diverse derivatives marketplace. We're uniquely positioned to give you the access you need to efficiently manage risk and capture opportunities in every major asset class.



## CME Group: A global markets company empowering participants to efficiently manage risk and capture opportunities in every major asset class

Trade **futures**, **options**, **cash** and **OTC** markets; **optimize portfolios**; and **analyze data** at CME Group, the world's leading and most diverse derivatives marketplace. We're uniquely positioned to give you the access you need to efficiently manage risk and capture opportunities in every major asset class.



## CME Group: A global markets company empowering participants to efficiently manage risk and capture opportunities in every major asset class

Trade **futures**, **options**, **cash** and **OTC** markets; **optimize portfolios**; and **analyze data** at CME Group, the world's leading and most diverse derivatives marketplace. We're uniquely positioned to give you the access you need to efficiently manage risk and capture opportunities in every major asset class.



## CME Group: A global markets company empowering participants to efficiently manage risk and capture opportunities in every major asset class

Trade **futures**, **options**, **cash** and OTC markets; **optimize portfolios**; and **analyze data** at CME Group, the world's leading and most diverse derivatives marketplace. We're uniquely positioned to give you the access you need to efficiently manage risk and capture opportunities in every major asset class.





● CME Group    TRADING    CLEARING    REGULATION    DATA    TECHNOLOGY    EDUCATION    ABOUT

| Clearing | Globex | Floor | ClearPort | Product Name | Exchange | Product Group | Subgroup | Category | Sub-Category | Cleared As | Volume | Open Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WA | WAY | · | WA | WTI Crude Oil 1 Month Calendar Spread Options | NYMEX | Energy | Crude Oil | · | Spreads | Options | 5,750 | 607,725 |
| EC | 6E | · | EC | Euro FX Futures | CME | FX | Majors | · | · | Futures | 189,331 | 542,382 |
| 07 | ZL | · | 07 | Soybean Oil Futures | CBOT | Agriculture | Grain And Oilseed | · | · | Futures | 81,429 | 522,381 |
| D2 | D2L | · | D2 | NYISO Zone G Day-Ahead Off-Peak Calendar-Month 5 MW Futures | NYMEX | Energy | Electricity | NYISO | Monthly Off-Peak | Futures | 0 | 497,723 |
| RTY | RTY | · | RTY | E-mini Russell 2000 Index Futures | CME | Equities | US Index | · | · | Futures | 122,283 | 494,693 |
| GC | GC | · | GC | Gold Futures | COMEX | Metals | Precious | · | · | Futures | 206,402 | 490,352 |
| W | ZW | · | W | Chicago SRW Wheat Futures | CBOT | Agriculture | Grain And Oilseed | · | · | Futures | 195,069 | 470,289 |
| 06 | ZM | · | 06 | Soybean Meal Futures | CBOT | Agriculture | Grain And Oilseed | · | · | Futures | 114,181 | 467,128 |
| HH | HH | · | HH | Natural Gas (Henry Hub) Last-day Financial Futures | NYMEX | Energy | Natural Gas | · | Outrights | Futures | 12,651 | 445,388 |
| HO | HO | · | HO | NY Harbor ULSD Futures | NYMEX | Energy | Refined Products | North American | Outrights | Futures | 191,752 | 437,166 |
| W | OZW | WY / WZ | W | Chicago SRW Wheat Options | CBOT | Agriculture | Grain And Oilseed | · | · | Options | 53,409 | 430,350 |
| | | | | RBOB Gasoline | | | Refined | North | | | | |

Case: 1:19-cv-01621 Document #: 33 Filed: 03/2D19 Page 73 of 310 PageID #:1816

## CME Clearing Named Clearing House of the Year



GlobalCapital
Americas
Derivatives Awards

## Clearing

CME Group provides clearing services for customers around the globe through our clearinghouse, CME Clearing, which allows you to significantly mitigate and manage your risk.

CME Clearing is an intermediary between buyers and sellers in the derivatives market. As the intermediary, or counterparty, to every trade, CME Clearing acts as the buyer for every seller and the seller for every buyer for every trade.

By acting as the counterparty for every trade, CME Clearing helps you mitigate counterparty risk by maintaining a matched book and risk-neutral position. You do not have to worry about the other end of your trade falling through, because CME Clearing is always on the other end.

**Benefits of a centrally cleared environment:**

- Transparency: Of market pricing, market metrics, risk management practices, and financial safeguards
- Neutrality: Neutral party to every transaction; neutral risk management standards
- Security: Performance bond system to secure positions and mitigate risk ex-ante
- Daily mark-to-market of cleared positions to remove risk ex-post

To stay up-to-date with performance bond requirements and compliance concerns with the changing regulatory environment

**Subscribe to Notices**

### Resources

- Clearing Firms
- Clearing Membership
- Financial Safeguards
- FAQ
- Transaction Timelines
- Contacts List

## What is Clearing?

  

**CME Centrally Cleared Environment**

FIRM B — FIRM D

1x  ▶  0:00 / 2:05          ⌄ ◀ ↗

## New in Clearing



**Clearing Holiday Calendar**
View the clearing holiday calendars for our Futures and OTC business.

## Clearing Essentials

Advisory Notices  |  Margins/Performance Bonds  |  Clearing and Trading Fees  |  Rulebooks  |  Business Continuity Management

## More in Clearing



**Risk Management**



**Financial and Collateral Management**



**Financial and Regulatory Surveillance**



**Clearing Operations and Deliveries**

## Clearing Education | View All Education


**Contrary Options Exercise Instructions**
Get instructions for Countrary Options Exercise, including submission deadlines and expiring options process.


**CME ClearPort Brochure**

### Contact Us

 Clearing Services

📞 North America: +1 312 207 2525

Subscription Center

English ▾

**SEND US FEEDBACK**

Email (optional)

Enter your Message

Submit

protected by reCAPTCHA
Privacy · Terms

**WHO WE ARE**

CME Group is the world's leading and most diverse derivatives marketplace. The company is comprised of four Designated Contract Markets (DCMs). Further information on each exchange's rules and product listings can be found by clicking on the links to CME, CBOT, NYMEX and COMEX.

**CONTACT US** VIEW ALL

CME Group / Chicago HQ
Phone +1 312 930 1000
Toll Free (US Only) +1 866 716 7274

VIEW GLOBAL OFFICES ›

**CONNECT WITH US**

▶ y f in ⊙ ℟

© 2019 CME Group Inc. All rights reserved.

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act Transparency Statement



Case 1:19-cv-01021 Document #: 33 Filed: 03/25/19 Page ~4 of 310 PageID #:1818

# Rulebooks: Details about Exchange-Specific Rules

## Market Regulation

CME Group's Market Regulation Department conducts trade, position, account, and market surveillance to identify and prevent potential rule violations and ensure that all four of our Designated Contract Markets (DCMs) – CME, CBOT, NYMEX, and COMEX – fulfill their self-regulatory responsibilities.

To stay up-to-date and in compliance with the changing regulatory environment

**Subscribe to Notices**

Market Regulation works to protect market integrity, to enforce rules that protect all market participants, and to act proactively to mitigate risks to prevent damage to the marketplace.

## Learn More about Market Regulation







### View Investigations
Investigates potential trade practice violations



### View Data Investigations
Works to ensure accuracy of record keeping and audit trail



### View Market Surveillance
Analyzes markets and positions to ensure fair and orderly trading of Exchange markets



### View Enforcement
Works to resolve rule violations through CME Group's disciplinary process

## Market Regulation Essentials

**Confidentiality Policy**

Advisories | Rulebooks | Regulatory Outreach | CME Globex Regulatory Documents | CFTC/SEC Filings | Position Limits | MiFID II, PRIIPs, and EU Benchmarks Regulation

## Filing Complaints

Market Regulation encourages market participants and others to provide information about behavior that is potentially in violation of Exchange rules and regulations.

**File a Complaint**

## Self-Reporting

Market Regulation also encourages market participants to self-report incidents that they believe may be in violation of Exchange rules and regulations.

**Self-Report an Incident**



## Contact Us

For any questions, contact the Market Regulation Department

 +1 312 341 7970

Market Regulation Directory

For questions related to CME Globex, contact

CME Globex GCC

Subscription Center

English ▾

### SEND US FEEDBACK

Email (optional)

Enter your Message

protected by reCAPTCHA
Privacy Terms

### WHO WE ARE

CME Group is the world's leading and most diverse derivatives marketplace. The company is comprised of four Designated Contract Markets (DCMs). Further information on each exchange's rules and product listings can be found by clicking on the links to CME, CBOT, NYMEX and COMEX.

**CONTACT US** VIEW ALL

CME Group / Chicago HQ
Phone +1 312 930 1000
Toll Free (US Only) +1 866 716-7274

VIEW GLOBAL OFFICES

**CONNECT WITH US**

   

© 2019 CME Group Inc. All rights reserved

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act Transparency Statement

Case 1:19-cv-01021 Document #: 33 Filed: 03/27/19 Page 77 of 310 PageID #:1820



**Implied Option Volatility Curves Data for 40 CME Group products**

## Market Data

### More than Data

From key pricing on our global benchmark future and options products, to exciting insights driven by non-traditional data sources, to fast, flexible, secure access, find everything you need to inform every trading decision you make.

Tap into key intelligence on past, present and future CME, CBOT, NYMEX and COMEX markets and leading global benchmarks across every major asset class with Exchange data.

### Buy Data

Access the CME DataMine historical data application.

→ Get Historical Data

Enter our straightforward process for licensing market data

→ License Data

## Access Market Data



**Real-Time Market Data**
Seize opportunities as they unfold using real-time data through our Market Data Platform.



**CME DataMine - Historical Data**
Unlock the lessons of past market activities and implement new strategies of today via our CME DataMine Historical data application.



**Derived Data**
Imagine, invent and innovate using data you can trust from our global benchmark markets across all major asset classes.

## Additional Market Data Services and Platforms

Choose from multiple ways to access CME Group data:

- Direct connection to our Market Data Platform (MDP) – streaming market data in three supported formats via a dual-feed, UDP multicast architecture
- CME Datamine, our new self-service cloud solution allows you to quickly and more efficiently access CME Group historical data
- More than 200 licensed distributors
- Get charting and analytics, real-time quotes, block data and news from CME E-Quotes

## Licensing Market Data

CME Group provides a straightforward process for licensing our market data, either through an individual license or a licensed distributor.

→ Learn more about how to license market data.

→ Get details about our licensed distributors.

### Reports

📄 Volume and Open Interest
📄 Settlements
📄 Daily Bulletin
📄 Delayed Quotes

## Contact Us

| First Name * | Last Name * | Company Name * | Business Email * |
|---|---|---|---|

| Company Type * | Job Role * | Phone * | Country * |
|---|---|---|---|

**Comments/Questions**

☐ I have read and understand the Privacy Policy. *

☐ I have read and agree to the Terms of Service and Cookie Policy. *

☐ Yes, I would like to receive communications regarding CME Group products, services, and events. I understand that I can unsubscribe at any time. By registering, I confirm that I have read and fully understand the CME Group Privacy Policy and hereby agree

Submit

+1 312 634 8386    +44-20-3379-3754    6605

## Subscription Center

English ▾

### SEND US FEEDBACK

Email (optional)

Enter your Message

😟 😐 😑 🙂 😄   Submit

protected by reCAPTCHA
Privacy  Terms

### WHO WE ARE

CME Group is the world's leading and most diverse derivatives marketplace. The company is comprised of four Designated Contract Markets (DCMs). Further information on each exchange's rules and product listings can be found by clicking on the links to CME, CBOT, NYMEX and COMEX.

### CONTACT US   VIEW ALL

CME Group / Chicago HQ
Phone: +1 312 930 1000
Toll Free (US Only): +1 866 716 7274

VIEW GLOBAL OFFICES

### CONNECT WITH US

▶  🐦  f  in  📷  🔊

© 2019 CME Group Inc. All rights reserved.

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act - Transparency Statement

Case 1:19-cv-01021 Document # 33 Filed 03/21/19 Page 79 of 310 PageID #:1822



**Implied Option Volatility Curves**
**Data for 40 CME Group products**

## Market Technology Services

CME Group is dedicated to understanding the needs of each individual customer and providing a comprehensive portfolio of technology offerings which focuses on trading applications, infrastructure, global connectivity and data services needed throughout the trading lifecycle.

### Infrastructure


**Connectivity Options**
Access a wide range of connectivity options in production and test environments with CME Globex.


**Co-Location & Data Center Services**
Our Co-Location and Data Center Services are focused on delivering high quality infrastructure options alongside low latency connectivity to CME Globex.



### Pre-Trade

CME Group offers tools to help make every step of the trading lifecycle easier for you.

...

**Historical Data Services**
The most comprehensive historical price information available for all our markets.

**CME Pivot**
A feature-rich open network instant messaging solution



### Trading and Clearing

CME Group has proprietary applications and third party integrations for customers to access our markets.

...

**CME Globex**
Global electronic trading system for futures and options

**CME Direct**
Our highly-configurable front-end trading system

**CME ClearPort**
Clearing service for the global OTC market

**Elysian**
Market-leading auction platform technology

**Trading Applications / ISVs**
Integrations with more than 50 certified independent software vendors (ISVs)



### Post-Trade

Efficiently process and report trades with a variety of post-trade solutions from CME Group.

...

**Straight Through Processing (STP)**
Streamline post-trade flows by connecting directly to the exchange.

**Global Repository Services**
Reporting solutions to help customers comply with regulatory requirements

### Market Technology Resources



**Tech Talk**





**Technology at CME Group**

### Contact Us

For questions about our market technology offering:

📧 Market Tech Sales

For questions about CME Globex:

📧 Global Account Management

Subscription Center                                    English ▾

**SEND US FEEDBACK**                    **WHO WE ARE**

Email (optional)                        CME Group is the world's leading and most diverse derivatives marketplace. The company is comprised of four Designated Contract Markets (DCMs). Further information on each exchange's rules and product listings can be found by clicking on the links

Case: 1:19-cv-01621 Document #: 33 Filed: 03/21/19 Page 80 of 310 PageID #:1823

CONTACT US

CME Group / Chicago HQ
Phone +1 312 930 1000
Toll Free (US Only) +1 866 716 7274

VIEW GLOBAL OFFICES ›

CONNECT WITH US

protected by reCAPTCHA
Privacy  Terms

© 2019 CME Group Inc. All rights reserved

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act Transparency Statement

Case 1:19-cv-01021 Document #: 35 Filed: 03/21/19 Page 81 of 310 PageID #:1824



**CME DataMine: Access Valuable Historical Data**

## CME Globex

CME Globex is the premier electronic trading system providing global connectivity to the broadest array of futures and options across all asset classes. CME Group technology facilitates electronic trading, providing users across the globe with virtually 24-hour access to global markets.

CME Group offers a variety of connectivity options for market participants.

### Who Can Trade on CME Globex?

CME Globex is an open access marketplace that allows you to directly enter your own trades and participate in the trading process, including viewing the book of orders and real-time price data.

To access CME Globex, customers must have a CME Group clearing firm relationship, CME Group-certified trading application and connectivity to CME Globex.

### Find a Broker

CME Group's Find a Broker tool helps you connect with a clearing firm to establish the relationship that is required to trade CME Group markets and products.

➜ Search our broker directory.

---

➤ **Trade on CME Globex**

With global distribution and international hubs, CME Globex offers a range of connectivity options, diverse risk management tools and resources and expert support from our Global Command Center.

➤ **Develop to CME Globex**

CME Group offers a wide variety of development resources, including technical documentation, Client Impact Assessments on upcoming CME Globex enhancements, test environments and automated certification tool, to assist customers with developing to CME Globex.

---

### CME Group Customer Forums

**Latest Updates on Upcoming Technology and Business Initiatives**

CME Group Customer Forums are designed to bring CME Group and our customers together. This series of global events, focused on electronic trading initiatives, provides forward-looking information on a broad array of upcoming technology and business topics.

#### Presentations from past events

**Chicago**

- Chicago/New York Customer Forum Q4 2018 (PDF)
- Chicago/New York Customer Forum Q4 2018 (Webinar)

**London**

- London Customer Forum Q4 2018

**APAC Region**

- Asia Customer Forum Q4 2018

---

### Contact Us

✉ Global Account Management

☎ U.S.: +1 312 634 8700

☎ Europe: +44 20 3379 3754

☎ Asia: +65 6593 5506

✉ Global Command Center

☎ U.S.: +1 800 438 8616

☎ Europe: +44 20 7623 4747

☎ Asia: +65 6532 5010

✉ Certification Support for Electronic Trading (CSE 1)

☎ U.S.: +1 312 930 2322

☎ Europe: +44 20 3379 3803

☎ Asia: +65 6593 5693

### Resources

- CME Globex Brochure (PDF)
- CME Globex Reference Guide (PDF)
- CME Globex Notices
- iLink Session Policy
- Market Integrity Controls
- CME Globex Product Reference Sheet

---

Subscription Center

English ▾

**SEND US FEEDBACK**

Email (optional)

**WHO WE ARE**

CME Group is the world's leading and most diverse derivatives marketplace. The company is comprised of four Designated Contract Markets (DCMs). Further information on each






**CONTACT US** VIEW ALL

**CONNECT WITH US**

CME Group / Chicago HQ
Phone +1 312 930 1000
Toll Free (US Only) +1 866 716 7274

VIEW GLOBAL OFFICES

protected by reCAPTCHA
Privacy - Terms

© 2019 CME Group Inc. All rights reserved.

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act Transparency Statement

Case: 1:19-cv-01621 Document #: 53 Filed: 03/21/19 Page 83 of 310 PageID #:1826



# Directory of Technology Partners:
## Search for the Services You Need

## CME ClearPort

CME ClearPort is a comprehensive set of flexible clearing services for the global OTC market that clears transactions across from 1,800 listed contracts over multiple asset classes. Clearing more than 300,000 contracts daily, CME ClearPort also brings together more than 17,000 registered users around the world including commercial, banking and hedge fund firms to FCMs and clearing firms.

Access a flexible suite of clearing services and capabilities and gain the advantages of security, efficiency and confidence.

[ Login ]  [ Register ]

## CME ClearPort Product Slate

[ View all Products ]

**Top 10 Energy Products**   Crude Oil   Natural Gas   Refined Products   Biofuels   Coal   Power   Petrochemicals

| Clearing | CME Globex | Floor | CME ClearPort | Product Name | Subgroup | Exchange | Volume | Open Interest |
|---|---|---|---|---|---|---|---|---|
| CL | CL | • | CL | Crude Oil Futures | Crude Oil | NYMEX | 1,261,779 | 2,060,209 |
| NG | NG | - | NG | Henry Hub Natural Gas Futures | Natural Gas | NYMEX | 324,003 | 1,232,107 |
| RB | RB | - | RB | RBOB Gasoline Futures | Refined Products | NYMEX | 283,801 | 421,930 |
| HO | HO | - | HO | NY Harbor ULSD Futures | Refined Products | NYMEX | 191,782 | 437,166 |
| LO | LO | - | LO | Crude Oil Options | Crude Oil | NYMEX | 125,534 | 2,316,377 |
| BZ | BZ | • | BZ | Brent Last Day Financial Futures | Crude Oil | NYMEX | 97,414 | 169,866 |
| LN | LNE | • | LN | Natural Gas Options (European) | Natural Gas | NYMEX | 68,333 | 2,636,186 |
| QM | QM | - | QM | E-mini Crude Oil Futures | Crude Oil | NYMEX | 19,461 | 4,141 |
| HH | HH | - | HH | Natural Gas (Henry Hub) Lastday Financial Futures | Natural Gas | NYMEX | 12,661 | 446,388 |
| HP | HP | - | HP | Natural Gas (Henry Hub) Penultimate Financial Futures | Natural Gas | NYMEX | 7,357 | 132,521 |

Trade Date: 13-Feb-2019 | PRELIMINARY

## CME ClearPort Resources



**What is CME ClearPort?**
Learn how to use CME ClearPort, including features and transaction process.



**CME ClearPort Brochure**
Read how to get started with CME ClearPort.



**Overview of Cleared OTC Initiatives**
Read a comprehensive overview of centrally cleared OTC offerings, including IRS, CDS, and FX.



**Counterparty Firm Registration**
Register as a Counterparty Firm.

## Tools

CME ClearPort WebHelp   |   CME ClearPort Wiki

## Contact Us

For new customers, onboarding inquiries, and support issues, complete the following form and we will contact you with a response.

First Name: *

Last Name: *

Business Email Address: *

Company Name: *

Company Type: *

Job Role: *

### Support

U.S. +1 800 438 8616

Europe +44 20 7623 4747

Asia +65 6532 5010

### Onboarding

U.S. +1 312 456 1560



Phone *    Country: *

Comments:

☐ I have read and understand the Privacy Policy. *

☐ I have read and agree to the Terms of Service and Cookie Policy. *

☐ Yes. I would like to receive communications regarding CME Group products, services, and events.
I understand that I can unsubscribe at any time. By registering, I confirm that I have read and fully
understand the CME Group Privacy Policy and hereby agree.

[Submit]

## More in CME ClearPort



**Register for CME ClearPort**
Begin the Firm or Individual
registration process.

**Access CME ClearPort API**
Access information about CME
ClearPort API and how to implement
it with your system.

Subscription Center

English ▼

### SEND US FEEDBACK

Email (optional)

Enter your Message

😣 😐 😕 🙂 😄  Submit

protected by reCAPTCHA
Privacy - Terms

### WHO WE ARE

CME Group is the world's leading and most diverse derivatives marketplace. The company is
comprised of four Designated Contract Markets (DCMs). Further information on each
exchange's rules and product listings can be found by clicking on the links
to CME, CBOT, NYMEX and COMEX.

### CONTACT US  VIEW ALL

CME Group / Chicago HQ
Phone: +1 312 930 1000
Toll Free (US Only) +1 866 716 7274

VIEW GLOBAL OFFICES

### CONNECT WITH US

▶ 🐦 f in ⊙ ⟆

© 2019 CME Group Inc. All rights reserved

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act Transparency statement

Case: 1:19-cv-01021 Document #: 33 Filed: 03/21/19 Page 85 of 310 PageID #:1828



# CME Pivot Retirement – February 28, 2019

## CME Pivot Platform Retirement

To our valued CME Pivot customers,

CME Group is announcing the retirement of the CME Pivot platform, which will occur on February 28, 2019. We recognize this may be an inconvenience. To help make this transition as smooth as possible, CME Group will waive all CME Pivot fees from October 1, 2018 through February 28, 2019, at which time each Pivot License Agreement will terminate.

CME Group offers CME Chat, integrated chat functionality within the web-based version of CME Direct, which allows customers to view market data and execute trades on futures, options and blocks all on one screen. We welcome the opportunity to speak with you further about CME Chat to see if it would be an appropriate fit for your needs.

Thank you for the years of business using the Pivot platform. For more information, please visit our FAQ or contact Market Technology Sales at MarketTechSales@cmegroup.com

CME Group

Visit our CME Pivot retirement frequently asked questions for more information.

### 24/6 Technical Support

📞 **US:** +1 866 947 9097

📞 **London:** +44 20 3379 3308

📞 **Singapore:** +65 6593 5528

✉️ CME Pivot Support

🔹 **Pivot:** pivotsupport

## More in CME Direct

 

**CME Direct Home**    **Market Tech Services**

---

Subscription Center

English ▼

**SEND US FEEDBACK**

Email (optional)

Enter your Message

    Submit

protected by reCAPTCHA
Privacy - Terms

**WHO WE ARE**

CME Group is the world's leading and most diverse derivatives marketplace. The company is comprised of four Designated Contract Markets (DCMs). Further information on each exchange's rules and product listings can be found by clicking on the links to CME, CBOT, NYMEX and COMEX.

**CONTACT US** VIEW ALL

CME Group / Chicago HQ
Phone +1 312 930 1000
Toll Free (US Only) +1 866 716 7274

VIEW GLOBAL OFFICES ▸

**CONNECT WITH US**

▶ 𝕏 f in 🅾 🔊

© 2019 CME Group Inc. All rights reserved.

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act Transparency Statement

CME Group    TRADING    CLEARING    REGULATION    DATA    TECHNOLOGY    EDUCATION    ABOUT



## Elysian Systems

### Home to LIQUID, the leading auction platform technology

Elysian's Liquid trading system is the leading trading, matching and auction platform used by the world's largest Inter-Dealer Brokers, Exchanges, SEF's, MTF's and OTC trading venues to match orders in over-the-counter (OTC) markets, including interest rate derivatives, credit derivatives, fixed income and commodities.

Its highly customizable interface allows our customers to provide a tailored white-label service to their clients. The LIQUID Trading Platform supports a diverse range of execution and trading protocols. Our versatile API makes for easy connectivity and data distribution, and a flexible approach to product pricing and duration ensures a best fit solution for all institutions.

### Benefits

- Fully integrated, feature rich execution platform support
- Choose your execution style: purely electronic, voice, or hybrid matching
- Available for Central Limit Order Book, RFQ, Spot and Auction Trading Sessions and Assessment Windows
- Intuitive look and feel: fully customizable front-end
- Industrial strength, exchange-grade technology
- Automation: Instantly automated trade details for both simple and complex strategies
- Swiss army knife configurability and options to accommodate a diversity of market structures, conventions and trading protocols, ensures rapid launch and ongoing evolution with changing needs
- API Connectivity: our FIX APIs enable systemic integration for order, trade, and market data across industry standard protocols

### Contact Us

 ElysianSales@cmegroup.com

📞 +44 20 3379 3931

Subscription Center                                                                 English ▾

**SEND US FEEDBACK**                    **WHO WE ARE**

Email (optional)                        CME Group is the world's leading and most diverse derivatives marketplace. The company is
                                        comprised of four Designated Contract Markets (DCMs). Further information on each
                                        exchange's rules and product listings can be found by clicking on the links
Enter your Message                      to CME, CBOT, NYMEX and COMEX.

                                        **CONTACT US**  VIEW ALL           **CONNECT WITH US**
  
                                        CME Group / Chicago HQ                f  in 
                                        Phone +1 312 930 1000
protected by reCAPTCHA                   Toll Free (US Only) +1 866 716 7774
Privacy - Terms
                                        VIEW GLOBAL OFFICES

© 2019 CME Group Inc. All rights reserved.

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act Transparency Statement



CME Group  TRADING  CLEARING  REGULATION  DATA  TECHNOLOGY  EDUCATION  ABOUT



## CME Group Global Office Contacts | CME Group Contacts

We have global distribution capabilities through our trading hubs in key market centers, and our international network of strategic partners provides further opportunities to serve a broad range of clients worldwide.

### Global Headquarters

**Chicago**

CME Group Inc.
20 South Wacker Drive
Chicago, Illinois 60606
USA
☎ +1 312 930 1000

Access in 150 Countries

Connections through 11 Global Hubs

Relationships with 12 Partner Exchanges

## CME Group Offices Worldwide

### Americas

**New York**

NYMEX World Headquarters
300 Vesey Street
New York, NY 10282
phone: +1 212 299 2000

**Washington, D.C.**

Liberty Place
325 7th Street, NW
Suite 525
Washington, D.C. 20004
phone: +1 202 638 3838

**Houston**

1000 Louisiana Street
Suite 3650
Houston, TX 77002
phone: +1 713 658 2347

**Calgary**

#1000, 888 - 3rd St. SW
Bankers Hall, West Tower
Calgary, Alberta,
T2P 5C5, Canada
phone: +403 444 6876

**São Paulo**

Avenida Paulista, 1079 7° Andar
São Paulo, Brazil 01311-200
phone: +55 11 2787 6279

### EMEA

**London**

Fourth Floor
One New Change
London EC4M 9AF
United Kingdom
phone: +44 20 3379 3700

**Belfast**

Millennium House 5th Floor
19-25 Great Victoria Street
Belfast BT2 7AQ
United Kingdom
phone: +44 28 9089 6600

### Asia

**Singapore**

One Raffles Quay
#27-10 South Tower
Singapore 048583
phone: +65 6593 5555

**Hong Kong**

Unit 7711-13, 77/F The Center
99 Queen's Road Central
Hong Kong
phone: +852 2582 2200

**Seoul**

Level 10
97, Uisadang-daero, Yeongdeungpo-gu,
Seoul, 07327, Republic of Korea
phone: +82 2 6336 6700

**Tokyo**

Kasumigaseki Building
3-2-5, Kasumigaseki
Chiyoda-ku
Tokyo 100-6006
Japan
phone +81-3-5511-6555

**Beijing**

No.8 Wudinghou Street
Unit 1105
Excel Centre
Xicheng District
Beijing 100033
China
+86 10 5913 1300

**Bangalore**

Level 8, Regmane Tridib
Block A, No. 65/2
Bagmane Tech Park
C. V. Raman Nagar
Bangalore-560093
India
+91 80 3323 2300

**Australia**

Level 36, Gateway Tower
1 Macquarie Place,
Sydney 2000
Australia
phone: +61 2 8051 3210



Subscription Center

English ▼

**SEND US FEEDBACK**

Email (optional)

Enter your Message

😦 😕 😐 🙂 😊  Submit

protected by reCAPTCHA
Privacy - Terms

**WHO WE ARE**

CME Group is the world's leading and most diverse derivatives marketplace. The company is comprised of four Designated Contract Markets (DCMs). Further information on each exchange's rules and product listings can be found by clicking on the links to CME, CBOT, NYMEX and COMEX.

**CONTACT US**   VIEW ALL

CME Group / Chicago HQ
Phone +1 312 930 1000
Toll Free (US Only) +1 866 716 7274

VIEW GLOBAL OFFICES

**CONNECT WITH US**

▶  𝕏  f  in  ⓘ  ﹀

© 2019 CME Group Inc. All rights reserved.

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act Transparency Statement

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-847-974

**Effective date of registration:**

December 21, 2012

---

## Title

**Title of Work:** Cmegroup.com

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** April 30, 2010    **Nation of 1st Publication:** United States

## Author

■    **Author:** Chicago Mercantile Exchange Inc.

**Author Created:** text, photograph(s), 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Chicago Mercantile Exchange Inc.

20 S. Wacker Drive, Chicago, IL, 60606, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previously published versions of some text, photographs and 2-D art work are excluded; no claim is made to any preexisting text, photographs and 2-D art work owned by third parties or information that is in the public domain

**New material included in claim:** text, photograph(s), 2-D artwork

## Rights and Permissions

**Organization Name:** Chicago Mercantile Exchange Inc.

**Address:** 20 S. Wacker Drive

Chicago, IL 60606 United States

## Certification

**Name:** Tatyana V. Gilles

**Date:** December 20, 2012

**Applicant's Tracking Number:** 13271-1336

**Correspondence:** Yes



**Registration #:** VA0001847974
**Service Request #:** 1-866537291



Chicago Mercantile Exchange Inc.
Tatyana Gilles
357 W. Chicago, Suite 200
Chicago, IL 60654  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 2-004-052

**Effective Date of Registration:**
May 18, 2016

## Title

**Title of Work:** Cmegroup.com

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 01, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Chicago Mercantile Exchange, Inc.
  **Author Created:** photograph, 2-D artwork, text
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Chicago Mercantile Exchange, Inc.
20 S. Wacker Drive, Chicago, IL, 60606, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previosly published versions are excluded; no claim is made to any preexisting material owned by third parties or information that is in the public domain

**Previous registration and year:** VA 1-847-974, 2012

**New material included in claim:** photograph, 2-D artwork, text

## Rights and Permissions

**Organization Name:** Chicago Mercantile Exchange, inc.
**Address:** 20 S. Wacker Drive
Chicago, IL 60606 United States

## Certification

**Name:** J. Ryan Hinshaw
**Date:** April 21, 2016

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-7434460531

## Mail Certificate

Norvell IP llc
Christian S. Morgan
333 S. Wabash Ave.
Suite 2700
Chicago, IL 60604 United States

**Priority:** Special Handling     **Application Date:** February 27, 2019

## Correspondent

**Organization Name:** Norvell IP llc
**Name:** Christian S. Morgan
**Email:** officeactions@norvellip.com
**Telephone:** (773)966-2467
**Alt. Telephone:** (888)315-0732
**Fax:** (312)268-5063
**Address:** 333 S. Wabash Ave.
Suite 2700
Chicago, IL 60604 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-140-165**

**Effective Date of Registration:**
February 27, 2019

## Title

**Title of Work:** Cmegroup.com 2

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** February 19, 2019
**Nation of 1st Publication:** United States

## Author

• **Author:** Chicago Mercantile Exchange Inc.
**Author Created:** photograph, 2-D artwork, text
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Chicago Mercantile Exchange Inc.
20 S. Wacker Drive, Chicago, IL, 60606, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previously published versions are excluded; no claim is made to any preexisting material owned by third parties or information that is in the public domain
**Previous registration and year:** VA 2-004-052, 2016
VA 1-847-974, 2012

**New material included in claim:** photograph, 2-D artwork, text

## Rights and Permissions

**Organization Name:** Chicago Mercantile Exchange Inc.



## Certification

|  |  |
|---|---|
| **Name:** | Christian S. Morgan |
| **Date:** | February 27, 2019 |
| **Applicant's Tracking Number:** | 13813-3 |

**Copyright Office notes:** Basis for Registration: Collective work

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tesle*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-140-166**

**Effective Date of Registration:**
February 27, 2019

## Title

**Title of Work:** Cmegroup.com 1

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 09, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Chicago Mercantile Exchange Inc.
  **Author Created:** photograph, 2-D artwork, text
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Chicago Mercantile Exchange Inc.
20 S. Wacker Drive, Chicago, IL, 60606, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previously published versions are excluded; no claim is made to any preexisting
material owned by third parties or information that is in the public domain
**Previous registration and year:** VA 2-004-052, 2016
VA 1-847-974, 2012

**New material included in claim:** photograph, 2-D artwork, text

## Rights and Permissions

**Organization Name:** Chicago Mercantile Exchange Inc.



## Certification

| | |
|---|---|
| **Name:** | Christian S. Morgan |
| **Date:** | February 27, 2019 |
| **Applicant's Tracking Number:** | 13813-3 |

**Copyright Office notes:**  Basis for Registration: Collective work

# EXHIBIT C

Int. Cl.: 36

Prior U.S. Cl.: 102

**United States Patent Office**

Reg. No. 1,085,681
Registered Feb. 14, 1978

## SERVICE MARK
### Principal Register

## CME

Chicago Mercantile Exchange (Illinois not-for-profit cor-
poration)
444 W. Jackson Blvd.
Chicago, Ill. 60606

For: CONDUCTING A SECURITY, MERCANTILE,
COMMODITY AND MONETARY EXCHANGE AND
PROVIDING SERVICES CONNECTED THEREWITH,
in CLASS 36 (U.S. CL. 102).
First use 1919; in commerce 1919.

Ser. No. 134,559, filed July 20, 1977.

R. F. CISSEL, Examiner

**Generated on:** This page was generated by TSDR on 2019-02-17 16:03:47 EST

**Mark:** CME

**US Serial Number:** 73134559

**US Registration Number:** 1085681

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



**Application Filing Date:** Jul. 20, 1977

**Registration Date:** Feb. 14, 1978

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Jan. 20, 2018

# Mark Information

**Mark Literal Elements:** CME

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** CONDUCTING A SECURITY, MERCANTILE, COMMODITY AND MONETARY EXCHANGE AND PROVIDING SERVICES CONNECTED THEREWITH

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** 1919

**Use in Commerce:** 1919

# Basis Information (Case Level)

**Filed Use:** Yes

**Filed ITU:** No

**Filed 44D:** No

**Filed 44E:** No

**Filed 66A:** No

**Filed No Basis:** No

**Currently Use:** Yes

**Currently ITU:** No

**Currently 44E:** No

**Currently 66A:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** CHICAGO MERCANTILE EXCHANGE INC.

**Owner Address:** 20 S WACKER DIRVE
CHICAGO, ILLINOIS UNITED STATES 60606

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Christine A. Filarski

**Docket Number:** 13439-1086

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Christine A. Filarski
Norvell IP llc
PO Box 2461
Chicago, ILLINOIS UNITED STATES 60690

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com
cfilarski@norvellip.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Jan. 20, 2018 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jan. 20, 2018 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 76293 |
| Jan. 20, 2018 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 76293 |
| Jan. 20, 2018 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 76293 |
| Dec. 22, 2017 | TEAS SECTION 8 & 9 RECEIVED | |
| Feb. 14, 2017 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Feb. 07, 2012 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 07, 2012 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jan. 23, 2008 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 66607 |
| Jan. 23, 2008 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jan. 22, 2008 | ASSIGNED TO PARALEGAL | 66607 |
| Jan. 17, 2008 | TEAS SECTION 8 & 9 RECEIVED | |
| Dec. 04, 2007 | CASE FILE IN TICRS | |
| Jun. 20, 2006 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Jun. 20, 2006 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Mar. 25, 1998 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Jan. 27, 1998 | REGISTERED - SEC. 9 FILED/CHECK RECORD FOR SEC. 8 | |
| Apr. 04, 1983 | REGISTERED - SEC. 8 (6-YR) ACCEPTED | |

# Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Feb. 14, 2018

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** Jan. 20, 2018

# Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 2                    **Registrant:** CHICAGO MERCANTILE EXCHANGE

## Assignment 1 of 2

**Conveyance:** MERGER

**Reel/Frame:** 2724/0893                    **Pages:** 4

**Date Recorded:** May 05, 2003

**Supporting Documents:** assignment-tm-2724-0893.pdf

**Assignor**

**Name:** CHICAGO MERCANTILE EXCHANGE          **Execution Date:** Nov. 09, 2000

**Legal Entity Type:** CORPORATION          **State or Country Where Organized:** ILLINOIS

**Assignee**

**Name:** CME TRANSITORY CO.

**Legal Entity Type:** CORPORATION          **State or Country Where Organized:** DELAWARE

**Address:** 30 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606

**Correspondent**

**Correspondent Name:** BRINKS HOFER GILSON & LIONE

**Correspondent Address:** CHRISTOPHER N. BOLINGER
P.O. BOX 10395
CHICAGO, ILLINOIS 60610

**Domestic Representative - Not Found**

## Assignment 2 of 2

**Conveyance:** MERGER

**Reel/Frame:** 2725/0474                    **Pages:** 5

**Date Recorded:** May 05, 2003

**Supporting Documents:** assignment-tm-2725-0474.pdf

**Assignor**

**Name:** CME TRANSITORY CO.          **Execution Date:** Nov. 09, 2000

**Legal Entity Type:** CORPORATION          **State or Country Where Organized:** No Place Where Organized Found

**Assignee**

**Name:** CHICAGO MERCANTILE EXCHANGE INC.

**Legal Entity Type:** CORPORATION          **State or Country Where Organized:** DELAWARE

**Address:** 30 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606

**Correspondent**

**Correspondent Name:** BRINKS HOFER GILSON

**Correspondent Address:** CHRISTOPHER N. BOLINGER
P.O. BOX 10395
CHICAGO, IL 60610

**Domestic Representative - Not Found**

# Proceedings

## Summary

**Number of Proceedings:** 7

### Type of Proceeding: Opposition

| | |
|---|---|
| **Proceeding Number:** 91238893 | **Filing Date:** Jan 10, 2018 |
| **Status:** Terminated | **Status Date:** Sep 05, 2018 |
| **Interlocutory Attorney:** MIKE WEBSTER | |

#### Defendant

**Name:** Church Mutual Insurance Company

**Correspondent** CHRISTOPHER P FOLEY
**Address:** FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 NEW YORK AVENUE NW
WASHINGTON DC UNITED STATES , 20001

**Correspondent e-mail:** docketing@finnegan.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMEXCHANGE | Abandoned - After Inter-Partes Decision | 87431426 | |

#### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** CHRISTINE A FILARSKI
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| CME FX$INDEX | Registered | 86963593 | 5211897 |
| CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 73134561 | 1085682 |

| | | |
|---|---|---|
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 |
| CME FX SPOT | Third Extension - Granted | 87155844 |
| CME CLEARCHAIN | Third Extension - Granted | 87141695 |
| CME FX LINK | Notice of Allowance - Issued | 87689907 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 10, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 10, 2018 | Feb 19, 2018 |
| 3 | PENDING, INSTITUTED | Jan 10, 2018 | |
| 4 | ANSWER | Feb 20, 2018 | |
| 5 | P MOT TO STRIKE PLEADING/AFFIRMATIVE DEFENSE | Mar 13, 2018 | |
| 6 | D OPP/RESP TO MOTION | Mar 28, 2018 | |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 29, 2018 | |
| 8 | P REPLY IN SUPPORT OF MOTION | Apr 17, 2018 | |
| 9 | STIP FOR EXT | Jul 17, 2018 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 17, 2018 | |
| 11 | PROCEEDINGS RESUMED | Jul 17, 2018 | |
| 12 | W/DRAW OF APPLICATION | Aug 07, 2018 | |
| 13 | BD DECISION: OPP SUSTAINED | Sep 05, 2018 | |
| 14 | TERMINATED | Sep 05, 2018 | |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91226037 | **Filing Date:** | Jan 27, 2016 |
| **Status:** | Terminated | **Status Date:** | Dec 04, 2017 |
| **Interlocutory Attorney:** | YONG OH (RICHARD) KIM | | |

**Defendant**

**Name:** CMC Markets UK PLC

**Correspondent Address:** JEFFREY H GREGER
HAUPTMAN HAM LLP
2318 MILL ROAD, SUITE 1400
ALEXANDRIA VA UNITED STATES , 22314

**Correspondent e-mail:** jhggroup@ipfirm.com , jhgreger@ipfirm.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412301 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange, Inc.

**Correspondent Address:** J RYAN HINSHAW
NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |

| | | | |
|---|---|---|---|
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 27, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 27, 2016 | Mar 07, 2016 |
| 3 | PENDING, INSTITUTED | Jan 27, 2016 | |
| 4 | D MOT FOR EXT W/ CONSENT | Feb 26, 2016 | |
| 5 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |
| 6 | P MOT FOR EXT W/ CONSENT | May 25, 2016 | |
| 7 | EXTENSION OF TIME GRANTED | May 25, 2016 | |
| 8 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 | |
| 9 | ANSWER | Aug 03, 2016 | |
| 10 | CHANGE OF CORRESP ADDRESS | Aug 24, 2016 | |
| 11 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 24, 2016 | |
| 12 | D MOT TO CONSOLIDATE | Sep 02, 2016 | |
| 13 | CONSOLIDATION ORDER | Sep 10, 2016 | |
| 14 | ANSWER | Sep 29, 2016 | |
| 15 | BD DECISION: SUSTAINED | Dec 04, 2017 | |
| 16 | TERMINATED | Dec 04, 2017 | |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91225824 | **Filing Date:** | Jan 13, 2016 |
| **Status:** | Terminated | **Status Date:** | Dec 04, 2017 |
| **Interlocutory Attorney:** | YONG OH (RICHARD) KIM | | |

#### Defendant

**Name:** CMC Markets UK PLC

**Correspondent Address:** JEFFREY H GREGER
HAUPTMAN HAM LLP
2318 MILL ROAD STE 1400
ALEXANDRIA VA UNITED STATES , 22314

**Correspondent e-mail:** jhggroup@ipfirm.com , jhgreger@ipfirm.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412291 | |

#### Plaintiff(s)

**Name:** Chicago Mercantile Exchange, Inc.

**Correspondent** J RYAN HINSHAW

**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com , tmonagan@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 13, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 13, 2016 | Feb 22, 2016 |
| 3 | PENDING, INSTITUTED | Jan 13, 2016 | |
| 4 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Jan 26, 2016 | |
| 5 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Feb 02, 2016 | |
| 6 | TRIAL DATES RESET | Feb 08, 2016 | |
| 7 | STIP FOR EXT | Feb 26, 2016 | |
| 8 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |
| 9 | P MOT FOR EXT W/ CONSENT | May 25, 2016 | |
| 10 | EXTENSION OF TIME GRANTED | May 25, 2016 | |
| 11 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 | |
| 12 | ANSWER | Aug 03, 2016 | |
| 13 | CHANGE OF CORRESP ADDRESS | Aug 26, 2016 | |
| | P MOT TO AMEND PLEADING/AMENDED PLEADING | | |

| 14 | | Aug 26, 2016 |
| 15 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Aug 30, 2016 |
| 16 | D MOT TO CONSOLIDATE | Sep 02, 2016 |
| 17 | CONSOLIDATION ORDER | Sep 10, 2016 |
| 18 | ANSWER | Sep 29, 2016 |
| 19 | ANSWER FOR CHILD CASE | Sep 29, 2016 |
| 20 | P MOT FOR EXT W/ CONSENT | Jan 27, 2017 |
| 21 | EXTENSION OF TIME GRANTED | Jan 27, 2017 |
| 22 | P MOT TO COMPEL DISCOVERY | Feb 08, 2017 |
| 23 | D OPP/RESP TO MOTION | Feb 28, 2017 |
| 24 | P REPLY IN SUPPORT OF MOTION | Mar 20, 2017 |
| 25 | D MOTION | Mar 30, 2017 |
| 26 | P OPP/RESP TO MOTION | Apr 19, 2017 |
| 27 | SUSP PEND DISP OF OUTSTNDNG MOT | May 04, 2017 |
| 28 | PROCEEDINGS RESUMED | Jun 29, 2017 |
| 29 | W/DRAW OF APPLICATION | Aug 11, 2017 |
| 30 | P OPP/RESP TO MOTION | Aug 15, 2017 |
| 31 | BD DECISION: SUSTAINED | Dec 04, 2017 |
| 32 | TERMINATED | Dec 04, 2017 |

## Type of Proceeding: Opposition

| Proceeding Number: | 91220909 | Filing Date: | Mar 04, 2015 |
| Status: | Terminated | Status Date: | Jun 23, 2015 |
| Interlocutory Attorney: | BENJAMIN U OKEKE | | |

### Defendant

**Name:** Chronicleme, Inc.

**Correspondent Address:** KATHERINE A MARKERT
HARTER SECREST & EMERY LLP
1600 BAUSCH AND LOMB PL
ROCHESTER NY UNITED STATES , 14604-2711

**Correspondent e-mail:** kmarkert@hselaw.com;bpeet@hselaw.com; coffen@hselaw.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
| --- | --- | --- | --- |
| CME | Abandoned - After Inter-Partes Decision | 86301751 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent Address:** TATYANA V GILLES
NORVELL IP LLC (13442-1497)
P O BOX 2461
Chicago IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , jkucala@norvellip.com , tgilles@norvellip.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
| --- | --- | --- | --- |
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |

| | | | |
|---|---|---|---|
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP PUMA TRADING SYSTEM | Abandoned - No Statement Of Use Filed | 85413626 | |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME STP | Registered | 86179537 | 4851862 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 04, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 04, 2015 | Apr 13, 2015 |
| 3 | PENDING, INSTITUTED | Mar 04, 2015 | |
| 4 | NOTICE OF DEFAULT | May 05, 2015 | |
| 5 | BD DECISION: SUSTAINED | Jun 23, 2015 | |
| 6 | TERMINATED | Jun 23, 2015 | |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| Proceeding Number: | 91205470 | Filing Date: | Jun 05, 2012 |
| Status: | Terminated | Status Date: | Jun 05, 2012 |
| Interlocutory Attorney: | BENJAMIN U OKEKE | | |

**Defendant**

Name: CMDirect, Inc.

Correspondent JAMES H DONOIAN
Address: GREENBERG TRAURIG LLP
200 PARK AVENUE, 34TH FLOOR
NEW YORK NY UNITED STATES , 10166

Correspondent e-mail: nytmdkt@gtlaw.com , garfieldh@gtlaw.com , donoianj@gtlaw.com , biancoc@gtlaw.com , navarrod@gtlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMDIRECT | Abandoned - After Inter-Partes Decision | 85340856 | |

**Plaintiff(s)**

Name: Chicago Mercantile Exchange Inc.

Correspondent TATYANA V GILLES
Address: NORVELL IP LLC
1776 ASH STREET
NORTHFIELD IL UNITED STATES , 60093

Correspondent e-mail: tgilles@norvellip.com , officeactions@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME POINT | Abandoned - No Statement Of Use Filed | 85294949 | |
| CME CORE | Abandoned - No Statement Of Use Filed | 85253829 | |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME POSITION INTELLIGENCE | Abandoned - No Statement Of Use Filed | 85310824 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|-------------|------|----------|
| 1 | FILED AND FEE | Jun 05, 2012 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jun 07, 2012 | Jul 17, 2012 |
| 3 | PENDING, INSTITUTED | Jun 07, 2012 | |
| 4 | ANSWER | Jul 17, 2012 | |
| 5 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Dec 04, 2012 | |
| 6 | EXTENSION OF TIME GRANTED | Dec 04, 2012 | |
| 7 | Confidential Plaintiff's Motion to Compel Discovery | Jan 11, 2013 | |
| 8 | P'S MOTION TO COMPEL DISCOVERY | Jan 11, 2013 | |
| 9 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | Jan 18, 2013 | |
| 10 | P'S STATEMENT IN SUPPORT OF ITS MOTION TO COMPEL | Feb 05, 2013 | |
| 11 | P MOT FOR EXT W/ CONSENT | Feb 12, 2013 | |
| 12 | EXTENSION OF TIME GRANTED | Feb 12, 2013 | |
| 13 | TRIAL DATES RESET | Apr 04, 2013 | |
| 14 | P MOT FOR EXT W/ CONSENT | Apr 24, 2013 | |
| 15 | EXTENSION OF TIME GRANTED | Apr 24, 2013 | |
| 16 | P MOT FOR EXT W/ CONSENT | May 24, 2013 | |
| 17 | EXTENSION OF TIME GRANTED | May 24, 2013 | |
| 18 | P MOT FOR EXT W/ CONSENT | Jun 19, 2013 | |
| 19 | EXTENSION OF TIME GRANTED | Jun 19, 2013 | |
| 20 | W/DRAW OF APPLICATION | Jul 19, 2013 | |
| 21 | BD DECISION: SUSTAINED | Jul 25, 2013 | |
| 22 | TERMINATED | Jul 25, 2013 | |
| 23 | BD DECISION: SUSTAINED | Jul 25, 2013 | |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91199977 | **Filing Date:** | May 25, 2011 |
| **Status:** | Terminated | **Status Date:** | Aug 29, 2011 |
| **Interlocutory Attorney:** | CHERYL S GOODMAN | | |

**Defendant**

**Name:** The Clifton Group Investment Management Company

**Correspondent** ALAN G GORMAN
**Address:** BARNES THORNBURG LLP
3475 PIEDMONT ROAD NE, SUITE 1700
ATLANTA GA UNITED STATES , 30305 2954

**Correspondent e-** alan.gorman@btlaw.com , trademark-at@btlaw.com
**mail:**

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CEM | Abandoned - After Inter-Partes Decision | 85108435 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** JOSEPH T KUCALA
**Address:** NORVELL IP LLC
1776 ASH STREET
NORTHFIELD IL UNITED STATES , 60093

**Correspondent e-** jkucala@norvellip.com
**mail:**

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|-------------|------|----------|
| 1 | FILED AND FEE | May 25, 2011 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 26, 2011 | Jul 05, 2011 |
| 3 | PENDING, INSTITUTED | May 26, 2011 | |
| 4 | STIPULATION FOR AN EXTENSION OF TIME | Jul 05, 2011 | |
| 5 | EXTENSION OF TIME GRANTED | Jul 05, 2011 | |
| 6 | STIPULATION FOR AN EXTENSION OF TIME | Aug 04, 2011 | |
| 7 | EXTENSION OF TIME GRANTED | Aug 04, 2011 | |
| 8 | WITHDRAWAL OF APPLICATION | Aug 12, 2011 | |
| 9 | BOARD'S DECISION: SUSTAINED | Aug 29, 2011 | |
| 10 | TERMINATED | Aug 29, 2011 | |

**Type of Proceeding: Opposition**

**Proceeding** 91087581
**Number:**

**Filing Date:** Apr 30, 1992

**Status:** Terminated

**Status Date:** Mar 18, 1993

**Interlocutory** TERRY E HOLTZMAN
**Attorney:**

**Defendant**

**Name:** DEXELL, INC.

**Correspondent** MARTIN KORN

**Address:** ROSS, HOWISON, CLAPP & KORN
740 E CAMPBELL ROAD, STE. 900
RICHARDSON TX UNITED STATES , 75081

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CME CHEQUE | Abandoned - After Inter-Partes Decision | 74146182 | |

**Plaintiff(s)**

**Name:** CHICAGO MERCANTILE EXCHANGE

**Correspondent** MARTIN FAIER
**Address:** 2880 THREE FIRST NATIONAL PLAZA 70 WEST MAIDISON STREET
CHICAGO IL UNITED STATES , 60602

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | FILED AND FEE | Apr 30, 1992 | |
| 2 | NOTICE SENT; ANSWER DUE (DUE DATE) | May 28, 1992 | Jul 07, 1992 |
| 3 | PENDING, INSTITUTED | May 28, 1992 | |
| 4 | NOTICE OF DEFAULT | Sep 16, 1992 | |
| 5 | P'S MOTION FOR SUMMARY JUDGMENT | Sep 25, 1992 | |
| 6 | BOARD'S DECISION: SUSTAINED | Feb 18, 1993 | |
| 7 | TERMINATED | Mar 18, 1993 | |

Int. Cls.: 9 and 42

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,084,640
Registered Apr. 25, 2006

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

# CME

CHICAGO MERCANTILE EXCHANGE INC. (IL-
LINOIS CORPORATION)
20 S. WACKER DRIVE
CHICAGO, IL 60606

FOR: COMPUTER HARDWARE AND SOFT-
WARE FOR USE IN PROVIDING FINANCIAL EX-
CHANGE SERVICES, IN CLASS 9 (U.S. CLS. 21, 23, 26,
36 AND 38).

FIRST USE 8-21-2003; IN COMMERCE 8-21-2003.

FOR: PROVIDING TEMPORARY USE OF NON-
DOWNLOADABLE SOFTWARE FOR USE IN PRO-
VIDING FINANCIAL EXCHANGE SERVICES, IN
CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 8-21-2003; IN COMMERCE 8-21-2003.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,829,913, 2,831,871,
AND 2,840,360.

SER. NO. 78-496,071, FILED 10-7-2004.

KAREN BRACEY, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2019-02-17 16:05:30 EST

**Mark:** CME

CME

| | | |
|---|---|---|
| **US Serial Number:** 78496071 | **Application Filing Date:** | Oct. 07, 2004 |
| **US Registration Number:** 3084640 | **Registration Date:** | Apr. 25, 2006 |
| **Register:** Principal | | |
| **Mark Type:** Trademark, Service Mark | | |
| **Status:** The registration has been renewed. | | |
| **Status Date:** Jul. 16, 2016 | | |
| **Publication Date:** Jan. 31, 2006 | | |

## Mark Information

**Mark Literal Elements:** CME

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**Claimed Ownership of US Registrations:** 2829913, 2831871, 2840360

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer [ hardware and ]software for use in providing financial exchange services

| | | | |
|---|---|---|---|
| **International Class(es):** 009 - Primary Class | | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** ACTIVE | | | |
| **Basis:** 1(a) | | | |
| **First Use:** Aug. 21, 2003 | | **Use in Commerce:** | Aug. 21, 2003 |

**For:** Providing temporary use of non-downloadable software for use in providing financial exchange services

| | | | |
|---|---|---|---|
| **International Class(es):** 042 - Primary Class | | **U.S Class(es):** | 100, 101 |
| **Class Status:** ACTIVE | | | |
| **Basis:** 1(a) | | | |
| **First Use:** Aug. 21, 2003 | | **Use in Commerce:** | Aug. 21, 2003 |

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country** DELAWARE
**Where Organized:**

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Christine A. Filarski

**Docket Number:** 13439-1085

**Attorney Primary** officeactions@norvellip.com
**Email Address:**

**Attorney Email** Yes
**Authorized:**

**Correspondent**

**Correspondent** Christine A. Filarski
**Name/Address:** Norvell IP llc
PO Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-** officeactions@norvellip.com
**mail:** cfilarski@norvellip.com

**Correspondent e-** Yes
**mail Authorized:**

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 18, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jul. 16, 2016 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 76293 |
| Jul. 16, 2016 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 76293 |
| Jul. 16, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 76293 |
| Apr. 25, 2016 | TEAS SECTION 8 & 9 RECEIVED | |
| Apr. 25, 2015 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| May 19, 2012 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| May 19, 2012 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 68973 |
| May 19, 2012 | CERTIFICATE OF CORRECTION ISSUED | 68973 |
| May 19, 2012 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 68973 |
| May 10, 2012 | TEAS SECTION 8 & 15 RECEIVED | |
| May 02, 2012 | TEAS SECTION 7 REQUEST RECEIVED | |
| Feb. 07, 2012 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 07, 2012 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Apr. 25, 2006 | REGISTERED-PRINCIPAL REGISTER | |
| Jan. 31, 2006 | PUBLISHED FOR OPPOSITION | |
| Jan. 11, 2006 | NOTICE OF PUBLICATION | |

| | | |
|---|---|---|
| Dec. 19, 2005 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 68171 |
| Dec. 16, 2005 | ASSIGNED TO LIE | 68171 |
| Dec. 13, 2005 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 08, 2005 | AMENDMENT FROM APPLICANT ENTERED | 68171 |
| Jun. 30, 2005 | UNRESPONSIVE/DUPLICATE PAPER RECEIVED | 68171 |
| Jun. 30, 2005 | PAPER RECEIVED | |
| May 11, 2005 | NON-FINAL ACTION E-MAILED | 6325 |
| May 11, 2005 | NON-FINAL ACTION WRITTEN | 74782 |
| May 11, 2005 | ASSIGNED TO EXAMINER | 74782 |
| Oct. 14, 2004 | NEW APPLICATION ENTERED IN TRAM | |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Apr. 25, 2016

**Change in Registration:** Yes

**Correction made to Registration:** In the statement, Column 1, line 1, " Illinois" should be deleted, and Delaware should be inserted.

## TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** Jul. 16, 2016

## Proceedings

**Summary**

**Number of Proceedings:** 6

### Type of Proceeding: Opposition

**Proceeding Number:** 91238893          **Filing Date:** Jan 10, 2018

**Status:** Terminated          **Status Date:** Sep 05, 2018

**Interlocutory Attorney:** MIKE WEBSTER

### Defendant

**Name:** Church Mutual Insurance Company

**Correspondent Address:** CHRISTOPHER P FOLEY
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 NEW YORK AVENUE NW
WASHINGTON DC , 20001
UNITED STATES

**Correspondent e-mail:** docketing@finnegan.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMEXCHANGE | Abandoned - After Inter-Partes Decision | 87431426 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent Address:** CHRISTINE A FILARSKI
NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

Correspondent e-mail: officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 – Accepted and Acknowledged | 85254768 | 4130632 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| CME FX$INDEX | Registered | 86963593 | 5211897 |
| CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 73134561 | 1085682 |
| CME GROUP APPROVED | Fifth Extension – Granted | 86520059 | |
| CME FX SPOT | Third Extension – Granted | 87155844 | |
| CME CLEARCHAIN | Third Extension – Granted | 87141695 | |
| CME FX LINK | Notice of Allowance – Issued | 87689907 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 10, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 10, 2018 | Feb 19, 2018 |
| 3 | PENDING, INSTITUTED | Jan 10, 2018 | |
| 4 | ANSWER | Feb 20, 2018 | |
| 5 | P MOT TO STRIKE PLEADING/AFFIRMATIVE DEFENSE | Mar 13, 2018 | |
| 6 | D OPP/RESP TO MOTION | Mar 28, 2018 | |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 29, 2018 | |
| 8 | P REPLY IN SUPPORT OF MOTION | Apr 17, 2018 | |
| 9 | STIP FOR EXT | Jul 17, 2018 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 17, 2018 | |
| 11 | PROCEEDINGS RESUMED | Jul 17, 2018 | |
| 12 | W/DRAW OF APPLICATION | Aug 07, 2018 | |
| 13 | BD DECISION: OPP SUSTAINED | Sep 05, 2018 | |
| 14 | TERMINATED | Sep 05, 2018 | |

**Type of Proceeding: Opposition**

Proceeding Number: 91226037

Filing Date: Jan 27, 2016

Status: Terminated

Status Date: Dec 04, 2017

Interlocutory YONG OH (RICHARD) KIM

**Attorney:**

**Defendant**

**Name:** CMC Markets UK PLC

**Correspondent** JEFFREY H GREGER
**Address:** HAUPTMAN HAM LLP
2318 MILL ROAD, SUITE 1400
ALEXANDRIA VA , 22314
UNITED STATES

**Correspondent e-mail:** jhggroup@ipfirm.com , jhgreger@ipfirm.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412301 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange, Inc.

**Correspondent** J RYAN HINSHAW
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 27, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 27, 2016 | Mar 07, 2016 |
| 3 | PENDING, INSTITUTED | Jan 27, 2016 | |
| 4 | D MOT FOR EXT W/ CONSENT | Feb 26, 2016 | |
| 5 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |

| 6 | P MOT FOR EXT W/ CONSENT | May 25, 2016 |
| 7 | EXTENSION OF TIME GRANTED | May 25, 2016 |
| 8 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 |
| 9 | ANSWER | Aug 03, 2016 |
| 10 | CHANGE OF CORRESP ADDRESS | Aug 24, 2016 |
| 11 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 24, 2016 |
| 12 | D MOT TO CONSOLIDATE | Sep 02, 2016 |
| 13 | CONSOLIDATION ORDER | Sep 10, 2016 |
| 14 | ANSWER | Sep 29, 2016 |
| 15 | BD DECISION: SUSTAINED | Dec 04, 2017 |
| 16 | TERMINATED | Dec 04, 2017 |

## Type of Proceeding: Opposition

| | |
|---|---|
| **Proceeding Number:** 91225824 | **Filing Date:** Jan 13, 2016 |
| **Status:** Terminated | **Status Date:** Dec 04, 2017 |
| **Interlocutory Attorney:** YONG OH (RICHARD) KIM | |

### Defendant

**Name:** CMC Markets UK PLC

**Correspondent** JEFFREY H GREGER
**Address:** HAUPTMAN HAM LLP
2318 MILL ROAD STE 1400
ALEXANDRIA VA , 22314
UNITED STATES

**Correspondent e-mail:** jhggroup@ipfirm.com , jhgreger@ipfirm.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412291 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange, Inc.

**Correspondent** J RYAN HINSHAW
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com , tmo nagan@norvellip.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |

| | | | |
|---|---|---|---|
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 13, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 13, 2016 | Feb 22, 2016 |
| 3 | PENDING, INSTITUTED | Jan 13, 2016 | |
| 4 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Jan 26, 2016 | |
| 5 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Feb 02, 2016 | |
| 6 | TRIAL DATES RESET | Feb 08, 2016 | |
| 7 | STIP FOR EXT | Feb 26, 2016 | |
| 8 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |
| 9 | P MOT FOR EXT W/ CONSENT | May 25, 2016 | |
| 10 | EXTENSION OF TIME GRANTED | May 25, 2016 | |
| 11 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 | |
| 12 | ANSWER | Aug 03, 2016 | |
| 13 | CHANGE OF CORRESP ADDRESS | Aug 26, 2016 | |
| 14 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 26, 2016 | |
| 15 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Aug 30, 2016 | |
| 16 | D MOT TO CONSOLIDATE | Sep 02, 2016 | |
| 17 | CONSOLIDATION ORDER | Sep 10, 2016 | |
| 18 | ANSWER | Sep 29, 2016 | |
| 19 | ANSWER FOR CHILD CASE | Sep 29, 2016 | |
| 20 | P MOT FOR EXT W/ CONSENT | Jan 27, 2017 | |
| 21 | EXTENSION OF TIME GRANTED | Jan 27, 2017 | |
| 22 | P MOT TO COMPEL DISCOVERY | Feb 08, 2017 | |
| 23 | D OPP/RESP TO MOTION | Feb 28, 2017 | |
| 24 | P REPLY IN SUPPORT OF MOTION | Mar 20, 2017 | |
| 25 | D MOTION | Mar 30, 2017 | |
| 26 | P OPP/RESP TO MOTION | Apr 19, 2017 | |
| 27 | SUSP PEND DISP OF OUTSTNDNG MOT | May 04, 2017 | |
| 28 | PROCEEDINGS RESUMED | Jun 29, 2017 | |
| 29 | W/DRAW OF APPLICATION | Aug 11, 2017 | |
| 30 | P OPP/RESP TO MOTION | Aug 15, 2017 | |
| 31 | BD DECISION: SUSTAINED | Dec 04, 2017 | |
| 32 | TERMINATED | Dec 04, 2017 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91220909

**Filing Date:** Mar 04, 2015

**Status:** Terminated

**Status Date:** Jun 23, 2015

| Interlocutory Attorney: | BENJAMIN U OKEKE |
|---|---|

**Defendant**

| Name: | Chronicleme, Inc. |
|---|---|
| Correspondent Address: | KATHERINE A MARKERT<br>HARTER SECREST & EMERY LLP<br>1600 BAUSCH AND LOMB PL<br>ROCHESTER NY , 14604-2711<br>UNITED STATES |
| Correspondent e-mail: | kmarkert@hselaw.com;bpeet@hselaw.com; coffen@hselaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | Abandoned - After Inter-Partes Decision | 86301751 | |

**Plaintiff(s)**

| Name: | Chicago Mercantile Exchange Inc. |
|---|---|
| Correspondent Address: | TATYANA V GILLES<br>NORVELL IP LLC (13442-1497)<br>P O BOX 2461<br>Chicago IL , 60690<br>UNITED STATES |
| Correspondent e-mail: | officeactions@norvellip.com , jkucala@norvellip.com , tgilles@norvellip.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP PUMA TRADING SYSTEM | Abandoned - No Statement Of Use Filed | 85413626 | |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME STP | | | |

| | | Registered | | 86179537 | 4851862 |
|---|---|---|---|---|---|
| CME GROUP FOUNDATION | | Registered | | 86546830 | 4961334 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 04, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 04, 2015 | Apr 13, 2015 |
| 3 | PENDING, INSTITUTED | Mar 04, 2015 | |
| 4 | NOTICE OF DEFAULT | May 05, 2015 | |
| 5 | BD DECISION: SUSTAINED | Jun 23, 2015 | |
| 6 | TERMINATED | Jun 23, 2015 | |

**Type of Proceeding: Opposition**

| Proceeding Number: | 91205470 | Filing Date: | Jun 05, 2012 |
|---|---|---|---|
| Status: | Terminated | Status Date: | Jun 05, 2012 |
| Interlocutory Attorney: | BENJAMIN U OKEKE | | |

**Defendant**

Name: CMDirect, Inc.

Correspondent JAMES H DONOIAN
Address: GREENBERG TRAURIG LLP
200 PARK AVENUE, 34TH FLOOR
NEW YORK NY , 10166
UNITED STATES

Correspondent e-mail: nytmdkt@gtlaw.com , garfieldh@gtlaw.com , donoianj@gtlaw.com , biancoc@gtlaw.com , navarrod@gtlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMDIRECT | Abandoned - After Inter-Partes Decision | 85340856 | |

**Plaintiff(s)**

Name: Chicago Mercantile Exchange Inc.

Correspondent TATYANA V GILLES
Address: NORVELL IP LLC
1776 ASH STREET
NORTHFIELD IL , 60093
UNITED STATES

Correspondent e-mail: tgilles@norvellip.com , officeactions@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |

| | | | |
|---|---|---|---|
| CME GLINK | Registered | 85242307 | 4343012 |
| CME POINT | Abandoned - No Statement Of Use Filed | 85294949 | |
| CME CORE | Abandoned - No Statement Of Use Filed | 85253829 | |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME POSITION INTELLIGENCE | Abandoned - No Statement Of Use Filed | 85310824 | |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jun 05, 2012 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jun 07, 2012 | Jul 17, 2012 |
| 3 | PENDING, INSTITUTED | Jun 07, 2012 | |
| 4 | ANSWER | Jul 17, 2012 | |
| 5 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Dec 04, 2012 | |
| 6 | EXTENSION OF TIME GRANTED | Dec 04, 2012 | |
| 7 | Confidential Plaintiff's Motion to Compel Discovery | Jan 11, 2013 | |
| 8 | P'S MOTION TO COMPEL DISCOVERY | Jan 11, 2013 | |
| 9 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | Jan 18, 2013 | |
| 10 | P'S STATEMENT IN SUPPORT OF ITS MOTION TO COMPEL | Feb 05, 2013 | |
| 11 | P MOT FOR EXT W/ CONSENT | Feb 12, 2013 | |
| 12 | EXTENSION OF TIME GRANTED | Feb 12, 2013 | |
| 13 | TRIAL DATES RESET | Apr 04, 2013 | |
| 14 | P MOT FOR EXT W/ CONSENT | Apr 24, 2013 | |
| 15 | EXTENSION OF TIME GRANTED | Apr 24, 2013 | |
| 16 | P MOT FOR EXT W/ CONSENT | May 24, 2013 | |
| 17 | EXTENSION OF TIME GRANTED | May 24, 2013 | |
| 18 | P MOT FOR EXT W/ CONSENT | Jun 19, 2013 | |
| 19 | EXTENSION OF TIME GRANTED | Jun 19, 2013 | |
| 20 | W/DRAW OF APPLICATION | Jul 19, 2013 | |
| 21 | BD DECISION: SUSTAINED | Jul 25, 2013 | |
| 22 | TERMINATED | Jul 25, 2013 | |
| 23 | BD DECISION: SUSTAINED | Jul 25, 2013 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91199977 | **Filing Date:** | May 25, 2011 |
| **Status:** | Terminated | **Status Date:** | Aug 29, 2011 |
| **Interlocutory Attorney:** | CHERYL S GOODMAN | | |

### Defendant

**Name:** The Clifton Group Investment Management Company

**Correspondent** ALAN G GORMAN
**Address:** BARNES THORNBURG LLP
3475 PIEDMONT ROAD NE, SUITE 1700
ATLANTA GA , 30305 2954
UNITED STATES

**Correspondent e-mail:** alan.gorman@btlaw.com , trademark-at@btlaw.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CEM | Abandoned - After Inter-Partes Decision | 85108435 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** JOSEPH T KUCALA
**Address:** NORVELL IP LLC
1776 ASH STREET
NORTHFIELD IL , 60093
UNITED STATES

**Correspondent e-mail:** jkucala@norvellip.com

mail:

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | May 25, 2011 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 26, 2011 | Jul 05, 2011 |
| 3 | PENDING, INSTITUTED | May 26, 2011 | |
| 4 | STIPULATION FOR AN EXTENSION OF TIME | Jul 05, 2011 | |
| 5 | EXTENSION OF TIME GRANTED | Jul 05, 2011 | |
| 6 | STIPULATION FOR AN EXTENSION OF TIME | Aug 04, 2011 | |
| 7 | EXTENSION OF TIME GRANTED | Aug 04, 2011 | |
| 8 | WITHDRAWAL OF APPLICATION | Aug 12, 2011 | |
| 9 | BOARD'S DECISION: SUSTAINED | Aug 29, 2011 | |
| 10 | TERMINATED | Aug 29, 2011 | |

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,367,684
Registered Jan. 15, 2008

## SERVICE MARK
## PRINCIPAL REGISTER

# CME GROUP

CHICAGO MERCANTILE EXCHANGE HOLD-
INGS INC. (DELAWARE CORPORATION)
20 SOUTH WACKER DRIVE
CHICAGO, IL 60606

FOR: CONDUCTING COMMODITIES, SECURI-
TIES, MONETARY AND FINANCIAL INSTRU-
MENTS EXCHANGE SERVICES, IN CLASS 36 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 7-17-2007; IN COMMERCE 7-17-2007.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,085,681, 3,084,640
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "GROUP", APART FROM THE
MARK AS SHOWN.

SER. NO. 77-022,870, FILED 10-17-2006.

ROBERT C. CLARK JR., EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2019-02-17 16:05:55 EST

**Mark:** CME GROUP

# CME GROUP

**US Serial Number:** 77022870

**US Registration Number:** 3367684

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**

**Application Filing Date:** Oct. 17, 2006

**Registration Date:** Jan. 15, 2008

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Jan. 20, 2018

**Publication Date:** Oct. 30, 2007

## Mark Information

**Mark Literal Elements:** CME GROUP

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "GROUP"

## Related Properties Information

**Claimed Ownership of US Registrations:** 1085681, 2991670, 3084640 and others

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Conducting commodities, securities, monetary and financial instruments exchange services

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jul. 17, 2007

**Use in Commerce:** Jul. 17, 2007

## Basis Information (Case Level)

**Filed Use:** No

**Filed ITU:** Yes

**Filed 44D:** No

**Filed 44E:** No

**Currently Use:** Yes

**Currently ITU:** No

**Currently 44E:** No

**Currently 66A:** No

**Filed 66A:** No

**Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** CHICAGO MERCANTILE EXCHANGE INC.

**Owner Address:** 20 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS UNITED STATES 60606

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Christine A. Filarski

**Docket Number:** 13439-0978

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Christine A. Filarski
Norvell IP llc
P.O. Box 2461
Chicago, ILLINOIS UNITED STATES 60690

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com
cfilarski@norvellip.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Jan. 20, 2018 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jan. 20, 2018 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 76533 |
| Jan. 20, 2018 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 76533 |
| Jan. 20, 2018 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 76533 |
| Dec. 22, 2017 | TEAS SECTION 8 & 9 RECEIVED | |
| Jan. 15, 2017 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Jan. 24, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Jan. 24, 2014 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 70132 |
| Jan. 14, 2014 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | 70132 |
| Jan. 24, 2014 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 70132 |
| Jan. 14, 2014 | TEAS SECTION 8 & 15 RECEIVED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Feb. 07, 2012 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 07, 2012 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Apr. 20, 2011 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Jan. 15, 2008 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 30, 2007 | PUBLISHED FOR OPPOSITION | |
| Oct. 10, 2007 | NOTICE OF PUBLICATION | |
| Sep. 25, 2007 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 68602 |
| Sep. 25, 2007 | ASSIGNED TO LIE | 68602 |
| Sep. 14, 2007 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 14, 2007 | USE AMENDMENT ACCEPTED | 59500 |
| Aug. 21, 2007 | AMENDMENT TO USE PROCESSING COMPLETE | 88889 |
| Aug. 21, 2007 | USE AMENDMENT FILED | 88889 |
| Aug. 20, 2007 | TEAS AMENDMENT OF USE RECEIVED | |

| Aug. 20, 2007 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Aug. 20, 2007 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Aug. 20, 2007 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Feb. 20, 2007 | NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 20, 2007 | NON-FINAL ACTION WRITTEN | 59500 |
| Feb. 15, 2007 | ASSIGNED TO EXAMINER | 59500 |
| Oct. 24, 2006 | NOTICE OF PSEUDO MARK MAILED | |
| Oct. 23, 2006 | NEW APPLICATION ENTERED IN TRAM | |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Jan. 15, 2018

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE    **Date in Location:** Jan. 20, 2018

## Assignment Abstract Of Title Information

### Summary

**Total Assignments:** 1    **Registrant:** Chicago Mercantile Exchange Holdings Inc.

#### Assignment 1 of 1

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Reel/Frame:** 4521/0431    **Pages:** 3

**Date Recorded:** Apr. 13, 2011

**Supporting Documents:** assignment-tm-4521-0431.pdf

**Assignor**

**Name:** CME GROUP INC.    **Execution Date:** Feb. 29, 2008

**Legal Entity Type:** CORPORATION    **State or Country Where Organized:** DELAWARE

**DBA, AKA, TA, Formerly:** FORMERLY CHICAGO MERCANTILE EXCHANGE HOLDINGS INC.

**Assignee**

**Name:** CHICAGO MERCANTILE EXCHANGE INC.

**Legal Entity Type:** CORPORATION    **State or Country Where Organized:** DELAWARE

**Address:** 20 SOUTH WACKER DRIVE CHICAGO, ILLINOIS 60606

**Correspondent**

**Correspondent Name:** JOSEPH T. KUCALA, JR.

**Correspondent Address:** 1776 ASH STREET NORTHFIELD, IL 60093

**Domestic Representative - Not Found**

## Proceedings

### Summary

**Number of Proceedings:** 6

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91238893 | **Filing Date:** Jan 10, 2018 | |
| **Status:** | Terminated | **Status Date:** Sep 05, 2018 | |
| **Interlocutory Attorney:** | MIKE WEBSTER | | |

**Defendant**

**Name:** Church Mutual Insurance Company

**Correspondent** CHRISTOPHER P FOLEY
**Address:** FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 NEW YORK AVENUE NW
WASHINGTON DC UNITED STATES , 20001

**Correspondent e-mail:** docketing@finnegan.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMEXCHANGE | Abandoned - After Inter-Partes Decision | 87431426 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** CHRISTINE A FILARSKI
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| CME FX$INDEX | Registered | 86963593 | 5211897 |
| CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 73134561 | 1085682 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME FX SPOT | Third Extension - Granted | 87155844 | |
| CME CLEARCHAIN | Third Extension - Granted | 87141695 | |
| CME FX LINK | Notice of Allowance - Issued | 87689907 | |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 10, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 10, 2018 | Feb 19, 2018 |
| 3 | PENDING, INSTITUTED | Jan 10, 2018 | |
| 4 | ANSWER | Feb 20, 2018 | |
| 5 | P MOT TO STRIKE PLEADING/AFFIRMATIVE DEFENSE | Mar 13, 2018 | |
| 6 | D OPP/RESP TO MOTION | Mar 28, 2018 | |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 29, 2018 | |
| 8 | P REPLY IN SUPPORT OF MOTION | Apr 17, 2018 | |
| 9 | STIP FOR EXT | Jul 17, 2018 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 17, 2018 | |
| 11 | PROCEEDINGS RESUMED | Jul 17, 2018 | |
| 12 | W/DRAW OF APPLICATION | Aug 07, 2018 | |
| 13 | BD DECISION: OPP SUSTAINED | Sep 05, 2018 | |
| 14 | TERMINATED | Sep 05, 2018 | |

## Type of Proceeding: Opposition

| | |
|---|---|
| **Proceeding Number:** 91226037 | **Filing Date:** Jan 27, 2016 |
| **Status:** Terminated | **Status Date:** Dec 04, 2017 |
| **Interlocutory Attorney:** YONG OH (RICHARD) KIM | |

### Defendant

**Name:** CMC Markets UK PLC

**Correspondent** JEFFREY H GREGER
**Address:** HAUPTMAN HAM LLP
2318 MILL ROAD, SUITE 1400
ALEXANDRIA VA UNITED STATES , 22314

**Correspondent e-mail:** jhggroup@ipfirm.com , jhgreger@ipfirm.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412301 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange, Inc.

**Correspondent** J RYAN HINSHAW
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |

| | | | | |
|---|---|---|---|---|
| CME GROUP | Registered | | 85683068 | 4544078 |
| CME GROUP | Registered | | 85683052 | 4544077 |
| CME CLEARPORT | Registered | | 85908503 | 4535988 |
| CME GLINK | Registered | | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | | 85715231 | |
| CME DIRECT MOBILE | Registered | | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | | 86520059 | |
| CME EUROPE | Registered | | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | | 86546830 | 4961334 |
| CME MESSENGER | Registered | | 86651682 | 5023757 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 27, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 27, 2016 | Mar 07, 2016 |
| 3 | PENDING, INSTITUTED | Jan 27, 2016 | |
| 4 | D MOT FOR EXT W/ CONSENT | Feb 26, 2016 | |
| 5 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |
| 6 | P MOT FOR EXT W/ CONSENT | May 25, 2016 | |
| 7 | EXTENSION OF TIME GRANTED | May 25, 2016 | |
| 8 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 | |
| 9 | ANSWER | Aug 03, 2016 | |
| 10 | CHANGE OF CORRESP ADDRESS | Aug 24, 2016 | |
| 11 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 24, 2016 | |
| 12 | D MOT TO CONSOLIDATE | Sep 02, 2016 | |
| 13 | CONSOLIDATION ORDER | Sep 10, 2016 | |
| 14 | ANSWER | Sep 29, 2016 | |
| 15 | BD DECISION: SUSTAINED | Dec 04, 2017 | |
| 16 | TERMINATED | Dec 04, 2017 | |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** 91225824 | | **Filing Date:** Jan 13, 2016 | |
| **Status:** Terminated | | **Status Date:** Dec 04, 2017 | |
| **Interlocutory Attorney:** YONG OH (RICHARD) KIM | | | |

**Defendant**

**Name:** CMC Markets UK PLC

**Correspondent** JEFFREY H GREGER
**Address:** HAUPTMAN HAM LLP
2318 MILL ROAD STE 1400
ALEXANDRIA VA UNITED STATES , 22314

**Correspondent e-mail:** jhggroup@ipfirm.com , jhgreger@ipfirm.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412291 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange, Inc.

**Correspondent** J RYAN HINSHAW
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com , tmo nagan@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|--------------|---------------------|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | FILED AND FEE | Jan 13, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 13, 2016 | Feb 22, 2016 |
| 3 | PENDING, INSTITUTED | Jan 13, 2016 | |
| 4 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Jan 26, 2016 | |
| 5 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Feb 02, 2016 | |
| 6 | TRIAL DATES RESET | Feb 08, 2016 | |
| 7 | STIP FOR EXT | Feb 26, 2016 | |
| 8 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |
| 9 | P MOT FOR EXT W/ CONSENT | May 25, 2016 | |
| 10 | EXTENSION OF TIME GRANTED | May 25, 2016 | |
| 11 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 | |
| 12 | ANSWER | Aug 03, 2016 | |
| 13 | CHANGE OF CORRESP ADDRESS | Aug 26, 2016 | |
| 14 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 26, 2016 | |
| 15 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Aug 30, 2016 | |
| 16 | D MOT TO CONSOLIDATE | Sep 02, 2016 | |
| 17 | CONSOLIDATION ORDER | Sep 10, 2016 | |
| 18 | ANSWER | Sep 29, 2016 | |
| 19 | ANSWER FOR CHILD CASE | Sep 29, 2016 | |

| | | |
|---|---|---|
| 20 | P MOT FOR EXT W/ CONSENT | Jan 27, 2017 |
| 21 | EXTENSION OF TIME GRANTED | Jan 27, 2017 |
| 22 | P MOT TO COMPEL DISCOVERY | Feb 08, 2017 |
| 23 | D OPP/RESP TO MOTION | Feb 28, 2017 |
| 24 | P REPLY IN SUPPORT OF MOTION | Mar 20, 2017 |
| 25 | D MOTION | Mar 30, 2017 |
| 26 | P OPP/RESP TO MOTION | Apr 19, 2017 |
| 27 | SUSP PEND DISP OF OUTSTNDNG MOT | May 04, 2017 |
| 28 | PROCEEDINGS RESUMED | Jun 29, 2017 |
| 29 | W/DRAW OF APPLICATION | Aug 11, 2017 |
| 30 | P OPP/RESP TO MOTION | Aug 15, 2017 |
| 31 | BD DECISION: SUSTAINED | Dec 04, 2017 |
| 32 | TERMINATED | Dec 04, 2017 |

**Type of Proceeding: Opposition**

**Proceeding Number:** 91220909 **Filing Date:** Mar 04, 2015

**Status:** Terminated **Status Date:** Jun 23, 2015

**Interlocutory Attorney:** BENJAMIN U OKEKE

**Defendant**

**Name:** Chronicleme, Inc.

**Correspondent** KATHERINE A MARKERT
**Address:** HARTER SECREST & EMERY LLP
1600 BAUSCH AND LOMB PL
ROCHESTER NY UNITED STATES , 14604-2711

**Correspondent e-mail:** kmarkert@hselaw.com;bpeet@hselaw.com; coffen@hselaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | Abandoned - After Inter-Partes Decision | 86301751 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** TATYANA V GILLES
**Address:** NORVELL IP LLC (13442-1497)
P O BOX 2461
Chicago IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , jkucala@norvellip.com , tgilles@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |

| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
|---|---|---|---|
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP PUMA TRADING SYSTEM | Abandoned - No Statement Of Use Filed | 85413626 | |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME STP | Registered | 86179537 | 4851862 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 04, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 04, 2015 | Apr 13, 2015 |
| 3 | PENDING, INSTITUTED | Mar 04, 2015 | |
| 4 | NOTICE OF DEFAULT | May 05, 2015 | |
| 5 | BD DECISION: SUSTAINED | Jun 23, 2015 | |
| 6 | TERMINATED | Jun 23, 2015 | |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91205470 | **Filing Date:** | Jun 05, 2012 |
| **Status:** | Terminated | **Status Date:** | Jun 05, 2012 |
| **Interlocutory Attorney:** | BENJAMIN U OKEKE | | |

**Defendant**

**Name:** CMDirect, Inc.

**Correspondent Address:** JAMES H DONOIAN
GREENBERG TRAURIG LLP
200 PARK AVENUE, 34TH FLOOR
NEW YORK NY UNITED STATES , 10166

**Correspondent e-mail:** nytmdkt@gtlaw.com , garfieldh@gtlaw.com , donoianj@gtlaw.com , biancoc@gtlaw.com , navarrod@gtlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMDIRECT | Abandoned - After Inter-Partes Decision | 85340856 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent Address:** TATYANA V GILLES
NORVELL IP LLC
1776 ASH STREET
NORTHFIELD IL UNITED STATES , 60093

**Correspondent e-mail:** tgilles@norvellip.com , officeactions@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |

| | | | |
|---|---|---|---|
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME POINT | Abandoned - No Statement Of Use Filed | 85294949 | |
| CME CORE | Abandoned - No Statement Of Use Filed | 85253829 | |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME POSITION INTELLIGENCE | Abandoned - No Statement Of Use Filed | 85310824 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jun 05, 2012 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jun 07, 2012 | Jul 17, 2012 |
| 3 | PENDING, INSTITUTED | Jun 07, 2012 | |
| 4 | ANSWER | Jul 17, 2012 | |
| 5 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Dec 04, 2012 | |
| 6 | EXTENSION OF TIME GRANTED | Dec 04, 2012 | |
| 7 | Confidential Plaintiff's Motion to Compel Discovery | Jan 11, 2013 | |
| 8 | P'S MOTION TO COMPEL DISCOVERY | Jan 11, 2013 | |
| 9 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | Jan 18, 2013 | |
| 10 | P'S STATEMENT IN SUPPORT OF ITS MOTION TO COMPEL | Feb 05, 2013 | |
| 11 | P MOT FOR EXT W/ CONSENT | Feb 12, 2013 | |
| 12 | EXTENSION OF TIME GRANTED | Feb 12, 2013 | |
| 13 | TRIAL DATES RESET | Apr 04, 2013 | |
| 14 | P MOT FOR EXT W/ CONSENT | Apr 24, 2013 | |
| 15 | EXTENSION OF TIME GRANTED | Apr 24, 2013 | |
| 16 | P MOT FOR EXT W/ CONSENT | May 24, 2013 | |
| 17 | EXTENSION OF TIME GRANTED | May 24, 2013 | |
| 18 | P MOT FOR EXT W/ CONSENT | Jun 19, 2013 | |
| 19 | EXTENSION OF TIME GRANTED | Jun 19, 2013 | |
| 20 | W/DRAW OF APPLICATION | Jul 19, 2013 | |
| 21 | BD DECISION: SUSTAINED | Jul 25, 2013 | |
| 22 | TERMINATED | Jul 25, 2013 | |
| 23 | BD DECISION: SUSTAINED | Jul 25, 2013 | |

**Type of Proceeding: Opposition**

Proceeding **91199977**
Number:

Filing Date: May 25, 2011

Status: Terminated

Status Date: Aug 29, 2011

Interlocutory CHERYL S GOODMAN
Attorney:

**Defendant**

Name: The Clifton Group Investment Management Company

Correspondent ALAN G GORMAN
Address: BARNES THORNBURG LLP
3475 PIEDMONT ROAD NE, SUITE 1700
ATLANTA GA UNITED STATES , 30305 2954

**Correspondent e-mail:** alan.gorman@btlaw.com , trademark-at@btlaw.com

## Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CEM | Abandoned - After Inter-Partes Decision | 85108435 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent Address:** JOSEPH T KUCALA
NORVELL IP LLC
1776 ASH STREET
NORTHFIELD IL UNITED STATES , 60093

**Correspondent e-mail:** jkucala@norvellip.com

## Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | FILED AND FEE | May 25, 2011 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 26, 2011 | Jul 05, 2011 |
| 3 | PENDING, INSTITUTED | May 26, 2011 | |
| 4 | STIPULATION FOR AN EXTENSION OF TIME | Jul 05, 2011 | |
| 5 | EXTENSION OF TIME GRANTED | Jul 05, 2011 | |
| 6 | STIPULATION FOR AN EXTENSION OF TIME | Aug 04, 2011 | |
| 7 | EXTENSION OF TIME GRANTED | Aug 04, 2011 | |
| 8 | WITHDRAWAL OF APPLICATION | Aug 12, 2011 | |
| 9 | BOARD'S DECISION: SUSTAINED | Aug 29, 2011 | |
| 10 | TERMINATED | Aug 29, 2011 | |

Int. Cls.: 9 and 42

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100 and 101

Reg. No. 3,075,976

**United States Patent and Trademark Office**    Registered Apr. 4, 2006

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER



CHICAGO MERCANTILE EXCHANGE INC. (IL-
LINOIS CORPORATION)
20 S. WACKER DRIVE
CHICAGO, IL 60606

FOR: COMPUTER HARDWARE AND SOFT-
WARE FOR USE IN PROVIDING FINANCIAL EX-
CHANGE SERVICES, IN CLASS 9 (U.S. CLS. 21, 23, 26,
36 AND 38).

FIRST USE 8-21-2003; IN COMMERCE 8-21-2003.

FOR: PROVIDING TEMPORARY USE OF NON-
DOWNLOADABLE SOFTWARE FOR USE IN PRO-

VIDING FINANCIAL EXCHANGE SERVICES, IN
CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 8-21-2003; IN COMMERCE 8-21-2003.

OWNER OF U.S. REG. NOS. 2,829,913, 2,840,360
AND OTHERS.

SEC. 2(F) CHICAGO MERCANTILE EXCHANGE.

SER. NO. 78-496,095, FILED 10-7-2004.

PAULA MAYS, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2019-02-17 16:06:17 EST

**Mark:** CME CHICAGO MERCANTILE EXCHANGE

**cme** ●
Chicago Mercantile Exchange

**US Serial Number:** 78496095

**US Registration Number:** 3075976

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:**

**Application Filing Date:** Oct. 07, 2004

**Registration Date:** Apr. 04, 2006

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Jun. 22, 2016

**Publication Date:** Jan. 10, 2006

# Mark Information

**Mark Literal Elements:** CME CHICAGO MERCANTILE EXCHANGE

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Acquired Distinctiveness Claim:** In part

**Distinctiveness Limitation Statement:** Chicago Mercantile Exchange

**Design Search Code(s):** 01.07.02 - Globes with meridians and parallels only
01.07.25 - Globes, other

# Related Properties Information

**Claimed Ownership of US Registrations:** 2829913, 2831871, 2840360 and others

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer [ hardware and ] software for use in providing financial exchange services

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Aug. 21, 2003

**Use in Commerce:** Aug. 21, 2003

**For:** Providing temporary use of non-downloadable software for use in providing financial exchange services

| | | | |
|---|---|---|---|
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100, 101 |

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Aug. 21, 2003      **Use in Commerce:** Aug. 21, 2003

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Christine A. Filarski | **Docket Number:** | 13439-1088 |
| **Attorney Primary Email Address:** | officeactions@norvellip.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

**Correspondent Name/Address:** Christine A. Filarski
Norvell IP llc
PO Box 2461
Chicago, ILLINOIS UNITED STATES 60690

| | | | |
|---|---|---|---|
| **Phone:** | 888-315-0732 | **Fax:** | 312-268-5063 |
| **Correspondent e-mail:** | officeactions@norvellip.com cfilarski@norvellip.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 22, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jun. 22, 2016 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 75184 |
| Jun. 22, 2016 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 75184 |
| Jun. 22, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 75184 |
| Apr. 01, 2016 | TEAS SECTION 8 & 9 RECEIVED | |
| Apr. 04, 2015 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| May 22, 2012 | CERTIFICATE OF CORRECTION ISSUED | 66607 |
| May 22, 2012 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 66607 |
| May 02, 2012 | TEAS SECTION 7 REQUEST RECEIVED | |
| Feb. 07, 2012 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 07, 2012 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |

| Sep. 30, 2011 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Sep. 30, 2011 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 77315 |
| Sep. 30, 2011 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 77315 |
| Sep. 13, 2011 | TEAS SECTION 8 & 15 RECEIVED | |
| Apr. 04, 2006 | REGISTERED-PRINCIPAL REGISTER | |
| Jan. 10, 2006 | PUBLISHED FOR OPPOSITION | |
| Dec. 21, 2005 | NOTICE OF PUBLICATION | |
| Oct. 18, 2005 | WITHDRAWN FROM PUB - TQR/NON-ATTY REQUEST | 66970 |
| Sep. 26, 2005 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 69350 |
| Sep. 16, 2005 | ASSIGNED TO LIE | 69350 |
| Sep. 14, 2005 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 03, 2005 | AMENDMENT FROM APPLICANT ENTERED | 74221 |
| Aug. 29, 2005 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 74221 |
| Aug. 29, 2005 | PAPER RECEIVED | |
| May 14, 2005 | NON-FINAL ACTION E-MAILED | 6325 |
| May 14, 2005 | NON-FINAL ACTION WRITTEN | 73289 |
| May 11, 2005 | ASSIGNED TO EXAMINER | 73289 |
| Oct. 14, 2004 | NEW APPLICATION ENTERED IN TRAM | |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Apr. 04, 2016

**Change in Registration:** Yes

**Correction made to Registration:** In the statement, column 1, line 1-2, * ILLINOIS * should be deleted, and, * DELAWARE * should be inserted.

## TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** GENERIC WEB UPDATE     **Date in Location:** Jun. 22, 2016

## Proceedings

### Summary

**Number of Proceedings:** 5

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91226037 | **Filing Date:** | Jan 27, 2016 |
| **Status:** | Terminated | **Status Date:** | Dec 04, 2017 |
| **Interlocutory Attorney:** | YONG OH (RICHARD) KIM | | |

#### Defendant

**Name:** CMC Markets UK PLC

**Correspondent Address:** JEFFREY H GREGER
HAUPTMAN HAM LLP
2318 MILL ROAD, SUITE 1400
ALEXANDRIA VA UNITED STATES , 22314

**Correspondent e-mail:** jhggroup@ipfirm.com , jhgreger@ipfirm.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|

CMC MARKETS            Abandoned - After Inter-Partes Decision         86412301

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange, Inc.

**Correspondent** J RYAN HINSHAW
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 27, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 27, 2016 | Mar 07, 2016 |
| 3 | PENDING, INSTITUTED | Jan 27, 2016 | |
| 4 | D MOT FOR EXT W/ CONSENT | Feb 26, 2016 | |
| 5 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |
| 6 | P MOT FOR EXT W/ CONSENT | May 25, 2016 | |
| 7 | EXTENSION OF TIME GRANTED | May 25, 2016 | |
| 8 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 | |
| 9 | ANSWER | Aug 03, 2016 | |
| 10 | CHANGE OF CORRESP ADDRESS | Aug 24, 2016 | |
| 11 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 24, 2016 | |
| 12 | D MOT TO CONSOLIDATE | Sep 02, 2016 | |
| 13 | CONSOLIDATION ORDER | Sep 10, 2016 | |
| 14 | ANSWER | Sep 29, 2016 | |
| 15 | BD DECISION: SUSTAINED | Dec 04, 2017 | |
| 16 | TERMINATED | Dec 04, 2017 | |

**Type of Proceeding: Opposition**

Proceeding 91225824              **Filing Date:** Jan 13, 2016

**Number:** _____

**Status:** Terminated                    **Status Date:** Dec 04, 2017

**Interlocutory Attorney:** YONG OH (RICHARD) KIM

### Defendant

**Name:** CMC Markets UK PLC

**Correspondent** JEFFREY H GREGER
**Address:** HAUPTMAN HAM LLP
2318 MILL ROAD STE 1400
ALEXANDRIA VA UNITED STATES , 22314

**Correspondent e-mail:** jhggroup@ipfirm.com , jhgreger@ipfirm.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412291 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange, Inc.

**Correspondent** J RYAN HINSHAW
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com , tmo nagan@norvellip.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |

| | | | | |
|---|---|---|---|---|
| CME GROUP FOUNDATION | | Registered | 86546830 | 4961334 |
| CME MESSENGER | | Registered | 86651682 | 5023757 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 13, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 13, 2016 | Feb 22, 2016 |
| 3 | PENDING, INSTITUTED | Jan 13, 2016 | |
| 4 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Jan 26, 2016 | |
| 5 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Feb 02, 2016 | |
| 6 | TRIAL DATES RESET | Feb 08, 2016 | |
| 7 | STIP FOR EXT | Feb 26, 2016 | |
| 8 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |
| 9 | P MOT FOR EXT W/ CONSENT | May 25, 2016 | |
| 10 | EXTENSION OF TIME GRANTED | May 25, 2016 | |
| 11 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 | |
| 12 | ANSWER | Aug 03, 2016 | |
| 13 | CHANGE OF CORRESP ADDRESS | Aug 26, 2016 | |
| 14 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 26, 2016 | |
| 15 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Aug 30, 2016 | |
| 16 | D MOT TO CONSOLIDATE | Sep 02, 2016 | |
| 17 | CONSOLIDATION ORDER | Sep 10, 2016 | |
| 18 | ANSWER | Sep 29, 2016 | |
| 19 | ANSWER FOR CHILD CASE | Sep 29, 2016 | |
| 20 | P MOT FOR EXT W/ CONSENT | Jan 27, 2017 | |
| 21 | EXTENSION OF TIME GRANTED | Jan 27, 2017 | |
| 22 | P MOT TO COMPEL DISCOVERY | Feb 08, 2017 | |
| 23 | D OPP/RESP TO MOTION | Feb 28, 2017 | |
| 24 | P REPLY IN SUPPORT OF MOTION | Mar 20, 2017 | |
| 25 | D MOTION | Mar 30, 2017 | |
| 26 | P OPP/RESP TO MOTION | Apr 19, 2017 | |
| 27 | SUSP PEND DISP OF OUTSTNDNG MOT | May 04, 2017 | |
| 28 | PROCEEDINGS RESUMED | Jun 29, 2017 | |
| 29 | W/DRAW OF APPLICATION | Aug 11, 2017 | |
| 30 | P OPP/RESP TO MOTION | Aug 15, 2017 | |
| 31 | BD DECISION: SUSTAINED | Dec 04, 2017 | |
| 32 | TERMINATED | Dec 04, 2017 | |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| Proceeding Number: | 91220909 | Filing Date: | Mar 04, 2015 |
| Status: | Terminated | Status Date: | Jun 23, 2015 |
| Interlocutory Attorney: | BENJAMIN U OKEKE | | |

**Defendant**

Name: Chronicleme, Inc.

Correspondent KATHERINE A MARKERT
Address: HARTER SECREST & EMERY LLP
1600 BAUSCH AND LOMB PL
ROCHESTER NY UNITED STATES , 14604-2711

Correspondent e-mail: kmarkert@hselaw.com;bpeet@hselaw.com; coffen@hselaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | Abandoned - After Inter-Partes Decision | 86301751 | |

**Plaintiff(s)**

Name: Chicago Mercantile Exchange Inc.

**Correspondent** TATYANA V GILLES
**Address:** NORVELL IP LLC (13442-1497)
P O BOX 2461
Chicago IL UNITED STATES , 60690

**Correspondent e-** officeactions@norvellip.com , jkucala@norvellip.com , tgilles@norvellip.com
**mail:**

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP PUMA TRADING SYSTEM | Abandoned - No Statement Of Use Filed | 85413626 | |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME STP | Registered | 86179537 | 4851862 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|-------------|------|----------|
| 1 | FILED AND FEE | Mar 04, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 04, 2015 | Apr 13, 2015 |
| 3 | PENDING, INSTITUTED | Mar 04, 2015 | |
| 4 | NOTICE OF DEFAULT | May 05, 2015 | |
| 5 | BD DECISION: SUSTAINED | Jun 23, 2015 | |
| 6 | TERMINATED | Jun 23, 2015 | |

**Type of Proceeding: Opposition**

**Proceeding** 91205470
**Number:**

**Filing Date:** Jun 05, 2012

**Status:** Terminated

**Status Date:** Jun 05, 2012

**Interlocutory** BENJAMIN U OKEKE
**Attorney:**

**Defendant**

**Name:** CMDirect, Inc.

**Correspondent** JAMES H DONOIAN
**Address:** GREENBERG TRAURIG LLP
200 PARK AVENUE, 34TH FLOOR
NEW YORK NY UNITED STATES , 10166

**Correspondent e-mail:** nytmdkt@gtlaw.com , garfieldh@gtlaw.com , donoianj@gtlaw.com , biancoc@gtlaw.com , navarrod@gtlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CMDIRECT | Abandoned - After Inter-Partes Decision | 85340856 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** TATYANA V GILLES
**Address:** NORVELL IP LLC
1776 ASH STREET
NORTHFIELD IL UNITED STATES , 60093

**Correspondent e-mail:** tgilles@norvellip.com , officeactions@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME POINT | Abandoned - No Statement Of Use Filed | 85294949 | |
| CME CORE | Abandoned - No Statement Of Use Filed | 85253829 | |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME POSITION INTELLIGENCE | Abandoned - No Statement Of Use Filed | 85310824 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|-------------|------|----------|
| 1 | FILED AND FEE | Jun 05, 2012 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jun 07, 2012 | Jul 17, 2012 |
| 3 | PENDING, INSTITUTED | Jun 07, 2012 | |
| 4 | ANSWER | Jul 17, 2012 | |
| 5 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Dec 04, 2012 | |
| 6 | EXTENSION OF TIME GRANTED | Dec 04, 2012 | |
| 7 | Confidential Plaintiff's Motion to Compel Discovery | Jan 11, 2013 | |
| 8 | P'S MOTION TO COMPEL DISCOVERY | Jan 11, 2013 | |
| 9 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | Jan 18, 2013 | |
| 10 | P'S STATEMENT IN SUPPORT OF ITS MOTION TO COMPEL | Feb 05, 2013 | |
| 11 | P MOT FOR EXT W/ CONSENT | Feb 12, 2013 | |

| 12 | EXTENSION OF TIME GRANTED | Feb 12, 2013 |
| 13 | TRIAL DATES RESET | Apr 04, 2013 |
| 14 | P MOT FOR EXT W/ CONSENT | Apr 24, 2013 |
| 15 | EXTENSION OF TIME GRANTED | Apr 24, 2013 |
| 16 | P MOT FOR EXT W/ CONSENT | May 24, 2013 |
| 17 | EXTENSION OF TIME GRANTED | May 24, 2013 |
| 18 | P MOT FOR EXT W/ CONSENT | Jun 19, 2013 |
| 19 | EXTENSION OF TIME GRANTED | Jun 19, 2013 |
| 20 | W/DRAW OF APPLICATION | Jul 19, 2013 |
| 21 | BD DECISION: SUSTAINED | Jul 25, 2013 |
| 22 | TERMINATED | Jul 25, 2013 |
| 23 | BD DECISION: SUSTAINED | Jul 25, 2013 |

## Type of Proceeding: Opposition

**Proceeding Number:** 91199977    **Filing Date:** May 25, 2011

**Status:** Terminated    **Status Date:** Aug 29, 2011

**Interlocutory Attorney:** CHERYL S GOODMAN

### Defendant

**Name:** The Clifton Group Investment Management Company

**Correspondent** ALAN G GORMAN
**Address:** BARNES THORNBURG LLP
3475 PIEDMONT ROAD NE, SUITE 1700
ATLANTA GA UNITED STATES , 30305 2954

**Correspondent e-mail:** alan.gorman@btlaw.com , trademark-at@btlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|---------------|---------------------|
| CEM | Abandoned - After Inter-Partes Decision | 85108435 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** JOSEPH T KUCALA
**Address:** NORVELL IP LLC
1776 ASH STREET
NORTHFIELD IL UNITED STATES , 60093

**Correspondent e-mail:** jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|---------------|---------------------|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | FILED AND FEE | May 25, 2011 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 26, 2011 | Jul 05, 2011 |

| 3 | PENDING, INSTITUTED | May 26, 2011 |
| 4 | STIPULATION FOR AN EXTENSION OF TIME | Jul 05, 2011 |
| 5 | EXTENSION OF TIME GRANTED | Jul 05, 2011 |
| 6 | STIPULATION FOR AN EXTENSION OF TIME | Aug 04, 2011 |
| 7 | EXTENSION OF TIME GRANTED | Aug 04, 2011 |
| 8 | WITHDRAWAL OF APPLICATION | Aug 12, 2011 |
| 9 | BOARD'S DECISION: SUSTAINED | Aug 29, 2011 |
| 10 | TERMINATED | Aug 29, 2011 |

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,991,670
Registered Sep. 6, 2005

## SERVICE MARK
## PRINCIPAL REGISTER



CHICAGO MERCANTILE EXCHANGE INC. (DE-
LAWARE CORPORATION)
30 SOUTH WACKER DRIVE
CHICAGO, IL 60606

FOR: CONDUCTING COMMODITIES, SECURI-
TIES, MONETARY AND FINANCIAL INSTRU-
MENTS EXCHANGE SERVICES, IN CLASS 36 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 8-21-2003; IN COMMERCE 8-21-2003.

OWNER OF U.S. REG. NOS. 1,085,681 AND
1,085,682.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE CHICAGO MERCANTILE EX-
CHANGE, APART FROM THE MARK AS SHOWN.

SER. NO. 78-290,751, FILED 8-21-2003.

JOHN DALIER, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2019-02-17 16:18:30 EST

**Mark:** CME CHICAGO MERCANTILE EXCHANGE



**US Serial Number:** 78290751

**US Registration Number:** 2991670

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



**Status:** The registration has been renewed.

**Status Date:** Aug. 07, 2015

**Publication Date:** Jun. 14, 2005

**Application Filing Date:** Aug. 21, 2003

**Registration Date:** Sep. 06, 2005

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

# Mark Information

**Mark Literal Elements:** CME CHICAGO MERCANTILE EXCHANGE

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Disclaimer:** CHICAGO MERCANTILE EXCHANGE

**Design Search Code(s):** 01.07.02 - Globes with meridians and parallels only
01.07.08 - Globes with bars, bands or wavy lines, excluding meridian or parallel lines

# Related Properties Information

**Claimed Ownership of US Registrations:** 1085681, 1085682

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** conducting commodities, securities, monetary and financial instruments exchange services

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Aug. 21, 2003

**Use in Commerce:** Aug. 21, 2003

# Basis Information (Case Level)

**Filed Use:** Yes

**Filed ITU:** No

**Currently Use:** Yes

**Currently ITU:** No

| | | | | |
|---|---|---|---|---|
| **Filed 44D:** No | | | **Currently 44E:** No | |
| **Filed 44E:** No | | | **Currently 66A:** No | |
| **Filed 66A:** No | | | **Currently No Basis:** No | |
| **Filed No Basis:** No | | | | |

# Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606

**Legal Entity Type:** CORPORATION

**State or Country DELAWARE
Where Organized:**

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T. Kucala, Jr.

**Docket Number:** 13439-1087

**Attorney Primary** officeactions@norvellip.com
**Email Address:**

**Attorney Email** Yes
**Authorized:**

### Correspondent

**Correspondent** Joseph T. Kucala, Jr.
**Name/Address:** Norvell IP llc
PO Box 2461
Chicago, ILLINOIS UNITED STATES 60690

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-** officeactions@norvellip.com officeactions@norvell
**mail:** ip.com

**Correspondent e-** Yes
**mail Authorized:**

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 07, 2015 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Aug. 07, 2015 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 76985 |
| Aug. 07, 2015 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 76985 |
| Aug. 07, 2015 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 76985 |
| Jul. 15, 2015 | TEAS SECTION 8 & 9 RECEIVED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Feb. 07, 2012 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 07, 2012 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Sep. 30, 2011 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Sep. 30, 2011 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 64591 |
| Sep. 29, 2011 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 64591 |
| Sep. 13, 2011 | TEAS SECTION 8 & 15 RECEIVED | |
| Nov. 03, 2010 | REGISTERED - SEC. 7 REQUEST ABANDONED | |
| May 14, 2009 | POST REGISTRATION ACTION MAILED - SEC. 7 | 76293 |
| Jun. 20, 2006 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Jun. 20, 2006 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| May 25, 2006 | SEC 7 REQUEST FILED | |
| May 25, 2006 | PAPER RECEIVED | |
| Sep. 06, 2005 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 14, 2005 | PUBLISHED FOR OPPOSITION | |
| May 25, 2005 | NOTICE OF PUBLICATION | |
| Mar. 01, 2005 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 76523 |
| Feb. 25, 2005 | ASSIGNED TO LIE | 76523 |

| | | |
|---|---|---|
| Feb. 22, 2005 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 17, 2005 | ASSIGNED TO EXAMINER | 72503 |
| Feb. 16, 2005 | AMENDMENT FROM APPLICANT ENTERED | 78413 |
| Jan. 19, 2005 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 78413 |
| Jan. 19, 2005 | PAPER RECEIVED | |
| Jul. 16, 2004 | NON-FINAL ACTION E-MAILED | |
| Mar. 23, 2004 | NON-FINAL ACTION E-MAILED | |
| Mar. 08, 2004 | ASSIGNED TO EXAMINER | 72503 |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Sep. 06, 2015

## TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** Aug. 07, 2015

## Proceedings

### Summary

**Number of Proceedings:** 5

### Type of Proceeding: Opposition

**Proceeding Number:** 91238893          **Filing Date:** Jan 10, 2018

**Status:** Terminated          **Status Date:** Sep 05, 2018

**Interlocutory Attorney:** MIKE WEBSTER

#### Defendant

**Name:** Church Mutual Insurance Company

**Correspondent** CHRISTOPHER P FOLEY
**Address:** FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 NEW YORK AVENUE NW
WASHINGTON DC UNITED STATES , 20001

**Correspondent e-mail:** docketing@finnegan.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMEXCHANGE | Abandoned - After Inter-Partes Decision | 87431426 | |

#### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** CHRISTINE A FILARSKI
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |

| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| CME FX$INDEX | Registered | 86963593 | 5211897 |
| CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 73134561 | 1085682 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME FX SPOT | Third Extension - Granted | 87155844 | |
| CME CLEARCHAIN | Third Extension - Granted | 87141695 | |
| CME FX LINK | Notice of Allowance - Issued | 87689907 | |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 10, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 10, 2018 | Feb 19, 2018 |
| 3 | PENDING, INSTITUTED | Jan 10, 2018 | |
| 4 | ANSWER | Feb 20, 2018 | |
| 5 | P MOT TO STRIKE PLEADING/AFFIRMATIVE DEFENSE | Mar 13, 2018 | |
| 6 | D OPP/RESP TO MOTION | Mar 28, 2018 | |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 29, 2018 | |
| 8 | P REPLY IN SUPPORT OF MOTION | Apr 17, 2018 | |
| 9 | STIP FOR EXT | Jul 17, 2018 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 17, 2018 | |
| 11 | PROCEEDINGS RESUMED | Jul 17, 2018 | |
| 12 | W/DRAW OF APPLICATION | Aug 07, 2018 | |
| 13 | BD DECISION: OPP SUSTAINED | Sep 05, 2018 | |
| 14 | TERMINATED | Sep 05, 2018 | |

### Type of Proceeding: Opposition

**Proceeding Number:** 91225824

**Filing Date:** Jan 13, 2016

**Status:** Terminated

**Status Date:** Dec 04, 2017

**Interlocutory Attorney:** YONG OH (RICHARD) KIM

### Defendant

**Name:** CMC Markets UK PLC

**Correspondent Address:** JEFFREY H GREGER
HAUPTMAN HAM LLP
2318 MILL ROAD STE 1400
ALEXANDRIA VA UNITED STATES , 22314

**Correspondent e-** jhggroup@ipfirm.com , jhgreger@ipfirm.com

mail:

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412291 | |

**Plaintiff(s)**

Name: Chicago Mercantile Exchange, Inc.

Correspondent J RYAN HINSHAW
Address: NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

Correspondent e- officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com , tmo
mail: nagan@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 13, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 13, 2016 | Feb 22, 2016 |
| 3 | PENDING, INSTITUTED | Jan 13, 2016 | |
| 4 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Jan 26, 2016 | |
| 5 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Feb 02, 2016 | |
| 6 | TRIAL DATES RESET | Feb 08, 2016 | |

| 7 | STIP FOR EXT | Feb 26, 2016 |
|---|---|---|
| 8 | EXTENSION OF TIME GRANTED | Feb 26, 2016 |
| 9 | P MOT FOR EXT W/ CONSENT | May 25, 2016 |
| 10 | EXTENSION OF TIME GRANTED | May 25, 2016 |
| 11 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 |
| 12 | ANSWER | Aug 03, 2016 |
| 13 | CHANGE OF CORRESP ADDRESS | Aug 26, 2016 |
| 14 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 26, 2016 |
| 15 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Aug 30, 2016 |
| 16 | D MOT TO CONSOLIDATE | Sep 02, 2016 |
| 17 | CONSOLIDATION ORDER | Sep 10, 2016 |
| 18 | ANSWER | Sep 29, 2016 |
| 19 | ANSWER FOR CHILD CASE | Sep 29, 2016 |
| 20 | P MOT FOR EXT W/ CONSENT | Jan 27, 2017 |
| 21 | EXTENSION OF TIME GRANTED | Jan 27, 2017 |
| 22 | P MOT TO COMPEL DISCOVERY | Feb 08, 2017 |
| 23 | D OPP/RESP TO MOTION | Feb 28, 2017 |
| 24 | P REPLY IN SUPPORT OF MOTION | Mar 20, 2017 |
| 25 | D MOTION | Mar 30, 2017 |
| 26 | P OPP/RESP TO MOTION | Apr 19, 2017 |
| 27 | SUSP PEND DISP OF OUTSTNDNG MOT | May 04, 2017 |
| 28 | PROCEEDINGS RESUMED | Jun 29, 2017 |
| 29 | W/DRAW OF APPLICATION | Aug 11, 2017 |
| 30 | P OPP/RESP TO MOTION | Aug 15, 2017 |
| 31 | BD DECISION: SUSTAINED | Dec 04, 2017 |
| 32 | TERMINATED | Dec 04, 2017 |

## Type of Proceeding: Opposition

**Proceeding Number:** 91220909

**Filing Date:** Mar 04, 2015

**Status:** Terminated

**Status Date:** Jun 23, 2015

**Interlocutory Attorney:** BENJAMIN U OKEKE

### Defendant

**Name:** Chronicleme, Inc.

**Correspondent Address:** KATHERINE A MARKERT
HARTER SECREST & EMERY LLP
1600 BAUSCH AND LOMB PL
ROCHESTER NY UNITED STATES , 14604-2711

**Correspondent e-mail:** kmarkert@hselaw.com;bpeet@hselaw.com; coffen@hselaw.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | Abandoned - After Inter-Partes Decision | 86301751 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent Address:** TATYANA V GILLES
NORVELL IP LLC (13442-1497)
P O BOX 2461
Chicago IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , jkucala@norvellip.com , tgilles@norvellip.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |

| | | | |
|---|---|---|---|
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP PUMA TRADING SYSTEM | Abandoned - No Statement Of Use Filed | 85413626 | |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME STP | Registered | 86179537 | 4851862 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 04, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 04, 2015 | Apr 13, 2015 |
| 3 | PENDING, INSTITUTED | Mar 04, 2015 | |
| 4 | NOTICE OF DEFAULT | May 05, 2015 | |
| 5 | BD DECISION: SUSTAINED | Jun 23, 2015 | |
| 6 | TERMINATED | Jun 23, 2015 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91205470      **Filing Date:** Jun 05, 2012

**Status:** Terminated      **Status Date:** Jun 05, 2012

**Interlocutory Attorney:** BENJAMIN U OKEKE

### Defendant

**Name:** CMDirect, Inc.

**Correspondent** JAMES H DONOIAN
**Address:** GREENBERG TRAURIG LLP
200 PARK AVENUE, 34TH FLOOR
NEW YORK NY UNITED STATES , 10166

**Correspondent e-mail:** nytmdkt@gtlaw.com , garfieldh@gtlaw.com , donoianj@gtlaw.com , biancoc@gtlaw.com , navarrod@gtlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMDIRECT | Abandoned - After Inter-Partes Decision | 85340856 | |

**Plaintiff(s)**

Name: Chicago Mercantile Exchange Inc.

Correspondent TATYANA V GILLES
Address: NORVELL IP LLC
1776 ASH STREET
NORTHFIELD IL UNITED STATES , 60093

Correspondent e- tgilles@norvellip.com , officeactions@norvellip.com , jkucala@norvellip.com
mail:

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME POINT | Abandoned - No Statement Of Use Filed | 85294949 | |
| CME CORE | Abandoned - No Statement Of Use Filed | 85253829 | |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME POSITION INTELLIGENCE | Abandoned - No Statement Of Use Filed | 85310824 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | FILED AND FEE | Jun 05, 2012 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jun 07, 2012 | Jul 17, 2012 |
| 3 | PENDING, INSTITUTED | Jun 07, 2012 | |
| 4 | ANSWER | Jul 17, 2012 | |
| 5 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Dec 04, 2012 | |
| 6 | EXTENSION OF TIME GRANTED | Dec 04, 2012 | |
| 7 | Confidential Plaintiff's Motion to Compel Discovery | Jan 11, 2013 | |
| 8 | P'S MOTION TO COMPEL DISCOVERY | Jan 11, 2013 | |
| 9 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | Jan 18, 2013 | |
| 10 | P'S STATEMENT IN SUPPORT OF ITS MOTION TO COMPEL | Feb 05, 2013 | |
| 11 | P MOT FOR EXT W/ CONSENT | Feb 12, 2013 | |
| 12 | EXTENSION OF TIME GRANTED | Feb 12, 2013 | |
| 13 | TRIAL DATES RESET | Apr 04, 2013 | |
| 14 | P MOT FOR EXT W/ CONSENT | Apr 24, 2013 | |
| 15 | EXTENSION OF TIME GRANTED | Apr 24, 2013 | |
| 16 | P MOT FOR EXT W/ CONSENT | May 24, 2013 | |
| 17 | EXTENSION OF TIME GRANTED | May 24, 2013 | |
| 18 | P MOT FOR EXT W/ CONSENT | Jun 19, 2013 | |
| 19 | EXTENSION OF TIME GRANTED | Jun 19, 2013 | |
| 20 | W/DRAW OF APPLICATION | Jul 19, 2013 | |
| 21 | BD DECISION: SUSTAINED | Jul 25, 2013 | |

| 22 | TERMINATED | Jul 25, 2013 |
| 23 | BD DECISION: SUSTAINED | Jul 25, 2013 |

## Type of Proceeding: Opposition

| Proceeding Number: | 91199977 | Filing Date: | May 25, 2011 |
| --- | --- | --- | --- |
| Status: | Terminated | Status Date: | Aug 29, 2011 |
| Interlocutory Attorney: | CHERYL S GOODMAN | | |

### Defendant

**Name:** The Clifton Group Investment Management Company

**Correspondent** ALAN G GORMAN
**Address:** BARNES THORNBURG LLP
3475 PIEDMONT ROAD NE, SUITE 1700
ATLANTA GA UNITED STATES , 30305 2954

**Correspondent e-mail:** alan.gorman@btlaw.com , trademark-at@btlaw.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
| --- | --- | --- | --- |
| CEM | Abandoned - After Inter-Partes Decision | 85108435 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** JOSEPH T KUCALA
**Address:** NORVELL IP LLC
1776 ASH STREET
NORTHFIELD IL UNITED STATES , 60093

**Correspondent e-mail:** jkucala@norvellip.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
| --- | --- | --- | --- |
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
| --- | --- | --- | --- |
| 1 | FILED AND FEE | May 25, 2011 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 26, 2011 | Jul 05, 2011 |
| 3 | PENDING, INSTITUTED | May 26, 2011 | |
| 4 | STIPULATION FOR AN EXTENSION OF TIME | Jul 05, 2011 | |
| 5 | EXTENSION OF TIME GRANTED | Jul 05, 2011 | |
| 6 | STIPULATION FOR AN EXTENSION OF TIME | Aug 04, 2011 | |
| 7 | EXTENSION OF TIME GRANTED | Aug 04, 2011 | |
| 8 | WITHDRAWAL OF APPLICATION | Aug 12, 2011 | |
| 9 | BOARD'S DECISION: SUSTAINED | Aug 29, 2011 | |
| 10 | TERMINATED | Aug 29, 2011 | |

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,831,871

United States Patent and Trademark Office    Registered Apr. 13, 2004

## SERVICE MARK
### PRINCIPAL REGISTER

## CME ILINK

CHICAGO MERCANTILE EXCHANGE INC. (DE-
LAWARE CORPORATION)
30 SOUTH WACKER DRIVE
CHICAGO, IL 60606

FOR: FINANCIAL INFORMATION PROVIDED
BY ELECTRONIC MEANS; CONDUCTING COM-
MODITIES, SECURITIES, MONETARY AND FI-
NANCIAL INSTRUMENTS FUTURES AND
OPTIONS EXCHANGE SERVICES, IN CLASS 36
(U.S. CLS. 100, 101 AND 102).

FIRST USE 11-1-2001; IN COMMERCE 11-1-2001.

OWNER OF U.S. REG. NOS. 1,085,681, 2,338,963,
AND 2,545,618.

SER. NO. 78-169,451, FILED 9-30-2002.

PRISCILLA MILTON, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2019-02-17 16:19:48 EST

**Mark:** CME ILINK

**US Serial Number:** 78169451

**US Registration Number:** 2831871

**Register:** Principal

**Mark Type:** Service Mark

**Status:** The registration has been renewed.

**Status Date:** Oct. 21, 2014

**Publication Date:** Jan. 20, 2004

**Application Filing Date:** Sep. 30, 2002

**Registration Date:** Apr. 13, 2004

# Mark Information

**Mark Literal Elements:** CME ILINK

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

# Related Properties Information

**Claimed Ownership of US Registrations:** 1085681, 2338963, 2545618

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** financial information provided by electronic means; conducting commodities, securities, monetary and financial instruments futures and options exchange services

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Nov. 01, 2001

**Use in Commerce:** Nov. 01, 2001

# Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No | **Amended ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |

Filed 66A: No      Currently 66A: No

Filed No Basis: No      Currently No Basis: No

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION      **State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T. Kucala, Jr.      **Docket Number:** 13439-1095

**Attorney Primary Email Address:** officeactions@norvellip.com      **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Joseph T. Kucala, Jr.
Norvell IP llc
P.O. Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732      **Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com      **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Oct. 21, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Oct. 21, 2014 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 68502 |
| Oct. 21, 2014 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 68502 |
| Oct. 21, 2014 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 68502 |
| Oct. 08, 2014 | TEAS SECTION 8 & 9 RECEIVED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Feb. 07, 2012 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 07, 2012 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Sep. 29, 2010 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 64591 |
| Sep. 28, 2010 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 64591 |
| Sep. 27, 2010 | TEAS SECTION 8 & 15 RECEIVED | |
| Jun. 20, 2006 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Jun. 20, 2006 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Apr. 13, 2004 | REGISTERED-PRINCIPAL REGISTER | |
| Jan. 20, 2004 | PUBLISHED FOR OPPOSITION | |
| Dec. 31, 2003 | NOTICE OF PUBLICATION | |
| Nov. 14, 2003 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 14, 2003 | USE AMENDMENT ACCEPTED | |
| Nov. 07, 2003 | AMENDMENT TO USE PROCESSING COMPLETE | |
| Oct. 03, 2003 | USE AMENDMENT FILED | |
| Oct. 03, 2003 | Sec. 1(B) CLAIM ADDED | 72589 |
| Oct. 03, 2003 | SEC. 1(A) CLAIM DELETED | 72589 |
| Oct. 03, 2003 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Oct. 31, 2003 | CASE FILE IN TICRS | |

| Oct. 03, 2003 | PAPER RECEIVED | |
| Apr. 27, 2003 | NON-FINAL ACTION E-MAILED | |
| Mar. 21, 2003 | ASSIGNED TO EXAMINER | 69225 |

# Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Apr. 13, 2014

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** Oct. 21, 2014

# Proceedings

## Summary

**Number of Proceedings:** 5

### Type of Proceeding: Opposition

**Proceeding Number:** 91238893          **Filing Date:** Jan 10, 2018

**Status:** Terminated          **Status Date:** Sep 05, 2018

**Interlocutory Attorney:** MIKE WEBSTER

#### Defendant

**Name:** Church Mutual Insurance Company

**Correspondent** CHRISTOPHER P FOLEY
**Address:** FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 NEW YORK AVENUE NW
WASHINGTON DC , 20001
UNITED STATES

**Correspondent e-mail:** docketing@finnegan.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMEXCHANGE | Abandoned - After Inter-Partes Decision | 87431426 | |

#### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** CHRISTINE A FILARSKI
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |

| Mark | Application Status | Serial | Registration |
|------|-------------------|--------|--------------|
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| CME FXSINDEX | Registered | 86963593 | 5211897 |
| CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 73134561 | 1085682 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME FX SPOT | Third Extension - Granted | 87155844 | |
| CME CLEARCHAIN | Third Extension - Granted | 87141695 | |
| CME FX LINK | Notice of Allowance - Issued | 87689907 | |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|--------------|-------------|------|----------|
| 1 | FILED AND FEE | Jan 10, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 10, 2018 | Feb 19, 2018 |
| 3 | PENDING, INSTITUTED | Jan 10, 2018 | |
| 4 | ANSWER | Feb 20, 2018 | |
| 5 | P MOT TO STRIKE PLEADING/AFFIRMATIVE DEFENSE | Mar 13, 2018 | |
| 6 | D OPP/RESP TO MOTION | Mar 28, 2018 | |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 29, 2018 | |
| 8 | P REPLY IN SUPPORT OF MOTION | Apr 17, 2018 | |
| 9 | STIP FOR EXT | Jul 17, 2018 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 17, 2018 | |
| 11 | PROCEEDINGS RESUMED | Jul 17, 2018 | |
| 12 | W/DRAW OF APPLICATION | Aug 07, 2018 | |
| 13 | BD DECISION: OPP SUSTAINED | Sep 05, 2018 | |
| 14 | TERMINATED | Sep 05, 2018 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91225824

**Filing Date:** Jan 13, 2016

**Status:** Terminated

**Status Date:** Dec 04, 2017

**Interlocutory Attorney:** YONG OH (RICHARD) KIM

### Defendant

**Name:** CMC Markets UK PLC

**Correspondent Address:** JEFFREY H GREGER
HAUPTMAN HAM LLP
2318 MILL ROAD STE 1400
ALEXANDRIA VA , 22314
UNITED STATES

**Correspondent e-mail:** jhggroup@ipfirm.com , jhgreger@ipfirm.com

**Associated marks**

| Mark | Application Status | Serial | Registration |
|------|-------------------|--------|--------------|

|  |  | **Number** | **Number** |
|---|---|---|---|
| CMC CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412291 |  |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange, Inc.

**Correspondent** J RYAN HINSHAW
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-** officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com , tmo
**mail:** nagan@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 |  |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 |  |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 13, 2016 |  |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 13, 2016 | Feb 22, 2016 |
| 3 | PENDING, INSTITUTED | Jan 13, 2016 |  |
| 4 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Jan 26, 2016 |  |
| 5 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Feb 02, 2016 |  |
| 6 | TRIAL DATES RESET | Feb 08, 2016 |  |
| 7 | STIP FOR EXT | Feb 26, 2016 |  |
| 8 | EXTENSION OF TIME GRANTED | Feb 26, 2016 |  |

| 9 | P MOT FOR EXT W/ CONSENT | May 25, 2016 |
| 10 | EXTENSION OF TIME GRANTED | May 25, 2016 |
| 11 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 |
| 12 | ANSWER | Aug 03, 2016 |
| 13 | CHANGE OF CORRESP ADDRESS | Aug 26, 2016 |
| 14 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 26, 2016 |
| 15 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Aug 30, 2016 |
| 16 | D MOT TO CONSOLIDATE | Sep 02, 2016 |
| 17 | CONSOLIDATION ORDER | Sep 10, 2016 |
| 18 | ANSWER | Sep 29, 2016 |
| 19 | ANSWER FOR CHILD CASE | Sep 29, 2016 |
| 20 | P MOT FOR EXT W/ CONSENT | Jan 27, 2017 |
| 21 | EXTENSION OF TIME GRANTED | Jan 27, 2017 |
| 22 | P MOT TO COMPEL DISCOVERY | Feb 08, 2017 |
| 23 | D OPP/RESP TO MOTION | Feb 28, 2017 |
| 24 | P REPLY IN SUPPORT OF MOTION | Mar 20, 2017 |
| 25 | D MOTION | Mar 30, 2017 |
| 26 | P OPP/RESP TO MOTION | Apr 19, 2017 |
| 27 | SUSP PEND DISP OF OUTSTNDNG MOT | May 04, 2017 |
| 28 | PROCEEDINGS RESUMED | Jun 29, 2017 |
| 29 | W/DRAW OF APPLICATION | Aug 11, 2017 |
| 30 | P OPP/RESP TO MOTION | Aug 15, 2017 |
| 31 | BD DECISION: SUSTAINED | Dec 04, 2017 |
| 32 | TERMINATED | Dec 04, 2017 |

## Type of Proceeding: Opposition

**Proceeding Number:** 91220909    **Filing Date:** Mar 04, 2015

**Status:** Terminated    **Status Date:** Jun 23, 2015

**Interlocutory Attorney:** BENJAMIN U OKEKE

### Defendant

**Name:** Chronicleme, Inc.

**Correspondent** KATHERINE A MARKERT
**Address:** HARTER SECREST & EMERY LLP
1600 BAUSCH AND LOMB PL
ROCHESTER NY , 14604-2711
UNITED STATES

**Correspondent e-mail:** kmarkert@hselaw.com;bpeet@hselaw.com; coffen@hselaw.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | Abandoned - After Inter-Partes Decision | 86301751 | |

#### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** TATYANA V GILLES
**Address:** NORVELL IP LLC (13442-1497)
P O BOX 2461
Chicago IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , jkucala@norvellip.com , tgilles@norvellip.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |

| | | | |
|---|---|---|---|
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP PUMA TRADING SYSTEM | Abandoned - No Statement Of Use Filed | 85413626 | |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME STP | Registered | 86179537 | 4851862 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 04, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 04, 2015 | Apr 13, 2015 |
| 3 | PENDING, INSTITUTED | Mar 04, 2015 | |
| 4 | NOTICE OF DEFAULT | May 05, 2015 | |
| 5 | BD DECISION: SUSTAINED | Jun 23, 2015 | |
| 6 | TERMINATED | Jun 23, 2015 | |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91205470 | **Filing Date:** | Jun 05, 2012 |
| **Status:** | Terminated | **Status Date:** | Jun 05, 2012 |
| **Interlocutory Attorney:** | BENJAMIN U OKEKE | | |

**Defendant**

**Name:** CMDirect, Inc.

**Correspondent Address:** JAMES H DONOIAN
GREENBERG TRAURIG LLP
200 PARK AVENUE, 34TH FLOOR
NEW YORK NY , 10166
UNITED STATES

**Correspondent e-mail:** nytmdkt@gtlaw.com , garfieldh@gtlaw.com , donoianj@gtlaw.com , biancoc@gtlaw.com , navarrod@gtlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMDIRECT | Abandoned - After Inter-Partes Decision | 85340856 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** TATYANA V GILLES
**Address:** NORVELL IP LLC
1776 ASH STREET
NORTHFIELD IL , 60093
UNITED STATES

**Correspondent e-** tgilles@norvellip.com , officeactions@norvellip.com , jkucala@norvellip.com
**mail:**

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME POINT | Abandoned - No Statement Of Use Filed | 85294949 | |
| CME CORE | Abandoned - No Statement Of Use Filed | 85253829 | |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME POSITION INTELLIGENCE | Abandoned - No Statement Of Use Filed | 85310824 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jun 05, 2012 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jun 07, 2012 | Jul 17, 2012 |
| 3 | PENDING, INSTITUTED | Jun 07, 2012 | |
| 4 | ANSWER | Jul 17, 2012 | |
| 5 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Dec 04, 2012 | |
| 6 | EXTENSION OF TIME GRANTED | Dec 04, 2012 | |
| 7 | Confidential Plaintiff's Motion to Compel Discovery | Jan 11, 2013 | |
| 8 | P'S MOTION TO COMPEL DISCOVERY | Jan 11, 2013 | |
| 9 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | Jan 18, 2013 | |
| 10 | P'S STATEMENT IN SUPPORT OF ITS MOTION TO COMPEL | Feb 05, 2013 | |
| 11 | P MOT FOR EXT W/ CONSENT | Feb 12, 2013 | |
| 12 | EXTENSION OF TIME GRANTED | Feb 12, 2013 | |
| 13 | TRIAL DATES RESET | Apr 04, 2013 | |
| 14 | P MOT FOR EXT W/ CONSENT | Apr 24, 2013 | |
| 15 | EXTENSION OF TIME GRANTED | Apr 24, 2013 | |
| 16 | P MOT FOR EXT W/ CONSENT | May 24, 2013 | |
| 17 | EXTENSION OF TIME GRANTED | May 24, 2013 | |
| 18 | P MOT FOR EXT W/ CONSENT | Jun 19, 2013 | |
| 19 | EXTENSION OF TIME GRANTED | Jun 19, 2013 | |
| 20 | W/DRAW OF APPLICATION | Jul 19, 2013 | |

| 21 | BD DECISION: SUSTAINED | Jul 25, 2013 |
| 22 | TERMINATED | Jul 25, 2013 |
| 23 | BD DECISION: SUSTAINED | Jul 25, 2013 |

## Type of Proceeding: Opposition

| Proceeding Number: | 91199977 | Filing Date: | May 25, 2011 |
|---|---|---|---|
| Status: | Terminated | Status Date: | Aug 29, 2011 |
| Interlocutory Attorney: | CHERYL S GOODMAN | | |

### Defendant

**Name:** The Clifton Group Investment Management Company

**Correspondent** ALAN G GORMAN
**Address:** BARNES THORNBURG LLP
3475 PIEDMONT ROAD NE, SUITE 1700
ATLANTA GA , 30305 2954
UNITED STATES

**Correspondent e-mail:** alan.gorman@btlaw.com , trademark-at@btlaw.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CEM | Abandoned - After Inter-Partes Decision | 85108435 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** JOSEPH T KUCALA
**Address:** NORVELL IP LLC
1776 ASH STREET
NORTHFIELD IL , 60093
UNITED STATES

**Correspondent e-mail:** jkucala@norvellip.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | May 25, 2011 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 26, 2011 | Jul 05, 2011 |
| 3 | PENDING, INSTITUTED | May 26, 2011 | |
| 4 | STIPULATION FOR AN EXTENSION OF TIME | Jul 05, 2011 | |
| 5 | EXTENSION OF TIME GRANTED | Jul 05, 2011 | |
| 6 | STIPULATION FOR AN EXTENSION OF TIME | Aug 04, 2011 | |
| 7 | EXTENSION OF TIME GRANTED | Aug 04, 2011 | |
| 8 | WITHDRAWAL OF APPLICATION | Aug 12, 2011 | |
| 9 | BOARD'S DECISION: SUSTAINED | Aug 29, 2011 | |

TERMINATED                                              Aug 29, 2011

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,969,966

## United States Patent and Trademark Office

Registered July 19, 2005

## SERVICE MARK
## PRINCIPAL REGISTER

## CME E-MINI

CHICAGO MERCANTILE EXCHANGE INC. (DE-LAWARE CORPORATION)
30 SOUTH WACKER DRIVE
CHICAGO, IL 60606

FOR: FINANCIAL EXCHANGE SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-9-1997; IN COMMERCE 9-9-1997.

OWNER OF U.S. REG. NO. 1,085,681.

SER. NO. 78-297,519, FILED 9-8-2003.

ALEXANDER L. POWERS, EXAMINING ATTOR-NEY

**Generated on:** This page was generated by TSDR on 2019-02-17 16:20:15 EST

**Mark:** CME E-MINI

| | | | |
|---|---|---|---|
| **US Serial Number:** 78297519 | | **Application Filing Date:** | Sep. 08, 2003 |
| **US Registration Number:** 2969966 | | **Registration Date:** | Jul. 19, 2005 |
| **Register:** Principal | | | |
| **Mark Type:** Service Mark | | | |
| **Status:** The registration has been renewed. | | | |
| **Status Date:** Aug. 07, 2015 | | | |
| **Publication Date:** Jan. 04, 2005 | | | |

# Mark Information

**Mark Literal Elements:** CME E-MINI

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

# Related Properties Information

**Claimed Ownership of US Registrations:** 1085681

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial exchange services

**International Class(es):** 036 - Primary Class    **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Sep. 09, 1997    **Use in Commerce:** Sep. 09, 1997

# Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |

**Filed No Basis:** No    **Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION    **State or Country** DELAWARE
**Where Organized:**

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T. Kucala, Jr.    **Docket Number:** 13439-1091

**Attorney Primary** officeactions@norvellip.com    **Attorney Email** Yes
**Email Address:**    **Authorized:**

### Correspondent

**Correspondent** Joseph T. Kucala, Jr.
**Name/Address:** Norvell IP llc
PO Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732    **Fax:** 312-268-5063

**Correspondent e-** officeactions@norvellip.com officeactions@norvell    **Correspondent e-** Yes
**mail:** ip.com    **mail Authorized:**

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 07, 2015 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Aug. 07, 2015 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 75184 |
| Aug. 07, 2015 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 75184 |
| Aug. 07, 2015 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 75184 |
| Jul. 15, 2015 | TEAS SECTION 8 & 9 RECEIVED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Feb. 07, 2012 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 07, 2012 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 01, 2012 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - MAILED | |
| Feb. 01, 2012 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 66607 |
| Feb. 01, 2012 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 66607 |
| Dec. 12, 2011 | TEAS SECTION 8 & 15 RECEIVED | |
| Jun. 20, 2006 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Jun. 20, 2006 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jul. 19, 2005 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 04, 2005 | EXTENSION OF TIME TO OPPOSE PROCESS - TERMINATED | |
| May 26, 2005 | PREVIOUS ALLOWANCE COUNT WITHDRAWN | |
| Apr. 20, 2005 | LETTER OF PROTEST ACCEPTED | |
| Jan. 19, 2005 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Jan. 04, 2005 | PUBLISHED FOR OPPOSITION | |
| Dec. 15, 2004 | NOTICE OF PUBLICATION | |
| Oct. 29, 2004 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 76243 |
| Oct. 22, 2004 | ASSIGNED TO LIE | 76243 |
| Oct. 19, 2004 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 18, 2004 | AMENDMENT FROM APPLICANT ENTERED | 67215 |

| | | |
|---|---|---|
| Oct. 07, 2004 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 67215 |
| Oct. 07, 2004 | PAPER RECEIVED | |
| Apr. 03, 2004 | NON-FINAL ACTION E-MAILED | |
| Mar. 27, 2004 | ASSIGNED TO EXAMINER | 73363 |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Jul. 19, 2015

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** Aug. 07, 2015

## Proceedings

### Summary

**Number of Proceedings:** 7

#### Type of Proceeding: Opposition

**Proceeding Number:** 91238893          **Filing Date:** Jan 10, 2018

**Status:** Terminated          **Status Date:** Sep 05, 2018

**Interlocutory Attorney:** MIKE WEBSTER

#### Defendant

**Name:** Church Mutual Insurance Company

**Correspondent** CHRISTOPHER P FOLEY
**Address:** FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 NEW YORK AVENUE NW
WASHINGTON DC , 20001
UNITED STATES

**Correspondent e-mail:** docketing@finnegan.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMEXCHANGE | Abandoned - After Inter-Partes Decision | 87431426 | |

#### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** CHRISTINE A FILARSKI
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |

| | | | |
|---|---|---|---|
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| CME FXSINDEX | Registered | 86963593 | 5211897 |
| CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 73134561 | 1085682 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME FX SPOT | Third Extension - Granted | 87155844 | |
| CME CLEARCHAIN | Third Extension - Granted | 87141695 | |
| CME FX LINK | Notice of Allowance - Issued | 87689907 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 10, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 10, 2018 | Feb 19, 2018 |
| 3 | PENDING, INSTITUTED | Jan 10, 2018 | |
| 4 | ANSWER | Feb 20, 2018 | |
| 5 | P MOT TO STRIKE PLEADING/AFFIRMATIVE DEFENSE | Mar 13, 2018 | |
| 6 | D OPP/RESP TO MOTION | Mar 28, 2018 | |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 29, 2018 | |
| 8 | P REPLY IN SUPPORT OF MOTION | Apr 17, 2018 | |
| 9 | STIP FOR EXT | Jul 17, 2018 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 17, 2018 | |
| 11 | PROCEEDINGS RESUMED | Jul 17, 2018 | |
| 12 | W/DRAW OF APPLICATION | Aug 07, 2018 | |
| 13 | BD DECISION: OPP SUSTAINED | Sep 05, 2018 | |
| 14 | TERMINATED | Sep 05, 2018 | |

**Type of Proceeding: Cancellation**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 92066802 | **Filing Date:** | Sep 01, 2017 |
| **Status:** | Pending | **Status Date:** | Sep 01, 2017 |
| **Interlocutory Attorney:** | ELIZABETH A DUNN | | |

**Defendant**

**Name:** Barry Taylor

**Correspondent** Ruth Khalsa
**Address:** LEGALFORCE RAPC WORLDWIDE PC
446 E SOUTHERN AVENUE
TEMPE AZ , 85282
UNITED STATES

**Correspondent e-mail:** lfdisputes@legalforcelaw.com , ruth@legalforcelaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| EMINI-WATCH | Cancellation Pending | 85366130 | 4200951 |
| | **Plaintiff(s)** | | |

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent Address:** CHRISTINE A FILARSKI
NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| E-MINI | REGISTERED AND RENEWED | 78297512 | 2969965 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| | First Extension - Granted | 87593364 | |
| | **Prosecution History** | | |

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Sep 01, 2017 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Sep 05, 2017 | Oct 15, 2017 |
| 3 | PENDING, INSTITUTED | Sep 05, 2017 | |
| 4 | ANSWER | Oct 06, 2017 | |
| 5 | AMENDED ANSWER | Oct 27, 2017 | |
| 6 | D APPEARANCE / POWER OF ATTORNEY | Nov 03, 2017 | |
| 7 | TRIAL DATES REMAIN AS SET | Nov 13, 2017 | |
| 8 | D CHANGE OF CORRESP ADDRESS | Dec 29, 2017 | |
| 9 | STIP PROTECTIVE ORDER | Feb 13, 2018 | |
| 10 | UNDELIVERABLE MAIL | Feb 13, 2018 | |
| 11 | STIP NOTED AND APPROVED | Feb 20, 2018 | |
| 12 | STIP FOR EXT | Mar 15, 2018 | |
| 13 | EXTENSION OF TIME GRANTED | Mar 15, 2018 | |
| 14 | STIP FOR EXT | Jul 09, 2018 | |
| 15 | EXTENSION OF TIME GRANTED | Jul 09, 2018 | |
| 16 | P MOT FOR EXT W/ CONSENT | Oct 01, 2018 | |
| 17 | EXTENSION OF TIME GRANTED | Oct 01, 2018 | |
| 18 | P MOT FOR EXT W/ CONSENT | Dec 13, 2018 | |
| 19 | EXTENSION OF TIME GRANTED | Dec 13, 2018 | |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91225824 | **Filing Date:** | Jan 13, 2016 |
| **Status:** | Terminated | **Status Date:** | Dec 04, 2017 |
| **Interlocutory Attorney:** | YONG OH (RICHARD) KIM | | |

**Defendant**

**Name:** CMC Markets UK PLC

**Correspondent Address:** JEFFREY H GREGER
HAUPTMAN HAM LLP
2318 MILL ROAD STE 1400
ALEXANDRIA VA , 22314
UNITED STATES

**Correspondent e-mail:** jhggroup@ipfirm.com , jhgreger@ipfirm.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412291 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange, Inc.

**Correspondent** J RYAN HINSHAW
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-** officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com , tmo
**mail:** nagan@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 13, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 13, 2016 | Feb 22, 2016 |
| 3 | PENDING, INSTITUTED | Jan 13, 2016 | |
| 4 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Jan 26, 2016 | |
| 5 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Feb 02, 2016 | |
| 6 | TRIAL DATES RESET | Feb 08, 2016 | |
| 7 | STIP FOR EXT | Feb 26, 2016 | |
| 8 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |
| 9 | P MOT FOR EXT W/ CONSENT | May 25, 2016 | |
| 10 | EXTENSION OF TIME GRANTED | May 25, 2016 | |

| 11 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 |
| 12 | ANSWER | Aug 03, 2016 |
| 13 | CHANGE OF CORRESP ADDRESS | Aug 26, 2016 |
| 14 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 26, 2016 |
| 15 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Aug 30, 2016 |
| 16 | D MOT TO CONSOLIDATE | Sep 02, 2016 |
| 17 | CONSOLIDATION ORDER | Sep 10, 2016 |
| 18 | ANSWER | Sep 29, 2016 |
| 19 | ANSWER FOR CHILD CASE | Sep 29, 2016 |
| 20 | P MOT FOR EXT W/ CONSENT | Jan 27, 2017 |
| 21 | EXTENSION OF TIME GRANTED | Jan 27, 2017 |
| 22 | P MOT TO COMPEL DISCOVERY | Feb 08, 2017 |
| 23 | D OPP/RESP TO MOTION | Feb 28, 2017 |
| 24 | P REPLY IN SUPPORT OF MOTION | Mar 20, 2017 |
| 25 | D MOTION | Mar 30, 2017 |
| 26 | P OPP/RESP TO MOTION | Apr 19, 2017 |
| 27 | SUSP PEND DISP OF OUTSTNDNG MOT | May 04, 2017 |
| 28 | PROCEEDINGS RESUMED | Jun 29, 2017 |
| 29 | W/DRAW OF APPLICATION | Aug 11, 2017 |
| 30 | P OPP/RESP TO MOTION | Aug 15, 2017 |
| 31 | BD DECISION: SUSTAINED | Dec 04, 2017 |
| 32 | TERMINATED | Dec 04, 2017 |

## Type of Proceeding: Opposition

**Proceeding Number:** 91220909

**Filing Date:** Mar 04, 2015

**Status:** Terminated

**Status Date:** Jun 23, 2015

**Interlocutory Attorney:** BENJAMIN U OKEKE

### Defendant

**Name:** Chronicleme, Inc.

**Correspondent** KATHERINE A MARKERT
**Address:** HARTER SECREST & EMERY LLP
1600 BAUSCH AND LOMB PL
ROCHESTER NY , 14604-2711
UNITED STATES

**Correspondent e-mail:** kmarkert@hselaw.com;bpeet@hselaw.com; coffen@hselaw.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | Abandoned - After Inter-Partes Decision | 86301751 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** TATYANA V GILLES
**Address:** NORVELL IP LLC (13442-1497)
P O BOX 2461
Chicago IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , jkucala@norvellip.com , tgilles@norvellip.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |

| | | | |
|---|---|---|---|
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP PUMA TRADING SYSTEM | Abandoned - No Statement Of Use Filed | 85413626 | |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME STP | Registered | 86179537 | 4851862 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 04, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 04, 2015 | Apr 13, 2015 |
| 3 | PENDING, INSTITUTED | Mar 04, 2015 | |
| 4 | NOTICE OF DEFAULT | May 05, 2015 | |
| 5 | BD DECISION: SUSTAINED | Jun 23, 2015 | |
| 6 | TERMINATED | Jun 23, 2015 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91205470   **Filing Date:** Jun 05, 2012

**Status:** Terminated   **Status Date:** Jun 05, 2012

**Interlocutory Attorney:** BENJAMIN U OKEKE

### Defendant

**Name:** CMDirect, Inc.

**Correspondent Address:** JAMES H DONOIAN
GREENBERG TRAURIG LLP
200 PARK AVENUE, 34TH FLOOR
NEW YORK NY , 10166
UNITED STATES

**Correspondent e-mail:** nytmdkt@gtlaw.com , garfieldh@gtlaw.com , donoianj@gtlaw.com , biancoc@gtlaw.com , navarrod@gtlaw.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMDIRECT | Abandoned - After Inter-Partes Decision | 85340856 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** TATYANA V GILLES
**Address:** NORVELL IP LLC
1776 ASH STREET
NORTHFIELD IL , 60093
UNITED STATES

**Correspondent e-mail:** tgilles@norvellip.com , officeactions@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME POINT | Abandoned - No Statement Of Use Filed | 85294949 | |
| CME CORE | Abandoned - No Statement Of Use Filed | 85253829 | |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME POSITION INTELLIGENCE | Abandoned - No Statement Of Use Filed | 85310824 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | FILED AND FEE | Jun 05, 2012 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jun 07, 2012 | Jul 17, 2012 |
| 3 | PENDING, INSTITUTED | Jun 07, 2012 | |
| 4 | ANSWER | Jul 17, 2012 | |
| 5 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Dec 04, 2012 | |
| 6 | EXTENSION OF TIME GRANTED | Dec 04, 2012 | |
| 7 | Confidential Plaintiff's Motion to Compel Discovery | Jan 11, 2013 | |
| 8 | P'S MOTION TO COMPEL DISCOVERY | Jan 11, 2013 | |
| 9 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | Jan 18, 2013 | |
| 10 | P'S STATEMENT IN SUPPORT OF ITS MOTION TO COMPEL | Feb 05, 2013 | |
| 11 | P MOT FOR EXT W/ CONSENT | Feb 12, 2013 | |
| 12 | EXTENSION OF TIME GRANTED | Feb 12, 2013 | |
| 13 | TRIAL DATES RESET | Apr 04, 2013 | |
| 14 | P MOT FOR EXT W/ CONSENT | Apr 24, 2013 | |
| 15 | EXTENSION OF TIME GRANTED | Apr 24, 2013 | |
| 16 | P MOT FOR EXT W/ CONSENT | May 24, 2013 | |
| 17 | EXTENSION OF TIME GRANTED | May 24, 2013 | |
| 18 | P MOT FOR EXT W/ CONSENT | Jun 19, 2013 | |
| 19 | EXTENSION OF TIME GRANTED | Jun 19, 2013 | |
| 20 | W/DRAW OF APPLICATION | Jul 19, 2013 | |
| 21 | BD DECISION: SUSTAINED | Jul 25, 2013 | |
| 22 | TERMINATED | Jul 25, 2013 | |
| | BD DECISION: SUSTAINED | | |

23 | Jul 25, 2013

## Type of Proceeding: Opposition

| | |
|---|---|
| **Proceeding Number:** 91199977 | **Filing Date:** May 25, 2011 |
| **Status:** Terminated | **Status Date:** Aug 29, 2011 |
| **Interlocutory Attorney:** CHERYL S GOODMAN | |

### Defendant

**Name:** The Clifton Group Investment Management Company

**Correspondent** ALAN G GORMAN
**Address:** BARNES THORNBURG LLP
3475 PIEDMONT ROAD NE, SUITE 1700
ATLANTA GA , 30305 2954
UNITED STATES

**Correspondent e-mail:** alan.gorman@btlaw.com , trademark-at@btlaw.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CEM | Abandoned - After Inter-Partes Decision | 85108435 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** JOSEPH T KUCALA
**Address:** NORVELL IP LLC
1776 ASH STREET
NORTHFIELD IL , 60093
UNITED STATES

**Correspondent e-mail:** jkucala@norvellip.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | May 25, 2011 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 26, 2011 | Jul 05, 2011 |
| 3 | PENDING, INSTITUTED | May 26, 2011 | |
| 4 | STIPULATION FOR AN EXTENSION OF TIME | Jul 05, 2011 | |
| 5 | EXTENSION OF TIME GRANTED | Jul 05, 2011 | |
| 6 | STIPULATION FOR AN EXTENSION OF TIME | Aug 04, 2011 | |
| 7 | EXTENSION OF TIME GRANTED | Aug 04, 2011 | |
| 8 | WITHDRAWAL OF APPLICATION | Aug 12, 2011 | |
| 9 | BOARD'S DECISION: SUSTAINED | Aug 29, 2011 | |
| 10 | TERMINATED | Aug 29, 2011 | |

## Type of Proceeding: Extension of Time

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 78297519 | **Filing Date:** | Jan 19, 2005 |
| **Status:** | Terminated | **Status Date:** | Jun 04, 2005 |
| **Interlocutory Attorney:** | | | |

| **Defendant** |
|---|

| | |
|---|---|
| **Name:** | Chicago Mercantile Exchange Inc. |
| **Correspondent** | Christopher N. Bolinger |
| **Address:** | BRINKS HOFER GILSON & LIONE |
| | P.O. Box 10395 |
| | CHICAGO IL , 60610 |
| | UNITED STATES |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |

| **Potential Opposer(s)** |
|---|

| | |
|---|---|
| **Name:** | Cannon Trading Company, Inc. |
| **Correspondent** | Lee Fredric Sharra |
| **Address:** | 4313 Trouthaven Drive |
| | Murrysville PA , 15668 |
| | UNITED STATES |
| **Correspondent e-mail:** | sharral@adelphia.net |

| **Prosecution History** | | | |
|---|---|---|---|
| **Entry Number** | **History Text** | **Date** | **Due Date** |
| 1 | INCOMING - EXT TIME TO OPPOSE FILED | Jan 19, 2005 | |
| 2 | EXTENSION OF TIME GRANTED | Jan 19, 2005 | |

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

Reg. No. 2,973,035

**United States Patent and Trademark Office** Registered July 19, 2005

## SERVICE MARK
## PRINCIPAL REGISTER

## CME LEAN HOG INDEX

CHICAGO MERCANTILE EXCHANGE INC. (DE-LAWARE CORPORATION)
30 SOUTH WACKER DRIVE
CHICAGO, IL 60606

FOR: PROVIDING FINANCIAL AND INVEST-MENT INFORMATION SERVICES; PROVIDING FINANCIAL SERVICES, NAMELY, TRADING OF FUTURES AND OPTIONS ON FUTURES CON-TRACTS BASED ON AN INDEX THROUGH A GLOBAL COMPUTER NETWORK AND PROVID-ING INFORMATION CONCERNING THE TRAD-ING OF FUTURES AND OPTIONS ON FUTURES CONTRACTS BASED ON AN INDEX THROUGH A GLOBAL COMPUTER NETWORK, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-28-2004; IN COMMERCE 6-28-2004.

OWNER OF U.S. REG. NOS. 1,085,681, 2,338,963, AND 2,545,618.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LEAN HOG INDEX", APART FROM THE MARK AS SHOWN.

SN 78-217,979, FILED 2-24-2003.

RONALD MCMORROW, EXAMINING ATTORNEY

**Generated on:**

This page was generated by TSDR on 2016-01-13 12:00:43 EST

**Mark:** CME LEAN HOG INDEX

**US Serial Number:** 78217979      **Application Filing Date:**

Feb. 24, 2003

**US Registration Number:** 2973035      **Registration Date:**

Jul. 19, 2005

**Register:**

Principal

**Mark Type:**

Service Mark

**Status:**

A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Status Date:**

Jun. 12, 2011

**Publication Date:** Dec. 23, 2003      **Notice of Allowance Date:**

Mar. 16, 2004

## Mark Information

**Mark Literal Elements:**

CME LEAN HOG INDEX

**Standard Character Claim:**

No

**Mark Drawing Type:**

1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

**Disclaimer:**

"LEAN HOG INDEX"

## Related Properties Information

**Claimed Ownership of US Registrations:**

1085681, 2338963, 2545618

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:**

Providing financial and investment information services; providing financial services, namely, trading of futures and options on futures contracts based on an index through a global computer network and providing information concerning the trading of futures and options on futures contracts based on an index through a global computer network

**International Class(es):** 036 - Primary Class      **U.S Class(es):**

100, 101, 102

**Class Status:**

ACTIVE

**Basis:**

1(a)

**First Use:** Jun. 28, 2004                    **Use in Commerce:**

Jun. 28, 2004

## Basis Information (Case Level)

| | | |
|---|---|---|
| Filed Use: No | Currently Use: Yes | Amended Use: No |
| Filed ITU: Yes | Currently ITU: No | Amended ITU: No |
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

## Current Owner(s) Information

**Owner Name:**

Chicago Mercantile Exchange Inc.

**Owner Address:**

20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION              **State or Country Where Organized:**

DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T. Kucala, Jr.              **Docket Number:**

13439-1096

**Attorney Primary Email Address:** officeactions@norvellip.com              **Attorney Email Authorized:**

Yes

### Correspondent

**Correspondent Name/Address:**

Joseph T. Kucala, Jr.
Norvell IP llc
PO Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732                    **Fax:**

312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com officeactions@norvell ip.com              **Correspondent e-mail Authorized:**

Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 08, 2015 | POST REGISTRATION ACTION MAILED - SEC. 8 & 9 | 73376 |
| Aug. 07, 2015 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 73376 |
| Jul. 15, 2015 | TEAS SECTION 8 & 9 RECEIVED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Feb. 07, 2012 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Feb. 07, 2012 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Jun. 12, 2011 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 70132 |
| Jun. 12, 2011 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 70132 |

| Date | Description | Number |
|------|-------------|--------|
| May 11, 2011 | TEAS SECTION 8 & 15 RECEIVED | |
| Jun. 20, 2006 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Jun. 20, 2006 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jul. 19, 2005 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 19, 2005 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 78413 |
| Apr. 15, 2005 | ASSIGNED TO LIE | 78413 |
| Apr. 14, 2005 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Mar. 31, 2005 | STATEMENT OF USE PROCESSING COMPLETE | 65362 |
| Aug. 14, 2004 | USE AMENDMENT FILED | 65362 |
| Mar. 11, 2005 | REINSTATED | 61844 |
| Mar. 01, 2005 | FAX RECEIVED | |
| Jan. 31, 2005 | ABANDONMENT NOTICE MAILED - NO USE STATEMENT FILED | |
| Jan. 27, 2005 | ABANDONMENT - NO USE STATEMENT FILED | 46996 |
| Mar. 16, 2004 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Dec. 23, 2003 | PUBLISHED FOR OPPOSITION | |
| Dec. 03, 2003 | NOTICE OF PUBLICATION | |
| Sep. 15, 2003 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 22, 2003 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Aug. 19, 2003 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Aug. 22, 2003 | PAPER RECEIVED | |
| Aug. 12, 2003 | NON-FINAL ACTION E-MAILED | |
| Aug. 12, 2003 | ASSIGNED TO EXAMINER | 73708 |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:**

Section 8 - Accepted

**Affidavit of Incontestability:**

Section 15 - Accepted

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** TMEG LAW OFFICE 105          **Date in Location:**

Aug. 08, 2015

## Proceedings

### Summary

**Number of Proceedings:**

3

**Type of Proceeding: Opposition**

**Proceeding Number:** 91220909          **Filing Date:**

Mar 04, 2015

**Status:** Terminated          **Status Date:**

Jun 23, 2015

**Interlocutory Attorney:** BENJAMIN U OKEKE

**Defendant**

**Name:**

Chronicleme, Inc.

**Correspondent Address:**

KATHERINE A MARKERT
HARTER SECREST & EMERY LLP
1600 BAUSCH AND LOMB PL
ROCHESTER NY , 14604-2711
UNITED STATES

**Correspondent e-mail:**

kmarkert@hselaw.com;bpeet@hselaw.com; coffen@hselaw.com

**Associated marks**

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 2,990,297
Registered Aug. 30, 2005

## SERVICE MARK
## PRINCIPAL REGISTER

## CME FEEDER CATTLE INDEX

CHICAGO MERCANTILE EXCHANGE INC. (DE-LAWARE CORPORATION)
30 SOUTH WACKER DRIVE
CHICAGO, IL 60606

FOR: PROVIDING FINANCIAL AND INVEST-MENT INFORMATION SERVICES; PROVIDING FINANCIAL SERVICES, NAMELY, TRADING OF FUTURES AND OPTIONS ON FUTURES CON-TRACTS BASED ON AN INDEX THROUGH A GLOBAL COMPUTER NETWORK AND PROVID-ING INFORMATION CONCERNING THE TRAD-ING OF FUTURES AND OPTIONS ON FUTURES CONTRACTS BASED ON AN INDEX THROUGH A GLOBAL COMPUTER NETWORK, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-28-2004; IN COMMERCE 6-28-2004.

OWNER OF U.S. REG. NOS. 1,085,681, 2,338,963, AND 2,545,618.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FEEDER CATTLE INDEX", APART FROM THE MARK AS SHOWN.

SN 78-218,009, FILED 2-24-2003.

RONALD MCMORROW, EXAMINING ATTORNEY

**Generated on:**

This page was generated by TSDR on 2016-01-13 11:57:38 EST

**Mark:** CME FEEDER CATTLE INDEX

**US Serial Number:** 78218009          **Application Filing Date:**
Feb. 24, 2003

**US Registration Number:** 2990297          **Registration Date:**
Aug. 30, 2005

**Register:**
Principal

**Mark Type:**
Service Mark

**Status:**
The registration has been renewed.

**Status Date:**
Aug. 07, 2015

**Publication Date:** Dec. 02, 2003          **Notice of Allowance Date:**
Feb. 24, 2004

## Mark Information

**Mark Literal Elements:**
CME FEEDER CATTLE INDEX

**Standard Character Claim:**
No

**Mark Drawing Type:**
1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

**Disclaimer:**
"FEEDER CATTLE INDEX"

## Related Properties Information

**Claimed Ownership of US Registrations:**

1085681, 2338963, 2545618

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:**

Providing financial and investment information services; providing financial services, namely, trading of futures and options on futures contracts based on an index through a global computer network and providing information concerning the trading of futures and options on futures contracts based on an index through a global computer network

**International Class(es):** 036 - Primary Class          **U.S Class(es):**

100, 101, 102

**Class Status:**

ACTIVE

**Basis:**

1(a)

**First Use:** Jun. 28, 2004      **Use in Commerce:**

Jun. 28, 2004

# Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

# Current Owner(s) Information

**Owner Name:**

Chicago Mercantile Exchange Inc.

**Owner Address:**

20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION      **State or Country Where Organized:**

DELAWARE

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T. Kucala, Jr.      **Docket Number:**

13439-1092

**Attorney Primary Email Address:** officeactions@norvellip.com      **Attorney Email Authorized:**

Yes

### Correspondent

**Correspondent Name/Address:**

Joseph T. Kucala, Jr.
Norvell IP llc
PO Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732      **Fax:**

312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com officeactions@norvell ip.com      **Correspondent e-mail Authorized:**

Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 07, 2015 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Aug. 07, 2015 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 73376 |
| Aug. 07, 2015 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 73376 |
| Aug. 07, 2015 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 73376 |
| Jul. 15, 2015 | TEAS SECTION 8 & 9 RECEIVED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Feb. 07, 2012 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Feb. 07, 2012 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |

| Sep. 26, 2011 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
|---|---|---|
| Sep. 26, 2011 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 70131 |
| Sep. 24, 2011 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 70131 |
| Aug. 29, 2011 | TEAS SECTION 8 & 15 RECEIVED | |
| Jun. 20, 2006 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Jun. 20, 2006 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Aug. 30, 2005 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 15, 2005 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 67215 |
| Jul. 08, 2005 | ASSIGNED TO LIE | 67215 |
| Jul. 03, 2005 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Jun. 10, 2005 | STATEMENT OF USE PROCESSING COMPLETE | 65362 |
| Aug. 24, 2004 | USE AMENDMENT FILED | 65362 |
| Jun. 03, 2005 | REINSTATED | 61844 |
| Mar. 01, 2005 | FAX RECEIVED | |
| Nov. 15, 2004 | PAPER RECEIVED | |
| Nov. 09, 2004 | FAX RECEIVED | |
| Oct. 05, 2004 | ABANDONMENT NOTICE MAILED - NO USE STATEMENT FILED | |
| Oct. 05, 2004 | ABANDONMENT - NO USE STATEMENT FILED | |
| Feb. 24, 2004 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Dec. 02, 2003 | PUBLISHED FOR OPPOSITION | |
| Nov. 12, 2003 | NOTICE OF PUBLICATION | |
| Sep. 11, 2003 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 22, 2003 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Aug. 22, 2003 | PAPER RECEIVED | |
| Aug. 12, 2003 | NON-FINAL ACTION E-MAILED | |
| Aug. 12, 2003 | ASSIGNED TO EXAMINER | 73708 |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:**

Section 8 - Accepted

**Affidavit of Incontestability:**

Section 15 - Accepted

**Renewal Date:**

Aug. 30, 2015

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:**

Aug. 07, 2015

## Proceedings

**Summary**

**Number of Proceedings:**

3

### Type of Proceeding: Opposition

**Proceeding Number:** 91220909          **Filing Date:**

Mar 04, 2015

**Status:** Terminated          **Status Date:**

Jun 23, 2015

**Interlocutory Attorney:** BENJAMIN U OKEKE

**Defendant**

**Name:**

Chronicleme, Inc.

**Correspondent Address:**

KATHERINE A MARKERT

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

United States Patent and Trademark Office

Reg. No. 3,352,992
Registered Dec. 11, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

# CME DATAMINE

CHICAGO MERCANTILE EXCHANGE INC. (DE-
LAWARE CORPORATION)
20 S. WACKER DRIVE
CHICAGO, IL 60606

FOR: FINANCIAL EXCHANGE SERVICES; FI-
NANCIAL INFORMATION SERVICES, IN CLASS 36
(U.S. CLS. 100, 101 AND 102).

FIRST USE 12-31-2005; IN COMMERCE 12-31-2005.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 77-008,271, FILED 9-27-2006.

ROBERT C. CLARK JR., EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2019-02-17 16:07:13 EST

**Mark:** CME DATAMINE

## CME DATAMINE

| | | |
|---|---|---|
| **US Serial Number:** 77008271 | **Application Filing Date:** Sep. 27, 2006 | |
| **US Registration Number:** 3352992 | **Registration Date:** Dec. 11, 2007 | |
| **Register:** Principal | | |
| **Mark Type:** Service Mark | | |
| **Status:** The registration has been renewed. | | |
| **Status Date:** Dec. 01, 2017 | | |
| **Publication Date:** May 08, 2007 | **Notice of Allowance Date:** Jul. 31, 2007 | |

# Mark Information

**Mark Literal Elements:** CME DATAMINE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial exchange services; financial information services

**International Class(es):** 036 - Primary Class    **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Dec. 31, 2005    **Use in Commerce:** Dec. 31, 2005

# Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

# Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION    **State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Christine A. Filarski

**Docket Number:** 13439-1090

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Christine A. Filarski
Norvell IP llc
P.O. Box 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

**Phone:** 7739662513

**Fax:** 3122685063

**Correspondent e-mail:** officeactions@norvellip.com
cfilarski@norvellip.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 01, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Dec. 01, 2017 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 76293 |
| Dec. 01, 2017 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 76293 |
| Dec. 01, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 76293 |
| Nov. 03, 2017 | TEAS SECTION 8 & 9 RECEIVED | |
| Dec. 11, 2016 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Dec. 19, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Dec. 19, 2013 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 67723 |
| Dec. 09, 2013 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | 67723 |
| Dec. 19, 2013 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 67723 |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 09, 2013 | TEAS SECTION 8 & 15 RECEIVED | |
| Dec. 09, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Feb. 07, 2012 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 07, 2012 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Dec. 11, 2007 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 05, 2007 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 77075 |
| Nov. 05, 2007 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Oct. 12, 2007 | STATEMENT OF USE PROCESSING COMPLETE | 66154 |
| Sep. 26, 2007 | USE AMENDMENT FILED | 66154 |
| Sep. 26, 2007 | TEAS STATEMENT OF USE RECEIVED | |
| Jul. 31, 2007 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| May 08, 2007 | PUBLISHED FOR OPPOSITION | |
| Apr. 18, 2007 | NOTICE OF PUBLICATION | |
| Mar. 15, 2007 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 77075 |
| Mar. 15, 2007 | ASSIGNED TO LIE | 77075 |
| Feb. 20, 2007 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 15, 2007 | ASSIGNED TO EXAMINER | 59500 |
| Oct. 03, 2006 | NOTICE OF PSEUDO MARK MAILED | |
| Oct. 02, 2006 | NEW APPLICATION ENTERED IN TRAM | |

# Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Dec. 11, 2017

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE                **Date in Location:** Dec. 01, 2017

# Proceedings

### Summary

**Number of Proceedings:** 6

**Type of Proceeding: Opposition**

**Proceeding Number:** 91238893               **Filing Date:** Jan 10, 2018

**Status:** Terminated               **Status Date:** Sep 05, 2018

**Interlocutory Attorney:** MIKE WEBSTER

**Defendant**

**Name:** Church Mutual Insurance Company

**Correspondent** CHRISTOPHER P FOLEY
**Address:** FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 NEW YORK AVENUE NW
WASHINGTON DC , 20001
UNITED STATES

**Correspondent e-mail:** docketing@finnegan.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMEXCHANGE | Abandoned - After Inter-Partes Decision | 87431426 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** CHRISTINE A FILARSKI
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME CORE | Registered | 85979116 | 4472606 |

| | | | |
|---|---|---|---|
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| CME FX$INDEX | Registered | 86963593 | 5211897 |
| CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 73134561 | 1085682 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME FX SPOT | Third Extension - Granted | 87155844 | |
| CME CLEARCHAIN | Third Extension - Granted | 87141695 | |
| CME FX LINK | Notice of Allowance - Issued | 87689907 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 10, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 10, 2018 | Feb 19, 2018 |
| 3 | PENDING, INSTITUTED | Jan 10, 2018 | |
| 4 | ANSWER | Feb 20, 2018 | |
| 5 | P MOT TO STRIKE PLEADING/AFFIRMATIVE DEFENSE | Mar 13, 2018 | |
| 6 | D OPP/RESP TO MOTION | Mar 28, 2018 | |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 29, 2018 | |
| 8 | P REPLY IN SUPPORT OF MOTION | Apr 17, 2018 | |
| 9 | STIP FOR EXT | Jul 17, 2018 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 17, 2018 | |
| 11 | PROCEEDINGS RESUMED | Jul 17, 2018 | |
| 12 | W/DRAW OF APPLICATION | Aug 07, 2018 | |
| 13 | BD DECISION: OPP SUSTAINED | Sep 05, 2018 | |
| 14 | TERMINATED | Sep 05, 2018 | |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| Proceeding Number: | 91226037 | Filing Date: | Jan 27, 2016 |
| Status: | Terminated | Status Date: | Dec 04, 2017 |
| Interlocutory Attorney: | YONG OH (RICHARD) KIM | | |

**Defendant**

Name: CMC Markets UK PLC

Correspondent Address: JEFFREY H GREGER
HAUPTMAN HAM LLP
2318 MILL ROAD, SUITE 1400
ALEXANDRIA VA , 22314
UNITED STATES

Correspondent e-mail: jhggroup@ipfirm.com , jhgreger@ipfirm.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412301 | |

**Plaintiff(s)**

Name: Chicago Mercantile Exchange, Inc.

Correspondent Address: J RYAN HINSHAW
NORVELL IP LLC
PO BOX 2461

CHICAGO IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 27, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 27, 2016 | Mar 07, 2016 |
| 3 | PENDING, INSTITUTED | Jan 27, 2016 | |
| 4 | D MOT FOR EXT W/ CONSENT | Feb 26, 2016 | |
| 5 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |
| 6 | P MOT FOR EXT W/ CONSENT | May 25, 2016 | |
| 7 | EXTENSION OF TIME GRANTED | May 25, 2016 | |
| 8 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 | |
| 9 | ANSWER | Aug 03, 2016 | |
| 10 | CHANGE OF CORRESP ADDRESS | Aug 24, 2016 | |
| 11 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 24, 2016 | |
| 12 | D MOT TO CONSOLIDATE | Sep 02, 2016 | |
| 13 | CONSOLIDATION ORDER | Sep 10, 2016 | |
| 14 | ANSWER | Sep 29, 2016 | |
| 15 | BD DECISION: SUSTAINED | Dec 04, 2017 | |
| 16 | TERMINATED | Dec 04, 2017 | |

**Type of Proceeding: Opposition**

**Proceeding Number:** 91225824

**Filing Date:** Jan 13, 2016

**Status:** Terminated

**Status Date:** Dec 04, 2017

**Interlocutory Attorney:** YONG OH (RICHARD) KIM

**Defendant**

**Name:** CMC Markets UK PLC

**Correspondent** JEFFREY H GREGER
**Address:** HAUPTMAN HAM LLP
2318 MILL ROAD STE 1400
ALEXANDRIA VA , 22314
UNITED STATES

**Correspondent e-mail:** jhggroup@ipfirm.com , jhgreger@ipfirm.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412291 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange, Inc.

**Correspondent** J RYAN HINSHAW
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com , tmo nagan@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 13, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 13, 2016 | Feb 22, 2016 |
| 3 | PENDING, INSTITUTED | Jan 13, 2016 | |
| 4 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Jan 26, 2016 | |
| 5 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Feb 02, 2016 | |
| 6 | TRIAL DATES RESET | Feb 08, 2016 | |
| 7 | STIP FOR EXT | Feb 26, 2016 | |
| 8 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |
| 9 | P MOT FOR EXT W/ CONSENT | May 25, 2016 | |
| 10 | EXTENSION OF TIME GRANTED | May 25, 2016 | |
| 11 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 | |
| 12 | ANSWER | Aug 03, 2016 | |
| 13 | CHANGE OF CORRESP ADDRESS | Aug 26, 2016 | |
| 14 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 26, 2016 | |
| 15 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Aug 30, 2016 | |
| 16 | D MOT TO CONSOLIDATE | Sep 02, 2016 | |
| 17 | CONSOLIDATION ORDER | Sep 10, 2016 | |
| 18 | ANSWER | Sep 29, 2016 | |
| 19 | ANSWER FOR CHILD CASE | Sep 29, 2016 | |
| 20 | P MOT FOR EXT W/ CONSENT | Jan 27, 2017 | |
| 21 | EXTENSION OF TIME GRANTED | Jan 27, 2017 | |
| 22 | P MOT TO COMPEL DISCOVERY | Feb 08, 2017 | |
| 23 | D OPP/RESP TO MOTION | Feb 28, 2017 | |
| 24 | P REPLY IN SUPPORT OF MOTION | Mar 20, 2017 | |
| 25 | D MOTION | Mar 30, 2017 | |
| 26 | P OPP/RESP TO MOTION | Apr 19, 2017 | |
| 27 | SUSP PEND DISP OF OUTSTNDNG MOT | May 04, 2017 | |
| 28 | PROCEEDINGS RESUMED | Jun 29, 2017 | |
| 29 | W/DRAW OF APPLICATION | Aug 11, 2017 | |
| 30 | P OPP/RESP TO MOTION | Aug 15, 2017 | |
| 31 | BD DECISION: SUSTAINED | Dec 04, 2017 | |
| 32 | TERMINATED | Dec 04, 2017 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91220909 | **Filing Date:** | Mar 04, 2015 |
| **Status:** | Terminated | **Status Date:** | Jun 23, 2015 |
| **Interlocutory Attorney:** | BENJAMIN U OKEKE | | |

### Defendant

**Name:** Chronicleme, Inc.

**Correspondent** KATHERINE A MARKERT
**Address:** HARTER SECREST & EMERY LLP
1600 BAUSCH AND LOMB PL
ROCHESTER NY , 14604-2711
UNITED STATES

**Correspondent e-mail:** kmarkert@hselaw.com;bpeet@hselaw.com; coffen@hselaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | Abandoned - After Inter-Partes Decision | 86301751 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** TATYANA V GILLES
**Address:** NORVELL IP LLC (13442-1497)
P O BOX 2461

Chicago IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , jkucala@norvellip.com , tgilles@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP PUMA TRADING SYSTEM | Abandoned - No Statement Of Use Filed | 85413626 | |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME STP | Registered | 86179537 | 4851862 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|-------------|------|----------|
| 1 | FILED AND FEE | Mar 04, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 04, 2015 | Apr 13, 2015 |
| 3 | PENDING, INSTITUTED | Mar 04, 2015 | |
| 4 | NOTICE OF DEFAULT | May 05, 2015 | |
| 5 | BD DECISION: SUSTAINED | Jun 23, 2015 | |
| 6 | TERMINATED | Jun 23, 2015 | |

**Type of Proceeding: Opposition**

| | | | |
|--|--|--|--|
| **Proceeding Number:** | 91205470 | **Filing Date:** | Jun 05, 2012 |
| **Status:** | Terminated | **Status Date:** | Jun 05, 2012 |
| **Interlocutory Attorney:** | BENJAMIN U OKEKE | | |

**Defendant**

**Name:** CMDirect, Inc.

**Correspondent** JAMES H DONOIAN
**Address:** GREENBERG TRAURIG LLP
200 PARK AVENUE, 34TH FLOOR
NEW YORK NY , 10166
UNITED STATES

**Correspondent e-mail:** nytmdkt@gtlaw.com , garfieldh@gtlaw.com , donoianj@gtlaw.com , biancoc@gtlaw.com , navarrod@gtlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMDIRECT | Abandoned - After Inter-Partes Decision | 85340856 | |
| | **Plaintiff(s)** | | |

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** TATYANA V GILLES
**Address:** NORVELL IP LLC
1776 ASH STREET
NORTHFIELD IL , 60093
UNITED STATES

**Correspondent e-mail:** tgilles@norvellip.com , officeactions@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME POINT | Abandoned - No Statement Of Use Filed | 85294949 | |
| CME CORE | Abandoned - No Statement Of Use Filed | 85253829 | |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME POSITION INTELLIGENCE | Abandoned - No Statement Of Use Filed | 85310824 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jun 05, 2012 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jun 07, 2012 | Jul 17, 2012 |
| 3 | PENDING, INSTITUTED | Jun 07, 2012 | |
| 4 | ANSWER | Jul 17, 2012 | |
| 5 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Dec 04, 2012 | |
| 6 | EXTENSION OF TIME GRANTED | Dec 04, 2012 | |
| 7 | Confidential Plaintiff's Motion to Compel Discovery | Jan 11, 2013 | |
| 8 | P'S MOTION TO COMPEL DISCOVERY | Jan 11, 2013 | |
| 9 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | Jan 18, 2013 | |
| 10 | P'S STATEMENT IN SUPPORT OF ITS MOTION TO COMPEL | Feb 05, 2013 | |
| 11 | P MOT FOR EXT W/ CONSENT | Feb 12, 2013 | |

| 12 | EXTENSION OF TIME GRANTED | Feb 12, 2013 |
| 13 | TRIAL DATES RESET | Apr 04, 2013 |
| 14 | P MOT FOR EXT W/ CONSENT | Apr 24, 2013 |
| 15 | EXTENSION OF TIME GRANTED | Apr 24, 2013 |
| 16 | P MOT FOR EXT W/ CONSENT | May 24, 2013 |
| 17 | EXTENSION OF TIME GRANTED | May 24, 2013 |
| 18 | P MOT FOR EXT W/ CONSENT | Jun 19, 2013 |
| 19 | EXTENSION OF TIME GRANTED | Jun 19, 2013 |
| 20 | W/DRAW OF APPLICATION | Jul 19, 2013 |
| 21 | BD DECISION: SUSTAINED | Jul 25, 2013 |
| 22 | TERMINATED | Jul 25, 2013 |
| 23 | BD DECISION: SUSTAINED | Jul 25, 2013 |

## Type of Proceeding: Opposition

| Proceeding Number: | 91199977 | Filing Date: | May 25, 2011 |
| Status: | Terminated | Status Date: | Aug 29, 2011 |
| Interlocutory Attorney: | CHERYL S GOODMAN | | |

### Defendant

Name: The Clifton Group Investment Management Company

Correspondent Address: ALAN G GORMAN
BARNES THORNBURG LLP
3475 PIEDMONT ROAD NE, SUITE 1700
ATLANTA GA , 30305 2954
UNITED STATES

Correspondent e-mail: alan.gorman@btlaw.com , trademark-at@btlaw.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
| --- | --- | --- | --- |
| CEM | Abandoned - After Inter-Partes Decision | 85108435 | |

### Plaintiff(s)

Name: Chicago Mercantile Exchange Inc.

Correspondent Address: JOSEPH T KUCALA
NORVELL IP LLC
1776 ASH STREET
NORTHFIELD IL , 60093
UNITED STATES

Correspondent e-mail: jkucala@norvellip.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
| --- | --- | --- | --- |
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
| --- | --- | --- | --- |

| | | | |
|---|---|---|---|
| 1 | FILED AND FEE | May 25, 2011 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 26, 2011 | Jul 05, 2011 |
| 3 | PENDING, INSTITUTED | May 26, 2011 | |
| 4 | STIPULATION FOR AN EXTENSION OF TIME | Jul 05, 2011 | |
| 5 | EXTENSION OF TIME GRANTED | Jul 05, 2011 | |
| 6 | STIPULATION FOR AN EXTENSION OF TIME | Aug 04, 2011 | |
| 7 | EXTENSION OF TIME GRANTED | Aug 04, 2011 | |
| 8 | WITHDRAWAL OF APPLICATION | Aug 12, 2011 | |
| 9 | BOARD'S DECISION: SUSTAINED | Aug 29, 2011 | |
| 10 | TERMINATED | Aug 29, 2011 | |

# United States of America

## United States Patent and Trademark Office

## CME HURRICANE INDEX

**Reg. No. 3,766,454**  CHICAGO MERCANTILE EXCHANGE INC. (DELAWARE CORPORATION)
Registered Mar. 30, 2010  20 SOUTH WACKER DRIVE
CHICAGO, IL 60606

**Int. Cl.: 36**  FOR: INVESTMENT SERVICES, NAMELY, PROVIDING FUTURES AND OPTIONS CON-
TRACTS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

SERVICE MARK  FIRST USE 4-21-2009; IN COMMERCE 4-21-2009.
PRINCIPAL REGISTER

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HURRICANE INDEX", APART
FROM THE MARK AS SHOWN.

SER. NO. 77-734,550, FILED 5-12-2009.

RICHARD WHITE, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

**Generated on:** This page was generated by TSDR on 2019-02-17 16:07:34 EST

**Mark:** CME HURRICANE INDEX

CME HURRICANE INDEX

**US Serial Number:** 77734550

**US Registration Number:** 3766454

**Register:** Principal

**Mark Type:** Service Mark

**Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Status Date:** Jun. 07, 2016

**Publication Date:** Jan. 12, 2010

**Application Filing Date:** May 12, 2009

**Registration Date:** Mar. 30, 2010

# Mark Information

**Mark Literal Elements:** CME HURRICANE INDEX

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "HURRICANE INDEX"

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Investment services, namely, providing futures and options contracts

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Apr. 21, 2009

**Use in Commerce:** Apr. 21, 2009

# Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

# Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 South Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country** DELAWARE

Where Organized:

# Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Christine A. Filarski | **Docket Number:** | 13439-0371 |
| **Attorney Primary Email Address:** | officeactions@norvellip.com | **Attorney Email Authorized:** | Yes |

### Correspondent

**Correspondent Name/Address:** Christine A. Filarski
Norvell IP llc
PO Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732

**Correspondent e-mail:** officeactions@norvellip.com officeactions@norvell ip.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 07, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Jun. 07, 2016 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 77315 |
| Jun. 07, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 77315 |
| Mar. 28, 2016 | TEAS SECTION 8 & 15 RECEIVED | |
| Mar. 30, 2015 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Mar. 30, 2010 | REGISTERED-PRINCIPAL REGISTER | |
| Jan. 12, 2010 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 12, 2010 | PUBLISHED FOR OPPOSITION | |
| Dec. 10, 2009 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 68123 |
| Dec. 10, 2009 | ASSIGNED TO LIE | 68123 |
| Nov. 23, 2009 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 12, 2009 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Oct. 12, 2009 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Oct. 12, 2009 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jun. 24, 2009 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jun. 24, 2009 | NON-FINAL ACTION E-MAILED | 6325 |
| Jun. 24, 2009 | NON-FINAL ACTION WRITTEN | 78478 |
| Jun. 23, 2009 | ASSIGNED TO EXAMINER | 78478 |
| May 16, 2009 | NOTICE OF PSEUDO MARK MAILED | |
| May 15, 2009 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| May 15, 2009 | NEW APPLICATION ENTERED IN TRAM | |

# Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** TMEG LAW OFFICE 109      **Date in Location:** Jun. 07, 2016

# Proceedings

### Summary

**Number of Proceedings:** 5

| Type of Proceeding: Opposition | |
|---|---|

**Proceeding Number:** 91226037      **Filing Date:** Jan 27, 2016

**Status:** Terminated      **Status Date:** Dec 04, 2017

**Interlocutory Attorney:** YONG OH (RICHARD) KIM

#### Defendant

**Name:** CMC Markets UK PLC

**Correspondent** JEFFREY H GREGER
**Address:** HAUPTMAN HAM LLP
2318 MILL ROAD, SUITE 1400
ALEXANDRIA VA , 22314
UNITED STATES

**Correspondent e-mail:** jhggroup@ipfirm.com , jhgreger@ipfirm.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412301 | |

#### Plaintiff(s)

**Name:** Chicago Mercantile Exchange, Inc.

**Correspondent** J RYAN HINSHAW
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |

| | | | |
|---|---|---|---|
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 27, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 27, 2016 | Mar 07, 2016 |
| 3 | PENDING, INSTITUTED | Jan 27, 2016 | |
| 4 | D MOT FOR EXT W/ CONSENT | Feb 26, 2016 | |
| 5 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |
| 6 | P MOT FOR EXT W/ CONSENT | May 25, 2016 | |
| 7 | EXTENSION OF TIME GRANTED | May 25, 2016 | |
| 8 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 | |
| 9 | ANSWER | Aug 03, 2016 | |
| 10 | CHANGE OF CORRESP ADDRESS | Aug 24, 2016 | |
| 11 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 24, 2016 | |
| 12 | D MOT TO CONSOLIDATE | Sep 02, 2016 | |
| 13 | CONSOLIDATION ORDER | Sep 10, 2016 | |
| 14 | ANSWER | Sep 29, 2016 | |
| 15 | BD DECISION: SUSTAINED | Dec 04, 2017 | |
| 16 | TERMINATED | Dec 04, 2017 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91225824 | **Filing Date:** Jan 13, 2016 | |
| **Status:** | Terminated | **Status Date:** Dec 04, 2017 | |
| **Interlocutory Attorney:** | YONG OH (RICHARD) KIM | | |

### Defendant

**Name:** CMC Markets UK PLC

**Correspondent Address:** JEFFREY H GREGER
HAUPTMAN HAM LLP
2318 MILL ROAD STE 1400
ALEXANDRIA VA , 22314
UNITED STATES

**Correspondent e-mail:** jhggroup@ipfirm.com , jhgreger@ipfirm.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412291 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange, Inc.

**Correspondent Address:** J RYAN HINSHAW
NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com , tmo nagan@norvellip.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |

| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 13, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 13, 2016 | Feb 22, 2016 |
| 3 | PENDING, INSTITUTED | Jan 13, 2016 | |
| 4 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Jan 26, 2016 | |
| 5 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Feb 02, 2016 | |
| 6 | TRIAL DATES RESET | Feb 08, 2016 | |
| 7 | STIP FOR EXT | Feb 26, 2016 | |
| 8 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |
| 9 | P MOT FOR EXT W/ CONSENT | May 25, 2016 | |
| 10 | EXTENSION OF TIME GRANTED | May 25, 2016 | |
| 11 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 | |
| 12 | ANSWER | Aug 03, 2016 | |
| 13 | CHANGE OF CORRESP ADDRESS | Aug 26, 2016 | |
| 14 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 26, 2016 | |
| 15 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Aug 30, 2016 | |
| 16 | D MOT TO CONSOLIDATE | Sep 02, 2016 | |
| 17 | CONSOLIDATION ORDER | Sep 10, 2016 | |
| 18 | ANSWER | Sep 29, 2016 | |
| 19 | ANSWER FOR CHILD CASE | Sep 29, 2016 | |
| 20 | P MOT FOR EXT W/ CONSENT | Jan 27, 2017 | |
| 21 | EXTENSION OF TIME GRANTED | Jan 27, 2017 | |
| 22 | P MOT TO COMPEL DISCOVERY | Feb 08, 2017 | |
| 23 | D OPP/RESP TO MOTION | Feb 28, 2017 | |
| 24 | P REPLY IN SUPPORT OF MOTION | Mar 20, 2017 | |
| 25 | D MOTION | Mar 30, 2017 | |
| 26 | P OPP/RESP TO MOTION | Apr 19, 2017 | |

| | | |
|---|---|---|
| 27 | SUSP PEND DISP OF OUTSTNDNG MOT | May 04, 2017 |
| 28 | PROCEEDINGS RESUMED | Jun 29, 2017 |
| 29 | W/DRAW OF APPLICATION | Aug 11, 2017 |
| 30 | P OPP/RESP TO MOTION | Aug 15, 2017 |
| 31 | BD DECISION: SUSTAINED | Dec 04, 2017 |
| 32 | TERMINATED | Dec 04, 2017 |

## Type of Proceeding: Opposition

**Proceeding Number:** 91220909　　**Filing Date:** Mar 04, 2015

**Status:** Terminated　　**Status Date:** Jun 23, 2015

**Interlocutory Attorney:** BENJAMIN U OKEKE

### Defendant

**Name:** Chronicleme, Inc.

**Correspondent** KATHERINE A MARKERT
**Address:** HARTER SECREST & EMERY LLP
1600 BAUSCH AND LOMB PL
ROCHESTER NY , 14604-2711
UNITED STATES

**Correspondent e-mail:** kmarkert@hselaw.com;bpeet@hselaw.com; coffen@hselaw.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | Abandoned - After Inter-Partes Decision | 86301751 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** TATYANA V GILLES
**Address:** NORVELL IP LLC (13442-1497)
P O BOX 2461
Chicago IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , jkucala@norvellip.com , tgilles@norvellip.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |

| | | | | |
|---|---|---|---|---|
| CME GROUP | | Registered | 85683052 | 4544077 |
| CME CLEARPORT | | Registered | 85908503 | 4535988 |
| CME GLINK | | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | | Registered | 85681369 | 4433547 |
| CME FX SPOT | | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | | Registered | 85681420 | 5218706 |
| CME GROUP PUMA TRADING SYSTEM | | Abandoned - No Statement Of Use Filed | 85413626 | |
| CME GROUP APPROVED | | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | | Registered | 86429777 | 5370376 |
| CME STP | | Registered | 86179537 | 4851862 |
| CME GROUP FOUNDATION | | Registered | 86546830 | 4961334 |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 04, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 04, 2015 | Apr 13, 2015 |
| 3 | PENDING, INSTITUTED | Mar 04, 2015 | |
| 4 | NOTICE OF DEFAULT | May 05, 2015 | |
| 5 | BD DECISION: SUSTAINED | Jun 23, 2015 | |
| 6 | TERMINATED | Jun 23, 2015 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91205470 | **Filing Date:** | Jun 05, 2012 |
| **Status:** | Terminated | **Status Date:** | Jun 05, 2012 |
| **Interlocutory Attorney:** | BENJAMIN U OKEKE | | |

### Defendant

**Name:** CMDirect, Inc.

**Correspondent** JAMES H DONOIAN
**Address:** GREENBERG TRAURIG LLP
200 PARK AVENUE, 34TH FLOOR
NEW YORK NY , 10166
UNITED STATES

**Correspondent e-mail:** nytmdkt@gtlaw.com , garfieldh@gtlaw.com , donoianj@gtlaw.com , biancoc@gtlaw.com , navarrod@gtlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMDIRECT | Abandoned - After Inter-Partes Decision | 85340856 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** TATYANA V GILLES
**Address:** NORVELL IP LLC
1776 ASH STREET
NORTHFIELD IL , 60093
UNITED STATES

**Correspondent e-mail:** tgilles@norvellip.com , officeactions@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |

| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME POINT | Abandoned - No Statement Of Use Filed | 85294949 | |
| CME CORE | Abandoned - No Statement Of Use Filed | 85253829 | |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME POSITION INTELLIGENCE | Abandoned - No Statement Of Use Filed | 85310824 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jun 05, 2012 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jun 07, 2012 | Jul 17, 2012 |
| 3 | PENDING, INSTITUTED | Jun 07, 2012 | |
| 4 | ANSWER | Jul 17, 2012 | |
| 5 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Dec 04, 2012 | |
| 6 | EXTENSION OF TIME GRANTED | Dec 04, 2012 | |
| 7 | Confidential Plaintiff's Motion to Compel Discovery | Jan 11, 2013 | |
| 8 | P'S MOTION TO COMPEL DISCOVERY | Jan 11, 2013 | |
| 9 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | Jan 18, 2013 | |
| 10 | P'S STATEMENT IN SUPPORT OF ITS MOTION TO COMPEL | Feb 05, 2013 | |
| 11 | P MOT FOR EXT W/ CONSENT | Feb 12, 2013 | |
| 12 | EXTENSION OF TIME GRANTED | Feb 12, 2013 | |
| 13 | TRIAL DATES RESET | Apr 04, 2013 | |
| 14 | P MOT FOR EXT W/ CONSENT | Apr 24, 2013 | |
| 15 | EXTENSION OF TIME GRANTED | Apr 24, 2013 | |
| 16 | P MOT FOR EXT W/ CONSENT | May 24, 2013 | |
| 17 | EXTENSION OF TIME GRANTED | May 24, 2013 | |
| 18 | P MOT FOR EXT W/ CONSENT | Jun 19, 2013 | |
| 19 | EXTENSION OF TIME GRANTED | Jun 19, 2013 | |
| 20 | W/DRAW OF APPLICATION | Jul 19, 2013 | |
| 21 | BD DECISION: SUSTAINED | Jul 25, 2013 | |
| 22 | TERMINATED | Jul 25, 2013 | |
| 23 | BD DECISION: SUSTAINED | Jul 25, 2013 | |

**Type of Proceeding: Opposition**

| Proceeding Number: | 91199977 | Filing Date: | May 25, 2011 |
|---|---|---|---|

**Status:** Terminated     **Status Date:** Aug 29, 2011

**Interlocutory Attorney:** CHERYL S GOODMAN

**Defendant**

**Name:** The Clifton Group Investment Management Company

**Correspondent** ALAN G GORMAN
**Address:** BARNES THORNBURG LLP
3475 PIEDMONT ROAD NE, SUITE 1700
ATLANTA GA , 30305 2954
UNITED STATES

**Correspondent e-mail:** alan.gorman@btlaw.com , trademark-at@btlaw.com

**Associated marks**

| | Serial | Registration |

| Mark | Application Status | Number | Number |
|------|-------------------|--------|--------|
| CEM | Abandoned - After Inter-Partes Decision | 85108435 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** JOSEPH T KUCALA
**Address:** NORVELL IP LLC
1776 ASH STREET
NORTHFIELD IL , 60093
UNITED STATES

**Correspondent e-mail:** jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|-------------|------|----------|
| 1 | FILED AND FEE | May 25, 2011 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 26, 2011 | Jul 05, 2011 |
| 3 | PENDING, INSTITUTED | May 26, 2011 | |
| 4 | STIPULATION FOR AN EXTENSION OF TIME | Jul 05, 2011 | |
| 5 | EXTENSION OF TIME GRANTED | Jul 05, 2011 | |
| 6 | STIPULATION FOR AN EXTENSION OF TIME | Aug 04, 2011 | |
| 7 | EXTENSION OF TIME GRANTED | Aug 04, 2011 | |
| 8 | WITHDRAWAL OF APPLICATION | Aug 12, 2011 | |
| 9 | BOARD'S DECISION: SUSTAINED | Aug 29, 2011 | |
| 10 | TERMINATED | Aug 29, 2011 | |

# United States of America
## United States Patent and Trademark Office

# CME DATAPOINT

**Reg. No. 4,130,632**

**Registered Apr. 24, 2012**

**Int. Cl.: 36**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CHICAGO MERCANTILE EXCHANGE INC. (DELAWARE CORPORATION)
20 SOUTH WACKER DRIVE
CHICAGO, IL 60606

FOR: FINANCIAL SERVICES IN THE FIELD OF MARKET DATA DISTRIBUTION, NAMELY, MARKET DATA REPORTING SERVICES AND ACCOUNT MANAGEMENT SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-12-2010; IN COMMERCE 11-12-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,973,035, 3,193,924 AND OTHERS.

SER. NO. 85-254,768, FILED 3-1-2011.

DAVID TOOLEY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

**Generated on:** This page was generated by TSDR on 2019-02-17 16:07:54 EST

**Mark:** CME DATAPOINT

## CME DATAPOINT

| | |
|---|---|
| **US Serial Number:** 85254768 | **Application Filing Date:** Mar. 01, 2011 |
| **US Registration Number:** 4130632 | **Registration Date:** Apr. 24, 2012 |
| **Register:** Principal | |
| **Mark Type:** Service Mark | |

**Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Status Date:** Apr. 30, 2018

**Publication Date:** Feb. 07, 2012

# Mark Information

**Mark Literal Elements:** CME DATAPOINT

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Related Properties Information

**Claimed Ownership of US Registrations:** 2973035, 3084640, 3193924 and others

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial services in the field of market data distribution, namely, market data reporting services and account management services

| | |
|---|---|
| **International Class(es):** 036 - Primary Class | **U.S Class(es):** 100, 101, 102 |

**Class Status:** ACTIVE

**Basis:** 1(a)

| | |
|---|---|
| **First Use:** Nov. 12, 2010 | **Use in Commerce:** Nov. 12, 2010 |

# Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

# Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 South Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION                    **State or Country** DELAWARE
                                                      **Where Organized:**

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Christine A. Filarski          **Docket Number:** 13439-894

**Attorney Primary** officeactions@norvellip.com      **Attorney Email** Yes
**Email Address:**                                    **Authorized:**

**Correspondent**

**Correspondent** Christine A. Filarski
**Name/Address:** Norvell IP llc
PO Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732                               **Fax:** 312-268-5063

**Correspondent e-** officeactions@norvellip.com      **Correspondent e-** Yes
**mail:** cfilarski@norvellip.com                     **mail Authorized:**

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Apr. 30, 2018 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Apr. 30, 2018 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 76293 |
| Apr. 30, 2018 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 76293 |
| Apr. 19, 2018 | TEAS SECTION 8 & 15 RECEIVED | |
| Apr. 24, 2017 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Apr. 24, 2012 | REGISTERED-PRINCIPAL REGISTER | |
| Feb. 07, 2012 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Feb. 07, 2012 | PUBLISHED FOR OPPOSITION | |
| Jan. 18, 2012 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 30, 2011 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 76568 |
| Dec. 29, 2011 | ASSIGNED TO LIE | 76568 |
| Dec. 08, 2011 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 25, 2011 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Nov. 25, 2011 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Nov. 25, 2011 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 24, 2011 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| May 24, 2011 | NON-FINAL ACTION E-MAILED | 6325 |
| May 24, 2011 | NON-FINAL ACTION WRITTEN | 83182 |
| May 17, 2011 | ASSIGNED TO EXAMINER | 83182 |
| Mar. 05, 2011 | NOTICE OF PSEUDO MARK MAILED | |
| Mar. 04, 2011 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Mar. 04, 2011 | NEW APPLICATION ENTERED IN TRAM | |

# Maintenance Filings or Post Registration Information

**Affidavit of** Section 8 - Accepted
**Continued Use:**

**Affidavit of** Section 15 - Accepted
**Incontestability:**

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** TMO LAW OFFICE 112      **Date in Location:** Apr. 30, 2018

# Proceedings

### Summary

**Number of Proceedings:** 4

| Type of Proceeding: Opposition |
| --- |

**Proceeding Number:** 91238893      **Filing Date:** Jan 10, 2018

**Status:** Terminated      **Status Date:** Sep 05, 2018

**Interlocutory Attorney:** MIKE WEBSTER

**Defendant**

**Name:** Church Mutual Insurance Company

**Correspondent** CHRISTOPHER P FOLEY
**Address:** FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 NEW YORK AVENUE NW
WASHINGTON DC , 20001
UNITED STATES

**Correspondent e-mail:** docketing@finnegan.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
| --- | --- | --- | --- |
| CMEXCHANGE | Abandoned - After Inter-Partes Decision | 87431426 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** CHRISTINE A FILARSKI
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
| --- | --- | --- | --- |
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME GROUP | Registered | 85683068 | 4544078 |

| | | | |
|---|---|---|---|
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| CME FX$INDEX | Registered | 86963593 | 5211897 |
| CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 73134561 | 1085682 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME FX SPOT | Third Extension - Granted | 87155844 | |
| CME CLEARCHAIN | Third Extension - Granted | 87141695 | |
| CME FX LINK | Notice of Allowance - Issued | 87689907 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 10, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 10, 2018 | Feb 19, 2018 |
| 3 | PENDING, INSTITUTED | Jan 10, 2018 | |
| 4 | ANSWER | Feb 20, 2018 | |
| 5 | P MOT TO STRIKE PLEADING/AFFIRMATIVE DEFENSE | Mar 13, 2018 | |
| 6 | D OPP/RESP TO MOTION | Mar 28, 2018 | |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 29, 2018 | |
| 8 | P REPLY IN SUPPORT OF MOTION | Apr 17, 2018 | |
| 9 | STIP FOR EXT | Jul 17, 2018 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 17, 2018 | |
| 11 | PROCEEDINGS RESUMED | Jul 17, 2018 | |
| 12 | W/DRAW OF APPLICATION | Aug 07, 2018 | |
| 13 | BD DECISION: OPP SUSTAINED | Sep 05, 2018 | |
| 14 | TERMINATED | Sep 05, 2018 | |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| Proceeding Number: | 91225824 | Filing Date: | Jan 13, 2016 |
| Status: | Terminated | Status Date: | Dec 04, 2017 |
| Interlocutory Attorney: | YONG OH (RICHARD) KIM | | |

**Defendant**

**Name:** CMC Markets UK PLC

**Correspondent Address:** JEFFREY H GREGER
HAUPTMAN HAM LLP
2318 MILL ROAD STE 1400
ALEXANDRIA VA , 22314
UNITED STATES

**Correspondent e-mail:** jhggroup@ipfirm.com , jhgreger@ipfirm.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412291 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange, Inc.

**Correspondent Address:** J RYAN HINSHAW
NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com , tmonagan@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 13, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 13, 2016 | Feb 22, 2016 |
| 3 | PENDING, INSTITUTED | Jan 13, 2016 | |
| 4 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Jan 26, 2016 | |
| 5 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Feb 02, 2016 | |
| 6 | TRIAL DATES RESET | Feb 08, 2016 | |
| 7 | STIP FOR EXT | Feb 26, 2016 | |
| 8 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |
| 9 | P MOT FOR EXT W/ CONSENT | May 25, 2016 | |
| 10 | EXTENSION OF TIME GRANTED | May 25, 2016 | |
| 11 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 | |
| 12 | ANSWER | Aug 03, 2016 | |
| 13 | CHANGE OF CORRESP ADDRESS | Aug 26, 2016 | |
| 14 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 26, 2016 | |
| 15 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Aug 30, 2016 | |
| 16 | D MOT TO CONSOLIDATE | Sep 02, 2016 | |
| 17 | CONSOLIDATION ORDER | Sep 10, 2016 | |
| 18 | ANSWER | Sep 29, 2016 | |

| 19 | ANSWER FOR CHILD CASE | Sep 29, 2016 |
| 20 | P MOT FOR EXT W/ CONSENT | Jan 27, 2017 |
| 21 | EXTENSION OF TIME GRANTED | Jan 27, 2017 |
| 22 | P MOT TO COMPEL DISCOVERY | Feb 08, 2017 |
| 23 | D OPP/RESP TO MOTION | Feb 28, 2017 |
| 24 | P REPLY IN SUPPORT OF MOTION | Mar 20, 2017 |
| 25 | D MOTION | Mar 30, 2017 |
| 26 | P OPP/RESP TO MOTION | Apr 19, 2017 |
| 27 | SUSP PEND DISP OF OUTSTNDNG MOT | May 04, 2017 |
| 28 | PROCEEDINGS RESUMED | Jun 29, 2017 |
| 29 | W/DRAW OF APPLICATION | Aug 11, 2017 |
| 30 | P OPP/RESP TO MOTION | Aug 15, 2017 |
| 31 | BD DECISION: SUSTAINED | Dec 04, 2017 |
| 32 | TERMINATED | Dec 04, 2017 |

## Type of Proceeding: Opposition

**Proceeding Number:** 91220909       **Filing Date:** Mar 04, 2015

**Status:** Terminated       **Status Date:** Jun 23, 2015

**Interlocutory Attorney:** BENJAMIN U OKEKE

### Defendant

**Name:** Chronicleme, Inc.

**Correspondent Address:** KATHERINE A MARKERT
HARTER SECREST & EMERY LLP
1600 BAUSCH AND LOMB PL
ROCHESTER NY , 14604-2711
UNITED STATES

**Correspondent e-mail:** kmarkert@hselaw.com;bpeet@hselaw.com; coffen@hselaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | Abandoned - After Inter-Partes Decision | 86301751 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent Address:** TATYANA V GILLES
NORVELL IP LLC (13442-1497)
P O BOX 2461
Chicago IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , jkucala@norvellip.com , tgilles@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |

| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP PUMA TRADING SYSTEM | Abandoned - No Statement Of Use Filed | 85413626 | |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME STP | Registered | 86179537 | 4851862 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 04, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 04, 2015 | Apr 13, 2015 |
| 3 | PENDING, INSTITUTED | Mar 04, 2015 | |
| 4 | NOTICE OF DEFAULT | May 05, 2015 | |
| 5 | BD DECISION: SUSTAINED | Jun 23, 2015 | |
| 6 | TERMINATED | Jun 23, 2015 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91205470     **Filing Date:** Jun 05, 2012

**Status:** Terminated     **Status Date:** Jun 05, 2012

**Interlocutory Attorney:** BENJAMIN U OKEKE

### Defendant

**Name:** CMDirect, Inc.

**Correspondent** JAMES H DONOIAN
**Address:** GREENBERG TRAURIG LLP
200 PARK AVENUE, 34TH FLOOR
NEW YORK NY , 10166
UNITED STATES

**Correspondent e-mail:** nytmdkt@gtlaw.com , garfieldh@gtlaw.com , donoianj@gtlaw.com , biancoc@gtlaw.com , navarrod@gtlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMDIRECT | Abandoned - After Inter-Partes Decision | 85340856 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** TATYANA V GILLES
**Address:** NORVELL IP LLC
1776 ASH STREET
NORTHFIELD IL , 60093
UNITED STATES

**Correspondent e-mail:** tgilles@norvellip.com , officeactions@norvellip.com , jkucala@norvellip.com

**Associated marks**

| | | Serial | Registration |

| Mark | Application Status | Number | Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3786454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME POINT | Abandoned - No Statement Of Use Filed | 85294949 | |
| CME CORE | Abandoned - No Statement Of Use Filed | 85253829 | |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME POSITION INTELLIGENCE | Abandoned - No Statement Of Use Filed | 85310824 | |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jun 05, 2012 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jun 07, 2012 | Jul 17, 2012 |
| 3 | PENDING, INSTITUTED | Jun 07, 2012 | |
| 4 | ANSWER | Jul 17, 2012 | |
| 5 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Dec 04, 2012 | |
| 6 | EXTENSION OF TIME GRANTED | Dec 04, 2012 | |
| 7 | Confidential Plaintiff's Motion to Compel Discovery | Jan 11, 2013 | |
| 8 | P'S MOTION TO COMPEL DISCOVERY | Jan 11, 2013 | |
| 9 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | Jan 18, 2013 | |
| 10 | P'S STATEMENT IN SUPPORT OF ITS MOTION TO COMPEL | Feb 05, 2013 | |
| 11 | P MOT FOR EXT W/ CONSENT | Feb 12, 2013 | |
| 12 | EXTENSION OF TIME GRANTED | Feb 12, 2013 | |
| 13 | TRIAL DATES RESET | Apr 04, 2013 | |
| 14 | P MOT FOR EXT W/ CONSENT | Apr 24, 2013 | |
| 15 | EXTENSION OF TIME GRANTED | Apr 24, 2013 | |
| 16 | P MOT FOR EXT W/ CONSENT | May 24, 2013 | |
| 17 | EXTENSION OF TIME GRANTED | May 24, 2013 | |
| 18 | P MOT FOR EXT W/ CONSENT | Jun 19, 2013 | |
| 19 | EXTENSION OF TIME GRANTED | Jun 19, 2013 | |
| 20 | W/DRAW OF APPLICATION | Jul 19, 2013 | |
| 21 | BD DECISION: SUSTAINED | Jul 25, 2013 | |
| 22 | TERMINATED | Jul 25, 2013 | |
| 23 | BD DECISION: SUSTAINED | Jul 25, 2013 | |



# CMECE

**Reg. No. 4,060,843**

**Registered Nov. 22, 2011**

**Int. Cl.: 36**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CHICAGO MERCANTILE EXCHANGE INC. (DELAWARE CORPORATION)
20 S. WACKER DRIVE
CHICAGO, IL 60606

FOR: TRANSACTION PROCESSING SERVICES RELATING TO THE PURCHASE, SALE, CLEARING, MARGINING, RISK MANAGEMENT, SETTLEMENT AND DELIVERY OF FINANCIAL INSTRUMENTS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-0-2009; IN COMMERCE 3-0-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-013,597, FILED 4-14-2010.

RUSS HERMAN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

**Generated on:** This page was generated by TSDR on 2019-02-17 16:08:16 EST

**Mark:** CMECE

# CMECE

**US Serial Number:** 85013597

**Application Filing Date:** Apr. 14, 2010

**US Registration Number:** 4060843

**Registration Date:** Nov. 22, 2011

**Register:** Principal

**Mark Type:** Service Mark

**Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Status Date:** Sep. 14, 2017

**Publication Date:** Mar. 22, 2011

**Notice of Allowance Date:** May 17, 2011

## Mark Information

**Mark Literal Elements:** CMECE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Transaction processing services relating to the purchase, sale, clearing, margining, risk management, settlement and delivery of financial instruments

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jul. 2009

**Use in Commerce:** Mar. 2010

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** No | | **Currently Use:** Yes | | **Amended Use:** No | |
| **Filed ITU:** Yes | | **Currently ITU:** No | | **Amended ITU:** No | |
| **Filed 44D:** No | | **Currently 44D:** No | | **Amended 44D:** No | |
| **Filed 44E:** No | | **Currently 44E:** No | | **Amended 44E:** No | |
| **Filed 66A:** No | | **Currently 66A:** No | | | |
| **Filed No Basis:** No | | **Currently No Basis:** No | | | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country** DELAWARE

Where Organized:

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Christine A. Filarski

**Docket Number:** 13439-1097

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Christine A. Filarski
Norvell IP llc
PO Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com
cfilarski@norvellip.com

**Correspondent e-mail Authorized:** Yes

Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Sep. 14, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Sep. 14, 2017 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 67110 |
| Sep. 14, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 67110 |
| Aug. 09, 2017 | TEAS SECTION 8 & 15 RECEIVED | |
| Nov. 22, 2016 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Feb. 07, 2012 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 07, 2012 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Nov. 22, 2011 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 19, 2011 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Oct. 18, 2011 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 70633 |
| Oct. 18, 2011 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Sep. 28, 2011 | STATEMENT OF USE PROCESSING COMPLETE | 76538 |
| Sep. 26, 2011 | USE AMENDMENT FILED | 76538 |
| Sep. 27, 2011 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 76538 |
| Sep. 26, 2011 | TEAS STATEMENT OF USE RECEIVED | |
| May 17, 2011 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Mar. 22, 2011 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 22, 2011 | PUBLISHED FOR OPPOSITION | |
| Feb. 15, 2011 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70633 |
| Feb. 15, 2011 | ASSIGNED TO LIE | 70633 |
| Jan. 22, 2011 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 21, 2011 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jan. 21, 2011 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jan. 21, 2011 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jul. 21, 2010 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jul. 21, 2010 | NON-FINAL ACTION E-MAILED | 6325 |
| Jul. 21, 2010 | NON-FINAL ACTION WRITTEN | 60219 |
| Jul. 21, 2010 | ASSIGNED TO EXAMINER | 60219 |
| Apr. 19, 2010 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Apr. 17, 2010 | NEW APPLICATION ENTERED IN TRAM | |

# Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** TMEG LAW OFFICE 101      **Date in Location:** Sep. 14, 2017

# Proceedings

**Summary**

**Number of Proceedings:** 4

**Type of Proceeding: Opposition**

**Proceeding Number:** 91226037      **Filing Date:** Jan 27, 2016

**Status:** Terminated      **Status Date:** Dec 04, 2017

**Interlocutory Attorney:** YONG OH (RICHARD) KIM

**Defendant**

**Name:** CMC Markets UK PLC

**Correspondent Address:** JEFFREY H GREGER
HAUPTMAN HAM LLP
2318 MILL ROAD, SUITE 1400
ALEXANDRIA VA , 22314
UNITED STATES

**Correspondent e-mail:** jhggroup@ipfirm.com , jhgreger@ipfirm.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|---------------|---------------------|
| CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412301 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange, Inc.

**Correspondent Address:** J RYAN HINSHAW
NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|---------------|---------------------|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |

| CME DATACLOUD | Registered | 85254745 | 4254542 |
|---|---|---|---|
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 27, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 27, 2016 | Mar 07, 2016 |
| 3 | PENDING, INSTITUTED | Jan 27, 2016 | |
| 4 | D MOT FOR EXT W/ CONSENT | Feb 26, 2016 | |
| 5 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |
| 6 | P MOT FOR EXT W/ CONSENT | May 25, 2016 | |
| 7 | EXTENSION OF TIME GRANTED | May 25, 2016 | |
| 8 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 | |
| 9 | ANSWER | Aug 03, 2016 | |
| 10 | CHANGE OF CORRESP ADDRESS | Aug 24, 2016 | |
| 11 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 24, 2016 | |
| 12 | D MOT TO CONSOLIDATE | Sep 02, 2016 | |
| 13 | CONSOLIDATION ORDER | Sep 10, 2016 | |
| 14 | ANSWER | Sep 29, 2016 | |
| 15 | BD DECISION: SUSTAINED | Dec 04, 2017 | |
| 16 | TERMINATED | Dec 04, 2017 | |

**Type of Proceeding: Opposition**

| Proceeding Number: | 91225824 | Filing Date: | Jan 13, 2016 |
|---|---|---|---|

| Status: | Terminated | Status Date: | Dec 04, 2017 |
|---|---|---|---|

Interlocutory Attorney: YONG OH (RICHARD) KIM

**Defendant**

Name: CMC Markets UK PLC

Correspondent JEFFREY H GREGER
Address: HAUPTMAN HAM LLP
2318 MILL ROAD STE 1400
ALEXANDRIA VA , 22314
UNITED STATES

Correspondent e-mail: jhggroup@ipfirm.com , jhgreger@ipfirm.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412291 | |

**Plaintiff(s)**

Name: Chicago Mercantile Exchange, Inc.

Correspondent J RYAN HINSHAW
Address: NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

Correspondent e- officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com , tmo

mail: nagan@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 13, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 13, 2016 | Feb 22, 2016 |
| 3 | PENDING, INSTITUTED | Jan 13, 2016 | |
| 4 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Jan 26, 2016 | |
| 5 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Feb 02, 2016 | |
| 6 | TRIAL DATES RESET | Feb 08, 2016 | |
| 7 | STIP FOR EXT | Feb 26, 2016 | |
| 8 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |
| 9 | P MOT FOR EXT W/ CONSENT | May 25, 2016 | |
| 10 | EXTENSION OF TIME GRANTED | May 25, 2016 | |
| 11 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 | |
| 12 | ANSWER | Aug 03, 2016 | |
| 13 | CHANGE OF CORRESP ADDRESS | Aug 26, 2016 | |
| 14 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 26, 2016 | |
| 15 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Aug 30, 2016 | |
| 16 | D MOT TO CONSOLIDATE | Sep 02, 2016 | |
| 17 | CONSOLIDATION ORDER | Sep 10, 2016 | |

| 18 | ANSWER | Sep 29, 2016 |
| 19 | ANSWER FOR CHILD CASE | Sep 29, 2016 |
| 20 | P MOT FOR EXT W/ CONSENT | Jan 27, 2017 |
| 21 | EXTENSION OF TIME GRANTED | Jan 27, 2017 |
| 22 | P MOT TO COMPEL DISCOVERY | Feb 08, 2017 |
| 23 | D OPP/RESP TO MOTION | Feb 28, 2017 |
| 24 | P REPLY IN SUPPORT OF MOTION | Mar 20, 2017 |
| 25 | D MOTION | Mar 30, 2017 |
| 26 | P OPP/RESP TO MOTION | Apr 19, 2017 |
| 27 | SUSP PEND DISP OF OUTSTNDNG MOT | May 04, 2017 |
| 28 | PROCEEDINGS RESUMED | Jun 29, 2017 |
| 29 | W/DRAW OF APPLICATION | Aug 11, 2017 |
| 30 | P OPP/RESP TO MOTION | Aug 15, 2017 |
| 31 | BD DECISION: SUSTAINED | Dec 04, 2017 |
| 32 | TERMINATED | Dec 04, 2017 |

## Type of Proceeding: Opposition

**Proceeding Number:** 91220909  **Filing Date:** Mar 04, 2015

**Status:** Terminated  **Status Date:** Jun 23, 2015

**Interlocutory Attorney:** BENJAMIN U OKEKE

### Defendant

**Name:** Chronicleme, Inc.

**Correspondent Address:** KATHERINE A MARKERT
HARTER SECREST & EMERY LLP
1600 BAUSCH AND LOMB PL
ROCHESTER NY , 14604-2711
UNITED STATES

**Correspondent e-mail:** kmarkert@hselaw.com;bpeet@hselaw.com; coffen@hselaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | Abandoned - After Inter-Partes Decision | 86301751 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent Address:** TATYANA V GILLES
NORVELL IP LLC (13442-1497)
P O BOX 2461
Chicago IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , jkucala@norvellip.com , tgilles@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77733550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |

| | | | |
|---|---|---|---|
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP PUMA TRADING SYSTEM | Abandoned - No Statement Of Use Filed | 85413626 | |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME STP | Registered | 86179537 | 4851862 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 04, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 04, 2015 | Apr 13, 2015 |
| 3 | PENDING, INSTITUTED | Mar 04, 2015 | |
| 4 | NOTICE OF DEFAULT | May 05, 2015 | |
| 5 | BD DECISION: SUSTAINED | Jun 23, 2015 | |
| 6 | TERMINATED | Jun 23, 2015 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91205470 | **Filing Date:** | Jun 05, 2012 |
| **Status:** | Terminated | **Status Date:** | Jun 05, 2012 |
| **Interlocutory Attorney:** | BENJAMIN U OKEKE | | |

### Defendant

**Name:** CMDirect, Inc.

**Correspondent Address:** JAMES H DONOIAN
GREENBERG TRAURIG LLP
200 PARK AVENUE, 34TH FLOOR
NEW YORK NY , 10166
UNITED STATES

**Correspondent e-mail:** nytmdkt@gtlaw.com , garfieldh@gtlaw.com , donoianj@gtlaw.com , biancoc@gtlaw.com , navarrod@gtlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMDIRECT | Abandoned - After Inter-Partes Decision | 85340856 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent Address:** TATYANA V GILLES
NORVELL IP LLC
1776 ASH STREET
NORTHFIELD IL , 60093
UNITED STATES

**Correspondent e-mail:** tgilles@norvellip.com , officeactions@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME POINT | Abandoned - No Statement Of Use Filed | 85294949 | |
| CME CORE | Abandoned - No Statement Of Use Filed | 85253829 | |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME POSITION INTELLIGENCE | Abandoned - No Statement Of Use Filed | 85310824 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jun 05, 2012 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jun 07, 2012 | Jul 17, 2012 |
| 3 | PENDING, INSTITUTED | Jun 07, 2012 | |
| 4 | ANSWER | Jul 17, 2012 | |
| 5 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Dec 04, 2012 | |
| 6 | EXTENSION OF TIME GRANTED | Dec 04, 2012 | |
| 7 | Confidential Plaintiff's Motion to Compel Discovery | Jan 11, 2013 | |
| 8 | P'S MOTION TO COMPEL DISCOVERY | Jan 11, 2013 | |
| 9 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | Jan 18, 2013 | |
| 10 | P'S STATEMENT IN SUPPORT OF ITS MOTION TO COMPEL | Feb 05, 2013 | |
| 11 | P MOT FOR EXT W/ CONSENT | Feb 12, 2013 | |
| 12 | EXTENSION OF TIME GRANTED | Feb 12, 2013 | |
| 13 | TRIAL DATES RESET | Apr 04, 2013 | |
| 14 | P MOT FOR EXT W/ CONSENT | Apr 24, 2013 | |
| 15 | EXTENSION OF TIME GRANTED | Apr 24, 2013 | |
| 16 | P MOT FOR EXT W/ CONSENT | May 24, 2013 | |
| 17 | EXTENSION OF TIME GRANTED | May 24, 2013 | |
| 18 | P MOT FOR EXT W/ CONSENT | Jun 19, 2013 | |
| 19 | EXTENSION OF TIME GRANTED | Jun 19, 2013 | |
| 20 | W/DRAW OF APPLICATION | Jul 19, 2013 | |
| 21 | BD DECISION: SUSTAINED | Jul 25, 2013 | |
| 22 | TERMINATED | Jul 25, 2013 | |
| 23 | BD DECISION: SUSTAINED | Jul 25, 2013 | |

# United States of America
### United States Patent and Trademark Office

# CME CLEARING EUROPE

**Reg. No. 4,035,463**

**Registered Oct. 4, 2011**

**Int. Cl.: 36**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CHICAGO MERCANTILE EXCHANGE INC. (DELAWARE CORPORATION)
20 S. WACKER DRIVE
CHICAGO, IL 60606

FOR: FINANCIAL CLEARING HOUSING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-28-2009; IN COMMERCE 5-6-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,969,966, 3,193,924, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CLEARING EUROPE", APART FROM THE MARK AS SHOWN.

SN 77-786,152, FILED 7-21-2009.

REBECCA GILBERT, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

**Generated on:** This page was generated by TSDR on 2019-02-17 16:08:36 EST

**Mark:** CME CLEARING EUROPE

CME CLEARING EUROPE

**US Serial Number:** 77786152

**US Registration Number:** 4035463

**Register:** Principal

**Mark Type:** Service Mark

**Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Status Date:** Sep. 14, 2017

**Publication Date:** Jun. 08, 2010

**Application Filing Date:** Jul. 21, 2009

**Registration Date:** Oct. 04, 2011

**Notice of Allowance Date:** Aug. 03, 2010

# Mark Information

**Mark Literal Elements:** CME CLEARING EUROPE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "CLEARING EUROPE"

# Related Properties Information

**Claimed Ownership of US Registrations:** 2969966, 2991670, 3193924 and others

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial clearing housing services

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jul. 28, 2009

**Use in Commerce:** May 06, 2011

# Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

# Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country** DELAWARE
**Where Organized:**

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Christine A. Filarski

**Docket Number:** 13439-1089

**Attorney Primary** officeactions@norvellip.com
**Email Address:**

**Attorney Email** Yes
**Authorized:**

### Correspondent

**Correspondent** Christine A. Filarski
**Name/Address:** Norvell IP llc
PO Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-** officeactions@norvellip.com
**mail:** cfilarski@norvellip.com

**Correspondent e-** Yes
**mail Authorized:**

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 14, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Sep. 14, 2017 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 67110 |
| Sep. 14, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 67110 |
| Aug. 09, 2017 | TEAS SECTION 8 & 15 RECEIVED | |
| Oct. 04, 2016 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Feb. 07, 2012 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 07, 2012 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 04, 2011 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 30, 2011 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Aug. 27, 2011 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 73787 |
| Aug. 22, 2011 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Aug. 17, 2011 | STATEMENT OF USE PROCESSING COMPLETE | 71034 |
| Aug. 01, 2011 | USE AMENDMENT FILED | 71034 |
| Aug. 17, 2011 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 71034 |
| Aug. 01, 2011 | TEAS STATEMENT OF USE RECEIVED | |
| Feb. 05, 2011 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Feb. 03, 2011 | EXTENSION 1 GRANTED | 98765 |
| Feb. 03, 2011 | EXTENSION 1 FILED | 98765 |
| Feb. 03, 2011 | TEAS EXTENSION RECEIVED | |
| Aug. 03, 2010 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jun. 08, 2010 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 08, 2010 | PUBLISHED FOR OPPOSITION | |
| May 06, 2010 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 73787 |
| May 06, 2010 | ASSIGNED TO LIE | 73787 |
| Apr. 26, 2010 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 21, 2010 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Apr. 21, 2010 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |

| Apr. 21, 2010 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
|---|---|---|
| Oct. 26, 2009 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 26, 2009 | NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 26, 2009 | NON-FINAL ACTION WRITTEN | 74825 |
| Oct. 22, 2009 | ASSIGNED TO EXAMINER | 74825 |
| Jul. 25, 2009 | NOTICE OF PSEUDO MARK MAILED | |
| Jul. 24, 2009 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jul. 24, 2009 | NEW APPLICATION ENTERED IN TRAM | |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** TMEG LAW OFFICE 103          **Date in Location:** Sep. 14, 2017

## Proceedings

### Summary

**Number of Proceedings:** 4

| Type of Proceeding: Opposition | |
|---|---|

**Proceeding Number:** 91226037          **Filing Date:** Jan 27, 2016

**Status:** Terminated          **Status Date:** Dec 04, 2017

**Interlocutory Attorney:** YONG OH (RICHARD) KIM

**Defendant**

**Name:** CMC Markets UK PLC

**Correspondent** JEFFREY H GREGER
**Address:** HAUPTMAN HAM LLP
2318 MILL ROAD, SUITE 1400
ALEXANDRIA VA , 22314
UNITED STATES

**Correspondent e-mail:** jhggroup@ipfirm.com , jhgreger@ipfirm.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412301 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange, Inc.

**Correspondent** J RYAN HINSHAW
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |

| | | | |
|---|---|---|---|
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 27, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 27, 2016 | Mar 07, 2016 |
| 3 | PENDING, INSTITUTED | Jan 27, 2016 | |
| 4 | D MOT FOR EXT W/ CONSENT | Feb 26, 2016 | |
| 5 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |
| 6 | P MOT FOR EXT W/ CONSENT | May 25, 2016 | |
| 7 | EXTENSION OF TIME GRANTED | May 25, 2016 | |
| 8 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 | |
| 9 | ANSWER | Aug 03, 2016 | |
| 10 | CHANGE OF CORRESP ADDRESS | Aug 24, 2016 | |
| 11 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 24, 2016 | |
| 12 | D MOT TO CONSOLIDATE | Sep 02, 2016 | |
| 13 | CONSOLIDATION ORDER | Sep 10, 2016 | |
| 14 | ANSWER | Sep 29, 2016 | |
| 15 | BD DECISION: SUSTAINED | Dec 04, 2017 | |
| 16 | TERMINATED | Dec 04, 2017 | |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| Proceeding Number: | 91225824 | Filing Date: | Jan 13, 2016 |
| Status: | Terminated | Status Date: | Dec 04, 2017 |
| Interlocutory Attorney: | YONG OH (RICHARD) KIM | | |

**Defendant**

Name: CMC Markets UK PLC

Correspondent Address: JEFFREY H GREGER
HAUPTMAN HAM LLP
2318 MILL ROAD STE 1400
ALEXANDRIA VA , 22314
UNITED STATES

Correspondent e-mail: jhggroup@ipfirm.com , jhgreger@ipfirm.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412291 | |
| | **Plaintiff(s)** | | |

**Name:** Chicago Mercantile Exchange, Inc.

**Correspondent** J RYAN HINSHAW
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com , tmo nagan@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| | **Prosecution History** | | |

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 13, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 13, 2016 | Feb 22, 2016 |
| 3 | PENDING, INSTITUTED | Jan 13, 2016 | |
| 4 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Jan 26, 2016 | |
| 5 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Feb 02, 2016 | |
| 6 | TRIAL DATES RESET | Feb 08, 2016 | |
| 7 | STIP FOR EXT | Feb 26, 2016 | |

| 8 | EXTENSION OF TIME GRANTED | Feb 26, 2016 |
| 9 | P MOT FOR EXT W/ CONSENT | May 25, 2016 |
| 10 | EXTENSION OF TIME GRANTED | May 25, 2016 |
| 11 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 |
| 12 | ANSWER | Aug 03, 2016 |
| 13 | CHANGE OF CORRESP ADDRESS | Aug 26, 2016 |
| 14 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 26, 2016 |
| 15 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Aug 30, 2016 |
| 16 | D MOT TO CONSOLIDATE | Sep 02, 2016 |
| 17 | CONSOLIDATION ORDER | Sep 10, 2016 |
| 18 | ANSWER | Sep 29, 2016 |
| 19 | ANSWER FOR CHILD CASE | Sep 29, 2016 |
| 20 | P MOT FOR EXT W/ CONSENT | Jan 27, 2017 |
| 21 | EXTENSION OF TIME GRANTED | Jan 27, 2017 |
| 22 | P MOT TO COMPEL DISCOVERY | Feb 08, 2017 |
| 23 | D OPP/RESP TO MOTION | Feb 28, 2017 |
| 24 | P REPLY IN SUPPORT OF MOTION | Mar 20, 2017 |
| 25 | D MOTION | Mar 30, 2017 |
| 26 | P OPP/RESP TO MOTION | Apr 19, 2017 |
| 27 | SUSP PEND DISP OF OUTSTNDNG MOT | May 04, 2017 |
| 28 | PROCEEDINGS RESUMED | Jun 29, 2017 |
| 29 | W/DRAW OF APPLICATION | Aug 11, 2017 |
| 30 | P OPP/RESP TO MOTION | Aug 15, 2017 |
| 31 | BD DECISION: SUSTAINED | Dec 04, 2017 |
| 32 | TERMINATED | Dec 04, 2017 |

## Type of Proceeding: Opposition

**Proceeding Number:** 91220909

**Filing Date:** Mar 04, 2015

**Status:** Terminated

**Status Date:** Jun 23, 2015

**Interlocutory Attorney:** BENJAMIN U OKEKE

### Defendant

**Name:** Chronicleme, Inc.

**Correspondent** KATHERINE A MARKERT
**Address:** HARTER SECREST & EMERY LLP
1600 BAUSCH AND LOMB PL
ROCHESTER NY , 14604-2711
UNITED STATES

**Correspondent e-mail:** kmarkert@hselaw.com;bpeet@hselaw.com; coffen@hselaw.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | Abandoned - After Inter-Partes Decision | 86301751 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** TATYANA V GILLES
**Address:** NORVELL IP LLC (13442-1497)
P O BOX 2461
Chicago IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , jkucala@norvellip.com , tgilles@norvellip.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |

| | | | |
|---|---|---|---|
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP PUMA TRADING SYSTEM | Abandoned - No Statement Of Use Filed | 85413626 | |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME STP | Registered | 86179537 | 4851862 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 04, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 04, 2015 | Apr 13, 2015 |
| 3 | PENDING, INSTITUTED | Mar 04, 2015 | |
| 4 | NOTICE OF DEFAULT | May 05, 2015 | |
| 5 | BD DECISION: SUSTAINED | Jun 23, 2015 | |
| 6 | TERMINATED | Jun 23, 2015 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91205470      **Filing Date:** Jun 05, 2012

**Status:** Terminated      **Status Date:** Jun 05, 2012

**Interlocutory Attorney:** BENJAMIN U OKEKE

### Defendant

**Name:** CMDirect, Inc.

**Correspondent Address:** JAMES H DONOIAN
GREENBERG TRAURIG LLP
200 PARK AVENUE, 34TH FLOOR
NEW YORK NY , 10166
UNITED STATES

**Correspondent e-mail:** nytmdkt@gtlaw.com , garfieldh@gtlaw.com , donoianj@gtlaw.com , biancoc@gtlaw.com , navarrod@gtlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|

CMDIRECT                                    Abandoned - After Inter-Partes Decision                    85340856

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** TATYANA V GILLES
**Address:** NORVELL IP LLC
1776 ASH STREET
NORTHFIELD IL , 60093
UNITED STATES

**Correspondent e-** tgilles@norvellip.com , officeactions@norvellip.com , jkucala@norvellip.com
**mail:**

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|---------------|---------------------|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME POINT | Abandoned - No Statement Of Use Filed | 85294949 | |
| CME CORE | Abandoned - No Statement Of Use Filed | 85253829 | |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME POSITION INTELLIGENCE | Abandoned - No Statement Of Use Filed | 85310824 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | FILED AND FEE | Jun 05, 2012 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jun 07, 2012 | Jul 17, 2012 |
| 3 | PENDING, INSTITUTED | Jun 07, 2012 | |
| 4 | ANSWER | Jul 17, 2012 | |
| 5 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Dec 04, 2012 | |
| 6 | EXTENSION OF TIME GRANTED | Dec 04, 2012 | |
| 7 | Confidential Plaintiff's Motion to Compel Discovery | Jan 11, 2013 | |
| 8 | P'S MOTION TO COMPEL DISCOVERY | Jan 11, 2013 | |
| 9 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | Jan 18, 2013 | |
| 10 | P'S STATEMENT IN SUPPORT OF ITS MOTION TO COMPEL | Feb 05, 2013 | |
| 11 | P MOT FOR EXT W/ CONSENT | Feb 12, 2013 | |
| 12 | EXTENSION OF TIME GRANTED | Feb 12, 2013 | |
| 13 | TRIAL DATES RESET | Apr 04, 2013 | |
| 14 | P MOT FOR EXT W/ CONSENT | Apr 24, 2013 | |
| 15 | EXTENSION OF TIME GRANTED | Apr 24, 2013 | |
| 16 | P MOT FOR EXT W/ CONSENT | May 24, 2013 | |
| 17 | EXTENSION OF TIME GRANTED | May 24, 2013 | |
| 18 | P MOT FOR EXT W/ CONSENT | Jun 19, 2013 | |
| 19 | EXTENSION OF TIME GRANTED | Jun 19, 2013 | |

| 20 | W/DRAW OF APPLICATION | Jul 19, 2013 |
| 21 | BD DECISION: SUSTAINED | Jul 25, 2013 |
| 22 | TERMINATED | Jul 25, 2013 |
| 23 | BD DECISION: SUSTAINED | Jul 25, 2013 |

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 3,193,924

**United States Patent and Trademark Office** Registered Jan. 2, 2007

**SERVICE MARK**
**PRINCIPAL REGISTER**

# CME GLOBEX

CHICAGO MERCANTILE EXCHANGE INC. (DE-LAWARE CORPORATION)

20 S. WCKER DRIVE

CHICAGO, IL 60606

FOR: FINANCIAL EXCHANGE SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-1-2006; IN COMMERCE 1-1-2006.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,085,681, 3,084,640 AND OTHERS.

SER. NO. 78-834,279, FILED 3-10-2006.

CORY BOONE, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2019-02-17 16:08:56 EST

**Mark:** CME GLOBEX

# CME GLOBEX

**US Serial Number:** 78834279

**US Registration Number:** 3193924

**Register:** Principal

**Mark Type:** Service Mark

**Status:** The registration has been renewed.

**Status Date:** Feb. 16, 2017

**Publication Date:** Oct. 17, 2006

**Application Filing Date:** Mar. 10, 2006

**Registration Date:** Jan. 02, 2007

## Mark Information

**Mark Literal Elements:** CME GLOBEX

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**Claimed Ownership of US Registrations:** 1085681, 1576888, 1766216, 2448961, 3084640 and others

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial exchange services

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jan. 01, 2006

**Use in Commerce:** Jan. 01, 2006

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country** DELAWARE
**Where Organized:**

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Christine A. Filarski

**Docket Number:** 13439-1093

**Attorney Primary** officeactions@norvellip.com
**Email Address:**

**Attorney Email** Yes
**Authorized:**

### Correspondent

**Correspondent** Christine A. Filarski
**Name/Address:** Norvell IP llc
P.O. Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Phone:** 8883150732

**Fax:** 3122685063

**Correspondent e-** officeactions@norvellip.com
**mail:** cfilarski@norvellip.com

**Correspondent e-** Yes
**mail Authorized:**

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Feb. 16, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Feb. 16, 2017 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 71359 |
| Feb. 16, 2017 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 71359 |
| Feb. 15, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 71359 |
| Dec. 13, 2016 | TEAS SECTION 8 & 9 RECEIVED | |
| Jan. 02, 2016 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Jan. 14, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Jan. 14, 2013 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 68335 |
| Jan. 13, 2013 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 68335 |
| Dec. 17, 2012 | TEAS SECTION 8 & 15 RECEIVED | |
| Feb. 07, 2012 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 07, 2012 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| May 11, 2010 | NOTICE OF SUIT | |
| Jan. 02, 2007 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 17, 2006 | PUBLISHED FOR OPPOSITION | |
| Sep. 27, 2006 | NOTICE OF PUBLICATION | |
| Sep. 05, 2006 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 77075 |
| Sep. 01, 2006 | ASSIGNED TO LIE | 77075 |
| Aug. 30, 2006 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 30, 2006 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Aug. 30, 2006 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Aug. 30, 2006 | EXAMINERS AMENDMENT -WRITTEN | 82435 |
| Aug. 28, 2006 | ASSIGNED TO EXAMINER | 82435 |
| Mar. 15, 2006 | NEW APPLICATION ENTERED IN TRAM | |

# Maintenance Filings or Post Registration Information

**Affidavit of** Section 8 - Accepted
**Continued Use:**

**Affidavit of** Section 15 - Accepted
**Incontestability:**

**Renewal Date:** Jan. 02, 2017

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** Feb. 16, 2017

# Proceedings

### Summary

**Number of** 6
**Proceedings:**

| Type of Proceeding: Opposition | |
|---|---|
| **Proceeding** 91238893 <br> **Number:** | **Filing Date:** Jan 10, 2018 |
| **Status:** Terminated | **Status Date:** Sep 05, 2018 |
| **Interlocutory** MIKE WEBSTER <br> **Attorney:** | |

**Defendant**

**Name:** Church Mutual Insurance Company

**Correspondent** CHRISTOPHER P FOLEY
**Address:** FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 NEW YORK AVENUE NW
WASHINGTON DC , 20001
UNITED STATES

**Correspondent e-** docketing@finnegan.com
**mail:**

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMEXCHANGE | Abandoned - After Inter-Partes Decision | 87431426 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** CHRISTINE A FILARSKI
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-** officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com
**mail:**

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |

| | | | |
|---|---|---|---|
| CME GROUP | Registered | 85683052 | 4544077 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| CME FX$INDEX | Registered | 86963593 | 5211897 |
| CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 73134561 | 1085682 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME FX SPOT | Third Extension - Granted | 87155844 | |
| CME CLEARCHAIN | Third Extension - Granted | 87141695 | |
| CME FX LINK | Notice of Allowance - Issued | 87689907 | |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 10, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 10, 2018 | Feb 19, 2018 |
| 3 | PENDING, INSTITUTED | Jan 10, 2018 | |
| 4 | ANSWER | Feb 20, 2018 | |
| 5 | P MOT TO STRIKE PLEADING/AFFIRMATIVE DEFENSE | Mar 13, 2018 | |
| 6 | D OPP/RESP TO MOTION | Mar 28, 2018 | |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 29, 2018 | |
| 8 | P REPLY IN SUPPORT OF MOTION | Apr 17, 2018 | |
| 9 | STIP FOR EXT | Jul 17, 2018 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 17, 2018 | |
| 11 | PROCEEDINGS RESUMED | Jul 17, 2018 | |
| 12 | W/DRAW OF APPLICATION | Aug 07, 2018 | |
| 13 | BD DECISION: OPP SUSTAINED | Sep 05, 2018 | |
| 14 | TERMINATED | Sep 05, 2018 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91226037 | **Filing Date:** | Jan 27, 2016 |
| **Status:** | Terminated | **Status Date:** | Dec 04, 2017 |
| **Interlocutory Attorney:** | YONG OH (RICHARD) KIM | | |

### Defendant

**Name:** CMC Markets UK PLC

**Correspondent** JEFFREY H GREGER
**Address:** HAUPTMAN HAM LLP
2318 MILL ROAD, SUITE 1400
ALEXANDRIA VA , 22314
UNITED STATES

**Correspondent e-mail:** jhggroup@ipfirm.com , jhgreger@ipfirm.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412301 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange, Inc.

**Correspondent** J RYAN HINSHAW
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690

UNITED STATES

Correspondent e-mail: officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 27, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 27, 2016 | Mar 07, 2016 |
| 3 | PENDING, INSTITUTED | Jan 27, 2016 | |
| 4 | D MOT FOR EXT W/ CONSENT | Feb 26, 2016 | |
| 5 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |
| 6 | P MOT FOR EXT W/ CONSENT | May 25, 2016 | |
| 7 | EXTENSION OF TIME GRANTED | May 25, 2016 | |
| 8 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 | |
| 9 | ANSWER | Aug 03, 2016 | |
| 10 | CHANGE OF CORRESP ADDRESS | Aug 24, 2016 | |
| 11 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 24, 2016 | |
| 12 | D MOT TO CONSOLIDATE | Sep 02, 2016 | |
| 13 | CONSOLIDATION ORDER | Sep 10, 2016 | |
| 14 | ANSWER | Sep 29, 2016 | |
| 15 | BD DECISION: SUSTAINED | Dec 04, 2017 | |
| 16 | TERMINATED | Dec 04, 2017 | |

**Type of Proceeding: Opposition**

| Proceeding Number: | 91225824 | Filing Date: | Jan 13, 2016 |
|---|---|---|---|
| Status: | Terminated | Status Date: | Dec 04, 2017 |
| Interlocutory Attorney: | YONG OH (RICHARD) KIM | | |

**Defendant**

**Name:** CMC Markets UK PLC

**Correspondent** JEFFREY H GREGER
**Address:** HAUPTMAN HAM LLP
2318 MILL ROAD STE 1400
ALEXANDRIA VA , 22314
UNITED STATES

**Correspondent e-** jhggroup@ipfirm.com , jhgreger@ipfirm.com
**mail:**

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412291 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange, Inc.

**Correspondent** J RYAN HINSHAW
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-** officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com , tmo
**mail:** nagan@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 13, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 13, 2016 | Feb 22, 2016 |
| 3 | PENDING, INSTITUTED | Jan 13, 2016 | |
| 4 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Jan 26, 2016 | |
| 5 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Feb 02, 2016 | |
| 6 | TRIAL DATES RESET | Feb 08, 2016 | |
| 7 | STIP FOR EXT | Feb 26, 2016 | |
| 8 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |
| 9 | P MOT FOR EXT W/ CONSENT | May 25, 2016 | |
| 10 | EXTENSION OF TIME GRANTED | May 25, 2016 | |
| 11 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 | |
| 12 | ANSWER | Aug 03, 2016 | |
| 13 | CHANGE OF CORRESP ADDRESS | Aug 26, 2016 | |
| 14 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 26, 2016 | |
| 15 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Aug 30, 2016 | |
| 16 | D MOT TO CONSOLIDATE | Sep 02, 2016 | |
| 17 | CONSOLIDATION ORDER | Sep 10, 2016 | |
| 18 | ANSWER | Sep 29, 2016 | |
| 19 | ANSWER FOR CHILD CASE | Sep 29, 2016 | |
| 20 | P MOT FOR EXT W/ CONSENT | Jan 27, 2017 | |
| 21 | EXTENSION OF TIME GRANTED | Jan 27, 2017 | |
| 22 | P MOT TO COMPEL DISCOVERY | Feb 08, 2017 | |
| 23 | D OPP/RESP TO MOTION | Feb 28, 2017 | |
| 24 | P REPLY IN SUPPORT OF MOTION | Mar 20, 2017 | |
| 25 | D MOTION | Mar 30, 2017 | |
| 26 | P OPP/RESP TO MOTION | Apr 19, 2017 | |
| 27 | SUSP PEND DISP OF OUTSTNDNG MOT | May 04, 2017 | |
| 28 | PROCEEDINGS RESUMED | Jun 29, 2017 | |
| 29 | W/DRAW OF APPLICATION | Aug 11, 2017 | |
| 30 | P OPP/RESP TO MOTION | Aug 15, 2017 | |
| 31 | BD DECISION: SUSTAINED | Dec 04, 2017 | |
| 32 | TERMINATED | Dec 04, 2017 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91220909

**Filing Date:** Mar 04, 2015

**Status:** Terminated

**Status Date:** Jun 23, 2015

**Interlocutory Attorney:** BENJAMIN U OKEKE

### Defendant

**Name:** Chronicleme, Inc.

**Correspondent** KATHERINE A MARKERT
**Address:** HARTER SECREST & EMERY LLP
1600 BAUSCH AND LOMB PL
ROCHESTER NY , 14604-2711
UNITED STATES

**Correspondent e-mail:** kmarkert@hselaw.com;bpeet@hselaw.com; coffen@hselaw.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | Abandoned - After Inter-Partes Decision | 86301751 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** TATYANA V GILLES
**Address:** NORVELL IP LLC (13442-1497)
P O BOX 2461

Chicago IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , jkucala@norvellip.com , tgilles@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP PUMA TRADING SYSTEM | Abandoned - No Statement Of Use Filed | 85413626 | |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME STP | Registered | 86179537 | 4851862 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 04, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 04, 2015 | Apr 13, 2015 |
| 3 | PENDING, INSTITUTED | Mar 04, 2015 | |
| 4 | NOTICE OF DEFAULT | May 05, 2015 | |
| 5 | BD DECISION: SUSTAINED | Jun 23, 2015 | |
| 6 | TERMINATED | Jun 23, 2015 | |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91216483 | **Filing Date:** | May 21, 2014 |
| **Status:** | Terminated | **Status Date:** | Sep 02, 2014 |
| **Interlocutory Attorney:** | ELIZABETH A DUNN | | |

**Defendant**

**Name:** UMN, LLC

**Correspondent** ELY W SLUDER
**Address:** RAYNDON LAW GROUP PLC
5001 N GRANITE REEF ROAD
SCOTTSDALE AZ , 85250-7456
UNITED STATES

**Correspondent e-mail:** elyesqlaw@gmail.com , esluder@rayndon.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBEX | Abandoned - After Inter-Partes Decision | 86011936 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** TATYANA V GILLES
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-mail:** tgilles@norvellip.com , jkucala@norvellip.com , officeactions@norvellip.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBEX | REGISTERED AND RENEWED | 73743753 | 1576888 |
| GLOBEX | REGISTERED AND RENEWED | 75886451 | 2448961 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| | Registered | 86287258 | 5166758 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | May 21, 2014 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 22, 2014 | Jul 01, 2014 |
| 3 | PENDING, INSTITUTED | May 22, 2014 | |
| 4 | NOTICE OF DEFAULT | Jul 17, 2014 | |
| 5 | BD DECISION: SUSTAINED | Sep 02, 2014 | |
| 6 | TERMINATED | Sep 02, 2014 | |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91209755 | **Filing Date:** | Apr 13, 2014 |
| **Status:** | Terminated | **Status Date:** | Jun 03, 2015 |
| **Interlocutory Attorney:** | BENJAMIN U OKEKE | | |

**Defendant**

**Name:** Globex International Inc.

**Correspondent** MONICA P MCCABE
**Address:** VANDENBERG & FELIU LLP
60 E 42ND ST FL 51
NEW YORK NY , 10165 0042
UNITED STATES

**Correspondent e-mail:** trademarks@vanfeliu.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBEX | Abandoned - After Inter-Partes Decision | 85637719 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** JOSEPH T KUCALA JR
**Address:** NORVELL IP LLC
357 W CHICAGO AVE, SUITE 200
CHICAGO IL , 60654

UNITED STATES

Correspondent e-mail: tgilles@norvellip.com , officeactions@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| GLOBEX | REGISTERED AND RENEWED | 73743753 | 1576888 |
| GLOBEX | REGISTERED AND RENEWED | 75886451 | 2448961 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|-------------|-------------|------|----------|
| 1 | FILED AND FEE | Mar 13, 2013 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 13, 2013 | Apr 22, 2013 |
| 3 | PENDING, INSTITUTED | Mar 13, 2013 | |
| 4 | D MOT FOR EXT W/ CONSENT | Apr 22, 2013 | |
| 5 | EXTENSION OF TIME GRANTED | Apr 22, 2013 | |
| 6 | P CHANGE OF CORRESP ADDRESS | May 15, 2013 | |
| 7 | D MOT FOR EXT W/ CONSENT | May 17, 2013 | |
| 8 | EXTENSION OF TIME GRANTED | May 17, 2013 | |
| 9 | D MOT FOR EXT W/ CONSENT | Jun 13, 2013 | |
| 10 | EXTENSION OF TIME GRANTED | Jun 13, 2013 | |
| 11 | D MOT FOR EXT W/ CONSENT | Jul 17, 2013 | |
| 12 | EXTENSION OF TIME GRANTED | Jul 17, 2013 | |
| 13 | D MOT FOR EXT W/ CONSENT | Aug 19, 2013 | |
| 14 | EXTENSION OF TIME GRANTED | Aug 19, 2013 | |
| 15 | D MOT FOR EXT W/ CONSENT | Sep 17, 2013 | |
| 16 | EXTENSION OF TIME GRANTED | Sep 17, 2013 | |
| 17 | D MOT FOR EXT W/ CONSENT | Oct 17, 2013 | |
| 18 | EXTENSION OF TIME GRANTED | Oct 17, 2013 | |
| 19 | D MOT FOR EXT W/ CONSENT | Nov 14, 2013 | |
| 20 | EXTENSION OF TIME GRANTED | Nov 14, 2013 | |
| 21 | D MOT FOR EXT W/ CONSENT | Dec 16, 2013 | |
| 22 | EXTENSION OF TIME GRANTED | Dec 16, 2013 | |
| 23 | D MOT FOR EXT W/ CONSENT | Jan 16, 2014 | |
| 24 | EXTENSION OF TIME GRANTED | Jan 16, 2014 | |
| 25 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Feb 11, 2014 | |
| 26 | SUSPENDED | Feb 11, 2014 | |
| 27 | D MOT FOR EXT W/ CONSENT | Mar 13, 2014 | |
| 28 | EXTENSION OF TIME GRANTED | Mar 13, 2014 | |
| 29 | D MOT FOR EXT W/ CONSENT | Apr 13, 2014 | |
| 30 | EXTENSION OF TIME GRANTED | Apr 15, 2014 | |
| 31 | D MOT FOR EXT W/ CONSENT | May 15, 2014 | |
| 32 | EXTENSION OF TIME GRANTED | May 21, 2014 | |
| 33 | D MOT FOR EXT W/ CONSENT | Jun 06, 2014 | |
| 34 | EXTENSION OF TIME GRANTED | Jun 12, 2014 | |
| 35 | D MOT FOR EXT W/ CONSENT | Jul 14, 2014 | |
| 36 | EXTENSION OF TIME GRANTED | Jul 25, 2014 | |
| 37 | D MOT FOR EXT W/ CONSENT | Aug 13, 2014 | |
| 38 | EXTENSION OF TIME GRANTED | Aug 18, 2014 | |
| 39 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Oct 10, 2014 | |
| 40 | EXTENSION OF TIME GRANTED | Nov 21, 2014 | |
| 41 | STIP FOR EXT | Dec 11, 2014 | |
| 42 | ANSWER | Dec 15, 2014 | |
| 43 | EXTENSION OF TIME GRANTED | Dec 29, 2014 | |
| 44 | W/DRAW OF APPLICATION | May 29, 2015 | |

| 45 | BD DECISION: DISMISSED W/O PREJ | Jun 03, 2015 |
| 46 | TERMINATED | Jun 03, 2015 |



# United States of America
## United States Patent and Trademark Office

# CME DATACLOUD

**Reg. No. 4,254,542**

**Registered Dec. 4, 2012**

**Int. Cl.: 36**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CHICAGO MERCANTILE EXCHANGE INC. (DELAWARE CORPORATION)
20 SOUTH WACKER DRIVE
CHICAGO, IL 60606

FOR: PROVIDING ON-DEMAND FINANCIAL INFORMATION, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-19-2011; IN COMMERCE 10-19-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,973,035, 3,193,924, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DATACLOUD", APART FROM THE MARK AS SHOWN.

SN 85-254,745, FILED 3-1-2011.

DAVID TOOLEY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

**Generated on:**

This page was generated by TSDR on 2016-01-13 12:07:42 EST

**Mark:** CME DATACLOUD

CME DATACLOUD

**US Serial Number:** 85254745          **Application Filing Date:**

Mar. 01, 2011

**US Registration Number:** 4254542          **Registration Date:**

Dec. 04, 2012

**Register:**

Principal

**Mark Type:**

Service Mark

**Status:**

Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:**

Dec. 04, 2012

**Publication Date:** Jan. 24, 2012          **Notice of Allowance Date:**

Mar. 20, 2012

# Mark Information

**Mark Literal Elements:**

CME DATACLOUD

**Standard Character Claim:**

Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:**

4 - STANDARD CHARACTER MARK

**Disclaimer:**

"DATACLOUD"

# Related Properties Information

**Claimed Ownership of US Registrations:**

2973035, 3084640, 3193924 and others

# Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:**

Providing on-demand financial information

**International Class(es):** 036 - Primary Class          **U.S Class(es):**

100, 101, 102

**Class Status:**

ACTIVE

**Basis:**

1(a)

**First Use:** Oct. 19, 2011          **Use in Commerce:**

Oct. 19, 2011

# Basis Information (Case Level)

| | | |
|---|---|---|
| Filed Use: No | Currently Use: Yes | Amended Use: No |
| Filed ITU: Yes | Currently ITU: No | Amended ITU: No |
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

## Current Owner(s) Information

**Owner Name:**

Chicago Mercantile Exchange Inc.

**Owner Address:**

20 South Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:**

DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Jay M. Burgett

**Docket Number:**

13271-874

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:**

No

**Correspondent**

**Correspondent Name/Address:**

Joseph T. Kucala, Jr.
Norvell IP llc
PO Box 2461
Chicago, ILLINOIS UNITED STATES 60690

**Phone:** 888-315-0732

**Fax:**

312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com officeactions@norvell
ip.com

**Correspondent e-mail Authorized:**

Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Dec. 04, 2012 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 27, 2012 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Oct. 26, 2012 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 73296 |
| Oct. 25, 2012 | ASSIGNED TO LIE | 73296 |
| Oct. 19, 2012 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Sep. 21, 2012 | STATEMENT OF USE PROCESSING COMPLETE | 76874 |
| Sep. 20, 2012 | USE AMENDMENT FILED | 76874 |
| Sep. 21, 2012 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 76874 |
| Sep. 20, 2012 | TEAS STATEMENT OF USE RECEIVED | |
| Mar. 20, 2012 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jan. 24, 2012 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 24, 2012 | PUBLISHED FOR OPPOSITION | |
| Jan. 04, 2012 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 21, 2011 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 76985 |
| Dec. 14, 2011 | ASSIGNED TO LIE | 76985 |

| | | |
|---|---|---|
| Nov. 25, 2011 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 25, 2011 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Nov. 25, 2011 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Nov. 25, 2011 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 24, 2011 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| May 24, 2011 | NON-FINAL ACTION E-MAILED | 6325 |
| May 24, 2011 | NON-FINAL ACTION WRITTEN | 83182 |
| May 17, 2011 | ASSIGNED TO EXAMINER | 83182 |
| Mar. 05, 2011 | NOTICE OF PSEUDO MARK MAILED | |
| Mar. 04, 2011 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Mar. 04, 2011 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION        **Date in Location:**

Oct. 26, 2012

## Proceedings

### Summary

**Number of Proceedings:**

2

#### Type of Proceeding: Opposition

**Proceeding Number:** 91220909        **Filing Date:**

Mar 04, 2015

**Status:** Terminated        **Status Date:**

Jun 23, 2015

**Interlocutory Attorney:** BENJAMIN U OKEKE

**Defendant**

**Name:**

Chronicleme, Inc.

**Correspondent Address:**

KATHERINE A MARKERT
HARTER SECREST & EMERY LLP
1600 BAUSCH AND LOMB PL
ROCHESTER NY UNITED STATES , 14604-2711

**Correspondent e-mail:**

kmarkert@hselaw.com;bpeet@hselaw.com; coffen@hselaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | Abandoned - After Inter-Partes Decision | 86301751 | |

**Plaintiff(s)**

**Name:**

Chicago Mercantile Exchange Inc.

**Correspondent Address:**

TATYANA V GILLES
NORVELL IP LLC (13442-1497)
P O BOX 2461
Chicago IL UNITED STATES , 60690

**Correspondent e-mail:**

officeactions@norvellip.com , jkucala@norvellip.com , tgilles@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | Renewed | 73134559 | 1085681 |
| CME | Section 8 and 15 - Accepted and Acknowledged | 78496071 | 3084640 |
| CME GROUP | Section 8 and 15 - Accepted and Acknowledged | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Section 8 and 15 - Accepted and Acknowledged | 77234743 | 3408502 |

# United States of America

## United States Patent and Trademark Office

# CME CORE

**Reg. No. 4,472,606**
**Registered Jan. 21, 2014**

CHICAGO MERCANTILE EXCHANGE INC. (DELAWARE CORPORATION)
20 S. WACKER DRIVE
CHICAGO, IL 60606

**Int. Cl.: 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FOR: PROVIDING TEMPORARY ON-LINE USE OF NON-DOWNLOADABLE SOFTWARE
FOR TRADING, CLEARING, AND FINANCIAL TRADING RISK MANAGEMENT FOR EX-
CHANGE MARKET TRANSACTIONS IN THE FIELD OF FUTURES, OPTIONS, AND OTHER
DERIVATIVE CONTRACTS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 3-14-2011; IN COMMERCE 3-14-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,973,035, 3,193,924, AND OTHERS.

SN 85-979,116, FILED 2-28-2011.

DAVID TOOLEY, EXAMINING ATTORNEY



Michelle K. Lee
**Deputy Director of the United States**
**Patent and Trademark Office**

**Generated on:**

This page was generated by TSDR on 2016-01-13 12:09:13 EST

**Mark:** CME CORE

# CME CORE

**US Serial Number:** 85979116    **Application Filing Date:**
Feb. 28, 2011

**US Registration Number:** 4472606    **Registration Date:**
Jan. 21, 2014

**Register:**
Principal

**Mark Type:**
Service Mark

**Status:**
Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:**
Jan. 21, 2014

**Publication Date:** Aug. 16, 2011    **Notice of Allowance Date:**
Oct. 11, 2011

## Mark Information

**Mark Literal Elements:**
CME CORE

**Standard Character Claim:**
Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:**
4 - STANDARD CHARACTER MARK

## Related Properties Information

**Claimed Ownership of US Registrations:**
2973035, 3084640, 3193924 and others

**Child Of:**
85253829

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:**
Providing temporary on-line use of non-downloadable software for trading, clearing, and financial trading risk management for exchange market transactions in the field of futures, options, and other derivative contracts

**International Class(es):** 042 - Primary Class    **U.S Class(es):**
100, 101

**Class Status:**
ACTIVE

**Basis:**
1(a)

**First Use:** Mar. 14, 2011    **Use in Commerce:**
Mar. 14, 2011

## Basis Information (Case Level)

| | | |
|---|---|---|
| Filed Use: No | Currently Use: Yes | Amended Use: No |
| Filed ITU: Yes | Currently ITU: No | Amended ITU: No |
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

## Current Owner(s) Information

**Owner Name:**

Chicago Mercantile Exchange Inc.

**Owner Address:**

20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:**

DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T. Kucala, Jr.

**Docket Number:**

13271-0925

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:**

Yes

### Correspondent

**Correspondent Name/Address:**

Joseph T. Kucala, Jr.
Norvell IP llc
PO Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732

**Fax:**

312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com officeactions@norvell ip.com

**Correspondent e-mail Authorized:**

Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 21, 2014 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 14, 2013 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Dec. 13, 2013 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 66213 |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 08, 2013 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Nov. 15, 2013 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Nov. 14, 2013 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Nov. 14, 2013 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 17, 2013 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| May 17, 2013 | NON-FINAL ACTION E-MAILED | |
| May 17, 2013 | SU - NON-FINAL ACTION - WRITTEN | 83182 |
| Apr. 26, 2013 | NOTICE OF PSEUDO MARK E-MAILED | |
| Apr. 26, 2013 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Apr. 25, 2013 | STATEMENT OF USE PROCESSING COMPLETE | 66154 |
| Apr. 11, 2013 | USE AMENDMENT FILED | 66154 |
| Apr. 25, 2013 | DIVISIONAL PROCESSING COMPLETE | |

| | | |
|---|---|---|
| Apr. 11, 2013 | DIVISIONAL REQUEST RECEIVED | |
| Apr. 25, 2013 | EXTENSION 3 GRANTED | 66154 |
| Apr. 11, 2013 | EXTENSION 3 FILED | 66154 |
| Apr. 11, 2013 | TEAS REQUEST TO DIVIDE RECEIVED | |
| Apr. 11, 2013 | TEAS EXTENSION RECEIVED | |
| Apr. 11, 2013 | TEAS STATEMENT OF USE RECEIVED | |
| Oct. 13, 2012 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Oct. 12, 2012 | EXTENSION 2 GRANTED | 66154 |
| Oct. 11, 2012 | EXTENSION 2 FILED | 66154 |
| Oct. 12, 2012 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 66154 |
| Oct. 11, 2012 | TEAS EXTENSION RECEIVED | |
| Sep. 07, 2012 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Sep. 07, 2012 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Apr. 11, 2012 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Apr. 09, 2012 | EXTENSION 1 GRANTED | 98765 |
| Apr. 09, 2012 | EXTENSION 1 FILED | 98765 |
| Apr. 09, 2012 | TEAS EXTENSION RECEIVED | |
| Oct. 11, 2011 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Aug. 16, 2011 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 16, 2011 | PUBLISHED FOR OPPOSITION | |
| Jul. 13, 2011 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 66213 |
| Jul. 12, 2011 | ASSIGNED TO LIE | 66213 |
| Jun. 17, 2011 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 17, 2011 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Jun. 17, 2011 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Jun. 17, 2011 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Jun. 17, 2011 | EXAMINERS AMENDMENT -WRITTEN | 83182 |
| Jun. 15, 2011 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jun. 14, 2011 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jun. 14, 2011 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 25, 2011 | NOTIFICATION OF PRIORITY ACTION E-MAILED | 6326 |
| May 25, 2011 | PRIORITY ACTION E-MAILED | 6326 |
| May 25, 2011 | PRIORITY ACTION WRITTEN | 83182 |
| May 17, 2011 | ASSIGNED TO EXAMINER | 83182 |
| Mar. 05, 2011 | NOTICE OF PSEUDO MARK MAILED | |
| Mar. 04, 2011 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Mar. 03, 2011 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

Current Location: PUBLICATION AND ISSUE SECTION          Date in Location:

Dec. 13, 2013

## Proceedings

### Summary

**Number of Proceedings:**

1

### Type of Proceeding: Opposition

Proceeding Number: 91220909          **Filing Date:**

Mar 04, 2015

          Status: Terminated          **Status Date:**

Jun 23, 2015

Interlocutory Attorney: BENJAMIN U OKEKE

**Defendant**

          Name:

Chronicleme, Inc.

Correspondent Address:

# United States of America
## United States Patent and Trademark Office

# CME DIRECT

**Reg. No. 4,358,467**

**Registered June 25, 2013**

**Int. Cls.: 9, 36, and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



Acting Director of the United States Patent and Trademark Office

CHICAGO MERCANTILE EXCHANGE INC. (DELAWARE CORPORATION)
20 S. WACKER DRIVE
CHICAGO, IL 60606

FOR: COMPUTER SOFTWARE FOR USE IN FINANCIAL TRADING, FINANCIAL EX-CHANGE, AND FINANCIAL CLEARING SERVICES; COMPUTER SOFTWARE FOR USE IN TRADING, CLEARING, CONFIRMATION, AND FINANCIAL TRADING RISK MANAGE-MENT FOR EXCHANGE MARKET TRANSACTIONS IN THE FIELD OF FUTURES, OPTIONS, SWAPS, AND OTHER DERIVATIVE CONTRACTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-22-2012; IN COMMERCE 5-22-2012.

FOR: FINANCIAL EXCHANGE SERVICES; MONETARY EXCHANGE SERVICES; COM-MODITIES EXCHANGE SERVICES; FUTURES EXCHANGE SERVICES; FINANCIAL IN-FORMATION SERVICES; FINANCIAL CLEARING SERVICES; PROVIDING EXCHANGE MARKETS FOR TRADING, CLEARING, CONFIRMATION AND FINANCIAL TRADING RISK MANAGEMENT IN THE FIELD OF FUTURES, OPTIONS, SWAPS, AND OTHER DE-RIVATIVES CONTRACTS; CONDUCTING COMMODITIES, SECURITIES, MONETARY, AND FINANCIAL INSTRUMENT EXCHANGE AND CLEARING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-22-2012; IN COMMERCE 5-22-2012.

FOR: PROVIDING TEMPORARY ON-LINE USE OF DOWNLOADABLE COMPUTER SOFTWARE FOR USE IN FINANCIAL TRADING, FINANCIAL EXCHANGE AND FINANCIAL CLEARING SERVICES; PROVIDING TEMPORARY ON-LINE USE OF NON-DOWNLOAD-ABLE SOFTWARE FOR TRADING, CLEARING, CONFIRMATION, AND FINANCIAL TRADING RISK MANAGEMENT FOR EXCHANGE MARKET TRANSACTIONS IN THE FIELD OF FUTURES, OPTIONS, SWAPS, AND OTHER DERIVATIVE CONTRACTS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 5-22-2012; IN COMMERCE 5-22-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

**Generated on:**

This page was generated by TSDR on 2016-01-13 12:10:20 EST

**Mark:** CME DIRECT

# CME DIRECT

**US Serial Number:** 85294966          **Application Filing Date:**

Apr. 14, 2011

**US Registration Number:** 4358467          **Registration Date:**

Jun. 25, 2013

**Register:**

Principal

**Mark Type:**

Trademark, Service Mark

**Status:**

Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:**

Jun. 25, 2013

**Publication Date:** Aug. 16, 2011          **Notice of Allowance Date:**

Apr. 17, 2012

## Mark Information

**Mark Literal Elements:**

CME DIRECT

**Standard Character Claim:**

Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:**

4 - STANDARD CHARACTER MARK

## Related Properties Information

**Claimed Ownership of US
Registrations:**

2973035, 3084640, 3193924 and others

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:**

Computer software for use in financial trading, financial exchange, and financial clearing services; computer software for use in trading, clearing, confirmation, and financial trading risk management for exchange market transactions in the field of futures, options, swaps, and other derivative contracts

**International Class(es):** 009 - Primary Class          **U.S Class(es):**

021, 023, 026, 036, 038

**Class Status:**

ACTIVE

**Basis:**

1(a)

**First Use:** May 22, 2012          **Use in Commerce:**

May 22, 2012

**For:**

Financial exchange services; monetary exchange services; commodities exchange services; futures exchange services; financial information services; financial clearing services; providing exchange markets for trading, clearing, confirmation and financial trading

risk management in the field of futures, options, swaps, and other derivatives contracts; conducting commodities, securities, monetary, and financial instrument exchange and clearing services

**International Class(es):** 036 - Primary Class      **U.S Class(es):**

100, 101, 102

**Class Status:**

ACTIVE

**Basis:**

1(a)

**First Use:** May 22, 2012      **Use in Commerce:**

May 22, 2012

**For:**

providing temporary on-line use of downloadable computer software for use in financial trading, financial exchange and financial clearing services; providing temporary on-line use of non-downloadable software for trading, clearing, confirmation, and financial trading risk management for exchange market transactions in the field of futures, options, swaps, and other derivative contracts

**International Class(es):** 042 - Primary Class      **U.S Class(es):**

100, 101

**Class Status:**

ACTIVE

**Basis:**

1(a)

**First Use:** May 22, 2012      **Use in Commerce:**

May 22, 2012

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:**

Chicago Mercantile Exchange Inc.

**Owner Address:**

20 S. Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606

**Legal Entity Type:** CORPORATION      **State or Country Where Organized:**

DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Joseph T. Kucala, Jr.      **Docket Number:**

13271-0946

**Attorney Primary Email Address:** officeactions@norvellip.com      **Attorney Email Authorized:**

No

**Correspondent**

**Correspondent Name/Address:**

Joseph T. Kucala, Jr.
Norvell IP llc
PO Box 2461
Chicago, ILLINOIS UNITED STATES 60690

**Phone:** 888-315-0732      **Fax:**

312-268-5063

Correspondent e-mail: officeactions@norvellip.com officeactions@norvell
ip.com

Correspondent e-mail
Authorized:

Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 25, 2013 | REGISTERED-PRINCIPAL REGISTER | |
| May 24, 2013 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| May 23, 2013 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 67287 |
| May 19, 2013 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| May 06, 2013 | STATEMENT OF USE PROCESSING COMPLETE | 65362 |
| Apr. 15, 2013 | USE AMENDMENT FILED | 65362 |
| May 03, 2013 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 65362 |
| Apr. 15, 2013 | TEAS STATEMENT OF USE RECEIVED | |
| Oct. 18, 2012 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Oct. 16, 2012 | EXTENSION 1 GRANTED | 98765 |
| Oct. 16, 2012 | EXTENSION 1 FILED | 98765 |
| Oct. 16, 2012 | TEAS EXTENSION RECEIVED | |
| Sep. 07, 2012 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Sep. 07, 2012 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Apr. 17, 2012 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Feb. 28, 2012 | EXTENSION OF TIME TO OPPOSE PROCESS - TERMINATED | |
| Sep. 13, 2011 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Aug. 16, 2011 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 16, 2011 | PUBLISHED FOR OPPOSITION | |
| Jul. 13, 2011 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 67287 |
| Jul. 11, 2011 | ASSIGNED TO LIE | 67287 |
| Jun. 17, 2011 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 15, 2011 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jun. 14, 2011 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jun. 14, 2011 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 25, 2011 | NOTIFICATION OF PRIORITY ACTION E-MAILED | 6326 |
| May 25, 2011 | PRIORITY ACTION E-MAILED | 6326 |
| May 25, 2011 | PRIORITY ACTION WRITTEN | 83182 |
| May 17, 2011 | ASSIGNED TO EXAMINER | 83182 |
| Apr. 19, 2011 | NOTICE OF PSEUDO MARK MAILED | |
| Apr. 18, 2011 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Apr. 18, 2011 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

Current Location: PUBLICATION AND ISSUE SECTION

Date in Location:

May 23, 2013

# Proceedings

**Summary**

**Number of Proceedings:**

3

**Type of Proceeding: Opposition**

Proceeding Number: 91220909

Filing Date:

Mar 04, 2015

Status: Terminated

Status Date:

Jun 23, 2015

Interlocutory Attorney: BENJAMIN U OKEKE

**Defendant**

# United States of America

### United States Patent and Trademark Office

# CME GROUP

**Reg. No. 4,544,078**

**Registered June 3, 2014**

**Int. Cls.: 9, 36, and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

CHICAGO MERCANTILE EXCHANGE INC. (DELAWARE CORPORATION)
20 S. WACKER DRIVE
CHICAGO, IL 60606

FOR: COMPUTER SOFTWARE FOR USE IN FINANCIAL TRADING, FINANCIAL EX-
CHANGE, FINANCIAL INFORMATION AND MARKET, AND FINANCIAL CLEARING
SERVICES; COMPUTER SOFTWARE FOR USE IN TRADING, CLEARING, CONFIRMATION,
AND FINANCIAL TRADING RISK MANAGEMENT FOR EXCHANGE MARKET TRANSAC-
TIONS IN THE FIELD OF FUTURES, OPTIONS, SWAPS, AND OTHER DERIVATIVE CON-
TRACTS; COMPUTER SOFTWARE FOR USE IN AUTHENTICATING, FACILITATING,
MATCHING, PROCESSING, CLEARING, AND SUBMITTING TRADE DATA, EXCHANGING
OF TRADING TRANSACTION DETAILS, AND MANAGEMENT OF THE OVERALL
TRADING LIFECYCLE; DOWNLOADABLE COMPUTER SOFTWARE FOR USE IN FINAN-
CIAL TRADING, FINANCIAL EXCHANGE, FINANCIAL INFORMATION AND MARKET
DATA, AND FINANCIAL CLEARING SERVICES; DOWNLOADABLE COMPUTER SOFT-
WARE FOR USE IN AUTHENTICATING, FACILITATING, MATCHING, PROCESSING,
CLEARING, AND SUBMITTING TRADE DATA, EXCHANGING OF TRADING TRANSAC-
TION DETAILS, AND MANAGEMENT OF THE OVERALL TRADING LIFECYCLE, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-17-2007; IN COMMERCE 7-17-2007.

FOR: FINANCIAL EXCHANGE SERVICES; MONETARY EXCHANGE SERVICES; COM-
MODITIES EXCHANGE SERVICES; FUTURES EXCHANGE SERVICES; FINANCIAL IN-
FORMATION SERVICES; FINANCIAL CLEARING SERVICES; PROVIDING EXCHANGE
MARKETS FOR TRADING, CLEARING, CONFIRMATION AND FINANCIAL TRADING
RISK MANAGEMENT IN THE FIELD OF FUTURES, OPTIONS, SWAPS, AND OTHER DE-
RIVATIVES CONTRACTS; CONDUCTING COMMODITIES, SECURITIES, MONETARY,
AND FINANCIAL INSTRUMENT EXCHANGE AND CLEARING SERVICES; ELECTRONIC
FINANCIAL TRADING SERVICES; ELECTRONIC FINANCIAL TRADING, NAMELY,
TRADING OF COMMODITIES, STOCKS, FUTURES, OPTIONS, SWAPS, SECURITIES,
EQUITIES AND OTHER DERIVATIVE CONTRACTS; FINANCIAL INFORMATION
PROVIDED BY ELECTRONIC MEANS; PROVIDING ON-DEMAND AND REAL-TIME FIN-
ANCIAL INFORMATION; FINANCIAL SERVICES IN THE FIELD OF MARKET DATA
DISTRIBUTION, NAMELY, MARKET DATA REPORTING SERVICES AND ACCOUNT
MANAGEMENT SERVICES; PROVIDING INFORMATION IN THE FIELD OF FINANCIAL

**Reg. No. 4,544,078** STOCK, DERIVATIVE, SECURITY AND EQUITY MARKET DATA, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-17-2007; IN COMMERCE 7-17-2007.

FOR: PROVIDING TEMPORARY ON-LINE USE OF NON-DOWNLOADABLE SOFTWARE FOR USE IN TRADING, CLEARING, CONFIRMATION, AND FINANCIAL TRADING RISK MANAGEMENT FOR EXCHANGE MARKET TRANSACTIONS IN THE FIELD OF FUTURES, OPTIONS, SWAPS, AND OTHER DERIVATIVE CONTRACTS; PLATFORM AS A SERVICE (PAAS) FEATURING COMPUTER SOFTWARE PLATFORM FOR AUTHENTICATING, FA-CILITATING, MATCHING, PROCESSING, CLEARING, AND SUBMITTING TRADE DATA, EXCHANGING OF TRADING TRANSACTION DETAILS, AND MANAGEMENT OF THE OVERALL TRADING LIFECYCLE , IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 7-17-2007; IN COMMERCE 7-17-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,367,684 AND 3,408,502.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GROUP", APART FROM THE MARK AS SHOWN.

SN 85-683,068, FILED 7-20-2012.

ANNE FARRELL, EXAMINING ATTORNEY

**Generated on:**

This page was generated by TSDR on 2016-01-13 12:12:21 EST

**Mark:** CME GROUP

# CME GROUP

**US Serial Number:** 85683068        **Application Filing Date:**

Jul. 20, 2012

**US Registration Number:** 4544078        **Registration Date:**

Jun. 03, 2014

**Register:**

Principal

**Mark Type:**

Trademark, Service Mark

**Status:**

Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:**

Jun. 03, 2014

**Publication Date:** Jul. 09, 2013        **Notice of Allowance Date:**

Sep. 03, 2013

## Mark Information

**Mark Literal Elements:**

CME GROUP

**Standard Character Claim:**

Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:**

4 - STANDARD CHARACTER MARK

**Color(s) Claimed:**

Color is not claimed as a feature of the mark.

**Disclaimer:**

"GROUP"

## Related Properties Information

**International Registration Number:**

1142045

**International Application(s) /Registration(s) Based on this Property:**

A0031064/1142045

**Claimed Ownership of US Registrations:**

3367684, 3408502

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:**

Computer software for use in financial trading, financial exchange, financial information and market, and financial clearing services; computer software for use in trading, clearing, confirmation, and financial trading risk management for exchange market transactions in the field of futures, options, swaps, and other derivative contracts; computer software for use in authenticating, facilitating, matching,

processing, clearing, and submitting trade data, exchanging of trading transaction details, and management of the overall trading lifecycle; downloadable computer software for use in financial trading, financial exchange, financial information and market data, and financial clearing services; downloadable computer software for use in authenticating, facilitating, matching, processing, clearing, and submitting trade data, exchanging of trading transaction details, and management of the overall trading lifecycle

**International Class(es):** 009 - Primary Class          **U.S Class(es):**

021, 023, 026, 036, 038

         **Class Status:**

ACTIVE

         **Basis:**

1(a)

         **First Use:** Jul. 17, 2007          **Use in Commerce:**

Jul. 17, 2007

         **For:**

Financial exchange services; monetary exchange services; commodities exchange services; futures exchange services; financial information services; financial clearing services; providing exchange markets for trading, clearing, confirmation and financial trading risk management in the field of futures, options, swaps, and other derivatives contracts; conducting commodities, securities, monetary, and financial instrument exchange and clearing services; electronic financial trading services; financial information, namely, trading of commodities, stocks, futures, options, swaps, securities, equities and other derivative contracts; financial information provided by electronic means; providing on-demand and real-time financial information; financial services in the field of market data distribution, namely, market data reporting services and account management services; providing information in the field of financial stock, derivative, security and equity market data

**International Class(es):** 036 - Primary Class          **U.S Class(es):**

100, 101, 102

         **Class Status:**

ACTIVE

         **Basis:**

1(a)

         **First Use:** Jul. 17, 2007          **Use in Commerce:**

Jul. 17, 2007

         **For:**

Providing temporary on-line use of non-downloadable software for use in trading, clearing, confirmation, and financial trading risk management for exchange market transactions in the field of futures, options, swaps, and other derivative contracts; platform as a service (PAAS) featuring computer software platform for authenticating, facilitating, matching, processing, clearing, and submitting trade data, exchanging of trading transaction details, and management of the overall trading lifecycle

**International Class(es):** 042 - Primary Class          **U.S Class(es):**

100, 101

         **Class Status:**

ACTIVE

         **Basis:**

1(a)

         **First Use:** Jul. 17, 2007          **Use in Commerce:**

Jul. 17, 2007

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:**

Chicago Mercantile Exchange Inc.

**Owner Address:**

20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

         **Legal Entity Type:** CORPORATION          **State or Country Where**

**Organized:**

DELAWARE

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Tatyana V. Gilles                         **Docket Number:**

13271-1387

**Attorney Primary Email** officeactions@norvellip.com          **Attorney Email**
**Address:**                                                  **Authorized:**

Yes

**Correspondent**

**Correspondent**
**Name/Address:**

Tatyana V. Gilles
NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732                                      **Fax:**

312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com officeactions@norvell    **Correspondent e-mail**
ip.com                                                          **Authorized:**

Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Jun. 03, 2014 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 26, 2014 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Apr. 25, 2014 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 70468 |
| Apr. 25, 2014 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Apr. 04, 2014 | STATEMENT OF USE PROCESSING COMPLETE | 61813 |
| Mar. 03, 2014 | USE AMENDMENT FILED | 61813 |
| Mar. 28, 2014 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 61813 |
| Mar. 03, 2014 | TEAS STATEMENT OF USE RECEIVED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 03, 2013 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jul. 09, 2013 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 09, 2013 | PUBLISHED FOR OPPOSITION | |
| Jun. 19, 2013 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jun. 05, 2013 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70468 |
| Jun. 05, 2013 | ASSIGNED TO LIE | 70468 |
| Jun. 04, 2013 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 16, 2013 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| May 15, 2013 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| May 15, 2013 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Nov. 16, 2012 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 16, 2012 | NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 16, 2012 | NON-FINAL ACTION WRITTEN | 78366 |
| Nov. 07, 2012 | ASSIGNED TO EXAMINER | 78366 |
| Aug. 29, 2012 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 76532 |
| Aug. 29, 2012 | ASSIGNED TO LIE | 76532 |
| Aug. 27, 2012 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Jul. 28, 2012 | NOTICE OF PSEUDO MARK MAILED | |
| Jul. 27, 2012 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jul. 24, 2012 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

# United States of America
## United States Patent and Trademark Office

# CME Group

**Reg. No. 4,544,077**

**Registered June 3, 2014**

**Int. Cls.: 9, 36, and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CHICAGO MERCANTILE EXCHANGE INC. (DELAWARE CORPORATION)
20 S. WACKER DRIVE
CHICAGO, IL 60606

FOR: COMPUTER SOFTWARE FOR USE IN FINANCIAL TRADING, FINANCIAL EX-
CHANGE, FINANCIAL INFORMATION AND MARKET, AND FINANCIAL CLEARING
SERVICES; COMPUTER SOFTWARE FOR USE IN TRADING, CLEARING, CONFIRMATION,
AND FINANCIAL TRADING RISK MANAGEMENT FOR EXCHANGE MARKET TRANSAC-
TIONS IN THE FIELD OF FUTURES, OPTIONS, SWAPS, AND OTHER DERIVATIVE CON-
TRACTS; COMPUTER SOFTWARE FOR USE IN AUTHENTICATING, FACILITATING,
MATCHING, PROCESSING, CLEARING, AND SUBMITTING TRADE DATA, EXCHANGING
OF TRADING TRANSACTION DETAILS, AND MANAGEMENT OF THE OVERALL
TRADING LIFECYCLE; DOWNLOADABLE COMPUTER SOFTWARE FOR USE IN FINAN-
CIAL TRADING, FINANCIAL EXCHANGE, FINANCIAL INFORMATION AND MARKET
DATA, AND FINANCIAL CLEARING SERVICES; DOWNLOADABLE COMPUTER SOFT-
WARE FOR USE IN AUTHENTICATING, FACILITATING, MATCHING, PROCESSING,
CLEARING, AND SUBMITTING TRADE DATA, EXCHANGING OF TRADING TRANSAC-
TION DETAILS, AND MANAGEMENT OF THE OVERALL TRADING LIFECYCLE, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-0-2010; IN COMMERCE 5-0-2010.

FOR: FINANCIAL EXCHANGE SERVICES; MONETARY EXCHANGE SERVICES; COM-
MODITIES EXCHANGE SERVICES, FUTURES EXCHANGE SERVICES; FINANCIAL IN-
FORMATION SERVICES; FINANCIAL CLEARING SERVICES; PROVIDING EXCHANGE
MARKETS FOR TRADING, CLEARING, CONFIRMATION AND FINANCIAL TRADING
RISK MANAGEMENT IN THE FIELD OF FUTURES, OPTIONS, SWAPS, AND OTHER DE-
RIVATIVES CONTRACTS; CONDUCTING COMMODITIES, SECURITIES, MONETARY,
AND FINANCIAL INSTRUMENT EXCHANGE AND CLEARING SERVICES; ELECTRONIC
FINANCIAL TRADING SERVICES; ELECTRONIC FINANCIAL TRADING, NAMELY,
TRADING OF COMMODITIES, STOCKS, FUTURES, OPTIONS, SWAPS, SECURITIES,
EQUITIES AND OTHER DERIVATIVE CONTRACTS; FINANCIAL INFORMATION
PROVIDED BY ELECTRONIC MEANS; PROVIDING ON-DEMAND AND REAL-TIME FIN-
ANCIAL INFORMATION; FINANCIAL SERVICES IN THE FIELD OF MARKET DATA
DISTRIBUTION, NAMELY, MARKET DATA REPORTING SERVICES AND ACCOUNT
MANAGEMENT SERVICES; PROVIDING INFORMATION IN THE FIELD OF FINANCIAL



*Michelle K. Lee*

Deputy Director of the United States
Patent and Trademark Office

**Reg. No. 4,544,077** STOCK, DERIVATIVE, SECURITY AND EQUITY MARKET DATA, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-0-2010; IN COMMERCE 5-0-2010.

FOR: PROVIDING TEMPORARY ON-LINE USE OF NON-DOWNLOADABLE SOFTWARE FOR USE IN TRADING, CLEARING, CONFIRMATION, AND FINANCIAL TRADING RISK MANAGEMENT FOR EXCHANGE MARKET TRANSACTIONS IN THE FIELD OF FUTURES, OPTIONS, SWAPS, AND OTHER DERIVATIVE CONTRACTS; PLATFORM AS A SERVICE (PAAS) FEATURING COMPUTER SOFTWARE PLATFORM FOR AUTHENTICATING, FA-CILITATING, MATCHING, PROCESSING, CLEARING, AND SUBMITTING TRADE DATA, EXCHANGING OF TRADING TRANSACTION DETAILS, AND MANAGEMENT OF THE OVERALL TRADING LIFECYCLE , IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 5-0-2010; IN COMMERCE 5-0-2010.

OWNER OF U.S. REG. NOS. 3,367,684 AND 3,408,502.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GROUP", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A GLOBE DESIGN WITH MERIDIAN AND PARALLEL LINES AND THE WORDS "CME GROUP" TO THE RIGHT OF THE GLOBE DESIGN.

SN 85-683,052, FILED 7-20-2012.

ANNE FARRELL, EXAMINING ATTORNEY

**Generated on:**

This page was generated by TSDR on 2016-01-13 12:13:48 EST

**Mark:** CME GROUP

⊜CME Group

**US Serial Number:** 85683052

Jul. 20, 2012

**Application Filing Date:**

**US Registration Number:** 4544077

Jun. 03, 2014

**Registration Date:**

**Register:**

Principal

**Mark Type:**

Trademark, Service Mark

**Status:**

Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:**

Jun. 03, 2014

**Publication Date:** Jul. 09, 2013

**Notice of Allowance Date:**

Sep. 03, 2013

# Mark Information

**Mark Literal Elements:**

CME GROUP

**Standard Character Claim:**

No

**Mark Drawing Type:**

3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:**

The mark consists of a globe design with meridian and parallel lines and the words "CME Group" to the right of the globe design.

**Color(s) Claimed:**

Color is not claimed as a feature of the mark.

**Disclaimer:**

"GROUP"

**Design Search Code(s):**

01.07.02 - Globes with meridians and parallels only
01.07.25 - Globes, other
26.15.21 - Polygons that are completely or partially shaded

# Related Properties Information

**International Registration Number:**

1139496

**International Application(s) /Registration(s) Based on this Property:**

A0031066/1139496

**Claimed Ownership of US Registrations:**

3367684, 3408502

# Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

* Brackets [..] indicate deleted goods/services;
* Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and

- Asterisks "..." identify additional (new) wording in the goods/services.

**For:**

Computer software for use in financial trading, financial exchange, financial information and market, and financial clearing services; computer software for use in trading, clearing, confirmation, and financial trading risk management for exchange market transactions in the field of futures, options, swaps, and other derivative contracts; computer software for use in authenticating, facilitating, matching, processing, clearing, and submitting trade data, exchanging of trading transaction details, and management of the overall trading lifecycle; downloadable computer software for use in financial trading, financial exchange, financial information and market data, and financial clearing services; downloadable computer software for use in authenticating, facilitating, matching, processing, clearing, and submitting trade data, exchanging of trading transaction details, and management of the overall trading lifecycle

**International Class(es):** 009 - Primary Class **U.S Class(es):**

021, 023, 026, 036, 038

**Class Status:**

ACTIVE

**Basis:**

1(a)

**First Use:** May 2010 **Use in Commerce:**

May 2010

**For:**

Financial exchange services; monetary exchange services; commodities exchange services; futures exchange services; financial information services; financial clearing services; providing exchange markets for trading, clearing, confirmation and financial trading risk management in the field of futures, options, swaps, and other derivatives contracts; conducting commodities, securities, monetary, and financial instrument exchange and clearing services; electronic financial trading services; electronic financial trading, namely, trading of commodities, stocks, futures, options, swaps, securities, equities and other derivative contracts; financial information provided by electronic means; providing on-demand and real-time financial information; financial services in the field of market data distribution, namely, market data reporting services and account management services; providing information in the field of financial stock, derivative, security and equity market data

**International Class(es):** 036 - Primary Class **U.S Class(es):**

100, 101, 102

**Class Status:**

ACTIVE

**Basis:**

1(a)

**First Use:** May 2010 **Use in Commerce:**

May 2010

**For:**

Providing temporary on-line use of non-downloadable software for use in trading, clearing, confirmation, and financial trading risk management for exchange market transactions in the field of futures, options, swaps, and other derivative contracts; platform as a service (PAAS) featuring computer software platform for authenticating, facilitating, matching, processing, clearing, and submitting trade data, exchanging of trading transaction details, and management of the overall trading lifecycle

**International Class(es):** 042 - Primary Class **U.S Class(es):**

100, 101

**Class Status:**

ACTIVE

**Basis:**

1(a)

**First Use:** May 2010 **Use in Commerce:**

May 2010

## Basis Information (Case Level)

| | | | | |
|---|---|---|---|---|
| **Filed Use:** No | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:**

Chicago Mercantile Exchange Inc.

**Owner Address:**

20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:**

DELAWARE

# Attorney/Correspondence Information

## Attorney of Record

**Attorney Name:** Tatyana V. Gilles

**Docket Number:**

13271-1388

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:**

Yes

## Correspondent

**Correspondent Name/Address:**

Tatyana V. Gilles
NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732

**Fax:**

312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com officeactions@norvell ip.com

**Correspondent e-mail Authorized:**

Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Jun. 03, 2014 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 26, 2014 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Apr. 25, 2014 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 70468 |
| Apr. 25, 2014 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Apr. 04, 2014 | STATEMENT OF USE PROCESSING COMPLETE | 61813 |
| Mar. 03, 2014 | USE AMENDMENT FILED | 61813 |
| Mar. 28, 2014 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 61813 |
| Mar. 03, 2014 | TEAS STATEMENT OF USE RECEIVED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 03, 2013 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jul. 09, 2013 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 09, 2013 | PUBLISHED FOR OPPOSITION | |
| Jun. 19, 2013 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jun. 05, 2013 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70468 |
| Jun. 05, 2013 | ASSIGNED TO LIE | 70468 |
| Jun. 04, 2013 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 16, 2013 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| May 15, 2013 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| May 15, 2013 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Nov. 16, 2012 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 16, 2012 | NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 16, 2012 | NON-FINAL ACTION WRITTEN | 78366 |
| Nov. 07, 2012 | ASSIGNED TO EXAMINER | 78366 |
| Aug. 29, 2012 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 76532 |
| Aug. 29, 2012 | ASSIGNED TO LIE | 76532 |
| Aug. 27, 2012 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Jul. 28, 2012 | NOTICE OF DESIGN SEARCH CODE AND PSEUDO MARK MAILED | |
| Jul. 27, 2012 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |

Jul. 24, 2012      NEW APPLICATION ENTERED IN TRAM

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION                    **Date in Location:**

Apr. 25, 2014

# Proceedings

### Summary

**Number of Proceedings:**

1

| Type of Proceeding: Opposition | |
|---|---|

**Proceeding Number:** 91220909                                          **Filing Date:**

Mar 04, 2015

          **Status:** Terminated                                         **Status Date:**

Jun 23, 2015

**Interlocutory Attorney:** BENJAMIN U OKEKE

**Defendant**

          **Name:**

Chronicleme, Inc.

**Correspondent Address:**

KATHERINE A MARKERT
HARTER SECREST & EMERY LLP
1600 BAUSCH AND LOMB PL
ROCHESTER NY , 14604-2711
UNITED STATES

**Correspondent e-mail:**

kmarkert@hselaw.com;bpeet@hselaw.com; coffen@hselaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | Abandoned - After Inter-Partes Decision | 86301751 | |

**Plaintiff(s)**

          **Name:**

Chicago Mercantile Exchange Inc.

**Correspondent Address:**

TATYANA V GILLES
NORVELL IP LLC (13442-1497)
P O BOX 2461
Chicago IL , 60690
UNITED STATES

**Correspondent e-mail:**

officeactions@norvellip.com , jkucala@norvellip.com , tgilles@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | Renewed | 73134559 | 1085681 |
| CME | Section 8 and 15 - Accepted and Acknowledged | 78496071 | 3084640 |
| CME GROUP | Section 8 and 15 - Accepted and Acknowledged | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Section 8 and 15 - Accepted and Acknowledged | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | Section 8 and 15 - Accepted and Acknowledged | 78496095 | 3075976 |
| CME HURRICANE INDEX | Registered | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | Renewed | 78290751 | 2991670 |
| CME DATAMINE | Section 8 and 15 - Accepted and Acknowledged | 77008271 | 3352992 |
| CME E-MINI | Renewed | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | Renewed | 78218009 | 2990297 |
| CME ILINK | Renewed | 78169451 | 2831871 |
| CME LEAN HOG INDEX | Section 8 and 15 - Accepted and Acknowledged | 78217979 | 2973035 |

# United States of America
### United States Patent and Trademark Office

# CME CLEARPORT

**Reg. No. 4,535,988**

**Registered May 27, 2014**

**Int. Cls.: 9, 36 and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CHICAGO MERCANTILE EXCHANGE INC. (DELAWARE CORPORATION)
20 SOUTH WACKER DRIVE
CHICAGO, IL 60606

FOR: COMPUTER SOFTWARE FOR USE IN TRADING, CLEARING, CONFIRMATION, AND OTHER RELATED SERVICES FOR EXCHANGE MARKET TRANSACTIONS IN THE FIELD OF COMMODITY FUTURES, OPTIONS, AND OTHER DERIVATIVES CONTRACTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-0-2009; IN COMMERCE 10-0-2009.

FOR: PROVIDING ELECTRONIC ONLINE EXCHANGE MARKETS FOR TRADING, CLEARING, CONFIRMING TRANSACTIONS, AND OTHER RELATED SERVICES IN THE FIELD OF COMMODITY FUTURES, OPTIONS, AND OTHER DERIVATIVES CONTRACTS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-0-2009; IN COMMERCE 10-0-2009.

FOR: PROVIDING TEMPORARY ON-LINE USE OF NON-DOWNLOADABLE SOFTWARE FOR TRADING, CLEARING, CONFIRMATION, AND OTHER RELATED SERVICES FOR EXCHANGE MARKET TRANSACTIONS IN THE FIELD OF COMMODITY FUTURES, OPTIONS, AND OTHER DERIVATIVES CONTRACTS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 10-0-2009; IN COMMERCE 10-0-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,085,681, 2,831,871, AND 3,084,640.

SER. NO. 85-908,503, FILED 4-18-2013.

ELLEN BURNS, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

**Generated on:**

This page was generated by TSDR on 2016-01-13 12:15:13 EST

**Mark:** CME CLEARPORT

CME CLEARPORT

**US Serial Number:** 85908503          **Application Filing Date:**

Apr. 18, 2013

**US Registration Number:** 4535988          **Registration Date:**

May 27, 2014

**Register:**

Principal

**Mark Type:**

Trademark, Service Mark

**Status:**

Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:**

May 27, 2014

**Publication Date:** Mar. 11, 2014

## Mark Information

**Mark Literal Elements:**

CME CLEARPORT

**Standard Character Claim:**

Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:**

4 - STANDARD CHARACTER MARK

## Related Properties Information

**Claimed Ownership of US Registrations:**

1085681, 2831871, 3084640

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:**

Computer software for use in trading, clearing, confirmation, and other related services for exchange market transactions in the field of commodity futures, options, and other derivatives contracts

**International Class(es):** 009 - Primary Class          **U.S Class(es):**

021, 023, 026, 036, 038

**Class Status:**

ACTIVE

**Basis:**

1(a)

**First Use:** Oct. 2009          **Use in Commerce:**

Oct. 2009

**For:**

Providing electronic online exchange markets for trading, clearing, confirming transactions, and other related services in the field of commodity futures, options, and other derivatives contracts

**International Class(es):** 036 - Primary Class          **U.S Class(es):**

100, 101, 102

**Class Status:**

ACTIVE

**Basis:**

1(a)

**First Use:** Oct. 2009                    **Use in Commerce:**

Oct. 2009

**For:**

Providing temporary on-line use of non-downloadable software for trading, clearing, confirmation, and other related services for exchange market transactions in the field of commodity futures, options, and other derivatives contracts

**International Class(es):** 042 - Primary Class                    **U.S Class(es):**

100, 101

**Class Status:**

ACTIVE

**Basis:**

1(a)

**First Use:** Oct. 2009                    **Use in Commerce:**

Oct. 2009

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:**

Chicago Mercantile Exchange Inc.

**Owner Address:**

20 South Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION                    **State or Country Where Organized:**

DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Tatyana V. Gilles                    **Docket Number:**

13439-1399

**Attorney Primary Email Address:** officeactions@norvellip.com          **Attorney Email Authorized:**

Yes

### Correspondent

**Correspondent Name/Address:**

Joseph T. Kucala, Jr.
Norvell IP llc
PO Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732                    **Fax:**

312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com officeactions@norvell          **Correspondent e-mail Authorized:**
ip.com

Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| May 27, 2014 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 11, 2014 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 11, 2014 | PUBLISHED FOR OPPOSITION | |
| Feb. 19, 2014 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 06, 2014 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 62282 |
| Feb. 06, 2014 | ASSIGNED TO LIE | 62282 |
| Jan. 16, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 31, 2013 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Dec. 29, 2013 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Dec. 29, 2013 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 30, 2013 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jun. 30, 2013 | NON-FINAL ACTION E-MAILED | 6325 |
| Jun. 30, 2013 | NON-FINAL ACTION WRITTEN | 80808 |
| Jun. 28, 2013 | ASSIGNED TO EXAMINER | 80808 |
| Apr. 25, 2013 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Apr. 22, 2013 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION          **Date in Location:**

May 27, 2014

## Proceedings

**Summary**

**Number of Proceedings:**

1

### Type of Proceeding: Opposition

**Proceeding Number:** 91220909          **Filing Date:**

Mar 04, 2015

    **Status:** Terminated          **Status Date:**

Jun 23, 2015

    **Interlocutory Attorney:** BENJAMIN U OKEKE

**Defendant**

        **Name:**

Chronicleme, Inc.

    **Correspondent Address:**

KATHERINE A MARKERT
HARTER SECREST & EMERY LLP
1600 BAUSCH AND LOMB PL
ROCHESTER NY , 14604-2711
UNITED STATES

    **Correspondent e-mail:**

kmarkert@hselaw.com,bpeet@hselaw.com, coffen@hselaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|---------------|---------------------|
| CME | Abandoned - After Inter-Partes Decision | 86301751 | |

**Plaintiff(s)**

        **Name:**

Chicago Mercantile Exchange Inc.

    **Correspondent Address:**

# United States of America
## United States Patent and Trademark Office

# CME GLink

**Reg. No. 4,343,012**
**Registered May 28, 2013**

CHICAGO MERCANTILE EXCHANGE INC. (DELAWARE CORPORATION)
20 SOUTH WACKER DRIVE
CHICAGO, IL 60606

**Int. Cl.: 38**

FOR: PROVIDING ACCESS TO NETWORK-BASED FINANCIAL TRADING PLATFORMS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

**SERVICE MARK**

FIRST USE 9-1-2011; IN COMMERCE 9-1-2011.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,973,035, 3,193,924, AND OTHERS.

SN 85-242,307, FILED 2-15-2011.

DAVID TOOLEY, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

**Generated on:**

This page was generated by TSDR on 2016-01-13 12:17:36 EST

**Mark:** CME GLINK

# CME GLink

**US Serial Number:** 85242307      **Application Filing Date:**
Feb. 15, 2011

**US Registration Number:** 4343012      **Registration Date:**
May 28, 2013

**Register:**
Principal

**Mark Type:**
Service Mark

**Status:**

Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:**
May 28, 2013

**Publication Date:** Jan. 24, 2012      **Notice of Allowance Date:**
Mar. 20, 2012

## Mark Information

**Mark Literal Elements:**

CME GLINK

**Standard Character Claim:**

Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:**

4 - STANDARD CHARACTER MARK

## Related Properties Information

**Claimed Ownership of US Registrations:**

2973035, 3084640, 3193924 and others

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:**

Providing access to network-based financial trading platforms

**International Class(es):** 038 - Primary Class      **U.S Class(es):**
100, 101, 104

**Class Status:**
ACTIVE

**Basis:**
1(a)

**First Use:** Sep. 01, 2011      **Use in Commerce:**
Sep. 01, 2011

## Basis Information (Case Level)

| Filed Use: No | Currently Use: Yes | Amended Use: No |
|---|---|---|
| Filed ITU: Yes | Currently ITU: No | Amended ITU: No |

| | | |
|---|---|---|
| Filed 44D:  No | Currently 44D:  No | Amended 44D:  No |
| Filed 44E:  No | Currently 44E:  No | Amended 44E:  No |
| Filed 66A:  No | Currently 66A:  No | |
| Filed No Basis:  No | Currently No Basis:  No | |

## Current Owner(s) Information

**Owner Name:**

Chicago Mercantile Exchange Inc.

**Owner Address:**

20 South Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION                    **State or Country Where Organized:**

DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Jay M. Burgett                    **Docket Number:**

13271-891

**Attorney Primary Email** officeactions@norvellip.com                    **Attorney Email Authorized:**
**Address:**

No

### Correspondent

**Correspondent Name/Address:**

Joseph T. Kucala, Jr.
Norvell IP llc
PO Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732                    **Fax:**

312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com officeactions@norvell                    **Correspondent e-mail**
ip.com                    **Authorized:**

Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| May 28, 2013 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 26, 2013 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Apr. 25, 2013 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 70629 |
| Apr. 23, 2013 | ASSIGNED TO LIE | 70629 |
| Apr. 16, 2013 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Apr. 12, 2013 | STATEMENT OF USE PROCESSING COMPLETE | 70565 |
| Mar. 20, 2013 | USE AMENDMENT FILED | 70565 |
| Apr. 12, 2013 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 70565 |
| Mar. 20, 2013 | TEAS STATEMENT OF USE RECEIVED | |
| Sep. 22, 2012 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Sep. 20, 2012 | EXTENSION 1 GRANTED | 98765 |
| Sep. 20, 2012 | EXTENSION 1 FILED | 98765 |
| Sep. 20, 2012 | TEAS EXTENSION RECEIVED | |
| Mar. 20, 2012 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jan. 24, 2012 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 24, 2012 | PUBLISHED FOR OPPOSITION | |
| Jan. 04, 2012 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 21, 2011 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 76985 |

| Dec. 14, 2011 | ASSIGNED TO LIE | 76985 |
| Nov. 25, 2011 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 25, 2011 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Nov. 25, 2011 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Nov. 25, 2011 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 24, 2011 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| May 24, 2011 | NON-FINAL ACTION E-MAILED | 6325 |
| May 24, 2011 | NON-FINAL ACTION WRITTEN | 83182 |
| May 17, 2011 | ASSIGNED TO EXAMINER | 83182 |
| Feb. 19, 2011 | NOTICE OF PSEUDO MARK MAILED | |
| Feb. 18, 2011 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Feb. 18, 2011 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION       **Date in Location:**

Apr. 25, 2013

## Proceedings

### Summary

**Number of Proceedings:**

2

#### Type of Proceeding: Opposition

**Proceeding Number:** 91220909                              **Filing Date:**

Mar 04, 2015

                    **Status:** Terminated                  **Status Date:**

Jun 23, 2015

**Interlocutory Attorney:** BENJAMIN U OKEKE

**Defendant**

                    **Name:**

Chronicleme, Inc.

**Correspondent Address:**

KATHERINE A MARKERT
HARTER SECREST & EMERY LLP
1600 BAUSCH AND LOMB PL
ROCHESTER NY , 14604-2711
UNITED STATES

**Correspondent e-mail:**

kmarkert@hselaw.com;bpeet@hselaw.com; coffen@hselaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
| --- | --- | --- | --- |
| CME | Abandoned - After Inter-Partes Decision | 86301751 | |

**Plaintiff(s)**

                    **Name:**

Chicago Mercantile Exchange Inc.

**Correspondent Address:**

TATYANA V GILLES
NORVELL IP LLC (13442-1497)
P O BOX 2461
Chicago IL , 60690
UNITED STATES

**Correspondent e-mail:**

officeactions@norvellip.com , jkucala@norvellip.com , tgilles@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
| --- | --- | --- | --- |
| CME | Renewed | 73134559 | 1085681 |
| CME | Section 8 and 15 - Accepted and Acknowledged | 78496071 | 3084640 |

# United States of America
### United States Patent and Trademark Office

# CME DIRECT MESSENGER

**Reg. No. 4,433,547**
**Registered Nov. 12, 2013**

**Int. Cls.: 9 and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CHICAGO MERCANTILE EXCHANGE INC. (DELAWARE CORPORATION)
20 S. WACKER DRIVE
CHICAGO, IL 60606

FOR: COMPUTER SOFTWARE FOR USE IN FINANCIAL TRADING, FINANCIAL EX-
CHANGE, AND FINANCIAL CLEARING SERVICES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 7-31-2012; IN COMMERCE 7-31-2012.

FOR: PROVIDING PLATFORM AS A SERVICE (PAAS) FEATURING COMPUTER SOFTWARE
PLATFORM FOR FINANCIAL TRADING, FINANCIAL EXCHANGE AND FINANCIAL
CLEARING SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 7-31-2012; IN COMMERCE 7-31-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MESSENGER", APART FROM
THE MARK AS SHOWN.

SN 85-681,369, FILED 7-19-2012.

ANNE FARRELL, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office

**Generated on:**

This page was generated by TSDR on 2016-01-13 12:18:55 EST

**Mark:** CME DIRECT MESSENGER

CME DIRECT MESSENGER

| | | |
|---|---|---|
| **US Serial Number:** 85681369 | **Application Filing Date:** | |

Jul. 19, 2012

**US Registration Number:** 4433547      **Registration Date:**

Nov. 12, 2013

**Register:**

Principal

**Mark Type:**

Trademark, Service Mark

**Status:**

Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:**

Nov. 12, 2013

**Publication Date:** Dec. 25, 2012      **Notice of Allowance Date:**

Feb. 19, 2013

## Mark Information

**Mark Literal Elements:**

CME DIRECT MESSENGER

**Standard Character Claim:**

Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:**

4 - STANDARD CHARACTER MARK

**Disclaimer:**

"MESSENGER"

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:**

Computer software for use in financial trading, financial exchange, and financial clearing services

**International Class(es):** 009 - Primary Class      **U.S Class(es):**

021, 023, 026, 036, 038

**Class Status:**

ACTIVE

**Basis:**

1(a)

**First Use:** Jul. 31, 2012      **Use in Commerce:**

Jul. 31, 2012

**For:**

Providing platform as a service (PAAS) featuring computer software platform for financial trading, financial exchange and financial clearing services

**International Class(es):** 042 - Primary Class      **U.S Class(es):**

100, 101

**Class Status:**

ACTIVE

**Basis:**

1(a)

**First Use:** Jul. 31, 2012                           **Use in Commerce:**

Jul. 31, 2012

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:**

Chicago Mercantile Exchange Inc.

**Owner Address:**

20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION                   **State or Country Where Organized:**

DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T. Kucala, Jr.                     **Docket Number:**

13271-1382

**Attorney Primary Email Address:** officeactions@norvellip.com       **Attorney Email Authorized:**

Yes

### Correspondent

**Correspondent Name/Address:**

Joseph T. Kucala, Jr.
Norvell IP llc
PO Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732                               **Fax:**

312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com officeactions@norvell       **Correspondent e-mail Authorized:**
ip.com

Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 12, 2013 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 08, 2013 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Oct. 07, 2013 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 77976 |
| Oct. 06, 2013 | ASSIGNED TO LIE | 77976 |
| Sep. 24, 2013 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Sep. 03, 2013 | STATEMENT OF USE PROCESSING COMPLETE | 65362 |
| Aug. 06, 2013 | USE AMENDMENT FILED | 65362 |
| Aug. 30, 2013 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 65362 |
| Aug. 06, 2013 | TEAS STATEMENT OF USE RECEIVED | |

| Feb. 19, 2013 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
|---|---|---|
| Dec. 25, 2012 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 25, 2012 | PUBLISHED FOR OPPOSITION | |
| Dec. 05, 2012 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Nov. 15, 2012 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 07, 2012 | ASSIGNED TO EXAMINER | 78366 |
| Jul. 27, 2012 | NOTICE OF PSEUDO MARK MAILED | |
| Jul. 26, 2012 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jul. 23, 2012 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION          **Date in Location:**

Oct. 07, 2013

# Proceedings

### Summary

**Number of Proceedings:**

1

**Type of Proceeding: Opposition**

**Proceeding Number:** 91220909          **Filing Date:**

Mar 04, 2015

**Status:** Terminated          **Status Date:**

Jun 23, 2015

**Interlocutory Attorney:** BENJAMIN U OKEKE

**Defendant**

**Name:**

Chronicleme, Inc.

**Correspondent Address:**

KATHERINE A MARKERT
HARTER SECREST & EMERY LLP
1600 BAUSCH AND LOMB PL
ROCHESTER NY , 14604-2711
UNITED STATES

**Correspondent e-mail:**

kmarkert@hselaw.com;bpeet@hselaw.com; coffen@hselaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | Abandoned - After Inter-Partes Decision | 86301751 | |

**Plaintiff(s)**

**Name:**

Chicago Mercantile Exchange Inc.

**Correspondent Address:**

TATYANA V GILLES
NORVELL IP LLC (13442-1497)
P O BOX 2461
Chicago IL , 60690
UNITED STATES

**Correspondent e-mail:**

officeactions@norvellip.com , jkucala@norvellip.com , tgilles@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | Renewed | 73134559 | 1085681 |
| CME | Section 8 and 15 - Accepted and Acknowledged | 78496071 | 3084640 |
| CME GROUP | Section 8 and 15 - Accepted and Acknowledged | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Section 8 and 15 - Accepted and Acknowledged | 77234743 | 3408502 |

# United States of America
## United States Patent and Trademark Office

# CME STP

**Reg. No. 4,851,862**

**Registered Nov. 10, 2015**

**Int. Cls.: 36 and 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CHICAGO MERCANTILE EXCHANGE INC. (DELAWARE CORPORATION)
20 S. WACKER DRIVE
CHICAGO, IL 60606

FOR: ELECTRONIC FINANCIAL TRADING SERVICES; FINANCIAL CLEARING SERVICES; FINANCIAL SERVICES, NAMELY, PROCESSING OF INFORMATION RELATING TO FINANCIAL TRADING TRANSACTIONS FOR RISK MANAGEMENT, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-11-2014; IN COMMERCE 4-11-2014.

FOR: PROVIDING TEMPORARY USE OF ONLINE NON-DOWNLOADABLE COMPUTER SOFTWARE FOR USE IN FINANCIAL TRADING, FINANCIAL EXCHANGE, FINANCIAL INFORMATION, FINANCIAL CLEARING SERVICES, AND FINANCIAL RISK MANAGEMENT, NAMELY, COMPUTER SOFTWARE FOR AUTHENTICATING, FACILITATING, MATCHING, PROCESSING, CLEARING, TRANSMITTING AND SUBMITTING TRADE DATA, FOR EXCHANGING TRADING TRANSACTION DETAILS, AND FOR CONFIRMING TRADING TRANSACTIONS; PLATFORM AS A SERVICE (PAAS) FEATURING COMPUTER SOFTWARE PLATFORM FOR PROCESSING, CLEARING, TRANSMITTING AND SUBMITTING TRADE DATA, FOR EXCHANGING TRADING TRANSACTION DETAILS, AND FOR CONFIRMING TRADING TRANSACTIONS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 4-11-2014; IN COMMERCE 4-11-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,084,640, 4,358,467, AND 4,472,606.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "STP", APART FROM THE MARK AS SHOWN.

SN 86-179,537, FILED 1-30-2014.

KATHERINE CHANG, EXAMINING ATTORNEY

Michelle K. Lee

Director of the United States
Patent and Trademark Office

Generated on:

This page was generated by TSDR on 2016-01-13 12:27:20 EST

Mark: CME STP

# CME STP

US Serial Number: 86179537      Application Filing Date:

Jan. 30, 2014

US Registration Number: 4851862      Registration Date:

Nov. 10, 2015

Register:

Principal

Mark Type:

Service Mark

Status:

Registered. The registration date is used to determine when post-registration maintenance documents are due.

Status Date:

Nov. 10, 2015

Publication Date: Jan. 13, 2015      Notice of Allowance Date:

Mar. 10, 2015

## Mark Information

Mark Literal Elements:

CME STP

Standard Character Claim:

Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type:

4 - STANDARD CHARACTER MARK

Disclaimer:

"STP"

## Related Properties Information

Claimed Ownership of US
Registrations:

3084640, 4358467, 4472606

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For:

Electronic financial trading services; financial clearing services; financial services, namely, processing of information relating to financial trading transactions for risk management

International Class(es): 036 - Primary Class      U.S Class(es):

100, 101, 102

Class Status:

ACTIVE

Basis:

1(a)

First Use: Apr. 11, 2014      Use in Commerce:

Apr. 11, 2014

For:

Providing temporary use of online non-downloadable computer software for use in financial trading, financial exchange, financial information, financial clearing services, and financial risk management, namely, computer software for authenticating, facilitating, matching, processing, clearing, transmitting and submitting trade data, for exchanging trading transaction details, and for confirming trading transactions; platform as a service (PAAS) featuring computer software platform for processing, clearing, transmitting and submitting trade data, for exchanging trading transaction details, and for confirming trading transactions

**International Class(es):** 042 - Primary Class          **U.S Class(es):**

100, 101

**Class Status:**

ACTIVE

**Basis:**

1(a)

**First Use:** Apr. 11, 2014          **Use in Commerce:**

Apr. 11, 2014

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:**

Chicago Mercantile Exchange Inc.

**Owner Address:**

20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION          **State or Country Where Organized:**

DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T. Kucala Jr          **Docket Number:**

13439-CME ST

**Attorney Primary Email Address:** officeactions@norvellip.com          **Attorney Email Authorized:**

Yes

### Correspondent

**Correspondent Name/Address:**

JOSEPH T. KUCALA JR
NORVELL IP LLC
PO BOX 2461
CHICAGO, ILLINOIS 60690-2461
UNITED STATES

**Phone:** 888-315-0732          **Fax:**

312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com          **Correspondent e-mail Authorized:**

Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 10, 2015 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 08, 2015 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |

| Oct. 07, 2015 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Sep. 18, 2015 | STATEMENT OF USE PROCESSING COMPLETE | 69302 |
| Sep. 10, 2015 | USE AMENDMENT FILED | 69302 |
| Sep. 18, 2015 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 69302 |
| Sep. 10, 2015 | TEAS STATEMENT OF USE RECEIVED | |
| Mar. 10, 2015 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jan. 13, 2015 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 13, 2015 | PUBLISHED FOR OPPOSITION | |
| Dec. 24, 2014 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 08, 2014 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70468 |
| Dec. 08, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 08, 2014 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Dec. 08, 2014 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Dec. 08, 2014 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Dec. 08, 2014 | EXAMINERS AMENDMENT -WRITTEN | 82414 |
| Dec. 05, 2014 | NOTIFICATION OF PRIORITY ACTION E-MAILED | 6328 |
| Dec. 05, 2014 | PRIORITY ACTION E-MAILED | 6326 |
| Dec. 05, 2014 | PRIORITY ACTION WRITTEN | 82414 |
| Dec. 04, 2014 | PREVIOUS ALLOWANCE COUNT WITHDRAWN | |
| Nov. 25, 2014 | WITHDRAWN FROM PUB - OG REVIEW QUERY | 99910 |
| Nov. 10, 2014 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70468 |
| Nov. 10, 2014 | ASSIGNED TO LIE | 70468 |
| Oct. 24, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 23, 2014 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Oct. 22, 2014 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Oct. 22, 2014 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 06, 2014 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| May 06, 2014 | NON-FINAL ACTION E-MAILED | 6325 |
| May 06, 2014 | NON-FINAL ACTION WRITTEN | 82414 |
| May 06, 2014 | ASSIGNED TO EXAMINER | 82414 |
| Feb. 11, 2014 | NOTICE OF PSEUDO MARK E-MAILED | |
| Feb. 10, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Feb. 03, 2014 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION          **Date in Location:**

Oct. 07, 2015

## Proceedings

### Summary

**Number of Proceedings:**

1

**Type of Proceeding: Opposition**

**Proceeding Number:** 91220909                          **Filing Date:**

Mar 04, 2015

    **Status:** Terminated                      **Status Date:**

Jun 23, 2015

    **Interlocutory Attorney:** BENJAMIN U OKEKE

**Defendant**

    **Name:**

Chronicleme, Inc.

    **Correspondent Address:**

KATHERINE A MARKERT
HARTER SECREST & EMERY LLP
1600 BAUSCH AND LOMB PL
ROCHESTER NY , 14604-2711
UNITED STATES

# United States of America
## United States Patent and Trademark Office

# CME DIRECT MOBILE

**Reg. No. 5,218,706**

**Registered Jun. 06, 2017**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Chicago Mercantile Exchange Inc. (DELAWARE CORPORATION)
20 S. Wacker Drive
Chicago, IL 60606

CLASS 9: Computer application software for mobile and cellular phones, smart phones, portable media players, handheld computers, laptop computers, computer tablets, mobile data receivers, and other cellular devices, namely, software for use in financial trading, financial exchange, and financial clearing services

FIRST USE 8-1-2015; IN COMMERCE 8-1-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "MOBILE"

SER. NO. 85-681,420, FILED 07-19-2012
ANNE M FARRELL, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2019-02-17 16:09:57 EST

**Mark:** CME DIRECT MOBILE

CME DIRECT MOBILE

**US Serial Number:** 85681420

**US Registration Number:** 5218706

**Register:** Principal

**Mark Type:** Trademark

**Application Filing Date:** Jul. 19, 2012

**Registration Date:** Jun. 06, 2017

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jun. 06, 2017

**Publication Date:** Jul. 09, 2013

**Notice of Allowance Date:** Sep. 03, 2013

# Mark Information

**Mark Literal Elements:** CME DIRECT MOBILE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "MOBILE"

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer application software for mobile and cellular phones, smart phones, portable media players, handheld computers, laptop computers, computer tablets, mobile data receivers, and other cellular devices, namely, software for use in financial trading, financial exchange, and financial clearing services

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Aug. 01, 2015

**Use in Commerce:** Aug. 01, 2015

# Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

# Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS 60606

UNITED STATES

Legal Entity Type: CORPORATION

State or Country DELAWARE
Where Organized:

## Attorney/Correspondence Information

**Attorney of Record**

Attorney Name: Joseph T. Kucala, Jr.

Docket Number: 13439-1381

Attorney Primary officeactions@norvellip.com
Email Address:

Attorney Email Yes
Authorized:

**Correspondent**

Correspondent Joseph T. Kucala, Jr.
Name/Address: Norvell IP llc
PO Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

Phone: 888-315-0732

Fax: 312-268-5063

Correspondent e- officeactions@norvellip.com
mail: cfilarski@norvellip.com

Correspondent e- Yes
mail Authorized:

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Jun. 06, 2017 | REGISTERED-PRINCIPAL REGISTER | |
| May 05, 2017 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| May 04, 2017 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Apr. 13, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED | 70468 |
| Apr. 13, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 70468 |
| Apr. 03, 2017 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 03, 2016 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Oct. 03, 2016 | NON-FINAL ACTION E-MAILED | |
| Oct. 03, 2016 | SU - NON-FINAL ACTION - WRITTEN | 78366 |
| Sep. 02, 2016 | STATEMENT OF USE PROCESSING COMPLETE | 66154 |
| Sep. 01, 2016 | USE AMENDMENT FILED | 66154 |
| Sep. 01, 2016 | TEAS STATEMENT OF USE RECEIVED | |
| Sep. 01, 2016 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 09, 2016 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 08, 2016 | EXTENSION 5 GRANTED | 66154 |
| Mar. 03, 2016 | EXTENSION 5 FILED | 66154 |
| Mar. 03, 2016 | TEAS EXTENSION RECEIVED | |
| Aug. 22, 2015 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Aug. 21, 2015 | EXTENSION 4 GRANTED | 66154 |
| Aug. 18, 2015 | EXTENSION 4 FILED | 66154 |
| Aug. 18, 2015 | TEAS EXTENSION RECEIVED | |
| Feb. 27, 2015 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Feb. 26, 2015 | EXTENSION 3 GRANTED | 66154 |
| Feb. 16, 2015 | EXTENSION 3 FILED | 66154 |
| Feb. 16, 2015 | TEAS EXTENSION RECEIVED | |
| Sep. 09, 2014 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Sep. 08, 2014 | EXTENSION 2 GRANTED | 66154 |
| Aug. 25, 2014 | EXTENSION 2 FILED | 66154 |
| Sep. 08, 2014 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 66154 |
| Aug. 25, 2014 | TEAS EXTENSION RECEIVED | |
| Feb. 22, 2014 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Feb. 20, 2014 | EXTENSION 1 GRANTED | 98765 |
| Feb. 20, 2014 | EXTENSION 1 FILED | 98765 |

| Feb. 20, 2014 | TEAS EXTENSION RECEIVED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 03, 2013 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jul. 09, 2013 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 09, 2013 | PUBLISHED FOR OPPOSITION | |
| Jun. 19, 2013 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jun. 04, 2013 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70468 |
| Jun. 04, 2013 | ASSIGNED TO LIE | 70468 |
| May 17, 2013 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 24, 2013 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Apr. 24, 2013 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Apr. 24, 2013 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Nov. 15, 2012 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 15, 2012 | NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 15, 2012 | NON-FINAL ACTION WRITTEN | 78366 |
| Nov. 07, 2012 | ASSIGNED TO EXAMINER | 78366 |
| Jul. 27, 2012 | NOTICE OF PSEUDO MARK MAILED | |
| Jul. 26, 2012 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jul. 23, 2012 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION     **Date in Location:** May 04, 2017

# Proceedings

**Summary**

**Number of Proceedings:** 4

**Type of Proceeding: Opposition**

| **Proceeding Number:** 91238893 | **Filing Date:** Jan 10, 2018 |
| **Status:** Terminated | **Status Date:** Sep 05, 2018 |
| **Interlocutory Attorney:** MIKE WEBSTER | |

**Defendant**

**Name:** Church Mutual Insurance Company

**Correspondent** CHRISTOPHER P FOLEY
**Address:** FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 NEW YORK AVENUE NW
WASHINGTON DC , 20001
UNITED STATES

**Correspondent e-mail:** docketing@finnegan.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMEXCHANGE | Abandoned - After Inter-Partes Decision | 87431426 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** CHRISTINE A FILARSKI
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| CME FX$INDEX | Registered | 86963593 | 5211897 |
| CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 73134561 | 1085682 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME FX SPOT | Third Extension - Granted | 87155844 | |
| CME CLEARCHAIN | Third Extension - Granted | 87141695 | |
| CME FX LINK | Notice of Allowance - Issued | 87689907 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | FILED AND FEE | Jan 10, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 10, 2018 | Feb 19, 2018 |
| 3 | PENDING, INSTITUTED | Jan 10, 2018 | |
| 4 | ANSWER | Feb 20, 2018 | |
| 5 | P MOT TO STRIKE PLEADING/AFFIRMATIVE DEFENSE | Mar 13, 2018 | |
| 6 | D OPP/RESP TO MOTION | Mar 28, 2018 | |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 29, 2018 | |
| 8 | P REPLY IN SUPPORT OF MOTION | Apr 17, 2018 | |
| 9 | STIP FOR EXT | Jul 17, 2018 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 17, 2018 | |
| 11 | PROCEEDINGS RESUMED | Jul 17, 2018 | |
| 12 | W/DRAW OF APPLICATION | Aug 07, 2018 | |
| 13 | BD DECISION: OPP SUSTAINED | Sep 05, 2018 | |
| 14 | TERMINATED | Sep 05, 2018 | |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91226037 | **Filing Date:** | Jan 27, 2016 |
| **Status:** | Terminated | **Status Date:** | Dec 04, 2017 |
| **Interlocutory Attorney:** | YONG OH (RICHARD) KIM | | |

**Defendant**

**Name:** CMC Markets UK PLC

**Correspondent Address:** JEFFREY H GREGER
HAUPTMAN HAM LLP
2318 MILL ROAD, SUITE 1400
ALEXANDRIA VA , 22314
UNITED STATES

**Correspondent e-mail:** jhggroup@ipfirm.com , jhgreger@ipfirm.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412301 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange, Inc.

**Correspondent Address:** J RYAN HINSHAW
NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 27, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 27, 2016 | Mar 07, 2016 |
| 3 | PENDING, INSTITUTED | Jan 27, 2016 | |
| 4 | D MOT FOR EXT W/ CONSENT | Feb 26, 2016 | |
| 5 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |
| 6 | P MOT FOR EXT W/ CONSENT | May 25, 2016 | |
| 7 | EXTENSION OF TIME GRANTED | May 25, 2016 | |
| 8 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 | |

| 9 | ANSWER | Aug 03, 2016 |
| 10 | CHANGE OF CORRESP ADDRESS | Aug 24, 2016 |
| 11 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 24, 2016 |
| 12 | D MOT TO CONSOLIDATE | Sep 02, 2016 |
| 13 | CONSOLIDATION ORDER | Sep 10, 2016 |
| 14 | ANSWER | Sep 29, 2016 |
| 15 | BD DECISION: SUSTAINED | Dec 04, 2017 |
| 16 | TERMINATED | Dec 04, 2017 |

## Type of Proceeding: Opposition

**Proceeding Number:** 91225824  **Filing Date:** Jan 13, 2016

**Status:** Terminated  **Status Date:** Dec 04, 2017

**Interlocutory Attorney:** YONG OH (RICHARD) KIM

### Defendant

**Name:** CMC Markets UK PLC

**Correspondent Address:** JEFFREY H GREGER
HAUPTMAN HAM LLP
2318 MILL ROAD STE 1400
ALEXANDRIA VA , 22314
UNITED STATES

**Correspondent e-mail:** jhggroup@ipfirm.com , jhgreger@ipfirm.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412291 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange, Inc.

**Correspondent Address:** J RYAN HINSHAW
NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com , tmonagan@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |

| | | | |
|---|---|---|---|
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 13, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 13, 2016 | Feb 22, 2016 |
| 3 | PENDING, INSTITUTED | Jan 13, 2016 | |
| 4 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Jan 26, 2016 | |
| 5 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Feb 02, 2016 | |
| 6 | TRIAL DATES RESET | Feb 08, 2016 | |
| 7 | STIP FOR EXT | Feb 26, 2016 | |
| 8 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |
| 9 | P MOT FOR EXT W/ CONSENT | May 25, 2016 | |
| 10 | EXTENSION OF TIME GRANTED | May 25, 2016 | |
| 11 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 | |
| 12 | ANSWER | Aug 03, 2016 | |
| 13 | CHANGE OF CORRESP ADDRESS | Aug 26, 2016 | |
| 14 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 26, 2016 | |
| 15 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Aug 30, 2016 | |
| 16 | D MOT TO CONSOLIDATE | Sep 02, 2016 | |
| 17 | CONSOLIDATION ORDER | Sep 10, 2016 | |
| 18 | ANSWER | Sep 29, 2016 | |
| 19 | ANSWER FOR CHILD CASE | Sep 29, 2016 | |
| 20 | P MOT FOR EXT W/ CONSENT | Jan 27, 2017 | |
| 21 | EXTENSION OF TIME GRANTED | Jan 27, 2017 | |
| 22 | P MOT TO COMPEL DISCOVERY | Feb 08, 2017 | |
| 23 | D OPP/RESP TO MOTION | Feb 28, 2017 | |
| 24 | P REPLY IN SUPPORT OF MOTION | Mar 20, 2017 | |
| 25 | D MOTION | Mar 30, 2017 | |
| 26 | P OPP/RESP TO MOTION | Apr 19, 2017 | |
| 27 | SUSP PEND DISP OF OUTSTNDNG MOT | May 04, 2017 | |
| 28 | PROCEEDINGS RESUMED | Jun 29, 2017 | |
| 29 | W/DRAW OF APPLICATION | Aug 11, 2017 | |
| 30 | P OPP/RESP TO MOTION | Aug 15, 2017 | |
| 31 | BD DECISION: SUSTAINED | Dec 04, 2017 | |
| 32 | TERMINATED | Dec 04, 2017 | |

**Type of Proceeding: Opposition**

Proceeding Number: 91220909

Filing Date: Mar 04, 2015

Status: Terminated

Status Date: Jun 23, 2015

Interlocutory Attorney: BENJAMIN U OKEKE

**Defendant**

**Name:** Chronicleme, Inc.

**Correspondent** KATHERINE A MARKERT
**Address:** HARTER SECREST & EMERY LLP
1600 BAUSCH AND LOMB PL
ROCHESTER NY , 14604-2711
UNITED STATES

**Correspondent e-** kmarkert@hselaw.com;bpeet@hselaw.com; coffen@hselaw.com
**mail:**

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CME | Abandoned - After Inter-Partes Decision | 86301751 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** TATYANA V GILLES
**Address:** NORVELL IP LLC (13442-1497)
P O BOX 2461
Chicago IL , 60690
UNITED STATES

**Correspondent e-** officeactions@norvellip.com , jkucala@norvellip.com , tgilles@norvellip.com
**mail:**

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP PUMA TRADING SYSTEM | Abandoned - No Statement Of Use Filed | 85413626 | |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME STP | Registered | 86179537 | 4851862 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 04, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 04, 2015 | Apr 13, 2015 |
| 3 | PENDING, INSTITUTED | Mar 04, 2015 | |
| 4 | NOTICE OF DEFAULT | May 05, 2015 | |
| 5 | BD DECISION: SUSTAINED | Jun 23, 2015 | |
| 6 | TERMINATED | Jun 23, 2015 | |

# United States of America

### United States Patent and Trademark Office

# CME EUROPE

**Reg. No. 5,370,376**

**Registered Jan. 02, 2018**

**Int. Cl.: 36, 42**

**Service Mark**

**Principal Register**

Chicago Mercantile Exchange Inc. (DELAWARE CORPORATION)
20 South Wacker Drive
Chicago, ILLINOIS 60606

CLASS 36: Financial exchange services; monetary exchange services; commodities exchange services; futures exchange services; financial information services; financial clearing services; providing exchange markets for trading, clearing, confirmation and financial trading risk management in the field of futures, options, swaps, and other derivatives contracts; conducting commodities, securities, monetary, and financial instrument exchange and clearing services; electronic financial trading services; electronic financial trading, namely, trading of commodities, stocks, futures, options, securities, equities and other derivative contracts; financial information provided by electronic means; providing on-demand and real-time financial information; financial services in the field of market data distribution, namely, market data reporting services and account management services; providing information in the field of financial stock, derivative, security and equity market data

FIRST USE 4-27-2014; IN COMMERCE 4-27-2014

CLASS 42: Providing temporary on-line use of non-downloadable software for use in trading, clearing, confirmation, and financial trading risk management for exchange market transactions in the field of futures, options, swaps, and other derivative contracts; platform as a service (PAAS) featuring computer software platform for authenticating, facilitating, matching, processing, clearing, and submitting trade data, exchanging of trading transaction details, and management of the overall trading lifecycle

FIRST USE 4-27-2014; IN COMMERCE 4-27-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3367684, 3084640, 1085681

No claim is made to the exclusive right to use the following apart from the mark as shown: "EUROPE"

SER. NO. 86-429,777, FILED 10-21-2014



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2019-02-17 16:10:35 EST

**Mark:** CME EUROPE

# CME EUROPE

**US Serial Number:** 86429777

**US Registration Number:** 5370376

**Register:** Principal

**Mark Type:** Service Mark

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jan. 02, 2018

**Publication Date:** Jul. 14, 2015

**Application Filing Date:** Oct. 21, 2014

**Registration Date:** Jan. 02, 2018

**Notice of Allowance Date:** Sep. 08, 2015

## Mark Information

**Mark Literal Elements:** CME EUROPE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "EUROPE"

## Related Properties Information

**International Registration Number:** 1242825

**International Application(s) /Registration(s) Based on this Property:** A0045963/1242825

**Claimed Ownership of US Registrations:** 1085681, 3084640, 3367684 and others

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial exchange services; monetary exchange services; commodities exchange services; futures exchange services; financial information services; financial clearing services; providing exchange markets for trading, clearing, confirmation and financial trading risk management in the field of futures, options, swaps, and other derivatives contracts; conducting commodities, securities, monetary, and financial instrument exchange and clearing services; electronic financial trading services; electronic financial trading, namely, trading of commodities, stocks, futures, options, securities, equities and other derivative contracts; financial information provided by electronic means; providing on-demand and real-time financial information; financial services in the field of market data distribution, namely, market data reporting services and account management services; providing information in the field of financial stock, derivative, security and equity market data

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Apr. 27, 2014      **Use in Commerce:** Apr. 27, 2014

**For:** Providing temporary on-line use of non-downloadable software for use in trading, clearing, confirmation, and financial trading risk management for exchange market transactions in the field of futures, options, swaps, and other derivative contracts; platform as a service (PAAS) featuring computer software platform for authenticating, facilitating, matching, processing, clearing, and submitting trade data, exchanging of trading transaction details, and management of the overall trading lifecycle

**International** 042 - Primary Class      **U.S Class(es):** 100, 101
**Class(es):**

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Apr. 27, 2014      **Use in Commerce:** Apr. 27, 2014

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 South Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION      **State or Country** DELAWARE
**Where Organized:**

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Tatyana V. Gilles      **Docket Number:** 13439-

**Attorney Primary** officeactions@norvellip.com      **Attorney Email** Yes
**Email Address:**      **Authorized:**

### Correspondent

**Correspondent** TATYANA V. GILLES
**Name/Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO, ILLINOIS 60690-2461
UNITED STATES

**Phone:** 888-315-0732      **Fax:** 312-268-5063

**Correspondent e-** officeactions@norvellip.com      **Correspondent e-** Yes
**mail:**      **mail Authorized:**

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 02, 2018 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 28, 2017 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Nov. 25, 2017 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Oct. 12, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED | 69712 |
| Oct. 12, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 69712 |
| Oct. 03, 2017 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Apr. 16, 2017 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Apr. 16, 2017 | NON-FINAL ACTION E-MAILED | |
| Apr. 16, 2017 | SU - NON-FINAL ACTION - WRITTEN | 81141 |

| | | |
|---|---|---|
| Mar. 16, 2017 | STATEMENT OF USE PROCESSING COMPLETE | 74055 |
| Mar. 08, 2017 | USE AMENDMENT FILED | 74055 |
| Mar. 13, 2017 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 74055 |
| Mar. 08, 2017 | TEAS STATEMENT OF USE RECEIVED | |
| Sep. 27, 2016 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Sep. 26, 2016 | EXTENSION 2 GRANTED | 30002 |
| Sep. 08, 2016 | EXTENSION 2 FILED | 30002 |
| Sep. 26, 2016 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 30002 |
| Sep. 08, 2016 | TEAS EXTENSION RECEIVED | |
| Mar. 08, 2016 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 04, 2016 | EXTENSION 1 GRANTED | 98765 |
| Mar. 04, 2016 | EXTENSION 1 FILED | 98765 |
| Mar. 04, 2016 | TEAS EXTENSION RECEIVED | |
| Sep. 08, 2015 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jul. 14, 2015 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 14, 2015 | PUBLISHED FOR OPPOSITION | |
| Jun. 24, 2015 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jun. 06, 2015 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 69712 |
| Jun. 05, 2015 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 13, 2015 | TEAS/EMAIL CORRESPONDENCE ENTERED | 69712 |
| May 13, 2015 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 69712 |
| May 08, 2015 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Feb. 03, 2015 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 03, 2015 | NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 03, 2015 | NON-FINAL ACTION WRITTEN | 81141 |
| Feb. 03, 2015 | ASSIGNED TO EXAMINER | 81141 |
| Nov. 06, 2014 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 69712 |
| Oct. 30, 2014 | ASSIGNED TO LIE | 69712 |
| Oct. 29, 2014 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Oct. 29, 2014 | NOTICE OF PSEUDO MARK E-MAILED | |
| Oct. 28, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Oct. 24, 2014 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION          **Date in Location:** Nov. 25, 2017

# Proceedings

**Summary**

**Number of** 3
**Proceedings:**

## Type of Proceeding: Opposition

**Proceeding** 91226037          **Filing Date:** Jan 27, 2016
**Number:**

**Status:** Terminated          **Status Date:** Dec 04, 2017

**Interlocutory** YONG OH (RICHARD) KIM
**Attorney:**

**Defendant**

**Name:** CMC Markets UK PLC

**Correspondent** JEFFREY H GREGER
**Address:** HAUPTMAN HAM LLP
2318 MILL ROAD, SUITE 1400
ALEXANDRIA VA , 22314
UNITED STATES

**Correspondent e-mail:** jhggroup@ipfirm.com , jhgreger@ipfirm.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412301 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange, Inc.

**Correspondent** J RYAN HINSHAW
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|-------------|------|----------|
| 1 | FILED AND FEE | Jan 27, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 27, 2016 | Mar 07, 2016 |
| 3 | PENDING, INSTITUTED | Jan 27, 2016 | |
| 4 | D MOT FOR EXT W/ CONSENT | Feb 26, 2016 | |
| 5 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |
| 6 | P MOT FOR EXT W/ CONSENT | May 25, 2016 | |
| 7 | EXTENSION OF TIME GRANTED | May 25, 2016 | |
| 8 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 | |
| 9 | ANSWER | Aug 03, 2016 | |
| 10 | CHANGE OF CORRESP ADDRESS | Aug 24, 2016 | |
| 11 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 24, 2016 | |
| 12 | D MOT TO CONSOLIDATE | Sep 02, 2016 | |
| 13 | CONSOLIDATION ORDER | Sep 10, 2016 | |

| 14 | ANSWER | Sep 29, 2016 |
| 15 | BD DECISION: SUSTAINED | Dec 04, 2017 |
| 16 | TERMINATED | Dec 04, 2017 |

## Type of Proceeding: Opposition

| Proceeding Number: | 91225824 | Filing Date: | Jan 13, 2016 |
|---|---|---|---|
| Status: | Terminated | Status Date: | Dec 04, 2017 |
| Interlocutory Attorney: | YONG OH (RICHARD) KIM | | |

### Defendant

**Name:** CMC Markets UK PLC

**Correspondent** JEFFREY H GREGER
**Address:** HAUPTMAN HAM LLP
2318 MILL ROAD STE 1400
ALEXANDRIA VA , 22314
UNITED STATES

**Correspondent e-mail:** jhggroup@ipfirm.com , jhgreger@ipfirm.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412291 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange, Inc.

**Correspondent** J RYAN HINSHAW
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com , tmo nagan@norvellip.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |

| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 13, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 13, 2016 | Feb 22, 2016 |
| 3 | PENDING, INSTITUTED | Jan 13, 2016 | |
| 4 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Jan 26, 2016 | |
| 5 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Feb 02, 2016 | |
| 6 | TRIAL DATES RESET | Feb 08, 2016 | |
| 7 | STIP FOR EXT | Feb 26, 2016 | |
| 8 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |
| 9 | P MOT FOR EXT W/ CONSENT | May 25, 2016 | |
| 10 | EXTENSION OF TIME GRANTED | May 25, 2016 | |
| 11 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 | |
| 12 | ANSWER | Aug 03, 2016 | |
| 13 | CHANGE OF CORRESP ADDRESS | Aug 26, 2016 | |
| 14 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 26, 2016 | |
| 15 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Aug 30, 2016 | |
| 16 | D MOT TO CONSOLIDATE | Sep 02, 2016 | |
| 17 | CONSOLIDATION ORDER | Sep 10, 2016 | |
| 18 | ANSWER | Sep 29, 2016 | |
| 19 | ANSWER FOR CHILD CASE | Sep 29, 2016 | |
| 20 | P MOT FOR EXT W/ CONSENT | Jan 27, 2017 | |
| 21 | EXTENSION OF TIME GRANTED | Jan 27, 2017 | |
| 22 | P MOT TO COMPEL DISCOVERY | Feb 08, 2017 | |
| 23 | D OPP/RESP TO MOTION | Feb 28, 2017 | |
| 24 | P REPLY IN SUPPORT OF MOTION | Mar 20, 2017 | |
| 25 | D MOTION | Mar 30, 2017 | |
| 26 | P OPP/RESP TO MOTION | Apr 19, 2017 | |
| 27 | SUSP PEND DISP OF OUTSTNDNG MOT | May 04, 2017 | |
| 28 | PROCEEDINGS RESUMED | Jun 29, 2017 | |
| 29 | W/DRAW OF APPLICATION | Aug 11, 2017 | |
| 30 | P OPP/RESP TO MOTION | Aug 15, 2017 | |
| 31 | BD DECISION: SUSTAINED | Dec 04, 2017 | |
| 32 | TERMINATED | Dec 04, 2017 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91220909

**Filing Date:** Mar 04, 2015

**Status:** Terminated

**Status Date:** Jun 23, 2015

**Interlocutory Attorney:** BENJAMIN U OKEKE

### Defendant

**Name:** Chronicleme, Inc.

**Correspondent** KATHERINE A MARKERT
**Address:** HARTER SECREST & EMERY LLP
1600 BAUSCH AND LOMB PL
ROCHESTER NY , 14604-2711
UNITED STATES

| | |
|---|---|
| Correspondent e-mail: | kmarkert@hselaw.com;bpeet@hselaw.com; coffen@hselaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | Abandoned - After Inter-Partes Decision | 86301751 | |

**Plaintiff(s)**

| | |
|---|---|
| Name: | Chicago Mercantile Exchange Inc. |
| Correspondent Address: | TATYANA V GILLES<br>NORVELL IP LLC (13442-1497)<br>P O BOX 2461<br>Chicago IL , 60690<br>UNITED STATES |
| Correspondent e-mail: | officeactions@norvellip.com , jkucala@norvellip.com , tgilles@norvellip.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP PUMA TRADING SYSTEM | Abandoned - No Statement Of Use Filed | 85413626 | |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME STP | Registered | 86179537 | 4851862 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 04, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 04, 2015 | Apr 13, 2015 |
| 3 | PENDING, INSTITUTED | Mar 04, 2015 | |
| 4 | NOTICE OF DEFAULT | May 05, 2015 | |

5         BD DECISION: SUSTAINED                                    Jun 23, 2015
6         TERMINATED                                                Jun 23, 2015