# United States of America

## United States Patent and Trademark Office



## CME GROUP FOUNDATION

**Reg. No. 4,961,334**

**Registered May 17, 2016**

**Int. Cl.: 36**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CHICAGO MERCANTILE EXCHANGE INC. (DELAWARE CORPORATION)
20 SOUTH WACKER DRIVE
CHICAGO, IL 60606

FOR: PHILANTHROPIC SERVICES CONCERNING MONETARY DONATIONS TO PROMOTE RESEARCH, EDUCATION AND HEALTH; CHARITABLE FUNDRAISING SERVICES; CHARITABLE SERVICES, NAMELY, GRANTING FUNDS TO SCHOOLS, EDUCATIONAL INSTITUTIONS, ACADEMIC INSTITUTIONS, AND NONPROFIT ORGANIZATIONS; CHARITABLE SERVICES, NAMELY, PROVIDING FINANCIAL SPONSORSHIP OF EFFORTS TO IMPROVE THE HEALTH AND DEVELOPMENT OF CHILDREN, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-31-2008; IN COMMERCE 8-31-2008.

OWNER OF U.S. REG. NOS. 1,085,681, 3,367,684, AND 4,369,249.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GROUP FOUNDATION", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A GLOBE DESIGN WITH MERIDIAN AND PARALLEL LINES AND THE WORDS "CME GROUP FOUNDATION" CENTERED OVER THE GLOBE DESIGN.

SN 86-546,830, FILED 2-26-2015.

JIM RINGLE, EXAMINING ATTORNEY



Michelle K. Lee

Director of the United States
Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2019-02-17 16:11:13 EST

**Mark:** CME GROUP FOUNDATION

**CME GROUP FOUNDATION**

| | | | |
|---|---|---|---|
| **US Serial Number:** 86546830 | | **Application Filing Date:** | Feb. 26, 2015 |
| **US Registration Number:** 4961334 | | **Registration Date:** | May 17, 2016 |
| **Filed as TEAS RF:** Yes | | **Currently TEAS RF:** | Yes |
| **Register:** Principal | | | |
| **Mark Type:** Service Mark | | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** May 17, 2016

**Publication Date:** Jul. 14, 2015

**Notice of Allowance Date:** Sep. 08, 2015

# Mark Information

**Mark Literal Elements:** CME GROUP FOUNDATION

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consists of a globe design with meridian and parallel lines and the words "CME GROUP FOUNDATION" centered over the globe design.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Disclaimer:** "GROUP FOUNDATION"

**Design Search Code(s):** 01.07.25 - Globes, other

# Related Properties Information

**Claimed Ownership of US Registrations:** 1085681, 3367684, 4369249

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Philanthropic services concerning monetary donations to promote research, education and health; charitable fundraising services; charitable services, namely, granting funds to schools, educational institutions, academic institutions, and nonprofit organizations; charitable services, namely, providing financial sponsorship of efforts to improve the health and development of children

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Aug. 31, 2008      **Use in Commerce:** Aug. 31, 2008

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** No | | **Currently Use:** Yes | |
| **Filed ITU:** Yes | | **Currently ITU:** No | |
| **Filed 44D:** No | | **Currently 44E:** No | |
| **Filed 44E:** No | | **Currently 66A:** No | |
| **Filed 66A:** No | | **Currently No Basis:** No | |
| **Filed No Basis:** No | | | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 South Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606

**Legal Entity Type:** CORPORATION

**State or Country
Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Tatyana V. Gilles      **Docket Number:** 99997-17

**Attorney Primary
Email Address:** officeactions@norvellip.com      **Attorney Email
Authorized:** Yes

### Correspondent

**Correspondent
Name/Address:** TATYANA V. GILLES
Norvell Ip Llc
PO Box 2461
Chicago, ILLINOIS UNITED STATES 60690-2461

**Phone:** 888-315-0732      **Fax:** 312-268-5063

**Correspondent e-
mail:** officeactions@norvellip.com      **Correspondent e-
mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 17, 2016 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 15, 2016 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Apr. 14, 2016 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Apr. 13, 2016 | STATEMENT OF USE PROCESSING COMPLETE | 65362 |
| Mar. 08, 2016 | USE AMENDMENT FILED | 65362 |
| Apr. 11, 2016 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 65362 |
| Mar. 08, 2016 | TEAS STATEMENT OF USE RECEIVED | |
| Sep. 08, 2015 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jul. 14, 2015 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 14, 2015 | PUBLISHED FOR OPPOSITION | |
| Jun. 24, 2015 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jun. 08, 2015 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 77312 |
| Jun. 08, 2015 | ASSIGNED TO LIE | 77312 |
| May 18, 2015 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 15, 2015 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| May 14, 2015 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| May 14, 2015 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 13, 2015 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |

| May 13, 2015 | NON-FINAL ACTION E-MAILED | 6325 |
| May 13, 2015 | NON-FINAL ACTION WRITTEN | 78325 |
| May 05, 2015 | ASSIGNED TO EXAMINER | 78325 |
| Mar. 12, 2015 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Mar. 11, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Mar. 02, 2015 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION      **Date in Location:** Apr. 14, 2016

# Proceedings

**Summary**

**Number of Proceedings:** 4

| **Type of Proceeding: Opposition** | | |
| --- | --- | --- |

**Proceeding Number:** 91238893        **Filing Date:** Jan 10, 2018

**Status:** Terminated        **Status Date:** Sep 05, 2018

**Interlocutory Attorney:** MIKE WEBSTER

**Defendant**

**Name:** Church Mutual Insurance Company

**Correspondent** CHRISTOPHER P FOLEY
**Address:** FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 NEW YORK AVENUE NW
WASHINGTON DC UNITED STATES , 20001

**Correspondent e-mail:** docketing@finnegan.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
| --- | --- | --- | --- |
| CMEXCHANGE | Abandoned - After Inter-Partes Decision | 87431426 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** CHRISTINE A FILARSKI
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
| --- | --- | --- | --- |
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |

| | | | |
|---|---|---|---|
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| CME FX$INDEX | Registered | 86963593 | 5211897 |
| CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 73134561 | 1085682 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME FX SPOT | Third Extension - Granted | 87155844 | |
| CME CLEARCHAIN | Third Extension - Granted | 87141695 | |
| CME FX LINK | Notice of Allowance - Issued | 87689907 | |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 10, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 10, 2018 | Feb 19, 2018 |
| 3 | PENDING, INSTITUTED | Jan 10, 2018 | |
| 4 | ANSWER | Feb 20, 2018 | |
| 5 | P MOT TO STRIKE PLEADING/AFFIRMATIVE DEFENSE | Mar 13, 2018 | |
| 6 | D OPP/RESP TO MOTION | Mar 28, 2018 | |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 29, 2018 | |
| 8 | P REPLY IN SUPPORT OF MOTION | Apr 17, 2018 | |
| 9 | STIP FOR EXT | Jul 17, 2018 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 17, 2018 | |
| 11 | PROCEEDINGS RESUMED | Jul 17, 2018 | |
| 12 | W/DRAW OF APPLICATION | Aug 07, 2018 | |
| 13 | BD DECISION: OPP SUSTAINED | Sep 05, 2018 | |
| 14 | TERMINATED | Sep 05, 2018 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91226037 | **Filing Date:** | Jan 27, 2016 |
| **Status:** | Terminated | **Status Date:** | Dec 04, 2017 |
| **Interlocutory Attorney:** | YONG OH (RICHARD) KIM | | |

### Defendant

**Name:** CMC Markets UK PLC

**Correspondent** JEFFREY H GREGER
**Address:** HAUPTMAN HAM LLP
2318 MILL ROAD, SUITE 1400
ALEXANDRIA VA UNITED STATES , 22314

**Correspondent e-mail:** jhggroup@ipfirm.com , jhgreger@ipfirm.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412301 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange, Inc.

**Correspondent** J RYAN HINSHAW
**Address:** NORVELL IP LLC
PO BOX 2461

CHICAGO IL UNITED STATES , 60690

Correspondent e-mail: officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|-------------|-------------|------|----------|
| 1 | FILED AND FEE | Jan 27, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 27, 2016 | Mar 07, 2016 |
| 3 | PENDING, INSTITUTED | Jan 27, 2016 | |
| 4 | D MOT FOR EXT W/ CONSENT | Feb 26, 2016 | |
| 5 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |
| 6 | P MOT FOR EXT W/ CONSENT | May 25, 2016 | |
| 7 | EXTENSION OF TIME GRANTED | May 25, 2016 | |
| 8 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 | |
| 9 | ANSWER | Aug 03, 2016 | |
| 10 | CHANGE OF CORRESP ADDRESS | Aug 24, 2016 | |
| 11 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 24, 2016 | |
| 12 | D MOT TO CONSOLIDATE | Sep 02, 2016 | |
| 13 | CONSOLIDATION ORDER | Sep 10, 2016 | |
| 14 | ANSWER | Sep 29, 2016 | |
| 15 | BD DECISION: SUSTAINED | Dec 04, 2017 | |
| 16 | TERMINATED | Dec 04, 2017 | |

**Type of Proceeding: Opposition**

Proceeding Number: 91225824

Filing Date: Jan 13, 2016

Status: Terminated

Status Date: Dec 04, 2017

Interlocutory Attorney: YONG OH (RICHARD) KIM

**Defendant**

**Name:** CMC Markets UK PLC

**Correspondent** JEFFREY H GREGER
**Address:** HAUPTMAN HAM LLP
2318 MILL ROAD STE 1400
ALEXANDRIA VA UNITED STATES , 22314

**Correspondent e-mail:** jhggroup@ipfirm.com , jhgreger@ipfirm.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412291 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange, Inc.

**Correspondent** J RYAN HINSHAW
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com , tmo nagan@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 13, 2016 | |

| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 13, 2016 | Feb 22, 2016 |
|----|-------------------------------------------|--------------|--------------|
| 3 | PENDING, INSTITUTED | Jan 13, 2016 | |
| 4 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Jan 26, 2016 | |
| 5 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Feb 02, 2016 | |
| 6 | TRIAL DATES RESET | Feb 08, 2016 | |
| 7 | STIP FOR EXT | Feb 26, 2016 | |
| 8 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |
| 9 | P MOT FOR EXT W/ CONSENT | May 25, 2016 | |
| 10 | EXTENSION OF TIME GRANTED | May 25, 2016 | |
| 11 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 | |
| 12 | ANSWER | Aug 03, 2016 | |
| 13 | CHANGE OF CORRESP ADDRESS | Aug 26, 2016 | |
| 14 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 26, 2016 | |
| 15 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Aug 30, 2016 | |
| 16 | D MOT TO CONSOLIDATE | Sep 02, 2016 | |
| 17 | CONSOLIDATION ORDER | Sep 10, 2016 | |
| 18 | ANSWER | Sep 29, 2016 | |
| 19 | ANSWER FOR CHILD CASE | Sep 29, 2016 | |
| 20 | P MOT FOR EXT W/ CONSENT | Jan 27, 2017 | |
| 21 | EXTENSION OF TIME GRANTED | Jan 27, 2017 | |
| 22 | P MOT TO COMPEL DISCOVERY | Feb 08, 2017 | |
| 23 | D OPP/RESP TO MOTION | Feb 28, 2017 | |
| 24 | P REPLY IN SUPPORT OF MOTION | Mar 20, 2017 | |
| 25 | D MOTION | Mar 30, 2017 | |
| 26 | P OPP/RESP TO MOTION | Apr 19, 2017 | |
| 27 | SUSP PEND DISP OF OUTSTNDNG MOT | May 04, 2017 | |
| 28 | PROCEEDINGS RESUMED | Jun 29, 2017 | |
| 29 | W/DRAW OF APPLICATION | Aug 11, 2017 | |
| 30 | P OPP/RESP TO MOTION | Aug 15, 2017 | |
| 31 | BD DECISION: SUSTAINED | Dec 04, 2017 | |
| 32 | TERMINATED | Dec 04, 2017 | |

## Type of Proceeding: Opposition

| Proceeding Number: | 91220909 | Filing Date: | Mar 04, 2015 |
|---|---|---|---|
| Status: | Terminated | Status Date: | Jun 23, 2015 |
| Interlocutory Attorney: | BENJAMIN U OKEKE | | |

### Defendant

**Name:** Chronicleme, Inc.

**Correspondent Address:** KATHERINE A MARKERT
HARTER SECREST & EMERY LLP
1600 BAUSCH AND LOMB PL
ROCHESTER NY UNITED STATES , 14604-2711

**Correspondent e-mail:** kmarkert@hselaw.com;bpeet@hselaw.com; coffen@hselaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|---------------|---------------------|
| CME | Abandoned - After Inter-Partes Decision | 86301751 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent Address:** TATYANA V GILLES
NORVELL IP LLC (13442-1497)
P O BOX 2461
Chicago IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , jkucala@norvellip.com , tgilles@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP PUMA TRADING SYSTEM | Abandoned - No Statement Of Use Filed | 85413626 | |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME STP | Registered | 86179537 | 4851862 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 04, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 04, 2015 | Apr 13, 2015 |
| 3 | PENDING, INSTITUTED | Mar 04, 2015 | |
| 4 | NOTICE OF DEFAULT | May 05, 2015 | |
| 5 | BD DECISION: SUSTAINED | Jun 23, 2015 | |
| 6 | TERMINATED | Jun 23, 2015 | |

# United States of America

## United States Patent and Trademark Office

# CME MESSENGER

**Reg. No. 5,023,757**

**Registered Aug. 16, 2016**

**Int. Cl.: 9, 42**

**Service Mark**

**Trademark**

**Principal Register**

Chicago Mercantile Exchange Inc. (DELAWARE CORPORATION)
20 S. Wacker Drive
Chicago, IL 60606

CLASS 9: Computer software for use in financial trading, financial exchange, and financial clearing services

FIRST USE 6-26-2015; IN COMMERCE 6-26-2015

CLASS 42: Providing platform as a service (PAAS) featuring computer software platform for financial trading, financial exchange and financial clearing services

FIRST USE 6-26-2015; IN COMMERCE 6-26-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "MESSENGER"

SER. NO. 86-651,682, FILED 06-04-2015

JOHN SALVADOR MIRANDA. EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2019-02-17 16:11:52 EST

**Mark:** CME MESSENGER

CME MESSENGER

**US Serial Number:** 86651682

**Application Filing Date:** Jun. 04, 2015

**US Registration Number:** 5023757

**Registration Date:** Aug. 16, 2016

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Aug. 16, 2016

**Publication Date:** Oct. 27, 2015

**Notice of Allowance Date:** Dec. 22, 2015

# Mark Information

**Mark Literal Elements:** CME MESSENGER

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "MESSENGER"

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer software for use in financial trading, financial exchange, and financial clearing services

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jun. 26, 2015

**Use in Commerce:** Jun. 26, 2015

**For:** Providing platform as a service (PAAS) featuring computer software platform for financial trading, financial exchange and financial clearing services

**International Class(es):** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jun. 26, 2015

**Use in Commerce:** Jun. 26, 2015

# Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |

Filed 66A: No                    Currently 66A: No

Filed No Basis: No               Currently No Basis: No

# Current Owner(s) Information

Owner Name: Chicago Mercantile Exchange Inc.

Owner Address: 20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

Legal Entity Type: CORPORATION          State or Country DELAWARE
                                        Where Organized:

# Attorney/Correspondence Information

**Attorney of Record**

Attorney Name: Joseph T. Kucala, Jr.

Attorney Primary officeactions@norvellip.com     Attorney Email  Yes
Email Address:                                   Authorized:

**Correspondent**

Correspondent JOSEPH T. KUCALA, JR.
Name/Address: Norvell Ip Llc
PO Box 2461
Chicago, ILLINOIS 60690-2461
UNITED STATES

Phone: 888-315-0732                              Fax: 312-268-5063

Correspondent e- officeactions@norvellip.com    Correspondent e-  Yes
mail: scrigler@norvellip.com                     mail Authorized:

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Aug. 16, 2016 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 15, 2016 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Jul. 14, 2016 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Jul. 10, 2016 | STATEMENT OF USE PROCESSING COMPLETE | 65362 |
| Jun. 15, 2016 | USE AMENDMENT FILED | 65362 |
| Jul. 10, 2016 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 65362 |
| Jun. 15, 2016 | TEAS STATEMENT OF USE RECEIVED | |
| Dec. 22, 2015 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Oct. 27, 2015 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 27, 2015 | PUBLISHED FOR OPPOSITION | |
| Oct. 07, 2015 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Sep. 22, 2015 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70629 |
| Sep. 17, 2015 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 17, 2015 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Sep. 17, 2015 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Sep. 17, 2015 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Sep. 17, 2015 | EXAMINERS AMENDMENT -WRITTEN | 92568 |
| Sep. 15, 2015 | ASSIGNED TO EXAMINER | 92568 |
| Jun. 19, 2015 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70629 |
| Jun. 18, 2015 | ASSIGNED TO LIE | 70629 |
| Jun. 10, 2015 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Jun. 11, 2015 | NOTICE OF PSEUDO MARK E-MAILED | |
| Jun. 10, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 08, 2015 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION      **Date in Location:** Jul. 14, 2016

# Proceedings

**Summary**

**Number of Proceedings:** 3

### Type of Proceeding: Opposition

**Proceeding Number:** 91238893      **Filing Date:** Jan 10, 2018

**Status:** Terminated      **Status Date:** Sep 05, 2018

**Interlocutory Attorney:** MIKE WEBSTER

#### Defendant

**Name:** Church Mutual Insurance Company

**Correspondent** CHRISTOPHER P FOLEY
**Address:** FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 NEW YORK AVENUE NW
WASHINGTON DC , 20001
UNITED STATES

**Correspondent e-mail:** docketing@finnegan.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|---------------|---------------------|
| CMEXCHANGE | Abandoned - After Inter-Partes Decision | 87431426 | |

#### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** CHRISTINE A FILARSKI
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|---------------|---------------------|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |

| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| CME FX$INDEX | Registered | 86963593 | 5211897 |
| CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 73134561 | 1085682 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME FX SPOT | Third Extension - Granted | 87155844 | |
| CME CLEARCHAIN | Third Extension - Granted | 87141695 | |
| CME FX LINK | Notice of Allowance - Issued | 87689907 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 10, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 10, 2018 | Feb 19, 2018 |
| 3 | PENDING, INSTITUTED | Jan 10, 2018 | |
| 4 | ANSWER | Feb 20, 2018 | |
| 5 | P MOT TO STRIKE PLEADING/AFFIRMATIVE DEFENSE | Mar 13, 2018 | |
| 6 | D OPP/RESP TO MOTION | Mar 28, 2018 | |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 29, 2018 | |
| 8 | P REPLY IN SUPPORT OF MOTION | Apr 17, 2018 | |
| 9 | STIP FOR EXT | Jul 17, 2018 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 17, 2018 | |
| 11 | PROCEEDINGS RESUMED | Jul 17, 2018 | |
| 12 | W/DRAW OF APPLICATION | Aug 07, 2018 | |
| 13 | BD DECISION: OPP SUSTAINED | Sep 05, 2018 | |
| 14 | TERMINATED | Sep 05, 2018 | |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91216037 | **Filing Date:** | Jan 27, 2016 |
| **Status:** | Terminated | **Status Date:** | Dec 04, 2017 |
| **Interlocutory Attorney:** | YONG OH (RICHARD) KIM | | |

**Defendant**

**Name:** CMC Markets UK PLC

**Correspondent** JEFFREY H GREGER
**Address:** HAUPTMAN HAM LLP
2318 MILL ROAD, SUITE 1400
ALEXANDRIA VA , 22314
UNITED STATES

**Correspondent e-mail:** jhggroup@ipfirm.com , jhgreger@ipfirm.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412301 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange, Inc.

**Correspondent** J RYAN HINSHAW
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com

**Associated marks**

| Mark | Application Status | Serial | Registration |
|---|---|---|---|

| | | Number | Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 27, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 27, 2016 | Mar 07, 2016 |
| 3 | PENDING, INSTITUTED | Jan 27, 2016 | |
| 4 | D MOT FOR EXT W/ CONSENT | Feb 26, 2016 | |
| 5 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |
| 6 | P MOT FOR EXT W/ CONSENT | May 25, 2016 | |
| 7 | EXTENSION OF TIME GRANTED | May 25, 2016 | |
| 8 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 | |
| 9 | ANSWER | Aug 03, 2016 | |
| 10 | CHANGE OF CORRESP ADDRESS | Aug 24, 2016 | |
| 11 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 24, 2016 | |
| 12 | D MOT TO CONSOLIDATE | Sep 02, 2016 | |
| 13 | CONSOLIDATION ORDER | Sep 10, 2016 | |
| 14 | ANSWER | Sep 29, 2016 | |
| 15 | BD DECISION: SUSTAINED | Dec 04, 2017 | |
| 16 | TERMINATED | Dec 04, 2017 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91225824

**Filing Date:** Jan 13, 2016

**Status:** Terminated

**Status Date:** Dec 04, 2017

**Interlocutory Attorney:** YONG OH (RICHARD) KIM

### Defendant

**Name:** CMC Markets UK PLC

**Correspondent Address:** JEFFREY H GREGER
HAUPTMAN HAM LLP
2318 MILL ROAD STE 1400
ALEXANDRIA VA , 22314
UNITED STATES

Correspondent e- jhggroup@ipfirm.com , jhgreger@ipfirm.com
mail:

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412291 | |

**Plaintiff(s)**

Name: Chicago Mercantile Exchange, Inc.

Correspondent J RYAN HINSHAW
Address: NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

Correspondent e- officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com , tmo
mail: nagan@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 13, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 13, 2016 | Feb 22, 2016 |
| 3 | PENDING, INSTITUTED | Jan 13, 2016 | |
| 4 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Jan 26, 2016 | |

| 5  | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Feb 02, 2016 |
| 6  | TRIAL DATES RESET | Feb 08, 2016 |
| 7  | STIP FOR EXT | Feb 26, 2016 |
| 8  | EXTENSION OF TIME GRANTED | Feb 26, 2016 |
| 9  | P MOT FOR EXT W/ CONSENT | May 25, 2016 |
| 10 | EXTENSION OF TIME GRANTED | May 25, 2016 |
| 11 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 |
| 12 | ANSWER | Aug 03, 2016 |
| 13 | CHANGE OF CORRESP ADDRESS | Aug 26, 2016 |
| 14 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 26, 2016 |
| 15 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Aug 30, 2016 |
| 16 | D MOT TO CONSOLIDATE | Sep 02, 2016 |
| 17 | CONSOLIDATION ORDER | Sep 10, 2016 |
| 18 | ANSWER | Sep 29, 2016 |
| 19 | ANSWER FOR CHILD CASE | Sep 29, 2016 |
| 20 | P MOT FOR EXT W/ CONSENT | Jan 27, 2017 |
| 21 | EXTENSION OF TIME GRANTED | Jan 27, 2017 |
| 22 | P MOT TO COMPEL DISCOVERY | Feb 08, 2017 |
| 23 | D OPP/RESP TO MOTION | Feb 28, 2017 |
| 24 | P REPLY IN SUPPORT OF MOTION | Mar 20, 2017 |
| 25 | D MOTION | Mar 30, 2017 |
| 26 | P OPP/RESP TO MOTION | Apr 19, 2017 |
| 27 | SUSP PEND DISP OF OUTSTNDNG MOT | May 04, 2017 |
| 28 | PROCEEDINGS RESUMED | Jun 29, 2017 |
| 29 | W/DRAW OF APPLICATION | Aug 11, 2017 |
| 30 | P OPP/RESP TO MOTION | Aug 15, 2017 |
| 31 | BD DECISION: SUSTAINED | Dec 04, 2017 |
| 32 | TERMINATED | Dec 04, 2017 |

# United States of America

### United States Patent and Trademark Office

# CME PIVOT

**Reg. No. 5,376,163**

**Registered Jan. 09, 2018**

**Int. Cl.: 9, 35, 38, 42**

**Service Mark**

**Trademark**

**Principal Register**

Chicago Mercantile Exchange Inc. (DELAWARE CORPORATION)
20 South Wacker Drive
Chicago, ILLINOIS 60606

CLASS 9: Computer programs for investment purposes, namely, the translation of electronic conversations into financial transactions and trading workflows; computer software platforms for aggregating and integrating information and data into trading workflows; a computer program that converts instant messages into a platform to execute financial transactions

FIRST USE 4-30-2016; IN COMMERCE 4-30-2016

CLASS 35: Data processing, namely, aggregating and integrating information and data into trading workflows

FIRST USE 4-30-2016; IN COMMERCE 4-30-2016

CLASS 38: Computer services, namely, providing online facilities over which financial professionals can communicate, integrate and collaborate with external and internal audiences in a financially compliant environment

FIRST USE 4-30-2016; IN COMMERCE 4-30-2016

CLASS 42: Data conversion, namely, translation of electronic conversations into financial transactions and trading workflows via a computer network; conversion of instant messages into a platform to execute financial transactions

FIRST USE 4-30-2016; IN COMMERCE 4-30-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-078,364, FILED 06-21-2016



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2019-02-17 16:12:27 EST

**Mark:** CME PIVOT

# CME PIVOT

| | | | |
|---|---|---|---|
| **US Serial Number:** 87078364 | | **Application Filing Date:** | Jun. 21, 2016 |
| **US Registration Number:** 5376163 | | **Registration Date:** | Jan. 09, 2018 |
| **Filed as TEAS RF:** Yes | | **Currently TEAS RF:** | Yes |
| **Register:** Principal | | | |
| **Mark Type:** Trademark, Service Mark | | | |

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jan. 09, 2018

| | | |
|---|---|---|
| **Publication Date:** Mar. 14, 2017 | **Notice of Allowance Date:** | May 09, 2017 |

## Mark Information

**Mark Literal Elements:** CME PIVOT

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer programs for investment purposes, namely, the translation of electronic conversations into financial transactions and trading workflows; computer software platforms for aggregating and integrating information and data into trading workflows; a computer program that converts instant messages into a platform to execute financial transactions

| | | |
|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | |
| **Basis:** | 1(a) | |
| **First Use:** | Apr. 30, 2016 | **Use in Commerce:** Apr. 30, 2016 |

**For:** Data processing, namely, aggregating and integrating information and data into trading workflows

| | | |
|---|---|---|
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** 100, 101, 102 |
| **Class Status:** | ACTIVE | |
| **Basis:** | 1(a) | |
| **First Use:** | Apr. 30, 2016 | **Use in Commerce:** Apr. 30, 2016 |

**For:** Computer services, namely, providing online facilities over which financial professionals can communicate, integrate and collaborate with external and internal audiences in a financially compliant environment

| | | |
|---|---|---|
| **International Class(es):** | 038 - Primary Class | **U.S Class(es):** 100, 101, 104 |
| **Class Status:** | ACTIVE | |
| **Basis:** | 1(a) | |
| **First Use:** | Apr. 30, 2016 | **Use in Commerce:** Apr. 30, 2016 |

**For:** Data conversion, namely, translation of electronic conversations into financial transactions and trading workflows via a computer network; conversion of instant messages into a platform to execute financial transactions

| | | |
|---|---|---|
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** 100, 101 |
| **Class Status:** | ACTIVE | |
| **Basis:** | 1(a) | |
| **First Use:** | Apr. 30, 2016 | **Use in Commerce:** Apr. 30, 2016 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 South Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

| | | |
|---|---|---|
| **Attorney Name:** | Sarah B. Ferguson | **Docket Number:** 13470-1400 |
| **Attorney Primary Email Address:** | officeactions@norvellip.com | **Attorney Email Authorized:** Yes |

### Correspondent

**Correspondent Name/Address:** SARAH B. FERGUSON
NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

| | | |
|---|---|---|
| **Phone:** | 888-315-0732 | **Fax:** 312-268-5063 |
| **Correspondent e-mail:** | officeactions@norvellip.com sferguson@norvellip. com | **Correspondent e-mail Authorized:** Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 09, 2018 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 07, 2017 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Dec. 06, 2017 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Nov. 27, 2017 | STATEMENT OF USE PROCESSING COMPLETE | 65362 |
| Nov. 09, 2017 | USE AMENDMENT FILED | 65362 |
| Nov. 27, 2017 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 65362 |
| Nov. 09, 2017 | TEAS STATEMENT OF USE RECEIVED | |
| May 09, 2017 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Mar. 14, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 14, 2017 | PUBLISHED FOR OPPOSITION | |
| Feb. 22, 2017 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 03, 2017 | APPROVED FOR PUB - PRINCIPAL REGISTER | |

| Jan. 24, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jan. 24, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jan. 24, 2017 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jul. 25, 2016 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jul. 25, 2016 | NON-FINAL ACTION E-MAILED | |
| Jul. 25, 2016 | NON-FINAL ACTION WRITTEN | 93047 |
| Jul. 18, 2016 | ASSIGNED TO EXAMINER | 93047 |
| Jun. 28, 2016 | NOTICE OF PSEUDO MARK E-MAILED | |
| Jun. 27, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 24, 2016 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION          **Date in Location:** Dec. 06, 2017

# United States of America
## United States Patent and Trademark Office

# CME FX$INDEX

**Reg. No. 5,211,897**

**Registered May 30, 2017**

**Int. Cl.: 36**

**Service Mark**

**Principal Register**

Chicago Mercantile Exchange Inc. (DELAWARE CORPORATION)
20 S. Wacker Drive
Chicago, IL 60606

CLASS 36: Providing financial services, namely, trading of futures and options on futures contracts based on an index

FIRST USE 11-30-2010; IN COMMERCE 11-30-2010

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "FX" AND "$INDEX"

SER. NO. 86-963,593, FILED 04-04-2016
JOAN MICHELE BLAZICH, EXAMINING ATTORNEY



Michelle K. Lee

Director of the United States
Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2019-02-17 16:13:05 EST

**Mark:** CME FX$INDEX

## CME FX$INDEX

**US Serial Number:** 86963593

**US Registration Number:** 5211897

**Filed as TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**

**Application Filing Date:** Apr. 04, 2016

**Registration Date:** May 30, 2017

**Currently TEAS RF:** Yes

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** May 30, 2017

**Publication Date:** Mar. 14, 2017

---

# Mark Information

**Mark Literal Elements:** CME FX$INDEX

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "FX" AND "$INDEX"

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Providing financial services, namely, trading of futures and options on futures contracts based on an index

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Nov. 30, 2010

**Use in Commerce:** Nov. 30, 2010

# Basis Information (Case Level)

**Filed Use:** Yes

**Filed ITU:** No

**Filed 44D:** No

**Filed 44E:** No

**Filed 66A:** No

**Filed No Basis:** No

**Currently Use:** Yes

**Currently ITU:** No

**Currently 44E:** No

**Currently 66A:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606

**Legal Entity Type:** CORPORATION

**State or Country** DELAWARE
**Where Organized:**

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Christine A. Filarski

**Docket Number:** 13439-1423

**Attorney Primary** officeactions@norvellip.com
**Email Address:**

**Attorney Email** Yes
**Authorized:**

**Correspondent**

**Correspondent** CHRISTINE A. FILARSKI
**Name/Address:** NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS UNITED STATES 60690

**Phone:** 8883150732

**Fax:** 3122685063

**Correspondent e-** officeactions@norvellip.com
**mail:** cfilarski@norvellip.com

**Correspondent e-** Yes
**mail Authorized:**

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| May 30, 2017 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 14, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 14, 2017 | PUBLISHED FOR OPPOSITION | |
| Feb. 22, 2017 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 09, 2017 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70633 |
| Feb. 03, 2017 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 23, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jan. 23, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jan. 23, 2017 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jul. 25, 2016 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jul. 25, 2016 | NON-FINAL ACTION E-MAILED | |
| Jul. 25, 2016 | NON-FINAL ACTION WRITTEN | 93047 |
| Jul. 18, 2016 | ASSIGNED TO EXAMINER | 93047 |
| May 04, 2016 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70633 |
| Apr. 28, 2016 | ASSIGNED TO LIE | 70633 |
| Apr. 15, 2016 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Apr. 09, 2016 | NOTICE OF PSEUDO MARK E-MAILED | |
| Apr. 08, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Apr. 07, 2016 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION

**Date in Location:** May 30, 2017

# Proceedings

**Summary**

**Number of** 1
**Proceedings:**

**Type of Proceeding: Opposition**

**Proceeding** 91238893

**Filing Date:** Jan 10, 2018

**Number:**

**Status:** Terminated                 **Status Date:** Sep 05, 2018

**Interlocutory** MIKE WEBSTER
**Attorney:**

### Defendant

**Name:** Church Mutual Insurance Company

**Correspondent** CHRISTOPHER P FOLEY
**Address:** FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 NEW YORK AVENUE NW
WASHINGTON DC UNITED STATES , 20001

**Correspondent e-** docketing@finnegan.com
**mail:**

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CMEXCHANGE | Abandoned - After Inter-Partes Decision | 87431426 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** CHRISTINE A FILARSKI
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-** officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com
**mail:**

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| CME FX$INDEX | Registered | 86963593 | 5211897 |
| CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 73134561 | 1085682 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME FX SPOT | Third Extension - Granted | 87155844 | |
| CME CLEARCHAIN | Third Extension - Granted | 87141695 | |
| CME FX LINK | Notice of Allowance - Issued | 87689907 | |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 10, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 10, 2018 | Feb 19, 2018 |
| 3 | PENDING, INSTITUTED | Jan 10, 2018 | |
| 4 | ANSWER | Feb 20, 2018 | |
| 5 | P MOT TO STRIKE PLEADING/AFFIRMATIVE DEFENSE | Mar 13, 2018 | |
| 6 | D OPP/RESP TO MOTION | Mar 28, 2018 | |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 29, 2018 | |
| 8 | P REPLY IN SUPPORT OF MOTION | Apr 17, 2018 | |
| 9 | STIP FOR EXT | Jul 17, 2018 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 17, 2018 | |
| 11 | PROCEEDINGS RESUMED | Jul 17, 2018 | |
| 12 | W/DRAW OF APPLICATION | Aug 07, 2018 | |
| 13 | BD DECISION: OPP SUSTAINED | Sep 05, 2018 | |
| 14 | TERMINATED | Sep 05, 2018 | |

# EXHIBIT D

Int. Cl.: 36

Prior U.S. Cl.: 102

**United States Patent and Trademark Office**
Reg. No. 1,716,422
Registered Sep. 15, 1992

## SERVICE MARK
## PRINCIPAL REGISTER

## CBOT

BOARD OF TRADE OF THE CITY OF CHICA-GO (ILLINOIS VOLUNTARY MEMBERSHIP ASSOCIATION), AKA CHICAGO BOARD OF TRADE
141 WEST JACKSON BOULEVARD
CHICAGO, IL 60604

FOR: COMMODITY EXCHANGE SERVICES, IN CLASS 36 (U.S. CL. 102).

FIRST USE 12-31-1976; IN COMMERCE 12-31-1976.

OWNER OF U.S. REG. NO. 1,414,563.

SER. NO. 74-174,550, FILED 6-10-1991.

JOAN LESLIE BISHOP, EXAMINING ATTOR-NEY

**Generated on:** This page was generated by TSDR on 2016-04-21 10:22:00 EDT

**Mark:** CBOT

**US Serial Number:** 74174550

**US Registration Number:** 1716422

**Register:** Principal

**Mark Type:** Service Mark

**Status:** The registration has been renewed.

**Status Date:** Jul. 18, 2013

**Publication Date:** Jun. 23, 1992

**Application Filing Date:** Jun. 10, 1991

**Registration Date:** Sep. 15, 1992

# Mark Information

**Mark Literal Elements:** CBOT

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

# Related Properties Information

**Claimed Ownership of US Registrations:** 1414563

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** commodity exchange services

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Dec. 31, 1976

**Use in Commerce:** Dec. 31, 1976

# Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |

**Filed No Basis:** No        **Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** BOARD OF TRADE OF THE CITY OF CHICAGO, INC

**Owner Address:** 141 WEST JACKSON BOULEVARD
CHICAGO, ILLINOIS 60604
UNITED STATES

**Legal Entity Type:** CORPORATION      **State or Country** DELAWARE
**Where Organized:**

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Jay M. Burgett      **Docket Number:** 13440-169

**Attorney Primary** officeactions@norvellip.com      **Attorney Email** Yes
**Email Address:**      **Authorized:**

### Correspondent

**Correspondent** Jay M. Burgett
**Name/Address:** Norvell IP llc
P.O. Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732      **Fax:** 312-268-5063

**Correspondent e-** officeactions@norvellip.com      **Correspondent e-** Yes
**mail:**      **mail Authorized:**

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 10, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jul. 18, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jul. 18, 2013 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 67603 |
| Jul. 18, 2013 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 67603 |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Mar. 20, 2013 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Mar. 20, 2013 | REVIEW OF CORRESPONDENCE COMPLETE - INFORMATION MADE OF RECORD | 67603 |
| Mar. 20, 2013 | POST REGISTRATION ACTION MAILED - SEC. 8 & 9 | 67603 |
| Mar. 14, 2013 | TEAS SECTION 8 & 9 RECEIVED | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Dec. 08, 2008 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Dec. 08, 2008 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Mar. 05, 2008 | CASE FILE IN TICRS | |
| Sep. 11, 2003 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Sep. 11, 2003 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Aug. 22, 2002 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Aug. 22, 2002 | TEAS SECTION 8 & 9 RECEIVED | |
| May 23, 1998 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Mar. 27, 1998 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Sep. 15, 1992 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 23, 1992 | PUBLISHED FOR OPPOSITION | |
| May 22, 1992 | NOTICE OF PUBLICATION | |
| Sep. 17, 1991 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 17, 1991 | ASSIGNED TO EXAMINER | 67604 |

# Maintenance Filings or Post Registration Information

**Affidavit of** Section 8 - Accepted
**Continued Use:**

**Affidavit of** Section 15 - Accepted
**Incontestability:**

**Renewal Date:** Sep. 15, 2012

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** POST REGISTRATION      **Date in Location:** Jul. 18, 2013

# Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 2      **Registrant:** Board of Trade of the City of Chicago

## Assignment 1 of 2

**Conveyance:** MERGER EFFECTIVE 11/13/2001

**Reel/Frame:** 4982/0381      **Pages:** 17

**Date Recorded:** Mar. 14, 2013

**Supporting** assignment-tm-4982-0381.pdf
**Documents:**

### Assignor

**Name:** BOARD OF TRADE OF THE CITY OF CHICAGO      **Execution Date:** Nov. 13, 2001

**Legal Entity Type:** VOLUNTARY MEMBERSHIP ASSOCIATION      **State or Country** ILLINOIS
     **Where Organized:**

**Name:** BOARD OF TRADE OF THE CITY OF CHICAGO, INC.      **Execution Date:** Nov. 13, 2001

**Legal Entity Type:** CORPORATION      **State or Country** DELAWARE
     **Where Organized:**

### Assignee

**Name:** BOARD OF TRADE OF THE CITY OF CHICAGO, INC.

**Legal Entity Type:** CORPORATION      **State or Country** DELAWARE
     **Where Organized:**

**Address:** 141 WEST JACKSON BOULEVARD
CHICAGO, ILLINOIS 60604

### Correspondent

**Correspondent** TATYANA GILLES - NORVELL IP LLC
**Name:**

**Correspondent** 1776 ASH STREET
**Address:** NORTHFIELD, IL 60093

### Domestic Representative - Not Found

## Assignment 2 of 2

**Conveyance:** MERGER EFFECTIVE 04/22/2005

**Reel/Frame:** 4982/0366      **Pages:** 15

**Date Recorded:** Mar. 14, 2013

**Supporting** assignment-tm-4982-0366.pdf
**Documents:**

### Assignor

**Name:** CBOT MERGER SUB, INC.      **Execution Date:** Apr. 22, 2005

**Legal Entity Type:** CORPORATION      **State or Country** DELAWARE
     **Where Organized:**

**Name:** BOARD OF TRADE OF THE CITY OF CHICAGO, INC.      **Execution Date:** Apr. 22, 2005

**Legal Entity Type:** CORPORATION      **State or Country** DELAWARE
     **Where Organized:**

**Assignee**

**Name:** BOARD OF TRADE OF THE CITY OF CHICAGO, INC

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

**Address:** 141 WEST JACKSON BOULEVARD
CHICAGO, ILLINOIS 60604

**Correspondent**

**Correspondent Name:** TATYANA V. GILLES - NORVELL IP LLC

**Correspondent Address:** 1776 ASH STREET
NORTHFIELD, IL 60093

**Domestic Representative - Not Found**

Int. Cl.: 36

Prior U.S. Cl.: 102

## United States Patent and Trademark Office

Reg. No. 1,731,593
Registered Nov. 10, 1992

### SERVICE MARK
### PRINCIPAL REGISTER

## NYMEX

NEW YORK MERCANTILE EXCHANGE (NEW YORK CORPORATION)
FOUR WORLD TRADE CENTER
NEW YORK, NY 10048

FOR: OPERATION OF AN EXCHANGE MARKET FOR TRADING IN COMMODITY FUTURES CONTRACTS, IN CLASS 36 (U.S. CL. 102).

FIRST USE 10-0-1980; IN COMMERCE 10-0-1980.

SER. NO. 74-205,176, FILED 9-19-1991.

M. L. HERSHKOWITZ, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2016-04-21 10:22:51 EDT

**Mark:** NYMEX

| | | | |
|---|---|---|---|
| **US Serial Number:** | 74205176 | **Application Filing Date:** | Sep. 19, 1991 |
| **US Registration Number:** | 1731593 | **Registration Date:** | Nov. 10, 1992 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Nov. 09, 2012 | | |
| **Publication Date:** | Aug. 18, 1992 | | |

# Mark Information

**Mark Literal Elements:** NYMEX

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

# Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** operation of an exchange market for trading in commodity futures contracts

**International Class(es):** 036 - Primary Class      **U.S Class(es):** 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Oct. 1980      **Use in Commerce:** Oct. 1980

# Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

# Current Owner(s) Information

**Owner Name:** NEW YORK MERCANTILE EXCHANGE, INC.

**Owner Address:** ONE NORTH END AVENUE
New York, NEW YORK 10282
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country** DELAWARE
**Where Organized:**

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Joseph T. Kucala, Jr.

**Docket Number:** 13271-468

**Attorney Primary** officeactions@norvellip.com
**Email Address:**

**Attorney Email** Yes
**Authorized:**

**Correspondent**

**Correspondent** Joseph T. Kucala, Jr.
**Name/Address:** Norvell IP LLC
PO Box 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-** officeactions@norvellip.com officeactions@norvell
**mail:** ip.com

**Correspondent e-** Yes
**mail Authorized:**

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Nov. 09, 2012 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Nov. 09, 2012 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 75461 |
| Nov. 09, 2012 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 75461 |
| Nov. 09, 2012 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 75461 |
| Oct. 17, 2012 | TEAS SECTION 8 & 9 RECEIVED | |
| Jun. 25, 2010 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jun. 25, 2010 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Mar. 25, 2008 | CASE FILE IN TICRS | |
| Feb. 20, 2003 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Feb. 20, 2003 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Nov. 07, 2002 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Nov. 07, 2002 | PAPER RECEIVED | |
| Mar. 20, 1999 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Nov. 06, 1998 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Nov. 10, 1992 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 18, 1992 | PUBLISHED FOR OPPOSITION | |
| Jul. 17, 1992 | NOTICE OF PUBLICATION | |
| May 21, 1992 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 11, 1992 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jan. 22, 1992 | NON-FINAL ACTION MAILED | |
| Dec. 24, 1991 | ASSIGNED TO EXAMINER | 69798 |

# Maintenance Filings or Post Registration Information

**Affidavit of** Section 8 - Accepted
**Continued Use:**

**Affidavit of** Section 15 - Accepted
**Incontestability:**

**Renewal Date:** Nov. 10, 2012

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE                    **Date in Location:** Nov. 09, 2012

# Assignment Abstract Of Title Information

## Summary

**Total Assignments:** 1                    **Registrant:** NEW YORK MERCANTILE EXCHANGE

### Assignment 1 of 1

**Conveyance:** MERGER

**Reel/Frame:** 2472/0902                    **Pages:** 6

**Date Recorded:** Mar. 26, 2002

**Supporting Documents:** assignment-tm-2472-0902.pdf

#### Assignor

**Name:** NEW YORK MERCANTILE EXCHANGE                    **Execution Date:** Nov. 17, 2000

**Legal Entity Type:** CORPORATION                    **State or Country Where Organized:** NEW YORK

#### Assignee

**Name:** NEW YORK MERCANTILE EXCHANGE, INC.

**Legal Entity Type:** CORPORATION                    **State or Country Where Organized:** DELAWARE

**Address:** WORLD FINANCIAL CENTER
ONE NORTH END AVENUE
NEW YORK, NEW YORK 10282

#### Correspondent

**Correspondent Name:** ARENT FOX ET AL

**Correspondent Address:** DAVID C. GRYCE
1050 CONNECTICUT AVE., NW
WASHINGTON, DC 20036

**Domestic Representative - Not Found**

# Proceedings

## Summary

**Number of Proceedings:** 1

### Type of Proceeding: Opposition

**Proceeding Number:** 91225279                    **Filing Date:** Dec 09, 2015

**Status:** Pending                    **Status Date:** Dec 09, 2015

**Interlocutory Attorney:** ROBERT COGGINS

#### Defendant

**Name:** North American Monetary Exchange Corporation

**Correspondent Address:** LAWRENCE D HILTON
LEGAL TENDER SERVICES PLLC
270 N MAIN ST STE B
ALPINE UT , 84004-1440
UNITED STATES

**Correspondent e-mail:** larry@namx.net

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|---------------|---------------------|

NAMX                                Opposition Pending                    86561412

**Plaintiff(s)**

**Name:** New York Mercantile Exchange, Inc.

**Correspondent** J RYAN HINSHAW
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-** officeactions@norvellip.com , rhinshaw@norvellip.com
**mail:**

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| NYMEX | Renewed | 74205176 | 1731593 |
| NYMEX | Renewed | 76370902 | 2656475 |
| NYMEX | Section 8 and 15 - Accepted and Acknowledged | 77061274 | 3436974 |
| NYMEX BRENT | Non-Final Action - Mailed | 86787611 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|-------------|------|----------|
| 1 | FILED AND FEE | Dec 09, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Dec 09, 2015 | Jan 18, 2016 |
| 3 | PENDING, INSTITUTED | Dec 09, 2015 | |
| 4 | ANSWER; MOT TO REOPEN | Feb 01, 2016 | |
| 5 | D REQ FOR DISCOVERY CONFERENCE-PHONE | Feb 04, 2016 | |
| 6 | BD ORDER: DISCOVERY CONF HELD | Feb 16, 2016 | |

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,656,475
Registered Dec. 3, 2002

### SERVICE MARK
### PRINCIPAL REGISTER

## NYMEX

NEW YORK MERCANTILE EXCHANGE. INC. (DELAWARE CORPORATION)
ONE NORTH END AVENUE
WORLD FINANCIAL CENTER
NEW YORK, NY 102821101

FOR: PROVIDING INFORMATION ON SETTLE-MENT PRICES, TRADING PRICES. BID AND ASK PRICES, PRICE RANGES, VOLUME DATA, AND OTHER MARKET DATA ON COMMODITY FU-TURES CONTRACTS AND OPTIONS ON COM-

MODITY FUTURES CONTRACTS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-0-1980; IN COMMERCE 1-0-1980.

OWNER OF U.S. REG. NOS. 1,731,593 AND 1,836,354.

SER. NO. 76-370,902, FILED 2-13-2002.

STEVEN R. FINE, EXAMINING ATTORNEY

Generated on: This page was generated by TSDR on 2016-04-21 10:23:50 EDT

Mark: NYMEX

# NYMEX

US Serial Number: 76370902

US Registration 2656475
Number:

Register: Principal

Mark Type: Service Mark

Status: The registration has been renewed.

Status Date: Nov. 30, 2012

Publication Date: Sep. 10, 2002

Application Filing Feb. 13, 2002
Date:

Registration Date: Dec. 03, 2002

## Mark Information

Mark Literal NYMEX
Elements:

Standard Character No
Claim:

Mark Drawing 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)
Type:

## Related Properties Information

Claimed Ownership 1731593, 1836354
of US
Registrations:

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Providing information on settlement prices, trading prices, bid and ask prices, price ranges, volume data, and other market data on
commodity futures contracts and options on commodity futures contracts

International 036 - Primary Class
Class(es):

U.S Class(es): 100, 101, 102

Class Status: ACTIVE

Basis: 1(a)

First Use: Jan. 1980

Use in Commerce: Jan. 1980

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes | Amended Use: | No |
| Filed ITU: | No | Currently ITU: | No | Amended ITU: | No |
| Filed 44D: | No | Currently 44D: | No | Amended 44D: | No |
| Filed 44E: | No | Currently 44E: | No | Amended 44E: | No |
| Filed 66A: | No | Currently 66A: | No | | |
| Filed No Basis: | No | Currently No Basis: | No | | |

## Current Owner(s) Information

Owner Name: New York Mercantile Exchange, Inc.

**Owner Address:** One North End Avenue
World Financial Center
New York, NEW YORK UNITED STATES 102821101

**Legal Entity Type:** CORPORATION

**State or Country** DELAWARE
**Where Organized:**

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T. Kucala, Jr.

**Docket Number:** 13271-469

**Attorney Primary** officeactions@norvellip.com
**Email Address:**

**Attorney Email** Yes
**Authorized:**

### Correspondent

**Correspondent** Joseph T. Kucala, Jr.
**Name/Address:** Norvell IP LLC
PO Box 2461
CHICAGO, ILLINOIS UNITED STATES 60690

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-** officeactions@norvellip.com officeactions@norvell
**mail:** ip.com

**Correspondent e-** Yes
**mail Authorized:**

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Nov. 30, 2012 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Nov. 30, 2012 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 74886 |
| Nov. 30, 2012 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 74886 |
| Nov. 29, 2012 | TEAS SECTION 8 & 9 RECEIVED | |
| Jun. 25, 2010 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jun. 25, 2010 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Jul. 16, 2009 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jul. 16, 2009 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Nov. 15, 2008 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 74886 |
| Oct. 24, 2008 | TEAS SECTION 8 & 15 RECEIVED | |
| Jul. 21, 2008 | CASE FILE IN TICRS | |
| Aug. 12, 2003 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 04, 2003 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 03, 2002 | REGISTERED-PRINCIPAL REGISTER | |
| Sep. 10, 2002 | PUBLISHED FOR OPPOSITION | |
| Aug. 21, 2002 | NOTICE OF PUBLICATION | |
| Jun. 19, 2002 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 14, 2002 | ASSIGNED TO EXAMINER | 63031 |
| Jun. 14, 2002 | ASSIGNED TO EXAMINER | 63031 |
| Jun. 06, 2002 | ASSIGNED TO EXAMINER | 78473 |

## Maintenance Filings or Post Registration Information

**Affidavit of** Section 8 - Accepted
**Continued Use:**

**Affidavit of** Section 15 - Accepted
**Incontestability:**

**Renewal Date:** Dec. 03, 2012

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** Nov. 30, 2012

# Proceedings

## Summary

**Number of Proceedings:** 1

### Type of Proceeding: Opposition

**Proceeding Number:** 91225279          **Filing Date:** Dec 09, 2015

**Status:** Pending          **Status Date:** Dec 09, 2015

**Interlocutory Attorney:** ROBERT COGGINS

#### Defendant

**Name:** North American Monetary Exchange Corporation

**Correspondent** LAWRENCE D HILTON
**Address:** LEGAL TENDER SERVICES PLLC
270 N MAIN ST STE B
ALPINE UT UNITED STATES , 84004-1440

**Correspondent e-mail:** larry@namx.net

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|--------------------|
| NAMX | Opposition Pending | 86561412 | |

#### Plaintiff(s)

**Name:** New York Mercantile Exchange, Inc.

**Correspondent** J RYAN HINSHAW
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , rhinshaw@norvellip.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|--------------------|
| NYMEX | Renewed | 74205176 | 1731593 |
| NYMEX | Renewed | 76370902 | 2656475 |
| NYMEX | Section 8 and 15 - Accepted and Acknowledged | 77061274 | 3436974 |
| NYMEX BRENT | Non-Final Action - Mailed | 86787611 | |

#### Prosecution History

| Entry Number | History Text | Date | Due Date |
|--------------|-------------|------|----------|
| 1 | FILED AND FEE | Dec 09, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Dec 09, 2015 | Jan 18, 2016 |
| 3 | PENDING, INSTITUTED | Dec 09, 2015 | |
| 4 | ANSWER; MOT TO REOPEN | Feb 01, 2016 | |
| 5 | D REQ FOR DISCOVERY CONFERENCE-PHONE | Feb 04, 2016 | |
| 6 | BD ORDER: DISCOVERY CONF HELD | Feb 16, 2016 | |

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 3,436,974

Registered May 27, 2008

## SERVICE MARK
## PRINCIPAL REGISTER

# NYMEX

NEW YORK MERCANTILE EXCHANGE, INC. (DELAWARE CORPORATION)
WORLD FINANCIAL CENTER
ONE NORTH END AVENUE
NEW YORK, NY 10282

FOR: PROVIDING FINANCIAL AND INVEST-MENT INFORMATION SERVICES; PROVIDING FINANCIAL SERVICES, NAMELY, PROVIDING OPEN OUT-CRY AND ELECTRONIC EXCHANGE MARKETS FOR TRADING, CLEARING, CON-FIRMING TRANSACTIONS AND OTHER SERVI-CES IN THE FIELD OF COMMODITY FUTURES, OPTIONS AND OTHER DERIVATIVES; PROVID-ING INFORMATION ON SETTLEMENT PRICES, TRADING PRICES, BID AND ASK PRICES, PRICE RANGES, VOLUME DATA AND OTHER MARKET DATA ON COMMODITY FUTURE CONTRACTS, OPTIONS AND OTHER DERIVATIVES BASED ON AN INDEX, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-0-1980; IN COMMERCE 10-0-1980.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-061,274, FILED 12-11-2006.

BARBARA BROWN, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2019-02-17 16:29:50 EST

**Mark:** NYMEX

# NYMEX

**US Serial Number:** 77061274

**US Registration Number:** 3436974

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



**Application Filing Date:** Dec. 11, 2006

**Registration Date:** May 27, 2008

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** May 02, 2018

**Publication Date:** Jul. 03, 2007

**Notice of Allowance Date:** Sep. 25, 2007

---

# Mark Information

**Mark Literal Elements:** NYMEX

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

---

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Providing financial and investment information services; providing financial services, namely, providing open out-cry and electronic exchange markets for trading, clearing, confirming transactions and other services in the field of commodity futures, options and other derivatives; providing information on settlement prices, trading prices, bid and ask prices, price ranges, volume data and other market data on commodity future contracts, options and other derivatives based on an index

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Oct. 1980

**Use in Commerce:** Oct. 1980

---

# Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** Yes

**Filed ITU:** Yes

**Currently ITU:** No

**Filed 44D:** No

**Currently 44E:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

---

# Current Owner(s) Information

**Owner Name:** New York Mercantile Exchange, Inc.

**Owner Address:** 300 Vesey Street
New York, NEW YORK UNITED STATES 10282

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T. Kucala, Jr.

**Docket Number:** 13271-470

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Joseph T. Kucala, Jr.
Norvell IP LLC
P.O. Box 2461
CHICAGO, ILLINOIS UNITED STATES 60690

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com
jkucala@norvellip.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| May 02, 2018 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| May 02, 2018 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 74886 |
| May 02, 2018 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 74886 |
| Apr. 28, 2018 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 74886 |
| Apr. 19, 2018 | TEAS SECTION 8 & 9 RECEIVED | |
| May 27, 2017 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| May 28, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| May 27, 2014 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 70132 |
| May 06, 2014 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | 70132 |
| May 27, 2014 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 70132 |
| May 06, 2014 | TEAS SECTION 8 & 15 RECEIVED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Jun. 25, 2010 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 25, 2010 | TEAS REVOKE/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 16, 2009 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 16, 2009 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| May 27, 2008 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 22, 2008 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 70468 |
| Apr. 22, 2008 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Apr. 08, 2008 | STATEMENT OF USE PROCESSING COMPLETE | 66154 |
| Mar. 24, 2008 | USE AMENDMENT FILED | 66154 |
| Mar. 24, 2008 | TEAS STATEMENT OF USE RECEIVED | |
| Sep. 25, 2007 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Jul. 03, 2007 | PUBLISHED FOR OPPOSITION | |
| Jun. 13, 2007 | NOTICE OF PUBLICATION | |
| Apr. 27, 2007 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70468 |
| Apr. 27, 2007 | ASSIGNED TO LIE | 70468 |
| Apr. 05, 2007 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 04, 2007 | ASSIGNED TO EXAMINER | 74671 |

| Dec. 15, 2006 | NOTICE OF PSEUDO MARK MAILED |
| Dec. 14, 2006 | NEW APPLICATION ENTERED IN TRAM |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** May 27, 2018

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** May 02, 2018

## Proceedings

### Summary

**Number of Proceedings:** 1

#### Type of Proceeding: Opposition

**Proceeding Number:** 91225279          **Filing Date:** Mar 28, 2018

**Status:** Pending          **Status Date:** Dec 09, 2015

**Interlocutory Attorney:** ELIZABETH WINTER

**Defendant**

**Name:** North American Monetary Exchange Corporation

**Correspondent** LAWRENCE D HILTON
**Address:** LEGAL TENDER SERVICES PLLC
270 N MAIN ST, STE B
ALPINE UT UNITED STATES , 84004-1440

**Correspondent e-mail:** larry@namx.net

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| NAMX | Opposition Pending | 86561412 | |

**Plaintiff(s)**

**Name:** New York Mercantile Exchange, Inc.

**Correspondent** SARAH B FERGUSON
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , sferguson@norvellip.com , rhinshaw@norvellip.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| NYMEX | REGISTERED AND RENEWED | 74205176 | 1731593 |
| NYMEX | REGISTERED AND RENEWED | 76370902 | 2656475 |
| NYMEX | REGISTERED AND RENEWED | 77061274 | 3436974 |
| NYMEX BRENT | Opposition Pending | 86787611 | |

#### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Dec 09, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Dec 09, 2015 | Jan 18, 2016 |

| 3 | PENDING, INSTITUTED | Dec 09, 2015 |
| 4 | ANSWER; MOT TO REOPEN | Feb 01, 2016 |
| 5 | D REQ FOR DISCOVERY CONFERENCE-PHONE | Feb 04, 2016 |
| 6 | BD ORDER: DISCOVERY CONF HELD | Feb 16, 2016 |
| 7 | P MOT FOR EXT W/ CONSENT | Jun 09, 2016 |
| 8 | EXTENSION OF TIME GRANTED | Jun 09, 2016 |
| 9 | P MOT FOR EXT W/O CONSENT | Aug 30, 2016 |
| 10 | P MOT TO COMPEL DISCOVERY | Sep 14, 2016 |
| 11 | SUSP PEND DISP OF OUTSTNDNG MOT | Sep 15, 2016 |
| 12 | D OPP/RESP TO MOTION | Sep 30, 2016 |
| 13 | P REPLY IN SUPPORT OF MOTION | Sep 30, 2016 |
| 14 | TRIAL DATES RESET | Nov 14, 2016 |
| 15 | STIPULATED PROTECTIVE ORDER | Nov 18, 2016 |
| 16 | P MOT FOR EXT W/ CONSENT | Dec 09, 2016 |
| 17 | EXTENSION OF TIME GRANTED | Dec 09, 2016 |
| 18 | TRIAL DATES REMAIN AS SET | Dec 13, 2016 |
| 19 | P MOT FOR EXT W/ CONSENT | Mar 21, 2017 |
| 20 | EXTENSION OF TIME GRANTED | Mar 22, 2017 |
| 21 | P PET TO DISQUALIFY D COUNSEL | Jun 08, 2017 |
| 22 | SUSP PEND DISP OF OUTSTNDNG MOT | Jun 13, 2017 |
| 23 | D OPP/RESP TO MOTION | Jun 29, 2017 |
| 24 | P REBUTTAL RESP IN SUPP OF ITS MOT TO DISQUALIFY | Jul 18, 2017 |
| 25 | DECISION GRANTING PETITION FOR DISQUALIFICATION | Jul 25, 2017 |
| 26 | P MOT FOR EXT W/ CONSENT | Aug 14, 2017 |
| 27 | EXTENSION OF TIME GRANTED | Sep 22, 2017 |
| 28 | P MOT FOR EXT W/ CONSENT | Nov 02, 2017 |
| 29 | EXTENSION OF TIME GRANTED | Nov 02, 2017 |
| 30 | P MOT FOR EXT W/ CONSENT | Jan 12, 2018 |
| 31 | EXTENSION OF TIME GRANTED | Jan 23, 2018 |
| 32 | P MOT FOR EXT W/ CONSENT | Mar 28, 2018 |
| 33 | EXTENSION OF TIME GRANTED | May 30, 2018 |
| 34 | D UNDELIVERABLE MAIL | Jun 11, 2018 |
| 35 | P MOT FOR EXT W/ CONSENT | Jul 03, 2018 |
| 36 | EXTENSION OF TIME GRANTED | Jul 28, 2018 |
| 37 | D UNDELIVERABLE MAIL | Aug 07, 2018 |
| 38 | P MOT FOR EXT W/ CONSENT | Oct 09, 2018 |
| 39 | EXTENSION OF TIME GRANTED | Oct 16, 2018 |
| 40 | D UNDELIVERABLE MAIL | Nov 07, 2018 |
| 41 | P MOT FOR EXT W/ CONSENT | Dec 20, 2018 |
| 42 | EXTENSION OF TIME GRANTED | Jan 07, 2019 |

Int. Cl.: 36

Prior U.S. Cl.: 102

## United States Patent Office

Reg. No. 1,036,378
Registered Mar. 23, 1976

## SERVICE MARK
### Principal Register

## COMEX

Commodity Exchange, Inc. (New York corporation)
81 Broad St.
New York, N.Y. 10004

For: OPERATION OF AN EXCHANGE MAR-
KET FOR TRADING IN COMMODITY FUTURES
CONTRACTS, PRIMARILY METALS, in CLASS
36 (U.S. CL. 102).

First use as early as June 13, 1963; in commerce as
early as June 13, 1963.

Ser. No. 35,794, filed Oct. 29, 1974.

**Generated on:** This page was generated by TSDR on 2016-04-21 10:26:30 EDT

**Mark:** COMEX

**US Serial Number:** 73035794

**US Registration Number:** 1036378

**Register:** Principal

**Mark Type:** Service Mark

**Status:** The registration has been renewed.

**Status Date:** Mar. 05, 2016

**Application Filing Date:** Oct. 29, 1974

**Registration Date:** Mar. 23, 1976

## Mark Information

**Mark Literal Elements:** COMEX

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** OPERATION OF AN EXCHANGE MARKET FOR TRADING IN COMMODITY FUTURES CONTRACTS, PRIMARILY METALS

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jun. 13, 1963

**Use in Commerce:** Jun. 13, 1963

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** COMMODITY EXCHANGE, INC.

**Owner Address:** World Financial Center, One North End Av enue

NEW YORK, NEW YORK 102821101
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country** NEW YORK
**Where Organized:**

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Sarah B. Ferguson

**Docket Number:** 13441-457

**Attorney Primary** officeactions@norvellip.com
**Email Address:**

**Attorney Email** Yes
**Authorized:**

### Correspondent

**Correspondent** Sarah B. Ferguson
**Name/Address:** Norvell IP llc
PO Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-** officeactions@norvellip.com sferguson@norvellip.
**mail:** com

**Correspondent e-** Yes
**mail Authorized:**

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Mar. 05, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Mar. 05, 2016 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 75184 |
| Mar. 05, 2016 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 75184 |
| Mar. 04, 2016 | TEAS SECTION 8 & 9 RECEIVED | |
| Mar. 23, 2015 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Jun. 25, 2010 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jun. 25, 2010 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Oct. 09, 2007 | CASE FILE IN TICRS | |
| Jun. 24, 2006 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 75184 |
| Jun. 24, 2006 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jun. 08, 2006 | ASSIGNED TO PARALEGAL | 75184 |
| Mar. 21, 2006 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Mar. 21, 2006 | TEAS SECTION 8 & 9 RECEIVED | |
| Apr. 30, 1996 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Mar. 01, 1996 | REGISTERED - SEC. 9 FILED/CHECK RECORD FOR SEC. 8 | |
| Sep. 09, 1981 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |

# Maintenance Filings or Post Registration Information

**Affidavit of** Section 8 - Accepted
**Continued Use:**

**Affidavit of** Section 15 - Accepted
**Incontestability:**

**Renewal Date:** Mar. 23, 2016

# TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** GENERIC WEB UPDATE

**Date in Location:** Mar. 05, 2016

# Proceedings

| Summary | |
|---|---|
| Number of Proceedings: | 4 |

| | **Type of Proceeding: Opposition** | |
|---|---|---|
| Proceeding Number: | 91166861 | Filing Date: Sep 27, 2005 |
| Status: | Terminated | Status Date: Apr 20, 2006 |
| Interlocutory Attorney: | CHERYL S GOODMAN | |

| | **Defendant** |
|---|---|
| Name: | BAW Holdings, Inc. |
| Correspondent Address: | F. Lane Finch, Jr. HASKELL SLAUGHTER YOUNG & REDIKER Suite 1400 2100 Park Place North Birmingham AL , 35203 UNITED STATES |
| Correspondent e-mail: | flf@hsy.com |

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| COMEX WIRELESS | Cancelled - Section 8 | 78318403 | 3099925 |

| | **Plaintiff(s)** |
|---|---|
| Name: | NEW YORK MERCANTILE EXCHANGE, INC. |
| Correspondent Address: | ADAM D. RESNICK ARENT FOX PLLC 1050 CONNECTICUT AVENUE, N.W. WASHINGTON DC , 20036 UNITED STATES |
| Correspondent e-mail: | resnick.adam@arentfox.com |

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| COMEX | Renewed | 73035794 | 1036378 |

| | **Prosecution History** | | |
|---|---|---|---|
| **Entry Number** | **History Text** | **Date** | **Due Date** |
| 1 | FILED AND FEE | Sep 27, 2005 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Oct 11, 2005 | Nov 20, 2005 |
| 3 | PENDING, INSTITUTED | Oct 11, 2005 | |
| 4 | STIPULATION FOR AN EXTENSION OF TIME | Nov 17, 2005 | |
| 5 | EXTENSION OF TIME GRANTED | Nov 17, 2005 | |
| 6 | STIPULATION FOR AN EXTENSION OF TIME | Jan 18, 2006 | |
| 7 | EXTENSION OF TIME GRANTED | Jan 18, 2006 | |
| 8 | STIPULATION FOR AN EXTENSION OF TIME | Feb 17, 2006 | |
| 9 | EXTENSION OF TIME GRANTED | Feb 17, 2006 | |
| 10 | STIPULATION FOR AN EXTENSION OF TIME | Mar 20, 2006 | |
| 11 | EXTENSION OF TIME GRANTED | Mar 20, 2006 | |
| 12 | MOTION TO AMEND APPLICATION | Apr 12, 2006 | |
| 13 | AMDT APPROVED; PL ALLOWED 30 DAYS W/D | Apr 14, 2006 | |
| 14 | WITHDRAWAL OF OPPOSITION | Apr 18, 2006 | |
| 15 | BD'S DECISION: DISMISSED W/O PREJUDICE | Apr 20, 2006 | |
| 16 | TERMINATED | Apr 20, 2006 | |

| | **Type of Proceeding: Extension of Time** | |
|---|---|---|
| Proceeding Number: | 78318403 | Filing Date: Apr 26, 2005 |

**Status:** Terminated      **Status Date:** Oct 26, 2005

**Interlocutory Attorney:**

### Defendant

**Name:** BAW Holdings, Inc.

**Correspondent** F. Lane Finch, Jr.
**Address:** HASKELL SLAUGHTER YOUNG & REDIKER
Suite 1400 2100 Park Place North
Birmingham AL , 35203
UNITED STATES

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| COMEX WIRELESS | Cancelled - Section 8 | 78318403 | 3099925 |

### Potential Opposer(s)

**Name:** New York Mercantile Exchange, Inc., the parent of Commodity Exchange, Inc.

**Correspondent** David C. Gryce, Esq.
**Address:** Arent Fox PLLC
1050 Connecticut Avenue, NW
Washington DC , 20036-5339
UNITED STATES

**Correspondent e-mail:** tmdocket@arentfox.com

**Name:** NEW YORK MERCANTILE EXCHANGE, INC.

**Correspondent** ADAM D. RESNICK
**Address:** ARENT FOX PLLC
1050 CONNECTICUT AVENUE, N.W.
WASHINGTON DC , 20036
UNITED STATES

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| COMEX | Renewed | 73035794 | 1036378 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | INCOMING - EXT TIME TO OPPOSE FILED | Apr 26, 2005 | |
| 2 | EXTENSION OF TIME GRANTED | Apr 26, 2005 | |
| 3 | INCOMING - EXT TIME TO OPPOSE FILED | Jul 22, 2005 | |
| 4 | EXTENSION OF TIME GRANTED | Jul 22, 2005 | |

### Type of Proceeding: Opposition

**Proceeding Number:** 91155045      **Filing Date:** May 29, 2002

**Status:** Terminated      **Status Date:** Oct 23, 2003

**Interlocutory Attorney:** ANDREW P BAXLEY

### Defendant

**Name:** Global Ecomex Ltd

**Correspondent** Alan W. Young, Esq.
**Address:** Young Law Firm, P.C.
4370 Alpine Road, Suite 106
Portola Valley CA , 94028
UNITED STATES

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| ECOMEX | Abandoned - After Inter-Partes Decision | 78002901 | |

### Plaintiff(s)

**Name:** NEW YORK MERCANTILE EXCHANGE, INC.

**Correspondent** Melanye K. Johnson

**Address:** ARENT FOX KINTNER PLOTKIN & KAHN, PLLC
1050 Connecticut Avenue, NW
Washington DC , 20036
UNITED STATES

**Associated marks**

| Mark | | Application Status | Serial Number | Registration Number |
|------|--|-------------------|---------------|---------------------|
| COMEX | | Renewed | 73035794 | 1036378 |

| | | Prosecution History | | |
|--|--|---------------------|--|--|
| **Entry Number** | **History Text** | | **Date** | **Due Date** |
| 1 | FILED AND FEE | | May 29, 2002 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | | Feb 13, 2003 | Mar 25, 2003 |
| 3 | PENDING, INSTITUTED | | Feb 13, 2003 | |
| 4 | NOTICE OF DEFAULT | | May 27, 2003 | |
| 5 | BOARD'S DECISION: SUSTAINED | | Jul 16, 2003 | |
| 6 | DELETE ENTRY | | Oct 07, 2003 | |
| 7 | TERMINATED | | Oct 23, 2003 | |

## Type of Proceeding: Extension of Time

| | | |
|--|--|--|
| **Proceeding Number:** 78002901 | | **Filing Date:** Apr 17, 2002 |
| **Status:** Terminated | | **Status Date:** Dec 12, 2002 |
| **Interlocutory Attorney:** | | |

### Defendant

**Name:** Global Ecomex Ltd

**Correspondent** Alan W. Young, Esq.
**Address:** Young Law Firm, P.C.
4370 Alpine Road, Suite 106
Portola Valley CA , 94028
UNITED STATES

**Associated marks**

| Mark | | Application Status | Serial Number | Registration Number |
|------|--|-------------------|---------------|---------------------|
| ECOMEX | | Abandoned - After Inter-Partes Decision | 78002901 | |

### Potential Opposer(s)

**Name:** NEW YORK MERCANTILE EXCHANGE, INC

**Correspondent** MELANYE K. JOHNSON
**Address:** ARENT FOX KINTNER PLOTKIN & KAHN, PLLC
1050 CONNECTICUT AVENUE, N.W.
WASHINGTON DC , 20036
UNITED STATES

**Associated marks**

| Mark | | Application Status | Serial Number | Registration Number |
|------|--|-------------------|---------------|---------------------|
| COMEX | | Renewed | 73035794 | 1036378 |

| | | Prosecution History | | |
|--|--|---------------------|--|--|
| **Entry Number** | **History Text** | | **Date** | **Due Date** |
| 1 | INCOMING - EXT TIME TO OPPOSE FILED | | Mar 28, 2002 | |
| 2 | EXTENSION OF TIME GRANTED | | Apr 17, 2002 | |
| 3 | INCOMING - EXT TIME TO OPPOSE FILED | | Apr 26, 2002 | |
| 4 | EXTENSION OF TIME GRANTED | | Jun 04, 2002 | |
| 5 | DELETE ENTRY | | Aug 02, 2002 | |
| 6 | COMMUNICATION FROM POT. OPPOSER | | Nov 22, 2002 | |

# United States of America
## United States Patent and Trademark Office

# COMEX

**Reg. No. 5,483,800**

**Registered Jun. 05, 2018**

**Int. Cl.: 36**

**Service Mark**

**Principal Register**

Commodity Exchange, Inc. (NEW YORK CORPORATION)
300 Vesey Street
New York, NEW YORK 10282

CLASS 36: Financial exchange services; commodities exchange services; futures exchange services; options exchange services; providing exchange markets for trading, clearing, confirmation and financial trading risk management in the field of futures and options; financial trading, namely, trading of futures and options related to metals; providing financial market data; electronic financial trading services; providing financial information by electronic means in the field of futures and options; financial information services; financial risk management services; financial trade processing services

FIRST USE 6-13-1963; IN COMMERCE 6-13-1963

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-401,768, FILED 04-06-2017



Director of the United States
Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2019-02-17 16:30:23 EST

**Mark:** COMEX

# COMEX

**US Serial Number:** 87401768

**US Registration Number:** 5483800

**Filed as TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jun. 05, 2018

**Publication Date:** Mar. 20, 2018

**Application Filing Date:** Apr. 06, 2017

**Registration Date:** Jun. 05, 2018

**Currently TEAS RF:** Yes

## Mark Information

**Mark Literal Elements:** COMEX

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**International Registration Number:** 1370232

**International Application(s) /Registration(s) Based on this Property:** A0066248/1370232

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial exchange services; commodities exchange services; futures exchange services; options exchange services; providing exchange markets for trading, clearing, confirmation and financial trading risk management in the field of futures and options; financial trading, namely, trading of futures and options related to metals; providing financial market data; electronic financial trading services; providing financial information by electronic means in the field of futures and options; financial information services; financial risk management services; financial trade processing services

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jun. 13, 1963

**Use in Commerce:** Jun. 13, 1963

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |

| | | |
|---|---|---|
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

# Current Owner(s) Information

**Owner Name:** Commodity Exchange, Inc.

**Owner Address:** 300 Vesey Street
New York, NEW YORK 10282
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country** NEW YORK
**Where Organized:**

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Sarah B. Ferguson

**Docket Number:** 13441

**Attorney Primary** officeactions@norvellip.com
**Email Address:**

**Attorney Email** Yes
**Authorized:**

**Correspondent**

**Correspondent** SARAH B. FERGUSON
**Name/Address:** NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

**Phone:** 8883150732

**Fax:** 312-268-5063

**Correspondent e-** officeactions@norvellip.com sferguson@norvellip.
**mail:** com

**Correspondent e-** Yes
**mail Authorized:**

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 05, 2018 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 20, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 20, 2018 | PUBLISHED FOR OPPOSITION | |
| Feb. 28, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 12, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 02, 2018 | TEAS/EMAIL CORRESPONDENCE ENTERED | 68123 |
| Feb. 02, 2018 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 68123 |
| Feb. 02, 2018 | TEAS RESPONSE TO SUSPENSION INQUIRY RECEIVED | |
| Jan. 16, 2018 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | 6332 |
| Jan. 16, 2018 | LETTER OF SUSPENSION E-MAILED | 6332 |
| Jan. 16, 2018 | SUSPENSION LETTER WRITTEN | 93675 |
| Dec. 26, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Dec. 26, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Dec. 26, 2017 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jun. 30, 2017 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jun. 30, 2017 | NON-FINAL ACTION E-MAILED | 6325 |
| Jun. 30, 2017 | NON-FINAL ACTION WRITTEN | 93675 |
| Jun. 27, 2017 | ASSIGNED TO EXAMINER | 93675 |
| May 16, 2017 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 68123 |
| May 02, 2017 | ASSIGNED TO LIE | 68123 |
| Apr. 17, 2017 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Apr. 14, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Apr. 10, 2017 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION          **Date in Location:** Jun. 05, 2018

Int. Cl.: 36

Prior U.S. Cl.: 102

## United States Patent and Trademark Office

Reg. No. 1,303,096
Registered Oct. 30, 1984

### SERVICE MARK
Principal Register



Chicago Mercantile Exchange (Illinois corporation)
444 W. Jackson Blvd.
Chicago, Ill. 60606

For: CONDUCTING A SECURITY, COMMODITY, MONETARY AND FINANCIAL INSTRUMENTS FUTURES EXCHANGE, in CLASS 36 (U.S. Cl. 102).

First use Nov. 7, 1983; in commerce Nov. 7, 1983.

Ser. No. 452,238, filed Nov. 10, 1983.

NANCY O. HEBERT, Examining Attorney

**Generated on:** This page was generated by TSDR on 2016-04-21 10:27:17 EDT

**Mark:**



**US Serial Number:** 73452238

**US Registration Number:** 1303096

**Register:** Principal

**Mark Type:** Service Mark

**Status:** The registration has been renewed.

**Status Date:** Oct. 04, 2014

**Publication Date:** Aug. 21, 1984

**Application Filing Date:** Nov. 10, 1983

**Registration Date:** Oct. 30, 1984

# Mark Information

**Mark Literal Elements:** None

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S)

**Design Search Code(s):** 01.07.02 - Globes with meridians and parallels only
26.15.12 - Polygons with bars, bands and lines
26.15.21 - Polygons that are completely or partially shaded

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Conducting a Security, Commodity, Monetary and Financial Instruments Futures Exchange

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Nov. 07, 1983

**Use in Commerce:** Nov. 07, 1983

# Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

# Current Owner(s) Information

**Owner Name:** CHICAGO MERCANTILE EXCHANGE INC.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T. Kucala, Jr.

**Docket Number:** 13439-1104

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Joseph T. Kucala, Jr.
Norvell IP llc
P.O. Box 2461
Chicago, ILLINOIS UNITED STATES 60690

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Oct. 04, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Oct. 04, 2014 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 76293 |
| Oct. 04, 2014 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 76293 |
| Oct. 01, 2014 | TEAS SECTION 8 & 9 RECEIVED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Feb. 07, 2012 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Feb. 07, 2012 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| May 07, 2008 | CASE FILE IN TICRS | |
| Jun. 20, 2006 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Jun. 20, 2006 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jan. 28, 2004 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Jan. 28, 2004 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Nov. 20, 2003 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Feb. 15, 1990 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Dec. 13, 1989 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Oct. 30, 1984 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 21, 1984 | PUBLISHED FOR OPPOSITION | |
| Jun. 19, 1984 | NOTICE OF PUBLICATION | |
| Apr. 24, 1984 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 19, 1984 | EXAMINER'S AMENDMENT MAILED | |
| Apr. 11, 1984 | ASSIGNED TO EXAMINER | |

# Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Oct. 30, 2014

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE                    **Date in Location:** Oct. 04, 2014

# Assignment Abstract Of Title Information

## Summary

**Total Assignments:** 2                                   **Registrant:** Chicago Mercantile Exchange

### Assignment 1 of 2

**Conveyance:** MERGER

**Reel/Frame:** 2724/0893                                  **Pages:** 4

**Date Recorded:** May 05, 2003

**Supporting Documents:** assignment-tm-2724-0893.pdf

#### Assignor

**Name:** CHICAGO MERCANTILE EXCHANGE            **Execution Date:** Nov. 09, 2000

**Legal Entity Type:** CORPORATION                **State or Country Where Organized:** ILLINOIS

#### Assignee

**Name:** CME TRANSITORY CO.

**Legal Entity Type:** CORPORATION                **State or Country Where Organized:** DELAWARE

**Address:** 30 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606

#### Correspondent

**Correspondent Name:** BRINKS HOFER GILSON & LIONE

**Correspondent Address:** CHRISTOPHER N. BOLINGER
P.O. BOX 10395
CHICAGO, ILLINOIS 60610

#### Domestic Representative - Not Found

### Assignment 2 of 2

**Conveyance:** MERGER

**Reel/Frame:** 2725/0474                                  **Pages:** 5

**Date Recorded:** May 05, 2003

**Supporting Documents:** assignment-tm-2725-0474.pdf

#### Assignor

**Name:** CME TRANSITORY CO.                      **Execution Date:** Nov. 09, 2000

**Legal Entity Type:** CORPORATION                **State or Country Where Organized:** No Place Where Organized Found

#### Assignee

**Name:** CHICAGO MERCANTILE EXCHANGE INC.

**Legal Entity Type:** CORPORATION                **State or Country Where Organized:** DELAWARE

**Address:** 30 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606

#### Correspondent

**Correspondent Name:** BRINKS HOFER GILSON

**Correspondent Address:** CHRISTOPHER N. BOLINGER
P.O. BOX 10395
CHICAGO, IL 60610

#### Domestic Representative - Not Found

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,369,249**
**Registered July 16, 2013**

**Int. Cls.: 9, 36, and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*[signature]*
Acting Director of the United States Patent and Trademark Office

CHICAGO MERCANTILE EXCHANGE INC. (DELAWARE CORPORATION)
20 S. WACKER DRIVE
CHICAGO, IL 60606

FOR: COMPUTER SOFTWARE FOR USE IN FINANCIAL TRADING, FINANCIAL EX-CHANGE, AND FINANCIAL CLEARING SERVICES; COMPUTER SOFTWARE FOR USE IN TRADING, CLEARING, CONFIRMATION, AND FINANCIAL TRADING RISK MANAGE-MENT FOR EXCHANGE MARKET TRANSACTIONS IN THE FIELD OF FUTURES, OPTIONS, SWAPS, AND OTHER DERIVATIVE CONTRACTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-0-2010; IN COMMERCE 6-0-2010.

FOR: FINANCIAL EXCHANGE SERVICES; MONETARY EXCHANGE SERVICES; COM-MODITIES EXCHANGE SERVICES; FUTURES EXCHANGE SERVICES; FINANCIAL IN-FORMATION AND MARKET DATA SERVICES, NAMELY, PROVIDING INFORMATION IN THE FIELD OF FINANCIAL DERIVATIVES AND EQUITY MARKETS; FINANCIAL CLEARING SERVICES; PROVIDING EXCHANGE MARKETS FOR TRADING, CLEARING, CONFIRMATION AND FINANCIAL TRADING RISK MANAGEMENT IN THE FIELD OF FUTURES, OPTIONS, SWAPS, AND OTHER DERIVATIVES CONTRACTS; CONDUCTING COMMODITIES, SECURITIES, MONETARY, AND FINANCIAL INSTRUMENT EXCHANGE AND CLEARING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-0-2010; IN COMMERCE 6-0-2010.

FOR: PROVIDING TEMPORARY ON-LINE USE OF DOWNLOADABLE COMPUTER SOFTWARE FOR USE IN FINANCIAL TRADING, FINANCIAL EXCHANGE AND FINANCIAL CLEARING SERVICES; PROVIDING TEMPORARY ON-LINE USE OF NON-DOWNLOAD-ABLE SOFTWARE FOR TRADING, CLEARING, CONFIRMATION, AND FINANCIAL TRADING RISK MANAGEMENT FOR EXCHANGE MARKET TRANSACTIONS IN THE FIELD OF FUTURES, OPTIONS, SWAPS, AND OTHER DERIVATIVE CONTRACTS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 6-0-2010; IN COMMERCE 6-0-2010.

THE MARK CONSISTS OF GLOBE DESIGN.

**Reg. No. 4,369,249** SN 85-436,652, FILED 9-30-2011.

JESSICA A. POWERS, EXAMINING ATTORNEY

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL
### TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
### DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2019-02-17 16:30:56 EST

**Mark:**



| | |
|---|---|
| **US Serial Number:** 85436652 | **Application Filing Date:** Sep. 30, 2011 |
| **US Registration Number:** 4369249 | **Registration Date:** Jul. 16, 2013 |
| **Register:** Principal | |
| **Mark Type:** Trademark, Service Mark | |

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jul. 16, 2013

**Publication Date:** Aug. 28, 2012          **Notice of Allowance Date:** Oct. 23, 2012

# Mark Information

**Mark Literal Elements:** None

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consists of globe design.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Design Search Code(s):** 01.07.25 - Globes, other

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer software for use in financial trading, financial exchange, and financial clearing services; computer software for use in trading, clearing, confirmation, and financial trading risk management for exchange market transactions in the field of futures, options, swaps, and other derivative contracts

**International Class(es):** 009 - Primary Class          **U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jun. 2010          **Use in Commerce:** Jun. 2010

**For:** Financial exchange services; monetary exchange services; commodities exchange services; futures exchange services; financial information and market data services, namely, providing information in the field of financial derivatives and equity markets; financial clearing services; providing exchange markets for trading, clearing, confirmation and financial trading risk management in the field of futures, options, swaps, and other derivatives contracts; conducting commodities, securities, monetary, and financial instrument exchange and clearing services

**International Class(es):** 036 - Primary Class          **U.S Class(es):** 100, 101, 102

| | | |
|---|---|---|
| **Class Status:** | ACTIVE | |
| **Basis:** | 1(a) | |
| **First Use:** | Jun. 2010 | **Use in Commerce:** Jun. 2010 |

**For:** providing temporary on-line use of downloadable computer software for use in financial trading, financial exchange and financial clearing services; providing temporary on-line use of non-downloadable software for trading, clearing, confirmation, and financial trading risk management for exchange market transactions in the field of futures, options, swaps, and other derivative contracts

| | | |
|---|---|---|
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** 100, 101 |
| **Class Status:** | ACTIVE | |
| **Basis:** | 1(a) | |
| **First Use:** | Jun. 2010 | **Use in Commerce:** Jun. 2010 |

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Chicago Mercantile Exchange Inc. |
| **Owner Address:** | 20 S. Wacker Drive<br>Chicago, ILLINOIS 60606<br>UNITED STATES |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Joseph T. Kucala, Jr. |
| **Docket Number:** | 13271-1039 |
| **Attorney Primary Email Address:** | officeactions@norvellip.com |
| **Attorney Email Authorized:** | No |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Joseph T. Kucala, Jr.<br>Norvell IP llc<br>PO Box 2461<br>Chicago, ILLINOIS 60690<br>UNITED STATES |
| **Phone:** | 888-315-0732 |
| **Fax:** | 312-268-5063 |
| **Correspondent e-mail:** | officeactions@norvellip.com officeactions@norvell ip.com |
| **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 16, 2018 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jul. 16, 2013 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 11, 2013 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Jun. 09, 2013 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 76568 |
| Jun. 06, 2013 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| May 20, 2013 | STATEMENT OF USE PROCESSING COMPLETE | 66230 |

| Apr. 23, 2013 | USE AMENDMENT FILED | 66230 |
| May 10, 2013 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 66230 |
| Apr. 23, 2013 | TEAS STATEMENT OF USE RECEIVED | |
| Oct. 23, 2012 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Sep. 07, 2012 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Sep. 07, 2012 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Aug. 28, 2012 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 28, 2012 | PUBLISHED FOR OPPOSITION | |
| Aug. 15, 2012 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jul. 23, 2012 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 76568 |
| Jul. 23, 2012 | ASSIGNED TO LIE | 76568 |
| Jul. 01, 2012 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 20, 2012 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jun. 20, 2012 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jun. 20, 2012 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 20, 2011 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 20, 2011 | NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 20, 2011 | NON-FINAL ACTION WRITTEN | 82094 |
| Dec. 19, 2011 | ASSIGNED TO EXAMINER | 82094 |
| Oct. 07, 2011 | NOTICE OF DESIGN SEARCH CODE MAILED | |
| Oct. 06, 2011 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Oct. 04, 2011 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION          **Date in Location:** Jun. 09, 2013

Int. Cls.: 9, 36 and 42

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101 and 102

Reg. No. 3,388,102

## United States Patent and Trademark Office

Registered Feb. 26, 2008

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER

# CLEARPORT

NEW YORK MERCANTILE EXCHANGE, INC. (DELAWARE CORPORATION)
WORLD FINANCIAL CENTER ONE NORTH END AVE
NEW YORK, NY 102821101

FOR: COMPUTER SOFTWARE FOR USE IN TRADING, CLEARING, CONFIRMATION, AND OTHER RELATED SERVICES FOR EXCHANGE MARKET TRANSACTIONS IN THE FIELD OF COMMODITY FUTURES, OPTIONS, AND OTHER DERIVATIVES CONTRACTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-14-2003; IN COMMERCE 1-16-2003.

FOR: PROVIDING ELECTRONIC ONLINE EX-CHANGE MARKETS FOR TRADING, CLEARING, CONFIRMING TRANSACTIONS, AND OTHER RE-LATED SERVICES IN THE FIELD OF COMMODITY FUTURES, OPTIONS, AND OTHER DERIVATIVES CONTRACTS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-14-2003; IN COMMERCE 1-16-2003.

FOR: PROVIDING TEMPORARY ON-LINE USE OF NON-DOWNLOADABLE SOFTWARE FOR TRADING, CLEARING, CONFIRMATION, AND OTHER RELATED SERVICES FOR EXCHANGE MARKET TRANSACTIONS IN THE FIELD OF COMMODITY FUTURES, OPTIONS, AND OTHER DERIVATIVES CONTRACTS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 1-14-2003; IN COMMERCE 1-16-2003.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,890,870 AND 2,943,346.

SER. NO. 77-196,819, FILED 6-4-2007.

AISHA CLARKE, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2019-02-17 16:31:14 EST

**Mark:** CLEARPORT

# CLEARPORT

| | | | |
|---|---|---|---|
| **US Serial Number:** | 77196819 | **Application Filing Date:** | Jun. 04, 2007 |
| **US Registration Number:** | 3388102 | **Registration Date:** | Feb. 26, 2008 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Jan. 25, 2018 | | |
| **Publication Date:** | Dec. 11, 2007 | | |

## Mark Information

**Mark Literal Elements:** CLEARPORT

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**Claimed Ownership of US Registrations:** 2890870, 2943346

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer software for use in trading, clearing, confirmation, and other related services for exchange market transactions in the field of commodity futures, options, and other derivatives contracts

| | | | |
|---|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jan. 14, 2003 | **Use in Commerce:** | Jan. 16, 2003 |

**For:** Providing electronic online exchange markets for trading, clearing, confirming transactions, and other related services in the field of commodity futures, options, and other derivatives contracts

| | | | |
|---|---|---|---|
| **International Class(es):** | 036 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jan. 14, 2003 | **Use in Commerce:** | Jan. 16, 2003 |

**For:** Providing temporary on-line use of non-downloadable software for trading, clearing, confirmation, and other related services for exchange market transactions in the field of commodity futures, options, and other derivatives contracts

| | | | |
|---|---|---|---|
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |

**Basis:** 1(a)

**First Use:** Jan. 14, 2003                    **Use in Commerce:** Jan. 16, 2003

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** CHICAGO MERCANTILE EXCHANGE INC.

**Owner Address:** 20 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION                    **State or Country** DELAWARE
                                                      **Where Organized:**

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T. Kucala, Jr.                    **Docket Number:** 13441-0456

**Attorney Primary** officeactions@norvellip.com            **Attorney Email** Yes
**Email Address:**                                          **Authorized:**

### Correspondent

**Correspondent** Joseph T. Kucala, Jr.
**Name/Address:** Norvell IP LLC
PO Box 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732                                    **Fax:** 312-268-5063

**Correspondent e-** officeactions@norvellip.com officeactions@norvell   **Correspondent e-** Yes
**mail:** ip.com skelleher@norvellip.com mhirsch@norvelli   **mail Authorized:**
p.com

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 25, 2018 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jan. 25, 2018 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 66607 |
| Jan. 25, 2018 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 66607 |
| Jan. 22, 2018 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 66607 |
| Dec. 27, 2017 | TEAS SECTION 8 & 9 RECEIVED | |
| Dec. 27, 2017 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 26, 2017 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Oct. 29, 2014 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Mar. 18, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Mar. 18, 2014 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 76533 |
| Feb. 24, 2014 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | 76533 |
| Mar. 14, 2014 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 76533 |
| Feb. 24, 2014 | TEAS SECTION 8 & 15 RECEIVED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 25, 2010 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |

| Jun. 25, 2010 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 26, 2008 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 11, 2007 | PUBLISHED FOR OPPOSITION | |
| Nov. 21, 2007 | NOTICE OF PUBLICATION | |
| Nov. 07, 2007 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 68171 |
| Nov. 07, 2007 | ASSIGNED TO LIE | 68171 |
| Oct. 08, 2007 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 04, 2007 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Oct. 04, 2007 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Oct. 04, 2007 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Sep. 13, 2007 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 13, 2007 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 13, 2007 | NON-FINAL ACTION WRITTEN | 76611 |
| Sep. 12, 2007 | ASSIGNED TO EXAMINER | 76611 |
| Jun. 08, 2007 | NOTICE OF PSEUDO MARK MAILED | |
| Jun. 07, 2007 | NEW APPLICATION ENTERED IN TRAM | |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Feb. 26, 2018

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE         **Date in Location:** Jan. 25, 2018

## Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 1                          **Registrant:** New York Mercantile Exchange, Inc.

### Assignment 1 of 1

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Reel/Frame:** 5384/0470                         **Pages:** 4

**Date Recorded:** Oct. 20, 2014

**Supporting Documents:** assignment-tm-5384-0470.pdf

**Assignor**

**Name:** NEW YORK MERCANTILE EXCHANGE, INC.      **Execution Date:** Dec. 31, 2013

**Legal Entity Type:** CORPORATION                **State or Country Where Organized:** DELAWARE

**Assignee**

**Name:** CHICAGO MERCANTILE EXCHANGE INC.

**Legal Entity Type:** CORPORATION                **State or Country Where Organized:** DELAWARE

**Address:** 20 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606

**Correspondent**

**Correspondent Name:** TATYANA V. GILLES - NORVELL IP LLC

**Correspondent Address:** 357 W. CHICAGO, SUITE 200
CHICAGO, IL 60605

**Domestic Representative - Not Found**

Int. Cl.: 41

Prior U.S. Cl.: 107

## United States Patent and Trademark Office

Reg. No. 1,576,888
Registered Jan. 9, 1990

### SERVICE MARK
### PRINCIPAL REGISTER

## GLOBEX

CHICAGO MERCANTILE EXCHANGE
30 SOUTH WACKER DRIVE
CHICAGO, IL 60606

FOR: CONDUCTING COURSES, SEMINARS AND COMPUTERIZED TRAINING IN TRADING CONTRACTS FOR SECURITIES, COMMODITIES, AND MONETARY AND FINAN-

CIAL INSTRUMENTS ON A FUTURES EXCHANGE, IN CLASS 41 (U.S. CL. 107).
FIRST USE 6-22-1988; IN COMMERCE 6-22-1988.

SER. NO. 73-743,753, FILED 8-2-1988.

TERRY ELLEN HOLTZMAN, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2016-04-21 10:33:08 EDT

**Mark:** GLOBEX

**US Serial Number:** 73743753

**US Registration Number:** 1576888

**Register:** Principal

**Mark Type:** Service Mark

**Status:** The registration has been renewed.

**Status Date:** Jul. 17, 2010

**Publication Date:** Oct. 17, 1989

**Application Filing Date:** Aug. 02, 1988

**Registration Date:** Jan. 09, 1990

# Mark Information

**Mark Literal Elements:** GLOBEX

**Standard Character Claim:** No

**Mark Drawing Type:** 1 – TYPESET WORD(S) /LETTER(S) /NUMBER(S)

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** CONDUCTING COURSES, SEMINARS AND COMPUTERIZED TRAINING IN TRADING CONTRACTS FOR SECURITIES, COMMODITIES, AND MONETARY AND FINANCIAL INSTRUMENTS ON A FUTURES EXCHANGE

**International Class(es):** 041 - Primary Class

**U.S Class(es):** 107

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jun. 22, 1988

**Use in Commerce:** Jun. 22, 1988

# Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

# Current Owner(s) Information

**Owner Name:** CHICAGO MERCANTILE EXCHANGE, INC.

**Owner Address:** 20 S. Wacker Drive
CHICAGO, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T. Kucala, Jr.

**Docket Number:** 13271/1105

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Joseph T. Kucala, Jr.
Norvell IP llc
PO Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com officeactions@norvell ip.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 07, 2012 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Feb. 07, 2012 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Jul. 20, 2011 | CASE FILE IN TICRS | |
| Jul. 13, 2011 | CASE FILE IN TICRS | 67149 |
| Jul. 17, 2010 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 73376 |
| Jul. 17, 2010 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jul. 07, 2010 | TEAS SECTION 8 & 9 RECEIVED | |
| May 11, 2010 | NOTICE OF SUIT | |
| Jun. 23, 2006 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Jun. 23, 2006 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Dec. 13, 2000 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Dec. 13, 2000 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jan. 06, 2000 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Oct. 13, 1995 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Feb. 21, 1995 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Jan. 09, 1990 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 17, 1989 | PUBLISHED FOR OPPOSITION | |
| Sep. 16, 1989 | NOTICE OF PUBLICATION | |
| Aug. 05, 1989 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 29, 1989 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jul. 05, 1989 | EXAMINERS AMENDMENT MAILED | |
| Apr. 10, 1989 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 62918 |
| Apr. 06, 1989 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Oct. 03, 1988 | NON-FINAL ACTION MAILED | |
| Sep. 20, 1988 | ASSIGNED TO EXAMINER | 66832 |

# Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of** Section 15 - Accepted
**Incontestability:**

**Renewal Date:** Jan. 09, 2010

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** SCANNING ON DEMAND      **Date in Location:** Jul. 20, 2011

# Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 4      **Registrant:** CHICAGO MERCANTILE EXCHANGE

**Assignment 1 of 4**

**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Reel/Frame:** 0989/0256      **Pages:** 6

**Date Recorded:** Jun. 11, 1993

**Supporting** No Supporting Documents Available
**Documents:**

**Assignor**

**Name:** CHICAGO MERCANTILE EXCHANGE      **Execution Date:** Mar. 12, 1993

**Legal Entity Type:** NOT FOR PROFIT ILLINOIS CORPORATION      **State or Country** No Place Where Organized Found
     **Where Organized:**

**Assignee**

**Name:** P-M-T LIMITED PARTNERSHIP

**Legal Entity Type:** LIMITED PARTNERSHIP      **State or Country** ILLINOIS
     **Where Organized:**

**Address:** 30 SOUTH WACKER DRIVE CHICAGO, IL 60606

**Correspondent**

**Correspondent** LESLIE BERTAGNOLLI
**Name:**

**Correspondent** ONE PRUDENTIAL PLAZA
**Address:** 130 EAST RANDOLPH DRIVE
CHICAGO, IL 60466

**Domestic Representative - Not Found**

**Assignment 2 of 4**

**Conveyance:** ASSIGNS THE ENTIRE INTEREST ALONG WITH THE GOODWILL OF THE BUSINESS SUBJECT TO CONDITIONS RECITED.
(SEE RECORD FOR DETAILS)

**Reel/Frame:** 0990/0219      **Pages:** 6

**Date Recorded:** Jun. 15, 1993

**Supporting** No Supporting Documents Available
**Documents:**

**Assignor**

**Name:** P-M-T LIMITED PARTNERSHIP      **Execution Date:** Mar. 12, 1993

**Legal Entity Type:** LIMITED PARTNERSHIP      **State or Country** ILLINOIS
     **Where Organized:**

**Assignee**

**Name:** GLOBEX JOINT VENTURE, L.P.

**Legal Entity Type:** LIMITED PARTNERSHIP      **State or Country** DELAWARE
     **Where Organized:**

**Address:** 30 SOUTH WACKER
CHICAGO, ILLINOIS 60606

**Correspondent**

**Correspondent** LESLIE BERTAGNOLLI
**Name:**

**Correspondent** ONE PRUDENTIAL PLAZA

**Address:** 130 EAST RANDOLPH DRIVE
CHICAGO, IL 60601

**Domestic Representative - Not Found**

## Assignment 3 of 4

**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Reel/Frame:** 1188/0376        **Pages:** 3

**Date Recorded:** Jul. 25, 1994

**Supporting Documents:** No Supporting Documents Available

### Assignor

**Name:** GLOBEX JOINT VENTURE, L.P.      **Execution Date:** Jun. 27, 1994

**Legal Entity Type:** LIMITED PARTNERSHIP      **State or Country Where Organized:** No Place Where Organized Found

### Assignee

**Name:** P-M-T LIMITED PARTNERSHIP

**Legal Entity Type:** LIMITED PARTNERSHIP      **State or Country Where Organized:** No Place Where Organized Found

**Address:** 30 SOUTH WACKER
CHICAGO, IL 60606

### Correspondent

**Correspondent Name:** LESLIE BERTAGNOLI

**Correspondent Address:** BAKER & MCKENZIE
130 EAST RANDOLPH DRIVE
ONE PRUDENTIAL PLAZA
CHICAGO, IL 60601

**Domestic Representative - Not Found**

## Assignment 4 of 4

**Conveyance:** ASSET PURCHASE AGREEMENT

**Reel/Frame:** 2410/0641        **Pages:** 14

**Date Recorded:** Dec. 17, 2001

**Supporting Documents:** assignment-tm-2410-0641.pdf

### Assignor

**Name:** P-M-T LIMITED PARTNERSHIP      **Execution Date:** May 01, 2000

**Legal Entity Type:** LIMITED PARTNERSHIP      **State or Country Where Organized:** ILLINOIS

### Assignee

**Name:** CHICAGO MERCANTILE EXCHANGE, INC.

**Legal Entity Type:** CORPORATION      **State or Country Where Organized:** DELAWARE

**Address:** 30 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606

### Correspondent

**Correspondent Name:** LESLIE BERTAGNOLLI

**Correspondent Address:** ONE PRUDENTIAL PLAZA
130 EAST RANDOLPH DRIVE
SUITE 3500
CHICAGO, IL 60601

**Domestic Representative - Not Found**

# Proceedings

**Summary**

**Number of Proceedings:** 6

**Type of Proceeding: Opposition**

| Proceeding Number: | 91216483 | | Filing Date: | May 21, 2014 |
|---|---|---|---|---|
| Status: | Terminated | | Status Date: | Sep 02, 2014 |
| Interlocutory Attorney: | ELIZABETH A DUNN | | | |

### Defendant

| | | |
|---|---|---|
| Name: | UMN, LLC | |
| Correspondent Address: | ELY W SLUDER<br>RAYNDON LAW GROUP PLC<br>5001 N GRANITE REEF ROAD<br>SCOTTSDALE AZ , 85250-7456<br>UNITED STATES | |
| Correspondent e-mail: | elyesqlaw@gmail.com , esluder@rayndon.com | |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBEX | Abandoned - After Inter-Partes Decision | 86011936 | |

### Plaintiff(s)

| | |
|---|---|
| Name: | Chicago Mercantile Exchange Inc. |
| Correspondent Address: | TATYANA V GILLES<br>NORVELL IP LLC<br>PO BOX 2461<br>CHICAGO IL , 60690<br>UNITED STATES |
| Correspondent e-mail: | tgilles@norvellip.com , jkucala@norvellip.com , officeactions@norvellip.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBEX | Renewed | 73743753 | 1576888 |
| GLOBEX | Renewed | 75886451 | 2448961 |
| CME GLOBEX | Section 8 and 15 - Accepted and Acknowledged | 78834279 | 3193924 |
| | Second Extension - Granted | 86287258 | |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | May 21, 2014 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 22, 2014 | Jul 01, 2014 |
| 3 | PENDING, INSTITUTED | May 22, 2014 | |
| 4 | NOTICE OF DEFAULT | Jul 17, 2014 | |
| 5 | BD DECISION: SUSTAINED | Sep 02, 2014 | |
| 6 | TERMINATED | Sep 02, 2014 | |

### Type of Proceeding: Opposition

| Proceeding Number: | 91209755 | | Filing Date: | Apr 13, 2014 |
|---|---|---|---|---|
| Status: | Terminated | | Status Date: | Jun 03, 2015 |
| Interlocutory Attorney: | BENJAMIN U OKEKE | | | |

### Defendant

| | | |
|---|---|---|
| Name: | Globex International Inc. | |
| Correspondent Address: | MONICA P MCCABE<br>VANDENBERG & FELIU LLP<br>60 E 42ND ST FL 51<br>NEW YORK NY , 10165 0042<br>UNITED STATES | |
| Correspondent e-mail: | trademarks@vanfeliu.com | |

**Associated marks**

| | Serial | Registration |
|---|---|---|

| Mark | Application Status | Number | Number |
|---|---|---|---|
| GLOBEX | Abandoned - After Inter-Partes Decision | 85637719 | |

**Plaintiff(s)**

Name: Chicago Mercantile Exchange Inc.

Correspondent JOSEPH T KUCALA JR
Address: NORVELL IP LLC
357 W CHICAGO AVE, SUITE 200
CHICAGO IL , 60654
UNITED STATES

Correspondent e-mail: tgilles@norvellip.com , officeactions@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBEX | Renewed | 73743753 | 1576888 |
| GLOBEX | Renewed | 75886451 | 2448961 |
| CME GLOBEX | Section 8 and 15 - Accepted and Acknowledged | 78834279 | 3193924 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 13, 2013 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 13, 2013 | Apr 22, 2013 |
| 3 | PENDING, INSTITUTED | Mar 13, 2013 | |
| 4 | D MOT FOR EXT W/ CONSENT | Apr 22, 2013 | |
| 5 | EXTENSION OF TIME GRANTED | Apr 22, 2013 | |
| 6 | P CHANGE OF CORRESP ADDRESS | May 15, 2013 | |
| 7 | D MOT FOR EXT W/ CONSENT | May 17, 2013 | |
| 8 | EXTENSION OF TIME GRANTED | May 17, 2013 | |
| 9 | D MOT FOR EXT W/ CONSENT | Jun 13, 2013 | |
| 10 | EXTENSION OF TIME GRANTED | Jun 13, 2013 | |
| 11 | D MOT FOR EXT W/ CONSENT | Jul 17, 2013 | |
| 12 | EXTENSION OF TIME GRANTED | Jul 17, 2013 | |
| 13 | D MOT FOR EXT W/ CONSENT | Aug 19, 2013 | |
| 14 | EXTENSION OF TIME GRANTED | Aug 19, 2013 | |
| 15 | D MOT FOR EXT W/ CONSENT | Sep 17, 2013 | |
| 16 | EXTENSION OF TIME GRANTED | Sep 17, 2013 | |
| 17 | D MOT FOR EXT W/ CONSENT | Oct 17, 2013 | |
| 18 | EXTENSION OF TIME GRANTED | Oct 17, 2013 | |
| 19 | D MOT FOR EXT W/ CONSENT | Nov 14, 2013 | |
| 20 | EXTENSION OF TIME GRANTED | Nov 14, 2013 | |
| 21 | D MOT FOR EXT W/ CONSENT | Dec 16, 2013 | |
| 22 | EXTENSION OF TIME GRANTED | Dec 16, 2013 | |
| 23 | D MOT FOR EXT W/ CONSENT | Jan 16, 2014 | |
| 24 | EXTENSION OF TIME GRANTED | Jan 16, 2014 | |
| 25 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Feb 11, 2014 | |
| 26 | SUSPENDED | Feb 11, 2014 | |
| 27 | D MOT FOR EXT W/ CONSENT | Mar 13, 2014 | |
| 28 | EXTENSION OF TIME GRANTED | Mar 13, 2014 | |
| 29 | D MOT FOR EXT W/ CONSENT | Apr 13, 2014 | |
| 30 | EXTENSION OF TIME GRANTED | Apr 15, 2014 | |
| 31 | D MOT FOR EXT W/ CONSENT | May 15, 2014 | |
| 32 | EXTENSION OF TIME GRANTED | May 21, 2014 | |
| 33 | D MOT FOR EXT W/ CONSENT | Jun 06, 2014 | |
| 34 | EXTENSION OF TIME GRANTED | Jun 12, 2014 | |
| 35 | D MOT FOR EXT W/ CONSENT | Jul 14, 2014 | |
| 36 | EXTENSION OF TIME GRANTED | Jul 25, 2014 | |
| 37 | D MOT FOR EXT W/ CONSENT | Aug 13, 2014 | |

| 38 | EXTENSION OF TIME GRANTED | Aug 18, 2014 |
| 39 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Oct 10, 2014 |
| 40 | EXTENSION OF TIME GRANTED | Nov 21, 2014 |
| 41 | STIP FOR EXT | Dec 11, 2014 |
| 42 | ANSWER | Dec 15, 2014 |
| 43 | EXTENSION OF TIME GRANTED | Dec 29, 2014 |
| 44 | W/DRAW OF APPLICATION | May 29, 2015 |
| 45 | BD DECISION: DISMISSED W/O PREJ | Jun 03, 2015 |
| 46 | TERMINATED | Jun 03, 2015 |

## Type of Proceeding: Opposition

**Proceeding Number:** 91122818  **Filing Date:** May 14, 2001

**Status:** Terminated  **Status Date:** Apr 08, 2004

**Interlocutory Attorney:** ANDREW P BAXLEY

### Defendant

**Name:** GLOBIX CORPORATION

**Correspondent** AMY J. BENJAMIN
**Address:** DARBY & DARBY P.C.
805 THIRD AVENUE
NEW YORK NY , 10022
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBOX | Cancelled - Section 8 | 75886868 | 2947063 |

### Plaintiff(s)

**Name:** CHICAGO MERCANTILE EXCHANGE, INC.

**Correspondent** CHRISTOPHER N. BOLINGER
**Address:** BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBEX | Renewed | 73743753 | 1576888 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | May 14, 2001 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 18, 2001 | Jun 27, 2001 |
| 3 | PENDING, INSTITUTED | May 18, 2001 | |
| 4 | ANSWER | Jun 26, 2001 | |
| 5 | DEF'S SUBSTITUTE OF ATTY | Jul 02, 2001 | |
| 6 | PL'S FIRST SET OF INTERROGATORIES | Feb 25, 2002 | |
| 7 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Mar 07, 2002 | |
| 8 | P'S DOCUMENT REQUESTS | Feb 19, 2002 | |
| 9 | TRIAL DATES RESET | Mar 27, 2002 | |
| 10 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Apr 08, 2002 | |
| 11 | TRIAL DATES RESET | Apr 23, 2002 | |
| 12 | P'S CHANGE OF ATTORNEY | Jun 03, 2002 | |
| 13 | D'S MOTION FOR AN EXTENSION OF TIME | Aug 30, 2002 | |
| 14 | PL'S NOTICE OF RELIANCE | Sep 06, 2002 | |
| 15 | PL'S COPY OF REG# | Sep 19, 2002 | |
| 16 | D'S OP TO MOT TO EXTEND | Sep 19, 2002 | |
| 17 | P'S REPLY FOR MOTION TO EXT | Sep 24, 2002 | |
| 18 | P'S MOTION GRANTED/TRAIL DATES RESET | Nov 05, 2002 | |

| 19 | P'S NOTICE OF RELIANCE | Dec 16, 2002 |
| 20 | DEF'S NOTICE OF FILING OF CERTIFIED TRANSCRIPT OF ARMAN FALSAFI | Jan 02, 2003 |
| 21 | D'S CERTIFIED TRANSCRIPT | Jan 24, 2003 |
| 22 | PL'S MAIN BRIEF | Jun 02, 2003 |
| 23 | PL'S REQUEST FOR ORAL HEARING | Jun 09, 2003 |
| 24 | DEF'S TRIAL BRIEF | Jul 03, 2003 |
| 25 | ORAL HEARING SCHEDULED 09/25/03 | Jul 24, 2003 |
| 26 | P'S REPLY BRIEF | Jul 28, 2003 |
| 27 | ORAL HEARING SCHEDULED 10/09/03 | Sep 24, 2003 |
| 28 | REQUEST FOR ORAL HEARING | Sep 23, 2003 |
| 29 | APPEARANCE RECORD | Oct 09, 2003 |
| 30 | BOARD'S DECISION: DISMISSED | Apr 08, 2004 |
| 31 | TERMINATED | Jul 14, 2004 |
| 32 | TERMINATED | Sep 22, 2004 |

## Type of Proceeding: Opposition

**Proceeding Number:** 91117543

**Filing Date:** Mar 16, 2000

**Status:** Terminated

**Status Date:** Apr 08, 2004

**Interlocutory Attorney:** ANDREW P BAXLEY

### Defendant

**Name:** GLOBIX CORPORATION

**Correspondent** AMY J. BENJAMIN
**Address:** DARBY & DARBY, P.C.
805 THIRD AVENUE
NEW YORK NY , 10022
UNITED STATES

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| GLOBIX COMMUNICATIONS | Abandoned - No Statement Of Use Filed | 75475753 | |

### Plaintiff(s)

**Name:** CHICAGO MERCANTILE EXCHANGE, INC.

**Correspondent** CHRISTOPHER N. BOLINGER
**Address:** BRINKS HOFER GILSON & LIONE
P. O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| GLOBEX | Renewed | 73743753 | 1576888 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | FILED AND FEE | Mar 16, 2000 | |
| 2 | NOTICE SENT; TRIAL DATES RESET; ANSWER DUE | Jun 07, 2000 | Jul 17, 2000 |
| 3 | PENDING, INSTITUTED | Jun 07, 2000 | |
| 4 | DEF CHANGE OF ADDRESS | Jul 20, 2000 | |
| 5 | OPP REMAILED;TRIAL DATES SET, ANSWER DUE 40 DAYS | Feb 15, 2001 | |
| 6 | DEF MOT TO EXT W/CON | Mar 27, 2001 | |
| 7 | DEF MOT TO EXT W/CON CHANGE OF ADDRESS | May 25, 2001 | |
| 8 | ANSWER | Jul 27, 2001 | |
| 9 | PL'S MOT TO EXT W/CON | Oct 10, 2001 | |
| 10 | PL'S STIP. MOTION TO EXTEND DISCOVERY AN D TESTIMONY PERIODS | Feb 04, 2002 | |
| 11 | PL'S STIP. MOTION TO EXTEND DISCOVERY AN D TESTIMONY PERIOD | Mar 04, 2002 | |
| 12 | PL'S MOT TO CONSOLIDATE W/123,117 AND 11 7,620 | Apr 12, 2002 | |
| 13 | GRNT'D CONSOLIDATION W/123117 AND 123543 ; TRIAL DATES RESET | May 30, 2002 | |

| 14 | PL'S REVOC & P/A | Jun 03, 2002 |
| 15 | P'S NOTICE OF RELIANCE | Sep 18, 2002 |
| 16 | PL'S COMMUNICATION | Oct 15, 2002 |
| 17 | TESTIMONY FOR PLAINTIFF | Dec 05, 2002 |
| 18 | TESTIMONY FOR DEFENDANT | Dec 12, 2002 |
| 19 | DEFENDANT'S NOTICE OF TAKING TESTIMONY | Jan 24, 2003 |
| 20 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Feb 27, 2003 |
| 21 | DELETE ENTRY | Mar 21, 2003 |
| 22 | GRANTED P'S #20 | Mar 21, 2003 |
| 23 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | May 02, 2003 |
| 24 | PL MAIN BRIEF | Jun 02, 2003 |
| 25 | DEF TRIAL BREIF | Jul 03, 2003 |
| 26 | DEFENDANT'S NOTICE OF RELIANCE | Nov 15, 2002 |
| 27 | PL REQUEST FOR ORAL HEARING | Jun 09, 2003 |
| 28 | ORAL HEARING SCHEDULED 09/25/03 | Jul 24, 2003 |
| 29 | PL'S REPLY BRIEF | Jul 21, 2003 |
| 30 | REQUEST TO RESCHEDULE ORAL HEARING | Sep 24, 2003 |
| 31 | PL'S REQ TO RESCHEDULE ORAL HEARING | Sep 19, 2003 |
| 32 | ORAL HEARING SCHEDULED 10/09/03 | Sep 24, 2003 |
| 33 | APPEARANCE RECORD | Oct 09, 2003 |
| 34 | BOARD'S DECISION: DISMISSED | Apr 08, 2004 |
| 35 | TERMINATED | Jul 12, 2004 |

## Type of Proceeding: Opposition

| | |
|---|---|
| Proceeding Number: 91123117 | Filing Date: Mar 14, 2000 |
| Status: Terminated | Status Date: Sep 14, 2004 |
| Interlocutory Attorney: ANDREW P BAXLEY | |

### Defendant

Name: GLOBIX CORPORATION

Correspondent AMY J. BENJAMIN
Address: DARBY & DARBY P.C.
805 THIRD AVENUE
NEW YORK NY , 10022
UNITED STATES

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBIX | Cancelled - Section 8 | 75476115 | 3013469 |

### Plaintiff(s)

Name: CHICAGO MERCANTILE EXCHANGE, INC.

Correspondent CHRISTOPHER N. BOLINGER
Address: BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBEX | Renewed | 73743753 | 1576888 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 14, 2000 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Oct 31, 2001 | Dec 10, 2001 |
| 3 | PENDING, INSTITUTED | Oct 31, 2001 | |
| 4 | ANSWER | Dec 10, 2001 | |
| 5 | PL'S MOT TO EXT W/CON | Apr 12, 2002 | |

| 6 | PARTIES MOTION TO CONSOLIDATE 123117 W/1 17543 | Apr 12, 2002 |
| 7 | GRANTED CONSOLIDATION W/117,543 AND 117, 620; TRIAL DATES RESET | May 30, 2002 |
| 8 | PL'S REVOC AND P/A | Jun 03, 2002 |
| 9 | D'S NOTICE OF RELIANCE | Nov 15, 2002 |
| 10 | ORAL HEARING SCHEDULED 09/25/03 | Jul 24, 2003 |
| 11 | ORAL HEARING CANCELLED | Sep 23, 2003 |
| 12 | REQUEST FOR RESCHEDULED ORAL ARGUMENT | Sep 19, 2003 |
| 13 | ORAL HEARING SCHEDULED 10/09/2003 | Sep 24, 2003 |
| 14 | APPEARANCE RECORD | Oct 09, 2003 |
| 15 | BOARD'S DECISION: DISMISSED | Apr 08, 2004 |
| 16 | TERMINATED | Sep 14, 2004 |

## Type of Proceeding: Opposition

**Proceeding Number:** 91113488     **Filing Date:** Nov 23, 1993

**Status:** Terminated     **Status Date:** Apr 15, 1999

**Interlocutory Attorney:** ANGELA LYKOS

### Defendant

**Name:** DEUTSCHE MESSE AG

**Correspondent** SUSAN A. RICHARDS
**Address:** FOLEY & LARDNER
3000 K STREET, N.W. SUITE 500
WASHINGTON DC , 20007
UNITED STATES

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| GLOBIS | Cancelled - Section 8 | 75258514 | 3051910 |

### Plaintiff(s)

**Name:** CHICAGO MERCANTILE EXCHANGE

**Correspondent** THOMAS L. HOLT
**Address:** BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| GLOBEX | Renewed | 73743753 | 1576888 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | FILED AND FEE | Nov 23, 1998 | |
| 2 | PENDING, INSTITUTED | Apr 15, 1999 | |
| 3 | DEF'S REQ TO EXT TIME W/CONSENT | May 21, 1999 | |
| 4 | DEF'S REQ TO EXT TIME W/CONSENT | Jun 22, 1999 | |
| 5 | DEF'S REQ TO EXT TIME W/CONSENT | Jul 23, 1999 | |
| 6 | PROC.'S SUSP. SIX MONTHS | Jul 28, 1999 | |
| 7 | PL'S MOT TO SUSPEND PROCEEDINGS W/CON | Feb 02, 2000 | |
| 8 | DEF'S MOT TO SUSPEND PROCEEDINGS W/CON | Aug 07, 2000 | |
| 9 | DEF'S MOT TO SUSPEND PROCEEDINGS W/CON | Jan 18, 2001 | |
| 10 | DEF'S MOT TO SUSPEND PROCEEDINGS | May 30, 2001 | |
| 11 | SUSPENDED | Jun 05, 2001 | |
| 12 | PL'S MOT TO SUSPEND PROCEEDINGS | Dec 07, 2001 | |
| 13 | PL'S REV AND SUBSTITUTION OF POWER OF AT TORNEY | Jun 03, 2002 | |
| 14 | ANSWER DUE: 9/8/02; TRIAL DATES RESET | Aug 09, 2002 | |
| 15 | D'S MOT FOR EXTEN. OF TIME W/ CONSENT | Sep 09, 2002 | |
| 16 | D'S MOT FOR EXTEN. OF TIME W/ CONSENT | Oct 04, 2002 | |

| 17 | SUSPENDED | Oct 28, 2002 |
| 18 | STIP TO SUSPEND PROCEEDINGS; AMENDMENT | Apr 25, 2003 |
| 19 | SUSPENDED | May 29, 2003 |
| 20 | BD'S DECISION: DISMISSED W/O PREJUDICE | Mar 07, 2005 |
| 21 | TERMINATED | Mar 07, 2005 |

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,448,961
Registered May 8, 2001

## SERVICE MARK
## PRINCIPAL REGISTER

## GLOBEX

P-M-T LIMITED PARTNERSHIP (ILLINOIS LIM-
ITED PARTNERSHIP)
30 SOUTH WACKER DRIVE
CHICAGO, IL 60606

FOR: CONDUCTING COMMODITIES, SECURI-
TIES, MONETARY AND FINANCIAL INSTRU-
MENTS FUTURES AND OPTIONS EXCHANGE
SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1992; IN COMMERCE 0-0-1992.

OWNER OF U.S. REG. NO. 1,576,888.

SER. NO. 75-886,451, FILED 1-4-2000.

BARBARA RUTLAND, EXAMINING ATTORNEY

**Int. Cl.: 36**

**Prior U.S. Cls.: 100, 101 and 102**

**Reg. No. 2,448,961**

**United States Patent and Trademark Office**   Registered May 8, 2001

## SERVICE MARK
## PRINCIPAL REGISTER

## GLOBEX

P-M-T LIMITED PARTNERSHIP (ILLINOIS LIM-
ITED PARTNERSHIP)
30 SOUTH WACKER DRIVE
CHICAGO, IL 60606

FOR: CONDUCTING COMMODITIES, SECURI-
TIES, MONETARY AND FINANCIAL INSTRU-
MENTS FUTURES AND OPTIONS EXCHANGE
SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1992; IN COMMERCE 0-0-1992.

OWNER OF U.S. REG. NO. 1,576,888.

SER. NO. 75-886,451, FILED 1-4-2000.

BARBARA RUTLAND, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2016-04-21 10:34:05 EDT

**Mark:** GLOBEX

**GLOBEX**

**US Serial Number:** 75886451

**US Registration Number:** 2448961

**Register:** Principal

**Mark Type:** Service Mark

**Status:** The registration has been renewed.

**Status Date:** Apr. 01, 2011

**Publication Date:** Feb. 13, 2001

**Application Filing Date:** Jan. 04, 2000

**Registration Date:** May 08, 2001

# Mark Information

**Mark Literal Elements:** GLOBEX

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

# Related Properties Information

**Claimed Ownership of US Registrations:** 1576888

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** conducting commodities, securities, monetary and financial instruments futures and options exchange services

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** 1992

**Use in Commerce:** 1992

# Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

# Current Owner(s) Information

**Owner Name:** CHICAGO MERCANTILE EXCHANGE, INC.

**Owner Address:** 20 SOUTH WACKER DRIVE

CHICAGO, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country** DELAWARE
**Where Organized:**

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Joseph T. Kucala, Jr.

**Docket Number:** 13271/1106

**Attorney Primary** officeactions@norvellip.com
**Email Address:**

**Attorney Email** Yes
**Authorized:**

**Correspondent**

**Correspondent** Joseph T. Kucala, Jr.
**Name/Address:** Norvell IP llc
PO Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-** officeactions@norvellip.com officeactions@norvell
**mail:** ip.com

**Correspondent e-** Yes
**mail Authorized:**

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 07, 2012 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Feb. 07, 2012 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Apr. 01, 2011 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 73376 |
| Apr. 01, 2011 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Mar. 29, 2011 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | 73376 |
| Apr. 01, 2011 | REVIEW OF CORRESPONDENCE COMPLETE | 73376 |
| Apr. 01, 2011 | REVIEW OF CORRESPONDENCE COMPLETE | 73376 |
| Mar. 30, 2011 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 73376 |
| Mar. 29, 2011 | TEAS SECTION 8 & 9 RECEIVED | |
| May 11, 2010 | NOTICE OF SUIT | |
| Jun. 07, 2007 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 60234 |
| Jun. 05, 2007 | ASSIGNED TO PARALEGAL | 60234 |
| May 04, 2007 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| May 04, 2007 | PAPER RECEIVED | |
| Nov. 02, 2006 | CASE FILE IN TICRS | |
| Jun. 23, 2006 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Jun. 23, 2006 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| May 08, 2001 | REGISTERED-PRINCIPAL REGISTER | |
| Feb. 13, 2001 | PUBLISHED FOR OPPOSITION | |
| Jan. 12, 2001 | NOTICE OF PUBLICATION | |
| Sep. 07, 2000 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 16, 2000 | EXAMINER'S AMENDMENT MAILED | |
| Aug. 14, 2000 | ASSIGNED TO EXAMINER | 76626 |
| Mar. 18, 2000 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | |

# Maintenance Filings or Post Registration Information

**Affidavit of** Section 8 - Accepted
**Continued Use:**

**Affidavit of** Section 15 - Accepted
**Incontestability:**

**Renewal Date:** May 08, 2011

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE       **Date in Location:** Apr. 01, 2011

# Assignment Abstract Of Title Information

### Summary

**Total Assignments:** 1                                          **Registrant:** P-M-T Limited Partnership

### Assignment 1 of 1

**Conveyance:** ASSET PURCHASE AGREEMENT

**Reel/Frame:** 2410/0641                                   **Pages:** 14

**Date Recorded:** Dec. 17, 2001

**Supporting Documents:** assignment-trm-2410-0641.pdf

#### Assignor

**Name:** P-M-T LIMITED PARTNERSHIP            **Execution Date:** May 01, 2000

**Legal Entity Type:** LIMITED PARTNERSHIP       **State or Country Where Organized:** ILLINOIS

#### Assignee

**Name:** CHICAGO MERCANTILE EXCHANGE, INC.

**Legal Entity Type:** CORPORATION                **State or Country Where Organized:** DELAWARE

**Address:** 30 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606

#### Correspondent

**Correspondent Name:** LESLIE BERTAGNOLLI

**Correspondent Address:** ONE PRUDENTIAL PLAZA
130 EAST RANDOLPH DRIVE
SUITE 3500
CHICAGO, IL 60601

**Domestic Representative - Not Found**

# Proceedings

### Summary

**Number of Proceedings:** 7

#### Type of Proceeding: Opposition

**Proceeding Number:** 91216483                        **Filing Date:** May 21, 2014

**Status:** Terminated                                       **Status Date:** Sep 02, 2014

**Interlocutory Attorney:** ELIZABETH A DUNN

#### Defendant

**Name:** UMN, LLC

**Correspondent Address:** ELY W SLUDER
RAYNDON LAW GROUP PLC
5001 N GRANITE REEF ROAD
SCOTTSDALE AZ , 85250-7456
UNITED STATES

**Correspondent e-mail:** elyesqlaw@gmail.com , esluder@rayndon.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|

GLOBEX                                    Abandoned - After Inter-Partes Decision            86011936

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** TATYANA V GILLES
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-mail:** tgilles@norvellip.com , jkucala@norvellip.com , officeactions@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| GLOBEX | Renewed | 73743753 | 1576888 |
| GLOBEX | Renewed | 75886451 | 2448961 |
| CME GLOBEX | Section 8 and 15 - Accepted and Acknowledged | 78834279 | 3193924 |
| | Second Extension - Granted | 86287258 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|-------------|------|----------|
| 1 | FILED AND FEE | May 21, 2014 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 22, 2014 | Jul 01, 2014 |
| 3 | PENDING, INSTITUTED | May 22, 2014 | |
| 4 | NOTICE OF DEFAULT | Jul 17, 2014 | |
| 5 | BD DECISION: SUSTAINED | Sep 02, 2014 | |
| 6 | TERMINATED | Sep 02, 2014 | |

**Type of Proceeding: Opposition**

**Proceeding Number:** 91209755        **Filing Date:** Apr 13, 2014

**Status:** Terminated        **Status Date:** Jun 03, 2015

**Interlocutory Attorney:** BENJAMIN U OKEKE

**Defendant**

**Name:** Globex International Inc.

**Correspondent** MONICA P MCCABE
**Address:** VANDENBERG & FELIU LLP
60 E 42ND ST FL 51
NEW YORK NY , 10165 0042
UNITED STATES

**Correspondent e-mail:** trademarks@vanfeliu.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| GLOBEX | Abandoned - After Inter-Partes Decision | 85637719 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** JOSEPH T KUCALA JR
**Address:** NORVELL IP LLC
357 W CHICAGO AVE, SUITE 200
CHICAGO IL , 60654
UNITED STATES

**Correspondent e-mail:** tgilles@norvellip.com , officeactions@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| GLOBEX | Renewed | 73743753 | 1576888 |
| GLOBEX | Renewed | 75886451 | 2448961 |
| CME GLOBEX | Section 8 and 15 - Accepted and Acknowledged | 78834279 | 3193924 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 13, 2013 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 13, 2013 | Apr 22, 2013 |
| 3 | PENDING, INSTITUTED | Mar 13, 2013 | |
| 4 | D MOT FOR EXT W/ CONSENT | Apr 22, 2013 | |
| 5 | EXTENSION OF TIME GRANTED | Apr 22, 2013 | |
| 6 | P CHANGE OF CORRESP ADDRESS | May 15, 2013 | |
| 7 | D MOT FOR EXT W/ CONSENT | May 17, 2013 | |
| 8 | EXTENSION OF TIME GRANTED | May 17, 2013 | |
| 9 | D MOT FOR EXT W/ CONSENT | Jun 13, 2013 | |
| 10 | EXTENSION OF TIME GRANTED | Jun 13, 2013 | |
| 11 | D MOT FOR EXT W/ CONSENT | Jul 17, 2013 | |
| 12 | EXTENSION OF TIME GRANTED | Jul 17, 2013 | |
| 13 | D MOT FOR EXT W/ CONSENT | Aug 19, 2013 | |
| 14 | EXTENSION OF TIME GRANTED | Aug 19, 2013 | |
| 15 | D MOT FOR EXT W/ CONSENT | Sep 17, 2013 | |
| 16 | EXTENSION OF TIME GRANTED | Sep 17, 2013 | |
| 17 | D MOT FOR EXT W/ CONSENT | Oct 17, 2013 | |
| 18 | EXTENSION OF TIME GRANTED | Oct 17, 2013 | |
| 19 | D MOT FOR EXT W/ CONSENT | Nov 14, 2013 | |
| 20 | EXTENSION OF TIME GRANTED | Nov 14, 2013 | |
| 21 | D MOT FOR EXT W/ CONSENT | Dec 16, 2013 | |
| 22 | EXTENSION OF TIME GRANTED | Dec 16, 2013 | |
| 23 | D MOT FOR EXT W/ CONSENT | Jan 16, 2014 | |
| 24 | EXTENSION OF TIME GRANTED | Jan 16, 2014 | |
| 25 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Feb 11, 2014 | |
| 26 | SUSPENDED | Feb 11, 2014 | |
| 27 | D MOT FOR EXT W/ CONSENT | Mar 13, 2014 | |
| 28 | EXTENSION OF TIME GRANTED | Mar 13, 2014 | |
| 29 | D MOT FOR EXT W/ CONSENT | Apr 13, 2014 | |
| 30 | EXTENSION OF TIME GRANTED | Apr 15, 2014 | |
| 31 | D MOT FOR EXT W/ CONSENT | May 15, 2014 | |
| 32 | EXTENSION OF TIME GRANTED | May 21, 2014 | |
| 33 | D MOT FOR EXT W/ CONSENT | Jun 06, 2014 | |
| 34 | EXTENSION OF TIME GRANTED | Jun 12, 2014 | |
| 35 | D MOT FOR EXT W/ CONSENT | Jul 14, 2014 | |
| 36 | EXTENSION OF TIME GRANTED | Jul 25, 2014 | |
| 37 | D MOT FOR EXT W/ CONSENT | Aug 13, 2014 | |
| 38 | EXTENSION OF TIME GRANTED | Aug 18, 2014 | |
| 39 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Oct 10, 2014 | |
| 40 | EXTENSION OF TIME GRANTED | Nov 21, 2014 | |
| 41 | STIP FOR EXT | Dec 11, 2014 | |
| 42 | ANSWER | Dec 15, 2014 | |
| 43 | EXTENSION OF TIME GRANTED | Dec 29, 2014 | |
| 44 | W/DRAW OF APPLICATION | May 29, 2015 | |
| 45 | BD DECISION: DISMISSED W/O PREJ | Jun 03, 2015 | |
| 46 | TERMINATED | Jun 03, 2015 | |

### Type of Proceeding: Opposition

**Proceeding Number:** 91156998

**Filing Date:** Jun 23, 2003

**Status:** Terminated

**Status Date:** Jan 08, 2005

**Interlocutory Attorney:** ANGELA LYKOS

**Defendant**

**Name:** OBEX Group LLC

**Correspondent** STEPHEN B. SALAI
**Address:** HARTER SECREST & EMERY LLP
1600 BAUSCH & LOMB PLACE
ROCHESTER NY , 14604-2711
UNITED STATES

**Associated marks**

| Mark | | Application Status | Serial Number | Registration Number |
|------|--|-------------------|---------------|---------------------|
| OBEX | | Renewed | 76358489 | 2947213 |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** JOHN T. GABRIELIDES
**Address:** BRINKS, HOFER, GILSON & LIONE
P.O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

**Associated marks**

| Mark | | Application Status | Serial Number | Registration Number |
|------|--|-------------------|---------------|---------------------|
| GLOBEX | | Renewed | 75886451 | 2448961 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | FILED AND FEE | Jun 23, 2003 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jul 10, 2003 | Aug 19, 2003 |
| 3 | PENDING, INSTITUTED | Jul 10, 2003 | |
| 4 | ANSWER | Sep 08, 2003 | |
| 5 | PL'S MOTION TO CONSOLIDATE IS GRANTED | Apr 19, 2004 | |
| 6 | BD'S DECISION: DISMISSED W/ PREJUDICE | Jan 06, 2005 | |
| 7 | TERMINATED | Jan 06, 2005 | |
| 8 | PL'S W/D OF OPPOSITIONS | Jan 06, 2005 | |
| 9 | TERMINATED | Jan 11, 2005 | |

**Type of Proceeding: Opposition**

**Proceeding Number:** 91155956    **Filing Date:** Mar 31, 2003

**Status:** Terminated    **Status Date:** Apr 14, 2003

**Interlocutory Attorney:** ANGELA LYKOS

**Defendant**

**Name:** GLOBIX CORPORATION

**Correspondent** AMANDA LAURA NYE
**Address:** DARBY & DARBY P.C.
805 THIRD AVENUE
NEW YORK NY , 10022
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| GLOBIX THE GLOBAL INTERNET EXCHANGE | Cancelled - Section 8 | 76096722 | 2947095 |

**Plaintiff(s)**

**Name:** CHICAGO MERCHANTILE EXCHANGE INC.

**Correspondent** CHRISTOPHER N. BOLINGER
**Address:** BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| GLOBEX | Renewed | 75886451 | 2448961 |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 31, 2003 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Apr 14, 2003 | May 24, 2003 |
| 3 | PENDING, INSTITUTED | Apr 14, 2003 | |
| 4 | ANSWER AND AFFIRMATIVE DEF | May 27, 2003 | |
| 5 | D'S MOT TO SUSPEND W/CON | Sep 29, 2003 | |
| 6 | SUSPENDED | Oct 28, 2003 | |
| 7 | PROC ARE SUSPENDED PENDING FINAL DEP | Mar 08, 2004 | |
| 8 | DEF'S FINAL ORDER AND REQ FOR ORDER DISMISSING THE OPP | Jun 29, 2004 | |
| 9 | BD'S DECISION: DISMISSED W/ PREJUDICE | Sep 22, 2004 | |
| 10 | TERMINATED | Sep 22, 2004 | |

## Type of Proceeding: Extension of Time

**Proceeding Number:** 76096722     **Filing Date:** Mar 08, 2003

**Status:** Terminated     **Status Date:** Mar 08, 2003

**Interlocutory Attorney:**

### Defendant

**Name:** GLOBIX CORPORATION

**Correspondent Address:** AMANDA LAURA NYE
DARBY & DARBY P.C.
805 THIRD AVENUE
NEW YORK NY , 10022
UNITED STATES

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBIX THE GLOBAL INTERNET EXCHANGE | Cancelled - Section 8 | 76096722 | 2947095 |

### Potential Opposer(s)

**Name:** CHICAGO MERCANTILE EXCHANGE INC.

**Correspondent Address:** CHRISTOPHER N. BOLINGER
BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

**Name:** CHICAGO MERCHANTILE EXCHANGE INC.

**Correspondent Address:** CHRISTOPHER N. BOLINGER
BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBEX | Renewed | 75886451 | 2448961 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | INCOMING - EXT TIME TO OPPOSE FILED | Dec 23, 2002 | |
| 2 | EXTENSION OF TIME GRANTED | Mar 08, 2003 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91155368     **Filing Date:** Feb 10, 2003

**Status:** Terminated     **Status Date:** Jan 09, 2005

**Interlocutory Attorney:** ANGELA LYKOS

### Defendant

**Name:** OBEX Group LLC

**Correspondent** STEPHEN B. SALAI
**Address:** HARTER SECREST & EMERY LLP
1600 BAUSCH & LOMB PLACE
ROCHESTER NY , 14604-2711
UNITED STATES

**Associated marks**

| Mark | | Application Status | Serial Number | Registration Number |
|------|--|--------------------|---------------|---------------------|
| OBEX | | Renewed | 76353119 | 2983491 |

**Plaintiff(s)**

**Name:** CHICAGO MERCANTILE EXCHANGE, INC.

**Correspondent** CHRISTOPHER N. BOLINGER
**Address:** BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

**Associated marks**

| Mark | | Application Status | Serial Number | Registration Number |
|------|--|--------------------|---------------|---------------------|
| GLOBEX | | Renewed | 75886451 | 2448961 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | FILED AND FEE | Feb 10, 2003 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 06, 2003 | Apr 15, 2003 |
| 3 | PENDING, INSTITUTED | Mar 06, 2003 | |
| 4 | D'S RESPONSE TO MOT FOR DEFAULT JUDGMENT | Jul 01, 2003 | |
| 5 | P'S MOTION FOR DEFAULT JUDGEMENT | Jun 23, 2003 | |
| 6 | CONSENTED MOTIO TO CONSOLIDATE PENDING INTER PARTES PROCEEDINGS | Aug 14, 2003 | |
| 7 | CONSENTED MOT TO EXTEND DISC. & TRIAL PERIODS PEND MOT TO CONSOLIDATE INTER PARTES PROCEEDINGS | Sep 22, 2003 | |
| 8 | D'S MOT FOR EXTEN. OF TIME W/ CONSENT | Sep 22, 2003 | |
| 9 | D'S CONSENTED MOTION TO EXTEND | Jan 15, 2004 | |
| 10 | D'S CONSENTED MOTION TO EXTEND TRIAL DATES | Mar 08, 2004 | |
| 11 | TRIAL DATES REMAIN AS SET ON 3/8/04 | Apr 19, 2004 | |
| 12 | DEFENDANT'S REQUEST FOR SUSPENSION | May 24, 2004 | |
| 13 | SUSPENDED | Jun 04, 2004 | |
| 14 | WITHDRAWAL OF OPPOSITION | Jan 06, 2005 | |
| 15 | BD'S DECISION: DISMISSED W/ PREJUDICE | Jan 06, 2005 | |
| 16 | TERMINATED | Jan 06, 2005 | |
| 17 | WITHDRAWAL OF OPPOSITION | Jan 06, 2005 | |
| 18 | TERMINATED | Jan 11, 2005 | |

**Type of Proceeding: Extension of Time**

**Proceeding Number:** 76353119

**Filing Date:** Feb 06, 2003

**Status:** Terminated

**Status Date:** Feb 06, 2003

**Interlocutory Attorney:**

**Defendant**

**Name:** OBEX Group LLC

**Correspondent** STEPHEN B. SALAI
**Address:** HARTER SECREST & EMERY LLP
1600 BAUSCH & LOMB PLACE
ROCHESTER NY , 14604-2711
UNITED STATES

**Associated marks**

| Mark | | Application Status | Serial Number | Registration Number |
|------|--|--------------------|---------------|---------------------|
| OBEX | | Renewed | 76353119 | 2983491 |

**Potential Opposer(s)**

**Name:** CHICAGO MERCANTILE EXCHANGE, INC.

**Correspondent** CHRISTOPHER N. BOLINGER
**Address:** BRINKS, HOFER, GILSON, & LIONE
P.O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

**Name:** CHICAGO MERCANTILE EXCHANGE, INC.

**Correspondent** CHRISTOPHER N. BOLINGER
**Address:** BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|---------------------|----------------|----------------------|
| GLOBEX | Renewed | 75886451 | 2448961 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | INCOMING - EXT TIME TO OPPOSE FILED | Nov 05, 2002 | |
| 2 | EXTENSION OF TIME GRANTED | Feb 06, 2003 | |
| 3 | INCOMING - EXT TIME TO OPPOSE FILED | Jan 09, 2003 | |
| 4 | EXTENSION OF TIME GRANTED | Feb 06, 2003 | |
| 5 | TERMINATED | Mar 06, 2003 | |

# United States of America
## United States Patent and Trademark Office

# GLOBEX

**Reg. No. 4,684,887**

**Registered Feb. 10, 2015**

**Int. Cls.: 36 and 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

CHICAGO MERCANTILE EXCHANGE INC. (DELAWARE CORPORATION)
20 SOUTH WACKER DRIVE
CHICAGO, IL 60606

FOR: CONDUCTING COMMODITIES, SECURITIES, MONETARY AND FINANCIAL IN-
STRUMENTS FUTURES AND OPTIONS EXCHANGE SERVICES; ELECTRONIC FINANCIAL
TRADING SERVICES; PROVIDING ELECTRONIC TRADING SERVICES IN THE FIELD OF
FUTURES, OPTIONS, SWAPS, AND OTHER DERIVATIVE CONTRACTS VIA AN ELEC-
TRONIC TRADING PLATFORM; FINANCIAL RISK MANAGEMENT; FINANCIAL INFORM-
ATION SERVICES, NAMELY, PROVIDING MARKET DATA; FINANCIAL INFORMATION
PROVIDED BY ELECTRONIC MEANS IN THE FIELD OF FUTURES, OPTIONS, SWAPS,
AND OTHER DERIVATIVE CONTRACTS; FINANCIAL TRADE PROCESSING SERVICES,
NAMELY, TRADE COMPARISON, CONFIRMATION, CLEARANCE AND SETTLEMENT;
FINANCIAL CLEARING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-31-1992; IN COMMERCE 12-31-1992.

FOR: PROVIDING TEMPORARY ON-LINE USE OF NON-DOWNLOADABLE SOFTWARE
FOR TRADING, INCLUDING TRADE ORDER INITIATION AND DELIVERY, TRADE ORDER
ROUTING, TRADE ORDER MANAGEMENT AND CONVERSION TO A TRADE, CLEARING
AND SETTLEMENT, CONFIRMATION, TRADE ORDER PRICE VERIFICATION, PROVIDING
AND ACCESSING MARKET DATA, AND FINANCIAL TRADING RISK MANAGEMENT
FOR EXCHANGE MARKET TRANSACTIONS IN THE FIELD OF FUTURES, OPTIONS,
SWAPS, AND OTHER DERIVATIVE CONTRACTS; NON-DOWNLOADABLE COMPUTER
SOFTWARE FOR USE IN PROVIDING AN ELECTRONIC TRADING SYSTEM FOR EX-
CHANGE MARKET TRANSACTIONS IN THE FIELD OF FUTURES, OPTIONS, SWAPS,
AND OTHER DERIVATIVE CONTRACTS; PROVIDING TEMPORARY ON-LINE USE OF
AN ELECTRONIC TRADING PLATFORM FOR TRADING OF FUTURES, OPTIONS, SWAPS,
AND OTHER DERIVATIVE CONTRACTS; PLATFORM AS A SERVICE (PAAS) FEATURING
COMPUTER SOFTWARE PLATFORMS FOR TRADING OF FUTURES, OPTIONS, SWAPS,
AND OTHER DERIVATIVE CONTRACTS , IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 12-31-1992; IN COMMERCE 12-31-1992.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

**Reg. No. 4,684,887** OWNER OF U.S. REG. NOS. 1,576,888, 2,448,961, AND 3,193,924.

SER. NO. 86-975,529, FILED 5-21-2014.

KELLY BOULTON, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2016-04-21 10:36:06 EDT

**Mark:** GLOBEX

# GLOBEX

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86975529 | **Application Filing Date:** | May 21, 2014 |
| **US Registration Number:** | 4684887 | **Registration Date:** | Feb. 10, 2015 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Feb. 10, 2015

**Publication Date:** Nov. 25, 2014

## Mark Information

**Mark Literal Elements:** GLOBEX

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**International Registration Number:** 1248691, 1252937

**International Application(s) /Registration(s) Based on this Property:** A0049479/1248691, A0048086/1252937

**Claimed Ownership of US Registrations:** 1576888, 2448961, 3193924

**Child Of:** 86287258

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Conducting commodities, securities, monetary and financial instruments futures and options exchange services; electronic financial trading services; providing electronic trading services in the field of futures, options, swaps, and other derivative contracts via an electronic trading platform; financial risk management; financial information services, namely, providing market data; financial information provided by electronic means in the field of futures, options, swaps, and other derivative contracts; financial trade processing services, namely, trade comparison, confirmation, clearance and settlement; financial clearing services

| | | | |
|---|---|---|---|
| **International Class(es):** | 036 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Dec. 31, 1992 | **Use in Commerce:** | Dec. 31, 1992 |

**For:** Providing temporary on-line use of non-downloadable software for trading, including trade order initiation and delivery, trade order routing, trade order management and conversion to a trade, clearing and settlement, confirmation, trade order price verification,

providing and accessing market data, and financial trading risk management for exchange market transactions in the field of futures, options, swaps, and other derivative contracts; non-downloadable computer software for use in providing an electronic trading system for exchange market transactions in the field of futures, options, swaps, and other derivative contracts; providing temporary on-line use of an electronic trading platform for trading of futures, options, swaps, and other derivative contracts; platform as a service (PAAS) featuring computer software platforms for trading of futures, options, swaps, and other derivative contracts

| | | |
|---|---|---|
| **International Class(es):** 042 - Primary Class | **U.S Class(es):** 100, 101 | |
| **Class Status:** ACTIVE | | |
| **Basis:** 1(a) | | |
| **First Use:** Dec. 31, 1992 | **Use in Commerce:** Dec. 31, 1992 | |

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 South Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Tatyana V. Gilles

**Docket Number:** 13439-1412

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** TATYANA V. GILLES
NORVELL IP LLC
PO BOX 2461
CHICAGO, ILLINOIS 60690-2461
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 10, 2015 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 25, 2014 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Nov. 25, 2014 | PUBLISHED FOR OPPOSITION | |
| Nov. 05, 2014 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Oct. 20, 2014 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 77976 |
| Oct. 16, 2014 | NOTICE OF ACCEPTANCE OF AMENDMENT TO ALLEGE USE E-MAILED | |
| Oct. 15, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 15, 2014 | USE AMENDMENT ACCEPTED | 77762 |
| Oct. 14, 2014 | TEAS/EMAIL CORRESPONDENCE ENTERED | 77976 |
| Oct. 14, 2014 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 77976 |

| | | |
|---|---|---|
| Oct. 07, 2014 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Sep. 12, 2014 | NON-FINAL ACTION E-MAILED | |
| Sep. 12, 2014 | NON-FINAL ACTION WRITTEN | 77762 |
| Sep. 12, 2014 | AMENDMENT TO USE PROCESSING COMPLETE | 77976 |
| Sep. 12, 2014 | USE AMENDMENT FILED | 77976 |
| Sep. 12, 2014 | DATA MODIFICATION COMPLETED | 77976 |
| Sep. 04, 2014 | ASSIGNED TO EXAMINER | 77762 |
| Jul. 22, 2014 | DIVISIONAL PROCESSING COMPLETE | |
| Jul. 16, 2014 | DIVISIONAL REQUEST RECEIVED | |
| Jul. 21, 2014 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 71034 |
| Jul. 16, 2014 | TEAS REQUEST TO DIVIDE RECEIVED | |
| Jul. 16, 2014 | TEAS AMENDMENT OF USE RECEIVED | |
| Jun. 17, 2014 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 77976 |
| Jun. 16, 2014 | ASSIGNED TO LIE | 77976 |
| Jun. 04, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 03, 2014 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| May 24, 2014 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION          **Date In Location:** Feb. 10, 2015

# United States of America
## United States Patent and Trademark Office

# GLOBEX

**Reg. No. 5,166,758**

**Registered Mar. 21, 2017**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Chicago Mercantile Exchange Inc. (DELAWARE CORPORATION)
20 South Wacker Drive
Chicago, IL 60606

CLASS 9: Computer software for use in financial trading, including trade order initiation and delivery, trade order routing, trade order management and conversion to a trade, clearing and settlement, confirmation, trade order price verification, providing and accessing market data, and financial trading risk management for exchange market transactions in the field of futures, options, swaps, and other derivative contracts; computer software for use in providing an electronic trading system for exchange market transactions in the field of futures, options, swaps, and other derivative contracts; computer software platform used for trading of futures, options, swaps, and other derivative contracts

FIRST USE 12-31-1992; IN COMMERCE 12-31-1992

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2448961, 1576888, 3193924

SER. NO. 86-287,258, FILED 05-21-2014
KELLY F BOULTON, EXAMINING ATTORNEY



Michelle K. Lee

Director of the United States
Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2019-02-17 16:31:49 EST

**Mark:** GLOBEX

# GLOBEX

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86287258 | **Application Filing Date:** | May 21, 2014 |
| **US Registration Number:** | 5166758 | **Registration Date:** | Mar. 21, 2017 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Mar. 21, 2017 | | |
| **Publication Date:** | Dec. 16, 2014 | **Notice of Allowance Date:** | Feb. 10, 2015 |

## Mark Information

**Mark Literal Elements:** GLOBEX

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**International Registration Number:** 1223068, 1249990, 1252807

**International Application(s)/Registration(s) Based on this Property:** A0043316/1223068, A0049475/1249990, A0048083/1252807

**Claimed Ownership of US Registrations:** 1576888, 2448961, 3193924

**Parent Of:** 86975529

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer software for use in financial trading, including trade order initiation and delivery, trade order routing, trade order management and conversion to a trade, clearing and settlement, confirmation, trade order price verification, providing and accessing market data, and financial trading risk management for exchange market transactions in the field of futures, options, swaps, and other derivative contracts; computer software for use in providing an electronic trading system for exchange market transactions in the field of futures, options, swaps, and other derivative contracts; computer software platform used for trading of futures, options, swaps, and other derivative contracts

| | | | |
|---|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Dec. 31, 1992 | **Use in Commerce:** | Dec. 31, 1992 |

# Basis Information (Case Level)

| | | |
|---|---|---|
| Filed Use: No | Currently Use: Yes | Amended Use: No |
| Filed ITU: Yes | Currently ITU: No | Amended ITU: No |
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

# Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 South Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Tatyana V. Gilles

**Docket Number:** 13439-1412

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** TATYANA V. GILLES
NORVELL IP LLC
PO BOX 2461
CHICAGO, ILLINOIS 60690-2461
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 21, 2017 | REGISTERED-PRINCIPAL REGISTER | |
| Feb. 15, 2017 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Feb. 14, 2017 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Feb. 14, 2017 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Feb. 13, 2017 | STATEMENT OF USE PROCESSING COMPLETE | 71034 |
| Feb. 08, 2017 | USE AMENDMENT FILED | 71034 |
| Feb. 13, 2017 | EXTENSION 4 GRANTED | 71034 |
| Feb. 08, 2017 | EXTENSION 4 FILED | 71034 |
| Feb. 08, 2017 | TEAS EXTENSION RECEIVED | |
| Feb. 08, 2017 | TEAS STATEMENT OF USE RECEIVED | |
| Aug. 23, 2016 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Aug. 20, 2016 | EXTENSION 3 GRANTED | 71034 |
| Aug. 10, 2016 | EXTENSION 3 FILED | 71034 |
| Aug. 10, 2016 | TEAS EXTENSION RECEIVED | |
| Feb. 13, 2016 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Feb. 12, 2016 | EXTENSION 2 GRANTED | 71034 |
| Feb. 09, 2016 | EXTENSION 2 FILED | 71034 |
| Feb. 09, 2016 | TEAS EXTENSION RECEIVED | |
| Aug. 19, 2015 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |

| Aug. 18, 2015 | EXTENSION 1 GRANTED | 71034 |
| Aug. 10, 2015 | EXTENSION 1 FILED | 71034 |
| Aug. 11, 2015 | NOTICE OF REVIVAL - E-MAILED | |
| Aug. 11, 2015 | EXTENSION RECEIVED WITH TEAS PETITION | |
| Aug. 11, 2015 | PETITION TO REVIVE-GRANTED | 88889 |
| Aug. 11, 2015 | TEAS PETITION TO REVIVE RECEIVED | |
| Feb. 10, 2015 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Dec. 16, 2014 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 16, 2014 | PUBLISHED FOR OPPOSITION | |
| Nov. 26, 2014 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Nov. 10, 2014 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 77976 |
| Nov. 04, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 28, 2014 | TEAS/EMAIL CORRESPONDENCE ENTERED | 77976 |
| Oct. 28, 2014 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 77976 |
| Oct. 20, 2014 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Sep. 10, 2014 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 10, 2014 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 10, 2014 | NON-FINAL ACTION WRITTEN | 77762 |
| Sep. 04, 2014 | ASSIGNED TO EXAMINER | 77762 |
| Jul. 22, 2014 | DIVISIONAL PROCESSING COMPLETE | |
| Jul. 16, 2014 | DIVISIONAL REQUEST RECEIVED | |
| Jul. 21, 2014 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 71034 |
| Jul. 16, 2014 | TEAS REQUEST TO DIVIDE RECEIVED | |
| Jun. 17, 2014 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 77976 |
| Jun. 16, 2014 | ASSIGNED TO LIE | 77976 |
| Jun. 04, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 03, 2014 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| May 24, 2014 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION          **Date in Location:** Feb. 14, 2017

# Proceedings

**Summary**

**Number of Proceedings:** 1

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91216483 | **Filing Date:** | May 21, 2014 |
| **Status:** | Terminated | **Status Date:** | Sep 02, 2014 |
| **Interlocutory Attorney:** | ELIZABETH A DUNN | | |

**Defendant**

**Name:** UMN, LLC

**Correspondent** ELY W SLUDER
**Address:** RAYNDON LAW GROUP PLC
5001 N GRANITE REEF ROAD
SCOTTSDALE AZ , 85250-7456
UNITED STATES

**Correspondent e-mail:** elyesqlaw@gmail.com , esluder@rayndon.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|

GLOBEX                           Abandoned - After Inter-Partes Decision              **86011936**

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** TATYANA V GILLES
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-** tgilles@norvellip.com , jkucala@norvellip.com , officeactions@norvellip.com
**mail:**

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| GLOBEX | REGISTERED AND RENEWED | 73743753 | 1576888 |
| GLOBEX | REGISTERED AND RENEWED | 75886451 | 2448961 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| | Registered | 86287258 | 5166758 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | FILED AND FEE | May 21, 2014 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 22, 2014 | Jul 01, 2014 |
| 3 | PENDING, INSTITUTED | May 22, 2014 | |
| 4 | NOTICE OF DEFAULT | Jul 17, 2014 | |
| 5 | BD DECISION: SUSTAINED | Sep 02, 2014 | |
| 6 | TERMINATED | Sep 02, 2014 | |

Int. Cl.: 36

Prior U.S. Cl.: 102

## United States Patent Office

Reg. No. 1,085,682

Registered Feb. 14, 1978

### SERVICE MARK
Principal Register

## CHICAGO MERCANTILE EXCHANGE

Chicago Mercantile Exchange (Illinois not-for-profit corporation)
444 W. Jackson Blvd.
Chicago, Ill.  60606

For: CONDUCTING A SECURITY, MERCANTILE, COMMODITY AND MONETARY EXCHANGE AND PROVIDING SERVICES CONNECTED THEREWITH, in CLASS 36 (U.S. CL. 102).
First use 1919; in commerce 1919.

Ser. No. 134,561, filed July 20, 1977.

R. F. CISSEL, Examiner

**Generated on:** This page was generated by TSDR on 2019-02-17 16:32:08 EST

**Mark:** CHICAGO MERCANTILE EXCHANGE

**US Serial Number:** 73134561

**US Registration** 1085682
**Number:**

**Register:** Principal

**Mark Type:** Service Mark

**Status:** The registration has been renewed.

**Status Date:** Feb. 08, 2018

**Application Filing** Jul. 20, 1977
**Date:**

**Registration Date:** Feb. 14, 1978

## Mark Information

**Mark Literal** CHICAGO MERCANTILE EXCHANGE
**Elements:**

**Standard Character** No
**Claim:**

**Mark Drawing** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)
**Type:**

**Acquired** In whole
**Distinctiveness**
**Claim:**

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** CONDUCTING A SECURITY, MERCANTILE, COMMODITY AND MONETARY EXCHANGE AND PROVIDING SERVICES
CONNECTED THEREWITH

**International** 036 - Primary Class
**Class(es):**

**U.S Class(es):** 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** 1919

**Use in Commerce:** 1919

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** CHICAGO MERCANTILE EXCHANGE INC.

**Owner Address:** 20 S. WACKER DRIVE
CHICAGO, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country** DELAWARE
**Where Organized:**

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Christine A. Filarski

**Docket Number:** 13439-1082

**Attorney Primary** officeactions@norvellip.com
**Email Address:**

**Attorney Email** Yes
**Authorized:**

**Correspondent**

**Correspondent** Christine A. Filarski
**Name/Address:** Norvell IP llc
PO Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-** officeactions@norvellip.com officeactions@norvell
**mail:** ip.com

**Correspondent e-** Yes
**mail Authorized:**

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Feb. 08, 2018 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Feb. 08, 2018 | REGISTERED AND RENEWED (THIRD RENEWAL - 10 YRS) | 68502 |
| Feb. 08, 2018 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 68502 |
| Feb. 08, 2018 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 68502 |
| Jan. 19, 2018 | TEAS SECTION 8 & 9 RECEIVED | |
| Feb. 14, 2017 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 07, 2012 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 07, 2012 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jan. 23, 2008 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 66607 |
| Jan. 23, 2008 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jan. 22, 2008 | ASSIGNED TO PARALEGAL | 66607 |
| Jan. 17, 2008 | TEAS SECTION 8 & 9 RECEIVED | |
| Dec. 04, 2007 | CASE FILE IN TICRS | |
| Jun. 20, 2006 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Jun. 20, 2006 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Mar. 04, 1998 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Jan. 27, 1998 | REGISTERED - SEC. 9 FILED/CHECK RECORD FOR SEC. 8 | |
| Apr. 04, 1983 | REGISTERED - SEC. 8 (6-YR) ACCEPTED | |

# Maintenance Filings or Post Registration Information

**Affidavit of** Section 8 - Accepted
**Continued Use:**

**Affidavit of** Section 15 - Accepted
**Incontestability:**

**Renewal Date:** Feb. 14, 2018

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

Current Location: GENERIC WEB UPDATE                 Date in Location: Feb. 08, 2018

# Assignment Abstract Of Title Information

**Summary**

Total Assignments: 2                                 Registrant: CHICAGO MERCANTILE EXCHANGE

### Assignment 1 of 2

Conveyance: MERGER

Reel/Frame: 2724/0893                                Pages: 4

Date Recorded: May 05, 2003

Supporting assignment-tm-2724-0893.pdf
Documents:

**Assignor**

Name: CHICAGO MERCANTILE EXCHANGE          Execution Date: Nov. 09, 2000

Legal Entity Type: CORPORATION             State or Country ILLINOIS
                                           Where Organized:

**Assignee**

Name: CME TRANSITORY CO.

Legal Entity Type: CORPORATION             State or Country DELAWARE
                                           Where Organized:

Address: 30 SOUTH WACKER DRIVE
         CHICAGO, ILLINOIS 60606

**Correspondent**

Correspondent BRINKS HOFER GILSON & LIONE
Name:

Correspondent CHRISTOPHER N. BOLINGER
Address: P.O. BOX 10395
         CHICAGO, ILLINOIS 60610

**Domestic Representative - Not Found**

### Assignment 2 of 2

Conveyance: MERGER

Reel/Frame: 2725/0474                                Pages: 5

Date Recorded: May 05, 2003

Supporting assignment-tm-2725-0474.pdf
Documents:

**Assignor**

Name: CME TRANSITORY CO.                    Execution Date: Nov. 09, 2000

Legal Entity Type: CORPORATION             State or Country No Place Where Organized Found
                                           Where Organized:

**Assignee**

Name: CHICAGO MERCANTILE EXCHANGE INC.

Legal Entity Type: CORPORATION             State or Country DELAWARE
                                           Where Organized:

Address: 30 SOUTH WACKER DRIVE
         CHICAGO, ILLINOIS 60606

**Correspondent**

Correspondent BRINKS HOFER GILSON
Name:

Correspondent CHRISTOPHER N. BOLINGER
Address: P.O. BOX 10395
         CHICAGO, IL 60610

**Domestic Representative - Not Found**

# Proceedings

**Summary**

| Number of Proceedings: | 1 |
|---|---|

## Type of Proceeding: Opposition

| Proceeding Number: | 91238893 | Filing Date: | Jan 10, 2018 |
|---|---|---|---|
| Status: | Terminated | Status Date: | Sep 05, 2018 |
| Interlocutory Attorney: | MIKE WEBSTER | | |

### Defendant

| Name: | Church Mutual Insurance Company |
|---|---|
| Correspondent Address: | CHRISTOPHER P FOLEY FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP 901 NEW YORK AVENUE NW WASHINGTON DC , 20001 UNITED STATES |
| Correspondent e-mail: | docketing@finnegan.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMEXCHANGE | Abandoned - After Inter-Partes Decision | 87431426 | |

### Plaintiff(s)

| Name: | Chicago Mercantile Exchange Inc. |
|---|---|
| Correspondent Address: | CHRISTINE A FILARSKI NORVELL IP LLC PO BOX 2461 CHICAGO IL , 60690 UNITED STATES |
| Correspondent e-mail: | officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| CME FX$INDEX | Registered | 86963593 | 5211897 |
| CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 73134561 | 1085682 |

| CME GROUP APPROVED | | Fifth Extension - Granted | 86520059 |
| CME FX SPOT | | Third Extension - Granted | 87155844 |
| CME CLEARCHAIN | | Third Extension - Granted | 87141695 |
| CME FX LINK | | Notice of Allowance - Issued | 87689907 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 10, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 10, 2018 | Feb 19, 2018 |
| 3 | PENDING, INSTITUTED | Jan 10, 2018 | |
| 4 | ANSWER | Feb 20, 2018 | |
| 5 | P MOT TO STRIKE PLEADING/AFFIRMATIVE DEFENSE | Mar 13, 2018 | |
| 6 | D OPP/RESP TO MOTION | Mar 28, 2018 | |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 29, 2018 | |
| 8 | P REPLY IN SUPPORT OF MOTION | Apr 17, 2018 | |
| 9 | STIP FOR EXT | Jul 17, 2018 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 17, 2018 | |
| 11 | PROCEEDINGS RESUMED | Jul 17, 2018 | |
| 12 | W/DRAW OF APPLICATION | Aug 07, 2018 | |
| 13 | BD DECISION: OPP SUSTAINED | Sep 05, 2018 | |
| 14 | TERMINATED | Sep 05, 2018 | |

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,969,965

**United States Patent and Trademark Office**    Registered July 19, 2005

## SERVICE MARK
## PRINCIPAL REGISTER

# E-MINI

CHICAGO MERCANTILE EXCHANGE INC. (DE-
LAWARE CORPORATION)
30 SOUTH WACKER DRIVE
CHICAGO, IL 60606

FOR: FINANCIAL EXCHANGE SERVICES, IN
CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-9-1997; IN COMMERCE 9-9-1997.

SER. NO. 78-297,512, FILED 9-8-2003.

ALEXANDER L. POWERS, EXAMINING ATTOR-
NEY

**Generated on:** This page was generated by TSDR on 2019-02-17 16:32:41 EST

**Mark:** E-MINI

**US Serial Number:** 78297512

**US Registration Number:** 2969965

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**

**Application Filing Date:** Sep. 08, 2003

**Registration Date:** Jul. 19, 2005

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Aug. 07, 2015

**Publication Date:** Jan. 04, 2005

## Mark Information

**Mark Literal Elements:** E-MINI

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial exchange services

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Sep. 09, 1997

**Use in Commerce:** Sep. 09, 1997

## Basis Information (Case Level)

**Filed Use:** Yes

**Filed ITU:** No

**Filed 44D:** No

**Filed 44E:** No

**Filed 66A:** No

**Filed No Basis:** No

**Currently Use:** Yes

**Currently ITU:** No

**Currently 44E:** No

**Currently 66A:** No

**Currently No Basis:** No

# Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Chicago Mercantile Exchange Inc. |
| **Owner Address:** | 20 S. Wacker Drive<br>Chicago, ILLINOIS UNITED STATES 60606 |
| **Legal Entity Type:** | CORPORATION |

| | |
|---|---|
| **State or Country Where Organized:** | DELAWARE |

# Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Joseph T. Kucala, Jr. | **Docket Number:** | 13439-1099 |
| **Attorney Primary Email Address:** | officeactions@norvellip.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Joseph T. Kucala, Jr.<br>Norvell IP llc<br>PO Box 2461<br>Chicago, ILLINOIS UNITED STATES 60690 |
| **Phone:** | 888-315-0732 |
| **Correspondent e-mail:** | officeactions@norvellip.com officeactions@norvell<br>ip.com |

| | |
|---|---|
| **Fax:** | 312-268-5063 |
| **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 07, 2015 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Aug. 07, 2015 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 75184 |
| Aug. 07, 2015 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 75184 |
| Aug. 07, 2015 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 75184 |
| Jul. 15, 2015 | TEAS SECTION 8 & 9 RECEIVED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 07, 2012 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 07, 2012 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jun. 14, 2011 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 67723 |
| Jun. 14, 2011 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 67723 |
| May 12, 2011 | TEAS SECTION 8 & 15 RECEIVED | |
| Jun. 20, 2006 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Jun. 20, 2006 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jul. 19, 2005 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 04, 2005 | EXTENSION OF TIME TO OPPOSE PROCESS - TERMINATED | |
| May 26, 2005 | PREVIOUS ALLOWANCE COUNT WITHDRAWN | |
| Apr. 20, 2005 | LETTER OF PROTEST ACCEPTED | |
| Jan. 19, 2005 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Jan. 04, 2005 | PUBLISHED FOR OPPOSITION | |
| Dec. 15, 2004 | NOTICE OF PUBLICATION | |
| Oct. 29, 2004 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 76243 |
| Oct. 22, 2004 | ASSIGNED TO LIE | 76243 |
| Oct. 19, 2004 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 18, 2004 | AMENDMENT FROM APPLICANT ENTERED | 67215 |
| Oct. 07, 2004 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 67215 |
| Oct. 07, 2004 | PAPER RECEIVED | |
| Apr. 03, 2004 | NON-FINAL ACTION E-MAILED | |
| Mar. 27, 2004 | ASSIGNED TO EXAMINER | 73363 |

# Maintenance Filings or Post Registration Information

**Affidavit of** Section 8 - Accepted
**Continued Use:**

**Affidavit of** Section 15 - Accepted
**Incontestability:**

**Renewal Date:** Jul. 19, 2015

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE                    **Date in Location:** Aug. 07, 2015

# Proceedings

**Summary**

**Number of** 2
**Proceedings:**

| Type of Proceeding: Cancellation | |
|---|---|

**Proceeding** 92066802                              **Filing Date:** Sep 01, 2017
**Number:**

**Status:** Pending                                **Status Date:** Sep 01, 2017

**Interlocutory** ELIZABETH A DUNN
**Attorney:**

**Defendant**

**Name:** Barry Taylor

**Correspondent** Ruth Khalsa
**Address:** LEGALFORCE RAPC WORLDWIDE PC
446 E SOUTHERN AVENUE
TEMPE AZ UNITED STATES , 85282

**Correspondent e-** lfdisputes@legalforcelaw.com , ruth@legalforcelaw.com
**mail:**

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| EMINI-WATCH | Cancellation Pending | 85366130 | 4200951 |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** CHRISTINE A FILARSKI
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-** officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com
**mail:**

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| E-MINI | REGISTERED AND RENEWED | 78297512 | 2969965 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| | First Extension - Granted | 87593364 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Sep 01, 2017 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Sep 05, 2017 | Oct 15, 2017 |
| 3 | PENDING, INSTITUTED | Sep 05, 2017 | |
| 4 | ANSWER | Oct 06, 2017 | |
| 5 | AMENDED ANSWER | Oct 27, 2017 | |
| 6 | D APPEARANCE / POWER OF ATTORNEY | Nov 03, 2017 | |

| 7 | TRIAL DATES REMAIN AS SET | Nov 13, 2017 |
| 8 | D CHANGE OF CORRESP ADDRESS | Dec 29, 2017 |
| 9 | STIP PROTECTIVE ORDER | Feb 13, 2018 |
| 10 | UNDELIVERABLE MAIL | Feb 13, 2018 |
| 11 | STIP NOTED AND APPROVED | Feb 20, 2018 |
| 12 | STIP FOR EXT | Mar 15, 2018 |
| 13 | EXTENSION OF TIME GRANTED | Mar 15, 2018 |
| 14 | STIP FOR EXT | Jul 09, 2018 |
| 15 | EXTENSION OF TIME GRANTED | Jul 09, 2018 |
| 16 | P MOT FOR EXT W/ CONSENT | Oct 01, 2018 |
| 17 | EXTENSION OF TIME GRANTED | Oct 01, 2018 |
| 18 | P MOT FOR EXT W/ CONSENT | Dec 13, 2018 |
| 19 | EXTENSION OF TIME GRANTED | Dec 13, 2018 |

## Type of Proceeding: Extension of Time

**Proceeding Number:** 78297512      **Filing Date:** Jan 19, 2005

**Status:** Terminated      **Status Date:** Jun 04, 2005

**Interlocutory Attorney:**

### Defendant

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** Christopher N. Bolinger
**Address:** BRINKS HOFER GILSON & LIONE
P.O. Box 10395
CHICAGO IL UNITED STATES , 60610

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| E-MINI | REGISTERED AND RENEWED | 78297512 | 2969965 |

### Potential Opposer(s)

**Name:** CANNON TRADING COMPANY, INC.

**Correspondent** Lee Fredric Sharra
**Address:** 4313 Trouthaven Drive
Murrysville PA UNITED STATES , 15668

**Correspondent e-mail:** sharral@adelphia.net

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | INCOMING - EXT TIME TO OPPOSE FILED | Jan 19, 2005 | |
| 2 | EXTENSION OF TIME GRANTED | Jan 19, 2005 | |

Int. Cls.: 9, 35, 38 and 42

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101, 102 and 104

Reg. No. 3,569,041

**United States Patent and Trademark Office**    Registered Feb. 3, 2009

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

# PIVOT

PIVOT INCORPORATED (DELAWARE COR-
PORATION)
SUITE 610
10 MILK STREET
BOSTON, MA 02108

FOR: COMPUTER PROGRAMS FOR INVEST-
MENT PURPOSES, NAMELY, THE TRANSLATION
OF ELECTRONIC CONVERSATIONS INTO FINAN-
CIAL TRANSACTIONS AND TRADING WORK-
FLOWS; A PLATFORM FOR THE SHARING OF
INFORMATION AS A SINGLE UNIT RATHER
THAN AS INDIVIDUALS; A PLATFORM OVER
WHICH FINANCIAL SERVICE PROFESSIONALS
CAN COMMUNICATE, INTEGRATE AND COLLA-
BORATE WITH EXTERNAL AND INTERNAL AU-
DIENCES IN A FINANCIALLY COMPLIANT
ENVIRONMENT; A SYSTEM THAT AGGREGATES
AND INTEGRATES INFORMATION AND DATA
INTO TRADING WORKFLOWS; CONVERSION OF
INSTANT MESSAGES INTO A PLATFORM TO
EXECUTE FINANCIAL TRANSACTIONS, IN CLASS
9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-2-2007; IN COMMERCE 5-2-2007.

FOR: DATA PROCESSING, NAMELY, AGGRE-
GATING AND INTEGRATING INFORMATION
AND DATA INTO TRADING WORKFLOWS, IN
CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-2-2007; IN COMMERCE 5-2-2007.

FOR: COMPUTER SERVICES, NAMELY, PRO-
VIDING ON-LINE FACILITIES OVER WHICH FI-
NANCIAL PROFESSIONALS CAN
COMMUNICATE, INTEGRATE AND COLLABO-
RATE WITH EXTERNAL AND INTERNAL AUDI-
ENCES IN A FINANCIALLY COMPLIANT
ENVIRONMENT, IN CLASS 38 (U.S. CLS. 100, 101
AND 104).

FIRST USE 5-2-2007; IN COMMERCE 5-2-2007.

FOR: DATA CONVERSION, NAMELY, TRANS-
LATION OF ELECTRONIC CONVERSATIONS INTO
FINANCIAL TRANSACTIONS AND TRADING
WORKFLOWS VIA A COMPUTER NETWORK;
CONVERSION OF INSTANT MESSAGES INTO A
PLATFORM TO EXECUTE FINANCIAL TRANSAC-
TIONS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 5-2-2007; IN COMMERCE 5-2-2007.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-339,334, FILED 11-28-2007.

JAMES A. RAUEN, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2019-02-17 16:33:16 EST

**Mark:** PIVOT

# PIVOT

**US Serial Number:** 77339334

**US Registration Number:** 3569041

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:**

**Application Filing Date:** Nov. 28, 2007

**Registration Date:** Feb. 03, 2009

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Status Date:** Sep. 01, 2015

**Publication Date:** Nov. 18, 2008

## Mark Information

**Mark Literal Elements:** PIVOT

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer programs for investment purposes, namely, the translation of electronic conversations into financial transactions and trading workflows; a platform for the sharing of information as a single unit rather than as individuals; a platform over which financial service professionals can communicate, integrate and collaborate with external and internal audiences in a financially compliant environment; a system that aggregates and integrates information and data into trading workflows; conversion of instant messages into a platform to execute financial transactions

**International Class(es):** 009 - Primary Class          **U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** May 02, 2007          **Use in Commerce:** May 02, 2007

**For:** Data processing, namely, aggregating and integrating information and data into trading workflows

**International Class(es):** 035 - Primary Class          **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** May 02, 2007          **Use in Commerce:** May 02, 2007

**For:** Computer services, namely, providing on-line facilities over which financial professionals can communicate, integrate and collaborate with external and internal audiences in a financially compliant environment

**International Class(es):** 038 - Primary Class          **U.S Class(es):** 100, 101, 104

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** May 02, 2007 **Use in Commerce:** May 02, 2007

**For:** Data conversion, namely, translation of electronic conversations into financial transactions and trading workflows via a computer network; Conversion of instant messages into a platform to execute financial transactions

**International Class(es):** 042 - Primary Class **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** May 02, 2007 **Use in Commerce:** May 02, 2007

## Basis Information (Case Level)

**Filed Use:** Yes **Currently Use:** Yes

**Filed ITU:** No **Currently ITU:** No

**Filed 44D:** No **Currently 44E:** No

**Filed 44E:** No **Currently 66A:** No

**Filed 66A:** No **Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** Pivot Incorporated

**Owner Address:** Suite 610
10 Milk Street
Boston, MASSACHUSETTS UNITED STATES 02108

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Matthew D. Witsman **Docket Number:** 13470-1396

**Attorney Primary Email Address:** officeactions@norvellip.com **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Matthew D. Witsman
Norvell IP llc
P.O. Box 2461
Norvell IP llc
Chicago, ILLINOIS UNITED STATES 60690

**Phone:** 888-315-0732 **Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com mwitsman@norvellip. com emccarthy@norvellip.com **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Feb. 01, 2019 | TEAS SECTION 8 & 9 RECEIVED | |
| Feb. 03, 2018 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Sep. 01, 2015 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Sep. 01, 2015 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 74886 |
| Feb. 18, 2015 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 74886 |
| Feb. 03, 2015 | TEAS SECTION 8 & 15 RECEIVED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 04, 2013 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |

| | | |
|---|---|---|
| Apr. 04, 2013 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 03, 2009 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 18, 2008 | PUBLISHED FOR OPPOSITION | |
| Oct. 29, 2008 | NOTICE OF PUBLICATION | |
| Oct. 15, 2008 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 73787 |
| Oct. 14, 2008 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 03, 2008 | EXAMINER'S AMENDMENT ENTERED | 73787 |
| Oct. 03, 2008 | ASSIGNED TO LIE | 73787 |
| Oct. 02, 2008 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Oct. 02, 2008 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Oct. 02, 2008 | EXAMINERS AMENDMENT -WRITTEN | 69811 |
| Oct. 01, 2008 | NOTIFICATION OF FINAL REFUSAL EMAILED | |
| Oct. 01, 2008 | FINAL REFUSAL E-MAILED | |
| Oct. 01, 2008 | FINAL REFUSAL WRITTEN | 69811 |
| Sep. 10, 2008 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Sep. 10, 2008 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Sep. 10, 2008 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Mar. 10, 2008 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 10, 2008 | NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 10, 2008 | NON-FINAL ACTION WRITTEN | 69811 |
| Mar. 10, 2008 | ASSIGNED TO EXAMINER | 69811 |
| Dec. 04, 2007 | NEW APPLICATION ENTERED IN TRAM | |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** TMEG LAW OFFICE 109          **Date in Location:** Sep. 01, 2015

## Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 1                                              **Registrant:** Pivot Incorporated

**Assignment 1 of 1**

**Conveyance:** SECURITY INTEREST

**Reel/Frame:** 4422/0178                                     **Pages:** 8

**Date Recorded:** Nov. 29, 2010

**Supporting Documents:** assignment-tm-4422-0178.pdf

**Assignor**

**Name:** PIVOT, INC.                                  **Execution Date:** Aug. 05, 2010

**Legal Entity Type:** CORPORATION              **State or Country Where Organized:** DELAWARE

**Assignee**

**Name:** WF FUND III LIMITED PARTNERSHIP (D/B/A WELLINGTON FINANCIAL LP AND WELLINGTON FINANCIAL FUND III)

**Legal Entity Type:** LIMITED PARTNERSHIP        **State or Country Where Organized:** MANITOBA

**Address:** 161 BAY STREET
SUITE 2520
TORONTO, ONTARIO, CANADA M5J 2S1

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | CHOATE, HALL & STEWART LLP |
| **Correspondent Address:** | TWO INTERNATIONAL PLACE<br>ATTN: KELL L. SCHOFF<br>BOSTON, MA 02110 |

**Domestic Representative - Not Found**

# Proceedings

**Summary**

| | |
|---|---|
| **Number of Proceedings:** | 4 |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91223347 | **Filing Date:** Aug 17, 2015 |
| **Status:** | Terminated | **Status Date:** Nov 02, 2016 |
| **Interlocutory Attorney:** | GEOFFREY MCNUTT | |

**Defendant**

| | |
|---|---|
| **Name:** | Pivot Technology Solutions, Inc. |
| **Correspondent Address:** | CARLA J VRSANSKY<br>BUCHANAN INGERSOLL & ROONEY PC<br>301 GRANT ST FL 20<br>PITTSBURGH PA UNITED STATES , 15219-1410 |
| **Correspondent e-mail:** | carla.vrsansky@bipc.com , vicki.cremonese@bipc.com , susan.hilburg@bipc.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PIVOT INTERCONNECT | Registered | 86365614 | 5261471 |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | Pivot, Inc. |
| **Correspondent Address:** | J RYAN HINSHAW<br>NORVELL IP LLC<br>PO BOX 2461<br>CHICAGO IL UNITED STATES , 60690 |
| **Correspondent e-mail:** | officeactions@norvellip.com , rhinshaw@norvellip.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PIVOT POINTS | Section 8 and 15 - Accepted and Acknowledged | 77340433 | 3559816 |
| PIVOT | Section 8 and 15 - Accepted and Acknowledged | 77339334 | 3569041 |
| PIV T | Section 8 and 15 - Accepted and Acknowledged | 77394850 | 3569229 |
| PIVOT 360 | Section 8 and 15 - Accepted and Acknowledged | 77341473 | 3578687 |
| | Registered | 86727013 | 5025346 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Aug 17, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Aug 17, 2015 | Sep 26, 2015 |
| 3 | PENDING, INSTITUTED | Aug 17, 2015 | |
| 4 | STIP FOR EXT | Sep 25, 2015 | |
| 5 | EXTENSION OF TIME GRANTED | Sep 25, 2015 | |
| 6 | STIP FOR EXT | Nov 16, 2015 | |
| 7 | EXTENSION OF TIME GRANTED | Nov 16, 2015 | |
| 8 | STIP FOR EXT | Feb 22, 2016 | |
| 9 | EXTENSION OF TIME GRANTED | Feb 22, 2016 | |

| 10 | STIP FOR EXT | Apr 19, 2016 |
| 11 | EXTENSION OF TIME GRANTED | Apr 19, 2016 |
| 12 | STIP FOR EXT | May 17, 2016 |
| 13 | EXTENSION OF TIME GRANTED | May 17, 2016 |
| 14 | STIP FOR EXT | Jun 21, 2016 |
| 15 | EXTENSION OF TIME GRANTED | Jun 21, 2016 |
| 16 | STIP FOR EXT | Jul 21, 2016 |
| 17 | EXTENSION OF TIME GRANTED | Jul 21, 2016 |
| 18 | STIP FOR EXT | Aug 16, 2016 |
| 19 | EXTENSION OF TIME GRANTED | Aug 16, 2016 |
| 20 | MOT TO AMEND APPLICATION | Sep 15, 2016 |
| 21 | BD DECISION: DISMISSED W/ PREJ | Nov 02, 2016 |
| 22 | TERMINATED | Nov 02, 2016 |

## Type of Proceeding: Opposition

**Proceeding Number:** 91222781          **Filing Date:** Jul 13, 2015

**Status:** Terminated          **Status Date:** Sep 26, 2016

**Interlocutory Attorney:** ELIZABETH A DUNN

### Defendant

**Name:** Pivot Technology Solutions, Inc.

**Correspondent Address:** CARLA J VRSANSKY
BUCHANAN INGERSOLL & ROONEY PC
301 GRANT ST, 20TH FLOOR
PITTSBURGH PA UNITED STATES , 15219-1410

**Correspondent e-mail:** carla.vrsansky@bipc.com , vicki.cremonese@bipc.com , susan.hilburg@bipc.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
| --- | --- | --- | --- |
| THEPIVOTSTORE | Abandoned - No Statement Of Use Filed | 86365571 | |

### Plaintiff(s)

**Name:** Pivot, Inc.

**Correspondent Address:** J RYAN HINSHAW
NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , jkucala@norvellip.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
| --- | --- | --- | --- |
| PIVOT POINTS | Section 8 and 15 - Accepted and Acknowledged | 77340433 | 3559816 |
| PIVOT | Section 8 and 15 - Accepted and Acknowledged | 77339334 | 3569041 |
| PIV T | Section 8 and 15 - Accepted and Acknowledged | 77394850 | 3569229 |
| PIVOT 360 | Section 8 and 15 - Accepted and Acknowledged | 77341473 | 3578687 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
| --- | --- | --- | --- |
| 1 | FILED AND FEE | Jul 13, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jul 13, 2015 | Aug 22, 2015 |
| 3 | PENDING, INSTITUTED | Jul 13, 2015 | |
| 4 | D MOT FOR EXT W/ CONSENT | Aug 19, 2015 | |
| 5 | EXTENSION OF TIME GRANTED | Aug 19, 2015 | |
| 6 | D MOT FOR EXT W/ CONSENT | Oct 19, 2015 | |
| 7 | EXTENSION OF TIME GRANTED | Oct 19, 2015 | |
| 8 | D MOT FOR EXT W/ CONSENT | Jan 19, 2016 | |
| 9 | EXTENSION OF TIME GRANTED | Jan 19, 2016 | |

| 10 | D MOT FOR EXT W/ CONSENT | Feb 18, 2016 |
| 11 | EXTENSION OF TIME GRANTED | Feb 18, 2016 |
| 12 | D MOT FOR EXT W/ CONSENT | Apr 15, 2016 |
| 13 | EXTENSION OF TIME GRANTED | Apr 15, 2016 |
| 14 | P MOT FOR EXT W/ CONSENT | May 17, 2016 |
| 15 | EXTENSION OF TIME GRANTED | May 17, 2016 |
| 16 | P MOT FOR EXT W/ CONSENT | Jun 16, 2016 |
| 17 | EXTENSION OF TIME GRANTED | Jun 17, 2016 |
| 18 | D MOT FOR EXT W/ CONSENT | Jul 15, 2016 |
| 19 | EXTENSION OF TIME GRANTED | Jul 18, 2016 |
| 20 | D MOT FOR EXT W/ CONSENT | Aug 16, 2016 |
| 21 | EXTENSION OF TIME GRANTED | Aug 17, 2016 |
| 22 | MOT TO AMEND APPLICATION | Sep 15, 2016 |
| 23 | BD DECISION: DISMISSED W/ PREJ | Sep 26, 2016 |
| 24 | TERMINATED | Sep 26, 2016 |

## Type of Proceeding: Opposition

**Proceeding Number:** 91220468     **Filing Date:** Feb 02, 2015

**Status:** Terminated     **Status Date:** Jun 11, 2015

**Interlocutory Attorney:** ANN LINNEHAN VOGLER

### Defendant

**Name:** Fidelity National Information Services,Inc.

**Correspondent** DAVID M KELLY
**Address:** KELLY IP LLP
1919 M STREET NW, SUITE 610
WASHINGTON DC UNITED STATES , 20036

**Correspondent e-mail:** david.kelly@kelly-ip.com , docketing@kelly-ip.com , larry.white@kelly-ip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PIVOT | Abandoned - After Inter-Partes Decision | 86116058 | |

### Plaintiff(s)

**Name:** Pivot, Inc.

**Correspondent** J RYAN HINSHAW
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , rhinshaw@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PIVOT POINTS | Section 8 and 15 - Accepted and Acknowledged | 77340433 | 3559816 |
| PIVOT | Section 8 and 15 - Accepted and Acknowledged | 77339334 | 3569041 |
| PIV T | Section 8 and 15 - Accepted and Acknowledged | 77394850 | 3569229 |
| PIVOT 360° | Cancelled - Section 8 | 77394907 | 3578985 |
| PIVOT 360 | Section 8 and 15 - Accepted and Acknowledged | 77341473 | 3578687 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Feb 02, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Feb 02, 2015 | Mar 14, 2015 |
| 3 | PENDING, INSTITUTED | Feb 02, 2015 | |
| 4 | CHANGE OF CORRESP ADDRESS | Feb 25, 2015 | |
| 5 | NOTICE OF DEFAULT | Apr 14, 2015 | |
| 6 | BD DECISION: SUSTAINED | Jun 11, 2015 | |

| 7 | TERMINATED | Jun 11, 2015 |
|---|---|---|

## Type of Proceeding: Opposition

**Proceeding Number:** 91219054       **Filing Date:** Oct 27, 2014

**Status:** Terminated       **Status Date:** Mar 21, 2015

**Interlocutory Attorney:** ROBERT COGGINS

### Defendant

**Name:** Pivot Point Consulting, LLC

**Correspondent** DAVID A LOWE
**Address:** LOWE GRAHAM JONES
701 5TH AVE STE 4800
SEATTLE WA UNITED STATES , 98104-7009

**Correspondent e-mail:** Lowe@LoweGrahamJones.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PIVOT POINT TECHNOLOGIES | Abandoned - No Statement Of Use Filed | 85816075 | |

### Plaintiff(s)

**Name:** Pivot Incorporated

**Correspondent** J RYAN HINSHAW
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , rhinshaw@norvellip.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PIVOT POINTS | Section 8 and 15 - Accepted and Acknowledged | 77340433 | 3559816 |
| PIVOT | Section 8 and 15 - Accepted and Acknowledged | 77339334 | 3569041 |
| PIV T | Section 8 and 15 - Accepted and Acknowledged | 77394850 | 3569229 |
| PIVOT 360° | Cancelled - Section 8 | 77394907 | 3578985 |
| PIVOT 360 | Section 8 and 15 - Accepted and Acknowledged | 77341473 | 3578687 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Oct 27, 2014 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Oct 28, 2014 | Dec 07, 2014 |
| 3 | PENDING, INSTITUTED | Oct 28, 2014 | |
| 4 | D MOT FOR EXT W/ CONSENT | Dec 06, 2014 | |
| 5 | EXTENSION OF TIME GRANTED | Dec 06, 2014 | |
| 6 | MOT TO AMEND APPLICATION | Mar 05, 2015 | |
| 7 | BD DECISION: DISMISSED W/O PREJ | Mar 21, 2015 | |
| 8 | TERMINATED | Mar 21, 2015 | |

# United States of America
## United States Patent and Trademark Office

# PIVOT CONNECT

**Reg. No. 5,025,346**

**Registered Aug. 23, 2016**

**Int. Cl.: 9, 35, 42**

**Service Mark**

**Trademark**

**Principal Register**

Pivot Incorporated (DELAWARE CORPORATION)
Suite 610
10 Milk Street
Boston, MA 02108

CLASS 9: Computer programs for investment purposes, namely, the translation of electronic conversations into financial transactions and trading workflows; computer software platforms for aggregating and integrating information and data into trading workflows; a computer program that converts instant messages into a platform to execute financial transactions

FIRST USE 11-1-2011; IN COMMERCE 11-1-2011

CLASS 35: Data processing, namely, aggregating and integrating information and data into trading workflows

FIRST USE 11-1-2011; IN COMMERCE 11-1-2011

CLASS 42: Data conversion, namely, translation of electronic conversations into financial transactions and trading workflows via a computer network; Conversion of instant messages into a platform to execute financial transactions

FIRST USE 11-1-2011; IN COMMERCE 11-1-2011

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3569229, 3569041, 3559816

SER. NO. 86-727,013, FILED 08-17-2015
MICHAEL L ENGEL, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2019-02-17 16:33:55 EST

**Mark:** PIVOT CONNECT

## PIVOT CONNECT

**US Serial Number:** 86727013

**Application Filing Date:** Aug. 17, 2015

**US Registration Number:** 5025346

**Registration Date:** Aug. 23, 2016

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Aug. 23, 2016

**Publication Date:** Jun. 07, 2016

# Mark Information

**Mark Literal Elements:** PIVOT CONNECT

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Related Properties Information

**Claimed Ownership of US Registrations:** 3559816, 3569041, 3569229 and others

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer programs for investment purposes, namely, the translation of electronic conversations into financial transactions and trading workflows; computer software platforms for aggregating and integrating information and data into trading workflows; a computer program that converts instant messages into a platform to execute financial transactions

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Nov. 01, 2011

**Use in Commerce:** Nov. 01, 2011

**For:** Data processing, namely, aggregating and integrating information and data into trading workflows

**International Class(es):** 035 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Nov. 01, 2011

**Use in Commerce:** Nov. 01, 2011

**For:** Data conversion, namely, translation of electronic conversations into financial transactions and trading workflows via a computer network; Conversion of instant messages into a platform to execute financial transactions

**International Class(es):** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Nov. 01, 2011      **Use in Commerce:** Nov. 01, 2011

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Pivot Incorporated

**Owner Address:** Suite 610
10 Milk Street
Boston, MASSACHUSETTS 02108
UNITED STATES

**Legal Entity Type:** CORPORATION      **State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** J. Ryan Hinshaw      **Docket Number:** 13470-1399

**Attorney Primary Email Address:** officeactions@norvellip.com      **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** J. RYAN HINSHAW
Norvell Ip Llc
PO Box 2461
Chicago, ILLINOIS 60690-2461
UNITED STATES

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com rhinshaw@norvellip.c om      **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 23, 2016 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 07, 2016 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 07, 2016 | PUBLISHED FOR OPPOSITION | |
| May 18, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 05, 2016 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70629 |
| Apr. 28, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 28, 2016 | EXAMINER'S AMENDMENT ENTERED | 70629 |
| Apr. 27, 2016 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Apr. 27, 2016 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Apr. 27, 2016 | EXAMINERS AMENDMENT -WRITTEN | 76079 |
| Dec. 07, 2015 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 07, 2015 | NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 07, 2015 | NON-FINAL ACTION WRITTEN | 76079 |
| Dec. 01, 2015 | ASSIGNED TO EXAMINER | 76079 |

| | | |
|---|---|---|
| Sep. 16, 2015 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70629 |
| Sep. 16, 2015 | ASSIGNED TO LIE | 70629 |
| Aug. 28, 2015 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 20, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 20, 2015 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION       **Date in Location:** Aug. 23, 2016

# Proceedings

## Summary

**Number of Proceedings:** 1

### Type of Proceeding: Opposition

**Proceeding Number:** 91223347       **Filing Date:** Aug 17, 2015

**Status:** Terminated       **Status Date:** Nov 02, 2016

**Interlocutory Attorney:** GEOFFREY MCNUTT

#### Defendant

**Name:** Pivot Technology Solutions, Inc.

**Correspondent Address:** CARLA J VRSANSKY
BUCHANAN INGERSOLL & ROONEY PC
301 GRANT ST FL 20
PITTSBURGH PA , 15219-1410
UNITED STATES

**Correspondent e-mail:** carla.vrsansky@bipc.com , vicki.cremonese@bipc.com , susan.hilburg@bipc.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PIVOT INTERCONNECT | Registered | 86365614 | 5261471 |

#### Plaintiff(s)

**Name:** Pivot, Inc.

**Correspondent Address:** J RYAN HINSHAW
NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , rhinshaw@norvellip.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PIVOT POINTS | Section 8 and 15 - Accepted and Acknowledged | 77340433 | 3559816 |
| PIVOT | Section 8 and 15 - Accepted and Acknowledged | 77339334 | 3569041 |
| PIV T | Section 8 and 15 - Accepted and Acknowledged | 77394850 | 3569229 |
| PIVOT 360 | Section 8 and 15 - Accepted and Acknowledged | 77341473 | 3578687 |
| | Registered | 86727013 | 5025346 |

#### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Aug 17, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Aug 17, 2015 | Sep 26, 2015 |
| 3 | PENDING, INSTITUTED | Aug 17, 2015 | |
| 4 | STIP FOR EXT | Sep 25, 2015 | |

| 5 | EXTENSION OF TIME GRANTED | Sep 25, 2015 |
| 6 | STIP FOR EXT | Nov 16, 2015 |
| 7 | EXTENSION OF TIME GRANTED | Nov 16, 2015 |
| 8 | STIP FOR EXT | Feb 22, 2016 |
| 9 | EXTENSION OF TIME GRANTED | Feb 22, 2016 |
| 10 | STIP FOR EXT | Apr 19, 2016 |
| 11 | EXTENSION OF TIME GRANTED | Apr 19, 2016 |
| 12 | STIP FOR EXT | May 17, 2016 |
| 13 | EXTENSION OF TIME GRANTED | May 17, 2016 |
| 14 | STIP FOR EXT | Jun 21, 2016 |
| 15 | EXTENSION OF TIME GRANTED | Jun 21, 2016 |
| 16 | STIP FOR EXT | Jul 21, 2016 |
| 17 | EXTENSION OF TIME GRANTED | Jul 21, 2016 |
| 18 | STIP FOR EXT | Aug 16, 2016 |
| 19 | EXTENSION OF TIME GRANTED | Aug 16, 2016 |
| 20 | MOT TO AMEND APPLICATION | Sep 15, 2016 |
| 21 | BD DECISION: DISMISSED W/ PREJ | Nov 02, 2016 |
| 22 | TERMINATED | Nov 02, 2016 |

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,403,561

**United States Patent and Trademark Office**     Registered Nov. 14, 2000

## SERVICE MARK
## PRINCIPAL REGISTER

## CHICAGO BOARD OF TRADE

BOARD OF TRADE OF THE CITY OF CHICAGO (ILLINOIS CORPORATION)
141 WEST JACKSON BOULEVARD
CHICAGO, IL 60604

FOR: COMMODITY QUOTATION SERVICES AND COMMODITY EXCHANGE SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0–0–1848; IN COMMERCE 0–0–1848.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BOARD OF TRADE", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 75–694,458, FILED 4–29–1999.

KIMBERLY REDDICK, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2019-02-20 11:06:58 EST

**Mark:** CHICAGO BOARD OF TRADE

CHICAGO BOARD OF TRADE

**US Serial Number:** 75694458

**US Registration Number:** 2403561

**Register:** Principal

**Mark Type:** Service Mark

**Status:** The registration has been renewed.

**Status Date:** Feb. 10, 2011

**Publication Date:** Aug. 22, 2000

**Application Filing Date:** Apr. 29, 1999

**Registration Date:** Nov. 14, 2000

# Mark Information

**Mark Literal Elements:** CHICAGO BOARD OF TRADE

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

**Disclaimer:** "BOARD OF TRADE"

**Acquired Distinctiveness Claim:** In whole

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Commodity quotation services and commodity exchange services

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** 1848

**Use in Commerce:** 1848

# Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

# Current Owner(s) Information

**Owner Name:** Board of Trade of the City of Chicago

**Owner Address:** 141 West Jackson Boulevard
Chicago, ILLINOIS 60604
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country DELAWARE
Where Organized:**

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Jay M. Burgett

**Docket Number:** 13271-186

**Attorney Primary** officeactions@norvellip.com
**Email Address:**

**Attorney Email** Yes
**Authorized:**

**Correspondent**

**Correspondent** Jay M. Burgett
**Name/Address:** Norvell IP llc
P.O. Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-** officeactions@norvellip.com
**mail:**

**Correspondent e-** Yes
**mail Authorized:**

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Dec. 10, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 10, 2011 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 70131 |
| Feb. 10, 2011 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jan. 27, 2011 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | 70131 |
| Jan. 27, 2011 | TEAS RESPONSE TO OFFICE ACTION-POST REG RECEIVED | |
| Jan. 19, 2011 | POST REGISTRATION ACTION MAILED - SEC. 8 & 9 | 70131 |
| Nov. 01, 2010 | POST REGISTRATION ACTION CORRECTION | 70131 |
| Oct. 25, 2010 | TEAS SECTION 8 & 9 RECEIVED | |
| Dec. 08, 2008 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Dec. 08, 2008 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Nov. 03, 2008 | WITHDRAWAL OF ATTORNEY GRANTED | |
| Nov. 03, 2008 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED | |
| Dec. 09, 2006 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 70131 |
| Sep. 29, 2006 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Sep. 29, 2006 | TEAS SECTION 8 & 15 RECEIVED | |
| Aug. 04, 2006 | CASE FILE IN TICRS | |
| Jul. 20, 2005 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 20, 2005 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Nov. 14, 2000 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 22, 2000 | PUBLISHED FOR OPPOSITION | |
| Jul. 21, 2000 | NOTICE OF PUBLICATION | |
| Apr. 28, 2000 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 02, 2000 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Aug. 03, 1999 | NON-FINAL ACTION MAILED | |
| Jul. 28, 1999 | ASSIGNED TO EXAMINER | 76735 |

# Maintenance Filings or Post Registration Information

**Affidavit of** Section 8 - Accepted
**Continued Use:**

**Affidavit of** Section 15 - Accepted
**Incontestability:**

**Renewal Date:** Nov. 14, 2010

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE                    **Date in Location:** Feb. 10, 2011

# Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 2                                    **Registrant:** Board of Trade of the City of Chicago

## Assignment 1 of 2

**Conveyance:** CHANGE OF CORPORATE STATUS

**Reel/Frame:** 3162/0424                                   **Pages:** 23

**Date Recorded:** Jul. 22, 2005

**Supporting Documents:** assignment-tm-3162-0424.pdf

### Assignor

**Name:** CHICAGO, THE CITY OF, BOARD OF TRADE OF          **Execution Date:** Nov. 13, 2001

**Legal Entity Type:** CORPORATION                          **State or Country Where Organized:** ILLINOIS

### Assignee

**Name:** CHICAGO, THE CITY OF, BOARD OF TRADE

**Legal Entity Type:** BOARD OF TRADE OF THE CITY OF CHICAGO    **State or Country Where Organized:** DELAWARE

**Address:** 141 WEST JACKSON BOULEVARD
CHICAGO, ILLINOIS 60604

### Correspondent

**Correspondent Name:** JEANNE M. GILLS

**Correspondent Address:** SUITE 2800
321 NORTH CLARK STREET
CHICAGO, IL 60610

**Domestic Representative - Not Found**

## Assignment 2 of 2

**Conveyance:** CHANGE OF CORPORATE STATUS

**Reel/Frame:** 3235/0964                                   **Pages:** 14

**Date Recorded:** Dec. 01, 2005

**Supporting Documents:** assignment-tm-3235-0964.pdf

### Assignor

**Name:** BOARD OF TRADE OF THE CITY OF CHICAGO          **Execution Date:** Apr. 22, 2005

**Legal Entity Type:** DELAWARE NOT FOR PROFIT, NON-STOCK CORPORATION    **State or Country Where Organized:** No Place Where Organized Found

### Assignee

**Name:** BOARD OF TRADE OF THE CITY OF CHICAGO

**Legal Entity Type:** DELAWARE NOT FOR PROFIT, NON-STOCK CORPORATION    **State or Country Where Organized:** No Place Where Organized Found

**Address:** 141 WEST JACKSON BOULEVARD
CHICAGO, ILLINOIS

### Correspondent

**Correspondent Name:** JEANNE M. GILLS

**Correspondent Address:** SUITE 2800
321 NORTH CLARK STREET
CHICAGO, ILLINOIS 60610

**Domestic Representative - Not Found**

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,713,052

United States Patent and Trademark Office     Registered May 6, 2003

## SERVICE MARK
## PRINCIPAL REGISTER

# NEW YORK MERCANTILE EXCHANGE

NEW YORK MERCANTILE EXCHANGE, INC. (DELAWARE CORPORATION)
ONE NORTH END AVENUE
WORLD FINANCIAL CENTER
NEW YORK, NY 102821101

FOR: PROVIDING INFORMATION ON SETTLE-MENT PRICES, TRADING PRICES, BID AND ASK PRICES, PRICE RANGES, VOLUME DATA, AND OTHER MARKET DATA ON COMMODITY FU-TURES CONTRACTS AND OPTIONS ON COM-MODITY FUTURES CONTRACTS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-5-1882; IN COMMERCE 6-5-1882.

OWNER OF U.S. REG. NOS. 1,775,460, 1,832,417, AND 1,847,455.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "EXCHANGE", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 76-370,901, FILED 2-13-2002.

STEVEN R. FINE, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2019-02-20 11:07:22 EST

**Mark:** NEW YORK MERCANTILE EXCHANGE

NEW YORK MERCANTILE EXCHANGE

**US Serial Number:** 76370901

**US Registration Number:** 2713052

**Register:** Principal

**Mark Type:** Service Mark

**Status:** The registration has been renewed.

**Status Date:** Apr. 16, 2013

**Publication Date:** Feb. 11, 2003

**Application Filing Date:** Feb. 13, 2002

**Registration Date:** May 06, 2003

# Mark Information

**Mark Literal Elements:** NEW YORK MERCANTILE EXCHANGE

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

**Disclaimer:** "EXCHANGE"

**Acquired Distinctiveness Claim:** In whole

# Related Properties Information

**Claimed Ownership of US Registrations:** 1775460, 1832417, 1847455

# Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Providing information on settlement prices, trading prices, bid and ask prices, price ranges, volume data, and other market data on commodity futures contracts and options on commodity futures contracts

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jun. 05, 1882

**Use in Commerce:** Jun. 05, 1882

# Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

# Current Owner(s) Information

**Owner Name:** New York Mercantile Exchange, Inc.

**Owner Address:** One North End Avenue
World Financial Center
New York, NEW YORK 102821101
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country** DELAWARE
**Where Organized:**

# Attorney/Correspondence Information

## Attorney of Record

**Attorney Name:** Joseph T. Kucala, Jr.

**Docket Number:** 13441-464

**Attorney Primary** officeactions@norvellip.com
**Email Address:**

**Attorney Email** Yes
**Authorized:**

## Correspondent

**Correspondent** Joseph T. Kucala, Jr.
**Name/Address:** Norvell IP LLC
PO Box 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-** officeactions@norvellip.com officeactions@norvell
**mail:** ip.com

**Correspondent e-** Yes
**mail Authorized:**

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 16, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Apr. 16, 2013 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 69471 |
| Apr. 16, 2013 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 69471 |
| Apr. 15, 2013 | TEAS SECTION 8 & 9 RECEIVED | |
| Jun. 25, 2010 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 25, 2010 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 16, 2009 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 16, 2009 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Nov. 22, 2008 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 69471 |
| Nov. 12, 2008 | ASSIGNED TO PARALEGAL | 69471 |
| Nov. 05, 2008 | TEAS SECTION 8 & 15 RECEIVED | |
| Jul. 21, 2008 | CASE FILE IN TICRS | |
| May 01, 2004 | NEW CERTIFICATE ISSUED, SEC. 7D | |
| Mar. 15, 2004 | REQUEST FOR NEW CERTIFICATE FILED | |
| Aug. 12, 2003 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| May 06, 2003 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 04, 2003 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 11, 2003 | PUBLISHED FOR OPPOSITION | |
| Jan. 22, 2003 | NOTICE OF PUBLICATION | |
| Nov. 26, 2002 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 25, 2002 | EXAMINERS AMENDMENT MAILED | |
| Jun. 20, 2002 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jul. 16, 2002 | NON-FINAL ACTION MAILED | |
| Jun. 14, 2002 | ASSIGNED TO EXAMINER | 63031 |
| Jun. 06, 2002 | ASSIGNED TO EXAMINER | 78473 |

# Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** May 06, 2013

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE

**Date in Location:** Apr. 16, 2013

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

## United States Patent and Trademark Office

Reg. No. 1,847,455
Registered July 26, 1994

### SERVICE MARK
### PRINCIPAL REGISTER

## NEW YORK MERCANTILE EXCHANGE

NEW YORK MERCANTILE EXCHANGE (NEW YORK CORPORATION)
FOUR WORLD TRADE CENTER
NEW YORK, NY 10048

FOR: COMMODITY FUTURES AND OPTIONS CONTRACT TRADING FOR OTHERS; NAMELY, ORDER ENTRY AND TRADE MATCHING SYSTEM FOR TRADING OF FUTURES AND OPTIONS ON FUTURES BY MEANS OF COMPUTER , IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-5-1882; IN COMMERCE 6-5-1882.
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "EXCHANGE", APART FROM THE MARK AS SHOWN.
SEC. 2(F) AS TO "NEW YORK MERCANTILE".

SN 74-217,665, FILED 11-1-1991.

M. L. HERSHKOWITZ, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2019-02-20 11:08:24 EST

**Mark:** NEW YORK MERCANTILE EXCHANGE

**US Serial Number:** 74217665

**US Registration Number:** 1847455

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Jul. 28, 2014

**Publication Date:** Jun. 08, 1993

**Application Filing Date:** Nov. 01, 1991

**Registration Date:** Jul. 26, 1994

**Notice of Allowance Date:** Aug. 31, 1993

## Mark Information

**Mark Literal Elements:** NEW YORK MERCANTILE EXCHANGE

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

**Disclaimer:** "EXCHANGE"

**Acquired Distinctiveness Claim:** In part

**Distinctiveness Limitation Statement:** as to "NEW YORK MERCANTILE"

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** commodity futures and options contract trading for others; namely, order entry and trade matching system for trading of futures and options on futures by means of computer

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jun. 05, 1882

**Use in Commerce:** Jun. 05, 1882

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** No | | **Currently Use:** Yes | |
| **Filed ITU:** Yes | | **Currently ITU:** No | |
| **Filed 44D:** No | | **Currently 44E:** No | |
| **Filed 44E:** No | | **Currently 66A:** No | |
| **Filed 66A:** No | | **Currently No Basis:** No | |
| **Filed No Basis:** No | | | |

## Current Owner(s) Information

**Owner Name:** NEW YORK MERCANTILE EXCHANGE, INC.

**Owner Address:** ONE NORTH END AVENUE
NEW YORK, NEW YORK UNITED STATES 10282

**Legal Entity Type:** CORPORATION     **State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Joseph T. Kucala, Jr.     **Docket Number:** 13441-463

**Attorney Primary Email Address:** officeactions@norvellip.com     **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Joseph T. Kucala, Jr.
Norvell IP LLC
PO Box 2461
CHICAGO, ILLINOIS UNITED STATES 60690

**Phone:** 888-315-0732     **Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com officeactions@norvell ip.com     **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 28, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jul. 28, 2014 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 76293 |
| Jul. 28, 2014 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 76293 |
| Jul. 25, 2014 | TEAS SECTION 8 & 9 RECEIVED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 25, 2010 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 25, 2010 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 27, 2007 | CASE FILE IN TICRS | |
| Jun. 08, 2004 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Jun. 08, 2004 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Apr. 14, 2004 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Oct. 21, 2000 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Jul. 24, 2000 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Jul. 24, 2000 | REGISTERED - SEC. 8 (6-YR) FILED | |
| Jul. 26, 1994 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 22, 1994 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Mar. 31, 1994 | STATEMENT OF USE PROCESSING COMPLETE | |
| Mar. 31, 1994 | EXTENSION 1 GRANTED | |
| Feb. 24, 1994 | USE AMENDMENT FILED | |
| Feb. 24, 1994 | EXTENSION 1 FILED | |
| Aug. 31, 1993 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Jun. 08, 1993 | PUBLISHED FOR OPPOSITION | |

| May 07, 1993 | NOTICE OF PUBLICATION |
| Mar. 23, 1993 | PUBLISHED FOR OPPOSITION |
| Feb. 19, 1993 | NOTICE OF PUBLICATION |
| Jan. 19, 1993 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Dec. 17, 1992 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jun. 22, 1992 | NON-FINAL ACTION MAILED |
| May 11, 1992 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jan. 22, 1992 | NON-FINAL ACTION MAILED |
| Jan. 06, 1992 | ASSIGNED TO EXAMINER |

69798

# Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Jul. 26, 2014

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** Jul. 28, 2014

# Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 1                         **Registrant:** NEW YORK MERCANTILE EXCHANGE

**Assignment 1 of 1**

**Conveyance:** MERGER

**Reel/Frame:** 2472/0902                          **Pages:** 6

**Date Recorded:** Mar. 26, 2002

**Supporting Documents:** assignment-tm-2472-0902.pdf

**Assignor**

**Name:** NEW YORK MERCANTILE EXCHANGE          **Execution Date:** Nov. 17, 2000

**Legal Entity Type:** CORPORATION                 **State or Country Where Organized:** NEW YORK

**Assignee**

**Name:** NEW YORK MERCANTILE EXCHANGE, INC.

**Legal Entity Type:** CORPORATION                 **State or Country Where Organized:** DELAWARE

**Address:** WORLD FINANCIAL CENTER
ONE NORTH END AVENUE
NEW YORK, NEW YORK 10282

**Correspondent**

**Correspondent Name:** ARENT FOX ET AL

**Correspondent Address:** DAVID C. GRYCE
1050 CONNECTICUT AVE., NW
WASHINGTON, DC 20036

**Domestic Representative - Not Found**

Int. Cl.: 36

Prior U.S. Cls.: 101 and 102

## United States Patent and Trademark Office

Reg. No. 1,775,460
Registered June 8, 1993

## SERVICE MARK
## PRINCIPAL REGISTER

# NEW YORK MERCANTILE EXCHANGE

NEW YORK MERCANTILE EXCHANGE (NEW YORK CORPORATION)
FOUR WORLD TRADE CENTER
NEW YORK, NY 10048

FOR: OPERATION OF AN EXCHANGE MARKET FOR TRADING IN COMMODITY FUTURES AND OPTIONS CONTRACTS, IN CLASS 36 (U.S. CLS. 101 AND 102).

FIRST USE 6-5-1882; IN COMMERCE 6-5-1882.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "EXCHANGE", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "NEW YORK MERCANTILE".

SER. NO. 74-219,609, FILED 11-7-1991.

M. L. HERSHKOWITZ, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2019-02-20 11:08:57 EST

**Mark:** NEW YORK MERCANTILE EXCHANGE

**US Serial Number:** 74219609

**US Registration Number:** 1775460

**Register:** Principal

**Mark Type:** Service Mark

**Status:** The registration has been renewed.

**Status Date:** Apr. 16, 2013

**Publication Date:** Mar. 16, 1993

**Application Filing Date:** Nov. 07, 1991

**Registration Date:** Jun. 08, 1993

# Mark Information

**Mark Literal Elements:** NEW YORK MERCANTILE EXCHANGE

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

**Disclaimer:** "EXCHANGE"

**Acquired Distinctiveness Claim:** In part

**Distinctiveness Limitation Statement:** as to "NEW YORK MERCANTILE"

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** operation of an exchange market for trading in commodity futures and options contracts

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jun. 05, 1882

**Use in Commerce:** Jun. 05, 1882

# Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |

Filed 66A: No      Currently 66A: No

Filed No Basis: No      Currently No Basis: No

# Current Owner(s) Information

**Owner Name:** NEW YORK MERCANTILE EXCHANGE, INC.

**Owner Address:** ONE NORTH END AVE
NEW YORK, NEW YORK 10282
UNITED STATES

**Legal Entity Type:** CORPORATION      **State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T. Kucala, Jr.

**Attorney Primary Email Address:** officeactions@norvellip.com

**Docket Number:** 13271-462

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Joseph T. Kucala, Jr.
Norvell IP LLC
PO Box 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732      **Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com officeactions@norvell
ip.com      **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 17, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Apr. 16, 2013 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Apr. 16, 2013 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 59136 |
| Apr. 15, 2013 | TEAS SECTION 8 & 9 RECEIVED | 59136 |
| Jun. 25, 2010 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 25, 2010 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 11, 2009 | CASE FILE IN TICRS | |
| Jul. 13, 2003 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Jul. 13, 2003 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| May 08, 2003 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| May 08, 2003 | PAPER RECEIVED | |
| Sep. 24, 1999 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| May 17, 1999 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Jun. 08, 1993 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 16, 1993 | PUBLISHED FOR OPPOSITION | |
| Feb. 12, 1993 | NOTICE OF PUBLICATION | |
| Jan. 15, 1993 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 17, 1992 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jun. 18, 1992 | NON-FINAL ACTION MAILED | |
| May 11, 1992 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Feb. 21, 1992 | NON-FINAL ACTION MAILED | |
| Jan. 31, 1992 | ASSIGNED TO EXAMINER | |
| Jan. 16, 1992 | ASSIGNED TO EXAMINER | 69798 |
| | | 65999 |

# Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Jun. 08, 2013

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE

**Date in Location:** Apr. 16, 2013

# Assignment Abstract Of Title Information

## Summary

**Total Assignments:** 1

**Registrant:** NEW YORK MERCANTILE EXCHANGE

### Assignment 1 of 1

**Conveyance:** MERGER

**Reel/Frame:** 2472/0902

**Date Recorded:** Mar. 26, 2002

**Pages:** 6

**Supporting Documents:** assignment-tm-2472-0902.pdf

**Assignor**

**Name:** NEW YORK MERCANTILE EXCHANGE

**Legal Entity Type:** CORPORATION

**Execution Date:** Nov. 17, 2000

**State or Country Where Organized:** NEW YORK

**Assignee**

**Name:** NEW YORK MERCANTILE EXCHANGE, INC.

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

**Address:** WORLD FINANCIAL CENTER
ONE NORTH END AVENUE
NEW YORK, NEW YORK 10282

**Correspondent**

**Correspondent Name:** ARENT FOX ET AL

**Correspondent Address:** DAVID C. GRYCE
1050 CONNECTICUT AVE., NW
WASHINGTON, DC 20036

**Domestic Representative - Not Found**

# EXHIBIT E

Generated on: This page was generated by TSDR on 2019-02-17 16:44:36 EST

Mark: CME FX LINK

## CME FX LINK

US Serial Number: 87689907

Filed as TEAS RF: Yes

Register: Principal

Mark Type: Service Mark

TM5 Common Status Descriptor:



Status: Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

Status Date: Oct. 09, 2018

Publication Date: Aug. 14, 2018

Application Filing Date: Nov. 17, 2017

Currently TEAS RF: Yes

LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

Notice of Allowance Date: Oct. 09, 2018

# Mark Information

Mark Literal Elements: CME FX LINK

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

Disclaimer: "FX"

# Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Futures exchange services; financial trading services relating to the trading of futures, options, and derivative foreign exchange products; electronic financial trading services relating to foreign exchange transactions; providing information regarding the trading of futures and options products

International Class(es): 036 - Primary Class

U.S Class(es): 100, 101, 102

Class Status: ACTIVE

Basis: 1(b)

# Basis Information (Case Level)

Filed Use: No

Filed ITU: Yes

Filed 44D: No

Filed 44E: No

Filed 66A: No

Filed No Basis: No

Currently Use: No

Currently ITU: Yes

Currently 44E: No

Currently 66A: No

Currently No Basis: No

# Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.
**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606
**Legal Entity Type:** CORPORATION

**State or Country** DELAWARE
**Where Organized:**

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Christine A. Filarski

**Docket Number:** 13439-1429

**Attorney Primary** officeactions@norvellip.com
**Email Address:**

**Attorney Email** Yes
**Authorized:**

**Correspondent**

**Correspondent** CHRISTINE A. FILARSKI
**Name/Address:** NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS UNITED STATES 60690

**Phone:** 773-966-2513

**Correspondent e-** officeactions@norvellip.com
**mail:** cfilarski@norvellip.com

**Correspondent e-** Yes
**mail Authorized:**

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Oct. 09, 2018 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Aug. 14, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 14, 2018 | PUBLISHED FOR OPPOSITION | |
| Jul. 25, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jul. 12, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 16, 2018 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jun. 15, 2018 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jun. 15, 2018 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 88889 |
| Dec. 15, 2017 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Dec. 15, 2017 | NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 15, 2017 | NON-FINAL ACTION WRITTEN | 6325 |
| Dec. 08, 2017 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 88570 |
| Dec. 07, 2017 | ASSIGNED TO EXAMINER | 70884 |
| Dec. 06, 2017 | ASSIGNED TO LIE | 88570 |
| Dec. 01, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 70884 |
| Nov. 28, 2017 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Nov. 21, 2017 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** LEE, JEANIE H

**Law Office** LAW OFFICE 105
**Assigned:**

**File Location**

**Current Location:** INTENT TO USE SECTION

**Date in Location:** Oct. 09, 2018

# Proceedings

**Summary**

**Number of** 1
**Proceedings:**

**Type of Proceeding: Opposition**

| | | |
|---|---|---|
| Proceeding Number: | 91238893 | |
| Filing Date: | Jan 10, 2018 | |
| Status: | Terminated | |
| Status Date: | Sep 05, 2018 | |
| Interlocutory Attorney: | MIKE WEBSTER | |

**Defendant**

Name: Church Mutual Insurance Company

Correspondent Address: CHRISTOPHER P FOLEY
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 NEW YORK AVENUE NW
WASHINGTON DC UNITED STATES , 20001

Correspondent e-mail: docketing@finnegan.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMEXCHANGE | Abandoned - After Inter-Partes Decision | 87431426 | |

**Plaintiff(s)**

Name: Chicago Mercantile Exchange Inc.

Correspondent Address: CHRISTINE A FILARSKI
NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

Correspondent e-mail: officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| CME FX$INDEX | Registered | 86963593 | 5211897 |
| CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 73134561 | 1085682 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME FX SPOT | Third Extension - Granted | 87155844 | |
| CME CLEARCHAIN | Third Extension - Granted | 87141695 | |
| CME FX LINK | Notice of Allowance - Issued | 87689907 | |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 10, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 10, 2018 | Feb 19, 2018 |
| 3 | PENDING, INSTITUTED | Jan 10, 2018 | |
| 4 | ANSWER | Feb 20, 2018 | |
| 5 | P MOT TO STRIKE PLEADING/AFFIRMATIVE DEFENSE | Mar 13, 2018 | |
| 6 | D OPP/RESP TO MOTION | Mar 28, 2018 | |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 29, 2018 | |
| 8 | P REPLY IN SUPPORT OF MOTION | Apr 17, 2018 | |
| 9 | STIP FOR EXT | Jul 17, 2018 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 17, 2018 | |
| 11 | PROCEEDINGS RESUMED | Jul 17, 2018 | |
| 12 | W/DRAW OF APPLICATION | Aug 07, 2018 | |
| 13 | BD DECISION: OPP SUSTAINED | Sep 05, 2018 | |
| 14 | TERMINATED | Sep 05, 2018 | |

**Generated on:** This page was generated by TSDR on 2019-02-17 16:45:07 EST

**Mark:** CME FX SPOT

CME FX SPO⌐

**US Serial Number:** 87155844

**Filed as TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:**



**Application Filing Date:** Aug. 30, 2016

**Currently TEAS RF:** Yes

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** A third request for extension of time to file a Statement of Use has been granted.

**Status Date:** Aug. 13, 2018

**Publication Date:** Jan. 17, 2017

**Notice of Allowance Date:** Mar. 14, 2017

# Mark Information

**Mark Literal Elements:** CME FX SPOT

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "FX"

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer software for financial exchange services; computer software for financial trading services for foreign exchange transactions

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Financial exchange services; financial trading services relating to foreign exchange transactions; electronic financial trading services relating to foreign exchange transactions; financial clearing services relating to foreign exchange transactions

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Providing temporary use of on-line non-downloadable computer software for financial exchange services; Providing temporary use of on-line non-downloadable computer software for financial trading services for foreign exchange transactions

**International Class(es):** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

# Basis Information (Case Level)

Filed Use: No

Filed ITU: Yes

Filed 44D: No

Filed 44E: No

Filed 66A: No

Filed No Basis: No

Currently Use: No

Currently ITU: Yes

Currently 44E: No

Currently 66A: No

Currently No Basis: No

# Current Owner(s) Information

Owner Name: Chicago Mercantile Exchange Inc.

Owner Address: 20 S. Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606

Legal Entity Type: CORPORATION

State or Country DELAWARE
Where Organized:

# Attorney/Correspondence Information

**Attorney of Record**

Attorney Name: Christine A. Filarski

Attorney Primary officeactions@norvellip.com
Email Address:

Docket Number: 13439-1427

Attorney Email Yes
Authorized:

**Correspondent**

Correspondent CHRISTINE A. FILARSKI
Name/Address: NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS UNITED STATES 60690

Phone: 8883150732

Correspondent e- officeactions@norvellip.com
mail: cfilarski@norvellip.com

Fax: 3122685063

Correspondent e- Yes
mail Authorized:

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 15, 2018 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Aug. 13, 2018 | EXTENSION 3 GRANTED | |
| Aug. 13, 2018 | EXTENSION 3 FILED | 98765 |
| Aug. 13, 2018 | TEAS EXTENSION RECEIVED | 98765 |
| Mar. 09, 2018 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 07, 2018 | EXTENSION 2 GRANTED | |
| Mar. 07, 2018 | EXTENSION 2 FILED | 98765 |
| Mar. 07, 2018 | TEAS EXTENSION RECEIVED | 98765 |
| Sep. 16, 2017 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Sep. 14, 2017 | EXTENSION 1 GRANTED | |
| Sep. 14, 2017 | EXTENSION 1 FILED | 98765 |
| Sep. 14, 2017 | TEAS EXTENSION RECEIVED | 98765 |
| Mar. 14, 2017 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jan. 17, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 17, 2017 | PUBLISHED FOR OPPOSITION | |
| Dec. 28, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 12, 2016 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| Nov. 29, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | 70997 |
| Nov. 29, 2016 | ASSIGNED TO EXAMINER | |
| Sep. 21, 2016 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 69197 |
| | | 70997 |

| Sep. 10, 2016 | ASSIGNED TO LIE | 70997 |
| Sep. 07, 2016 | NOTICE OF PSEUDO MARK E-MAILED | |
| Sep. 06, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Sep. 02, 2016 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Sep. 02, 2016 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

## TM Staff Information

**TM Attorney:** BLOHM, LINDA E

**Law Office Assigned:** LAW OFFICE 110

### File Location

**Current Location:** INTENT TO USE SECTION

**Date in Location:** Mar. 14, 2017

# Proceedings

## Summary

**Number of Proceedings:** 1

### Type of Proceeding: Opposition

**Proceeding Number:** 91238893

**Filing Date:** Jan 10, 2018

**Status:** Terminated

**Status Date:** Sep 05, 2018

**Interlocutory Attorney:** MIKE WEBSTER

#### Defendant

**Name:** Church Mutual Insurance Company

**Correspondent Address:** CHRISTOPHER P FOLEY
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 NEW YORK AVENUE NW
WASHINGTON DC UNITED STATES , 20001

**Correspondent e-mail:** docketing@finnegan.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CMEXCHANGE | Abandoned - After Inter-Partes Decision | 87431426 | |

#### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent Address:** CHRISTINE A FILARSKI
NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |

| | | |
|---|---|---|
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| CME FX$INDEX | Registered | 86963593 | 5211897 |
| CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 73134561 | 1085682 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME FX SPOT | Third Extension - Granted | 87155844 | |
| CME CLEARCHAIN | Third Extension - Granted | 87141695 | |
| CME FX LINK | Notice of Allowance - Issued | 87689907 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 10, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 10, 2018 | Feb 19, 2018 |
| 3 | PENDING, INSTITUTED | Jan 10, 2018 | |
| 4 | ANSWER | Feb 20, 2018 | |
| 5 | P MOT TO STRIKE PLEADING/AFFIRMATIVE DEFENSE | Mar 13, 2018 | |
| 6 | D OPP/RESP TO MOTION | Mar 28, 2018 | |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 29, 2018 | |
| 8 | P REPLY IN SUPPORT OF MOTION | Apr 17, 2018 | |
| 9 | STIP FOR EXT | Jul 17, 2018 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 17, 2018 | |
| 11 | PROCEEDINGS RESUMED | Jul 17, 2018 | |
| 12 | W/DRAW OF APPLICATION | Aug 07, 2018 | |
| 13 | BD DECISION: OPP SUSTAINED | Sep 05, 2018 | |
| 14 | TERMINATED | Sep 05, 2018 | |

**Generated on:** This page was generated by TSDR on 2019-02-17 16:45:24 EST

**Mark:** CME CLEARCHAIN

CME CLEARCHAIN

**US Serial Number:** 87141695

**Filed as TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:**



**Application Filing Date:** Aug. 17, 2016

**Currently TEAS RF:** Yes

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** A third request for extension of time to file a Statement of Use has been granted.

**Status Date:** Aug. 13, 2018

**Publication Date:** Jan. 17, 2017

**Notice of Allowance Date:** Mar. 14, 2017

# Mark Information

**Mark Literal Elements:** CME CLEARCHAIN

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer software for use in financial trading, financial exchange, financial information and market, and financial clearing services; computer software for use in trading, storing, receiving, tracking, transferring, clearing, confirmation, and financial trading risk management for exchange market transactions in the field of digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; computer software for use in creating, managing, and analyzing data on distributed public ledgers and peer-to-peer payment networks; downloadable computer software for use in financial trading, financial exchange, financial information and market data, and financial clearing services; computer software for use in blockchain technology

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Business services, namely, providing digital currency management as it deals with the acquisition, allocation, valuation, marketing, auctioning, trading, and use of the public ledger of transactions for digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; management of databases featuring financial information for the buying, selling, trading, custody and administration of digitized assets, such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency

**International Class(es):** 035 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Financial services, namely, electronic funds transfer via electronic communications networks; clearing and reconciling financial

transactions via electronic communications networks; financial exchange services; monetary exchange services; financial information services; financial clearing services; providing exchange markets for trading, clearing, confirmation and financial trading risk management in the field of bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; electronic financial trading services; electronic financial trading, namely, trading of bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; financial information provided by electronic means; providing on-demand and real-time financial information

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Providing temporary on-line use of non-downloadable software for use in trading, clearing, confirmation, and financial trading risk management for exchange market transactions in the field of digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; providing temporary use of on-line non-downloadable software for use in trading, storing, receiving, tracking, transferring, clearing, confirmation, and financial trading risk management for exchange market transactions in the field of digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; platform as a service (PAAS) featuring computer software platform for authenticating, facilitating, matching, processing, clearing, storing, receiving, tracking, transferring, and submitting trade data, exchanging of trading transaction details, and management of the overall trading lifecycle; hosting an online community in the field of digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; application service provider featuring application programming interface (API) for developers in the field of digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency for creating, managing, and analyzing data on distributed public ledgers and peer-to-peer payment networks; Software as a service (SAAS) services, enabling the development of software in the field of digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency for creating, managing, and analyzing data on distributed public ledgers and peer-to-peer payment networks; Platform as a service (PAAS) featuring computer software platforms for use in developing software in the field of digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency for creating, managing, and analyzing data on distributed public ledgers and peer-to-peer payment networks; providing temporary use of on-line non-downloadable software for the management of infrastructure and network in the field of bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; providing on-line non-downloadable computer software for use in blockchain technology; Software as a service (SAAS) services featuring software for clearing, allocation, compliance, recordation and settlement of trading related to bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency and digital currency

**International Class(es):** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | |
|---|---|
| **Filed Use:** No | **Currently Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** Yes |
| **Filed 44D:** No | **Currently 44E:** No |
| **Filed 44E:** No | **Currently 66A:** No |
| **Filed 66A:** No | **Currently No Basis:** No |
| **Filed No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Joseph T. Kucala, Jr.

**Docket Number:** 13439-1422

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** JOSEPH T. KUCALA, JR.
NORVELL IP LLC
P.O. BOX 2461

CHICAGO, ILLINOIS UNITED STATES 60690

**Phone:** 8883150732

Correspondent e-
mail: officeactions@norvellip.com

Correspondent e- Yes
mail Authorized:

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Aug. 15, 2018 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Aug. 13, 2018 | EXTENSION 3 GRANTED | |
| Aug. 13, 2018 | EXTENSION 3 FILED | 98765 |
| Aug. 13, 2018 | TEAS EXTENSION RECEIVED | 98765 |
| Mar. 09, 2018 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 07, 2018 | EXTENSION 2 GRANTED | |
| Mar. 07, 2018 | EXTENSION 2 FILED | 98765 |
| Mar. 07, 2018 | TEAS EXTENSION RECEIVED | 98765 |
| Aug. 15, 2017 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Aug. 11, 2017 | EXTENSION 1 GRANTED | |
| Aug. 11, 2017 | EXTENSION 1 FILED | 98765 |
| Aug. 11, 2017 | TEAS EXTENSION RECEIVED | 98765 |
| Mar. 14, 2017 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jan. 17, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 17, 2017 | PUBLISHED FOR OPPOSITION | |
| Dec. 28, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 13, 2016 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| Dec. 01, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | 70997 |
| Dec. 01, 2016 | EXAMINER'S AMENDMENT ENTERED | |
| Dec. 01, 2016 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 88888 |
| Dec. 01, 2016 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Dec. 01, 2016 | EXAMINERS AMENDMENT -WRITTEN | 6328 |
| Nov. 29, 2016 | ASSIGNED TO EXAMINER | 69197 |
| Sep. 15, 2016 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 69197 |
| Sep. 08, 2016 | ASSIGNED TO LIE | 70997 |
| Aug. 31, 2016 | TEAS VOLUNTARY AMENDMENT RECEIVED | 70997 |
| Aug. 23, 2016 | NOTICE OF PSEUDO MARK E-MAILED | |
| Aug. 22, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 20, 2016 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information

**TM Attorney:** BLOHM, LINDA E

Law Office LAW OFFICE 110
Assigned:

### File Location

**Current Location:** INTENT TO USE SECTION

**Date in Location:** Mar. 14, 2017

# Proceedings

### Summary

Number of 1
Proceedings:

### Type of Proceeding: Opposition

Proceeding 91238893
Number:

**Filing Date:** Jan 10, 2018

**Status:** Terminated

**Status Date:** Sep 05, 2018

**Interlocutory Attorney:** MIKE WEBSTER

## Defendant

**Name:** Church Mutual Insurance Company

**Correspondent Address:** CHRISTOPHER P FOLEY
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 NEW YORK AVENUE NW
WASHINGTON DC UNITED STATES , 20001

**Correspondent e-mail:** docketing@finnegan.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMEXCHANGE | Abandoned - After Inter-Partes Decision | 87431426 | |

## Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent Address:** CHRISTINE A FILARSKI
NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| CME FX$INDEX | Registered | 86963593 | 5211897 |
| CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 73134561 | 1085682 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME FX SPOT | Third Extension - Granted | 87155844 | |
| CME CLEARCHAIN | Third Extension - Granted | 87141695 | |
| CME FX LINK | Notice of Allowance - Issued | 87689907 | |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 10, 2018 | |

| 2 | NOTICE AND TRIAL DATES SENT: ANSWER DUE: | Jan 10, 2018 | Feb 19, 2018 |
| 3 | PENDING, INSTITUTED | Jan 10, 2018 | |
| 4 | ANSWER | Feb 20, 2018 | |
| 5 | P MOT TO STRIKE PLEADING/AFFIRMATIVE DEFENSE | Mar 13, 2018 | |
| 6 | D OPP/RESP TO MOTION | Mar 28, 2018 | |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 29, 2018 | |
| 8 | P REPLY IN SUPPORT OF MOTION | Apr 17, 2018 | |
| 9 | STIP FOR EXT | Jul 17, 2018 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 17, 2018 | |
| 11 | PROCEEDINGS RESUMED | Jul 17, 2018 | |
| 12 | W/DRAW OF APPLICATION | Aug 07, 2018 | |
| 13 | BD DECISION: OPP SUSTAINED | Sep 05, 2018 | |
| 14 | TERMINATED | Sep 05, 2018 | |

Generated on: This page was generated by TSDR on 2019-02-17 16:45:49 EST

Mark: E-MINI

# E-MINI

US Serial Number: 87593364

Filed as TEAS RF: Yes

Register: Principal

Mark Type: Service Mark

TM5 Common Status
Descriptor:



Application Filing Sep. 01, 2017
Date:

Currently TEAS RF: Yes

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the
minimum filing requirements) and that this application has been assigned to
an examiner.

Status: A first request for extension of time to file a Statement of Use has been granted.

Status Date: Nov. 19, 2018

Publication Date: Mar. 27, 2018

Notice of May 22, 2018
Allowance Date:

## Mark Information

Mark Literal E-MINI
Elements:

Standard Character Yes. The mark consists of standard characters without claim to any particular font style, size, or color.
Claim:

Mark Drawing 4 - STANDARD CHARACTER MARK
Type:

## Related Properties Information

International 1402147
Registration
Number:

International A0073618/1402147
Application(s)
/Registration(s)
Based on this
Property:

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Financial exchange; Futures exchange services; Financial services, namely, the trading of financial instruments, securities, shares,
options and other derivative products; On-line trading of financial instruments, shares, options and other derivative products; Providing
financial information; Providing information in the field of financial stock and equity markets; Trading of securities options; Trading of
securities index futures

International 036 - Primary Class
Class(es):

U.S Class(es): 100, 101, 102

Class Status: ACTIVE

Basis: 1(b)

## Basis Information (Case Level)

Filed Use: No

Currently Use: No

| | |
|---|---|
| Filed ITU: Yes | Currently ITU: Yes |
| Filed 44D: No | Currently 44E: No |
| Filed 44E: No | Currently 66A: No |
| Filed 66A: No | Currently No Basis: No |
| Filed No Basis: No | |

# Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Joseph T Kucala Jr.

**Docket Number:** 13439-1428

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** JOSEPH T KUCALA JR.
NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS UNITED STATES 60690

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com
jkucala@norvellip.com mgutierrez@norvellip.com
mwitsman@norvellip.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 19, 2018 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 21, 2018 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Nov. 19, 2018 | EXTENSION 1 GRANTED | |
| Nov. 19, 2018 | EXTENSION 1 FILED | 98765 |
| Nov. 19, 2018 | TEAS EXTENSION RECEIVED | 98765 |
| May 22, 2018 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Mar. 27, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 27, 2018 | PUBLISHED FOR OPPOSITION | |
| Mar. 07, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 16, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 15, 2018 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Feb. 15, 2018 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 68552 |
| Feb. 14, 2018 | ASSIGNED TO LIE | 68552 |
| Feb. 06, 2018 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 68552 |
| Dec. 15, 2017 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Dec. 15, 2017 | NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 15, 2017 | NON-FINAL ACTION WRITTEN | 6325 |
| Dec. 07, 2017 | ASSIGNED TO EXAMINER | 88570 |
| Sep. 09, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 88570 |
| Sep. 05, 2017 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

|  | TM Staff Information | |
|---|---|---|
| TM Attorney: LEE, JEANIE H | Law Office Assigned: | LAW OFFICE 105 |
|  | File Location | |
| Current Location: INTENT TO USE SECTION | Date in Location: | May 22, 2018 |

# Proceedings

## Summary

Number of Proceedings: 1

### Type of Proceeding: Cancellation

| Proceeding Number: | 92066802 | Filing Date: | Sep 01, 2017 |
|---|---|---|---|
| Status: | Pending | Status Date: | Sep 01, 2017 |
| Interlocutory Attorney: | ELIZABETH A DUNN | | |

### Defendant

Name: Barry Taylor

Correspondent Address: Ruth Khalsa
LEGALFORCE RAPC WORLDWIDE PC
446 E SOUTHERN AVENUE
TEMPE AZ UNITED STATES , 85282

Correspondent e-mail: lfdisputes@legalforcelaw.com , ruth@legalforcelaw.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| EMINI-WATCH | Cancellation Pending | 85366130 | 4200951 |

### Plaintiff(s)

Name: Chicago Mercantile Exchange Inc.

Correspondent Address: CHRISTINE A FILARSKI
NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

Correspondent e-mail: officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| E-MINI | REGISTERED AND RENEWED | 78297512 | 2969965 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| | First Extension - Granted | 87593364 | |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Sep 01, 2017 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Sep 05, 2017 | Oct 15, 2017 |
| 3 | PENDING, INSTITUTED | Sep 05, 2017 | |
| 4 | ANSWER | Oct 06, 2017 | |
| 5 | AMENDED ANSWER | Oct 27, 2017 | |
| 6 | D APPEARANCE / POWER OF ATTORNEY | Nov 03, 2017 | |
| 7 | TRIAL DATES REMAIN AS SET | Nov 13, 2017 | |
| 8 | D CHANGE OF CORRESP ADDRESS | Dec 29, 2017 | |
| 9 | STIP PROTECTIVE ORDER | Feb 13, 2018 | |
| 10 | UNDELIVERABLE MAIL | Feb 13, 2018 | |
| 11 | STIP NOTED AND APPROVED | Feb 20, 2018 | |
| 12 | STIP FOR EXT | Mar 15, 2018 | |
| 13 | EXTENSION OF TIME GRANTED | Mar 15, 2018 | |

| 14 | STIP FOR EXT | Jul 09, 2018 |
| 15 | EXTENSION OF TIME GRANTED | Jul 09, 2018 |
| 16 | P MOT FOR EXT W/ CONSENT | Oct 01, 2018 |
| 17 | EXTENSION OF TIME GRANTED | Oct 01, 2018 |
| 18 | P MOT FOR EXT W/ CONSENT | Dec 13, 2018 |
| 19 | EXTENSION OF TIME GRANTED | Dec 13, 2018 |

Generated on: This page was generated by TSDR on 2019-02-17 16:46:07 EST

Mark: CME

# CME

US Serial Number: 88087268

Filed as TEAS RF: Yes

Register: Principal

Mark Type: Service Mark

Application Filing Date: Aug. 21, 2018

Currently TEAS RF: Yes

Status: A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

Status Date: Sep. 30, 2018

## Mark Information

Mark Literal Elements: CME

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Financial trading services related to the offering of cryptocurrencies; electronic financial trading services relating to cryptocurrencies; providing information regarding the trading of cryptocurrencies; providing exchange markets for trading and clearing cryptocurrencies

International Class(es): 036 - Primary Class

Class Status: ACTIVE

Basis: 1(a)

First Use: Dec. 17, 2017

U.S Class(es): 100, 101, 102

Use in Commerce: Dec. 17, 2017

## Basis Information (Case Level)

| | | |
|---|---|---|
| Filed Use: Yes | Currently Use: Yes | Amended Use: No |
| Filed ITU: No | Currently ITU: No | Amended ITU: No |
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

## Current Owner(s) Information

Owner Name: Chicago Mercantile Exchange Inc.

Owner Address: 20 South Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

Legal Entity Type: CORPORATION

State or Country Where Organized: ILLINOIS

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Joseph T. Kucala Jr.

**Docket Number:** 13439-1447

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** JOSEPH T. KUCALA JR.
NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com
jkucala@norvellip.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Sep. 30, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION WRITTEN | 92838 |
| Sep. 26, 2018 | ASSIGNED TO EXAMINER | 92838 |
| Aug. 30, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 24, 2018 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** SHEN, ELIZABETH STELLA

**Law Office Assigned:** LAW OFFICE 121

**File Location**

**Current Location:** TMO LAW OFFICE 121 - EXAMINING ATTORNEY ASSIGNED

**Date in Location:** Sep. 30, 2018

Generated on: This page was generated by TSDR on 2019-02-17 16:46:23 EST

Mark: CME DATAMINE

CME DATAMINE

US Serial Number: 87749572

Filed as TEAS RF: Yes

Register: Principal

Mark Type: Service Mark

TM5 Common Status
Descriptor:

Application Filing Jan. 10, 2018
Date:

Currently TEAS RF: Yes

LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has
been published in a way that provides an opportunity for the public to oppose
its registration.

Status: Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six
months of the NOA issuance date.

Status Date: Nov. 27, 2018

Publication Date: Oct. 02, 2018

Notice of Nov. 27, 2018
Allowance Date:

# Mark Information

Mark Literal CME DATAMINE
Elements:

Standard Character Yes. The mark consists of standard characters without claim to any particular font style, size, or color.
Claim:

Mark Drawing 4 - STANDARD CHARACTER MARK
Type:

# Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

* Brackets [..] indicate deleted goods/services;
* Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
* Asterisks *..* identify additional (new) wording in the goods/services.

For: Software as a service (SAAS) featuring software related to financial market data, namely, software for use in compiling, storing, and
distributing financial market data; software as a service (SAAS) featuring software for historical, on-demand, and real-time financial
market data distribution; providing platform as a service (PAAS) featuring computer software platform for compiling, storing, and
distributing financial market data

International 042 - Primary Class
Class(es):

U.S Class(es): 100, 101

Class Status: ACTIVE

Basis: 1(b)

# Basis Information (Case Level)

Filed Use: No

Filed ITU: Yes

Filed 44D: No

Filed 44E: No

Filed 66A: No

Filed No Basis: No

Currently Use: No

Currently ITU: Yes

Currently 44E: No

Currently 66A: No

Currently No Basis: No

# Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606

**Legal Entity Type:** CORPORATION

**State or Country** DELAWARE
**Where Organized:**

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Joseph T Kucala Jr.

**Docket Number:** 13439-1432

**Attorney Primary** officeactions@norvellip.com
**Email Address:**

**Attorney Email** Yes
**Authorized:**

**Correspondent**

**Correspondent** JOSEPH T KUCALA JR.
**Name/Address:** NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS UNITED STATES 60690

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-** officeactions@norvellip.com
**mail:** jkucala@norvellip.com

**Correspondent e-** Yes
**mail Authorized:**

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Nov. 27, 2018 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Oct. 02, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 02, 2018 | PUBLISHED FOR OPPOSITION | |
| Sep. 12, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Aug. 27, 2018 | ASSIGNED TO LIE | |
| Aug. 15, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | 69712 |
| Aug. 14, 2018 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Aug. 13, 2018 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Aug. 13, 2018 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 88889 |
| Apr. 20, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Apr. 20, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Apr. 20, 2018 | NON-FINAL ACTION WRITTEN | 6325 |
| Apr. 20, 2018 | ASSIGNED TO EXAMINER | 69812 |
| Jan. 24, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 69812 |
| Jan. 13, 2018 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** SHANAHAN, WILLIAM PATR

**Law Office** LAW OFFICE 116
**Assigned:**

**File Location**

**Current Location:** INTENT TO USE SECTION

**Date in Location:** Nov. 27, 2018

**Generated on:** This page was generated by TSDR on 2019-02-17 16:46:42 EST

**Mark:** CME MARKET SENTIMENT METER

CME MARKET SENTIMENT METER

**US Serial Number:** 87954026

**Filed as TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Sep. 30, 2018

**Application Filing Date:** Jun. 08, 2018

**Currently TEAS RF:** Yes

## Mark Information

**Mark Literal Elements:** CME MARKET SENTIMENT METER

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer software for use in financial trading, financial exchange, financial information, and financial clearing services; computer software for use in evaluating financial market trends and changes; computer software related to financial market data; computer software related to historical and real-time financial market data distribution

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Financial advisory services; financial planning services; financial risk management services; financial information services; financial exchange services, namely, providing a tool regarding trends and changes in the financial markets and price development; financial risk services, namely, providing a tool for risk evaluation and management in the financial markets

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Software as a Service (SaaS) featuring software for use in financial trading, financial exchange, financial information, and financial clearing services; software as a service (SaaS) featuring computer software for use in evaluating financial market trends; software as a service (SaaS) featuring software related to financial market data; software as a services (SaaS) related to historical and real-time financial market data distribution

**International Class(es):** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No　　　　　**Currently Use:** No　　　　　**Amended Use:** No

| | | |
|---|---|---|
| Filed ITU: Yes | Currently ITU: Yes | Amended ITU: No |
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

# Current Owner(s) Information

Owner Name: Chicago Mercantile Exchange Inc.

Owner Address: 20 S. Wacker Drive
Chicago, ILLINOIS 60690
UNITED STATES

Legal Entity Type: CORPORATION

State or Country DELAWARE
Where Organized:

# Attorney/Correspondence Information

### Attorney of Record

Attorney Name: Matthew D. Witsman

Docket Number: 13439 - 1440

Attorney Primary officeactions@norvellip.com
Email Address:

Attorney Email Yes
Authorized:

### Correspondent

Correspondent MATTHEW D. WITSMAN
Name/Address: NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

Correspondent e- officeactions@norvellip.com officeactions@norvell
mail: ip.com

Correspondent e- Yes
mail Authorized:

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 30, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION WRITTEN | 92838 |
| Sep. 26, 2018 | ASSIGNED TO EXAMINER | 92838 |
| Sep. 05, 2018 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70997 |
| Aug. 29, 2018 | ASSIGNED TO LIE | 70997 |
| Aug. 13, 2018 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Jun. 14, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 12, 2018 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information

TM Attorney: SHEN, ELIZABETH STELLA

Law Office LAW OFFICE 121
Assigned:

### File Location

Current Location: TMO LAW OFFICE 121 - EXAMINING
ATTORNEY ASSIGNED

Date in Location: Sep. 30, 2018

Generated on: This page was generated by TSDR on 2019-02-17 16:46:58 EST

Mark: CME OIS

# CME OIS

US Serial Number: 87953899

Filed as TEAS RF: Yes

Register: Principal

Mark Type: Service Mark

Application Filing Date: Jun. 08, 2018

Currently TEAS RF: Yes

Status: A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

Status Date: Sep. 30, 2018

## Mark Information

Mark Literal Elements: CME OIS

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Financial exchange services; financial trading services relating to the trading of futures, options, swaps, and derivative products; electronic financial trading services relating to interest rates; providing information regarding the trading of futures, options and swaps; providing exchange markets for trading, clearing, confirmation and financial trading of futures, options, swaps and derivative products

International Class(es): 036 - Primary Class

U.S Class(es): 100, 101, 102

Class Status: ACTIVE

Basis: 1(b)

## Basis Information (Case Level)

| | | |
|---|---|---|
| Filed Use: No | Currently Use: No | Amended Use: No |
| Filed ITU: Yes | Currently ITU: Yes | Amended ITU: No |
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

## Current Owner(s) Information

Owner Name: Chicago Mercantile Exchange Inc.

Owner Address: 20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

Legal Entity Type: CORPORATION

State or Country Where Organized: DELAWARE

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Joseph T Kucala Jr.

**Attorney Primary** officeactions@norvellip.com
**Email Address:**

**Docket Number:** 13439-1442

**Attorney Email** Yes
**Authorized:**

**Correspondent**

**Correspondent** JOSEPH T KUCALA JR.
**Name/Address:** NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-** officeactions@norvellip.com
**mail:** jkucala@norvellip.com

**Correspondent e-** Yes
**mail Authorized:**

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Sep. 30, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION WRITTEN | 92838 |
| Sep. 26, 2018 | ASSIGNED TO EXAMINER | 92838 |
| Sep. 05, 2018 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70997 |
| Aug. 29, 2018 | ASSIGNED TO LIE | 70997 |
| Aug. 13, 2018 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Jun. 14, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 12, 2018 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** SHEN, ELIZABETH STELLA

**Law Office** LAW OFFICE 121
**Assigned:**

**File Location**

**Current Location:** TMO LAW OFFICE 121 - EXAMINING
ATTORNEY ASSIGNED

**Date in Location:** Sep. 30, 2018

**Generated on:** This page was generated by TSDR on 2019-02-17 16:47:12 EST

**Mark:** CME SOFR

# CME SOFR

**US Serial Number:** 87953901

**Filed as TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**Application Filing Date:** Jun. 08, 2018

**Currently TEAS RF:** Yes

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Sep. 30, 2018

# Mark Information

**Mark Literal Elements:** CME SOFR

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial exchange services; financial trading services relating to the trading of futures, options, swaps, and derivative products; electronic financial trading services relating to interest rates; providing information regarding the trading of futures, options and swaps; providing exchange markets for trading, clearing, confirmation and financial trading of futures, options, swaps and derivative products

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

# Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No | **Amended Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

# Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

**Attorney Name:** Joseph T Kucala Jr.

**Attorney Primary Email Address:** officeactions@norvellip.com

**Correspondent Name/Address:** JOSEPH T KUCALA JR.
NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732

**Correspondent e-mail:** officeactions@norvellip.com
jkucala@norvellip.com

**Attorney of Record**

**Docket Number:** 13439-1443

**Attorney Email Authorized:** Yes

**Correspondent**

**Fax:** 312-268-5063

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Sep. 30, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Sep. 30, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION WRITTEN | 6325 |
| Sep. 26, 2018 | ASSIGNED TO EXAMINER | 92838 |
| Sep. 05, 2018 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 92838 |
| Aug. 29, 2018 | ASSIGNED TO LIE | 70997 |
| Aug. 13, 2018 | TEAS VOLUNTARY AMENDMENT RECEIVED | 70997 |
| Jun. 14, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 12, 2018 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Attorney:** SHEN, ELIZABETH STELLA

**Current Location:** TMO LAW OFFICE 121 - EXAMINING ATTORNEY ASSIGNED

**TM Staff Information**

**Law Office Assigned:** LAW OFFICE 121

**File Location**

**Date in Location:** Sep. 30, 2018

**Generated on:** This page was generated by TSDR on 2019-02-17 16:47:50 EST

**Mark:** CME ULTRA

# CME ULTRA

**US Serial Number:** 87953897

**Application Filing Date:** Jun. 08, 2018

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Sep. 30, 2018

## Mark Information

**Mark Literal Elements:** CME ULTRA

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial exchange services; financial trading services relating to the trading of futures and options for treasury bonds and notes; electronic financial trading services relating of futures and options for treasury bonds and notes; providing information regarding the trading of futures and options for treasury bonds and notes providing exchange markets for trading, clearing, confirmation and financial trading of futures, options, swaps and derivative products for treasury bonds and notes

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** No | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** Yes | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

Attorney Name: Joseph T Kucala Jr.

Attorney Primary Email Address: officeactions@norvellip.com

Docket Number: 13439-1441

Attorney Email Authorized: Yes

### Correspondent

Correspondent Name/Address: JOSEPH T KUCALA JR.
NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

Phone: 888-315-0732

Correspondent e-mail: officeactions@norvellip.com
jkucala@norvellip.com

Fax: 312-268-5063

Correspondent e-mail Authorized: Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 30, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION WRITTEN | 92838 |
| Sep. 26, 2018 | ASSIGNED TO EXAMINER | 92838 |
| Sep. 05, 2018 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70997 |
| Aug. 29, 2018 | ASSIGNED TO LIE | 70997 |
| Aug. 13, 2018 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Jun. 14, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 12, 2018 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information

TM Attorney: SHEN, ELIZABETH STELLA

Law Office Assigned: LAW OFFICE 121

### File Location

Current Location: TMO LAW OFFICE 121 - EXAMINING ATTORNEY ASSIGNED

Date in Location: Sep. 30, 2018

**Generated on:** This page was generated by TSDR on 2019-02-17 16:48:07 EST

**Mark:** CME VIRTUAL HUB

CME VIRTUAL HUB

**US Serial Number:** 87953895

**Filed as TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



**Application Filing Date:** Jun. 08, 2018

**Currently TEAS RF:** Yes

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Sep. 30, 2018

# Mark Information

**Mark Literal Elements:** CME VIRTUAL HUB

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Cloud-based software used for financial trading and financial clearing; cloud-based software used to connect to financial trading and clearing platforms; providing platform as a service (PAAS) featuring computer software platform for financial trading, financial exchange, and financial clearing services; software as a service (Saas) featuring computer for financial trading, financial exchange and financial clearing services

**International Class(es):** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

# Basis Information (Case Level)

| | |
|---|---|
| **Filed Use:** No | **Currently Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** Yes |
| **Filed 44D:** No | **Currently 44E:** No |
| **Filed 44E:** No | **Currently 66A:** No |
| **Filed 66A:** No | **Currently No Basis:** No |
| **Filed No Basis:** No | |

# Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T Kucala Jr.

**Docket Number:** 13439-1445

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** JOSEPH T KUCALA JR.
NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS UNITED STATES 60690

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com
jkucala@norvellip.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Sep. 30, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION WRITTEN | 92838 |
| Sep. 26, 2018 | ASSIGNED TO EXAMINER | 92838 |
| Sep. 05, 2018 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70997 |
| Aug. 29, 2018 | ASSIGNED TO LIE | 70997 |
| Aug. 13, 2018 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Jun. 14, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 12, 2018 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information

**TM Attorney:** SHEN, ELIZABETH STELLA

**Law Office Assigned:** LAW OFFICE 121

### File Location

**Current Location:** TMO LAW OFFICE 121 - EXAMINING ATTORNEY ASSIGNED

**Date in Location:** Sep. 30, 2018

Generated on: This page was generated by TSDR on 2019-02-17 16:48:24 EST

Mark: CME VIRTUAL HUB

CME VIRTUAL HUB

US Serial Number: 87953893

Filed as TEAS RF: Yes

Register: Principal

Mark Type: Service Mark

Application Filing Jun. 08, 2018
Date:

Currently TEAS RF: Yes

Status: A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

Status Date: Sep. 30, 2018

## Mark Information

Mark Literal CME VIRTUAL HUB
Elements:

Standard Character Yes. The mark consists of standard characters without claim to any particular font style, size, or color.
Claim:

Mark Drawing 4 - STANDARD CHARACTER MARK
Type:

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Providing access to network-based financial trading platforms

International 038 - Primary Class
Class(es):

U.S Class(es): 100, 101, 104

Class Status: ACTIVE

Basis: 1(b)

## Basis Information (Case Level)

| | | |
|---|---|---|
| Filed Use: No | Currently Use: No | Amended Use: No |
| Filed ITU: Yes | Currently ITU: Yes | Amended ITU: No |
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

## Current Owner(s) Information

Owner Name: Chicago Mercantile Exchange Inc.

Owner Address: 20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

Legal Entity Type: CORPORATION

State or Country DELAWARE
Where Organized:

## Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Attorney Name:** Joseph T Kucala Jr. | **Docket Number:** 13439-1444 |
| **Attorney Primary Email Address:** officeactions@norvellip.com | **Attorney Email Authorized:** Yes |

**Correspondent**

**Correspondent Name/Address:** JOSEPH T KUCALA JR.
NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732      **Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com
jkucala@norvellip.com      **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 30, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION WRITTEN | 92838 |
| Sep. 26, 2018 | ASSIGNED TO EXAMINER | 92838 |
| Sep. 05, 2018 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70997 |
| Aug. 29, 2018 | ASSIGNED TO LIE | 70997 |
| Aug. 13, 2018 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Jun. 14, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 12, 2018 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** SHEN, ELIZABETH STELLA      **Law Office Assigned:** LAW OFFICE 121

**File Location**

**Current Location:** TMO LAW OFFICE 121 - EXAMINING ATTORNEY ASSIGNED      **Date in Location:** Sep. 30, 2018

# EXHIBIT F

2/13/2019                                                    | ICANN WHOIS



简体中文   English   Français   Русский   Español   العربية   Portuguese

## ICANN WHOIS

cmerussian.com                          Lookup

By submitting any personal data, I agree that the personal data will be processed in accordance with the ICANNPrivacy Policy, and agree to abide by the websiteTerms of Service.

*Showing results for: cmerussian.com*

Original Query: cmerussian.com

# Contact Information

## Registrant Contact

Name:
Organization:
Mailing Address: , Dnipro UA
Phone:
Ext:
Fax:
Fax Ext:
Email:Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?domain=cmerussian.com

## Admin Contact

Name:
Organization:
Mailing Address: ,
Phone:
Ext:
Fax:

Fax Ext:

Email:Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?domain=cmerussian.com

## Tech Contact

Name:

Organization:

Mailing Address:,

Phone:

Ext:

Fax:

Fax Ext:

Email:Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?domain=cmerussian.com

## Registrar

WHOIS Server: whois.godaddy.com
URL: http://www.godaddy.com
Registrar: GoDaddy.com, LLC
IANA ID: 146
Abuse Contact Emailabuse@godaddy.com
Abuse Contact Phone:+1.4806242505

## Status

Domain Status:clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status:clientUpdateProhibited
http://www.icann.org/epp#clientUpdateProhibited
Domain Status:clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status:clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited

## Important Dates

Updated Date:2019-02-05
Created Date:2019-02-05

Registrar Expiration Date:2020-02-05

## Name Servers

NS61.DOMAINCONTROL.COM
NS62.DOMAINCONTROL.COM

## Raw WHOIS Record

```
Domain Name: cmerussian.com
Registry Domain ID: 2358309011_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2019-02-05T16:40:45Z
Creation Date: 2019-02-05T16:40:45Z
Registrar Registration Expiration Date: 2020-02-05T16:40:45Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited
http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited
http://www.icann.org/epp#clientDeleteProhibited
Registrant Organization:
Registrant State/Province: Dnipro
Registrant Country: UA
Registrant Email: Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?domain=cmerussian.com
Admin Email: Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?domain=cmerussian.com
Tech Email: Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?domain=cmerussian.com
Name Server: NS61.DOMAINCONTROL.COM
Name Server: NS62.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
```

>>> Last update of WHOIS database: 2019-02-13T16:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden
without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In
particular,
you agree not to use this data to allow, enable, or otherwise make
possible,
dissemination or collection of this data, in part or in its entirety,
for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic
electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial
purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

**NOTICE, DISCLAIMERS AND TERMS OF USE:**

2/13/2019                                                    | ICANN WHOIS

On 17 May 2018 the ICANN Board adopted a Temporary Specification for gTLD Registration Data
This page is under review and will be updated to address the Temporary Specification.

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN
does not generate, collect, retain or store the results shown other than for the transitory duration
necessary to show these results in response to real-time queries.* These results are shown for the
sole purpose of assisting you in obtaining information about domain name registration records and
no other purpose. You agree to use this data only for lawful purposes and further agree not to use
this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile
of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic
processes to collect or compile this data for any purpose, including without limitation mining this data
for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your
access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these
terms at any time. By submitting a query, you agree to abide by these terms.

* There is one exception: ICANN acts as the registry operator for the .int TLD, and in that capacity
does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2019 Internet Corporation for Assigned Names and Numbers  Privacy Policy    Terms of
Service    Cookies Policy

2/17/2019                                    WHOIS search results

   

Promos  

## Search the WHOIS Database

| Enter a domain name to search | Search |

Private Registration    Local listings

# WHOIS search results

Domain Name: cmerussian.com
Registry Domain ID: 2358309011_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2019-02-05T16:40:45Z
Creation Date: 2019-02-05T16:40:45Z
Registrar Registration Expiration Date: 2020-02-05T16:40:45Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Dmitro Nagovskiy
Registrant Organization:
Registrant Street: Karla Marksa 122
Registrant City: Dnipro
Registrant State/Province: Dnipro

Registrant Postal Code: 49000
Registrant Country: UA
Registrant Phone: +380.503152390
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: nagovskiydmitriy@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Dmitro Nagovskiy
Admin Organization:
Admin Street: Karla Marksa 122
Admin City: Dnipro
Admin State/Province: Dnipro
Admin Postal Code: 49000
Admin Country: UA
Admin Phone: +380.503152390
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: nagovskiydmitriy@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Dmitro Nagovskiy
Tech Organization:
Tech Street: Karla Marksa 122
Tech City: Dnipro
Tech State/Province: Dnipro
Tech Postal Code: 49000
Tech Country: UA
Tech Phone: +380.503152390
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: nagovskiydmitriy@gmail.com
Name Server: NS61.DOMAINCONTROL.COM
Name Server: NS62.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2019-02-18T03:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.


The data contained in GoDaddy.com, LLC's Whois database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.


Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data | Contact Domain Holder | Report Invalid Whois

## Want to buy this domain?

Get it with our Domain Buy Service.

2/17/2019                                          WHOIS search results

**Go**

## Is this your domain?

Add hosting, email and more.

**Go**

**About GoDaddy**
About Us
Contact Us
Newsroom
Investor Relations
Careers
Corporate Responsibility
GoDaddy Store
Legal
GoDaddy Blog
**Support**
Product Support
Community
Report Abuse
**Resources**
Webmail
WHOIS
GoDaddy Mobile App
ICANN Confirmation
Tools for Pros
Redeem Code
Product Catalog

Site Map
Videos
**Partner Programs**
Affiliates
Reseller Programs
GoDaddy Pro
**Account**
My Account
My Renewals
Create Account
**Shopping**
Domains
Websites
WordPress
Hosting
Web Security
Online Marketing
Email & Office
Phone Numbers
Promos

⊕ United States - English ▲    USD ▲

f  🐦  g+  ▶

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 – 2019 GoDaddy Operating Company, LLC. All Rights Reserved.

# EXHIBIT G

**From:** Matthew Shayefar <matt@bostonlawgroup.com>
**Sent:** Wednesday, March 20, 2019 4:30 PM
**To:** Angela Simmons <asimmons@norvellip.com>; Val Gurvits <vgurvits@bostonlawgroup.com>
**Cc:** Joseph V. Norvell <jnorvell@norvellip.com>; Joe Kucala <jkucala@norvellip.com>; Matt Witsman <mwitsman@norvellip.com>; Christian Morgan <cmorgan@norvellip.com>; cmeteam@norvellip.com; Charles Lee Mudd Jr. <clm@muddlaw.com>
**Subject:** RE: CONFIDENTIAL: Notice of Temporary Restraining Order against WEBZILLA - CME Group Inc. et al. v. Dmitro Nagovskiy, Webzilla B.V., et al.

Angela,

Please see the attached. Also, please keep our local counsel, Charles Mudd, copied on communications.

Thank you,

Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com

---------------------------------------------------------------------------------

The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message. Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com

In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

**First Name:** Evgeniy
**Last Name:** Golub
**Email Address:** golub.evgeniy.domen@yandex.ru

**Last login to personal account (as of March 13, 2019):**
Date: 05.03.2019 10:26
IP Address: 146.0.42.84
Host: ca215.calcit.dedicated.server-hosting.expert

**Payment info:**
System: Paymaster
Payment method: by card

**First payment:**
Amount: 859,00 RUB
Payment method: bank card
Payer info:
e-mail: golub.evgeniy.domen@yandex.ru; tel: not specified
User IP address: 213.183.54.123
Payment number in payment system: 903787034720
Payer ID in payment system: 5XXXXXXXXXXX4590
PUBLIC JSC FIRST UKRAINIAN INTERNATIONAL BANK
06.02.2019 11:52 TRANSACTION CREATED
06.02.2019 11:53 TRANSACTION PERFORMED

**Second payment:**
Amount: 859,00 RUB
Payment method: bank card
Payer info:
e-mail: not specified, tel: not specified
User IP address: 146.0.42.84
Payment number in payment system: 906493396412
Payer ID in payment system: 5XXXXXXXXXXX8069
OJSC UNIVERSAL BANK
05.03.2019 12:26 TRANSACTION CREATED
05.03.2019 12:27 TRANSACTION PERFORMED

# EXHIBIT H

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmerussian.com/reserves |
| Captured site IP: | 88.85.81.91 |
| Page loaded at (UTC): | Fri, 15 Feb 2019 15:54:37 GMT |
| Capture timestamp (UTC): | Fri, 15 Feb 2019 15:54:42 GMT |
| Capture tool: | 2.0.0-beta |
| Collection server IP: | 35.203.252.145 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/70.0.3538.35 Safari/537.36 |
| Operating system: | linux x64 (Node v8.11.1) |
| PDF length: | 4 |
| Capture ID: | qnpNkeAuCFcnpaBe5ByXYC |
| User: | pagevault-wesley |

CME Group

Торговля   Клиринг   Регулирование   Данные   Технологии   Образование   О нас    Войти

## Инвестиционное предложение для физических лиц

| План | Соотношение доходности | Длительность торговой сессии | Реферальное вознаграждение | Действие |
|---|---|---|---|---|
| **Bronze** | | | | |
| 1000-2999$ | от 7-12% | 96 часов | 5 % от вклада приглашенного | Выбрать депозит |
| 3000-4999$ | от 13-15% | 96 часов | 5 % от вклада приглашенного | Выбрать депозит |
| 5000-6999$ | от 16-20% | 96 часов | 5 % от вклада приглашенного | Выбрать депозит |
| **Silver** | | | | |
| 7000-9999$ | от 21-25% | 72 часа | 7 % от вклада приглашенного | Выбрать депозит |
| 10000-14999$ | от 26-30% | 72 часа | 7 % от вклада приглашенного | Выбрать депозит |
| 15000-19999$ | от 31-35% | 72 часа | 7 % от вклада приглашенного | Выбрать депозит |
| **Gold** | | | | |
| 20000-29999$ | от 36-40% | 48 часов | 10 % от вклада приглашенного | Выбрать депозит |
| 30000-49999$ | от 41-45% | 48 часов | 10 % от вклада приглашенного | Выбрать депозит |
| 50000-100000$ | от 46-50% | 48 часов | 10 % от вклада приглашенного | Выбрать депозит |
| **Brilliant** | | | | |
| Покупка лота | Соотношение доходности в зависимости от цены акций на момент торговой сессии. | 24 часа (1 биржевой день) | | Выбрать депозит |

Компания принимает вклады в криптовалюте: Ethereum, Bitcoin.Вклад конвертируется согласно курсу на момент входа. Начисление производится автоматически на платежную систему, указанную при регистрации после завершения торговой сессии (тело вклада + % доходности). Начисление согласно маркетинг-плану, производится с понедельника по пятницу, выплата по реферальной программе в субботу.

## Бронь места на торговую сессию

### 15.02.2019 00:00

**Сумма входа на торговую сессию: 1000-2999$**
**Время работы Вашего депозита: 96 часов**

ФИО

Номер ID (полученный при регистрации)

Сумма входа

Забронировать

Свободные места на торговую сессию регулируются суммой лота на момент сделки.
Для того, чтобы снять бронь, обратитесь к консультанту компании

Связаться с менеджером

Отправьте нам сообщение      JIVOSITE

## ПАРТНЕРСКАЯ ПРОГРАММА ДЛЯ ФИЗИЧЕСКИХ ЛИЦ

В компании CME Group для активных участников и партнёров предусмотрена одноуровневая партнёрская программа. Принять участие в партнёрской программе может каждый желающий.

### УСЛОВИЯ ПАРТНЕРСКОЙ ПРОГРАММЫ

Ваш возраст должен быть от 16 лет.
Необходимо быть зарегистрированным инвестором.
Принимать участие в торговых сессиях.

Приглашайте своих друзей и знакомых в компанию CME Group и получайте специальные бонусы. Приглашая новых участников инвестировать в CME Group, Вы имеете отличный шанс увеличивать размер получаемой прибыли на 50%.
Единоразовый бонус за приглашенного начисляется на платежную систему, указанную при регистрации. Размер начисления составляет от 5% до 10% от вклада Вашего приглашенного.

## ФОНД ГАРАНТИЙНЫХ ВЫПЛАТ

Мы поддерживаем открытый рынок, где масштабы и возможности подключения по всему спектру участников рынка являются конкурентными сильными сторонами. У нас есть финансовая дисциплина «для прибыли» и обязательство поддерживать стабильность рынка, обеспечивать совместную экономию за счет масштаба и развивать рынки на местном и глобальном уровнях. Мы обслуживаем общественное благо, обеспечивая эффективность рынков и активно позволяя снизить риск.
Метод оптимизации риска относится к упреждающим методам управления, связанным со стратегическим планированием. Под стратегическим планированием понимается изучение потенциала предприятия, прогнозирование внешней обстановки, периодическая разработка сценариев развития и оценка будущего состояния среды хозяйствования, прогнозирование поведения потенциальных партнеров и действий конкурентов. Полученные результаты позволяют уловить тенденции во взаимоотношениях хозяйствующих субъектов, своевременно подготовиться к законодательным изменениям, принять необходимые меры для компенсации потерь от изменения правил ведения хозяйственной деятельности, скорректировать оперативные, тактические и стратегические планы. Поэтапно стратегическое управление рисками предполагает:

непрерывный мониторинг внешних условий;
сбор информации по наиболее значимым для данной торговой сессии рисков;
внесение корректировок в первоначальную оценку проекта рисков с учетом дополнительной информации по рискам, изменениям во внешней среде и в самом проекте;
Формирование фонда гарантийных выплат происходит с помощью вкладов инвесторов. Оплачивается согласно условиям пакета, по которому инвестор работает в компании. Оплата в фонд является обязательной для каждого участника торговой сессии.

| План | Размер оплаты в ФГВ | Порядок оплаты |
|---|---|---|
| Bronze | 10% | От общей прибыли всех торговых сессий, в которых принимал участие инвестор в течение месяца |
| Silver | 12% | До получения прибыли после каждой торговой сессии. |
| Gold | 15% | До получения прибыли после каждой торговой сессии. |

В случае сделки с отрицательным результатом фонд покрывает тело вклада + 3% неустойки от компании CME Group, если если в течении 90 банковских дней инвестор не использовал ФГВ, совершенные платежи возвращаются на платежную систему, указанную при регистрации. В случае отказа оплаты ФГВ , инвестор не допускается к входу на торговые сессии до выяснения причин.

✉ Центр подписок

### Отправить отзыв

Почта (Опционально)

Введите ваше сообщение

### Кто мы

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

### Свяжитесь с Нами →
Russia
"World Trade Center"

Свяж    ✉ Отправьте нам сообщение    jivosite


Единировании сонус оси приглашенные на казничетую резклюшную систему, указанную при регистрации Размер комиссии составляет от 5% до 10% от вклада Вашего приглашенного.

# ФОНД ГАРАНТИЙНЫХ ВЫПЛАТ

Мы поддерживаем открытый рынок, где масштабы и возможности подключения по всему спектру участников рынка являются конкурентными сильными сторонами. У нас есть финансовая дисциплина «для прибыли» и обязательство поддерживать стабильность рынка, обеспечивать совместную экономию за счет масштаба и развивать рынки на местном и глобальном уровнях. Мы обслуживаем общественное благо, обеспечивая эффективность рынков и активно позволяя снизить риск.

Метод оптимизации риска относится к упреждающим методам управления, связанным со стратегическим планированием. Под стратегическим планированием понимается изучение потенциала предприятия, прогнозирование внешней обстановки, периодическая разработка сценариев развития и оценка будущего состояния среды хозяйствования, прогнозирование поведения потенциальных партнеров и действий конкурентов. Полученные результаты позволяют уловить тенденции во взаимоотношениях хозяйствующих субъектов, своевременно подготовиться к законодательным изменениям, принять необходимые меры для компенсации потерь от изменения правил ведения хозяйственной деятельности, скорректировать оперативные, тактические и стратегические планы. Поэтапно стратегическое управление рисками предполагает:

непрерывный мониторинг внешних условий;

сбор информации по наиболее значимым для данной торговой сессии рисков;

внесение корректировок в первоначальную оценку проекта рисков с учетом дополнительной информации по рискам, изменениям во внешней среде и в самом проекте;

Формирование фонда гарантийных выплат происходит с помощью вкладов инвесторов. Оплачивается согласно условиям пакета, по которому инвестор работает в компании. Оплата в фонд является обязательной для каждого участника торговой сессии.

| План | Размер оплаты в ФГВ | Порядок оплаты |
|------|---------------------|----------------|
| Bronze | 10% | От общей прибыли всех торговых сессий, в которых принимал участие инвестор в течение месяца |
| Silver | 12% | До получения прибыли после каждой торговой сессии. |
| Gold | 15% | До получения прибыли после каждой торговой сессии. |

В случае сделки с отрицательным результатом фонд покрывает тело вклада + 3% неустойки от компании CME Group, если если в течении 90 банковских дней инвестор не использовал ФГВ, совершенные платежи возвращаются на платежную систему, указанную при регистрации. В случае отказа оплаты ФГВ , инвестор не допускается к входу на торговые сессии до выяснения причин.

## ✉ Центр подписок

### Отправить отзыв

Почта (Опционально)

Введите ваше сообщение

Submit

### Кто мы

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

#### Свяжитесь с Нами →
Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

#### Глобальные офисы →

#### Свяжитесь с нами

f   y   in   ◎   ⊚   G+

▶   УК   ⍭   ⊞   ⅄   ⊚

⊘

© 2019 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве

☑ Отправьте нам сообщение   jivosite

**PAGEVAULT**
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmerussian.com/global-offices |
| Captured site IP: | 88.85.81.91 |
| Page loaded at (UTC): | Fri, 15 Feb 2019 15:55:13 GMT |
| Capture timestamp (UTC): | Fri, 15 Feb 2019 15:55:19 GMT |
| Capture tool: | 2.0.0-beta |
| Collection server IP: | 35.203.252.145 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/70.0.3538.35 Safari/537.36 |
| Operating system: | linux x64 (Node v8.11.1) |
| PDF length: | 4 |
| Capture ID: | cFzEscS6YDN6jyoirpziyx |
| User: | pagevault-wesley |



CME Group | Торговля | Клиринг | Регулирование | Данные | Технологии | Образование | О нас | Войти

# CME Group Global Office Contacts | CME Group Contacts

We have global distribution capabilities through our trading hubs in key market centers, and our international network of strategic partners provides further opportunities to serve a broad range of clients worldwide.

## Global Headquarters

**Chicago**

CME Group Inc.
20 South Wacker Drive
Chicago, Illinois 60606
USA
☎ +1 312 930 1000

Access in 150 Countries

Connections through 11 Global Hubs

Relationships with 12 Partner Exchanges

## CME Group Offices Worldwide

### Americas

**New York**

NYMEX World Headquarters
300 Vesey Street
New York, NY 10282
phone: +1 212 299 2000

**Calgary**

#1000, 888 - 3rd St. SW
Bankers Hall, West Tower
Calgary, Alberta,
T2P 5C5, Canada
phone: +403 444 6876

**Washington, D.C.**

Liberty Place
325 7th Street, NW
Suite 525
Washington, D.C. 20004
phone: +1 202 638 3838

**São Paulo**

Avenida Paulista, 1079 – 7° Andar
São Paulo, Brazil 01311-200
phone: +55 11 2787 6279

**Houston**

1000 Louisiana Street
Suite 3650
Houston, TX 77002
phone: +1 713 658 2347

### EMEA

**London**

Fourth Floor
One New Change
London EC4M 9AF
United Kingdom
phone: +44 20 3379 3700

**Belfast**

Millennium House 5th Floor
19-25 Great Victoria Street
Belfast BT2 7AQ
United Kingdom
phone: +44 28 9089 6600

### Asia

**Singapore**

One Raffles Quay

**Hong Kong**

Unit 7711-13, 77/F The Center

**Seoul**

Level 1

 ☐ Отправьте нам сообщение | jivosite

**Singapore**

One Raffles Quay
#27-10 South Tower
Singapore 048583
phone: +65 6593 5555

**Tokyo**

Level 27 Tokyo Sankei Building
1-7-2 Otemachi, Chiyoda-ku
Tokyo 100-0004
Japan
phone +81 3 3242 6233

**Australia**

Level 36, Gateway Tower
1 Macquarie Place,
Sydney 2000
Australia
phone: +61 2 8051 3210

**Russia**

Nizhny Novgorod
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 60300

**Hong Kong**

Unit 7711-13, 77/F The Center
99 Queen's Road Central
Hong Kong
phone: +852 2582 2200

**Beijing**

No.6 Wudinghou Street
Unit 1105
Excel Centre
Xicheng District
Beijing 100033
China
+86 10 5913 1300

Level 10
97, Uisadang-daero, Yeongdeungpo-gu,
Seoul, 07327, Republic of Korea
phone: +82 2 6336 6700

**Bangalore**

Level 8, Bagmane Tridib
Block A, No. 65/2
Bagmane Tech Park
C. V. Raman Nagar
Bangalore-560093
India
+91 80 3323 2300



Центр подписок

Отправить отзыв

Почта (Опционально)

Введите ваше сообщение

**Кто мы**

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

Отправьте нам сообщение    jivosite

Document title: Futures &amp; Options Trading for Risk Management - CME Group
Capture URL: https://www.cmerussian.com/global-offices
Capture timestamp (UTC): Fri, 15 Feb 2019 15:55:19 GMT

CME Group

Торговля   Клиринг   Регулирование   Данные   Технологии   Образование   О нас   Войти

Australia
phone: +61 2 8051 3210

**Russia**

Nizhny Novgorod
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 60300





## ✉ Центр подписок

### Отправить отзыв

Почта (Опционально)

Введите ваше сообщение

Submit

### Кто мы

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

**Свяжитесь с Нами →**
Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

**Глобальные офисы →**

**Свяжитесь с нами**

f   y   in   ◎   👁   G+

▶   ук   𝓅   🎮   ⧉   🐾

✈

© 2019 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве

✉ Отправьте нам сообщение          jivosite

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmerussian.com/ |
| Captured site IP: | 88.85.81.91 |
| Page loaded at (UTC): | Fri, 15 Feb 2019 15:55:17 GMT |
| Capture timestamp (UTC): | Fri, 15 Feb 2019 15:55:22 GMT |
| Capture tool: | 2.0.0-beta |
| Collection server IP: | 35.203.245.122 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/70.0.3538.35 Safari/537.36 |
| Operating system: | linux x64 (Node v8.11.1) |
| PDF length: | 3 |
| Capture ID: | fwVvtSPwWDhrpHyeCTj3Vr |
| User: | pagevault-wesley |



## Сотрудничество с физическими лицами. Инвестиционное предложение

Ознакомиться

## CME Group: Компания с глобальными рынками, дающая участникам возможность эффективно управлять рисками и использовать возможности в каждом крупном классе активов

Торговля **фьючерсами, опционами, наличными** и **внебиржевыми рынками**; **оптимизировать портфели**; и **анализировать данные** в CME Group, ведущем и наиболее разнообразном рынке деривативов в мире. Мы располагаем уникальными возможностями, чтобы предоставить вам доступ, необходимый для эффективного управления рисками и получения возможностей в каждом крупном классе активов.

Расширьте свои возможности с постоянным доступом к рынку - в каждом часовом поясе, почти 24 часа в сутки. Все поддержано новейшими инструментами, технологиями и ресурсами, необходимыми для каждого шага жизненного цикла торговли.

## ЭКОНОМИЧЕСКИЕ ИССЛЕДОВАНИЯ   СМОТРЕТЬ ВСЁ

Погрузитесь в идеи и анализ от наших опытных экономистов, Blu Putnam и Erik Norland, освещая события и тенденции, открывающие возможности на фьючерсных и опционных рынках.



**Three Big Equity Event Risks**



**Why has Equity Index-Treasury Options Volatility Diverged?**



**Equities: Six Ways to Spot a Flagging Bull Market**

Отправьте нам сообщение   jivosite

### Three Big Equity Event Risks

От Bluford Putnam
ФЕВРАЛЬ 04, 2019



### Why has Equity Index-Treasury Options Volatility Diverged?

От Erik Norland
ЯНВАРЬ 30, 2019

### Equities: Six Ways to Spot a Flagging Bull Market

От Erik Norland
ЯНВАРЬ 28, 2019

## Весь доступ, все время

Откройте для себя новые торговые стратегии и расширьте свое знакомство с нашими рынками, предлагая инструменты для активного индивидуального трейдера.

**Начать** 🗗

## ✉ Центр подписок

### Отправить отзыв

Почта (Опционально)

Введите ваше сообщение

Submit

### Кто мы

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

### Свяжитесь с Нами →
Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

### Глобальные офисы →

### Свяжитесь с нами

f  y  in  ◎  ☉  G+

▶  ук  𝓟  🎮  ∧  ☁

✈

© 2019 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве

✉ Отправьте нам сообщение    jıvosite

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmerussian.com/login |
| Captured site IP: | 88.85.81.91 |
| Page loaded at (UTC): | Fri, 15 Feb 2019 15:55:46 GMT |
| Capture timestamp (UTC): | Fri, 15 Feb 2019 15:55:51 GMT |
| Capture tool: | 2.0.0-beta |
| Collection server IP: | 35.203.252.145 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/70.0.3538.35 Safari/537.36 |
| Operating system: | linux x64 (Node v8.11.1) |
| PDF length: | 2 |
| Capture ID: | tC2bA4MSHcre2uF59dCHAV |
| User: | pagevault-wesley |

## Login

| E-Mail Address | |
| Password | |

Remember Me

Login

Forgot Your Password?  Have no account? Register

---

✉ Центр подписок

## Отправить отзыв

Почта (Опционально)

Введите ваше сообщение

Submit

## Кто мы

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

### Свяжитесь с Нами →
Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

### Глобальные офисы →

### Свяжитесь с нами

f  🐦  in  📷  🐦  G+

▶  ук  𝒫  🎮  🔊  🐝

✈

© 2019 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве

☐ Отправьте нам сообщение  jivosite

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmerussian.com/register |
| Captured site IP: | 88.85.81.91 |
| Page loaded at (UTC): | Fri, 15 Feb 2019 15:55:49 GMT |
| Capture timestamp (UTC): | Fri, 15 Feb 2019 15:55:55 GMT |
| Capture tool: | 2.0.0-beta |
| Collection server IP: | 35.203.245.122 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/70.0.3538.35 Safari/537.36 |
| Operating system: | linux x64 (Node v8.11.1) |
| PDF length: | 3 |
| Capture ID: | ioDzTdVJEjUDZFtdyUgUeD |
| User: | pagevault-wesley |

## Регистрация

**ФИО**

**E-Mail**

**Телефон**

**Скайп**

**Пароль**

**Подтвердите пароль**

**Платёжная система**

PerfectMoney

**Реквизиты**

**Персональный код пригласившего**

Поле не обязательно для заполнения

[Регистрация]

---

✉ Центр подписок

### Отправить отзыв

Почта (Опционально)

Введите ваше сообщение

[Submit]

### Кто мы

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

### Свяжитесь с Нами →
Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

### Глобальные офисы →

### Свяжитесь с нами

f  y  in  ⊙  ☉  G+
▶  ук  ℗  ⊞  ⌥  ☍
⬈

☐ Отправьте нам сообщение   jivosite

|
_____

E-Mail
_____

Телефон
_____

Скайп
_____

Пароль
_____

Подтвердите пароль
_____

Платёжная система

PerfectMoney                                    ⬍

Реквизиты
_____

Персональный код пригласившего

Поле не обязательно для заполнения

**Регистрация**

✉ Центр подписок

## Отправить отзыв

Почта (Опционально)
_____

Введите ваше сообщение
_____

Submit

## Кто мы

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

### Свяжитесь с Нами →
Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

### Глобальные офисы →

## Свяжитесь с нами

f  y  in  ◎  ◈  G+
▶  ук  ℗  💬  ⏏  🐾
✈

© 2019 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве

✉ Отправьте нам сообщение        jivosite

# EXHIBIT I



**REG.RU**                                                                  Login  ☰

**Domains**                                                                        ▼

# Whois

| Domain or IP | Registrar | Site operability |
| --- | --- | --- |

cmerussia.com

**Check**

My ip     Punycode conversion



### cmerussia.com

Domain busy, interested in buying this domain?

**Pick a similar**

## Domain Information                                                              ⬇

Domain name: CMERUSSIA.COM
Domain idn name: CMERUSSIA.COM
Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Registry Domain ID:
Registrar WHOIS Server: whois.reg.com
Registrar URL: https://www.reg.com/
Registrar URL: https://www.reg.ru/
Registrar URL: https://www.reg.ua/
Updated Date: 2019-03-14
Creation Date: 2019-03-14T17:56:23Z
Registrar Registration Expiration Date: 2020-03-14
Registrar: Registrar of domain names REG.RU LLC
Registrar IANA ID: 1606
Registrar Abuse Contact Email: abuse@reg.ru
Registrar Abuse Contact Phone: +7.4955801111
Registry Registrant ID:
Registrant ID:
Registrant Name: Protection of Private Person
Registrant Street: PO box 87, REG.RU Protection Service
Registrant City: Moscow
Registrant State/Province:
Registrant Postal Code: 123007
Registrant Country: RU
Registrant Phone: +7.4955801111
Registrant Phone Ext:
Registrant Fax: +7.4955801111
Registrant Fax Ext:
Registrant Email: CMERUSSIA.COM@regprivate.ru
Admin ID:
Admin Name: Protection of Private Person
Admin Street: PO box 87, REG.RU Protection Service
Admin City: Moscow
Admin State/Province:

We use cookies. Continued use of the Site, you agree to the policy of using the cookie , Policy Processing of Personal Data and
Privacy Policy

To accept

**REG.RU**      Login

Admin Email: CMERUSSIA.COM@regprivate.ru
Tech ID:
Tech Name: Protection of Private Person
Tech Street: PO box 87, REG.RU Protection Service
Tech City: Moscow
Tech State/Province:
Tech Postal Code: 123007
Tech Country: RU
Tech Phone: +7.4955801111
Tech Phone Ext:
Tech Fax: +7.4955801111
Tech Fax Ext:
Tech Email: CMERUSSIA.COM@regprivate.ru
Name Server: ns1.reg.ru
Name Server: ns2.reg.ru
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

## According to WHOIS.REG.RU

| | |
|---|---|
| Domain name | CMERUSSIA.COM |
| Domain idn name | CMERUSSIA.COM |
| Status | clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited |
| Registrar WHOIS Server | whois.reg.com |
| Registrar URL | https://www.reg.com/ |
| Registrar URL | https://www.reg.ru/ |
| Registrar URL | https://www.reg.ua/ |
| Updated Date | 2019-03-14 |
| Creation Date | 2019-03-14T17: 56: 23Z |
| Registrar Registration Expiration Date | 2020-03-14 |
| Registrar | Registrar of domain names REG.RU LLC |
| Registrar IANA ID | 1606 |
| Registrar Abuse Contact Email | abuse@reg.ru |
| Registrar Abuse Contact Phone | +7.4955801111 |
| Registrant Name | Protection of Private Person |
| Registrant Street | PO box 87, REG.RU Protection Service |
| Registrant City | Moscow |
| Registrant Postal Code | 123007 |
| Registrant Country | RU |
| Registrant Phone | +7.4955801111 |
| Registrant Fax | +7.4955801111 |
| Registrant Email | CMERUSSIA.COM@regprivate.ru |
| Admin Name | Protection of Private Person |
| Admin Street | PO box 87, REG.RU Protection Service |
| Admin City | Moscow |
| Admin Postal Code | 123007 |

We use cookies. Continued use of the Site, you agree to the policy of using the cookie , Policy Processing of Personal Data and Privacy Policy    To a...



| | |
|---|---|
| Admin Email | CMERUSSIA.COM@regprivate.ru |
| Tech Name | Protection of Private Person |
| Tech Street | PO box 87, REG.RU Protection Service |
| Tech City | Moscow |
| Tech Postal Code | 123007 |
| Tech Country | RU |
| Tech Phone | +7.4955801111 |
| Tech Fax | +7.4955801111 |
| Tech Email | CMERUSSIA.COM@regprivate.ru |
| Name Server | ns1.reg.ru |
| Name Server | ns2.reg.ru |
| DNSSEC | Unsigned |
| URL of the ICANN WHOIS Data Problem Reporting System | http://wdprs.internic.net/ |
| >>> Last update of WHOIS database | 2019.03.15T18:08:03Z <<< |

Получить дополнительные сведения о кодах статуса whois можно по ссылке.

## Получить больше информации о домене

**История whois домена**
Find out all the changes for the lifetime of the domain
→

**History of hosting this domain**
Displays the domain change history
→

**Stay tuned**

**Domain Monitoring**
Domain Status Tracking System
→



**Similar Premium Domains**

AcrossRussia **.com**
326 180 р.                                                🛒

alliancerussia **.com**
36,230 г.                                                 🛒

alloverrussia **.com**
85 320 р.                                                 🛒

alltechrussia **.com**

We use cookies. Continued use of the Site, you agree to the policy of using the cookie , Policy Processing of Personal Data and Privacy Policy

To a...

 **REG**.RU        Login 

➕ More options

 **Whois Domain Bot for Telegram**
Now the Whois service is always at hand in your phone!



   Whois help

Terms of use of the WHOIS service REG.RU

| Information | Services | To partners | Помощь |
|---|---|---|---|
| About Company ,Contacts | Register domain | Conditions and prices | База знаний |
| News and Events | Constructor and CMS | For professionals | Шаблоны заявлений |
| To legal entities | Hosting | Referral program | Офисы обслуживания |
| Career in REG.RU | Servers and DC | REG.API, REG.Panel | Отзывы |
| Promotions and discounts ,Blog | SSL certificate | Клубные тарифы | Сообщить о нарушении |
| Discounts from partners | Cost of services | Промо материалы | Нашли опечатку? Ctrl+Enter |
| Brand story | Whois | | |

Русский, руб. ▾

**Присоединяйтесь**
      

**Доменная статистика**      **Магазин доменов**
www.statonline.ru           shop.reg.ru              Карта сайта

Поиск по сайту

Все права на материалы, находящиеся на сайте, охраняются в соответствии с законодательством РФ. При любом использовании материалов сайта письменное согласие обязательно. Торговые марки, логотипы и марки услуг, размещенные на данном сайте, являются собственностью ООО «Регистратор доменных имен РЕГ.РУ» или третьих лиц.

Personal Data Processing Policy

Privacy Policy for websites REG.RU

Cookie Policy

   

We use cookies. Continued use of the Site, you agree to the policy of using the cookie , Policy Processing of Personal Data and Privacy Policy

To a... 

Home > Whois Lookup > CmERussia.com

## Whois Record for CmERussia.com

**— Domain Profile**



| | |
|---|---|
| Registrant | Protection of Private Person |
| **Registrant Country** | RU |
| Registrar | Registrar of domain names REG.RU LLC |
| | IANA ID: 1606 |
| | URL: |
| | https://www.reg.com/,https://www.reg.ru/,https://ww· |
| | Whois Server: whois.reg.com |
| | abuse@reg.ru |
| | (p) 74955801111 |
| **Registrar Status** | |
| Dates | 1 days old |
| | Created on 2019-03-14 |
| | Expires on 2020-03-14 |
| | Updated on 2019-03-14 |
| Name Servers | NS1.REG.RU (has 1,296,560 domains) |
| | NS2.REG.RU (has 1,296,560 domains) |
| Tech Contact | Protection of Private Person |
| | PO box 87, REG.RU Protection Service, |
| | Moscow, 123007, RU |
| | cmerussia.com@regprivate.ru |
| | (p) 74955801111 (f) 74955801111 |
| IP Address | 46.30.41.12 is hosted on a dedicated |
| | server |
| IP Location | 🏳 - Moskva - Moscow - Eurobyte Llc |
| ASN | 🏳 AS48282 MCHOST-AS, RU (registered Nov 03, 2 |
| Domain Status | Never Registered Before |
| Hosting History | 1 change on 2 unique name servers |
| | over 0 year |

**— Website**

| | |
|---|---|
| Website Title | None given. |
| Terms | 810 (Unique: 543, Linked: 361) |
| Images | 33 (Alt tags missing: 7) |
| Links | 158   (Internal: 10, Outbound: 145) |

Whois Record ( last updated on 2019-03-15 )

### Tools

| Hosting History |
|---|
| Monitor Domain Properties ▾ |
| Reverse IP Address Lookup ▾ |
| Network Tools ▾ |
| Buy This Domain ▾ |
| Visit Website |



⬇ Preview the Full Domain Report

**Available TLDs**

**General TLDs**    Country TLDs

The following domains are
available through our preferred
partners. Select domains below
for more information. (3rd party
site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned
domain.

| CmERussia.com | Buy Domain |
|---|---|
| CmERussia.net | Buy Domain |
| CmERussia.org | Buy Domain |
| CmERussia.info | Buy Domain |
| CmERussia.biz | Buy Domain |
| CmERussia.us | Buy Domain |


Domain names with FREE...
EMAIL

⚠ **Validation Required**

DomainTools is committed to preventing the abuse of Whois
data so we now require a CAPTCHA to view the full raw
domain name record.

Existing user? Please log in.

I'm not a robot

reCAPTCHA
Privacy - Terms

Sitemap   Blog   Terms of Service   Privacy Policy   Contact Us   Domain News    © 2019 DomainTools





# Find out who is hosting any website

cmerussia.com                                    **FIND HOSTING**

Enter the URL of the website you would want us to look up and see the result in seconds.

### *cmerussia.com* is hosted on **EuroByte**

- **Datacenter:**
- **Server IP:** 46.30.41.12
- **Location:** Russian Federation
- **City:** Moscow
- **Domain Who Is:** Click Here
- **Nameservers:** ns1.reg.ru, ns2.reg.ru

**VISIT EUROBYTE**

**TRY SITEGROUND: OUR #1 RATED HOST FOR 2018**





☰

Website Hosting Search Tool▼
Enter a domain name or URL to find out which web hosting company is hosting the website. Search our database of over 5000 web hosting companies.

Web Hosting IP Address Lookup╋━
Get information about the web host, IP address. IP Blacklisted or Not? Featuring over 300 DNS based blacklists & other spam details.

What is Your Website Location╋━
Find Location Of Your Website or Domain. Now you can know the true location regardless of the address displayed in the Address Bar.

Domain Whois and Age╋━
One of the major factors search engines use to rank a domain is the age of the domain. Use this domain age tool to find the age of any domain, you can also check domain whois.

## Web Hosting Checker

In just a few seconds discover who is hosting any website. If you don't have a website, check out the best website builder in the UK.

Our lookup tool provides the most accurate results and gives you crucial information about the site, like: Host information, Offline / Online checker, Alexa rank, Google page rank, Average load time of site, Domain IP blacklist checker, Domain age with WHOIS info, Social stats checker, SEO reports and many more.

The reports can be viewed not only on the site, but they can also be downloaded as a PDF file. Also, you can check the list of the best web hosting companies in the UK.



## Frequently Asked Questions

What is the process for resolving my complaint?╋━
Someone else has registered my company's name as a .Com domain name.

Conduct a Whois Domain name search and obtain the information about the current registrant. All ICANN-accredited Registrars follow a uniform dispute resolution policy.

Under that policy, disputes over entitlement to a domain name registration are ordinarily resolved by an expedited administrative procedure (called arbitration) to allow the dispute to be resolved without the cost and delays often encountered in court litigation.



What is Windows Hosting?

Windows Hosting is hosting account that uses windows as their server platform that allows for software such as MS FrontPage, ColdFusion and MSSQL. Windows Hosting is a popular choice among programmes requiring ASP and MS SQL for their work

What is ASP?

Active Server Pages, introduced by Microsoft in the mid-1990s, is a scripting language designed to be embedded within the HTML code for Web pages. This is the standard programming system for Internet applications hosted on Windows servers.

With ASP, you can combine HTML pages, script commands, and COM components to create interactive Web pages or powerful Web-based applications, which are easy to develop and modify.

Shared or Windows? Which should you choose?

There's no definite answer to this question. It's what you need to do with your site that leads you to the type of hosting. If you want the tightest security then Unix is probably for you. If you're looking for compatibility with all of Microsoft's products, then Windows is the best for you. If you opt to use PHP to power your website, then you'll want to go with Unix hosting.

Between Windows and Unix server, there is no difference in terms of ease of use and speed.

What is a domain name?

A. A domain name (such as Hostingchecker.com) is the text name corresponding to the numeric IP address of a computer on the Internet.

A domain name must be unique. They correspond to a series of numbers called Internet Protocol numbers (IP numbers) that help serve as routing addresses on the Internet. Domain names are used generally as a convenient way of locating information and reaching others on the Internet.

What is a A top-level domain (TLD)?

A. A top-level domain (TLD) is the last part of an Internet domain name. For example, in the domain name **hostingchecker.com**, the top-level domain is com(or COM, as domain names are not case-sensitive).

What is Domain Parking?

A. Domain parking simply means a Domain Name holder has not identified or does not know the IP addresses of the servers that will host his or her web site and wishes to reserve the name for later use.

What is a Domain Name Servers or DNS?

A. Name servers are the Internet's equivalent to a phone book. A name server maintains a directory of domain names and matching IP addresses. When your domain is set up, information about your domain name is added to the name servers.

It usually takes about 48 hours before name servers on other networks will be able to access the information after the Central Registry gets it. This 48-hour period is referred to as propagation.

What are Primary and Secondary DNS?

A. This refers to the name server computers where the record of your domain name is held. This is needed to register a domain name.



**hosting checker**

≡

Spaces and special characters are not permitted in a domain name. For example: Domain.com (valid) Do-main.com (valid) Domain.com (not valid) doma&%n.com (not valid)

What is the WHOIS Database?+—
A. Whois is the term referring to who any given domain name belongs. A WHOIS search tells you who a given name belongs to and their contact information.

Currently, WHOIS search capabilities are available with us.

How to conduct a WHOIS search?+—
A. Just type your domain in the box above and the domain information will show up.

Will my name and contact information be publicly available?+—
A. By default, your contact information will be available publicly when someone does a whois search. However, you can subscribe to a whois guard service which allows you to hide your information.

What do .COM .NET and .ORG domain names signify?+—
A. Anyone may purchase a domain name in the .com, .net, and .org extensions. They are generic Top Level Domains (gTLD's) which are open to public registration.

The best way to brand your online identity is to purchase a domain name in all three; .com, .net and .org. All domains are available for registration by internet users across the globe.

What is Redemption period?+—
A. A period of time after domain registration has expired where the previous owner can bring the registration current by paying applicable fees to the registrar.

There is a min. redemption period, but some registrars differ. A name that is in REDEMPTIONPERIOD status will not be included in the zone file. A registrar cannot modify or purge a name in REDEMPTIONPERIOD status.

The only action a registrar can take on a name in REDEMPTIONPERIOD is to request that it be restored.



## How to evaluate a hosting?

Uptime





### Speed

Speed is everything! The faster the site, more traffic and conversions and more income to your business.

### Support

This is a very important factor! How fast is that support? Is it supported by SysAdmins or is it outsourced?

### Price

Some hosting promote their prices on 3-year plans and they look much cheaper, but on a year plan, it looks very different.

## Web Hosting Survey

### Vote for your favorite hosting

   ○   SiteGround

   ○   FastComet

   ○   LiqudWeb

   ○   A2 Hosting

   ○   Inmotion Hosting

   ○   Bluehost

   ○   GoDaddy

   ○   HostGator

   ○   DigitalOcean

   ○   OVH

   ○   1&1 IONOS

   ○   Hostinger

   ○   WPEngine

   ○   Media Temple

   ○   AWS

   ○   iPage



hosting
checker

≡

Othe

Vote

## Welcome

Your public IP is 38.65.192.226

More details here.



### IMPORTANT LINKS

Privacy Policy

Terms & Conditions

Disclosure

Contact

Type here to search...

SEARCH

Copyright © 2019, Created by Hosting Checker

# EXHIBIT J

PAGEVAULT

WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmerussia.com/global-offices |
| Captured site IP: | 46.30.41.12 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:52:50 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:53:03 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 5e322713-8972-497d-9c78-74b2efc49f21 |
| User: | norvell-lmoreau |



## CME Group Global Office Contacts | CME Group Contacts

We have global distribution capabilities through our trading hubs in key market centers, and our international network of strategic partners provides further opportunities to serve a broad range of clients worldwide.

### Global Headquarters

**Chicago**

CME Group Inc.
20 South Wacker Drive
Chicago, Illinois 60606
USA
📞 +1 312 930 1000

Access in 150 Countries

Connections through 11 Global Hubs

Relationships with 12 Partner Exchanges

## CME Group Offices Worldwide

 Americas

**New York**

NYMEX World Headquarters
300 Vesey Street
New York, NY 10282
phone: +1 212 299 2000

**Washington, D.C.**

Liberty Place
325 7th Street, NW
Suite 525
Washington, D.C. 20004
phone: +1 202 638 3838

**Houston**

1000 Louisiana Street
Suite 3650
Houston, TX 77002
phone: +1 713 658 2347

**Calgary**

#1000, 888 - 3rd St. SW
Bankers Hall, West Tower
Calgary, Alberta,
T2P 5C5, Canada
phone: +403 444 6876

**São Paulo**

Avenida Paulista, 1079 – 7° Andar
São Paulo, Brazil 01311-200
phone: +55 11 2787 6279

---

➤ EMEA

**London**

Fourth Floor
One New Change
London EC4M 9AF
United Kingdom
phone: +44 20 3379 3700

**Belfast**

Millennium House 5th Floor
19-25 Great Victoria Street
Belfast BT2 7AQ
United Kingdom
phone: +44 28 9089 6600

---

➤ Asia

**Singapore**

One Raffles Quay
#27-10 South Tower
Singapore 048583
phone: +65 6593 5555

**Hong Kong**

Unit 7711-13, 77/F The Center
99 Queen's Road Central
Hong Kong
phone: +852 2582 2200

**Seoul**

Level 10
97, Uisadang-daero, Yeongdeungpo-gu,
Seoul, 07327, Republic of Korea
phone: +82 2 6336 6700

**Tokyo**

Level 27 Tokyo Banker Building
1-7-2 Otemachi, Chiyoda-ku
Tokyo 100-0004
Japan
phone +81 3 3242 6233

**Beijing**

No.6 Wudinghou Street
Unit 1105
Excel Centre
Xicheng District
Beijing 100033
China
+86 10 5913 1300

**Bangalore**

Level 6, Bagmane Tridib
Block A, No. 65/2
Bagmane Tech Park
C. V. Raman Nagar
Bangalore-560093
India
+91 80 3523 2300

**Australia**

Level 36, Gateway Tower
1 Macquarie Place,
Sydney 2000
Australia
phone: +61 2 8051 3210

**Russia**

Nizhny Novgorod
"World Trade Center"
st. Kovalihinskaya 8
Nizhny Novgorod, 60300



☐ Отправьте нам сообщение   jivosite



Document title: Futures &amp; Options Trading for Risk Management - CME Group

Capture URL: https://www.cmerussia.com/global-offices

Capture timestamp (UTC): Mon, 18 Mar 2019 21:53:03 GMT

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmerussia.com/login |
| Captured site IP: | 46.30.41.12 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:53:11 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:53:28 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 086ec77c-e997-4151-9533-3a4a73da44cd |
| User: | norvell-lmoreau |

**PDF REFERENCE #:**          ryPBsi9uLEiHxSiNYQSkaD



Login

E-Mail Address

Password

☐ Remember Me    Login

Forgot Your Password?   Have no account? Register

✉ Центр подписок

**Отправить отзыв**

Почта

Введите ваше сообщение

Submit

**Кто мы**

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

Свяжитесь с Нами →
Russia
"World Trade Center"
at Kovalihinskaya 8
Nizhny Novgorod, 603006

Глобальные офисы →

**Свяжитесь с нами**

f  y  in  ⓘ  ⓢ  G+

▶  ук  𝓅  🎮  ⋙  🍃

✈

© 2019 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | Политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве

☐ Отправьте нам сообщение    jvoaste

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmerussia.com/register |
| Captured site IP: | 46.30.41.12 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:53:49 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:54:04 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 9913718d-ab5d-482f-b06e-a5dfa2d8e1fb |
| User: | norvell-lmoreau |



Document title: Futures &amp; Options Trading for Risk Management - CME Group
Capture URL: https://www.cmerussia.com/register
Capture timestamp (UTC): Mon, 18 Mar 2019 21:54:04 GMT

Page 1 of

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmerussia.com/reserves |
| Captured site IP: | 46.30.41.12 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:54:15 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:54:29 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 535aae21-1b5f-4ebe-9149-4649a2046794 |
| User: | norvell-lmoreau |

CME Group | Торговля | Клиринг | Регулирование | Данные | Технологии | Образование | О нас | Войти ⊕

## Инвестиционное предложение для физических лиц

| План | Соотношение доходности | Длительность торговой сессии | Реферальное вознаграждение | Действие |
|---|---|---|---|---|
| | | **Bronze** | | |
| 1000-2999$ | от 7-12% | 96 часов | 5 % от вклада приглашенного | Выбрать депозит |
| 3000-4999$ | от 13-15% | 96 часов | 5 % от вклада приглашенного | Выбрать депозит |
| 5000-6999$ | от 16-20% | 96 часов | 5 % от вклада приглашенного | Выбрать депозит |
| | | **Silver** | | |
| 7000-9999$ | от 21-25% | 72 часа | 7 % от вклада приглашенного | Выбрать депозит |
| 10000-14999$ | от 26-30% | 72 часа | 7 % от вклада приглашенного | Выбрать депозит |
| 15000-19999$ | от 31-35% | 72 часа | 7 % от вклада приглашенного | Выбрать депозит |
| | | **Gold** | | |
| 20000-29999$ | от 36-40% | 48 часов | 10 % от вклада приглашенного | Выбрать депозит |
| 30000-49999$ | от 41-45% | 48 часов | 10 % от вклада приглашенного | Выбрать депозит |
| 50000-100000$ | от 46-50% | 48 часов | 10 % от вклада приглашенного | Выбрать депозит |
| | | **Brilliant** | | |
| Покупка лота | Соотношение доходности в зависимости от цены вещей на момент торговой сессии. | 24 часа (1 биржевой день) | | Выбрать депозит |

Компания принимает вклады в криптовалюте: Ethereum, Bitcoin. Вклад конвертируется согласно курсу на момент входа. Начисление производится автоматически на платежную систему, указанную при регистрации после завершения торговой сессии (тело вклада + % доходности). Начисление согласно маркетинг-плану, производится с понедельника по пятницу, выплата по реферальной программе в субботу.

## Бронь места на торговую сессию

**20.03.2019 00:00**

**Сумма входа на торговую сессию: 1000-2999$**
**Время работы Вашего депозита: 96 часов**

ФИО

Номер ID (полученный при регистрации)

Сумма входа

[Забронировать]

Свободные места на торговую сессию регулируются суммой лота на момент сделки.
Для того, чтобы снять бронь, обратитесь к консультанту компании

[Связаться с менеджером]

## ПАРТНЕРСКАЯ ПРОГРАММА ДЛЯ ФИЗИЧЕСКИХ ЛИЦ

В компании CME Group для активных участников и партнеров предусмотрена одноуровневая партнерская программа. Принять участие в партнерской программе может каждый желающий.

### УСЛОВИЯ ПАРТНЕРСКОЙ ПРОГРАММЫ

Ваш возраст должен быть от 16 лет.
Необходимо быть зарегистрированным инвестором.
Принимать участие в торговых сессиях.

Приглашайте своих друзей и знакомых в компанию CME Group и получайте специальные бонусы. Приглашая новых участников инвестировать в CME Group, Вы имеете отличный шанс увеличивать размер получаемой прибыли на 50%.
Единоразовый бонус за приглашенного начисляется на платежную систему, указанную при регистрации. Размер начисления составляет от 5% до 10% от вклада Вашего приглашенного.

## ФОНД ГАРАНТИЙНЫХ ВЫПЛАТ

Мы поддерживаем открытый рынок, где масштабы и возможности подключения по всему спектру участников рынка являются конкурентными сильными сторонами. У нас есть финансовая дисциплина «для прибыли» и обязательство поддерживать стабильность рынка, обеспечивать совместную экономию за счет масштаба и развивать рынка на местном и глобальном уровнях. Мы обслуживаем общественное благо, обеспечивая эффективность рынков и активно позволяя снизить риск.
Метод оптимизации риска относится к упреждающим методам управления, связанным со стратегическим планированием. Под стратегическим планированием понимается изучение потенциала предприятия, прогнозирование внешней обстановки, периодическая разработка сценариев развития и оценка будущего состояния среди хозяйствования, прогнозирование поведения потенциальных партнеров и действий конкурентов. Полученные результаты позволяют уловить тенденции во взаимоотношениях хозяйствующих субъектов, своевременно подготовиться к законодательным изменениям, принять необходимые меры для компенсации потерь от изменения правил ведения хозяйственной деятельности, скорректировать оперативные, тактические и стратегические планы. Поэтому стратегическое управление рисками предполагает:

непрерывный мониторинг внешних условий;
сбор информации по наиболее значимым для данной торговой сессии рисков;
внесение корректировок в первоначальную оценку проекта рисков с учетом дополнительной информации по рискам, изменениям во внешней среде и в самом проекте;
Формирование фонда гарантийных выплат происходит с помощью вкладов инвесторов. Оплачивается согласно условиям пакета, по которому инвестор работает в компании. Оплата в фонд является обязательной для каждого участника торговой сессии.

| План | Размер оплаты в ФГВ | Порядок оплаты |
|---|---|---|
| Bronze | 10% | От общей прибыли всех торговых сессий, в которых принимал участие инвестор в течение месяца |
| Silver | 12% | До получения прибыли после каждой торговой сессии. |

☐ Отправьте нам сообщение   jivosite



PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmerussia.com/reserves/plan/0 |
| Captured site IP: | 46.30.41.12 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:54:37 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:54:49 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 0859944e-3673-47ff-9365-b0907c9f4c1e |
| User: | norvell-lmoreau |



ocument title: Futures &amp; Options Trading for Risk Management - CME Group
apture URL: https://www.cmerussia.com/reserves/plan/0
anture timestamp (UTC): Mon, 18 Mar 2019 21:54:49 GMT

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmerussia.com/ |
| Captured site IP: | 46.30.41.12 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:50:58 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:51:49 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | d02755b5-d3fb-4f70-bf63-58623fa24fc6 |
| User: | norvell-lmoreau |

**PDF REFERENCE #:**    rR2wN2weFyz2BrsyzX2wLB

Case: 1:19-cv-01621 Document #: 33-1 Filed: 03/21/19 Page 244 of 310 PageID #:2297

# Сотрудничество с физическими лицами. Инвестиционное предложение

Ознакомиться

## CME Group: Компания с глобальными рынками, дающая участникам возможность эффективно управлять рисками и использовать возможности в каждом крупном классе активов

Торговля фьючерсами, опционами, наличными и внебиржевыми рынками; оптимизировать портфель; и анализировать данные в CME Group, ведущем и наиболее разнообразном рынке деривативов в мире. Мы располагаем уникальными возможностями, чтобы предоставить вам доступ, необходимый для эффективного управления рисками и получения возможностей в каждом крупном классе активов.

Расширьте свои возможности с постоянным доступом к рынку - в каждом часовом поясе, почти 24 часа в сутки. Все поддержано новейшими инструментами, технологиями и ресурсами, необходимыми для каждого шага жизненного цикла торговли.

### ЭКОНОМИЧЕСКИЕ ИССЛЕДОВАНИЯ   СМОТРЕТЬ ВСЁ

Погрузитесь в идеи и анализ от наших опытных экономистов, Blu Putnam и Erik Norland, освещая события и тенденции, открывающие возможности на фьючерсных и опционных рынках.



**Three Big Equity Event Risks**

От Bluford Putnam
ФЕВРАЛЬ 04, 2019



**Why has Equity Index-Treasury Options Volatility Diverged?**

От Erik Norland
ЯНВАРЬ 30, 2019

**Equities: Six Ways to Spot a Flagging Bull Market**

От Erik Norland
ЯНВАРЬ 28, 2019



## Весь доступ, все время

Откройте для себя новые торговые стратегии и расширьте свое знакомство с нашими рынками, предлагая инструменты для активного индивидуального трейдера.

Начать

✉ Центр подписок

Отправьте нам сообщение   jivosite

## CME Group: компания с глобальными рынками, дающая участникам возможность эффективно управлять рисками и использовать возможности в каждом крупном классе активов

Торговля фьючерсами, опционами, наличными и внебиржевыми рынками, оптимизировать портфели, и анализировать данные в CME Group, ведущем и наиболее разнообразном рынке деривативов в мире. Мы располагаем уникальными возможностями, чтобы предоставить вам доступ, необходимый для эффективного управления рисками и получения возможностей в каждом крупном классе активов.

Расширьте свои возможности с постоянным доступом к рынку - в каждом часовом поясе, почти 24 часа в сутки. Все поддержано новейшими инструментами, технологиями и ресурсами, необходимыми для каждого шага жизненного цикла торговли.

### ЭКОНОМИЧЕСКИЕ ИССЛЕДОВАНИЯ   СМОТРЕТЬ ВСЁ

Погрузитесь в идеи и анализ от наших опытных экономистов, Blu Putnam и Erik Norland, освещая события и тенденции, открывающие возможности на фьючерсных и опционных рынках.



**Three Big Equity Event Risks**

От Bluford Putnam
ФЕВРАЛЬ 04, 2019



**Why has Equity Index-Treasury Options Volatility Diverged?**

От Erik Norland
ЯНВАРЬ 30, 2019



**Equities: Six Ways to Spot a Flagging Bull Market**

От Erik Norland
ЯНВАРЬ 28, 2019



## Весь доступ, все время

Откройте для себя новые торговые стратегии и расширьте свое знакомство с нашими рынками, предлагая инструменты для активного индивидуального трейдера.

Начать

✉ Центр подписок

### Отправить отзыв

Почта

Введите ваше сообщение

Submit

### Кто мы

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительно информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

**Свяжитесь с Нами →**
Russia
"World Trade Center"
st. Kovalihinskaya 8
Nizhny Novgorod, 603006

**Глобальные офисы →**

**Свяжитесь с нами**

f  y  in  ⊙  ⊛  G+
▶  ук  ⓟ  ▦  ⟋  ▦
◉

© 2019 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | Политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о работе

☑ Отправьте нам сообщение   yvosite

CME Group



## CME Group: Компания с глобальными рынками, дающая участникам возможность эффективно управлять рисками и использовать возможности в каждом крупном классе активов

Торговля **фьючерсами, опционами, наличными** и **внебиржевыми рынками**; **оптимизировать портфели**; и **анализировать данные** в CME Group, ведущем и наиболее разнообразном рынке деривативов в мире. Мы располагаем уникальными возможностями, чтобы предоставить вам доступ, необходимый для эффективного управления рисками и получения возможностей в каждом крупном классе активов.

Расширьте свои возможности с постоянным доступом к рынку - в каждом часовом поясе, почти 24 часа в сутки. Все поддержано новейшими инструментами, технологиями и ресурсами, необходимыми для каждого шага жизненного цикла торговли.

## ЭКОНОМИЧЕСКИЕ ИССЛЕДОВАНИЯ  СМОТРЕТЬ ВСЁ

Погрузитесь в идеи и анализ от наших опытных экономистов, Blu Putnam и Erik Norland, освещая события и тенденции, открывающие возможности на фьючерсных и опционных рынках.



### Three Big Equity Event Risks

**От Bluford Putnam**
ФЕВРАЛЬ 04, 2019

→



### Why has Equity Index-Treasury Options Volatility Diverged?

**От Erik Norland**
ЯНВАРЬ 30, 2019

→



### Equities: Six Ways to Spot a Flagging Bull Market

**От Erik Norland**
ЯНВАРЬ 28, 2019

→



# Весь доступ, все время

Откройте для себя новые торговые стратегии и расширьте свое знакомство с нашими рынками, предлагая инструменты для активного индивидуального трейдера.

**Начать** ⤢

✉ Центр подписок

## Отправить отзыв

Почта

## Кто мы

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на

Введите ваше сообщение

How was your website experience?

Submit

### Свяжитесь с Нами →

Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

### Глобальные офисы →

### Свяжитесь с нами

f    y    in    ⊙    ⚅    G+

▶    ук    𝓅    ⊡    ⋙    🐾

✈

© 2019 CME Group Inc. All rights reserved.

Каръера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве

✉ Отправьте нам сообщение    jivosite

**CME Group**

Войти



# CME Group Global Office Contacts | CME Group Contacts

We have global distribution capabilities through our trading hubs in key market centers, and our international network of strategic partners provides further opportunities to serve a broad range of clients worldwide.

## Global Headquarters

**Chicago**

CME Group Inc.
20 South Wacker Drive
Chicago, Illinois 60606
USA
📞 +1 312 930 1000

Access in 150 Countries

Connections through 11 Global Hubs

Relationships with 12 Partner Exchanges

# CME Group Offices Worldwide

 **Americas**

**New York**

NYMEX World Headquarters
300 Vesey Street
New York, NY 10282
phone: +1 212 299 2000

**Calgary**

#1000, 888 - 3rd St. SW
Bankers Hall, West Tower
Calgary, Alberta,
T2P 5C5, Canada
phone: +403 444 6876

**Washington, D.C.**

Liberty Place
325 7th Street, NW
Suite 525
Washington, D.C. 20004
phone: +1 202 638 3838

**São Paulo**

Avenida Paulista, 1079 – 7° Andar
São Paulo, Brazil 01311-200
phone: +55 11 2787 6279

**Houston**

1000 Louisiana Street
Suite 3650
Houston, TX 77002
phone: +1 713 658 2347

**EMEA**

**London**

Fourth Floor
One New Change
London EC4M 9AF

**Belfast**

Millennium House 5th Floor
19-25 Great Victoria Street
Belfast BT2 7AQ

United Kingdom
phone: +44 20 3379 3700

United Kingdom
phone: +44 28 9089 6600

## Asia

### Singapore

One Raffles Quay
#27-10 South Tower
Singapore 048583
phone: +65 6593 5555

### Tokyo

Level 27 Tokyo Sankei Building
1-7-2 Otemachi, Chiyoda-ku
Tokyo 100-0004
Japan
phone +81 3 3242 6233

### Australia

Level 36, Gateway Tower
1 Macquarie Place,
Sydney 2000
Australia
phone: +61 2 8051 3210

### Russia

Nizhny Novgorod
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 60300

### Hong Kong

Unit 7711-13, 77/F The Center
99 Queen's Road Central
Hong Kong
phone: +852 2582 2200

### Beijing

No.6 Wudinghou Street
Unit 1105
Excel Centre
Xicheng District
Beijing 100033
China
+86 10 5913 1300

### Seoul

Level 10
97, Uisadang-daero, Yeongdeungpo-gu,
Seoul, 07327, Republic of Korea
phone: +82 2 6336 6700

### Bangalore

Level 8, Bagmane Tridib
Block A, No. 65/2
Bagmane Tech Park
C. V. Raman Nagar
Bangalore-560093
India
+91 80 3323 2300



## ✉ Центр подписок

### Отправить отзыв

Почта

Введите ваше сообщение

How was your website experience?

Submit

### Кто мы

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

### Свяжитесь с Нами →
Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

### Глобальные офисы →

### Свяжитесь с нами

f    y    in    ◎    ☁    G+

▶    ук    ρ    🎮    ᔓ    🐱

✈

© 2019 CME Group Inc. All rights reserved.

Каръера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве

🠖 Отправьте нам сообщение    jivosite

# EXHIBIT K

   

 Promos

## Search the WHOIS Database

Enter a domain name to search | **Search**

Private Registration     Local listings

# WHOIS search results

Domain Name: cmegroupcenter.com
Registry Domain ID: 2325665065_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018-10-25T09:01:08Z
Creation Date: 2018-10-25T09:01:08Z
Registrar Registration Expiration Date: 2019-10-25T09:01:08Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale

Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: cmegroupcenter.com@domainsbyproxy.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: cmegroupcenter.com@domainsbyproxy.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: cmegroupcenter.com@domainsbyproxy.com
Name Server: NS03.DOMAINCONTROL.COM
Name Server: NS04.DOMAINCONTROL.COM
DNSSEC: unsigned

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2019-02-20T16:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data  |  Contact Domain Holder  |  Report Invalid Whois

简体中文　English　Français　Русский　Español　العربية　Portuguese

 **ICANN WHOIS**

cmegroupcenter.com　　　　Lookup

By submitting any personal data, I agree that the personal data will be processed in accordance with the ICANNPrivacy Policy, and agree to abide by the websiteTerms of Service.

*Showing results for: cmegroupcenter.com*

Original Query: cmegroupcenter.com

# Contact Information

## Registrant Contact
Name: Registration Private
Organization: Domains By Proxy, LLC
Mailing Address: DomainsByProxy.com, Scottsdale Arizona 85260 US
Phone: +1.4806242599
Ext:
Fax: +1.4806242598
Fax Ext:
Email:cmegroupcenter.com@domainsbyproxy.com

## Admin Contact
Name: Registration Private
Organization: Domains By Proxy, LLC
Mailing Address: DomainsByProxy.com, Scottsdale Arizona 85260 US
Phone: +1.4806242599
Ext:
Fax: +1.4806242598
Fax Ext:
Email:cmegroupcenter.com@domainsbyproxy.com

## Tech Contact

Name: Registration Private
Organization: Domains By Proxy, LLC
Mailing Address: DomainsByProxy.com, Scottsdale Arizona 85260 US
Phone: +1.4806242599
Ext:
Fax: +1.4806242598
Fax Ext:
Email:cmegroupcenter.com@domainsbyproxy.com

## Registrar

WHOIS Server: whois.godaddy.com
URL: http://www.godaddy.com
Registrar: GoDaddy.com, LLC
IANA ID: 146
Abuse Contact Emailabuse@godaddy.com
Abuse Contact Phone:+1.4806242505

## Status

Domain Status:clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status:clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status:clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status:clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited

## Important Dates

Updated Date: 2018-10-25
Created Date: 2018-10-25
Registrar Expiration Date:2019-10-25

## Name Servers

NS03.DOMAINCONTROL.COM
NS04.DOMAINCONTROL.COM

## Raw WHOIS Record

```
Domain Name: cmegroupcenter.com
Registry Domain ID: 2325665065_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018-10-25T09:01:08Z
Creation Date: 2018-10-25T09:01:08Z
Registrar Registration Expiration Date: 2019-10-25T09:01:08Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited
http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited
http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: cmegroupcenter.com@domainsbyproxy.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
```

```
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: cmegroupcenter.com@domainsbyproxy.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: cmegroupcenter.com@domainsbyproxy.com
Name Server: NS03.DOMAINCONTROL.COM
Name Server: NS04.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2019-02-20T16:00:00Z <<<
```

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden
without the prior written
permission of GoDaddy.com, LLC.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In
particular,
you agree not to use this data to allow, enable, or otherwise make
possible,
dissemination or collection of this data, in part or in its entirety,
for any
purpose, such as the transmission of unsolicited advertising and

```
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic
electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section.  In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

On 17 May 2018 the ICANN Board adopted aTemporary Specification for gTLD Registration DataThis page is under review and will be updated to address the Temporary Specification.

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN do not generate, collect, retain or store the results shown other than for the transitory duration necessary show these results in response to real-time queries.* These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time. By submitting a query, you agree to abide by these terms.

* There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2019 Internet Corporation for Assigned Names and Numbers  Privacy Policy    Terms of Service    Cookies Policy

# EXHIBIT L

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmegroupcenter.com/ |
| Captured site IP: | 188.165.25.225 |
| Page loaded at (UTC): | Fri, 15 Feb 2019 16:25:38 GMT |
| Capture timestamp (UTC): | Fri, 15 Feb 2019 16:25:44 GMT |
| Capture tool: | 2.0.0-beta |
| Collection server IP: | 35.203.252.145 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/70.0.3538.35 Safari/537.36 |
| Operating system: | linux x64 (Node v8.11.1) |
| PDF length: | 3 |
| Capture ID: | tNEcB6WLcao47nuWaQ5d6M |
| User: | pagevault-wesley |

## Сотрудничество с физическими лицами

Инвестиционное предложение

## Экономические исследования | Просмотреть все экономические исследования



**Может ли экономика США сохранить свой темп после десятилетия роста?**

От CME Group Октябрь 09, 2018

Экономическая экспансия США с момента последнего спада длилась почти десять лет. У крупнейшей экономики мира есть стойкость, чтобы продолжать расти?



**Валюты развивающихся рынков: взгляд на американские ставки, торговая война**

От Bluford Putnam Октябрь 03, 2018

Валюты развивающихся рынков упали против доллара, во главе с турецкой лирой и аргентинским песо. Дальнейшие повышения ставок в США могут добавить к их дилемме.



**Brexit: классический случай приближающегося основного риска**

От Bluford Putnam Октябрь 01, 2018

Итоги переговоров по выходу Великобритании из Европейского союза под руководством Brexit представляют собой классический случай риска событий, который может достичь кульминации в ноябре.



**All Access, All the Time.**
**Tools for the active, individual trader.**

**GET STARTED**

## Отложенные котировки

Котировки задерживаются не менее чем на 10 минут.

## Futures & Options Trading

As the world's leading and most diverse derivatives marketplace, CME Group (www.cmegroupcenter.com) is where the world comes to manage risk. Through its exchanges, CME Group offers the widest range of global benchmark products across all major asset classes, including futures and options based on interest rates, equity indexes, foreign exchange, energy, agricultural products and metals. CME Group provides electronic trading globally on its CME Globex platform. The company also offers clearing and settlement services across asset classes for exchange-traded and over-the-counter derivatives through CME Clearing. CME Group's products and services ensure that businesses around the world can effectively manage risk and achieve growth.

  Центр подписок

### Отправить отзыв

Почта (Опционально)

Введите ваше сообщение

### Кто мы

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можн CME, CBOT, NYMEX и COMEX.

☐ Отправьте нам сообщение          jıvosite



### Может ли экономика США сохранить свой темп после десятилетия роста?

От CME Group Октябрь 09, 2018

Экономическая экспансия США с момента последнего спада длилась почти десять лет. У крупнейшей экономики мира есть стойкость, чтобы продолжать расти.

### Валюты развивающихся рынков: взгляд на американские ставки, торговая война

От Bluford Putnam Октябрь 03, 2018

Валюты развивающихся рынков упали против доллара, в главе с турецкой лирой и аргентинским песо. Дальнейшие повышения ставок в США могут добавить к их дилемме.

### Brexit: классический случай приближающегося основного риска

От Bluford Putnam Октябрь 01, 2018

Итоги переговоров по выходу Великобритании из Европейского союза под руководством Brexit представляют собой классический случай риска событий, который может достичь кульминации в ноябре.

**All Access, All the Time.**
**Tools for the active, individual trader.**

**GET STARTED**

## Отложенные котировки

Котировки задерживаются не менее чем на 10 минут.

## Futures & Options Trading

As the world's leading and most diverse derivatives marketplace, CME Group (www.cmegroupcenter.com) is where the world comes to manage risk. Through its exchanges, CME Group offers the widest range of global benchmark products across all major asset classes, including futures and options based on interest rates, equity indexes, foreign exchange, energy, agricultural products and metals. CME Group provides electronic trading globally on its CME Globex platform. The company also offers clearing and settlement services across asset classes for exchange-traded and over-the-counter derivatives through CME Clearing. CME Group's products and services ensure that businesses around the world can effectively manage risk and achieve growth.



### Центр подписок

**Отправить отзыв**

Почта (Опционально)

Введите ваше сообщение

Submit

**Кто мы**

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

**Свяжитесь с Нами →**
Тюмень (Тюменьская область),
ул. Челюскинцев 10
БЦ Альянс - Офисный центр.
Телефон: +7 345 265 89 13

**Глобальные офисы →**

**Свяжитесь с нами**

© 2018 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве

Отправьте нам сообщение   jivosite

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmegroupcenter.com/global-offices |
| Captured site IP: | 188.165.25.225 |
| Page loaded at (UTC): | Fri, 15 Feb 2019 16:25:43 GMT |
| Capture timestamp (UTC): | Fri, 15 Feb 2019 16:25:48 GMT |
| Capture tool: | 2.0.0-beta |
| Collection server IP: | 35.203.245.122 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/70.0.3538.35 Safari/537.36 |
| Operating system: | linux x64 (Node v8.11.1) |
| PDF length: | 4 |
| Capture ID: | 6HDLxuJTys4992LtizY3hT |
| User: | pagevault-wesley |

**PDF REFERENCE #:**     iGn6nkwzWmW3NQiUqwxdAp



VK
OK
f
Twitter
+

# CME Group Global Office Contacts | CME Group Contacts

We have global distribution capabilities through our trading hubs in key market centers, and our international network of strategic partners provides further opportunities to serve a broad range of clients worldwide.

## Global Headquarters

**Chicago**

CME Group Inc.
20 South Wacker Drive
Chicago, Illinois 60606
USA
☎ +1 312 930 1000

Access in 150 Countries

Connections through 11 Global Hubs

Relationships with 12 Partner Exchanges

## CME Group Offices Worldwide

### Americas

**New York**

NYMEX World Headquarters
300 Vesey Street
New York, NY 10282
phone: +1 212 299 2000

**Calgary**

#1000, 888 - 3rd St. SW
Bankers Hall, West Tower
Calgary, Alberta,
T2P 5C5, Canada
phone: +403 444 6876

**Washington, D.C.**

Liberty Place
325 7th Street, NW
Suite 525
Washington, D.C. 20004
phone: +1 202 638 3838

**São Paulo**

Avenida Paulista, 1079 – 7° Andar
São Paulo, Brazil 01311-200
phone: +55 11 2787 6279

**Houston**

1000 Louisiana Street
Suite 3650
Houston, TX 77002
phone: +1 713 658 2347

### EMEA

**London**

Fourth Floor
One New Change
London EC4M 9AF
United Kingdom
phone: +44 20 3379 3700

**Belfast**

Millennium House 5th Floor
19-25 Great Victoria Street
Belfast BT2 7AQ
United Kingdom
phone: +44 28 9089 6600

### Asia

**Singapore**

One Raffles Quay

**Hong Kong**

Unit 7711-13, 77/F The Center

**Seoul**

Level 1

☐ Отправьте нам сообщение    jivosite



## Singapore

One Raffles Quay
#27-10 South Tower
Singapore 048583
phone: +65 6593 5555

## Tokyo

Level 27 Tokyo Sankei Building
1-7-2 Otemachi, Chiyoda-ku
Tokyo 100-0004
Japan
phone +81 3 3242 6233

## Australia

Level 36, Gateway Tower
1 Macquarie Place,
Sydney 2000
Australia
phone: +61 2 8051 3210

## Hong Kong

Unit 7711-13, 77/F The Center
99 Queen's Road Central
Hong Kong
phone: +852 2582 2200

## Beijing

No.6 Wudinghou Street
Unit 1105
Excel Centre
Xicheng District
Beijing 100033
China
+86 10 5913 1300

## Seoul

Level 10
97, Uisadang-daero, Yeongdeungpo-gu,
Seoul, 07327, Republic of Korea
phone: +82 2 6336 6700

## Bangalore

Level 8, Bagmane Tridib
Block A, No. 65/2
Bagmane Tech Park
C. V. Raman Nagar
Bangalore-560093
India
+91 80 3323 2300

Russia

## Tyumen

Tyumen (Tyumen region),
Chelyuskintsev street 10
BC Alliance-office center
phone: +7 345 265 89 13







## Market Data Home

**Reports**
Calculations
Volume and open interest
Daily newsletter
Registration Reports

**Distributors**
New And Existing Distributors
List of Licensed Distributors

**Intraday Data**
Pending Quotes
Block deals

**Subscription based data**

MDP (Streaming)
Access our market data directly via our Market Data Platform

E-Quotes
Offering charting, analytics, real-time quotes and news on our products

CME Datamine (Historical)
CME Group contracts

## Economic research | View all economic studies

### Pending Quotes

Quotes are delayed for at least 10 minutes.

**All Access. All the Time. Tools for the active, individual trader.**

GET STARTED



### Can the US economy maintain its pace after a decade of growth?

The economic expansion of the United States since the last recession lasted almost ten years. Once the world's largest economy faces the question to keep growing?



### Emerging Market Currencies: A Look at American Stakes. Trade War

From budget position October 22, 2018

Emerging market currencies fell against the dollar, led by the Turkish lira and the Argentine peso. Further increases in US rates may add to their dilemma.



### Brexit: a classic case of an approaching main risk

The outcome of the negotiations on the exit of the UK from the European Union under the leadership of Brexit is a crucial event of risk events that could culminate in November.



### Futures & Options Trading

CME Group ( www.cmegroupcenter.com ) is the world's leading and most diverse derivatives marketplace. ITS Exchanges Through, the CME Group is the Offers or WIDEST range of the benchmark products across the global all major asset classes directory, including futures and options based on interest rate, information Rates , equity the indexes. Statest Foreign Exchange , energy , agricultural the products and the metals. CME Group provides electronic trading globally on its CME Globex platform. The company also offers CME Clearing , CME Group's Risk and Achieve Growth.

### Who are we

Who we are CME Group is the world's leading derivatives market. The company consists of four designated contract markets (DCM). Additional information about the rules and product lists can be found by clicking on the links to: CME , CBH , NYMEX and COMEX .

### Contact us

James (Dzhyerri Hyuzon),
st. Chelyubinskaya 10
BC Alliance - Office Center
Phone: +7 345 555 69 13

Global officers →

© 2018 CME Group Inc. All rights reserved.

### Subscription Center

to send the comment

Mail (Optional)

Enter your message

submit



# All Products Home

## Products

| Product group | Getting Started |
| --- | --- |
| Corn (Corn) | Agriculture | Commission |
| Soybean | Power Industry | Find a broker |
| Oil brand Sweet (WTI Crude Oil) | Stock index | Holiday Calendar |
| Natural Gas | Forex | Membership |
| S & P 500 Stock Index | Interest rates | Tools and Resources |
| Futures Contract (E-mini S & P 500) | Metals |
| Futures contract on the Nasdaq 100 stock index (E-mini Nasdaq 100) | Options |
| Euro Index | OTC Trading (OTC) |
| Eurodollar | The property |
| 10 Year Treasury Bonds (10-Year T-Note) | Weather |
| 5 Year Treasury Bonds (5-Year T-Note) |
| Labor (Gold) |

New to Futures?

Learn how to get started

To begin

## Pending Quotes

Quotes are delayed for at least 10 minutes.

**All Access. All the Time. Tools for the active, individual trader.**

GET STARTED

### Can the US economy maintain its pace after a decade of growth?

The economic expansion of the United States since the last recession lasted almost ten years. Does the world's largest economy have the stamina to keep growing?

### Emerging Market Currencies: A look at American Stakes, Trade War

From (dates) global October 30, 2018

From (dates) global October 30, 2018

Emerging market currencies fell against the dollar, led by the Turkish lira and the Argentine peso. Further increases in US rates may add to their distress.

### Brexit a classic case of an approaching main risk.

From (dates) global October 17, 2018

The outcome of the negotiations on the end of the UK from the European Union under the leadership of theresa is a rescheduled event of size events that could culminate in November.

Bitcoin cryptocurrency futures and other cryptocurrency products are now available.

Advertiser
Daily Market Data
Trader

## Futures & Options Trading

CME Group ( www.cmegroupcenter.com ) is the world's leading and most diverse derivatives marketplace.  ITS Exchange Through, the CME Group is the CME's or WIDEST range of the benchmarks products across the global all major asset classes derivatives, including futures and options based on interest rate benchmarks, equity indexes, foreign exchange, energy, agriculture and metals. CME Group provides electronic trading globally on its CME Globex platform. The company also offers CME Clearing. CME Group's Risk and Achieve Growth.

## Who are we

Who are we CME Group is the world's leading derivatives market. The company consists of four designated contract markets (DCM). Additional information about the rules and product lists of each exchange can be found by clicking on the links to CME, CBOT, NYMEX and COMEX

Contact us →
Tyumen (Tyumen region),
st. Chelyuskintsev 10
BC Alliance, office Center
Phone: +7 345 250 89 13

Global offices →

Contact us

☑ Subscription Center

to send the comment

Mail (Optional)

Enter your message

Submit

Career | Site Map | Disclaimer | Privacy policy | Cookie Plan | Operating conditions | Statement of Slavery Law Transparency

© 2018 CME Group Inc. All rights reserved.

## Technology Home

**Applications**
- CME Globex
- CME Direct
- CME ClearPort
- CME Pivot
- Elysian

**Services**
- Direct Processing (STP)
- Co-location services
- Global repository services
- Technical section

**Technical section**
Insightful and thoughtful content associated with modern financial technologies.



## Economic research | View all economic studies

### Can the US economy maintain its pace after a decade of growth?
From CME Group October 05, 2018

The economic expansion of the United States since the last recession has shown signs of slowing. Does the world's largest economy have the stamina to keep growing?

### All Access. All the Time.
### Tools for the active, individual trader.

**GET STARTED**



### Emerging Market Currencies: A Look at American States, Trade War
From Bullard pullback October 05, 2018

From Bullard pullback. Designing trades can be against the dollar, the leading global innovation takes and can be a significant part of the US rates may add to their dilemma.
Further increases in US rates may add to their dilemma.

### Pending Quotes
Quotes are delayed for at least 10 minutes.



### Brexit: a classic case of an approach of regulation
From Bullard pullback October 05, 2018

The outcome of the negotiations on the exit of the UK from the EU has been placed under the spotlight as of the Brexit is a classic event of risk events that could culminate in November.

## Futures & Options Trading

CME Group | www.cmegroupcrdrf.com is the world's leading and most diverse derivatives marketplace. ITS Exchanges Through the CME Group is the offers of HIGHEST range of the benchmark products across the global all major asset classes directly including futures and options based on interest information Rates, equity the indexes, States Foreign Exchange - energy, Agricultural Way products and metals. CME Group provides electronic trading globally on its CME Globex platform. The company also offers CME Clearing CME Group's Risk and Achieve Growth.

### Who are we
Who we are CME Group is the world's leading and most diverse derivatives market. The company consists of four designated contract markets or DCMs, additional information about the rules and product focus of each exchange can be found by clicking on the links to the CME, CBOT, NYMEX and COMEX.

### Contact us →
Tyumen (Tyumen region),
at. Chelyuskintsev 10
BIc Alliance - Office Center
Phone +7 345 265 89 13

Global offices →

### Contact us
f  in  @
yk  G+

Subscription Center

to send the comment

Mail (Optional)

Enter your message

**Submit**

© 2018 CME Group Inc. All rights reserved.

Career | Site Map | Disclaimer | Privacy policy | Cookie Policy | Operating conditions | Statement of Slavery Tax Transparency

EXHIBIT  M



REG.RU                                                                            Login   ≡

**Domains**                                                                              ▼

# Whois

| Domain or IP | Registrar | Site operability |
|---|---|---|

CmEGroupcEnters.com

**Check**

My ip   Punycode conversion

 **cmegroupcenters.com**
Domain busy, interested in buying this domain?

**Pick a similar**

## Domain Information                                                                    ⤓

Domain name: CMEGROUPCENTERS.COM
Domain idn name: CMEGROUPCENTERS.COM
Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Registry Domain ID:
Registrar WHOIS Server: whois.reg.com
Registrar URL: https://www.reg.com/
Registrar URL: https://www.reg.ru/
Registrar URL: https://www.reg.ua/
Updated Date: 2019-03-14
Creation Date: 2019-03-14T14:54:34Z
Registrar Registration Expiration Date: 2020-03-14
Registrar: Registrar of domain names REG.RU LLC
Registrar IANA ID: 1606
Registrar Abuse Contact Email: abuse@reg.ru
Registrar Abuse Contact Phone: +7.4955801111
Registry Registrant ID:
Registrant ID:
Registrant Name: Protection of Private Person
Registrant Street: PO box 87, REG.RU Protection Service
Registrant City: Moscow
Registrant State/Province:
Registrant Postal Code: 123007
Registrant Country: RU
Registrant Phone: +7.4955801111
Registrant Phone Ext:
Registrant Fax: +7.4955801111
Registrant Fax Ext:
Registrant Email: CMEGROUPCENTERS.COM@regprivate.ru
Admin ID:
Admin Name: Protection of Private Person
Admin Street: PO box 87, REG.RU Protection Service
Admin City: Moscow
Admin State/Province:

Добрый день! В данном чате
производится консультация только
по подбору и регистрации
свободных и покупке занятых
доменных имен . По другим
вопросам просим обращаться в
службу поддержки.
https://www.reg.ru/support/



We use cookies. Continued use of the Site, you agree to the policy of using the cookie , Policy Proces:
Privacy Policy



**REG.RU**                                                                 Login   ≡

Admin Email: CMEGROUPCENTERS.COM@regprivate.ru
Tech ID:
Tech Name: Protection of Private Person
Tech Street: PO box 87, REG.RU Protection Service
Tech City: Moscow
Tech State/Province:
Tech Postal Code: 123007
Tech Country: RU
Tech Phone: +7.4955801111
Tech Phone Ext:
Tech Fax: +7.4955801111
Tech Fax Ext:
Tech Email: CMEGROUPCENTERS.COM@regprivate.ru
Name Server: ns1.reg.ru
Name Server: ns2.reg.ru
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

## According to WHOIS.REG.RU

| | |
|---|---|
| Domain name | CMEGROUPCENTERS.COM |
| Domain idn name | CMEGROUPCENTERS.COM |
| Status | clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited |
| Registrar WHOIS Server | whois.reg.com |
| Registrar URL | https://www.reg.com/ |
| Registrar URL | https://www.reg.ru/ |
| Registrar URL | https://www.reg.ua/ |
| Updated Date | 2019-03-14 |
| Creation Date | 2019-03-14T14: 54: 34Z |
| Registrar Registration Expiration Date | 2020-03-14 |
| Registrar | Registrar of domain names REG.RU LLC |
| Registrar IANA ID | 1606 |
| Registrar Abuse Contact Email | abuse@reg.ru |
| Registrar Abuse Contact Phone | +7.4955801111 |
| Registrant Name | Protection of Private Person |
| Registrant Street | PO box 87, REG.RU Protection Service |
| Registrant City | Moscow |
| Registrant Postal Code | 123007 |
| Registrant Country | RU |
| Registrant Phone | +7.4955801111 |
| Registrant Fax | +7.4955801111 |
| Registrant Email | CMEGROUPCENTERS.COM@regprivate.ru |
| Admin Name | Protection of Private Person |
| Admin Street | PO box 87, REG.RU Protection S |
| Admin City | Moscow |
| Admin Postal Code | 123007 |

Добрый день! В данном чате
производится консультация только
по подбору и регистрации
свободных и покупке занятых
доменных имен . По другим
вопросам просим обращаться в
службу поддержки.
https://www.reg.ru/support



We use cookies. Continued use of the Site, you agree to the policy of using the cookie , Policy Process
Privacy Policy



| | |
|---|---|
| Admin Email | CMEGROUPCENTERS.COM@regprivate.ru |
| Tech Name | Protection of Private Person |
| Tech Street | PO box 87, REG.RU Protection Service |
| Tech City | Moscow |
| Tech Postal Code | 123007 |
| Tech Country | RU |
| Tech Phone | +7.4955801111 |
| Tech Fax | +7.4955801111 |
| Tech Email | CMEGROUPCENTERS.COM@regprivate.ru |
| Name Server | ns1.reg.ru |
| Name Server | ns2.reg.ru |
| DNSSEC | Unsigned |
| URL of the ICANN WHOIS Data Problem Reporting System | http://wdprs.internic.net/ |
| >>> Last update of WHOIS database | 2019.03.15T17:26:14Z <<< |

Получить дополнительные сведения о кодах статуса whois можно по ссылке.

## Получить больше информации о домене

**История whois домена**
Find out all the changes for the lifetime of the domain

**History of hosting this domain**
Displays the domain change history

**Stay tuned**

**Domain Monitoring**
Domain Status Tracking System

**Similar Premium Domains**

artradicalgroup **.com**
66 110 р.

aaaveter ... group **.com**
86 380 р.

AaConsultingGroup **.com**
162 850 р.

aadarshgroup **.com**



Добрый день! В данном чате
производится консультация только
по подбору и регистрации
свободных и покупке занятых
доменных имен. По другим
вопросам просим обращаться в
службу поддержки.
https://www.reg.ru/support/

We use cookies. Continued use of the Site, you agree to the policy of using the cookie , Policy Process Privacy Policy

 **REG.RU**      Login ☰

➕ More options

 **Whois Domain Bot for Telegram**
Now the Whois service is always at hand in your phone!      →

❓ Whois help

Terms of use of the WHOIS service REG.RU

| Information | Услуги | Партнёрам | Помощь |
|---|---|---|---|
| About Company ,Contacts | Зарегистрировать домен | Условия и цены | База знаний |
| News and Events | Конструктор и CMS | Для профессионалов | Шаблоны заявлений |
| To legal entities | Хостинг | Реферальная программа | Офисы обслуживания |
| Карьера в REG.RU | Серверы и ДЦ | REG.API, REG.Panel | Отзывы |
| Акции и скидки, Блог | SSL-сертификат | Клубные тарифы | Сообщить о нарушении |
| Скидки от партнёров | Стоимость услуг | Промо материалы | Нашли опечатку? Ctrl+Enter |
| Brand Story | Whois | | |

Русский, руб. ▼

**Присоединяйтесь**
     



**Доменная статистика**     **Магазин доменов**
www.statonline.ru     shop.reg.ru

🔍 Поиск по сайту     Карта сайта

Все права на материалы, находящиеся на сайте, охраняются в соответствии с законодательством РФ. При любом использовании материалов сайта письменное согласие обязательно. Торговые марки, логотипы и марки услуг, размещенные на данном сайте, являются собственностью ООО «Регистратор доменных имен РЕГ.РУ» или третьих лиц.

Политика обработки персональных данных
Политика конфиденциальности для веб-сайтов РЕГ.РУ
Политика использования файлов cookie

 **НАШ** домен    ICANN    КООРДИНАЦИОННЫЙ ЦЕНТР НАЦИОНАЛЬНОГО ДОМЕНА СЕТИ ИНТЕРНЕТ   

Добрый день! В данном чате производится консультация только по подбору и регистрации свободных и покупке занятых доменных имён . По другим вопросам просим обращаться в службу поддержки.
https://www.reg.ru/support/



We use cookies. Continued use of the Site, you agree to the policy of using the cookie , Policy Proces... Privacy Policy



Home > Whois Lookup > CmEGroupcEnters.com

# Whois Record for CmEGroupcEnters.com

**— Domain Profile**

| | |
|---|---|
| **Registrant** | Protection of Private Person |
| **Registrant Country** | RU |
| **Registrar** | Registrar of domain names REG.RU LLC<br>IANA ID: 1606<br>URL:<br>https://www.reg.com/,https://www.reg.ru/,https://ww<br>Whois Server: whois.reg.com<br>abuse@reg.ru<br>(p) 74955801111 |
| **Registrar Status** | |
| **Dates** | 1 days old<br>Created on 2019-03-14<br>Expires on 2020-03-14<br>Updated on 2019-03-14 |
| **Name Servers** | NS1.REG.RU (has 1,296,560 domains)<br>NS2.REG.RU (has 1,296,560 domains) |
| **Tech Contact** | Protection of Private Person<br>PO box 87, REG.RU Protection Service,<br>Moscow, 123007, RU<br>cmegroupcenters.com@regprivate.ru<br>(p) 74955801111 (f) 74955801111 |
| **IP Address** | 188.165.25.225 - 1 other site is hosted<br>on this server |
| **IP Location** | ▮ - Hauts-de-france - Roubaix - Ovh Sas |
| **ASN** | ▮ AS16276 OVH, FR (registered Feb 15, 2001) |
| **Domain Status** | Never Registered Before |
| **Hosting History** | 1 change on 2 unique name servers<br>over 0 year |

**— Website**

| | |
|---|---|
| **Website Title** | None given. |

Whois Record ( last updated on 2019-03-15 )

## ⚠ Validation Required

DomainTools is committed to preventing the abuse of Whois data so we now require a CAPTCHA to view the full raw domain name record.

Existing user? Please log in.

I'm not a robot

reCAPTCHA
Privacy - Terms

**Tools**

| Hosting History |
|---|

| Monitor Domain Properties | ▾ |
|---|---|

| Reverse IP Address Lookup | ▾ |
|---|---|

| Network Tools | ▾ |
|---|---|

| Buy This Domain ▾ |
|---|

| Visit Website |
|---|

| ⬇ Preview the Full Domain Report |
|---|

**Available TLDs**

**General TLDs**   Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| CmEGroupcEnters.com | Buy Domain |
|---|---|
| CmEGroupcEnters.net | Buy Domain |
| CmEGroupcEnters.org | Buy Domain |
| CmEGroupcEnters.info | Buy Domain |
| CmEGroupcEnters.biz | Buy Domain |
| CmEGroupcEnters.us | Buy Domain |

  

# EXHIBIT N

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmegroupcenters.com/ |
| Captured site IP: | 188.165.25.225 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:55:22 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:56:05 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | efa07aa1-bfd7-4707-9d62-587013dbbf53 |
| User: | norvell-lmoreau |



Document title: Futures &amp; Options Trading for Risk Management - CME Group
Capture URL: https://www.cmegroupcenters.com/
Capture timestamp (UTC): Mon, 18 Mar 2019 21:56:05 GMT

Page 1 of

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmegroupcenters.com/global-offices |
| Captured site IP: | 188.165.25.225 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:55:22 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:56:27 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 347ca266-0c39-4d3a-a17a-9421df4d7930 |
| User: | norvell-lmoreau |





## CME Group Global Office Contacts | CME Group Contacts

We have global distribution capabilities through our trading hubs in key market centers, and our international network of strategic partners provides further opportunities to serve a broad range of clients worldwide.

### Global Headquarters

**Chicago**

CME Group Inc
20 South Wacker Drive
Chicago, Illinois 60606
USA
☎ +1 312 930 1000

Access in 150 Countries

Connections through 11 Global Hubs

Relationships with 12 Partner Exchanges

## CME Group Offices Worldwide

### Americas

**New York**

NYMEX World Headquarters
300 Vesey Street
New York, NY 10282
phone: +1 212 299 2000

**Calgary**

#1000, 888 - 3rd St. SW
Bankers Hall, West Tower
Calgary, Alberta,
T2P 5C5, Canada
phone: +403 444 6876

**Washington, D.C.**

Liberty Place
325 7th Street, NW
Suite 525
Washington, D.C. 20004
phone: +1 202 638 3838

**São Paulo**

Avenida Paulista, 1079 – 7° Andar
São Paulo, Brazil 01311-200
phone: +55 11 2787 6279

**Houston**

1000 Louisiana Street
Suite 3650
Houston, TX 77002
phone: +1 713 658 2347

### EMEA

**London**

Fourth Floor
One New Change
London EC4M 9AF
United Kingdom
phone: +44 20 3379 3700

**Belfast**

Millennium House 5th Floor
19-25 Great Victoria Street
Belfast BT2 7AQ
United Kingdom
phone: +44 28 9089 6600

### Asia

**Singapore**

One Raffles Quay
#27-10 South Tower
Singapore 048583
phone: +65 6593 5555

**Tokyo**

Level 27 Tokyo Sankei Building
1-7-2 Otemachi, Chiyoda-ku
Tokyo 100-0004
Japan
phone +81 3 3242 6233

**Australia**

Level 36, Gateway Tower
1 Macquarie Place,
Sydney 2000,
Australia
phone: +61 2 8051 3210

**Hong Kong**

Unit 7711-13, 77/F The Center
99 Queen's Road Central
Hong Kong
phone: +852 2582 2200

**Beijing**

No 6 Wudinghou Street
Unit 1105
Excel Centre
Xicheng District
Beijing 100033
China
+86 10 5913 1300

**Seoul**

Level 10
97, Uisadang-daero, Yeongdeungpo-gu,
Seoul, 07327, Republic of Korea
phone: +82 2 6336 6700

**Bangalore**

Level 8, Bagmane Tridib
Block A, No. 65/2
Bagmane Tech Park
C. V. Raman Nagar
Bangalore-560093
India
+91 80 3323 2300

### Russia

**Tyumen**

Tyumen (Tyumen region)
Chelyuskintsev street 10
BC Alliance-office center
phone: +7 345 265 89 13



CME Group Global Offices



© 2018 CME Group Inc. All rights reserved.

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmegroupcenters.com/login |
| Captured site IP: | 188.165.25.225 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:56:18 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:56:44 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | cb93959c-c248-4c8b-9178-41dbd16c897b |
| User: | norvell-lmoreau |



© 2018 CME Group Inc. All rights reserved.

PAGEVAULT

WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmegroupcenters.com//register |
| Captured site IP: | 188.165.25.225 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:56:40 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:56:59 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 0a518a95-3d2c-4fb9-97cb-0dbd21a790d6 |
| User: | norvell-lmoreau |



CME Group | Торговля | Клиринг | Регулирование | Данные | Технологии | Образование | О нас | Войти

## Регистрация

ФИО

E-Mail

Телефон

Скайп

Пароль

Подтвердите пароль

Платёжная система

PerfectMoney

Реквизиты

Персональный код пригласившего

Поле не обязательно для заполнения

**Регистрация**

### Центр подписок

**Отправить отзыв**

Почта (Опционально)

Введите ваше сообщение

Submit

**Кто мы**

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

**Свяжитесь с Нами →**
Тюмень (Тюменская область),
ул. Челюскинцев 10
БЦ Альянс - Офисный центр.
Телефон: +7 345 265 89 13

**Глобальные офисы →**

**Свяжитесь с нами**

f  y  in  ⊙  ⊛  G+
▶  ук  ℗  ⊞  ℝ  ✆
◉

© 2018 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика и отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о работе

☑ Отправь с нам сообщение   jivosite

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmegroupcenters.com/reserves |
| Captured site IP: | 188.165.25.225 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:56:54 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:57:27 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 77860c8d-98dd-40ba-997d-e15b0ef7bfb8 |
| User: | norvell-lmoreau |

Case: 1:19-cv-01621 Document #: 93-1 Filed: 03/21/19 Page 289 of 310 PageID #:2342

# Инвестиционное предложение для физических лиц

| План | Соотношение доходности | Длительность торговой сессии | Реферальное вознаграждение | Действие |
|---|---|---|---|---|
| **Bronze** | | | | |
| 1000-2999$ | от 7-12% | 96 часов | 5 % от вклада приглашенного | Забронировать |
| 3000-4999$ | от 13-16% | 96 часов | 5 % от вклада приглашенного | Забронировать |
| 5000-6999$ | от 16-20% | 96 часов | 5 % от вклада приглашенного | Забронировать |
| **Silver** | | | | |
| 7000-9999$ | от 21-25% | 72 часа | 7 % от вклада приглашенного | Забронировать |
| 10000-14999$ | от 26-30% | 72 часа | 7 % от вклада приглашенного | Забронировать |
| 15000-19999$ | от 31-35% | 72 часа | 7 % от вклада приглашенного | Забронировать |
| **Gold** | | | | |
| 20000-29999$ | от 36-40% | 48 часов | 10 % от вклада приглашенного | Забронировать |
| 30000-49999$ | от 41-45% | 48 часов | 10 % от вклада приглашенного | Забронировать |
| 50000-100000$ | от 46-50% | 48 часов | 10 % от вклада приглашенного | Забронировать |
| **Brilliant** | | | | |
| Покупка лота | Соотношение доходности в зависимости от цены акций на момент торговой сессии. | 24 часа (1 биржевой день) | | Забронировать |

Компания принимает вклады в криптовалюте: Ethereum, Bitcoin Вклад конвертируется согласно курсу на момент входа. Начисление производится автоматически на платежную систему, указанную при регистрации после завершения торговой сессии (тело вклада + % доходности). Начисление согласно маркетинг-плану, производится с понедельника по пятницу, выплата по реферальной программе в субботу.

## ПАРТНЕРСКАЯ ПРОГРАММА ДЛЯ ФИЗИЧЕСКИХ ЛИЦ

В компании CME Group для активных участников и партнеров предусмотрена одноуровневая партнерская программа. Принять участие в партнерской программе может каждый желающий.

## УСЛОВИЯ ПАРТНЕРСКОЙ ПРОГРАММЫ

Ваш возраст должен быть от 16 лет.
Необходимо быть зарегистрированным инвестором.
Принимать участие в торговых сессиях.

Приглашайте своих друзей и знакомых в компанию CME Group и получайте специальные бонусы. Приглашая новых участников инвестировать в CME Group, Вы имеете отличный шанс увеличивать размер получаемой прибыли на 50%.
Единоразовый бонус за приглашенного начисляется на платежную систему, указанную при регистрации. Размер начислений составляет от 5% до 10% от вклада Вашего приглашенного.

## ФОНД ГАРАНТИЙНЫХ ВЫПЛАТ

Мы поддерживаем открытый рынок, где масштабы и возможности подключения ко всему спектру участников рынка являются конкурентными сильными сторонами. У нас есть финансовая дисциплина «для прибыли» и обязательство поддерживать стабильность рынка, обеспечивать совместную экономию за счет масштаба и развивать рынки на местном и глобальном уровнях. Мы обслуживаем общественное благо, обеспечивая эффективность рынков и активно позволяла снизить риск. Метод оптимизации риска относится к упреждающим методам управления, связанным со стратегическим планированием. Под стратегическим планированием понимается изучение потенциала предприятий, прогнозирование внешней обстановки, периодическая разработка сценариев развития и оценка будущего состояния среды хозяйствования, прогнозирование поведения потенциальных партнеров и действий конкурентов. Полученные результаты позволяют уловить тенденции во взаимоотношениях хозяйствующих субъектов, своевременно подготовиться к законодательным изменениям, принять необходимые меры для компенсации потерь от изменения правил ведения хозяйственной деятельности, скорректировать оперативные, тактические и стратегические планы. Поэтапно стратегическое управление рисками предполагает:

непрерывный мониторинг внешних условий;
сбор информации по наиболее значимым для данной торговой сессии рискам;
внесение корректировок в первоначальную оценку проекта рисков с учетом дополнительной информации по рискам, изменениям во внешней среде и в самом проекте;
Формирование фонда гарантийных выплат происходит с помощью вкладов инвесторов. Оплачивается согласно условиям пакета, по которому инвестор работает в компании. Оплата в фонд является обязательной для каждого участника торговой сессии.

| План | Размер оплаты в ФГВ | Порядок оплаты |
|---|---|---|
| Bronze | 10% | От общей прибыли всех торговых сессий, в которых принимал участие инвестор в течении месяца |
| Silver | 12% | До получения прибыли после каждой торговой сессии. |
| Gold | 15% | До получения прибыли после каждой торговой сессии. |

В случае сделки с отрицательным результатом фонд покрывает тело вклада + 3% неустойки от компании CME Group, если если в течении 90 банковских дней инвестор не использовал ФГВ, совершенные платежи возвращаются на платежную систему, указанную при регистрации. В случае отказа оплаты ФГВ , инвестор не допускается к входу на торговые сессии до выяснения причин.



✉ Центр подписок

**Отправить отзыв**

Почта (Обязательно)

Введите ваше сообщение

[ Submit ]

**Кто мы**

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

Свяжитесь с Нами →
Тюмень (Тюменская область),
ул. Челюскинцев 10
БЦ Альянс - Офисный центр.
Телефон +7 345 265 89 13

Глобальные офисы →

**Свяжитесь с нами**

f  y  in  ⓘ  ☁  G+
▶  ук  p  ⊞  ⋙  ✆
✆

© 2018 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление

✉ Отправьте нам сообщение    jivosite

CME Group    Торговля    Клиринг    Регулирование    Данные    Технологии    Образование    О нас    Войти

## Инвестиционное предложение для физических лиц

| План | Соотношение доходности | Длительность торговой сессии | Реферальное вознаграждение | Действие |
|---|---|---|---|---|
| **Bronze** | | | | |
| 1000-2999$ | от 7-12% | 96 часов | 5 % от вклада приглашенного | Забронировать |
| 3000-4999$ | от 13-15% | 96 часов | 5 % от вклада приглашенного | Забронировать |
| 5000-6999$ | от 16-20% | 96 часов | 5 % от вклада приглашенного | Забронировать |
| **Silver** | | | | |
| 7000-9999$ | от 21-25% | 72 часа | 7 % от вклада приглашенного | Забронировать |
| 10000-14999$ | от 26-30% | 72 часа | 7 % от вклада приглашенного | Забронировать |
| 15000-19999$ | от 31-36% | 72 часа | 7 % от вклада приглашенного | Забронировать |
| **Gold** | | | | |
| 20000-29999$ | от 36-40% | 48 часов | 10 % вклада приглашенного | Забронировать |
| 30000-49999$ | от 41-45% | 48 часов | 10 % вклада приглашенного | Забронировать |
| 50000-100000$ | от 46-50% | 48 часов | 10 % вклада приглашенного | Забронировать |
| **Brilliant** | | | | |
| Покупка лота | Соотношение доходности в зависимости от цены акций на момент торговой сессии. | 24 часа (1 биржевой день) | | Забронировать |

Компания принимает вклады в криптовалюте Ethereum, Bitcoin.Вклад конвертируется согласно курсу на момент входа. Начисление производится автоматически на платежную систему, указанную при регистрации после завершения торговой сессии (тело вклада + % доходности). Начисление согласно маркетинг-плану, производится с понедельника по пятницу, выплата по реферальной программе в субботу.

## ПАРТНЕРСКАЯ ПРОГРАММА ДЛЯ ФИЗИЧЕСКИХ ЛИЦ

В компании CME Group для активных участников и партнеров предусмотрена одноуровневая партнерская программа. Принять участие партнерской программе может каждый желающий.

## УСЛОВИЯ ПАРТНЕРСКОЙ ПРОГРАММЫ

Ваш возраст должен быть от 16 лет.
Необходимо быть зарегистрированным инвестором.
Принимать участие в торговых сессиях.

Приглашайте своих друзей и знакомых в компанию CME Group и получайте специальные бонусы. Приглашая новых участников инвестировать в CME Group, Вы имеете отличный шанс увеличивать размер получаемой прибыли на 50%.
Единоразовый бонус за приглашенного начисляется на платежную систему, указанную при регистрации. Размер начисления составляет от 5% до 10% от вклада Вашего приглашенного.

## ФОНД ГАРАНТИЙНЫХ ВЫПЛАТ

Мы поддерживаем открытый рынок, где масштабы и возможности подключения по всему спектру участников рынка являются конкурентными сильными сторонами. У нас есть финансовая дисциплина «для прибыли» и обязательство поддерживать стабильность рынка, обеспечивать совместную экономию за счет масштаба и развивать рынки на местном и глобальном уровнях. мы обслуживаем общественное благо, обеспечивая эффективность рынков и активно помогая снизить риск. Метод оптимизации риска относится к упреждающим методам управления, связанным со стратегическим планированием. Под стратегическим планированием понимается изучение потенциала предприятий, прогнозирование внешней обстановки, периодическая разработка сценариев развития и оценка будущего состояния среды хозяйствования, прогнозирование поведения потенциальных партнеров в действиях конкурентов. Полученные результаты позволяют уловить тенденции во взаимоотношениях хозяйствующих субъектов, своевременно подготовиться к законодательным изменениям, принять необходимые меры для компенсации потерь от изменения правил ведения хозяйственной деятельности, скорректировать оперативные, тактические и стратегические планы. Поэтому стратегическое управление рисками предполагает:

непрерывный мониторинг внешних условий;
сбор информации по наиболее значимым для данной торговой сессии рискам;
внесение корректировок в первоначальную оценку проекта риска с учетом дополнительной информации по рискам, изменениям во внешней среде и в самом проекте;
Формирование фонда гарантийных выплат происходит с помощью вклада инвесторов. Оплачивается согласно условиям пакета, по которому инвестор работает в компании. Оплата в фонд является обязательной для каждого участника торговой сессии.

| План | Размер оплаты в ФГВ | Порядок оплаты |
|---|---|---|
| Bronze | 10% | От общей прибыли всех торговых сессий, в которых принимал участие инвестор в течение месяца |
| Silver | 12% | До получения прибыли после каждой торговой сессии. |
| Gold | 15% | До получения прибыли после каждой торговой сессии. |

В случае сделки с отрицательным результатом фонд покрывает: тело вклада + 3% неустойки от компании CME Group, если если в течении 90 банковских дней инвестор не использовал ФГВ, совершенные платежи возвращаются на платежную систему, указанную при регистрации. В случае отказа оплаты ФГВ , инвестор не допускается к входу на торговые сессии до выяснения причин.



© 2018 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о продаже доступности данных о работе

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmegroupcenters.com/reserves/plan/0 |
| Captured site IP: | 188.165.25.225 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:57:20 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:57:47 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 45093439-dfa4-45e6-bc04-9c6903772321 |
| User: | norvell-lmoreau |




**CME Group**

## Инвестиционное предложение для физических

| | | | |
|---|---|---|---|
| **Bronze** | | | |
| 1000-2999$ | от 7-12% | 96 часов | 5 % от вклад |
| 3000-4999$ | от 13-15% | 96 часов | 5 % от вклад |
| 5000-6999$ | от 16-20% | 96 часов | 5 % от вклад |
| **Silver** | | | |
| 7000-9999$ | от 21-25% | 72 часа | 7 % от вклад |
| 10000-14999$ | от 26-30% | 72 часа | 7 % от вклад |
| 15000-19999$ | от 31-35% | 72 часа | 7 % от вклад |
| **Gold** | | | |
| 20000-29999$ | от 36-40% | 48 часов | 10 % от вкла |
| 30000-49999$ | от 41-45% | 48 часов | 10 % от вкла |
| 50000-100000$ | от 46-50% | 48 часов | 10 % от вкла |
| **Brilliant** | | | |
| Покупка лота | Соотношение доходности в зависимости от цены акций на момент торговой сессии. | 24 часа (1 биржевой день) | |

Компания принимает вклады в криптовалюте: Ethereum, Bitcoin.Вклад конвертируется согласно курсу на мом
автоматически на платежную систему, указанную при регистрации после завершения торговой сессии (тело
согласно маркетинг-плану, производится с понедельника по пятницу, выплата по реферальной программе в
**ПАРТНЕРСКАЯ ПРОГРАММА ДЛЯ ФИЗИЧЕСКИХ ЛИЦ**

внесение корректировок в первоначальную оценку проекта рисков с учетом дополнительной информации по среде и в самом проекте;

Формирование фонда гарантийных выплат происходит с помощью вкладов инвесторов. Оплачивается согла инвестор работает в компании. Оплата в фонд является обязательной для каждого участника торговой сесси

| | | |
|---|---|---|
| Bronze | 10% | От общей прибыли всех торговых сессий, в которых принимал участие и |
| Silver | 12% | До получения прибыли после каждой торговой сессии. |
| Gold | 15% | До получения прибыли после каждой торговой сессии. |

В случае сделки с отрицательным результатом фонд покрывает тело вклада + 3% неустойки от компании CM банковских дней инвестор не использовал ФГВ, совершенные платежи возвращаются на платежную систему случае отказа оплаты ФГВ , инвестор не допускается к входу на торговые сессии до выяснения причин.



## Economic research | View all economic studies

### Can the US economy maintain its pace after a decade of growth?
From CME Group October 05, 2018

The economic expansion of the United States since the last recession lasted almost ten years. Does the world's largest economy have the stamina to keep growing?

### Emerging Market Currencies: A Look at American Stakes, Trade War
From bluford putnam October 02, 2018

Emerging market currencies fell against the dollar, led by the Turkish lira and the Argentine peso. Further increases in US rates may add to their dilemma.

### Brexit: a classic case of an approaching main risk
From bluford putnam October 01, 2018

The outcome of the negotiations on the exit of the UK from the European Union under the leadership of Brexit is a classic event of risk events that could culminate in November.

## All Access, All the Time.
## Tools for the active, individual trader.

GET STARTED

## Pending Quotes

Quotes are delayed for at least 10 minutes.

## Futures & Options Trading

CME Group ( www.cmegroupcenter.com ) is the world's leading and most diverse derivatives marketplace . ITS Exchanges Through, the CME Group is the Offers or WIDEST range of the benchmark products across the global all major asset classes directory, including futures and options based on Interest information Rates , equity the indexes , States Foreign Exchange , energy , agricultural Way products and metals. CME Group provides electronic trading globally on its CME Globex platform. The company also offers CME Clearing , CME Group's risk and achieve growth.

✉ Subscription Center

### to send the comment

Mail (Optional)

Enter your message:

Submit

### Who are we

Who we are CME Group is the world's leading derivatives market. The company consists of four designated contract markets (DCM). Additional information about the rules and product lists of each exchange can be found by clicking on the links to CME , CBOT , NYMEX and COMEX .

Contact us →
Tyumen (Tyumen region),
st. Chelyuskintsev 10
BC Alliance - Office Center
Phone: +7 345 265 89 13

Global offices →

### Contact us

f   in   ⌾   G+

yк   𝓟   ⌨   ♫

© 2018 CME Group Inc. All rights reserved.

Career | Site Map | Disclaimer | privacy policy | Cookie Policy | Operating conditions | Statement of Slavery Law Transparency

Отправьте нам сообщение   jivosite

# EXHIBIT  O



## Whois

| Domain or IP | Registrar | Site operability |
|---|---|---|

cmerussians.com

**Check**

My ip    Punycode conversion

### cmerussians.com
Domain busy, interested in buying this domain?

**Pick a similar**

## Domain Information

Domain Name: cmerussians.com
Registry Domain ID: 2368864231_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2019-03-13T11:11:55Z
Creation Date: 2019-03-13T11:11:54Z
Registrar Registration Expiration Date: 2020-03-13T11:11:54Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: cmerussians.com@domainsbyproxy.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com

We use cookies. Continued use of the Site, you agree to the policy of using the cookie , Policy Processing of Personal Data and Privacy Policy



3/15/2019          Whois сервис — верка свободного домена на занятость, информац домене сайта и его IP | REG.RU

**REG.RU**                                                                           Login   ☰

Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: cmerussians.com@domainsbyproxy.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: cmerussians.com@domainsbyproxy.com
Name Server: NS67.DOMAINCONTROL.COM
Name Server: NS68.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

## Get more information about the domain

  **History of whois domain**                                                      →
Find out all the changes for the lifetime of the domain

  **History of hosting this domain**                                               →
Displays the domain change history

### Stay tuned

  **Domain Monitoring**                                                            →
Domain Status Tracking System

  **Whois Domain Bot for Telegram**                                                →
Now the Whois service is always at hand in your phone!

  Whois help

Terms of use of the WHOIS service REG.RU

| Information | Services | To partners | Help |
|---|---|---|---|
| About Company ,Contacts | Register domain | Conditions and prices | Knowledge base |
| News and Events | Constructor and CMS | For professionals | Application Templates |
| To legal entities | Hosting | Referral program | Service offices |
| Career in REG.RU | Servers and DC | REG.API ,REG.Panel | Reviews |

We use cookies. Continued use of the Site, you agree to the policy of using the cookie , Policy Processing of Personal Data and Privacy Policy



**REG.RU**                                                                      Login  ≡

Russian, rub.  ▼

## Join in

🅥🅕🅨▶️📷🅢 M

**Domain statistics**          **Shop domain**          🔍
www.statonline.ru              shop.reg.ru              Поиск по сайту              Site Map

Все права на материалы, находящиеся на сайте, охраняются в соответствии с законодательством РФ. При любом использовании
материалов сайта письменное согласие обязательно. Торговые марки, логотипы и марки услуг, размещенные на данном сайте,
являются собственностью ООО «Регистратор доменных имен РЕГ.РУ» или третьих лиц.

Политика обработки персональных данных

Политика конфиденциальности для веб-сайтов РЕГ.РУ

Политика использования файлов cookie

   

We use cookies. Continued use of the Site, you agree to the policy of using the cookie , Policy Processing of Personal Data and
Privacy Policy                                                                                              To a...

# EXHIBIT P

Side by side comparison
**CMEGROUP.COM, CMEGROUPCENTER.COM (Counterfeited CME Website) & CMEGROUPCENTERS.COM**
**(Counterfeited CME Website)**





Image used for economic article published Oct. 9, 2018



CME's Economic research: "Can U.S. Economy Keep its Pace After a Decade of Growth?"
https://www.cmegroup.com/education/featured-reports/can-us-economy-keep-its-pace-after-a-decade-of-growth.html

Infringing imaged used on cmegroupcenter.com



https://cmegroupcenter.com/

Infringing imaged used on cmegroupcenters.com



https://cmegroupcenters.com/

Image used for economic article published Oct. 3, 2018



Emerging Market Currencies: Eye on U.S. Rates, Trade War,
By Bluford Putnam
https://www.cmegroup.com/education/featured-reports/emerging-market-currencies-eye-on-us-rates-trade-war.html?source=rss

Infringing imaged used on cmegroupcenter.com



https://cmegroupcenter.com/

Infringing imaged used on cmegroupcenters.com



https://cmegroupcenters.com/

Image used for economic article published Oct. 1, 2018



Brexit: Classic Case of an Approaching Major Event Risk
By Bluford Putnam
https://www.cmegroup.com/podcasts/off-the-charts-podcast-series/brexit-classic-case-of-an-approaching-major-event-risk.html

Infringing imaged used on cmegroupcenter.com



https://cmegroupcenter.com/

Infringing imaged used on cmegroupcenters.com



https://cmegroupcenters.com/

Subscription Center Section on CME's website home screen



https://web.archive.org/web/20181009175719/https://www.cmegroup.com/

Contact information section in Russian on counterfeited website



https://cmegroupcenter.com/

Contact information section in Russian on counterfeited website



https://cmegroupcenters.com/



**CME Group Global Office Contacts**

https://www.cmegroup.com/company/history/global-offices.html

**CME Group Global Office Contacts information – counterfeiting website**

https://cmegroupcenter.com/global-offices

**CME Group Global Office Contacts information – counterfeiting website**

https://cmegroupcenters.com/global-offices

**World Map Banner used on top section of Global Office Contacts**

https://www.cmegroup.com/company/history/global-offices.html

**Infringing image copied on counterfeiting website**

https://cmegroupcenter.com/global-offices

**Infringing image copied on counterfeiting website**

https://cmegroupcenters.com/global-offices

**World Map with CME's corporate logo used as pins locating CME offices around the world.**

https://www.cmegroup.com/company/history/global-offices.html

**World Map used on counterfeiting website**

https://cmegroupcenter.com/global-offices

**World Map used on counterfeiting website**

https://cmegroupcenters.com/global-offices

# EXHIBIT Q

Side by side comparison
**CMEGROUP.COM, CMERUSSIAN.COM (Counterfeited CME Website)** & **CMERUSSIA.COM (Counterfeited CME Website)**



| **CME Website CMEGROUP.COM from February 4, 2019** | **Counterfeiting CME Website CMERUSSIAN.COM from February 15, 2019** | **Counterfeiting CME Website CMERUSSIA.COM from March 14, 2019** |
| --- | --- | --- |
| https://web.archive.org/web/20190205042337/https://www.cmegroup.com/ | https://www.cmerussian.com/ | https://www.cmerussia.com/ |
| Image used in banner on original CME website | Image used in banner on infringing website | Image used in banner on infringing website |
| https://www.cmegroup.com/ | https://www.cmerussian.com/ | https://www.cmerussia.com/ |





| Corporate logo on original website, used on top left corner | Infringing copy of CME Group logo used on top left corner | Infringing copy of CME Group logo used on top left corner |
|---|---|---|
| **CME Group**<br>https://www.cmegroup.com/ | **CME Group**<br>https://www.cmerussian.com/ | **CME Group**<br>https://www.cmerussia.com/ |
| Article and image #1 published on original website | Article and image #1 published on infringing website | Article and image #1 published on infringing website |
| **Three Big Equity Event Risks**<br>By Bluford Putnam<br>FEBRUARY 04, 2019<br>https://web.archive.org/web/20190205042337/https://www.cmegroup.com/<br>• **Three Big Equity Event Risks**https://www.cmegroup.com/education/featured-reports/videos/three-big-equity-event-risks.html | **Three Big Equity Event Risks**<br>От Bluford Putnam<br>ФЕВРАЛЬ 04, 2019<br>https://www.cmerussian.com/ | **Three Big Equity Event Risks**<br>От Bluford Putnam<br>ФЕВРАЛЬ 04, 2019<br>https://www.cmerussia.com/ |
| Article and image #2 published on original website | Article and image #2 published on infringing website | Article and image #2 published on infringing website |
| **Why has Equity Index-Treasury Options Volatility Diverged?**<br>By Erik Norland<br>JANUARY 30, 2019<br>https://web.archive.org/web/20190205042337/https://www.cmegroup.com/<br>**Why has Equity Index-Treasury Options Volatility Diverged?**<br>https://www.cmegroup.com/education/featured-reports/why-has-equity-index-treasury-options-volatility-diverged.html?source=rss | **Why has Equity Index-Treasury Options Volatility Diverged?**<br>От Erik Norland<br>ЯНВАРЬ 30, 2019<br>https://www.cmerussian.com/ | **Why has Equity Index-Treasury Options Volatility Diverged?**<br>От Erik Norland<br>ЯНВАРЬ 30, 2019<br>https://www.cmerussia.com/ |
| Article and image #3 published on original website | Article and image #3 published on infringing website | Article and image #3 published on infringing website |
| **Equities: Six Ways to Spot a Flagging Bull Market**<br>By Erik Norland<br>JANUARY 28, 2019<br>https://web.archive.org/web/20190205042337/https://www.cmegroup.com/<br>• **Equities: Six Ways to Spot a Flagging Bull Market**<br>https://www.cmegroup.com/education/featured-reports/equities-six-ways-to-spot-a-flagging-bull-market.html?source=rss | **Equities: Six Ways to Spot a Flagging Bull Market**<br>От Erik Norland<br>ЯНВАРЬ 28, 2019<br>https://www.cmerussian.com/ | **Equities: Six Ways to Spot a Flagging Bull Market**<br>От Erik Norland<br>ЯНВАРЬ 28, 2019<br>https://www.cmerussia.com/ |



**All Access, All the Time**

Discover new trading strategies and expand your familiarity with our markets with our offering of tools for the active, individual trader.

Get Started

https://www.cmegroup.com/

**Весь доступ, все время**

Откройте для себя новые торговые стратегии и расширьте свое знакомство с нашими рынками, предлагая инструменты для активного индивидуального трейдера.

Начать

https://www.cmerussian.com/

**Весь доступ, все время**

Откройте для себя новые торговые стратегии и расширьте свое знакомство с нашими рынками, предлагая инструменты для активного индивидуального трейдера.

Начать

https://www.cmerussia.com/

**CME Group Global Office Contacts**

https://www.cmegroup.com/company/history/global-offices.html

**CME Group Global Office Contacts information – counterfeiting website**

https://cmerussian.com/global-offices

**CME Group Global Office Contacts information – counterfeiting website**

https://cmerussia.com/global-offices

**CME Group bottom of page**

https://www.cmegroup.com/

**Counterfeiting Website bottom of page**

https://www.cmerussian.com/

**Counterfeiting Website bottom of page**

https://www.cmerussia.com/

**World Map Banner used on top section of Global Office Contacts**

https://www.cmegroup.com/company/history/global-offices.html

**Infringing image copied on counterfeiting website**

https://www.cmerussian.com/global-offices

**Infringing image copied on counterfeiting website**

https://www.cmerussia.com/global-offices

| World Map with CME's corporate logo used as pins locating CME offices around the world. | World Map used on counterfeiting website | World Map used on counterfeiting website |
|---|---|---|
|  |  | |
| https://www.cmegroup.com/company/history/global-offices.html | https://www.cmerussian.com/global-offices | https://www.cmerussia.com/global-offices |