*United States District Court for the Northern District of Illinois*

Case Number: 19cv1621     Assigned/Issued By: EC

Judge Name:     Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $400.00   ☐ $46.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $505.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                             ☐ Alias Summons
☐ Third Party Summons                 ☐ Lis Pendens
☐ Non Wage Garnishment Summons        ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons     _____
☐ Citation to Discover Assets
                                      (Victim, Against and $ Amount)
☐ Writ _____
(Type of Writ)

3 Original and 3 copies on 3/22/2019 as to _____
                           (Date)
Dmitro Nagovskiy, Konstantin Chechurin, OVH SAS

Rev. 08/19/2016