# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

CME Group lnc., et al.

                Plaintiff,

v.                                         Case No.: 1:19–cv–01621 *SEALED*
                                                     Honorable Sharon Johnson Coleman

Dmitro Nagovskiy, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 26, 2019:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 3/26/2019. Plaintiffs second motion for alternative service [30] is granted. Status hearing set for 4/4/2019 at 9:00 AM to stand. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.