## United States District Court for the Northern District of Illinois

Case Number: 19CV1621   Assigned/Issued By: PJ

Judge Name: COLEMAN   Designated Magistrate Judge: FINNEGAN

---

### FEE INFORMATION

**Amount Due:**   ☐ $400.00   ☐ $46.00   ☐ $5.00
   ☐ IFP   ☐ No Fee   ☐ Other _____
   ☐ $505.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets   (Victim, Against and $ Amount)
☐ Writ _____
   (Type of Writ)

3 Original and 3 copies on 03/26/2019 as to _____
(Date)

Evgeniy Golub, Eurobyte LLC, Registrar of Domain Names REG.RU LLC

Rev. 08/19/2016