

**CONFIDENTIAL – FILED UNDER SEAL**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**



| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, Webzilla B.V., Eurobyte, LLC, GoDaddy.com, LLC, Registrar of Domain Names REG.RU LLC, and Does 1-3, <br><br> Defendants. | Civil Action No. 1:19-cv-01621 <br> *SEALED* <br><br> Judge Sharon Johnson Coleman <br><br> Magistrate Judge Sheila M. Finnegan |

## SEALED DOCUMENT PURSUANT TO LR26.2

This document is filed under seal in accordance with an order of the Court dated March 7, 2019.

Dated: March 26, 2019

Respectfully submitted,

By: _____
Joseph V. Norvell (Reg. No. 6225747)
Joseph T. Kucala, Jr. (Reg. No. 6275312)
Angela J. Simmons (Reg. No. 6289024)
Christian S. Morgan (Reg. No. 6327350)
Matthew D. Witsman (Reg. No. 6327790)
NORVELL IP LLC
333 S. Wabash Ave., Suite 2700
Chicago, Illinois 60604
Telephone: (888) 315-0732
Facsimile: (312) 268-5063
courts@norvellip.com

*Attorneys for Plaintiffs*