## CONFIDENTIAL – FILED UNDER SEAL

## CORRECTED CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the FIRST AMENDED COMPLAINT and Exhibits A-Q filed with the Court on March 21, 2019, were served upon Defendant Webzilla B.V. via electronic mail on March 25, 2019, and Defendant GoDaddy.com, LLC via electronic mail on March 25, 2019 and overnight courier on March 26, 2019, to:



*Counsel for Defendant GoDaddy:*
Paula L. Zecchini
Cozen O'Connor
999 Third Avenue, Suite 1900
Seattle, WA 98104
pzecchini@cozen.com

*Counsel for Defendant Webzilla:*
Val Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
vgurvits@bostonlawgroup.com

Charles Mudd
3114 W. Irving Park Rd. #1w
Chicago, IL 60618
clm@muddlaw.com

Dated: March 26, 2019          /s/ Angela J. Simmons