

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton** 312-435-5670
**Clerk**

Date:                                       Case Number:

Case Title:                              Judge:

## NOTICE OF CORRECTION

The following errors/deficiencies have been identified in document #[    ].

- ☐ The document is on the incorrect case. (If this is a motion, the docket clerk has termed the motion from the incorrect case.
- ☐ The document is on the correct case but the case number and title do not match.
- ☐ The incorrect document [pdf] was linked to the entry.
- ☐ The incorrect file date was entered.
- ☐ The incorrect event was used. The title of the document does not match the text of the entry.
- ☐ The entry is a duplicate of entry [    ].
- ☐ Other:

**Corrective action taken by the Clerk:**

- ☐ The text of the entry has been edited and the pdf replaced with a pdf that states *Entered in Error*.
- ☐ The following notation has been added to the text of the entry: *Linked document has the incorrect case title,* or, *Linked document has the incorrect case number*.
- ☐ The correct document [pdf] has been linked to the entry.
- ☐ The file date has been corrected.
- ☐ The text of the entry has been edited.
- ☐ The text of the entry has been edited to read, *Duplicate filing of document number [    ]*.
- ☐ Other:

**Corrective action required by the filer:**

- ☐ Counsel must re-file the document
- ☐ Other:

                                                       Thomas G. Bruton, Clerk
                                                       By: /s/
                                                           Deputy Clerk