**CONFIDENTIAL – FILED UNDER SEAL**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, Webzilla B.V., EuroByte LLC, GoDaddy.com, LLC, Registrar of Domain Names REG.RU LLC, and Does 1-3, <br><br> Defendants. | Civil Action No. 1:19-cv-01621 <br> *SEALED* <br><br> Judge Sharon Johnson Coleman <br><br> Magistrate Judge Sheila M. Finnegan |

**PLAINTIFFS' MOTION TO CONVERT TEMPORARY RESTRAINING ORDER TO PRELIMINARY INJUNCTION**

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, Plaintiffs CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc. and Pivot, Inc. (collectively, "CME Group") respectfully move the Court to convert the existing Temporary Restraining Order into a preliminary injunction enjoining willful acts of trademark counterfeiting, trademark infringement, unfair competition, cybersquatting, phishing, and copyright infringement against Defendants Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, Webzilla B.V., EuroByte LLC, GoDaddy.com, LLC, Registrar of Domain Names REG.RU LLC, and Does 1-3 (collectively, "Defendants").

In support of its Motion, CME Group states as follows:

1. On March 7, 2019, the Court granted CME Group's *Ex Parte* Motion for a Temporary Restraining Order seeking to enjoin certain infringing acts. In doing so, the Court found that (1) CME Group had a likelihood of success on the merits of its trademark, copyright and anti-phishing claims; (2) no adequate remedy at law exists and CME Group will suffer irreparable harm if the Temporary Restraining Order ("TRO") is not granted; (3) the balance of harms tips in CME Group's favor; and (4) the public interest favors issuance of the TRO.

2. Since CME Group filed its Motion for a Temporary Restraining Order, CME Group identified additional evidence of infringing acts and harm to CME Group, namely, CME Group identified the registration of three new infringing domain names <CMEgroupcenters.com>, <CMErussia.com> and <CMErussians.com> and the operation of two new counterfeit websites at www.CMEgroupcenters.com and www.CMErussia.com.

3. Without authorization or justification, Defendants are using CME Group's registered trademarks and copyrighted material in connection with the registration of the infringing domain names <CMEgroupcenter.com>, <CMEgroupcenters.com>, <CMErussia.com>, <CMErussian.com> and <CMErussians.com> ("Infringing Domain Names"), and operation and maintenance of the counterfeit and phishing websites at www.CMEgroupcenter.com, www.CMEgroupcenters.com, www.CMErussian.com and www.CMErussia.com ("Counterfeit Websites").

4. The Infringing Domain Names and Counterfeit Websites harm CME Group's reputation in the marketplace. CME Group's history is built on trust and its relationships with customers, partners, governments, investors and many other constituents in the

financial markets. Defendants' acts of counterfeiting and infringement are tantamount to corporate identity theft for the purpose of collecting the personal information and account details of CME Group's customers. Such conduct is an attack on CME Group's business and its customers, and CME Group and the public will be irreparably harmed if Defendants' conduct is not preliminarily enjoined and the Temporary Restraining Order is allowed to lapse.

5. Based on the evidence presented, CME Group still has a likelihood of success on the merits of its trademark, copyright and anti-phishing claims, CME Group has no adequate remedy at law and irreparable harm is likely if the preliminary injunction is not entered, the balance of harms tips in CME Group's favor, and the public interest favors issuance of the preliminary injunction. As a result, it is appropriate for this Court to enter a preliminary injunction enjoining Defendants' conduct during the pendency of this action. Moreover, CME Group's requested relief is appropriate and reasonable.

6. Because new infringing activity took place after the filing of this present action, CME Group requests a modification of the existing Temporary Restraining Order to address the newly-identified infringing domain names and counterfeit websites and newly-added Defendants as detailed in the First Amended Complaint. Specifically, these new infringing domain names and counterfeit websites are nearly identical to the domain names and websites previously identified by CME Group and were registered and launched after the filing of this action.

WHEREFORE, CME Group requests that the Court convert the previously issued Temporary Restraining Order into a preliminary injunction that enjoins infringing conduct, requires transfer of the Infringing Domain Names, and requires preservation of evidence,

among other relief. In addition, CME Group respectfully requests that the Temporary Restraining Order be modified to include the newly-registered <CMEgroupcenters.com>, <CMErussia.com> and <CMErussians.com> domain names and the www.CMEgroupcenters.com and www.CMErussia.com websites, and newly-added Defendants Golub, EuroByte and REG.RU.

This Motion is based upon the Complaint, Amended Complaint, *Ex Parte* Motion For Temporary Restraining Order and Supporting Memorandum, Declarations and evidence, and the accompanying Memorandum of Law, Exhibit A and Declaration of Luis Moreau for this present Motion.

Plaintiffs will submit a proposed Order in compliance with the Court's rules.

Dated: March 29, 2019

Respectfully submitted,

By: /s/ Angela Simmons

Joseph V. Norvell (Reg. No. 6225747)
Joseph T. Kucala, Jr. (Reg. No. 6275312)
Angela J. Simmons (Reg. No. 6289024)
Christian S. Morgan (Reg. No. 6327350)
Matthew D. Witsman (Reg. No. 6327790)
NORVELL IP LLC
333 S. Wabash Ave., Suite 2700
Chicago, Illinois 60604
Telephone: (888) 315-0732
Facsimile: (312) 268-5063
courts@norvellip.com

*Attorneys for Plaintiffs*
*CME Group Inc.*
*Chicago Mercantile Exchange Inc.*
*New York Mercantile Exchange, Inc.*
*Commodity Exchange, Inc.*
*Board of Trade of the City of Chicago, Inc.*
*Pivot, Inc.*

**CONFIDENTIAL – FILED UNDER SEAL**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION



| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, Webzilla B.V., EuroByte LLC, GoDaddy.com, LLC, Registrar of Domain Names REG.RU LLC, and Does 1-3, <br><br> Defendants. | Civil Action No. 1:19-cv-01621 <br> *SEALED* <br><br> Judge Sharon Johnson Coleman <br><br> Magistrate Judge Sheila M. Finnegan |

## SEALED DOCUMENT PURSUANT TO LR26.2

These documents are filed under seal in accordance with an order of the Court dated March 7, 2019:

- Plaintiffs' Motion to Convert Temporary Restraining Order to Preliminary Injunction
- Memorandum of Law in Support of Plaintiffs' Motion to Convert Temporary Restraining Order to Preliminary Injunction
- Declaration of Luis Moreau with Exhibits
- Notice of Presentment of Plaintiffs' Motion to Convert Temporary Restraining Order to Preliminary Injunction
- Certificate of Service

Dated: March 29, 2019

Respectfully submitted,

By: /s/ *signature*
Joseph V. Norvell (Reg. No. 6225747)
Joseph T. Kucala, Jr. (Reg. No. 6275312)
Matthew D. Witsman (Reg. No. 6327790)
Christian S. Morgan (Reg. No. 6327350)
Angela J. Simmons (Reg. No. 6289024)

NORVELL IP LLC
333 S. Wabash Ave., Suite 2700
Chicago, Illinois 60604
Telephone: (888) 315-0732
Facsimile: (312) 268-5063
courts@norvellip.com

*Attorneys for Plaintiffs*