CONFIDENTIAL – FILED UNDER SEAL

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**



**FILED**

MAR 2 9 2019 cc
3-29-19
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

|  |  |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, Webzilla B.V., EuroByte LLC, GoDaddy.com, LLC, Registrar of Domain Names REG.RU LLC, and Does 1-3, <br><br> Defendants. | Civil Action No. 1:19-cv-01621 *SEALED* <br><br> Judge Sharon Johnson Coleman <br><br> Magistrate Judge Sheila M. Finnegan |

## DECLARATION OF LUIS E. MOREAU IN SUPPORT OF PLAINTIFFS' MOTION TO CONVERT TEMPORARY RESTRAINING ORDER TO PRELIMINARY INJUNCTION

I, Luis E. Moreau, hereby declare and state as follows:

1.     I am a full-time paralegal employed by Norvell IP llc, which represents Plaintiffs CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc. (collectively, "CME Group") in the above-referenced litigation. This declaration is submitted in support of CME Group's Motion to Convert Temporary Restraining Order to Preliminary Injunction. I have personal knowledge of the matters stated in this declaration or have derived such knowledge from publicly available information. If called upon to do so, I am competent to testify as to all matters set forth herein.

2.      CME Group regularly monitors the registration of new domain names that could potentially infringe upon its intellectual property rights. As part of this process, CME Group utilizes a watch service that identifies newly registered domain names that include some of the trademarks owned by CME Group.

3.      On March 14, 2019, CME Group's Cyber Defense team identified registration of the domain name <CMErussians.com>. The timing of this domain name registration and the similarity to the previously identified conflicting domain <CMErussian.com> is suspicious.

4.      On March 14, 2019, I conducted a search of the ICANN WHOIS records database at <whois.icann.org> to identify registrant information for the CMErussians domain name and learned that the domain was registered on March 13, 2019 via GoDaddy.com, LLC, and the registrant contact information was protected by internet privacy company Domains by Proxy, LLC. The WHOIS record for the CMErussians domain name also identifies the nameservers currently tied to the domain name as ns67.domaincontrol.com and ns68.domaincontrol.com. A true and correct printout of the aforementioned ICANN WHOIS information is attached as **Exhibit A**.

5.      On March 15, 2019, CME Group's Cyber Defense team identified registration of two new suspicious domain names for <CMEgroupcenters.com> and <CMErussia.com> and the active websites associated with these domain names are identical to the previous counterfeit websites at <CMEgroupcenter.com> and <CMErussian.com>.

6.      On March 15, 2019, I conducted a search of the ICANN WHOIS records database at <whois.icann.org> to identify registrant information for the domain name

<CMEgroupcenters.com> and learned that the domain name was registered on March 14, 2019, utilizing the services of Russian domain name registrar Registrar of Domain Names REG.RU LLC and the registrant contact information was protected by REG.RU Protection Service. The WHOIS record for the <CMEgroupcenters.com> domain name also identifies the nameservers currently hosting the website at ns1.reg.ru and ns2.reg.ru. A true and correct printout of the aforementioned ICANN WHOIS information is attached as **Exhibit B**.

7.    On March 15, 2019, using the service provided by HostingChecker.com, I conducted a further search into the server information for the website associated with www.CMEgroupcenters.com, which identified the server IP address as 188.165.25.225 and hosting services were provided by UAB OVH part of OVH SAS. This is the same server IP number used in connection with counterfeit website at www.CMEgroupcenter.com. True and correct printouts of the server information are attached as **Exhibit C**.

8.    On March 15, 2019, I conducted a search of the ICANN WHOIS records database at <whois.icann.org> to identify registrant information for the domain name <CMErussia.com> and learned that the domain name was registered on March 14, 2019 and was also utilizing the services of Russian domain name registrar Registrar of Domain Names REG.RU LLC and the registrant contact information was protected by REG.RU Protection Service. The WHOIS record for the <CMErussia.com> domain name also identifies the nameservers currently hosting the website at ns1.reg.ru and ns2.reg.ru. A true and correct printout of the aforementioned ICANN WHOIS information is attached as **Exhibit D**.

3

9.  On March 15, 2019, using the service provided by HostingChecker.com, I conducted a further search into the server information for the website associated with CMErussia.com, which identified the server IP address as 46.30.41.12 and hosting services were provided by EuroByte LLC. True and correct printouts of the server information are attached as **Exhibit E**.

10.  On March 15, 2019, I visited the websites at www.CMEGroupcenters.com and www.CMERussia.com (collectively, "Counterfeit Websites"). At first glance, the Counterfeit Websites appeared to be affiliated with CME Group's genuine website <CMEGroup.com> because the sites are a reproduction of the real CME Group Website translated into Russian. Upon further research, the Counterfeit Websites seem designed to deceive customers and cover up fraudulent activities. For example, the home page and drop-down menus for the Counterfeit Websites contain identical language and designs as those in the CME Group Website including use of the logo ⊕ **CME Group** and a top menu with the titles TRADING, CLEARING, REGULATION, DATA, TECHNOLOGY, EDUCATION and ABOUT. The Counterfeit Websites also include several website links that connect to the content of the real CME Group Website, creating the illusion the website is a truthful affiliate of the real CME Group Website. The Counterfeit Websites also depict and reproduce many of the trademarks owned by CME Group, including CME, CME GROUP, ⊕ **CME Group** , ⊕ , CBOT, NYMEX, COMEX, GLOBEX, CME GLOBEX, CLEARPORT, CME CLEARPORT, E-MINI, CME PIVOT, CME DIRECT, and CME DATAMINE. The Counterfeit Websites' content consists of copyrighted texts and images copied from the CME Group Website. In addition to other content, the Counterfeit

4

Websites include an identical copy of the Global Offices and Contacts page from the genuine CME Group Website. However, the Global Offices and Contacts page from the Counterfeit Websites add a fake CME Group office in Russia. A true and correct printout of the Counterfeit Websites are attached as **Exhibit F**.

11.     As part of my investigation, I identified a social media account that recently began promoting the new <CMEgroupcenters.com> shortly after this website went live. True and correct printouts of the social network profiles promoting this website are attached as **Exhibit G**.

12.     On March 20, 2019, after some communications were exchanged with defendant Webzilla B.V., Webzilla B.V. provided CME Group with account information related to the <CMErussian.com> counterfeit website. The account information identified a person named Evgeniy Golub as the operator behind this site. The information as provided by Webzilla B.V. is the following:

> First Name: Evgeniy
> Last Name: Golub
> Email Address: golub.evgeniy.domen@yandex.ru
> Last login to personal account (as of March 13, 2019):
> Date: 05.03.2019 10:26
> IP Address: 146.0.42.84
> Host: ca215.calcit.dedicated.server-hosting.expert
> Payment info:
> System: Paymaster
> Payment method: by card

A true and correct copy of the information provided by Webzilla is attached as **Exhibit H**.

13.     For a complete comparison of the CME Group Website and the new Counterfeit Websites, see the attached **Exhibit I**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and this Declaration was executed on  March 28, 2019 at Chicago, Illinois.

Dated:  March 28, 2019

Luis E. Moreau

6

**EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION TO CONVERT TEMPORARY RESTRAINING ORDER TO PRELIMINARY INJUNCTION**

A.  Printouts of CMErussians.com ICANN WHOIS information.

B.  Printouts of CMEgroupcenters.com ICANN WHOIS information.

C.  Printouts of CMEgroupcenters.com Server Information.

D.  Printouts of CMErussia.com ICANN WHOIS information.

E.  Printouts of CMERussia.com Server Information.

F.  Printouts of websites www.CMEgroupcenters.com and www.CMErussia.com

G.  Printouts of the social network Instagram.com showing users promoting this website Cmegroupcenters.com.

H.  Copy of communication from Webzilla B.V. counsel, disclosing the name of the registrant.

I.  Complete comparison of the CME Group Website and the Counterfeit Websites.

# EXHIBIT  A

English

 **ICANN WHOIS**

CMErussians.com     **Lookup**

By submitting any personal data, I agree that the personal data will be processed in accordance with the ICANN<u>Privacy Policy</u>, and agree to abide by the website<u>Terms of Service</u>.

*Showing results for: cmerussians.com*

Original Query: CMErussians.com

# Contact Information

## Registrant Contact
Name: Registration Private
Organization: Domains By Proxy, LLC
Mailing Address: DomainsByProxy.com, Scottsdale Arizona 85260 US
Phone: +1.4806242599
Ext:
Fax: +1.4806242598
Fax Ext:
Email:cmerussians.com@domainsbyproxy.com

## Admin Contact
Name: Registration Private
Organization: Domains By Proxy, LLC
Mailing Address: DomainsByProxy.com, Scottsdale Arizona 85260 US
Phone: +1.4806242599

Ext:
Fax: +1.4806242598
Fax Ext:
Email:cmerussians.com@domainsbyproxy.com

## Tech Contact

Name: Registration Private
Organization: Domains By Proxy, LLC
Mailing Address: DomainsByProxy.com, Scottsdale Arizona 85260 US
Phone: +1.4806242599
Ext:
Fax: +1.4806242598
Fax Ext:
Email:cmerussians.com@domainsbyproxy.com

## Registrar

WHOIS Server: whois.godaddy.com
URL: http://www.godaddy.com
Registrar: GoDaddy.com, LLC
IANA ID: 146
Abuse Contact Emailabuse@godaddy.com
Abuse Contact Phone:+1.4806242505

## Status

Domain StatusclientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain StatusclientUpdateProhibited
http://www.icann.org/epp#clientUpdateProhibited
Domain StatusclientRenewProhibited
http://www.icann.org/epp#clientRenewProhibited
Domain StatusclientDeleteProhibited
http://www.icann.org/epp#clientDeleteProhibited

## Important Dates

Updated Date: 2019-03-13
Created Date: 2019-03-13
Registrar Expiration Date: 2020-03-13

## Name Servers

NS67.DOMAINCONTROL.COM
NS68.DOMAINCONTROL.COM

## Raw WHOIS Record

```
Domain Name: cmerussians.com
Registry Domain ID: 2368864231_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2019-03-13T11:11:55Z
Creation Date: 2019-03-13T11:11:54Z
Registrar Registration Expiration Date: 2020-03-13T11:11:54Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited
http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited
http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
```

Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: cmerussians.com@domainsbyproxy.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: cmerussians.com@domainsbyproxy.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: cmerussians.com@domainsbyproxy.com
Name Server: NS67.DOMAINCONTROL.COM
Name Server: NS68.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2019-03-28T16:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-

16-en

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden
without the prior written
permission of GoDaddy.com, LLC.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.
In particular,
you agree not to use this data to allow, enable, or otherwise
make possible,
dissemination or collection of this data, in part or in its
entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic
electronic
processes designed to collect or compile this data for any
purpose,
including mining this data for your own personal or commercial
purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section.  In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

## Submit a Complaint for WHOIS
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

On 17 May 2018 the ICANN Board adopted a Temporary Specification for gTLD Registration Data. This page is under review and will be updated to address the Temporary Specification.

