CONFIDENTIAL – FILED UNDER SEAL



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, Webzilla B.V., EuroByte LLC, GoDaddy.com, LLC, Registrar of Domain Names REG.RU LLC, and Does 1-3,<br><br>Defendants. | Civil Action No. 1:19-cv-01621<br>*SEALED*<br><br>Judge Sharon Johnson Coleman<br><br>Magistrate Judge Sheila M. Finnegan |

## NOTICE OF PRESENTMENT OF PLAINTIFFS' MOTION TO CONVERT TEMPORARY RESTRAINING ORDER TO PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that on Thursday, April 4, 2019 at 9:00am, counsel for Plaintiffs CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc. and Pivot, Inc. (collectively, "CME Group") shall appear before the Honorable Sharon Johnson Coleman, United States District Judge, in Courtroom 1425, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present this Motion to Convert Temporary Restraining Order to Preliminary Injunction.

Respectfully submitted,

CME GROUP INC.
CHICAGO MERCANTILE EXCHANGE INC.
NEW YORK MERCANTILE EXCHANGE, INC.
COMMODITY EXCHANGE, INC.
BOARD OF TRADE OF THE CITY OF CHICAGO, INC.
PIVOT, INC.

Dated: March 29, 2019

By: /s/ Angela Simmons
Joseph V. Norvell (Reg. No. 6225747)
Joseph T. Kucala, Jr. (Reg. No. 6275312)
Angela J. Simmons (Reg. No. 6289024)
Christian S. Morgan (Reg. No. 6327350)
Matthew D. Witsman (Reg. No. 6327790)
NORVELL IP LLC
333 S. Wabash Ave., Suite 2700
Chicago, Illinois 60604
Telephone: (888) 315-0732
Facsimile: (312) 268-5063
courts@norvellip.com

*Attorneys for Plaintiffs*
*CME Group Inc.*
*Chicago Mercantile Exchange Inc.*
*New York Mercantile Exchange, Inc.*
*Commodity Exchange, Inc.*
*Board of Trade of the City of Chicago, Inc.*
*Pivot, Inc.*

**CONFIDENTIAL – FILED UNDER SEAL**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of PLAINTIFFS' MOTION TO CONVERT TEMPORARY RESTRAINING ORDER TO PRELIMINARY INJUNCTION, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO CONVERT TEMPORARY RESTRAINING ORDER TO PRELIMINARY INJUNCTION, DECLARATION OF LUIS MOREAU with Exhibits A-I and NOTICE OF PRESENTMENT were served upon Defendants Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, counsel for Webzilla B.V, Registrar of Domain Names REG.RU and EuroByte LLC, via electronic mail on March 29, 2019, and upon counsel for defendant GoDaddy.com, LLC, by overnight courier on March 29, 2019 to:

*Counsel for Defendant GoDaddy:*
Paula L. Zecchini
Cozen O'Connor
999 Third Avenue, Suite 1900
Seattle, WA 98104
pzecchini@cozen.com

*Counsel for Defendant Webzilla:*
Val Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
vgurvits@bostonlawgroup.com

Charles Mudd
3114 W. Irving Park Rd. #1w
Chicago, IL 60618
clm@muddlaw.com

*Defendant Dmitro Nagovskiy*
Karla Marksa 122, Dnipro
State/Province: Dnipro
Postal Code: 49000
Dnipro, Ukraine
nagovskiydmitriy@gmail.com

*Defendant Konstantin Chechurin*
str. OTKE 38/19
Anadir Chukotka 689000
Russian Federation
wallet.145.adv@gmail.com

*Defendant OVH SAS*
2 rue Kellermann,
59100 Roubaix
France
abuse@ovh.net

*Defendant Evgeniy Golub*
golub.evgeniy.domen@yandex.ru

*Defendant EuroByte LLC*
Lyublinskaya str, 42,
office L-507, 109387
Moscow, Russian Federation
abuse@eurobyte.ru

*Defendant Registrar of Domain Names REG.RU LLC*
125252, Moscow, passage Berozovoy Roshchi,
12, floor 2, room 4,
Russian Federation
abuse@reg.ru

Dated: March 29, 2019

/s/ Simmuer