

CONFIDENTIAL – FILED UNDER SEAL

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

APR 0 1 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, Webzilla B.V., EuroByte LLC, GoDaddy.com, LLC, Registrar of Domain Names REG.RU LLC, and Does 1-3,<br><br>Defendants. | Civil Action No. 1:19-cv-01621<br>*SEALED*<br><br>Judge Sharon Johnson Coleman<br><br>Magistrate Judge Sheila M. Finnegan |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiffs CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc. (hereinafter collectively referred to as "CME Group"), move for leave to file a second amended complaint as reflected in the Second Amended Complaint, attached hereto as Exhibit 1. CME Group has good cause for this motion because the requested amendments will narrow the scope of claims against certain defendants thereby limiting the issues in the litigation, and make minor revisions to clarify certain claims and the Prayer for Relief. Further, the present motion is timely because no defendant has filed an answer or otherwise responded and no defendant will be prejudiced by granting this Motion. Therefore, justice requires that CME Group be granted leave to file its Second

CONFIDENTIAL – FILED UNDER SEAL

Amended Complaint.

## I. Background

This case is still in its very early stages. CME Group filed its original Complaint on March 7, 2019 alleging claims of trademark counterfeiting, trademark infringement, trademark dilution, cybersquatting, anti-phishing, copyright infringement and state and common law claims against a number of different defendants. That same day, the Court entered a *Temporary Restraining Order and Other Relief* based on CME Group's *Ex Parte* Motion for a Temporary Restraining Order. After the filing of this action, CME Group discovered newly registered infringing domain names and websites that are nearly identical to the domain names and websites detailed in the original Complaint, along with additional defendants. Then, CME Group promptly filed its First Amended Complaint on March 21, 2019, which is less than two weeks ago. All defendants have been served and to-date no defendant has filed an answer or otherwise responded to either the Complaint or First Amended Complaint.

## II. Legal Standard for Amendments Under Rule 15(a)

Federal Rule of Civil Procedure 15(a) states that leave to amend a pleading "shall be freely given when justice so requires." The U.S. Supreme Court has also held that amendments should be allowed: "[i]n the absence of any apparent or declared reason— such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc." *Foman v. Davis*, 371 U.S. 178, 182 (1962). Moreover, the Seventh Circuit has "adopted a liberal policy respecting amendments to pleadings so that cases may be decided on the merits and not on the basis of technicalities." *Stern v. U.S. Gypsum, Inc.*, 547 F.2d 1329,

1334 (7th Cir. 1977); see also Runnion ex rel. Runnion v. Girl Scouts of Greater Chicago & Northwest Indiana, 786 F.3d 510, 520 (7th Cir. 2015) ("[A]pplying the liberal standard for amending pleadings, especially in the early stages of a lawsuit, is the best way to ensure that cases will be decided justly and on their merits.")

### III. CME Group Seeks to Narrow The Claims Against Some Defendants.

In its Second Amended Complaint, CME Group seeks to remove certain claims against two of the defendants, thereby narrowing the issues in this litigation. Specifically, CME Group seeks to remove its Federal Trademark Dilution Claim (Count III), its Copyright Infringement Claim (Count VI), and its Illinois Trademark Dilution Claim (Count XII) against Defendants GoDaddy.com, LLC and Registrar of Domain Names REG.RU. In addition, CME Group has made some other minor clarifying amendments in the complaint, including correcting a minor drafting error in a single instance in Paragraph 17(B) of the Prayer for Relief for Defendant Golub. In fact, CME Group brings this Motion in good faith to focus the claims in the litigation. Because CME Group is requesting to remove certain claims against two defendants and narrow the issues in this action, there is good cause for granting this Motion.