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transito duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes.  ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time. By submitting a query, you agree to abide by these terms.

* There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .i TLD.

© 2019 Internet Corporation for Assigned Names and Numbers   Privacy Policy    Terms of Service    Cookies Policy

English

 **ICANN WHOIS**

CMErussians.com    **Lookup**

By submitting any personal data, I agree that the personal data will be processed in accordance with the ICANNPrivacy Policy, and agree to abide by the websiteTerms of Service.

*Showing results for: cmerussians.com*

Original Query: CMErussians.com

# Contact Information

## Registrant Contact

Name: Registration Private
Organization: Domains By Proxy, LLC
Mailing Address: DomainsByProxy.com, Scottsdale Arizona 85260 US
Phone: +1.4806242599
Ext:
Fax: +1.4806242598
Fax Ext:
Email:cmerussians.com@domainsbyproxy.com

## Admin Contact

Name: Registration Private
Organization: Domains By Proxy, LLC
Mailing Address: DomainsByProxy.com, Scottsdale Arizona 85260 US
Phone: +1.4806242599

# EXHIBIT B



English ▼

 **ICANN WHOIS**

CMEgroupcenters.c[ ]  **Lookup**

By submitting any personal data, I agree that the personal data will be processed in accordance with the ICANNPrivacy Policy, and agree to abide by the websiteTerms of Service.

## Showing results for:

Original Query: CMEgroupcenters.com

# Contact Information

## Registrant Contact
Name: Protection of Private Person
Organization:
Mailing Address: PO box 87, REG.RU Protection Service, Moscow 123007 RU
Phone: +7.4955801111
Ext:
Fax: +7.4955801111
Fax Ext:
Email:CMEGROUPCENTERS.COM@regprivate.ru

## Admin Contact
Name: Protection of Private Person
Organization:
Mailing Address: PO box 87, REG.RU Protection Service, Moscow 123007 RU
Phone: +7.4955801111

Ext:
Fax: +7.4955801111
Fax Ext:
Email:CMEGROUPCENTERS.COM@regprivate.ru

## Tech Contact
Name: Protection of Private Person
Organization:
Mailing Address:PO box 87, REG.RU Protection Service, Moscow123007 RU
Phone: +7.4955801111
Ext:
Fax: +7.4955801111
Fax Ext:
Email:CMEGROUPCENTERS.COM@regprivate.ru

## Registrar

WHOIS Server: whois.reg.com
URL: https://www.reg.com/
Registrar: Registrar of domain names REG.RU LLC
IANA ID: 1606
Abuse Contact Emailabuse@reg.ru
Abuse Contact Phone:+7.4955801111

## Status

## Important Dates

Updated Date:2019-03-14
Created Date:2019-03-14
Registrar Expiration Date:2020-03-14

# Name Servers

ns1.reg.ru
ns2.reg.ru

## Raw WHOIS Record

```
Domain name: CMEGROUPCENTERS.COM
Domain idn name: CMEGROUPCENTERS.COM
Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Registry Domain ID:
Registrar WHOIS Server: whois.reg.com
Registrar URL: https://www.reg.com/
Registrar URL: https://www.reg.ru/
Registrar URL: https://www.reg.ua/
Updated Date: 2019-03-14
Creation Date: 2019-03-14T14:54:34Z
Registrar Registration Expiration Date: 2020-03-14
Registrar: Registrar of domain names REG.RU LLC
Registrar IANA ID: 1606
Registrar Abuse Contact Email: abuse@reg.ru
Registrar Abuse Contact Phone: +7.4955801111
Registry Registrant ID:
Registrant ID:
Registrant Name: Protection of Private Person
Registrant Street: PO box 87, REG.RU Protection Service
Registrant City: Moscow
Registrant State/Province:
Registrant Postal Code: 123007
Registrant Country: RU
Registrant Phone: +7.4955801111
Registrant Phone Ext:
Registrant Fax: +7.4955801111
Registrant Fax Ext:
Registrant Email: CMEGROUPCENTERS.COM@regprivate.ru
Admin ID:
Admin Name: Protection of Private Person
Admin Street: PO box 87, REG.RU Protection Service
Admin City: Moscow
Admin State/Province:
```

```
Admin Postal Code: 123007
Admin Country: RU
Admin Phone: +7.4955801111
Admin Phone Ext:
Admin Fax: +7.4955801111
Admin Fax Ext:
Admin Email: CMEGROUPCENTERS.COM@regprivate.ru
Tech ID:
Tech Name: Protection of Private Person
Tech Street: PO box 87, REG.RU Protection Service
Tech City: Moscow
Tech State/Province:
Tech Postal Code: 123007
Tech Country: RU
Tech Phone: +7.4955801111
Tech Phone Ext:
Tech Fax: +7.4955801111
Tech Fax Ext:
Tech Email: CMEGROUPCENTERS.COM@regprivate.ru
Name Server: ns1.reg.ru
Name Server: ns2.reg.ru
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2019.03.28T19:51:26Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-
16-en.


% By submitting a query to REG.RU Whois Service
% you agree to abide by the following terms of use:
% https://www.reg.ru/whois/servpol (in Russian)
% https://www.reg.com/whois/servpol (in English)
```

## Submit a Complaint for WHOIS
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

On 17 May 2018 the ICANN Board adopted a Temporary Specification for gTLD Registration Data. This page is under review and will be updated to address the Temporary Specification.

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transito duration necessary to show these results in response to real-time queries.* These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose. You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercia purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time. By submitting a query, you agree to abide by these terms.

* There is one exception: ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .i TLD.

© 2019 Internet Corporation for Assigned Names and Numbers   Privacy Policy    Terms of Service    Cookies Policy

EXHIBIT C

 

# Find out who is hosting any website

cmegroupcenters.com                    **FIND HOSTING**

Enter the URL of the website you would want us to look up and see the result in seconds.

## *cmegroupcenters.com* is hosted on **OVH ISP**

- **Datacenter:** UAB OVH
- **Server IP:** 188.165.25.225
- **Location:** Lithuania
- **City:** Vilnius
- **Domain Who Is:** Click Here
- **Nameservers:** ns1.reg.ru, ns2.reg.ru

**VISIT OVH ISP**

**TRY SITEGROUND: OUR #1 RATED HOST FOR 2018**

# EXHIBIT  D



English ▼

## ⊕ ICANN WHOIS
###### ICANN

CMErussia.com    **Lookup**

By submitting any personal data, I agree that the personal data will be processed in accordance with the ICANNPrivacy Policy, and agree to abide by the websiteTerms of Service.

●

*Showing results for:*

Original Query: CMErussia.com

# Contact Information

●

## Registrant Contact
Name: Protection of Private Person
Organization:
Mailing Address:PO box 87, REG.RU Protection Service, Moscow123007 RU
Phone: +7.4955801111
Ext:
Fax: +7.4955801111
Fax Ext:
Email:CMERUSSIA.COM@regprivate.ru

## Admin Contact
Name: Protection of Private Person
Organization:
Mailing Address:PO box 87, REG.RU Protection Service, Moscow123007 RU
Phone: +7.4955801111

Ext:
Fax: +7.4955801111
Fax Ext:
Email:CMERUSSIA.COM@regprivate.ru

## Tech Contact

Name: Protection of Private Person
Organization:
Mailing Address: PO box 87, REG.RU Protection Service, Moscow 123007 RU
Phone: +7.4955801111
Ext:
Fax: +7.4955801111
Fax Ext:
Email:CMERUSSIA.COM@regprivate.ru

## Registrar

WHOIS Server: whois.reg.com
URL: https://www.reg.com/
Registrar: Registrar of domain names REG.RU LLC
IANA ID: 1606
Abuse Contact Emailabuse@reg.ru
Abuse Contact Phone: +7.4955801111

## Status

## Important Dates

Updated Date: 2019-03-14
Created Date: 2019-03-14
Registrar Expiration Date: 2020-03-14