### IV. CME Group's Request to File Its Second Amended Complaint is Timely.

CME Group's request to file its Second Amended Complaint is timely. As of March 29, 2019, CME Group has effected service on all defendants. The Court has set the initial hearing on the Temporary Restraining Order for April 4, 2019. To-date, none of the defendants have filed an answer or other responsive pleading in this case. Therefore, none of the defendants will be prejudiced by the filing of CME Group's Second Amended Complaint.

CONFIDENTIAL – FILED UNDER SEAL

V.  **Based on the Seventh Circuit's Liberal Policy on Amendments, the Broad Discretion Provided in Rule 15(a) and the Lack of Any Prejudice to the Defendants, There is Good Cause for the Court To Grant CME Group Leave to File its Second Amended Complaint.**

Here, CME Group is requesting to amend its Complaint to delete certain claims against some defendants, which will narrow the issues in the litigation. In addition, CME Group's proposed amendment will make some minor revisions to clarify the claims and relief sought in this case. This request is timely as the case is in its very early stages and none of the defendants have filed an answer or other responsive pleading. Therefore, none of the defendants will be prejudiced by the filing of this Second Amended Complaint. Based on the Seventh Circuit's liberal policy toward granting leave to amend, justice requires that leave should be given here for CME Group to file its Second Amended Complaint as reflected in Exhibit 1.

## CONCLUSION

For the foregoing reasons, CME Group respectfully requests that the Court grant its Motion For Leave to File Its Second Amended Complaint, attached as Exhibit 1, because the Motion has been brought in good faith, no defendant will suffer prejudice and the Motion is timely. CME Group will submit a proposed Order in accordance with the Court's requirements.

Respectfully submitted,

Dated: April 1, 2019

By: _/s/ Matthew D. Witsman_
Joseph V. Norvell (Reg. No. 6225747)
Joseph T. Kucala, Jr. (Reg. No. 6275312)
Angela J. Simmons (Reg. No. 6289024)
Christian S. Morgan (Reg. No. 6327350)
Matthew D. Witsman (Reg. No. 6327790)
NORVELL IP LLC
333 S. Wabash Ave., Suite 2700

CONFIDENTIAL – FILED UNDER SEAL

Chicago, Illinois 60604
Telephone: (888) 315-0732
Facsimile: (312) 268-5063
courts@norvellip.com

*Attorneys for Plaintiffs*
*CME Group Inc.*
*Chicago Mercantile Exchange Inc.*
*New York Mercantile Exchange, Inc.*
*Commodity Exchange, Inc.*
*Board of Trade of the City of Chicago, Inc.*
*Pivot, Inc.*

CONFIDENTIAL – FILED UNDER SEAL

**FILED**

APR 01 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, Webzilla B.V., EuroByte LLC, GoDaddy.com, LLC, Registrar of Domain Names REG.RU LLC, and Does 1-3, <br><br> Defendants. | Civil Action No. 1:19-cv-01621 <br> *SEALED* <br><br> Judge Sharon Johnson Coleman <br><br> Magistrate Judge Sheila M. Finnegan |

**SEALED DOCUMENT PURSUANT TO LR26.2**

These documents are filed under seal in accordance with an order of the Court dated March 7, 2019:

- Plaintiffs' Motion For Leave to File A Second Amended Complaint
- Second Amended Complaint with Exhibits A + B
- Notice of Presentment of Plaintiffs' Motion For Leave to File A Second Amended Complaint
- Certificate of Service

Dated: April 1, 2019

Respectfully submitted,

By: _/s/ Matthew D. Witsman_
Joseph V. Norvell (Reg. No. 6225747)
Joseph T. Kucala, Jr. (Reg. No. 6275312)
Matthew D. Witsman (Reg. No. 6327790)
Christian S. Morgan (Reg. No. 6327350)
Angela J. Simmons (Reg. No. 6289024)
NORVELL IP LLC
333 S. Wabash Ave., Suite 2700
Chicago, Illinois 60604

Telephone: (888) 315-0732
Facsimile: (312) 268-5063
courts@norvellip.com

*Attorneys for Plaintiffs*