## Name Servers

ns1.reg.ru
ns2.reg.ru

## Raw WHOIS Record

```
Domain name: CMERUSSIA.COM
Domain idn name: CMERUSSIA.COM
Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Registry Domain ID:
Registrar WHOIS Server: whois.reg.com
Registrar URL: https://www.reg.com/
Registrar URL: https://www.reg.ru/
Registrar URL: https://www.reg.ua/
Updated Date: 2019-03-14
Creation Date: 2019-03-14T17:56:23Z
Registrar Registration Expiration Date: 2020-03-14
Registrar: Registrar of domain names REG.RU LLC
Registrar IANA ID: 1606
Registrar Abuse Contact Email: abuse@reg.ru
Registrar Abuse Contact Phone: +7.4955801111
Registry Registrant ID:
Registrant ID:
Registrant Name: Protection of Private Person
Registrant Street: PO box 87, REG.RU Protection Service
Registrant City: Moscow
Registrant State/Province:
Registrant Postal Code: 123007
Registrant Country: RU
Registrant Phone: +7.4955801111
Registrant Phone Ext:
Registrant Fax: +7.4955801111
Registrant Fax Ext:
Registrant Email: CMERUSSIA.COM@regprivate.ru
Admin ID:
Admin Name: Protection of Private Person
Admin Street: PO box 87, REG.RU Protection Service
Admin City: Moscow
Admin State/Province:
```

```
Admin Postal Code: 123007
Admin Country: RU
Admin Phone: +7.4955801111
Admin Phone Ext:
Admin Fax: +7.4955801111
Admin Fax Ext:
Admin Email: CMERUSSIA.COM@regprivate.ru
Tech ID:
Tech Name: Protection of Private Person
Tech Street: PO box 87, REG.RU Protection Service
Tech City: Moscow
Tech State/Province:
Tech Postal Code: 123007
Tech Country: RU
Tech Phone: +7.4955801111
Tech Phone Ext:
Tech Fax: +7.4955801111
Tech Fax Ext:
Tech Email: CMERUSSIA.COM@regprivate.ru
Name Server: ns1.reg.ru
Name Server: ns2.reg.ru
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2019.03.28T19:49:39Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-
16-en.


% By submitting a query to REG.RU Whois Service
% you agree to abide by the following terms of use:
% https://www.reg.ru/whois/servpol (in Russian)
% https://www.reg.com/whois/servpol (in English)
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

On 17 May 2018 the ICANN Board adopted a Temporary Specification for gTLD Registration Data. This page is under review and will be updated to address the Temporary Specification.

---

All results shown are captured from registries and/or registrars and are framed in real-time. ICANN does not generate, collect, retain or store the results shown other than for the transito duration necessary to show these results in response to real-time queries.* These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose. You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercia purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time. By submitting a query, you agree to abide by these terms.

* There is one exception: ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .i TLD.

© 2019 Internet Corporation for Assigned Names and Numbers   Privacy Policy    Terms of Service    Cookies Policy

# EXHIBIT E





# Find out who is hosting any website

cmerussia.com

**FIND HOSTING**

Enter the URL of the website you would want us to look up and see the result in seconds.

## *cmerussia.com* is hosted on **EuroByte**

- **Datacenter:**
- **Server IP:** 46.30.41.12
- **Location:** Russian Federation
- **City:** Moscow
- **Domain Who Is:** Click Here
- **Nameservers:** ns1.reg.ru, ns2.reg.ru

**VISIT EUROBYTE**

**TRY SITEGROUND: OUR #1 RATED HOST FOR 2018**

# EXHIBIT F

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmegroupcenters.com/ |
| Captured site IP: | 188.165.25.225 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:55:22 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:56:05 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | efa07aa1-bfd7-4707-9d62-587013dbbf53 |
| User: | norvell-lmoreau |

PDF REFERENCE #:          cZ43LZiFXsxQzTPB2MEECp



Сотрудничество с физическими лицами

**Экономические исследования** | Просмотреть все экономические исследования

Может ли экономика США сохранить свой темп после десятилетия роста?
От CME Group Октябрь 09, 2018

Валюты развивающихся рынков: взгляд на американские ставки, торговая война
От Bluford Putnam Октябрь 03, 2018

Brexit: классический случай приближающегося основного риска
От Bluford Putnam Октябрь 01, 2018

All Access, All the Time.
Tools for the active, individual trader.

GET STARTED

## Отложенные котировки

Котировки задерживаются не менее чем на 10 минут

## Futures & Options Trading

As the world's leading and most diverse derivatives marketplace, CME Group (www.cmegroupcenter.com) is where the world comes to manage risk. Through its exchanges, CME Group offers the widest range of global benchmark products across all major asset classes, including futures and options based on interest rates, equity indexes, foreign exchange, energy, agricultural products and metals. CME Group provides electronic trading globally on its CME Globex platform. The company also offers clearing and settlement services across asset classes for exchange-traded and over-the-counter derivatives through CME Clearing. CME Group's products and services ensure that businesses around the world can effectively manage risk and achieve growth.

Центр подписок

### Отправить отзыв

Почта (Опционально)

Введите ваше сообщение

Submit

### Кто мы

Кто мы: CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

Свяжитесь с Нами →
Тюмень (Тюменская область), ул. Челюскинцев 10
Бц Альянс - Офисный центр.
Телефон: +7 345 265 89 13

Глобальные офисы →

Свяжитесь с нами

© 2018 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заключение в пригодности закона о работе

Отправьте нам сообщение   jrvosite



PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmegroupcenters.com/global-offices |
| Captured site IP: | 188.165.25.225 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:55:22 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:56:27 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 347ca266-0c39-4d3a-a17a-9421df4d7930 |
| User: | norvell-lmoreau |



CME Group | Торговля | Клиринг | Регулирование | Данные | Технологии | Образование | О нас | Войти

## CME Group Global Office Contacts | CME Group Contacts

We have global distribution capabilities through our trading hubs in key market centers, and our international network of strategic partners provides further opportunities to serve a broad range of clients worldwide.

### Global Headquarters

**Chicago**

CME Group Inc.
20 South Wacker Drive
Chicago, Illinois 60606
USA
☎ +1 312 930 1000

Access in 150 Countries

Connections through 11 Global Hubs

Relationships with 12 Partner Exchanges

## CME Group Offices Worldwide

### Americas

**New York**

NYMEX World Headquarters
300 Vesey Street
New York, NY 10282
phone: +1 212 299 2000

**Calgary**

#1000, 888 - 3rd St. SW
Bankers Hall, West Tower
Calgary, Alberta,
T2P 5C5, Canada
phone: +403 444 6876

**Washington, D.C.**

Liberty Place
325 7th Street, NW
Suite 525
Washington, D.C. 20004
phone: +1 202 638 3838

**São Paulo**

Avenida Paulista, 1079 - 7ª Andar
São Paulo, Brazil 01311-200
phone: +55 11 2787 6279

**Houston**

1000 Louisiana Street
Suite 3650
Houston, TX 77002
phone: +1 713 658 2347

### EMEA

**London**

Fourth Floor
One New Change
London EC4M 9AF
United Kingdom
phone: +44 20 3379 3700

**Belfast**

Millennium House 5th Floor
19-25 Great Victoria Street
Belfast BT2 7AQ
United Kingdom
phone: +44 28 9089 6600

### Asia

**Singapore**

One Raffles Quay
#27-10 South Tower
Singapore 048583
phone: +65 6593 5555

**Tokyo**

Level 27 Tokyo Bankers Building
1-7-2 Otemachi, Chiyoda-ku
Tokyo 100-0004
Japan
phone +81 3 3242 6233

**Australia**

Level 36, Gateway Tower
1 Macquarie Place,
Sydney 2000
Australia
phone: +61 2 8051 3210

**Hong Kong**

Unit 7711-13, 77/F The Center
99 Queen's Road Central
Hong Kong
phone: +852 2582 2200

**Beijing**

No.6 Wudinghou Street
Unit 1105
Excel Centre
Xicheng District
Beijing 100033
China
+86 10 5913 1300

**Seoul**

Level 10
97, Uisadang-daero, Yeongdeungpo-gu
Seoul, 07327, Republic of Korea
phone: +82 2 6336 6700

**Bangalore**

Level 8, Bagmane Tridib
Block A, No. 65/2
Bagmane Tech Park
C. V. Raman Nagar
Bangalore-560093
India
+91 80 3323 2300

### Russia

**Tyumen**

Tyumen (Tyumen region)
Chelyuskintsev street 10
BC Alliance-office center
phone: +7 345 265 89 13



CME Group Global Offices



PAGEV🔒ULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmegroupcenters.com/login |
| Captured site IP: | 188.165.25.225 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:56:18 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:56:44 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | cb93959c-c248-4c8b-9178-41dbd16c897b |
| User: | norvell-lmoreau |



PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmegroupcenters.com//register |
| Captured site IP: | 188.165.25.225 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:56:40 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:56:59 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 0a518a95-3d2c-4fb9-97cb-0dbd21a790d6 |
| User: | norvell-lmoreau |

PDF REFERENCE #:          ez3dvxDQJciq7GBq6wk4r5



Регистрация

ФИО

E-Mail

Телефон

Скайп

Пароль

Подтвердите пароль

Платежная система

PerfectMoney

Реквизиты

Персональный код пригласившего
Поле не обязательно для заполнения

Регистрация

✉ Центр подписок

**Отправить отзыв**

Почта (Опционально)

Введите ваше сообщение

Submit

**Кто мы**

Кто мы СМЕ Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

Свяжитесь с Нами →
Тюмень (Тюменская область),
ул. Челюскинцев 10
БЦ Альянс - Офисный центр.
Телефон: +7 345 265 89 13

Глобальные офисы →

**Свяжитесь с нами**

f   🐦   in   ⓘ   ⊙   G+

▶   ук   𝒫   🎮   𝔞   🍥

✈

© 2018 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве

✉ Отправьте нам сообщение   jvosite

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmegroupcenters.com/reserves |
| Captured site IP: | 188.165.25.225 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:56:54 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:57:27 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 77860c8d-98dd-40ba-997d-e15b0ef7bfb8 |
| User: | norvell-lmoreau |

PDF REFERENCE #:        sDNKbRzgGxPj743BP44vyy

## Инвестиционное предложение для физических лиц

| План | Соотношение доходности | Длительность торговой сессии | Реферальное вознаграждение | Действие |
|---|---|---|---|---|
| **Bronze** | | | | |
| 1000-2999$ | от 7-12% | 96 часов | 5 % от вклада приглашенного | Забронировать |
| 3000-4999$ | от 13-15% | 96 часов | 5 % от вклада приглашенного | Забронировать |
| 5000-6999$ | от 16-20% | 96 часов | 5 % от вклада приглашенного | Забронировать |
| **Silver** | | | | |
| 7000-9999$ | от 21-25% | 72 часа | 7 % от вклада приглашенного | Забронировать |
| 10000-14999$ | от 26-30% | 72 часа | 7 % от вклада приглашенного | Забронировать |
| 15000-19999$ | от 31-35% | 72 часа | 7 % от вклада приглашенного | Забронировать |
| **Gold** | | | | |
| 20000-29999$ | от 36-40% | 48 часов | 10 % от вклада приглашенного | Забронировать |
| 30000-49999$ | от 41-45% | 48 часов | 10 % от вклада приглашенного | Забронировать |
| 50000-100000$ | от 46-50% | 48 часов | 10 % от вклада приглашенного | Забронировать |
| **Brilliant** | | | | |
| Покупка лота | Соотношение доходности в зависимости от цены акций на момент торговой сессии | 24 часа (1 биржевой день) | | Забронировать |

Компания принимает вклады в криптовалюте: Ethereum, Bitcoin. Вклад конвертируется согласно курсу на момент входа. Начисление производится автоматически на платежную систему, указанную при регистрации после завершения торговой сессии (тело вклада + % доходности). Начисление согласно маркетинг-плану, производится с понедельника по пятницу, выплата по реферальной программе в субботу.

### ПАРТНЕРСКАЯ ПРОГРАММА ДЛЯ ФИЗИЧЕСКИХ ЛИЦ

В компании CME Group для активных участников и партнеров предусмотрена одноуровневая партнерская программа. Принять участие партнерской программе может каждый желающий.

### УСЛОВИЯ ПАРТНЕРСКОЙ ПРОГРАММЫ

Ваш возраст должен быть от 16 лет.
Необходимо быть зарегистрированным инвестором.
Принимать участие в торговых сессиях.

Приглашайте своих друзей и знакомых в компанию CME Group и получайте специальные бонусы. Приглашая новых участников инвестировать в CME Group, Вы имеете отличный шанс увеличивать размер получаемой прибыли на 50%.
Единоразовый бонус за приглашенного начисляется на платежную систему, указанную при регистрации. Размер начисления составляет от 5% до 10% от вклада Вашего приглашенного.

### ФОНД ГАРАНТИЙНЫХ ВЫПЛАТ

Мы поддерживаем открытый рынок, где масштабы и возможности подключения по всему спектру участников рынка являются конкурентными сильными сторонами. У нас есть финансовая дисциплина «для прибыли» и обязательство поддерживать стабильность рынка, совместную совместную экономию за счет масштаба и развивать рынки на местном и глобальном уровнях. Мы обслуживаем общественное благо, обеспечивая эффективность рынков и активно позволяя снизить риск. Метод оптимизации риска относится к упреждающим методам управления, связанным со стратегическим планированием. Под стратегическим планированием понимается изучение потенциала предприятий, прогнозирование внешней обстановки, периодическая разработка сценариев развития и оценка будущего состояния среды хозяйствования, прогнозирование поведения потенциальных партнеров и действий конкурентов. Полученные результаты позволяют уточнить тенденции во взаимоотношениях хозяйствующих субъектов, своевременно подготовиться к законодательным изменениям, принять необходимые меры для компенсации потерь от изменения правил ведения хозяйственной деятельности, скорректировать оперативные, тактические и стратегические планы. Поэтапно стратегическое управление рисками предполагает:

непрерывный мониторинг внешних условий;
сбор информации по наиболее значимым для данной торговой сессии рискам;
внесение корректировок в первоначальную оценку проекта рисков с учетом дополнительной информации по рискам, изменениям во внешней среде и в самом проекте;
Формирование фонд гарантийных выплат происходит с помощью вкладов инвесторов. Оплачивается согласно условиям пакета, по которому инвестор работает в компании. Оплата в фонд является обязательной для каждого участника торговой сессии.

| План | Размер оплаты в ФГВ | Порядок оплаты |
|---|---|---|
| Bronze | 10% | От общей прибыли всех торговых сессий, в которых принимал участие инвестор в течение месяца |
| Silver | 12% | До получения прибыли после каждой торговой сессии |
| Gold | 15% | До получения прибыли после каждой торговой сессии |

В случае сделки с отрицательным результатом фонд покрывает тело вклада + 3% неустойки от компании CME Group, если если в течение 10 банковских дней инвестор не использовал ФГВ, совершенные платежи возвращаются на платежную систему, указанную при регистрации. В случае отказа оплаты ФГВ, инвестор не допускается к входу на торговые сессии до выяснения причин.



### Центр подписок

**Отправить отзыв**

Почта (Опционально)

Введите ваше сообщение

Submit

**Кто мы**

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обособленных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

**Свяжитесь с Нами →**
Тюмень (Тюменская область),
ул. Челюскинцев 10
БЦ Альянс - Офисный центр.
Телефон: +7 345 265 89 13

**Глобальные офисы →**

**Свяжитесь с нами**

© 2018 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление

Отправьте нам сообщение · yvosite

## Инвестиционное предложение для физических лиц

| План | Соотношение доходности | Длительность торговой сессии | Реферальное вознаграждение | Действие |
|---|---|---|---|---|
| **Bronze** | | | | |
| 1000-2999$ | от 7-12% | 96 часов | 5 % от вклада приглашенного | Забронировать |
| 3000-4999$ | от 13-16% | 96 часов | 5 % от вклада приглашенного | Забронировать |
| 5000-6999$ | от 18-20% | 96 часов | 5 % от вклада приглашенного | Забронировать |
| **Silver** | | | | |
| 7000-9999$ | от 21-25% | 72 часа | 7 % от вклада приглашенного | Забронировать |
| 10000-14999$ | от 26-30% | 72 часа | 7 % от вклада приглашенного | Забронировать |
| 15000-19999$ | от 31-36% | 72 часа | 7 % от вклада приглашенного | Забронировать |
| **Gold** | | | | |
| 20000-29999$ | от 36-40% | 48 часов | 10 % от вклада приглашенного | Забронировать |
| 30000-49999$ | от 41-45% | 48 часов | 10 % от вклада приглашенного | Забронировать |
| 50000-100000$ | от 46-50% | 48 часов | 10 % от вклада приглашенного | Забронировать |
| **Brilliant** | | | | |
| Покупка лота | Соотношение доходности в зависимости от цены вещей на момент торговой сессии | 24 часа (1 биржевой день) | | Забронировать |

Компания принимает вклады в криптовалюте: Ethereum, Bitcoin.Вклад конвертируется согласно курсу на момент входа. Начисление производится автоматически на платежную систему, указанную при регистрации после завершения торговой сессии (тело вклада + % доходности). Начисление согласно маркетинг-плану, производится с понедельника по пятницу; выплата по реферальной программе в субботу.

### ПАРТНЕРСКАЯ ПРОГРАММА ДЛЯ ФИЗИЧЕСКИХ ЛИЦ

В компании CME Group для активных участников и партнеров предусмотрена одноуровневая партнерская программа. Принять участие в партнёрской программе может каждый желающий!

### УСЛОВИЯ ПАРТНЕРСКОЙ ПРОГРАММЫ

Ваш возраст должен быть от 18 лет.
Необходимо быть зарегистрированным инвестором.
Принимать участие в торговых сессиях.

Приглашайте своих друзей и знакомых в компанию CME Group и получайте специальные бонусы. Приглашая новых участников инвестировать в CME Group, Вы имеете отличный шанс увеличивать размер получаемой прибыли на 50%.
Единоразовый бонус за приглашенного начисляется на платежную систему, указанную при регистрации. Размер начисления составляет от 5% до 10% от вклада Вашего приглашенного.

### ФОНД ГАРАНТИЙНЫХ ВЫПЛАТ

Мы поддерживаем открытый рынок, где масштабы и возможности подключения по всему спектру участников рынка являются конкурентными сильными сторонами. У нас есть финансовая дисциплина «для прибыли» и обязательство поддерживать стабильность рынка обеспечивать совместимо экономию за счет масштабов и развивать рынки на местном и глобальном уровнях. Мы обслуживаем общественное благо, обеспечивая эффективность рынков и активно позволяя снизить риск. Метод оптимизации риска относится к упреждающим методам управления, связанным со стратегическим планированием. Под стратегическим планированием понимается изучение потенциала предприятия, прогнозирование внешней обстановки, периодическая разработка сценариев развития и оценка будущего состояния среды хозяйствования, прогнозирование поведения потенциальных партнеров и действий конкурентов. Полученные результаты позволяют уловить тенденцию во взаимоотношениях хозяйствующих субъектов, своевременно подготовиться к законодательным изменениям, принять необходимые меры для компенсации потерь от изменения правил ведения хозяйственной деятельности, скорректировать оперативные, тактические и стратегические планы. Поэтому стратегическое управление рисками предполагает:

непрерывный мониторинг внешних условий;
сбор информации по наиболее значимым для данной торговой сессии рискам;
внесение корректировок в первоначальную оценку проекта рисков с учетом дополнительной информации по рискам, изменениям во внешней среде и в самом проекте;
Формирование фонда гарантийных выплат происходит с помощью вкладов инвесторов. Оплачивается согласно условиям пакета, по которому инвестор работает в компании. Оплата в фонд является обязательной для каждого участника торговой сессии.

| План | Размер оплаты в ФГВ | Порядок оплаты |
|---|---|---|
| Bronze | 10% | От общей прибыли всех торговых сессий, в которых принимал участие инвестор в течение месяца |
| Silver | 12% | До получения прибыли после каждой торговой сессии |
| Gold | 15% | До получения прибыли после каждой торговой сессии |

В случае сделки с отрицательным результатом фонд покрывает тело вклада + 3% неустойки от компании CME Group, если если в течении 90 банковских дней инвестор не использовал ФГВ, совершенные платежи возвращаются на платежную систему, указанную при регистрации. В случае отказа оплаты ФГВ, инвестор не допускается к входу на торговые сессии до выяснения причин.



© 2018 CME Group Inc. All rights reserved.

PAGEV**A**ULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmegroupcenters.com/reserves/plan/0 |
| Captured site IP: | 188.165.25.225 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:57:20 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:57:47 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 45093439-dfa4-45e6-bc04-9c6903772321 |
| User: | norvell-lmoreau |



**Бронь места на торговую сессию**

15.03.2019 00:00

ФИО

Номер ID (полученный при регистрации)

Сумма входа

Забронировать

Свободные места на торговую сессию регулируются суммой лота на момент сделки.
Для того, чтобы снять бронь, обратитесь к консультанту компании

Связаться с менеджером

✉ Центр подписок

**Отправить отзыв**

Почта (Опционально)

Введите ваше сообщение:

Submit

**Кто мы**

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырёх обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

Свяжитесь с Нами →
Тюмень (Тюменская область),
ул. Челюскинцев 10
БЦ Альянс - Офисный центр.
Телефон: +7 345 265 89 13

Глобальные офисы →

**Свяжитесь с нами**

f   y   in   ⊙   ☮   G+

▶   ук   ℗   ⊞   ⋙   ☁

◉

© 2018 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | Политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве

☑ Отправьте нам сообщение    jivosite

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmerussia.com/ |
| Captured site IP: | 46.30.41.12 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:50:58 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:51:49 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | d02755b5-d3fb-4f70-bf63-58623fa24fc6 |
| User: | norvell-lmoreau |



Сотрудничество с физическими лицами.
Инвестиционное предложение

Ознакомиться

## CME Group: Компания с глобальными рынками, дающая участникам возможность эффективно управлять рисками и использовать возможности в каждом крупном классе активов

Торговля фьючерсами, опционами, наличными и внебиржевыми рынками; оптимизировать портфель; и анализировать данные в CME Group, ведущем и наиболее разнообразном рынке деривативов в мире. Мы располагаем уникальными возможностями, чтобы предоставить вам доступ, необходимый для эффективного управления рисками и получения возможностей в каждом крупном классе активов.

Расширьте свои возможности с постоянным доступом к рынку - в каждом часовом поясе, почти 24 часа в сутки. Все поддержано новейшими инструментами, технологиями и ресурсами, необходимыми для каждого шага жизненного цикла торговли.

### ЭКОНОМИЧЕСКИЕ ИССЛЕДОВАНИЯ    СМОТРЕТЬ ВСЕ

Погрузитесь в идеи и анализ от наших опытных экономистов, Blu Putnam и Erik Norland, освещая события и тенденции, открывающие возможности на фьючерсных и опционных рынках.



**Three Big Equity Event Risks**

От Bluford Putnam
ФЕВРАЛЬ 04, 2019

→



**Why has Equity Index-Treasury Options Volatility Diverged?**

От Erik Norland
ЯНВАРЬ 30, 2019

→

**Equities: Six Ways to Spot a Flagging Bull Market**

От Erik Norland
ЯНВАРЬ 28, 2019

→



## Весь доступ, все время

Откройте для себя новые торговые стратегии и расширьте свое знакомство с нашими рынками, предлагая инструменты для активного индивидуального трейдера.

Начать ☑

✉ Центр подписок

☐ Отправьте нам сообщение    jvosite

## CME Group: Компания с глобальными рынками, дающая участникам возможность эффективно управлять рисками и использовать возможности в каждом крупном классе активов

Торговля фьючерсами, опционами, наличными и внебиржевыми рынками; оптимизировать портфели; и анализировать данные в CME Group, ведущем и наиболее разнообразном рынке деривативов в мире. Мы располагаем уникальными возможностями, чтобы предоставить вам доступ, необходимый для эффективного управления рисками и получения возможностей в каждом крупном классе активов.

Расширьте свои возможности с постоянным доступом к рынку - в каждом часовом поясе, почти 24 часа в сутки. Все поддержано новейшими инструментами, технологиями и ресурсами, необходимыми для каждого шага жизненного цикла торговли.

### ЭКОНОМИЧЕСКИЕ ИССЛЕДОВАНИЯ   СМОТРЕТЬ ВСЁ

Погрузитесь в идеи и анализ от наших опытных экономистов, Blu Putnam и Erik Norland, освещая события и тенденции, открывающие возможности на фьючерсных и опционных рынках.



**Three Big Equity Event Risks**

От Bluford Putnam
ФЕВРАЛЬ 04, 2019



**Why has Equity Index-Treasury Options Volatility Diverged?**

От Erik Norland
ЯНВАРЬ 30, 2019



**Equities: Six Ways to Spot a Flagging Bull Market**

От Erik Norland
ЯНВАРЬ 28, 2019



### Весь доступ, все время

Откройте для себя новые торговые стратегии и расширьте свое знакомство с нашими рынками, предлагая инструменты для активного индивидуального трейдера.

Начать

✉ Центр подписок

**Отправить отзыв**

Почта

Введите ваше сообщение

Submit

**Кто мы**

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

**Свяжитесь с Нами →**
Russia
"World Trade Center"
st. Kovalihinskaya 8
Nizhny Novgorod, 603006

**Глобальные офисы →**

**Свяжитесь с нами**

f  y  in  ◎  ⊙  G+
▶  yk  ℗  ▦  ⟋  ⬜
✈

© 2019 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика и отключения файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о работе

☑ Отправьте нам сообщение    jivosite

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmerussia.com/global-offices |
| Captured site IP: | 46.30.41.12 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:52:50 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:53:03 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 5e322713-8972-497d-9c78-74b2efc49f21 |
| User: | norvell-lmoreau |





## CME Group Global Office Contacts | CME Group Contacts

We have global distribution capabilities through our trading hubs in key market centers, and our international network of strategic partners provides further opportunities to serve a broad range of clients worldwide.

### Global Headquarters

**Chicago**

CME Group Inc.
20 South Wacker Drive
Chicago, Illinois 60606
USA
📞 +1 312 930 1000

Access in 150 Countries

Connections through 11 Global Hubs

Relationships with 12 Partner Exchanges

## CME Group Offices Worldwide

### Americas

**New York**

NYMEX World Headquarters
300 Vesey Street
New York, NY 10282
phone: +1 212 299 2000

**Washington, D.C.**

Liberty Place
325 7th Street, NW
Suite 525
Washington, D.C. 20004
phone: +1 202 638 3838

**Houston**

1000 Louisiana Street
Suite 3650
Houston, TX 77002
phone: +1 713 658 2347

**Calgary**

#1000, 888 - 3rd St. SW
Bankers Hall, West Tower
Calgary, Alberta,
T2P 5C5, Canada
phone: +403 444 6876

**São Paulo**

Avenida Paulista, 1079 - 7º Andar
São Paulo, Brazil 01311-200
phone: +55 11 2787 6279

### EMEA

**London**

Fourth Floor
One New Change
London EC4M 9AF
United Kingdom
phone: +44 20 3379 3700

**Belfast**

Millennium House 5th Floor
19-25 Great Victoria Street
Belfast BT2 7AQ
United Kingdom
phone: +44 28 9089 6600

### Asia

**Singapore**

One Raffles Quay
#27-10 South Tower
Singapore 048583
phone: +65 6593 5555

**Hong Kong**

Unit 7711-13, 77/F The Center,
99 Queen's Road Central
Hong Kong
phone: +852 2582 2200

**Seoul**

Level 10
97, Uisadang-daero, Yeongdeungpo-gu,
Seoul, 07327, Republic of Korea
phone: +82 2 6336 6700

**Tokyo**

Level 27 Tokyo Sankei Building
1-7-2 Otemachi, Chiyoda-ku
Tokyo 100-0004
Japan
phone +81 3 3242 6233

**Beijing**

No.6 Wudinghou Street
Unit 1105
Excel Centre
Xicheng District
Beijing 100033
China
+86 10 5913 1300

**Bangalore**

Level 8, Bagmane Tridib
Block A, No. 65/2
Bagmane Tech Park
C. V. Raman Nagar
Bangalore-560093
India
+91 80 3323 2300

**Australia**

Level 36, Gateway Tower
1 Macquarie Place,
Sydney 2000
Australia
phone: +61 2 8051 3210

**Russia**

Nizhny Novgorod
"World Trade Center"
ul. Kovalikhinskaya 8
Nizhny Novgorod. 60300





PAGEV**A**ULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmerussia.com/login |
| Captured site IP: | 46.30.41.12 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:53:11 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:53:28 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 086ec77c-e997-4151-9533-3a4a73da44cd |
| User: | norvell-lmoreau |



Login

E-Mail Address

Password

Remember Me    Login

Forgot Your Password?   Have no account? Register

✉ Центр подписок

### Отправить отзыв

Почта

Введите ваше сообщение

Submit

### Кто мы

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

Свяжитесь с Нами →
Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

Глобальные офисы →

### Свяжитесь с нами

f  y  in  ⊙  ⊙  G+

▶  ук  ⊙  ⊙  ⊙  ⊙

⊙

© 2019 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности борьбы с рабством

⊡ Отправьте нам сообщение    yvoste



PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmerussia.com/register |
| Captured site IP: | 46.30.41.12 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:53:49 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:54:04 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 9913718d-ab5d-482f-b06e-a5dfa2d8e1fb |
| User: | norvell-lmoreau |



Регистрация

ФИО

E-мэл

Телефон

Скайп

Пароль

Подтвердите пароль

Платежная система

PerfectMoney

Реквизиты

Персональный код пригласившего

Поле не обязательно для заполнения

Регистрация

✉ Центр подписок

**Отправить отзыв**

Почта

Введите ваше сообщение

Submit

**Кто мы**

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

Свяжитесь с Нами →
Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

Глобальные офисы →

**Свяжитесь с нами**

© 2019 CME Group Inc. All rights reserved.

Карта сайта | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве

✉ Отправьте нам сообщение    jvosite

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmerussia.com/reserves |
| Captured site IP: | 46.30.41.12 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:54:15 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:54:29 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 535aae21-1b5f-4ebe-9149-4649a2046794 |
| User: | norvell-lmoreau |

**PDF REFERENCE #:**    iAeNBFaiwbRFKQJimCiewZ

## Инвестиционное предложение для физических лиц

| План | Соотношение доходности | Длительность торговой сессии | Реферальное вознаграждение | Действие |
|---|---|---|---|---|
| **Bronze** | | | | |
| 1000-2999$ | от 7-12% | 96 часов | 5 % от вклада приглашенного | Выбрать депозит |
| 3000-4999$ | от 13-15% | 96 часов | 5 % от вклада приглашенного | Выбрать депозит |
| 5000-6999$ | от 16-20% | 96 часов | 5 % от вклада приглашенного | Выбрать депозит |
| **Silver** | | | | |
| 7000-9999$ | от 21-25% | 72 часа | 7 % от вклада приглашенного | Выбрать депозит |
| 10000-14999$ | от 26-30% | 72 часа | 7 % от вклада приглашенного | Выбрать депозит |
| 15000-19999$ | от 31-35% | 72 часа | 7 % от вклада приглашенного | Выбрать депозит |
| **Gold** | | | | |
| 20000-29999$ | от 36-40% | 48 часов | 10 % от вклада приглашенного | Выбрать депозит |
| 30000-49999$ | от 41-45% | 48 часов | 10 % от вклада приглашенного | Выбрать депозит |
| 50000-100000$ | от 46-50% | 48 часов | 10 % от вклада приглашенного | Выбрать депозит |
| **Brilliant** | | | | |
| Покупка лота | Соотношение доходности в зависимости от цены вещей на момент торговой сессии | 24 часа (1 биржевой день) | | Выбрать депозит |

Компания принимает вклады в криптовалюте: Ethereum, Bitcoin Вклад конвертируется согласно курсу на момент входа. Начисление производится автоматически на платежную систему, указанную при регистрации после завершения торговой сессии (тело вклада + % доходности). Начисление согласно маркетинг-плану, производится с понедельника по пятницу, выплата по реферальной программе в субботу.

## Бронь места на торговую сессию

**20.03.2019 00:00**

**Сумма входа на торговую сессию: 1000-2999$**
**Время работы Вашего депозита: 96 часов**
ФИО

Номер ID (полученный при регистрации)

Сумма входа

Запросить

Свободные места на торговую сессию регулируются суммой лота на момент сделки.
Для того, чтобы снять бронь, обратитесь к консультанту компании.

Связаться с менеджером

## ПАРТНЕРСКАЯ ПРОГРАММА ДЛЯ ФИЗИЧЕСКИХ ЛИЦ

В компании CME Group для активных участников и партнёров предусмотрена одноуровневая партнёрская программа. Принять участие в партнёрской программе может каждый желающий.

### УСЛОВИЯ ПАРТНЕРСКОЙ ПРОГРАММЫ

Ваш возраст должен быть от 16 лет.
Необходимо быть зарегистрированным инвестором.
Принимать участие в торговых сессиях.

Приглашайте своих друзей и знакомых в компанию CME Group и получайте специальные бонусы. Приглашая новых участников инвестировать в CME Group, Вы имеете отличный шанс увеличивать размер получаемой прибыли на 50%.
Единоразовый бонус за приглашенного начисляется на платежную систему, указанную при регистрации. Размер начисления составляет от 5% до 10% от вклада Вашего приглашенного.

## ФОНД ГАРАНТИЙНЫХ ВЫПЛАТ

Мы поддерживаем открытый рынок, где масштабы и возможности подключения по всему спектру участников рынка являются конкурентно сильными сторонами. У нас есть финансовая дисциплина «для активных участников ради прибыли» и обязательство поддерживать стабильность рынка, обеспечивать совместную экономию за счет масштаба и развивать рынок на местные и глобальном уровнях. Мы обслуживаем общественное благо, обеспечивая эффективность рынков и активно позволяя снизить риск. Метод оптимизации риска относится к упреждающим методам управления, связанным со стратегическим планированием. Под стратегическим планированием понимается изучение потенциала предприятия, прогнозирование внешней обстановки, периодическая разработка сценариев развития и оценка будущего состояния среды хозяйствования, прогнозирование поведения потенциальных партнеров и действий конкурентов. Полученные результаты позволяют уловить тенденцию во взаимоотношениях хозяйствующих субъектов, своевременно подготовиться к законодательным изменениям, принять необходимые меры для компенсации потерь от изменения правил ведения хозяйственной деятельности, скорректировать оперативные, тактические и стратегические планы. Поэтапно стратегическое управление рисками предполагает:

непрерывный мониторинг внешних условий;
сбор информации по наиболее значимым для данной торговой сессии рисков;
внесение корректировок в первоначальную оценку проекта рисков с учетом дополнительной информации по рискам, изменениям во внешней среде и в самом проекте;
Формирование фонда гарантийных выплат происходит с помощью вкладов инвесторов. Оплачивается согласно условиям пакета, по которому инвестор работает в компании. Оплата в фонд является обязательной для каждого участника торговой сессии.

| План | Размер оплаты в ФГВ | Порядок оплаты |
|---|---|---|
| Bronze | 10% | От общей прибыли всех торговых сессий, в которых принимал участие инвестор в течение месяца |
| Silver | 12% | До получения прибыли после каждой торговой сессии |

Отправьте нам сообщение     jivosite



Document title: Futures &amp; Options Trading for Risk Management - CME Group
Capture URL: https://www.cmerussia.com/reserves
Capture timestamp (UTC): Mon, 18 Mar 2019 21:54:29 GMT

Page 2 of

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmerussia.com/reserves/plan/0 |
| Captured site IP: | 46.30.41.12 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:54:37 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:54:49 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 0859944e-3673-47ff-9365-b0907c9f4c1e |
| User: | norvell-lmoreau |



# EXHIBIT  G

Search



## miss_investor   Follow  

**87** posts    **150** followers    **253** following

**Olga Efimova**
Зарабатываю в сфере инвестиций 😊
**cmegroupcenters.com**

            

Актуальное    Актуальное    Актуальное    надежнос...

**POSTS**                                    **TAGGED**












Search

кция
[redacted]
Сумма:
[redacted]
3 420.00 USD
кция
[redacted]

Внутренняя транзакция
[redacted]
[redacted]
Сумма
5 800.00 USD
CME Group(RU)

CME Group (Russian)
Торговая сессия планируется 01.02.2019 .Для того,что бы принять участие перейдите по ссылке https://cmegroupcenter.com/reserves/plan/0
Cmegroupcenter
Futures & Options Trading for Risk Management - CME Group
CME Group is the world's leading and most diverse derivatives marketplace offering the widest range of futures and options products for risk management.
45 11:43

Выплата
Внутренняя транзакция
[redacted]
[redacted]
CME Group(RU)

Бронируем
CME Group (Russian)
Торговая сессия планируется 29.01.2019 .Для того,что бы принять участие перейдите по ссылке https://cmegroupcenter.com/reserves/plan/0
Cmegroupcenter
Futures & Options Trading for Risk Management - CME Group
CME Group is the world's leading and most diverse derivatives

Search





ABOUT US    SUPPORT    PRESS    API    JOBS    PRIVACY

TERMS    DIRECTORY    PROFILES    HASHTAGS    LANGUAGE

© 2019 INSTAGRAM

# EXHIBIT  H

**Luis Moreau**

| | |
|---|---|
| **From:** | Matthew Shayefar <matt@bostonlawgroup.com> |
| **Sent:** | Wednesday, March 20, 2019 4:30 PM |
| **To:** | Angela Simmons; Val Gurvits |
| **Cc:** | Joseph V. Norvell; Joe Kucala; Matt Witsman; Christian Morgan; cmeteam@norvellip.com; Charles Lee Mudd Jr. |
| **Subject:** | RE: CONFIDENTIAL: Notice of Temporary Restraining Order against WEBZILLA - CME Group Inc. et al. v. Dmitro Nagovskiy, Webzilla B.V., et al. |
| **Attachments:** | Customer Information 3-20-19.pdf |

Angela,

Please see the attached. Also, please keep our local counsel, Charles Mudd, copied on communications.

Thank you,

Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com

-------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message. Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

**From:** Angela Simmons <asimmons@norvellip.com>
**Sent:** Tuesday, March 19, 2019 8:45 PM
**To:** Val Gurvits <vgurvits@bostonlawgroup.com>
**Cc:** Matthew Shayefar <matt@bostonlawgroup.com>; Joseph V. Norvell <jnorvell@norvellip.com>; Joe Kucala <jkucala@norvellip.com>; Matt Witsman <mwitsman@norvellip.com>; Christian Morgan <cmorgan@norvellip.com>; cmeteam@norvellip.com
**Subject:** RE: CONFIDENTIAL: Notice of Temporary Restraining Order against WEBZILLA - CME Group Inc. et al. v. Dmitro Nagovskiy, Webzilla B.V., et al.

# Norvell IP llc

Intellectual Property Law

### CONFIDENTIAL - SUBJECT TO COURT PROTECTIVE ORDER

**Re:** *CME Group Inc. et al. v. Dmitro Nagovskiy, GoDaddy.com, LLC, et al.*
**Civil Action No. 1:19−cv−01621 (N.D. Ill.)**
**Counterfeit Website: www.CMErussian.com**

Dear Val,

We are writing to follow up on our previous requests for information pursuant to the terms of TRO.

1

We remind you that Webzilla is required (a) "to provide any and all identification, contact and registration information associated with the Infringing Domain Names and Counterfeit Websites," and (b) "to produce any and all documents and electronically stored information regarding use, access, download, and visitors to the Counterfeit Websites." See TRO pg. 8. The TRO does not require that CME first issue a subpoena. Accordingly, we ask that Webzilla provide us with any and all information and documentation relating to the Defendant Dmitro Nagovskiy, including but not limited to his contact information, account information and payment information, as well as all electronically stored information regarding use, access, download, and visitors to the website at www.CMErussian.com as soon as possible pursuant to the TRO.

We also wanted to inform you that the Court has rescheduled the TRO hearing previously set for tomorrow, March 20th at 1:30pm. We recently filed a Motion for Alternative Service requesting the ability to serve Defendants Chechurin, Nagovskiy and OVH SAS via email, and the Court held a hearing this morning on that motion. During the hearing, we informed the Court that CME Group will likely be filing an amended complaint regarding recent conduct related to this case. To allow CME Group time to effect service on the remaining defendants and allow all interested parties to attend the TRO hearing, the Court will be extending the TRO and rescheduled the TRO hearing to Thursday, April 4th at 9am.

Finally, we are required to provide you with copies of the attached Lanham Act Mediation packet and we inform you that this case is participating in the Court's MIDP. A short notice regarding the MIDP is attached. We will provide additional information as required under the MIDP.

We look forward to hearing from you as soon as possible concerning our requests for information.

Best regards,

**Angela J. Simmons**
# Norvell IP llc
Intellectual Property Attorneys
**Direct  (773) 729-2247**
**Mobile  (773) 851-1097**
**Fax       (312) 268-5063**
**asimmons@norvellip.com**
**www.NorvellIP.com**

Please consider the environment before printing this e-mail.

**From:** Val Gurvits <vgurvits@bostonlawgroup.com>
**Sent:** Friday, March 15, 2019 2:57 PM
**To:** Angela Simmons <asimmons@norvellip.com>
**Cc:** Matthew Shayefar <matt@bostonlawgroup.com>; Joseph V. Norvell <jnorvell@norvellip.com>; Joe Kucala <jkucala@norvellip.com>; Matt Witsman <mwitsman@norvellip.com>; Christian Morgan <cmorgan@norvellip.com>; cmeteam@norvellip.com
**Subject:** Re: CONFIDENTIAL: Notice of Temporary Restraining Order against WEBZILLA - CME Group Inc. et al. v. Dmitro Nagovskiy, Webzilla B.V., et al.

I confirm receipt of this email.

Val Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1804 | Tel: (617) 928-1800 | Fax: (617) 928-1802
vgurvits@bostonlawgroup.com

-------------------------------------------------------------------------

The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message. Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com

In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

On Mar 15, 2019, at 9:30 PM, Angela Simmons <asimmons@norvellip.com> wrote:

Dear Val,

Further to our email below, due to the size of the exhibits to the Complaint and TRO Motion, we are sharing them with you via a Sharefile link. For your convenience, we are also including copies of the other pleadings filed in the case so you have them all in one place.

https://norvellipllc.sharefile.com/d-s92fe38f834b452bb

Please let us know if you have any issues with the link.

Please confirm receipt of this email.

Kind regards,

**Angela J. Simmons**
# Norvell IP llc
Intellectual Property Attorneys
**Direct (773) 729-2247**
**Mobile (773) 851-1097**
**Fax (312) 268-5063**
**asimmons@norvellip.com**
**www.NorvellIP.com**

 Please consider the environment before printing this e-mail.

**From:** Val Gurvits <vgurvits@bostonlawgroup.com>
**Sent:** Wednesday, March 13, 2019 1:38 PM
**To:** Angela Simmons <asimmons@norvellip.com>
**Cc:** Matthew Shayefar <matt@bostonlawgroup.com>; Joseph V. Norvell <jnorvell@norvellip.com>; Joe Kucala <jkucala@norvellip.com>; Matt Witsman <mwitsman@norvellip.com>; Christian Morgan <cmorgan@norvellip.com>; cmeteam@norvellip.com
**Subject:** Re: CONFIDENTIAL: Notice of Temporary Restraining Order against WEBZILLA - CME Group Inc. et al. v. Dmitro Nagovskiy, Webzilla B.V., et al.

I confirm receipt of this email.

Val Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1804 | Tel: (617) 928-1800 | Fax: (617) 928-1802
vgurvits@bostonlawgroup.com

----------------------------------------------------------------------------

The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message. Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

On Mar 13, 2019, at 2:35 PM, Angela Simmons <asimmons@norvellip.com> wrote:

Dear Val,

Thank you again for your confirmation that you will accept service via email on behalf of Webzilla B.V.

Attached are the Summons, Complaint, Motion for TRO and Memo in Support of TRO, along with the supporting declarations. Due to the size of the exhibits, we are still preparing copies of those and will send them under separate cover.

This hereby confirms your acceptance of service on behalf of Webzilla B.V. as of today, March 13, 2019.

Please confirm receipt.

Kind regards,


Angela J. Simmons
Norvell IP llc
Intellectual Property Attorneys
Direct  (773) 729-2247
Mobile  (773) 851-1097
Fax     (312) 268-5063
asimmons@norvellip.com<mailto:asimmons@norvellip.com>
www.NorvellIP.com<http://www.norvellip.com/>
P Please consider the environment before printing this e-mail.




From: Angela Simmons <asimmons@norvellip.com>
Sent: Wednesday, March 13, 2019 11:32 AM
To: Val Gurvits <vgurvits@bostonlawgroup.com>
Cc: Matthew Shayefar <matt@bostonlawgroup.com>; Joseph V. Norvell <jnorvell@norvellip.com>; Joe Kucala <jkucala@norvellip.com>; Matt Witsman <mwitsman@norvellip.com>; Christian Morgan <cmorgan@norvellip.com>; cmeteam@norvellip.com; Evan@cfwlegal.com
Subject: RE: CONFIDENTIAL: Notice of Temporary Restraining Order against WEBZILLA -

4

CME Group Inc. et al. v. Dmitro Nagovskiy, Webzilla B.V., et al.

Val,

Thank you for agreeing to accept service via email for Webzilla B.V. We will send the documents over to you shortly.

Regards,

Angela J. Simmons
ph: 773-966-2797 cell: 773-851-1097
www.NorvellIP.com<http://www.norvellip.com/>

From: Val Gurvits
<vgurvits@bostonlawgroup.com<mailto:vgurvits@bostonlawgroup.com>>
Sent: Wednesday, March 13, 2019 11:09 AM
To: Angela Simmons <asimmons@norvellip.com<mailto:asimmons@norvellip.com>>
Cc: Matthew Shayefar
<matt@bostonlawgroup.com<mailto:matt@bostonlawgroup.com>>; Joseph V. Norvell
<jnorvell@norvellip.com<mailto:jnorvell@norvellip.com>>; Joe Kucala
<jkucala@norvellip.com<mailto:jkucala@norvellip.com>>; Matt Witsman
<mwitsman@norvellip.com<mailto:mwitsman@norvellip.com>>; Christian Morgan
<cmorgan@norvellip.com<mailto:cmorgan@norvellip.com>>;
cmeteam@norvellip.com<mailto:cmeteam@norvellip.com>;
Evan@cfwlegal.com<mailto:Evan@cfwlegal.com>
Subject: Re: CONFIDENTIAL: Notice of Temporary Restraining Order against WEBZILLA -
CME Group Inc. et al. v. Dmitro Nagovskiy, Webzilla B.V., et al.

Angela,

We will accept service on behalf of Webzilla, BV. However, we object to the US Courts'
jurisdiction over Webzilla, BV and our agreement to accept service (and Webzilla's
voluntary compliance with the TRO) does not waive or adversely impact Webzilla BV's
objection to the jurisdiction of US courts.

Best,

Val Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459<x-apple-data-detectors://0/1>
Direct: (617) 928-1804<tel:(617)%20928-1804> | Tel: (617) 928-1800<tel:(617)%20928-
1800> | Fax: (617) 928-1802<tel:(617)%20928-1802>
vgurvits@bostonlawgroup.com<mailto:vgurvits@bostonlawgroup.com>

----------------------------------------------------------------------------

The contents of this message and any attachments are confidential and intended only
for the addressee(s). This message may also be subject to attorney-client privilege. If
you received this message in error, please notify Boston Law Group, PC immediately and
destroy the original message. Boston Law Group, PC | Tel: (617) 928-

1800<tel:(617)%20928-1800> | E-mail:
info@bostonlawgroup.com<mailto:info@bostonlawgroup.com>
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

On Mar 13, 2019, at 12:01 PM, Angela Simmons
<asimmons@norvellip.com<mailto:asimmons@norvellip.com>> wrote:
Dear Matt and Val,

Further to our email below, we are prepared to start sending over copies of the pleadings.

Can you please confirm whether you will accept service on behalf of Webzilla B.V?

Thank you,

Angela J. Simmons
ph: 773-966-2797  cell: 773-851-1097
www.NorvellIP.com<http://www.norvellip.com/>


From: Angela Simmons <asimmons@norvellip.com<mailto:asimmons@norvellip.com>>
Sent: Tuesday, March 12, 2019 9:10 AM
To: 'matt@bostonlawgroup.com<mailto:matt@bostonlawgroup.com>'
<matt@bostonlawgroup.com<mailto:matt@bostonlawgroup.com>>;
'vgurvits@bostonlawgroup.com<mailto:vgurvits@bostonlawgroup.com>'
<vgurvits@bostonlawgroup.com<mailto:vgurvits@bostonlawgroup.com>>
Cc: Joseph V. Norvell <jnorvell@norvellip.com<mailto:jnorvell@norvellip.com>>; Joe
Kucala <jkucala@norvellip.com<mailto:jkucala@norvellip.com>>; 'Matt Witsman'
<mwitsman@norvellip.com<mailto:mwitsman@norvellip.com>>; 'Christian Morgan'
<cmorgan@norvellip.com<mailto:cmorgan@norvellip.com>>
Subject: CONFIDENTIAL: Notice of Temporary Restraining Order against WEBZILLA - CME
Group Inc. et al. v. Dmitro Nagovskiy, Webzilla B.V., et al.

Norvell IP  llc
Intellectual Property Law

CONFIDENTIAL - SUBJECT TO COURT PROTECTIVE ORDER

Re:   CME Group Inc. et al. v. Dmitro Nagovskiy, Webzilla B.V., et al.
Civil Action No. 1:19–cv–01621 (N.D. Ill.)
Counterfeit Website: www.CMErussian.com<http://www.CMErussian.com>

Dear Matt and Val,

Thank you for contacting us concerning the Temporary Restraining Order ("TRO") entered against your client, Webzilla B.V. ("Webzilla") regarding the counterfeit website at www.CMErussian.com<http://www.CMErussian.com> ("Counterfeit Website"). CME

6

appreciates Webzilla's cooperation in this matter and looks forward to receiving confirmation on its full compliance. To that end, we thought it would be helpful to provide a substantive response to all of the issues that you raised.

At the outset, we wish to remind you that your client Webzilla is a defendant in this litigation and is bound by the terms of the TRO because (a) CME provided notice of the TRO to Webzilla and you confirmed Webzilla's receipt of the TRO, and (b) Webzilla is a defendant in the litigation and by your own admission owns the IP address for the Counterfeit Website. Even if Webzilla owns the IP address and is an affiliate company of the ISP, Webzilla has control over the Counterfeit Website. See TRO pgs. 8-9. In fact, your admission that Webzilla owns the IP address and has not taken any action confirms that it is already in violation of the TRO. Webzilla's continued failure to immediately comply with the terms of the TRO will require CME to seek further relief, including sanctions, against Webzilla. Therefore, CME expects full compliance from Webzilla and all of its related entities as detailed in the TRO.

Second, you requested copies of the file-stamped pleadings and the Court's Protective Order. Page 10 of the TRO includes the language regarding sealing the case pursuant to Local Rule 26.2. Please let us know if you are willing to accept service on behalf of Webzilla or if we should proceed with formal service of process.

Third, based on public records, Webzilla is identified as the ISP for the Counterfeit Website. However, without any support, you claim that Webzilla is simply the owner of the IP address associated with the Counterfeit Website, and is not the entity that is acting as the ISP for this Website. We fail to see how this avoids liability for Webzilla. Regardless, as stated above, Webzilla is bound by the TRO. If there is an additional Webzilla party that acts as the ISP, please let us know and we will add them as a defendant.

Fourth, you stated that your client will not produce any information or documentation in this case until CME has issued a subpoena requesting the same. We remind you that your client is required (a) "to provide any and all identification, contact and registration information associated with the Infringing Domain Names and Counterfeit Websites," and (b) "to produce any and all documents and electronically stored information regarding use, access, download, and visitors to the Counterfeit Websites." See TRO pg. 8. The TRO does not require that CME first issue a subpoena. Please let us know if your client intends to comply with this provision of the TRO.

Fifth, we further remind you that Webzilla and its "officers, directors, agents, servants, employees, affiliates, successors, shareholders, assigns and attorneys, as well as all those in active concert or participation with them..." are obligated to preserve all evidence related to this case and restrict access to materials or accounts of Defendant Nagovskiy and other defendants. See TRO pgs. 8-9.

Sixth, as discussed, we are aware that once your client has restricted access to the Counterfeit Website, Defendant Nagovskiy will be alerted to the restriction and may contact Webzilla regarding this restriction. CME confirms that if Mr. Nagovskiy contacts your client, it is appropriate for Webzilla to provide him with a copy of the TRO as he is a named defendant in the case.

Finally, the Court set a hearing at 1:30pm on March 20th for an order to show cause why "Defendants, their officers, directors, agents, servants, employees, successors,

assigns, and attorneys, as well as all those in active concert or participation with them should not be preliminarily enjoined, in accordance with the terms of the" TRO, pending final determination of the action.

We look forward to receiving confirmation that your client will fully comply with the terms of the Court's TRO, including immediately restricting access to the Counterfeit Website, providing any requested information and documentation related to this case, and preserving all evidence related to this case.

Regards,

Angela J. Simmons
Norvell IP llc
Intellectual Property Attorneys
Direct  (773) 729-2247
Mobile  (773) 851-1097
Fax       (312) 268-5063
asimmons@norvellip.com<mailto:asimmons@norvellip.com>
www.NorvellIP.com<http://www.norvellip.com/>
P Please consider the environment before printing this e-mail.

_____

From: Matthew Shayefar
<matt@bostonlawgroup.com<mailto:matt@bostonlawgroup.com>>
Sent: Monday, March 11, 2019 12:08
To: jkucala@norvellip.com<mailto:jkucala@norvellip.com>
Cc: Val Gurvits
Subject: RE: Temporary Restraining Order against Webzilla B.V. from U.S. District Court of Illinois

Hi Joe,

Val Gurvits and I represent Webzilla B.V.  We are in receipt of your below communication to our client that included the attached documents.  We would like to speak to you as soon as possible regarding this matter.  Please let us know your availability to speak.

Thank you,

Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com<mailto:matt@bostonlawgroup.com>

---------------------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If

you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message. Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com<mailto:info@bostonlawgroup.com>
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.


[original request]

ONFIDENTIAL: Notice of Temporary Restraining Order against WEBZILLA
From: "Joe Kucala" jkucala@norvellip.com<mailto:jkucala@norvellip.com>
=========
TEMPORARY RESTRAINING ORDER ISSUED AGAINST WEBZILLA B.V.
CONFIDENTIAL - SUBJECT TO COURT PROTECTIVE ORDER
**URGENT REQUIRES IMMEDIATE ATTENTION**
Re:    CME Group Inc. et al. v. Dmitro Nagovskiy, Webzilla B.V., et al.
Civil Action No. 1:19–cv–01621 (N.D. Ill.)
Counterfeit Website: www.CMErussian.com<http://www.CMErussian.com>


Dear Sir/Madam,
Please see the attached the correspondence.

Best regards,
Joe Kucala

Joseph T. Kucala, Jr.
Norvell IP llc
Intellectual Property Attorneys
Direct  (773) 321-0237
Mobile (630) 453-8380
Fax     (312) 268-5063
jkucala@norvellip.com<mailto:jkucala@norvellip.com>
www.NorvellIP.com<http://www.NorvellIP.com>



Attached documents (Filename: Approved TRO.PDF, 190310 Norvell IP to Webzilla Notice of TRO.PDF)

<Summons Webzilla BV.pdf>

<Complaint.pdf>

<Motion for TRO.pdf>

<Notice of Filing.pdf>

<Franklin Declaration.pdf>

<Kelly Declaration.pdf>

<Moreau Declaration.pdf>

<Proposed Order Granting TRO.pdf>

<Approved and Signed TRO.pdf>

<Motion to File in Excess and Memo of Law.pdf>

<Motion to File Under Seal.pdf>

10

**First Name:** Evgeniy
**Last Name:** Golub
**Email Address:** golub.evgeniy.domen@yandex.ru

**Last login to personal account (as of March 13, 2019):**
Date: 05.03.2019 10:26
IP Address: 146.0.42.84
Host: ca215.calcit.dedicated.server-hosting.expert

**Payment info:**
System: Paymaster
Payment method: by card

**First payment:**
Amount: 859,00 RUB
Payment method: bank card
Payer info:
e-mail: golub.evgeniy.domen@yandex.ru; tel: not specified
User IP address: 213.183.54.123
Payment number in payment system: 903787034720
Payer ID in payment system: 5XXXXXXXXXXX4590
PUBLIC JSC FIRST UKRAINIAN INTERNATIONAL BANK
06.02.2019 11:52 TRANSACTION CREATED
06.02.2019 11:53 TRANSACTION PERFORMED

**Second payment:**
Amount: 859,00 RUB
Payment method: bank card
Payer info:
e-mail: not specified, tel: not specified
User IP address: 146.0.42.84
Payment number in payment system: 906493396412
Payer ID in payment system: 5XXXXXXXXXXX8069
OJSC UNIVERSAL BANK
05.03.2019 12:26 TRANSACTION CREATED
05.03.2019 12:27 TRANSACTION PERFORMED

# EXHIBIT I

Side by side comparison

**CMEGROUP.COM, CMEGROUPCENTER.COM (Counterfeited CME Website) & CMEGROUPCENTERS.COM (Counterfeited CME Website)**

| **CME Website**<br>**from October 9, 2018** | **Counterfeited CME Website**<br>**CMEGROUPCENTER.COM**<br>**from February 15, 2019** | **Counterfeited CME Website**<br>**CMEGROUPCENTERS.COM**<br>**from March 14, 2019** |
|---|---|---|
| <br>https://web.archive.org/web/20181009175719/https://www.cmegroup.com/ | <br>https://cmegroupcenter.com/ | <br>https://cmegroupcenters.com/ |
| Banner used on rotating CME's website Oct.10,2018<br><br>https://web.archive.org/web/20181009175719/https://www.cmegroup.com/ | Infringing image copied as a banner used on counterfeited CME's website<br><br>https://cmegroupcenter.com/ | Infringing image copied as a banner used on counterfeited CME's website<br><br>https://cmegroupcenters.com/ |
| Banner used in mid-section of CME homepage used in October, 2018<br><br>https://web.archive.org/web/20181009175719/https://www.cmegroup.com/ | Copied banned used on mid-section of counterfeiting website.<br><br>https://cmegroupcenter.com/ | Copied banned used on mid-section of counterfeiting website.<br><br>https://cmegroupcenters.com/ |
| CME Group logo used on top left corner, CME's website Oct.10,2018<br>CME Group<br>https://web.archive.org/web/20181009175719/https://www.cmegroup.com/ | Infringing copy of CME Group logo used on top left corner.<br>CME Group<br>https://cmegroupcenter.com/ | Infringing copy of CME Group logo used on top left corner<br>CME Group<br>https://cmegroupcenters.com/ |





**Trading tab Sub-menu on Original website**
https://cmegroup.com/

**Trading tab Sub-menu on Infinging website**
https://cmegroupcenter.com/

**Trading tab Sub-menu on Infinging website**
https://cmegroupcenters.com/

**Clearing tab Sub-menu on Original website**
https://cmegroup.com/

**Clearing tab Sub-menu on Infinging website**
https://cmegroupcenter.com/

**Clearing tab Sub-menu on Infinging website**
https://cmegroupcenters.com/

**Data tab Sub-menu on Original website**
https://cmegroup.com/

**Data tab Sub-menu on Infinging website**
https://cmegroupcenter.com/

**Data tab Sub-menu on Infinging website**
https://cmegroupcenters.com/

**Trading tab Sub-menu on Original website**
https://cmegroup.com/

**tab Sub-menu on Infinging website**
https://cmegroupcenter.com/

**tab Sub-menu on Infinging website**
https://cmegroupcenters.com/

**Technology tab Sub-menu on Original website**
https://cmegroup.com/

**Technology tab Sub-menu on Infinging website**
https://cmegroupcenter.com/

**Technology tab Sub-menu on Infinging website**
https://cmegroupcenters.com/

Image used for economic article published Oct. 9, 2018



CME's Economic research: "Can U.S. Economy Keep its Pace After a Decade of Growth?"
https://www.cmegroup.com/education/featured-reports/can-us-economy-keep-its-pace-after-a-decade-of-growth.html

Infringing imaged used on cmegroupcenter.com



https://cmegroupcenter.com/

Infringing imaged used on cmegroupcenters.com



https://cmegroupcenters.com/

Image used for economic article published Oct. 3, 2018



Emerging Market Currencies: Eye on U.S. Rates, Trade War,
By Bluford Putnam
https://www.cmegroup.com/education/featured-reports/emerging-market-currencies-eye-on-us-rates-trade-war.html?source=rss

Infringing imaged used on cmegroupcenter.com



https://cmegroupcenter.com/

Infringing imaged used on cmegroupcenters.com



https://cmegroupcenters.com/

Image used for economic article published Oct. 1, 2018



Brexit: Classic Case of an Approaching Major Event Risk
By Bluford Putnam
https://www.cmegroup.com/podcasts/off-the-charts-podcast-series/brexit-classic-case-of-an-approaching-major-event-risk.html

Infringing imaged used on cmegroupcenter.com



https://cmegroupcenter.com/

Infringing imaged used on cmegroupcenters.com



https://cmegroupcenter.com/

Subscription Center Section on CME's website home screen



https://web.archive.org/web/20181009175719/https://www.cmegroup.com/

Contact information section in Russian on counterfeited website



https://cmegroupcenter.com/

Contact information section in Russian on counterfeited website



https://cmegroupcenters.com/



CME Group Global Office Contacts

https://www.cmegroup.com/history/global-offices.html

CME Group Global Office Contacts information – counterfeiting website

https://cmegroupcenter.com/global-offices

CME Group Global Office Contacts information – counterfeiting website

https://cmegroupcenters.com/global-offices

World Map Banner used on top section of Global Office Contacts

https://www.cmegroup.com/company/history/global-offices.html

Infringing image copied on counterfeiting website

https://cmegroupcenter.com/global-offices

Infringing image copied on counterfeiting website

https://cmegroupcenters.com/global-offices

World Map with CME's corporate logo used as pins locating CME offices around the world.

https://www.cmegroup.com/company/history/global-offices.html

World Map used on counterfeiting website

https://cmegroupcenter.com/global-offices

World Map used on counterfeiting website

https://cmegroupcenters.com/global-offices

Side by side comparison
**CMEGROUP.COM, CMERUSSIAN.COM (Counterfeited CME Website) & CMERUSSIA.COM (Counterfeited CME Website)**



| CME Website CMEGROUP.COM from February 4, 2019 | Counterfeiting CME Website CMERUSSIAN.COM from February 15, 2019 | Counterfeiting CME Website CMERUSSIA.COM from March 14, 2019 |
| --- | --- | --- |
| https://web.archive.org/web/20190205042337/https://www.cmegroup.com/ | https://www.cmerussian.com/ | https://www.cmerussia.com/ |
| Image used in banner on original CME website | Image used in banner on infringing website | Image used in banner on infringing website |
| https://www.cmegroup.com/ | https://www.cmerussian.com/ | https://www.cmerussia.com/ |







All Access, All the Time

Get Started

https://www.cmegroup.com/

Весь доступ, все время

Начать

https://www.cmerussian.com/

Весь доступ, все время

Начать

https://www.cmerussia.com/

CME Group Global Office Contacts

https://www.cmegroup.com/company/history/global-offices.html

CME Group Global Office Contacts information – counterfeiting website

https://cmerussian.com/global-offices

CME Group Global Office Contacts information – counterfeiting website

https://cmerussia.com/global-offices

CME Group bottom of page

https://www.cmegroup.com/

Counterfeiting Website bottom of page

https://www.cmerussian.com/

Counterfeiting Website bottom of page

https://www.cmerussia.com/

World Map Banner used on top section of Global Office Contacts

https://www.cmegroup.com/company/history/global-offices.html

Infringing image copied on counterfeiting website

https://www.cmerussian.com/global-offices

Infringing image copied on counterfeiting website

https://www.cmerussia.com/global-offices



World Map with CME's corporate logo used as pins locating CME offices around the world.

https://www.cmegroup.com/company/history/global-offices.html



World Map used on counterfeiting website

https://www.cmerussian.com/global-offices



World Map used on counterfeiting website

https://www.cmerussia.com/global-offices