CONFIDENTIAL – FILED UNDER SEAL

MC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

# FILED

APR 0 1 2019 mc

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc.,

Plaintiffs,

v.

Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, Webzilla B.V., EuroByte LLC, GoDaddy.com, LLC, Registrar of Domain Names REG.RU LLC, and Does 1-3,

Defendants.

Civil Action No. 1:19-cv-01621
*SEALED*

Judge Sharon Johnson Coleman

Magistrate Judge Sheila M. Finnegan

## SEALED DOCUMENT PURSUANT TO LR26.2

These documents are filed under seal in accordance with an order of the Court dated March 7, 2019:

- Plaintiffs' Motion For Leave to File A Second Amended Complaint
- Second Amended Complaint with Exhibits  D+E
- Notice of Presentment of Plaintiffs' Motion For Leave to File A Second Amended Complaint
- Certificate of Service

Dated:  April 1, 2019

Respectfully submitted,

By: Matthew D. Witsman

Joseph V. Norvell (Reg. No. 6225747)
Joseph T. Kucala, Jr. (Reg. No. 6275312)
Matthew D. Witsman (Reg. No. 6327790)
Christian S. Morgan (Reg. No. 6327350)
Angela J. Simmons (Reg. No. 6289024)
NORVELL IP LLC
333 S. Wabash Ave., Suite 2700
Chicago, Illinois 60604

# EXHIBIT D

Int. Cl.: 36

Prior U.S. Cl.: 102

## United States Patent and Trademark Office

Reg. No. 1,716,422

Registered Sep. 15, 1992

## SERVICE MARK
### PRINCIPAL REGISTER

## CBOT

BOARD OF TRADE OF THE CITY OF CHICA-
GO (ILLINOIS VOLUNTARY MEMBERSHIP
ASSOCIATION), AKA CHICAGO BOARD OF
TRADE
141 WEST JACKSON BOULEVARD
CHICAGO, IL 60604

FOR: COMMODITY EXCHANGE SERVICES,
IN CLASS 36 (U.S. CL. 102).

FIRST USE 12-31-1976; IN COMMERCE
12-31-1976.

OWNER OF U.S. REG. NO. 1,414,563.

SER. NO. 74-174,550, FILED 6-10-1991.

JOAN LESLIE BISHOP, EXAMINING ATTOR-
NEY

**Generated on:** This page was generated by TSDR on 2016-04-21 10:22:00 EDT

**Mark:** CBOT

| | |
|---|---|
| **US Serial Number:** 74174550 | **Application Filing Date:** Jun. 10, 1991 |
| **US Registration Number:** 1716422 | **Registration Date:** Sep. 15, 1992 |
| **Register:** Principal | |
| **Mark Type:** Service Mark | |
| **Status:** The registration has been renewed. | |
| **Status Date:** Jul. 18, 2013 | |
| **Publication Date:** Jun. 23, 1992 | |

# Mark Information

**Mark Literal Elements:** CBOT

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

# Related Properties Information

**Claimed Ownership of US Registrations:** 1414563

# Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

* Brackets [..] indicate deleted goods/services;
* Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
* Asterisks *..* identify additional (new) wording in the goods/services.

**For:** commodity exchange services

| | |
|---|---|
| **International Class(es):** 036 - Primary Class | **U.S Class(es):** 102 |
| **Class Status:** ACTIVE | |
| **Basis:** 1(a) | |
| **First Use:** Dec. 31, 1976 | **Use in Commerce:** Dec. 31, 1976 |

# Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |

**Filed No Basis:** No                    **Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** BOARD OF TRADE OF THE CITY OF CHICAGO, INC

**Owner Address:** 141 WEST JACKSON BOULEVARD
CHICAGO, ILLINOIS 60604
UNITED STATES

**Legal Entity Type:** CORPORATION                    **State or Country** DELAWARE
**Where Organized:**

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Jay M. Burgett                    **Docket Number:** 13440-169

**Attorney Primary** officeactions@norvellip.com                    **Attorney Email** Yes
**Email Address:**                    **Authorized:**

**Correspondent**

**Correspondent** Jay M. Burgett
**Name/Address:** Norvell IP llc
P.O. Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732                    **Fax:** 312-268-5063

**Correspondent e-** officeactions@norvellip.com                    **Correspondent e-** Yes
**mail:**                    **mail Authorized:**

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Dec. 10, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jul. 18, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jul. 18, 2013 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 67603 |
| Jul. 18, 2013 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 67603 |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Mar. 20, 2013 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Mar. 20, 2013 | REVIEW OF CORRESPONDENCE COMPLETE - INFORMATION MADE OF RECORD | 67603 |
| Mar. 20, 2013 | POST REGISTRATION ACTION MAILED - SEC. 8 & 9 | 67603 |
| Mar. 14, 2013 | TEAS SECTION 8 & 9 RECEIVED | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Dec. 08, 2008 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Dec. 08, 2008 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Mar. 05, 2008 | CASE FILE IN TICRS | |
| Sep. 11, 2003 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Sep. 11, 2003 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Aug. 22, 2002 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Aug. 22, 2002 | TEAS SECTION 8 & 9 RECEIVED | |
| May 23, 1998 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Mar. 27, 1998 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Sep. 15, 1992 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 23, 1992 | PUBLISHED FOR OPPOSITION | |
| May 22, 1992 | NOTICE OF PUBLICATION | |
| Sep. 17, 1991 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 17, 1991 | ASSIGNED TO EXAMINER | 67604 |

# Maintenance Filings or Post Registration Information

| | |
|---|---|
| **Affidavit of Continued Use:** | Section 8 - Accepted |
| **Affidavit of Incontestability:** | Section 15 - Accepted |
| **Renewal Date:** | Sep. 15, 2012 |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | POST REGISTRATION | **Date in Location:** | Jul. 18, 2013 |

# Assignment Abstract Of Title Information

**Summary**

| | | | |
|---|---|---|---|
| **Total Assignments:** | 2 | **Registrant:** | Board of Trade of the City of Chicago |

## Assignment 1 of 2

| | |
|---|---|
| **Conveyance:** | MERGER EFFECTIVE 11/13/2001 |
| **Reel/Frame:** | 4982/0381 |
| **Date Recorded:** | Mar. 14, 2013 |
| **Supporting Documents:** | assignment-tm-4982-0381.pdf |

**Pages:** 17

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | BOARD OF TRADE OF THE CITY OF CHICAGO | **Execution Date:** | Nov. 13, 2001 |
| **Legal Entity Type:** | VOLUNTARY MEMBERSHIP ASSOCIATION | **State or Country Where Organized:** | ILLINOIS |
| **Name:** | BOARD OF TRADE OF THE CITY OF CHICAGO, INC. | **Execution Date:** | Nov. 13, 2001 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | BOARD OF TRADE OF THE CITY OF CHICAGO, INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 141 WEST JACKSON BOULEVARD CHICAGO, ILLINOIS 60604 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | TATYANA GILLES - NORVELL IP LLC |
| **Correspondent Address:** | 1776 ASH STREET NORTHFIELD, IL 60093 |

**Domestic Representative - Not Found**

## Assignment 2 of 2

| | |
|---|---|
| **Conveyance:** | MERGER EFFECTIVE 04/22/2005 |
| **Reel/Frame:** | 4982/0366 |
| **Date Recorded:** | Mar. 14, 2013 |
| **Supporting Documents:** | assignment-tm-4982-0366.pdf |

**Pages:** 15

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | CBOT MERGER SUB, INC. | **Execution Date:** | Apr. 22, 2005 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Name:** | BOARD OF TRADE OF THE CITY OF CHICAGO, INC. | **Execution Date:** | Apr. 22, 2005 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

**Assignee**

**Name:** BOARD OF TRADE OF THE CITY OF CHICAGO, INC.

**Legal Entity Type:** CORPORATION

**State or Country
Where Organized:** DELAWARE

**Address:** 141 WEST JACKSON BOULEVARD
CHICAGO, ILLINOIS 60604

**Correspondent**

**Correspondent
Name:** TATYANA V. GILLES - NORVELL IP LLC

**Correspondent** 1776 ASH STREET
**Address:** NORTHFIELD, IL 60093

**Domestic Representative - Not Found**

Int. Cl.: 36

Prior U.S. Cl.: 102

## United States Patent and Trademark Office

Reg. No. 1,731,593
Registered Nov. 10, 1992

### SERVICE MARK
### PRINCIPAL REGISTER

## NYMEX

NEW YORK MERCANTILE EXCHANGE (NEW YORK CORPORATION)
FOUR WORLD TRADE CENTER
NEW YORK, NY 10048

FOR: OPERATION OF AN EXCHANGE MARKET FOR TRADING IN COMMODITY FUTURES CONTRACTS, IN CLASS 36 (U.S. CL. 102).

FIRST USE 10-0-1980; IN COMMERCE 10-0-1980.

SER. NO. 74-205,176, FILED 9-19-1991.

M. L. HERSHKOWITZ, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2016-04-21 10:22:51 EDT

**Mark:** NYMEX

| | |
|---|---|
| **US Serial Number:** 74205176 | **Application Filing Date:** Sep. 19, 1991 |
| **US Registration Number:** 1731593 | **Registration Date:** Nov. 10, 1992 |
| **Register:** Principal | |
| **Mark Type:** Service Mark | |
| **Status:** The registration has been renewed. | |
| **Status Date:** Nov. 09, 2012 | |
| **Publication Date:** Aug. 18, 1992 | |

# Mark Information

**Mark Literal Elements:** NYMEX

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

* Brackets [..] indicate deleted goods/services;
* Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
* Asterisks *..* identify additional (new) wording in the goods/services.

**For:** operation of an exchange market for trading in commodity futures contracts

| | |
|---|---|
| **International Class(es):** 036 - Primary Class | **U.S Class(es):** 102 |
| **Class Status:** ACTIVE | |
| **Basis:** 1(a) | |
| **First Use:** Oct. 1980 | **Use in Commerce:** Oct. 1980 |

# Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

# Current Owner(s) Information

**Owner Name:** NEW YORK MERCANTILE EXCHANGE, INC.

| | |
|---|---|
| Owner Address: | ONE NORTH END AVENUE<br>New York, NEW YORK 10282<br>UNITED STATES |
| Legal Entity Type: CORPORATION | State or Country DELAWARE<br>Where Organized: |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| Attorney Name: | Joseph T. Kucala, Jr. | Docket Number: | 13271-468 |
| Attorney Primary<br>Email Address: | officeactions@norvellip.com | Attorney Email<br>Authorized: | Yes |

**Correspondent**

| | |
|---|---|
| Correspondent<br>Name/Address: | Joseph T. Kucala, Jr.<br>Norvell IP LLC<br>PO Box 2461<br>CHICAGO, ILLINOIS 60690<br>UNITED STATES |
| Phone: 888-315-0732 | Fax: 312-268-5063 |
| Correspondent e-<br>mail: | officeactions@norvellip.com officeactions@norvell<br>ip.com |
| | Correspondent e-<br>mail Authorized: Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding<br>Number |
|---|---|---|
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Nov. 09, 2012 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Nov. 09, 2012 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 75461 |
| Nov. 09, 2012 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 75461 |
| Nov. 09, 2012 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 75461 |
| Oct. 17, 2012 | TEAS SECTION 8 & 9 RECEIVED | |
| Jun. 25, 2010 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jun. 25, 2010 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Mar. 25, 2008 | CASE FILE IN TICRS | |
| Feb. 20, 2003 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Feb. 20, 2003 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Nov. 07, 2002 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Nov. 07, 2002 | PAPER RECEIVED | |
| Mar. 20, 1999 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Nov. 06, 1998 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Nov. 10, 1992 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 18, 1992 | PUBLISHED FOR OPPOSITION | |
| Jul. 17, 1992 | NOTICE OF PUBLICATION | |
| May 21, 1992 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 11, 1992 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jan. 22, 1992 | NON-FINAL ACTION MAILED | |
| Dec. 24, 1991 | ASSIGNED TO EXAMINER | 69798 |

## Maintenance Filings or Post Registration Information

| | |
|---|---|
| Affidavit of<br>Continued Use: | Section 8 - Accepted |
| Affidavit of<br>Incontestability: | Section 15 - Accepted |
| Renewal Date: | Nov. 10, 2012 |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

Current Location: GENERIC WEB UPDATE                Date in Location: Nov. 09, 2012

# Assignment Abstract Of Title Information

**Summary**

Total Assignments: 1                                Registrant: NEW YORK MERCANTILE EXCHANGE

## Assignment 1 of 1

Conveyance: MERGER

Reel/Frame: 2472/0902                               Pages: 6

Date Recorded: Mar. 26, 2002

Supporting assignment-tm-2472-0902.pdf
Documents:

**Assignor**

Name: NEW YORK MERCANTILE EXCHANGE        Execution Date: Nov. 17, 2000

Legal Entity Type: CORPORATION            State or Country  NEW YORK
                                          Where Organized:

**Assignee**

Name: NEW YORK MERCANTILE EXCHANGE, INC.

Legal Entity Type: CORPORATION            State or Country  DELAWARE
                                          Where Organized:

Address: WORLD FINANCIAL CENTER
         ONE NORTH END AVENUE
         NEW YORK, NEW YORK 10282

**Correspondent**

Correspondent  ARENT FOX ET AL
Name:

Correspondent  DAVID C. GRYCE
Address:       1050 CONNECTICUT AVE., NW
               WASHINGTON, DC 20036

**Domestic Representative - Not Found**

# Proceedings

**Summary**

Number of  1
Proceedings:

## Type of Proceeding: Opposition

Proceeding  91225279                      Filing Date: Dec 09, 2015
Number:

Status: Pending                           Status Date: Dec 09, 2015

Interlocutory  ROBERT COGGINS
Attorney:

**Defendant**

Name: North American Monetary Exchange Corporation

Correspondent  LAWRENCE D HILTON
Address:       LEGAL TENDER SERVICES PLLC
               270 N MAIN ST STE B
               ALPINE UT , 84004-1440
               UNITED STATES

Correspondent e-  larry@namx.net
mail:

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|

NAMX                Opposition Pending             86561412

**Plaintiff(s)**

**Name:** New York Mercantile Exchange, Inc.

**Correspondent Address:** J RYAN HINSHAW
NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , rhinshaw@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| NYMEX | Renewed | 74205176 | 1731593 |
| NYMEX | Renewed | 76370902 | 2656475 |
| NYMEX | Section 8 and 15 - Accepted and Acknowledged | 77061274 | 3436974 |
| NYMEX BRENT | Non-Final Action - Mailed | 86787611 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Dec 09, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Dec 09, 2015 | Jan 18, 2016 |
| 3 | PENDING, INSTITUTED | Dec 09, 2015 | |
| 4 | ANSWER: MOT TO REOPEN | Feb 01, 2016 | |
| 5 | D REQ FOR DISCOVERY CONFERENCE-PHONE | Feb 04, 2016 | |
| 6 | BD ORDER: DISCOVERY CONF HELD | Feb 16, 2016 | |

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**Reg. No. 2,656,475**

United States Patent and Trademark Office

Registered Dec. 3, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

## NYMEX

NEW YORK MERCANTILE EXCHANGE, INC.
  (DELAWARE CORPORATION)
ONE NORTH END AVENUE
WORLD FINANCIAL CENTER
NEW YORK, NY 102821101

  FOR: PROVIDING INFORMATION ON SETTLE-
MENT PRICES, TRADING PRICES, BID AND ASK
PRICES, PRICE RANGES, VOLUME DATA, AND
OTHER MARKET DATA ON COMMODITY FU-
TURES CONTRACTS AND OPTIONS ON COM-

MODITY FUTURES CONTRACTS, IN CLASS 36
(U.S. CLS. 100, 101 AND 102).

  FIRST USE 1-0-1980; IN COMMERCE 1-0-1980.

  OWNER OF U.S. REG. NOS. 1,731,593 AND
1,836,354.

  SER. NO. 76-370,902, FILED 2-13-2002.

STEVEN R. FINE, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2016-04-21 10:23:50 EDT

**Mark:** NYMEX

# NYMEX

**US Serial Number:** 76370902

**US Registration Number:** 2656475

**Register:** Principal

**Mark Type:** Service Mark

**Status:** The registration has been renewed.

**Status Date:** Nov. 30, 2012

**Publication Date:** Sep. 10, 2002

**Application Filing Date:** Feb. 13, 2002

**Registration Date:** Dec. 03, 2002

## Mark Information

**Mark Literal Elements:** NYMEX

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

## Related Properties Information

**Claimed Ownership of US Registrations:** 1731593, 1836354

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Providing information on settlement prices, trading prices, bid and ask prices, price ranges, volume data, and other market data on commodity futures contracts and options on commodity futures contracts

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jan. 1980

**Use in Commerce:** Jan. 1980

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** Yes | | **Currently Use:** Yes | | **Amended Use:** No | |
| **Filed ITU:** No | | **Currently ITU:** No | | **Amended ITU:** No | |
| **Filed 44D:** No | | **Currently 44D:** No | | **Amended 44D:** No | |
| **Filed 44E:** No | | **Currently 44E:** No | | **Amended 44E:** No | |
| **Filed 66A:** No | | **Currently 66A:** No | | | |
| **Filed No Basis:** No | | **Currently No Basis:** No | | | |

## Current Owner(s) Information

**Owner Name:** New York Mercantile Exchange, Inc.

| | |
|---|---|
| **Owner Address:** | One North End Avenue<br>World Financial Center<br>New York, NEW YORK UNITED STATES 102821101 |
| **Legal Entity Type:** CORPORATION | **State or Country** DELAWARE<br>**Where Organized:** |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** Joseph T. Kucala, Jr. | **Docket Number:** 13271-469 |
| **Attorney Primary** officeactions@norvellip.com<br>**Email Address:** | **Attorney Email** Yes<br>**Authorized:** |

### Correspondent

| | |
|---|---|
| **Correspondent** Joseph T. Kucala, Jr.<br>**Name/Address:** Norvell IP LLC<br>PO Box 2461<br>CHICAGO, ILLINOIS UNITED STATES 60690 | |
| **Phone:** 888-315-0732 | **Fax:** 312-268-5063 |
| **Correspondent e-** officeactions@norvellip.com officeactions@norvell<br>**mail:** ip.com | **Correspondent e-** Yes<br>**mail Authorized:** |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Nov. 30, 2012 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Nov. 30, 2012 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 74886 |
| Nov. 30, 2012 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 74886 |
| Nov. 29, 2012 | TEAS SECTION 8 & 9 RECEIVED | |
| Jun. 25, 2010 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jun. 25, 2010 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Jul. 16, 2009 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jul. 16, 2009 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Nov. 15, 2008 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 74886 |
| Oct. 24, 2008 | TEAS SECTION 8 & 15 RECEIVED | |
| Jul. 21, 2008 | CASE FILE IN TICRS | |
| Aug. 12, 2003 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 04, 2003 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 03, 2002 | REGISTERED-PRINCIPAL REGISTER | |
| Sep. 10, 2002 | PUBLISHED FOR OPPOSITION | |
| Aug. 21, 2002 | NOTICE OF PUBLICATION | |
| Jun. 19, 2002 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 14, 2002 | ASSIGNED TO EXAMINER | 63031 |
| Jun. 14, 2002 | ASSIGNED TO EXAMINER | 63031 |
| Jun. 06, 2002 | ASSIGNED TO EXAMINER | 78473 |

## Maintenance Filings or Post Registration Information

| | |
|---|---|
| **Affidavit of** Section 8 - Accepted<br>**Continued Use:** | |
| **Affidavit of** Section 15 - Accepted<br>**Incontestability:** | |
| **Renewal Date:** Dec. 03, 2012 | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

Current Location: GENERIC WEB UPDATE | Date in Location: Nov. 30, 2012

# Proceedings

## Summary

Number of
Proceedings: 1

### Type of Proceeding: Opposition

Proceeding 91225279 | Filing Date: Dec 09, 2015
Number:

Status: Pending | Status Date: Dec 09, 2015

Interlocutory ROBERT COGGINS
Attorney:

#### Defendant

Name: North American Monetary Exchange Corporation

Correspondent LAWRENCE D HILTON
Address: LEGAL TENDER SERVICES PLLC
270 N MAIN ST STE B
ALPINE UT UNITED STATES , 84004-1440

Correspondent e- larry@namx.net
mail:

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| NAMX | Opposition Pending | 86561412 | |

#### Plaintiff(s)

Name: New York Mercantile Exchange, Inc.

Correspondent J RYAN HINSHAW
Address: NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

Correspondent e- officeactions@norvellip.com , rhinshaw@norvellip.com
mail:

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| NYMEX | Renewed | 74205176 | 1731593 |
| NYMEX | Renewed | 76370902 | 2656475 |
| NYMEX | Section 8 and 15 - Accepted and Acknowledged | 77061274 | 3436974 |
| NYMEX BRENT | Non-Final Action - Mailed | 86787611 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|-------------|------|----------|
| 1 | FILED AND FEE | Dec 09, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT: ANSWER DUE: | Dec 09, 2015 | Jan 18, 2016 |
| 3 | PENDING, INSTITUTED | Dec 09, 2015 | |
| 4 | ANSWER; MOT TO REOPEN | Feb 01, 2016 | |
| 5 | D REQ FOR DISCOVERY CONFERENCE-PHONE | Feb 04, 2016 | |
| 6 | BD ORDER: DISCOVERY CONF HELD | Feb 16, 2016 | |

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

**Reg. No. 3,436,974**

United States Patent and Trademark Office    Registered May 27, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# NYMEX

NEW YORK MERCANTILE EXCHANGE, INC.
(DELAWARE CORPORATION)
WORLD FINANCIAL CENTER
ONE NORTH END AVENUE
NEW YORK, NY 10282

FOR: PROVIDING FINANCIAL AND INVEST-MENT INFORMATION SERVICES; PROVIDING FINANCIAL SERVICES, NAMELY, PROVIDING OPEN OUT-CRY AND ELECTRONIC EXCHANGE MARKETS FOR TRADING, CLEARING, CON-FIRMING TRANSACTIONS AND OTHER SERVI-CES IN THE FIELD OF COMMODITY FUTURES, OPTIONS AND OTHER DERIVATIVES; PROVID-ING INFORMATION ON SETTLEMENT PRICES, TRADING PRICES, BID AND ASK PRICES, PRICE

RANGES, VOLUME DATA AND OTHER MARKET DATA ON COMMODITY FUTURE CONTRACTS, OPTIONS AND OTHER DERIVATIVES BASED ON AN INDEX, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-0-1980; IN COMMERCE 10-0-1980.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-061,274, FILED 12-11-2006.

BARBARA BROWN, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2019-02-17 16:29:50 EST

**Mark:** NYMEX

# NYMEX

**US Serial Number:** 77061274

**US Registration Number:** 3436974

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



**Status:** The registration has been renewed.

**Status Date:** May 02, 2018

**Publication Date:** Jul. 03, 2007

**Application Filing Date:** Dec. 11, 2006

**Registration Date:** May 27, 2008

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Notice of Allowance Date:** Sep. 25, 2007

## Mark Information

**Mark Literal Elements:** NYMEX

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

* Brackets [..] indicate deleted goods/services;
* Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
* Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Providing financial and investment information services; providing financial services, namely, providing open out-cry and electronic exchange markets for trading, clearing, confirming transactions and other services in the field of commodity futures, options and other derivatives; providing information on settlement prices, trading prices, bid and ask prices, price ranges, volume data and other market data on commodity future contracts, options and other derivatives based on an index

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Oct. 1980

**Use in Commerce:** Oct. 1980

## Basis Information (Case Level)

**Filed Use:** No

**Filed ITU:** Yes

**Filed 44D:** No

**Filed 44E:** No

**Filed 66A:** No

**Filed No Basis:** No

**Currently Use:** Yes

**Currently ITU:** No

**Currently 44E:** No

**Currently 66A:** No

**Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** New York Mercantile Exchange, Inc.

**Owner Address:** 300 Vesey Street
New York, NEW YORK UNITED STATES 10282

**Legal Entity Type:** CORPORATION

**State or Country DELAWARE
Where Organized:**

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Joseph T. Kucala, Jr.

**Docket Number:** 13271-470

**Attorney Primary** officeactions@norvellip.com
**Email Address:**

**Attorney Email Yes
Authorized:**

**Correspondent**

**Correspondent** Joseph T. Kucala, Jr.
**Name/Address:** Norvell IP LLC
P.O. Box 2461
CHICAGO, ILLINOIS UNITED STATES 60690

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-** officeactions@norvellip.com
**mail:** jkucala@norvellip.com

**Correspondent e- Yes
mail Authorized:**

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| May 02, 2018 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| May 02, 2018 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 74886 |
| May 02, 2018 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 74886 |
| Apr. 28, 2018 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 74886 |
| Apr. 19, 2018 | TEAS SECTION 8 & 9 RECEIVED | |
| May 27, 2017 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| May 28, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| May 27, 2014 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 70132 |
| May 06, 2014 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | 70132 |
| May 27, 2014 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 70132 |
| May 06, 2014 | TEAS SECTION 8 & 15 RECEIVED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Jun. 25, 2010 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 25, 2010 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 16, 2009 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 16, 2009 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| May 27, 2008 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 22, 2008 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 70468 |
| Apr. 22, 2008 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Apr. 08, 2008 | STATEMENT OF USE PROCESSING COMPLETE | 66154 |
| Mar. 24, 2008 | USE AMENDMENT FILED | 66154 |
| Mar. 24, 2008 | TEAS STATEMENT OF USE RECEIVED | |
| Sep. 25, 2007 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Jul. 03, 2007 | PUBLISHED FOR OPPOSITION | |
| Jun. 13, 2007 | NOTICE OF PUBLICATION | |
| Apr. 27, 2007 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70468 |
| Apr. 27, 2007 | ASSIGNED TO LIE | 70468 |
| Apr. 05, 2007 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 04, 2007 | ASSIGNED TO EXAMINER | 74671 |

| | | | |
|---|---|---|---|
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 13, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 13, 2016 | Feb 22, 2016 |
| 3 | PENDING, INSTITUTED | Jan 13, 2016 | |
| 4 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Jan 26, 2016 | |
| 5 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Feb 02, 2016 | |
| 6 | TRIAL DATES RESET | Feb 08, 2016 | |
| 7 | STIP FOR EXT | Feb 26, 2016 | |
| 8 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |
| 9 | P MOT FOR EXT W/ CONSENT | May 25, 2016 | |
| 10 | EXTENSION OF TIME GRANTED | May 25, 2016 | |
| 11 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 | |
| 12 | ANSWER | Aug 03, 2016 | |
| 13 | CHANGE OF CORRESP ADDRESS | Aug 26, 2016 | |
| 14 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 26, 2016 | |
| 15 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Aug 30, 2016 | |
| 16 | D MOT TO CONSOLIDATE | Sep 02, 2016 | |
| 17 | CONSOLIDATION ORDER | Sep 10, 2016 | |
| 18 | ANSWER | Sep 29, 2016 | |
| 19 | ANSWER FOR CHILD CASE | Sep 29, 2016 | |
| 20 | P MOT FOR EXT W/ CONSENT | Jan 27, 2017 | |
| 21 | EXTENSION OF TIME GRANTED | Jan 27, 2017 | |
| 22 | P MOT TO COMPEL DISCOVERY | Feb 08, 2017 | |
| 23 | D OPP/RESP TO MOTION | Feb 28, 2017 | |
| 24 | P REPLY IN SUPPORT OF MOTION | Mar 20, 2017 | |
| 25 | D MOTION | Mar 30, 2017 | |
| 26 | P OPP/RESP TO MOTION | Apr 19, 2017 | |
| 27 | SUSP PEND DISP OF OUTSTNDNG MOT | May 04, 2017 | |
| 28 | PROCEEDINGS RESUMED | Jun 29, 2017 | |
| 29 | W/DRAW OF APPLICATION | Aug 11, 2017 | |
| 30 | P OPP/RESP TO MOTION | Aug 15, 2017 | |
| 31 | BD DECISION: SUSTAINED | Dec 04, 2017 | |
| 32 | TERMINATED | Dec 04, 2017 | |

**Type of Proceeding: Opposition**

Proceeding Number: 91220909

Filing Date: Mar 04, 2015

Status: Terminated

Status Date: Jun 23, 2015

Interlocutory Attorney: BENJAMIN U OKEKE

**Defendant**

**Name:** Chronicleme, Inc.

**Correspondent Address:** KATHERINE A MARKERT
HARTER SECREST & EMERY LLP
1600 BAUSCH AND LOMB PL
ROCHESTER NY . 14604-2711
UNITED STATES

**Correspondent e-mail:** kmarkert@hselaw.com;bpeet@hselaw.com; coffen@hselaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CME | Abandoned - After Inter-Partes Decision | 86301751 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent Address:** TATYANA V GILLES
NORVELL IP LLC (13442-1497)
P O BOX 2461
Chicago IL . 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , jkucala@norvellip.com , tgilles@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP PUMA TRADING SYSTEM | Abandoned - No Statement Of Use Filed | 85413626 | |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME STP | Registered | 86179537 | 4851862 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 04, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 04, 2015 | Apr 13, 2015 |
| 3 | PENDING, INSTITUTED | Mar 04, 2015 | |
| 4 | NOTICE OF DEFAULT | May 05, 2015 | |
| 5 | BD DECISION: SUSTAINED | Jun 23, 2015 | |
| 6 | TERMINATED | Jun 23, 2015 | |

# United States of America

## United States Patent and Trademark Office

# CME EUROPE

**Reg. No. 5,370,376**

**Registered Jan. 02, 2018**

**Int. Cl.: 36, 42**

**Service Mark**

**Principal Register**

Chicago Mercantile Exchange Inc. (DELAWARE CORPORATION)
20 South Wacker Drive
Chicago, ILLINOIS 60606

CLASS 36: Financial exchange services; monetary exchange services; commodities exchange services; futures exchange services; financial information services; financial clearing services; providing exchange markets for trading, clearing, confirmation and financial trading risk management in the field of futures, options, swaps, and other derivatives contracts; conducting commodities, securities, monetary, and financial instrument exchange and clearing services; electronic financial trading services; electronic financial trading, namely, trading of commodities, stocks, futures, options, securities, equities and other derivative contracts; financial information provided by electronic means; providing on-demand and real-time financial information; financial services in the field of market data distribution, namely, market data reporting services and account management services; providing information in the field of financial stock, derivative, security and equity market data

FIRST USE 4-27-2014; IN COMMERCE 4-27-2014

CLASS 42: Providing temporary on-line use of non-downloadable software for use in trading, clearing, confirmation, and financial trading risk management for exchange market transactions in the field of futures, options, swaps, and other derivative contracts; platform as a service (PAAS) featuring computer software platform for authenticating, facilitating, matching, processing, clearing, and submitting trade data, exchanging of trading transaction details, and management of the overall trading lifecycle

FIRST USE 4-27-2014; IN COMMERCE 4-27-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3367684, 3084640, 1085681

No claim is made to the exclusive right to use the following apart from the mark as shown: "EUROPE"

SER. NO. 86-429,777, FILED 10-21-2014



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2019-02-17 16:10:35 EST

**Mark:** CME EUROPE

## CME EUROPE

| | |
|---|---|
| **US Serial Number:** 86429777 | **Application Filing Date:** Oct. 21, 2014 |
| **US Registration Number:** 5370376 | **Registration Date:** Jan. 02, 2018 |
| **Register:** Principal | |
| **Mark Type:** Service Mark | |

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jan. 02, 2018

**Publication Date:** Jul. 14, 2015      **Notice of Allowance Date:** Sep. 08, 2015

# Mark Information

**Mark Literal Elements:** CME EUROPE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "EUROPE"

# Related Properties Information

**International Registration Number:** 1242825

**International Application(s) /Registration(s) Based on this Property:** A0045963/1242825

**Claimed Ownership of US Registrations:** 1085681, 3084640, 3367684 and others

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial exchange services; monetary exchange services; commodities exchange services; futures exchange services; financial information services; financial clearing services; providing exchange markets for trading, clearing, confirmation and financial trading risk management in the field of futures, options, swaps, and other derivatives contracts, conducting commodities, securities, monetary and financial instrument exchange and clearing services; electronic financial trading services; electronic financial trading, namely, trading of commodities, stocks, futures, options, securities, equities and other derivative contracts; financial information provided by electronic means; providing on-demand and real-time financial information; financial services in the field of market data distribution, namely, market data reporting services and account management services; providing information in the field of financial stock, derivative, security and equity market data

**International Class(es):** 036 - Primary Class      **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Apr. 27, 2014        **Use in Commerce:** Apr. 27, 2014

**For:** Providing temporary on-line use of non-downloadable software for use in trading, clearing, confirmation, and financial trading risk management for exchange market transactions in the field of futures, options, swaps, and other derivative contracts; platform as a service (PAAS) featuring computer software platform for authenticating, facilitating, matching, processing, clearing, and submitting trade data, exchanging of trading transaction details, and management of the overall trading lifecycle

**International Class(es):** 042 - Primary Class        **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Apr. 27, 2014        **Use in Commerce:** Apr. 27, 2014

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 South Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION        **State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Tatyana V. Gilles        **Docket Number:** 13439-

**Attorney Primary Email Address:** officeactions@norvellip.com        **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** TATYANA V. GILLES
NORVELL IP LLC
PO BOX 2461
CHICAGO, ILLINOIS 60690-2461
UNITED STATES

**Phone:** 888-315-0732        **Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com        **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 02, 2018 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 28, 2017 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Nov. 25, 2017 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Oct. 12, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED | 69712 |
| Oct. 12, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 69712 |
| Oct. 03, 2017 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Apr. 16, 2017 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Apr. 16, 2017 | NON-FINAL ACTION E-MAILED | |
| Apr. 16, 2017 | SU - NON-FINAL ACTION - WRITTEN | 81141 |

| Mar. 16, 2017 | STATEMENT OF USE PROCESSING COMPLETE | 74055 |
| Mar. 08, 2017 | USE AMENDMENT FILED | 74055 |
| Mar. 13, 2017 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 74055 |
| Mar. 08, 2017 | TEAS STATEMENT OF USE RECEIVED | |
| Sep. 27, 2016 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Sep. 26, 2016 | EXTENSION 2 GRANTED | 30002 |
| Sep. 08, 2016 | EXTENSION 2 FILED | 30002 |
| Sep. 26, 2016 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 30002 |
| Sep. 08, 2016 | TEAS EXTENSION RECEIVED | |
| Mar. 08, 2016 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 04, 2016 | EXTENSION 1 GRANTED | 98765 |
| Mar. 04, 2016 | EXTENSION 1 FILED | 98765 |
| Mar. 04, 2016 | TEAS EXTENSION RECEIVED | |
| Sep. 08, 2015 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jul. 14, 2015 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 14, 2015 | PUBLISHED FOR OPPOSITION | |
| Jun. 24, 2015 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jun. 06, 2015 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 69712 |
| Jun. 05, 2015 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 13, 2015 | TEAS/EMAIL CORRESPONDENCE ENTERED | 69712 |
| May 13, 2015 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 69712 |
| May 08, 2015 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Feb. 03, 2015 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 03, 2015 | NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 03, 2015 | NON-FINAL ACTION WRITTEN | 81141 |
| Feb. 03, 2015 | ASSIGNED TO EXAMINER | 81141 |
| Nov. 06, 2014 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 69712 |
| Oct. 30, 2014 | ASSIGNED TO LIE | 69712 |
| Oct. 29, 2014 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Oct. 29, 2014 | NOTICE OF PSEUDO MARK E-MAILED | |
| Oct. 28, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Oct. 24, 2014 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** PUBLICATION AND ISSUE SECTION        **Date in Location:** Nov. 25, 2017

# Proceedings

### Summary

**Number of Proceedings:** 3

### Type of Proceeding: Opposition

| | | |
|---|---|---|
| **Proceeding Number:** 91226037 | | **Filing Date:** Jan 27, 2016 |
| **Status:** Terminated | | **Status Date:** Dec 04, 2017 |
| **Interlocutory Attorney:** YONG OH (RICHARD) KIM | | |

### Defendant

**Name:** CMC Markets UK PLC

**Correspondent Address:** JEFFREY H GREGER
HAUPTMAN HAM LLP
2318 MILL ROAD, SUITE 1400
ALEXANDRIA VA , 22314
UNITED STATES

Correspondent e-mail: jhggroup@ipfirm.com , jhgreger@ipfirm.com

## Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412301 | |

### Plaintiff(s)

Name: Chicago Mercantile Exchange, Inc.

Correspondent Address: J RYAN HINSHAW
NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

Correspondent e-mail: officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com

## Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 27, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 27, 2016 | Mar 07, 2016 |
| 3 | PENDING, INSTITUTED | Jan 27, 2016 | |
| 4 | D MOT FOR EXT W/ CONSENT | Feb 26, 2016 | |
| 5 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |
| 6 | P MOT FOR EXT W/ CONSENT | May 25, 2016 | |
| 7 | EXTENSION OF TIME GRANTED | May 25, 2016 | |
| 8 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 | |
| 9 | ANSWER | Aug 03, 2016 | |
| 10 | CHANGE OF CORRESP ADDRESS | Aug 24, 2016 | |
| 11 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 24, 2016 | |
| 12 | D MOT TO CONSOLIDATE | Sep 02, 2016 | |
| 13 | CONSOLIDATION ORDER | Sep 10, 2016 | |

| 14 | ANSWER | Sep 29, 2016 |
| 15 | BD DECISION: SUSTAINED | Dec 04, 2017 |
| 16 | TERMINATED | Dec 04, 2017 |

## Type of Proceeding: Opposition

**Proceeding Number:** 91225824

**Filing Date:** Jan 13, 2016

**Status:** Terminated

**Status Date:** Dec 04, 2017

**Interlocutory Attorney:** YONG OH (RICHARD) KIM

### Defendant

**Name:** CMC Markets UK PLC

**Correspondent** JEFFREY H GREGER
**Address:** HAUPTMAN HAM LLP
2318 MILL ROAD STE 1400
ALEXANDRIA VA , 22314
UNITED STATES

**Correspondent e-mail:** jhggroup@ipfirm.com , jhgreger@ipfirm.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412291 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange, Inc.

**Correspondent** J RYAN HINSHAW
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com , tmo nagan@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |

| | | | | |
|---|---|---|---|---|
| CME DIRECT MESSENGER | Registered | | 85681369 | 4433547 |
| CME STP | Registered | | 86179537 | 4851862 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | | 85715231 | |
| CME DIRECT MOBILE | Registered | | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | | 86520059 | |
| CME EUROPE | Registered | | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | | 86546830 | 4961334 |
| CME MESSENGER | Registered | | 86651682 | 5023757 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 13, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT: ANSWER DUE: | Jan 13, 2016 | Feb 22, 2016 |
| 3 | PENDING, INSTITUTED | Jan 13, 2016 | |
| 4 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Jan 26, 2016 | |
| 5 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Feb 02, 2016 | |
| 6 | TRIAL DATES RESET | Feb 08, 2016 | |
| 7 | STIP FOR EXT | Feb 26, 2016 | |
| 8 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |
| 9 | P MOT FOR EXT W/ CONSENT | May 25, 2016 | |
| 10 | EXTENSION OF TIME GRANTED | May 25, 2016 | |
| 11 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 | |
| 12 | ANSWER | Aug 03, 2016 | |
| 13 | CHANGE OF CORRESP ADDRESS | Aug 26, 2016 | |
| 14 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 26, 2016 | |
| 15 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Aug 30, 2016 | |
| 16 | D MOT TO CONSOLIDATE | Sep 02, 2016 | |
| 17 | CONSOLIDATION ORDER | Sep 10, 2016 | |
| 18 | ANSWER | Sep 29, 2016 | |
| 19 | ANSWER FOR CHILD CASE | Sep 29, 2016 | |
| 20 | P MOT FOR EXT W/ CONSENT | Jan 27, 2017 | |
| 21 | EXTENSION OF TIME GRANTED | Jan 27, 2017 | |
| 22 | P MOT TO COMPEL DISCOVERY | Feb 08, 2017 | |
| 23 | D OPP/RESP TO MOTION | Feb 28, 2017 | |
| 24 | P REPLY IN SUPPORT OF MOTION | Mar 20, 2017 | |
| 25 | D MOTION | Mar 30, 2017 | |
| 26 | P OPP/RESP TO MOTION | Apr 19, 2017 | |
| 27 | SUSP PEND DISP OF OUTSTNDNG MOT | May 04, 2017 | |
| 28 | PROCEEDINGS RESUMED | Jun 29, 2017 | |
| 29 | W/DRAW OF APPLICATION | Aug 11, 2017 | |
| 30 | P OPP/RESP TO MOTION | Aug 15, 2017 | |
| 31 | BD DECISION: SUSTAINED | Dec 04, 2017 | |
| 32 | TERMINATED | Dec 04, 2017 | |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| Proceeding Number: | 91220909 | Filing Date: | Mar 04, 2015 |
| Status: | Terminated | Status Date: | Jun 23, 2015 |
| Interlocutory Attorney: | BENJAMIN U OKEKE | | |

**Defendant**

Name: Chronicleme, Inc.

Correspondent KATHERINE A MARKERT
Address: HARTER SECREST & EMERY LLP
1600 BAUSCH AND LOMB PL
ROCHESTER NY , 14604-2711
UNITED STATES

**Correspondent e-mail:** kmarkert@hselaw.com; bpeet@hselaw.com; coffen@hselaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | Abandoned - After Inter-Partes Decision | 86301751 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** TATYANA V GILLES
**Address:** NORVELL IP LLC (13442-1497)
P O BOX 2461
Chicago IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , jkucala@norvellip.com , tgilles@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP PUMA TRADING SYSTEM | Abandoned - No Statement Of Use Filed | 85413626 | |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME STP | Registered | 86179537 | 4851862 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 04, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 04, 2015 | Apr 13, 2015 |
| 3 | PENDING, INSTITUTED | Mar 04, 2015 | |
| 4 | NOTICE OF DEFAULT | May 05, 2015 | |

| 5 | BD DECISION: SUSTAINED | Jun 23, 2015 |
| 6 | TERMINATED | Jun 23, 2015 |

# United States of America

## United States Patent and Trademark Office

# CME GROUP
# FOUNDATION

**Reg. No. 4,961,334**

**Registered May 17, 2016**

**Int. Cl.: 36**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CHICAGO MERCANTILE EXCHANGE INC. (DELAWARE CORPORATION)
20 SOUTH WACKER DRIVE
CHICAGO, IL 60606

FOR: PHILANTHROPIC SERVICES CONCERNING MONETARY DONATIONS TO PROMOTE RESEARCH, EDUCATION AND HEALTH; CHARITABLE FUNDRAISING SERVICES; CHARITABLE SERVICES, NAMELY, GRANTING FUNDS TO SCHOOLS, EDUCATIONAL INSTITUTIONS, ACADEMIC INSTITUTIONS, AND NONPROFIT ORGANIZATIONS; CHARITABLE SERVICES, NAMELY, PROVIDING FINANCIAL SPONSORSHIP OF EFFORTS TO IMPROVE THE HEALTH AND DEVELOPMENT OF CHILDREN, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-31-2008; IN COMMERCE 8-31-2008.

OWNER OF U.S. REG. NOS. 1,085,681, 3,367,684, AND 4,369,249.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GROUP FOUNDATION", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A GLOBE DESIGN WITH MERIDIAN AND PARALLEL LINES AND THE WORDS "CME GROUP FOUNDATION" CENTERED OVER THE GLOBE DESIGN.

SN 86-546,830, FILED 2-26-2015.

JIM RINGLE, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL
## TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

>   *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

>   *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

>   You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2019-02-17 16:11:13 EST

**Mark:** CME GROUP FOUNDATION

**CME GROUP FOUNDATION**

| | | | |
|---|---|---|---|
| **US Serial Number:** 86546830 | | **Application Filing Date:** Feb. 26, 2015 | |
| **US Registration Number:** 4961334 | | **Registration Date:** May 17, 2016 | |
| **Filed as TEAS RF:** Yes | | **Currently TEAS RF:** Yes | |
| **Register:** Principal | | | |
| **Mark Type:** Service Mark | | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** May 17, 2016

**Publication Date:** Jul. 14, 2015

**Notice of Allowance Date:** Sep. 08, 2015

# Mark Information

**Mark Literal Elements:** CME GROUP FOUNDATION

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consists of a globe design with meridian and parallel lines and the words "CME GROUP FOUNDATION" centered over the globe design.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Disclaimer:** "GROUP FOUNDATION"

**Design Search Code(s):** 01.07.25 - Globes, other

# Related Properties Information

**Claimed Ownership of US Registrations:** 1085681, 3367684, 4369249

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Philanthropic services concerning monetary donations to promote research, education and health; charitable fundraising services; charitable services, namely, granting funds to schools, educational institutions, academic institutions, and nonprofit organizations; charitable services, namely, providing financial sponsorship of efforts to improve the health and development of children

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

Basis: 1(a)

First Use: Aug. 31, 2008      Use in Commerce: Aug. 31, 2008

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | Yes |
| Filed ITU: | Yes | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

## Current Owner(s) Information

Owner Name: Chicago Mercantile Exchange Inc.

Owner Address: 20 South Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606

Legal Entity Type: CORPORATION      State or Country DELAWARE
Where Organized:

## Attorney/Correspondence Information

**Attorney of Record**

Attorney Name: Tatyana V. Gilles      Docket Number: 99997-17

Attorney Primary officeactions@norvellip.com      Attorney Email Yes
Email Address:      Authorized:

**Correspondent**

Correspondent TATYANA V. GILLES
Name/Address: Norvell Ip Llc
PO Box 2461
Chicago, ILLINOIS UNITED STATES 60690-2461

Phone: 888-315-0732      Fax: 312-268-5063

Correspondent e- officeactions@norvellip.com      Correspondent e- Yes
mail:      mail Authorized:

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 17, 2016 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 15, 2016 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Apr. 14, 2016 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Apr. 13, 2016 | STATEMENT OF USE PROCESSING COMPLETE | 65362 |
| Mar. 08, 2016 | USE AMENDMENT FILED | 65362 |
| Apr. 11, 2016 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 65362 |
| Mar. 08, 2016 | TEAS STATEMENT OF USE RECEIVED | |
| Sep. 08, 2015 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jul. 14, 2015 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 14, 2015 | PUBLISHED FOR OPPOSITION | |
| Jun. 24, 2015 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jun. 08, 2015 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 77312 |
| Jun. 08, 2015 | ASSIGNED TO LIE | 77312 |
| May 18, 2015 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 15, 2015 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| May 14, 2015 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| May 14, 2015 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 13, 2015 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |

| | | |
|---|---|---|
| May 13, 2015 | NON-FINAL ACTION E-MAILED | 6325 |
| May 13, 2015 | NON-FINAL ACTION WRITTEN | 78325 |
| May 05, 2015 | ASSIGNED TO EXAMINER | 78325 |
| Mar. 12, 2015 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Mar. 11, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Mar. 02, 2015 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information - None

### File Location

Current Location: PUBLICATION AND ISSUE SECTION      Date in Location: Apr. 14, 2016

# Proceedings

### Summary

Number of Proceedings: 4

### Type of Proceeding: Opposition

Proceeding Number: 91238893      Filing Date: Jan 10, 2018

Status: Terminated      Status Date: Sep 05, 2018

Interlocutory Attorney: MIKE WEBSTER

### Defendant

Name: Church Mutual Insurance Company

Correspondent Address: CHRISTOPHER P FOLEY
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 NEW YORK AVENUE NW
WASHINGTON DC UNITED STATES , 20001

Correspondent e-mail: docketing@finnegan.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMEXCHANGE | Abandoned - After Inter-Partes Decision | 87431426 | |

### Plaintiff(s)

Name: Chicago Mercantile Exchange Inc.

Correspondent Address: CHRISTINE A FILARSKI
NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

Correspondent e-mail: officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |

| | | | |
|---|---|---|---|
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| CME FX$INDEX | Registered | 86963593 | 5211897 |
| CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 73134561 | 1085682 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME FX SPOT | Third Extension - Granted | 87155844 | |
| CME CLEARCHAIN | Third Extension - Granted | 87141695 | |
| CME FX LINK | Notice of Allowance - Issued | 87689907 | |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 10, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 10, 2018 | Feb 19, 2018 |
| 3 | PENDING, INSTITUTED | Jan 10, 2018 | |
| 4 | ANSWER | Feb 20, 2018 | |
| 5 | P MOT TO STRIKE PLEADING/AFFIRMATIVE DEFENSE | Mar 13, 2018 | |
| 6 | D OPP/RESP TO MOTION | Mar 28, 2018 | |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 29, 2018 | |
| 8 | P REPLY IN SUPPORT OF MOTION | Apr 17, 2018 | |
| 9 | STIP FOR EXT | Jul 17, 2018 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 17, 2018 | |
| 11 | PROCEEDINGS RESUMED | Jul 17, 2018 | |
| 12 | W/DRAW OF APPLICATION | Aug 07, 2018 | |
| 13 | BD DECISION: OPP SUSTAINED | Sep 05, 2018 | |
| 14 | TERMINATED | Sep 05, 2018 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91226037

**Filing Date:** Jan 27, 2016

**Status:** Terminated

**Status Date:** Dec 04, 2017

**Interlocutory Attorney:** YONG OH (RICHARD) KIM

### Defendant

**Name:** CMC Markets UK PLC

**Correspondent Address:** JEFFREY H GREGER
HAUPTMAN HAM LLP
2318 MILL ROAD, SUITE 1400
ALEXANDRIA VA UNITED STATES , 22314

**Correspondent e-mail:** jhggroup@ipfirm.com , jhgreger@ipfirm.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412301 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange, Inc.

**Correspondent Address:** J RYAN HINSHAW
NORVELL IP LLC
PO BOX 2461

CHICAGO IL UNITED STATES , 60690

Correspondent e-mail: officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 27, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 27, 2016 | Mar 07, 2016 |
| 3 | PENDING, INSTITUTED | Jan 27, 2016 | |
| 4 | D MOT FOR EXT W/ CONSENT | Feb 26, 2016 | |
| 5 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |
| 6 | P MOT FOR EXT W/ CONSENT | May 25, 2016 | |
| 7 | EXTENSION OF TIME GRANTED | May 25, 2016 | |
| 8 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 | |
| 9 | ANSWER | Aug 03, 2016 | |
| 10 | CHANGE OF CORRESP ADDRESS | Aug 24, 2016 | |
| 11 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 24, 2016 | |
| 12 | D MOT TO CONSOLIDATE | Sep 02, 2016 | |
| 13 | CONSOLIDATION ORDER | Sep 10, 2016 | |
| 14 | ANSWER | Sep 29, 2016 | |
| 15 | BD DECISION: SUSTAINED | Dec 04, 2017 | |
| 16 | TERMINATED | Dec 04, 2017 | |

**Type of Proceeding: Opposition**

Proceeding Number: 91225824                 Filing Date: Jan 13, 2016

Status: Terminated                 Status Date: Dec 04, 2017

Interlocutory Attorney: YONG OH (RICHARD) KIM

**Defendant**

Name: CMC Markets UK PLC

Correspondent JEFFREY H GREGER
Address: HAUPTMAN HAM LLP
2318 MILL ROAD STE 1400
ALEXANDRIA VA UNITED STATES , 22314

Correspondent e- jhggroup@ipfirm.com , jhgreger@ipfirm.com
mail:

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412291 | |

**Plaintiff(s)**

Name: Chicago Mercantile Exchange, Inc.

Correspondent J RYAN HINSHAW
Address: NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

Correspondent e- officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com , tmo
mail: nagan@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| ME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| ME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 13, 2016 | |

| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 13, 2016 | Feb 22, 2016 |
|---|---|---|---|
| 3 | PENDING, INSTITUTED | Jan 13, 2016 | |
| 4 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Jan 26, 2016 | |
| 5 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Feb 02, 2016 | |
| 6 | TRIAL DATES RESET | Feb 08, 2016 | |
| 7 | STIP FOR EXT | Feb 26, 2016 | |
| 8 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |
| 9 | P MOT FOR EXT W/ CONSENT | May 25, 2016 | |
| 10 | EXTENSION OF TIME GRANTED | May 25, 2016 | |
| 11 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 | |
| 12 | ANSWER | Aug 03, 2016 | |
| 13 | CHANGE OF CORRESP ADDRESS | Aug 26, 2016 | |
| 14 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 26, 2016 | |
| 15 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Aug 30, 2016 | |
| 16 | D MOT TO CONSOLIDATE | Sep 02, 2016 | |
| 17 | CONSOLIDATION ORDER | Sep 10, 2016 | |
| 18 | ANSWER | Sep 29, 2016 | |
| 19 | ANSWER FOR CHILD CASE | Sep 29, 2016 | |
| 20 | P MOT FOR EXT W/ CONSENT | Jan 27, 2017 | |
| 21 | EXTENSION OF TIME GRANTED | Jan 27, 2017 | |
| 22 | P MOT TO COMPEL DISCOVERY | Feb 08, 2017 | |
| 23 | D OPP/RESP TO MOTION | Feb 28, 2017 | |
| 24 | P REPLY IN SUPPORT OF MOTION | Mar 20, 2017 | |
| 25 | D MOTION | Mar 30, 2017 | |
| 26 | P OPP/RESP TO MOTION | Apr 19, 2017 | |
| 27 | SUSP PEND DISP OF OUTSTNDNG MOT | May 04, 2017 | |
| 28 | PROCEEDINGS RESUMED | Jun 29, 2017 | |
| 29 | W/DRAW OF APPLICATION | Aug 11, 2017 | |
| 30 | P OPP/RESP TO MOTION | Aug 15, 2017 | |
| 31 | BD DECISION: SUSTAINED | Dec 04, 2017 | |
| 32 | TERMINATED | Dec 04, 2017 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91220909

**Filing Date:** Mar 04, 2015

**Status:** Terminated

**Status Date:** Jun 23, 2015

**Interlocutory Attorney:** BENJAMIN U OKEKE

### Defendant

**Name:** Chronicleme, Inc.

**Correspondent Address:** KATHERINE A MARKERT
HARTER SECREST & EMERY LLP
1600 BAUSCH AND LOMB PL
ROCHESTER NY UNITED STATES , 14604-2711

**Correspondent e-mail:** kmarkert@hselaw.com;bpeet@hselaw.com; coffen@hselaw.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | Abandoned - After Inter-Partes Decision | 86301751 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent Address:** TATYANA V GILLES
NORVELL IP LLC (13442-1497)
P O BOX 2461
Chicago IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , jkucala@norvellip.com , tgilles@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP PUMA TRADING SYSTEM | Abandoned - No Statement Of Use Filed | 85413626 | |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME STP | Registered | 86179537 | 4851862 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 04, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT: ANSWER DUE: | Mar 04, 2015 | Apr 13, 2015 |
| 3 | PENDING, INSTITUTED | Mar 04, 2015 | |
| 4 | NOTICE OF DEFAULT | May 05, 2015 | |
| 5 | BD DECISION: SUSTAINED | Jun 23, 2015 | |
| 6 | TERMINATED | Jun 23, 2015 | |

# United States of America

## United States Patent and Trademark Office

# CME MESSENGER

**Reg. No. 5,023,757**

**Registered Aug. 16, 2016**

**Int. Cl.: 9, 42**

**Service Mark**

**Trademark**

**Principal Register**

Chicago Mercantile Exchange Inc. (DELAWARE CORPORATION)
20 S. Wacker Drive
Chicago, IL 60606

CLASS 9: Computer software for use in financial trading, financial exchange, and financial clearing services

FIRST USE 6-26-2015; IN COMMERCE 6-26-2015

CLASS 42: Providing platform as a service (PAAS) featuring computer software platform for financial trading, financial exchange and financial clearing services

FIRST USE 6-26-2015; IN COMMERCE 6-26-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "MESSENGER"

SER. NO. 86-651,682, FILED 06-04-2015

JOHN SALVADOR MIRANDA, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

## WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h ttp://www.uspto.gov.**

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.**

**Generated on:** This page was generated by TSDR on 2019-02-17 16:11:52 EST

**Mark:** CME MESSENGER

CME MESSENGER

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86651682 | **Application Filing Date:** | Jun. 04, 2015 |
| **US Registration Number:** | 5023757 | **Registration Date:** | Aug. 16, 2016 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Aug. 16, 2016 | | |
| **Publication Date:** | Oct. 27, 2015 | **Notice of Allowance Date:** | Dec. 22, 2015 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | CME MESSENGER |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "MESSENGER" |

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Computer software for use in financial trading, financial exchange, and financial clearing services | | |
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jun. 26, 2015 | **Use in Commerce:** | Jun. 26, 2015 |

| | | | |
|---|---|---|---|
| **For:** | Providing platform as a service (PAAS) featuring computer software platform for financial trading, financial exchange and financial clearing services | | |
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jun. 26, 2015 | **Use in Commerce:** | Jun. 26, 2015 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |

| | | | |
|---|---|---|---|
| Filed 66A: No | | Currently 66A: No | |
| Filed No Basis: No | | Currently No Basis: No | |

# Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country** DELAWARE
**Where Organized:**

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T. Kucala, Jr.

**Attorney Primary** officeactions@norvellip.com
**Email Address:**

**Attorney Email** Yes
**Authorized:**

### Correspondent

**Correspondent** JOSEPH T. KUCALA, JR.
**Name/Address:** Norvell Ip Llc
PO Box 2461
Chicago, ILLINOIS 60690-2461
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-** officeactions@norvellip.com
**mail:** scrigler@norvellip.com

**Correspondent e-** Yes
**mail Authorized:**

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 16, 2016 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 15, 2016 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Jul. 14, 2016 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Jul. 10, 2016 | STATEMENT OF USE PROCESSING COMPLETE | 65362 |
| Jun. 15, 2016 | USE AMENDMENT FILED | 65362 |
| Jul. 10, 2016 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 65362 |
| Jun. 15, 2016 | TEAS STATEMENT OF USE RECEIVED | |
| Dec. 22, 2015 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Oct. 27, 2015 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 27, 2015 | PUBLISHED FOR OPPOSITION | |
| Oct. 07, 2015 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Sep. 22, 2015 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70629 |
| Sep. 17, 2015 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 17, 2015 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Sep. 17, 2015 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Sep. 17, 2015 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Sep. 17, 2015 | EXAMINERS AMENDMENT -WRITTEN | 92568 |
| Sep. 15, 2015 | ASSIGNED TO EXAMINER | 92568 |
| Jun. 19, 2015 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70629 |
| Jun. 18, 2015 | ASSIGNED TO LIE | 70629 |
| Jun. 10, 2015 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Jun. 11, 2015 | NOTICE OF PSEUDO MARK E-MAILED | |
| Jun. 10, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 08, 2015 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

TM Staff Information - None

**File Location**

Current Location: PUBLICATION AND ISSUE SECTION      Date in Location: Jul. 14, 2016

# Proceedings

## Summary

Number of Proceedings: 3

| Type of Proceeding: Opposition | |
|---|---|

Proceeding Number: 91238893      Filing Date: Jan 10, 2018

Status: Terminated      Status Date: Sep 05, 2018

Interlocutory Attorney: MIKE WEBSTER

### Defendant

Name: Church Mutual Insurance Company

Correspondent Address: CHRISTOPHER P FOLEY
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 NEW YORK AVENUE NW
WASHINGTON DC , 20001
UNITED STATES

Correspondent e-mail: docketing@finnegan.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMEXCHANGE | Abandoned - After Inter-Partes Decision | 87431426 | |

### Plaintiff(s)

Name: Chicago Mercantile Exchange Inc.

Correspondent Address: CHRISTINE A FILARSKI
NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

Correspondent e-mail: officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |

| | | | |
|---|---|---|---|
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| CME FXSINDEX | Registered | 86963593 | 5211897 |
| CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 73134561 | 1085682 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME FX SPOT | Third Extension - Granted | 87155844 | |
| CME CLEARCHAIN | Third Extension - Granted | 87141695 | |
| CME FX LINK | Notice of Allowance - Issued | 87689907 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 10, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE | Jan 10, 2018 | Feb 19, 2018 |
| 3 | PENDING, INSTITUTED | Jan 10, 2018 | |
| 4 | ANSWER | Feb 20, 2018 | |
| 5 | P MOT TO STRIKE PLEADING/AFFIRMATIVE DEFENSE | Mar 13, 2018 | |
| 6 | D OPP/RESP TO MOTION | Mar 28, 2018 | |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 29, 2018 | |
| 9 | P REPLY IN SUPPORT OF MOTION | Apr 17, 2018 | |
| 9 | STIP FOR EXT | Jul 17, 2018 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 17, 2018 | |
| 11 | PROCEEDINGS RESUMED | Jul 17, 2018 | |
| 12 | W/DRAW OF APPLICATION | Aug 07, 2018 | |
| 13 | BD DECISION: OPP SUSTAINED | Sep 05, 2018 | |
| 14 | TERMINATED | Sep 05, 2018 | |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| Proceeding Number: | 91226037 | Filing Date: | Jan 27, 2016 |
| Status: | Terminated | Status Date: | Dec 04, 2017 |
| Interlocutory Attorney: | YONG OH (RICHARD) KIM | | |

**Defendant**

Name: CMC Markets UK PLC.

Correspondent Address: JEFFREY H GREGER
HAUPTMAN HAM LLP
2318 MILL ROAD, SUITE 1400
ALEXANDRIA VA , 22314
UNITED STATES

Correspondent e-mail: jhgroup@ipfirm.com , jhgreger@ipfirm.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412301 | |

**Plaintiff(s)**

Name: Chicago Mercantile Exchange, Inc.

Correspondent Address: J RYAN HINSHAW
NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

Correspondent e-mail: officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com

**Associated marks**

| Mark | Application Status | Serial | Registration |
|---|---|---|---|

| | | | Number | Number |
|---|---|---|---|---|
| CME | | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | | REGISTERED AND RENEWED | 77022870 | 3387684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME DATAMINE | | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME FEEDER CATTLE INDEX | | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CMECE | | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | | Registered | 85254745 | 4254542 |
| CME GROUP | | Registered | 85683068 | 4544078 |
| CME GROUP | | Registered | 85683052 | 4544077 |
| CME CLEARPORT | | Registered | 85908503 | 4535988 |
| CME GLINK | | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | | Registered | 85681369 | 4433547 |
| CME FX SPOT | | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | | Registered | 86546830 | 4961334 |
| CME MESSENGER | | Registered | 86651682 | 5023757 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 27, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 27, 2016 | Mar 07, 2016 |
| 3 | PENDING, INSTITUTED | Jan 27, 2016 | |
| 4 | D MOT FOR EXT W/ CONSENT | Feb 26, 2016 | |
| 5 | EXTENSION OF TIME GRANTED | Feb 26, 2016 | |
| 6 | P MOT FOR EXT W/ CONSENT | May 25, 2016 | |
| 7 | EXTENSION OF TIME GRANTED | May 25, 2016 | |
| 8 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 | |
| 9 | ANSWER | Aug 03, 2016 | |
| 10 | CHANGE OF CORRESP ADDRESS | Aug 24, 2016 | |
| 11 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 24, 2016 | |
| 12 | D MOT TO CONSOLIDATE | Sep 02, 2016 | |
| 13 | CONSOLIDATION ORDER | Sep 10, 2016 | |
| 14 | ANSWER | Sep 29, 2016 | |
| 15 | BD DECISION: SUSTAINED | Dec 04, 2017 | |
| 16 | TERMINATED | Dec 04, 2017 | |

### Type of Proceeding: Opposition

**Proceeding Number:** 91225824

**Filing Date:** Jan 13, 2016

**Status:** Terminated

**Status Date:** Dec 04, 2017

**Interlocutory Attorney:** YONG OH (RICHARD) KIM

### Defendant

**Name:** CMC Markets UK PLC

**Correspondent Address:** JEFFREY H GREGER
HAUPTMAN HAM LLP
2318 MILL ROAD STE 1400
ALEXANDRIA VA , 22314
UNITED STATES

| Correspondent e-mail: | jhggroup@ipfirm.com , jhgreger@ipfirm.com |
|---|---|

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMC CMC MARKETS | Abandoned - After Inter-Partes Decision | 86412291 | |

**Plaintiff(s)**

| | |
|---|---|
| Name: | Chicago Mercantile Exchange, Inc. |
| Correspondent Address: | J RYAN HINSHAW<br>NORVELL IP LLC<br>PO BOX 2461<br>CHICAGO IL , 60690<br>UNITED STATES |
| Correspondent e-mail: | officeactions@norvellip.com , jnorvell@norvellip.com , jkucala@norvellip.com , rhinshaw@norvellip.com , cfilarski@norvellip.com , tmo nagan@norvellip.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME GROUP A CME/CHICAGO BOARD OF TRADE COMPANY | Cancelled - Section 8 | 77234743 | 3408502 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78496095 | 3075976 |
| CME HURRICANE INDEX | Section 8 and 15 - Accepted and Acknowledged | 77734550 | 3766454 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CMECE | Section 8 and 15 - Accepted and Acknowledged | 85013597 | 4060843 |
| CME CLEARING EUROPE | Section 8 and 15 - Accepted and Acknowledged | 77786152 | 4035463 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME DATACLOUD | Registered | 85254745 | 4254542 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME FX SPOT | Abandoned - No Statement Of Use Filed | 85715231 | |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME EUROPE | Registered | 86429777 | 5370376 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 13, 2016 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 13, 2016 | Feb 22, 2016 |
| 3 | PENDING, INSTITUTED | Jan 13, 2016 | |
| 4 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Jan 26, 2016 | |

| 5 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Feb 02, 2016 |
| 6 | TRIAL DATES RESET | Feb 08, 2016 |
| 7 | STIP FOR EXT | Feb 26, 2016 |
| 8 | EXTENSION OF TIME GRANTED | Feb 26, 2016 |
| 9 | P MOT FOR EXT W/ CONSENT | May 25, 2016 |
| 10 | EXTENSION OF TIME GRANTED | May 25, 2016 |
| 11 | D APPEARANCE / POWER OF ATTORNEY | Jul 21, 2016 |
| 12 | ANSWER | Aug 03, 2016 |
| 13 | CHANGE OF CORRESP ADDRESS | Aug 26, 2016 |
| 14 | P MOT TO AMEND PLEADING/AMENDED PLEADING | Aug 26, 2016 |
| 15 | AMENDED NOTICE OF OPP ACCEPTED; ANSWER DUE | Aug 30, 2016 |
| 16 | D MOT TO CONSOLIDATE | Sep 02, 2016 |
| 17 | CONSOLIDATION ORDER | Sep 10, 2016 |
| 18 | ANSWER | Sep 29, 2016 |
| 19 | ANSWER FOR CHILD CASE | Sep 29, 2016 |
| 20 | P MOT FOR EXT W/ CONSENT | Jan 27, 2017 |
| 21 | EXTENSION OF TIME GRANTED | Jan 27, 2017 |
| 22 | P MOT TO COMPEL DISCOVERY | Feb 08, 2017 |
| 23 | D OPP/RESP TO MOTION | Feb 28, 2017 |
| 24 | P REPLY IN SUPPORT OF MOTION | Mar 20, 2017 |
| 25 | D MOTION | Mar 30, 2017 |
| 26 | P OPP/RESP TO MOTION | Apr 19, 2017 |
| 27 | SUSP PEND DISP OF OUTSTNDNG MOT | May 04, 2017 |
| 28 | PROCEEDINGS RESUMED | Jun 29, 2017 |
| 29 | W/DRAW OF APPLICATION | Aug 11, 2017 |
| 30 | P OPP/RESP TO MOTION | Aug 15, 2017 |
| 31 | BD DECISION: SUSTAINED | Dec 04, 2017 |
| 32 | TERMINATED | Dec 04, 2017 |

# United States of America

## United States Patent and Trademark Office

# CME PIVOT

**Reg. No. 5,376,163**

**Registered Jan. 09, 2018**

**Int. Cl.: 9, 35, 38, 42**

**Service Mark**

**Trademark**

**Principal Register**

Chicago Mercantile Exchange Inc. (DELAWARE CORPORATION)
20 South Wacker Drive
Chicago, ILLINOIS 60606

CLASS 9: Computer programs for investment purposes, namely, the translation of electronic conversations into financial transactions and trading workflows; computer software platforms for aggregating and integrating information and data into trading workflows; a computer program that converts instant messages into a platform to execute financial transactions

FIRST USE 4-30-2016; IN COMMERCE 4-30-2016

CLASS 35: Data processing, namely, aggregating and integrating information and data into trading workflows

FIRST USE 4-30-2016; IN COMMERCE 4-30-2016

CLASS 38: Computer services, namely, providing online facilities over which financial professionals can communicate, integrate and collaborate with external and internal audiences in a financially compliant environment

FIRST USE 4-30-2016; IN COMMERCE 4-30-2016

CLASS 42: Data conversion, namely, translation of electronic conversations into financial transactions and trading workflows via a computer network; conversion of instant messages into a platform to execute financial transactions

FIRST USE 4-30-2016; IN COMMERCE 4-30-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-078,364, FILED 06-21-2016



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2019-02-17 16:12:27 EST

**Mark:** CME PIVOT

# CME PIVOT

**US Serial Number:** 87078364

**US Registration Number:** 5376163

**Filed as TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jan. 09, 2018

**Publication Date:** Mar. 14, 2017

**Application Filing Date:** Jun. 21, 2016

**Registration Date:** Jan. 09, 2018

**Currently TEAS RF:** Yes

**Notice of Allowance Date:** May 09, 2017

---

# Mark Information

**Mark Literal Elements:** CME PIVOT

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer programs for investment purposes, namely, the translation of electronic conversations into financial transactions and trading workflows; computer software platforms for aggregating and integrating information and data into trading workflows; a computer program that converts instant messages into a platform to execute financial transactions

**International Class(es):** 009 - Primary Class    **U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Apr. 30, 2016    **Use in Commerce:** Apr. 30, 2016

**For:** Data processing, namely, aggregating and integrating information and data into trading workflows

**International Class(es):** 035 - Primary Class    **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Apr. 30, 2016    **Use in Commerce:** Apr. 30, 2016

**For:** Computer services, namely, providing online facilities over which financial professionals can communicate, integrate and collaborate with external and internal audiences in a financially compliant environment

**International Class(es):** 038 - Primary Class    **U.S Class(es):** 100, 101, 104

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Apr. 30, 2016    **Use in Commerce:** Apr. 30, 2016

**For:** Data conversion, namely, translation of electronic conversations into financial transactions and trading workflows via a computer network; conversion of instant messages into a platform to execute financial transactions

| | | |
|---|---|---|
| **International Class(es):** 042 - Primary Class | | **U.S Class(es):** 100, 101 |

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Apr. 30, 2016 | **Use in Commerce:** Apr. 30, 2016

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | **Amended 66A:** No |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 South Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION | **State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Sarah B. Ferguson | **Docket Number:** 13470-1400

**Attorney Primary Email Address:** officeactions@norvellip.com | **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** SARAH B. FERGUSON
NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732 | **Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com sferguson@norvellip.com | **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 09, 2018 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 07, 2017 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Dec. 06, 2017 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Nov. 27, 2017 | STATEMENT OF USE PROCESSING COMPLETE | 65362 |
| Nov. 09, 2017 | USE AMENDMENT FILED | 65362 |
| Nov. 27, 2017 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 65362 |
| Nov. 09, 2017 | TEAS STATEMENT OF USE RECEIVED | |
| May 09, 2017 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Mar. 14, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 14, 2017 | PUBLISHED FOR OPPOSITION | |
| Feb. 22, 2017 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 03, 2017 | APPROVED FOR PUB - PRINCIPAL REGISTER | |

| | | |
|---|---|---|
| Jan. 24, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jan. 24, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jan. 24, 2017 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jul. 25, 2016 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jul. 25, 2016 | NON-FINAL ACTION E-MAILED | |
| Jul. 25, 2016 | NON-FINAL ACTION WRITTEN | 93047 |
| Jul. 18, 2016 | ASSIGNED TO EXAMINER | 93047 |
| Jun. 28, 2016 | NOTICE OF PSEUDO MARK E-MAILED | |
| Jun. 27, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 24, 2016 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION          **Date in Location:** Dec. 06, 2017

# United States of America

## United States Patent and Trademark Office

# CME FX$INDEX

**Reg. No. 5,211,897**

**Registered May 30, 2017**

**Int. Cl.: 36**

**Service Mark**

**Principal Register**

Chicago Mercantile Exchange Inc. (DELAWARE CORPORATION)
20 S. Wacker Drive
Chicago, IL 60606

CLASS 36: Providing financial services, namely, trading of futures and options on futures contracts based on an index

FIRST USE 11-30-2010; IN COMMERCE 11-30-2010

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "FX" AND "$INDEX"

SER. NO. 86-963,593, FILED 04-04-2016
JOAN MICHELE BLAZICH, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

## WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2019-02-17 16:13:05 EST

**Mark:** CME FX$INDEX

## CME FX$INDEX

| | |
|---|---|
| **US Serial Number:** 86963593 | **Application Filing Date:** Apr. 04, 2016 |
| **US Registration Number:** 5211897 | **Registration Date:** May 30, 2017 |
| **Filed as TEAS RF:** Yes | **Currently TEAS RF:** Yes |
| **Register:** Principal | |
| **Mark Type:** Service Mark | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** May 30, 2017

**Publication Date:** Mar. 14, 2017

# Mark Information

**Mark Literal Elements:** CME FX$INDEX

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "FX" AND "$INDEX"

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Providing financial services, namely, trading of futures and options on futures contracts based on an index

| | |
|---|---|
| **International Class(es):** 036 - Primary Class | **U.S Class(es):** 100, 101, 102 |

**Class Status:** ACTIVE

**Basis:** 1(a)

| | |
|---|---|
| **First Use:** Nov. 30, 2010 | **Use in Commerce:** Nov. 30, 2010 |

# Basis Information (Case Level)

| | |
|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes |
| **Filed ITU:** No | **Currently ITU:** No |
| **Filed 44D:** No | **Currently 44E:** No |
| **Filed 44E:** No | **Currently 66A:** No |
| **Filed 66A:** No | **Currently No Basis:** No |
| **Filed No Basis:** No | |

# Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606

**Legal Entity Type:** CORPORATION

**State or Country DELAWARE
Where Organized:**

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Christine A. Filarski

**Docket Number:** 13439-1423

**Attorney Primary** officeactions@norvellip.com
**Email Address:**

**Attorney Email** Yes
**Authorized:**

### Correspondent

**Correspondent** CHRISTINE A. FILARSKI
**Name/Address:** NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS UNITED STATES 60690

**Phone:** 8883150732

**Fax:** 3122685063

**Correspondent e-** officeactions@norvellip.com
**mail:** cfilarski@norvellip.com

**Correspondent e-** Yes
**mail Authorized:**

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| May 30, 2017 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 14, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 14, 2017 | PUBLISHED FOR OPPOSITION | |
| Feb. 22, 2017 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 09, 2017 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70633 |
| Feb. 03, 2017 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 23, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jan. 23, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jan. 23, 2017 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jul. 25, 2016 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jul. 25, 2016 | NON-FINAL ACTION E-MAILED | |
| Jul. 25, 2016 | NON-FINAL ACTION WRITTEN | 93047 |
| Jul. 18, 2016 | ASSIGNED TO EXAMINER | 93047 |
| May 04, 2016 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70633 |
| Apr. 28, 2016 | ASSIGNED TO LIE | 70633 |
| Apr. 15, 2016 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Apr. 09, 2016 | NOTICE OF PSEUDO MARK E-MAILED | |
| Apr. 08, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Apr. 07, 2016 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** PUBLICATION AND ISSUE SECTION

**Date in Location:** May 30, 2017

# Proceedings

### Summary

**Number of** 1
**Proceedings:**

### Type of Proceeding: Opposition

**Proceeding** 91238893

**Filing Date:** Jan 10, 2018

**Number:** _____

**Status:** Terminated     **Status Date:** Sep 05, 2018

**Interlocutory** MIKE WEBSTER
**Attorney:**

### Defendant

**Name:** Church Mutual Insurance Company

**Correspondent** CHRISTOPHER P FOLEY
**Address:** FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 NEW YORK AVENUE NW
WASHINGTON DC UNITED STATES , 20001

**Correspondent e-** docketing@finnegan.com
**mail:**

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMEXCHANGE | Abandoned - After Inter-Partes Decision | 87431426 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** CHRISTINE A FILARSKI
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-** officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com
**mail:**

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| CME FXSINDEX | Registered | 86963593 | 5211897 |
| CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 73134561 | 1085682 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME FX SPOT | Third Extension - Granted | 87155844 | |
| CME CLEARCHAIN | Third Extension - Granted | 87141695 | |
| CME FX LINK | Notice of Allowance - Issued | 87689907 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 10, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 10, 2018 | Feb 19, 2018 |
| 3 | PENDING, INSTITUTED | Jan 10, 2018 | |
| 4 | ANSWER | Feb 20, 2018 | |
| 5 | P MOT TO STRIKE PLEADING/AFFIRMATIVE DEFENSE | Mar 13, 2018 | |
| 6 | D OPP/RESP TO MOTION | Mar 28, 2018 | |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 29, 2018 | |
| 8 | P REPLY IN SUPPORT OF MOTION | Apr 17, 2018 | |
| 9 | STIP FOR EXT | Jul 17, 2018 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 17, 2018 | |
| 11 | PROCEEDINGS RESUMED | Jul 17, 2018 | |
| 12 | W/DRAW OF APPLICATION | Aug 07, 2018 | |
| 13 | BD DECISION: OPP SUSTAINED | Sep 05, 2018 | |
| 14 | TERMINATED | Sep 05, 2018 | |

Dec. 15, 2006    NOTICE OF PSEUDO MARK MAILED

Dec. 14, 2006    NEW APPLICATION ENTERED IN TRAM

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** May 27, 2018

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE      **Date in Location:** May 02, 2018

## Proceedings

**Summary**

**Number of Proceedings:** 1

### Type of Proceeding: Opposition

**Proceeding Number:** 91225279      **Filing Date:** Mar 26, 2018

**Status:** Pending      **Status Date:** Dec 09, 2015

**Interlocutory Attorney:** ELIZABETH WINTER

**Defendant**

**Name:** North American Monetary Exchange Corporation

**Correspondent Address:** LAWRENCE D HILTON
LEGAL TENDER SERVICES PLLC
270 N MAIN ST, STE B
ALPINE UT UNITED STATES , 84004-1440

**Correspondent e-mail:** larry@namx.net

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| NAMX | Opposition Pending | 86561412 | |

**Plaintiff(s)**

**Name:** New York Mercantile Exchange, Inc.

**Correspondent Address:** SARAH B FERGUSON
NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , sferguson@norvellip.com , rhinshaw@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| NYMEX | REGISTERED AND RENEWED | 74205176 | 1731593 |
| NYMEX | REGISTERED AND RENEWED | 76370902 | 2656475 |
| NYMEX | REGISTERED AND RENEWED | 77061274 | 3436974 |
| NYMEX BRENT | Opposition Pending | 86787611 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|-------------|------|----------|
| 1 | FILED AND FEE | Dec 09, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Dec 09, 2015 | Jan 18, 2016 |

| | | |
|---|---|---|
| 3 | PENDING, INSTITUTED | Dec 09, 2015 |
| 4 | ANSWER; MOT TO REOPEN | Feb 01, 2016 |
| 5 | D REQ FOR DISCOVERY CONFERENCE-PHONE | Feb 04, 2016 |
| 6 | BD ORDER: DISCOVERY CONF HELD | Feb 16, 2016 |
| 7 | P MOT FOR EXT W/ CONSENT | Jun 09, 2016 |
| 8 | EXTENSION OF TIME GRANTED | Jun 09, 2016 |
| 9 | P MOT FOR EXT W/O CONSENT | Aug 30, 2016 |
| 10 | P MOT TO COMPEL DISCOVERY | Sep 14, 2016 |
| 11 | SUSP PEND DISP OF OUTSTNDNG MOT | Sep 15, 2016 |
| 12 | D OPP/RESP TO MOTION | Sep 30, 2016 |
| 13 | P REPLY IN SUPPORT OF MOTION | Sep 30, 2016 |
| 14 | TRIAL DATES RESET | Nov 14, 2016 |
| 15 | STIPULATED PROTECTIVE ORDER | Nov 18, 2016 |
| 16 | P MOT FOR EXT W/ CONSENT | Dec 09, 2016 |
| 17 | EXTENSION OF TIME GRANTED | Dec 09, 2016 |
| 18 | TRIAL DATES REMAIN AS SET | Dec 13, 2016 |
| 19 | P MOT FOR EXT W/ CONSENT | Mar 21, 2017 |
| 20 | EXTENSION OF TIME GRANTED | Mar 22, 2017 |
| 21 | P PET TO DISQUALIFY D COUNSEL | Jun 08, 2017 |
| 22 | SUSP PEND DISP OF OUTSTNDNG MOT | Jun 13, 2017 |
| 23 | D OPP/RESP TO MOTION | Jun 29, 2017 |
| 24 | P REBUTTAL RESP IN SUPP OF ITS MOT TO DISQUALIFY | Jul 18, 2017 |
| 25 | DECISION GRANTING PETITION FOR DISQUALIFICATION | Jul 25, 2017 |
| 26 | P MOT FOR EXT W/ CONSENT | Aug 14, 2017 |
| 27 | EXTENSION OF TIME GRANTED | Sep 22, 2017 |
| 28 | P MOT FOR EXT W/ CONSENT | Nov 02, 2017 |
| 29 | EXTENSION OF TIME GRANTED | Nov 02, 2017 |
| 30 | P MOT FOR EXT W/ CONSENT | Jan 12, 2018 |
| 31 | EXTENSION OF TIME GRANTED | Jan 23, 2018 |
| 32 | P MOT FOR EXT W/ CONSENT | Mar 28, 2018 |
| 33 | EXTENSION OF TIME GRANTED | May 30, 2018 |
| 34 | D UNDELIVERABLE MAIL | Jun 11, 2018 |
| 35 | P MOT FOR EXT W/ CONSENT | Jul 03, 2018 |
| 36 | EXTENSION OF TIME GRANTED | Jul 28, 2018 |
| 37 | D UNDELIVERABLE MAIL | Aug 07, 2018 |
| 38 | P MOT FOR EXT W/ CONSENT | Oct 09, 2018 |
| 39 | EXTENSION OF TIME GRANTED | Oct 16, 2018 |
| 40 | D UNDELIVERABLE MAIL | Nov 07, 2018 |
| 41 | P MOT FOR EXT W/ CONSENT | Dec 20, 2018 |
| 42 | EXTENSION OF TIME GRANTED | Jan 07, 2019 |

Int. Cl.: 36

Prior U.S. Cl.: 102

**United States Patent Office**

Reg. No. 1,036,378
Registered Mar. 23, 1976

## SERVICE MARK
**Principal Register**

## COMEX

Commodity Exchange, Inc. (New York corporation)
81 Broad St.
New York, N.Y. 10004

For: OPERATION OF AN EXCHANGE MAR-
KET FOR TRADING IN COMMODITY FUTURES
CONTRACTS, PRIMARILY METALS, in CLASS
36 (U.S. CL. 102).

First use as early as June 13, 1963; in commerce as
early as June 13, 1963.

Ser. No. 35,794, filed Oct. 29, 1974.

**Generated on:** This page was generated by TSDR on 2016-04-21 10:26:30 EDT

**Mark:** COMEX

| | | | |
|---|---|---|---|
| **US Serial Number:** | 73035794 | **Application Filing Date:** | Oct. 29, 1974 |
| **US Registration Number:** | 1036378 | **Registration Date:** | Mar. 23, 1976 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Mar. 05, 2016 | | |

# Mark Information

**Mark Literal Elements:** COMEX

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** OPERATION OF AN EXCHANGE MARKET FOR TRADING IN COMMODITY FUTURES CONTRACTS, PRIMARILY METALS

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jun. 13, 1963

**Use in Commerce:** Jun. 13, 1963

# Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

# Current Owner(s) Information

**Owner Name:** COMMODITY EXCHANGE, INC.

**Owner Address:** World Financial Center, One North End Avenue

NEW YORK, NEW YORK 102821101
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country** NEW YORK
**Where Organized:**

# Attorney/Correspondence Information

## Attorney of Record

**Attorney Name:** Sarah B. Ferguson

**Docket Number:** 13441-457

**Attorney Primary** officeactions@norvellip.com
**Email Address:**

**Attorney Email** Yes
**Authorized:**

## Correspondent

**Correspondent** Sarah B. Ferguson
**Name/Address:** Norvell IP llc
PO Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-** officeactions@norvellip.com sferguson@norvellip.
**mail:** com

**Correspondent e-** Yes
**mail Authorized:**

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Mar. 05, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Mar. 05, 2016 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 75184 |
| Mar. 05, 2016 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 75184 |
| Mar. 04, 2016 | TEAS SECTION 8 & 9 RECEIVED | |
| Mar. 23, 2015 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Jun. 25, 2010 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jun. 25, 2010 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Oct. 09, 2007 | CASE FILE IN TICRS | |
| Jun. 24, 2006 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 75184 |
| Jun. 24, 2006 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jun. 08, 2006 | ASSIGNED TO PARALEGAL | 75184 |
| Mar. 21, 2006 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Mar. 21, 2006 | TEAS SECTION 8 & 9 RECEIVED | |
| Apr. 30, 1996 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Mar. 01, 1996 | REGISTERED - SEC. 9 FILED/CHECK RECORD FOR SEC. 8 | |
| Sep. 09, 1981 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |

# Maintenance Filings or Post Registration Information

**Affidavit of** Section 8 - Accepted
**Continued Use:**

**Affidavit of** Section 15 - Accepted
**Incontestability:**

**Renewal Date:** Mar. 23, 2016

# TM Staff and Location Information

### TM Staff Information - None
### File Location

**Current Location:** GENERIC WEB UPDATE

**Date in Location:** Mar. 05, 2016

# Proceedings

## Summary

| | |
|---|---|
| **Number of Proceedings:** | 4 |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91166861 | **Filing Date:** | Sep 27, 2005 |
| **Status:** | Terminated | **Status Date:** | Apr 20, 2006 |
| **Interlocutory Attorney:** | CHERYL S GOODMAN | | |

#### Defendant

**Name:** BAW Holdings, Inc.

**Correspondent** F. Lane Finch, Jr.
**Address:** HASKELL SLAUGHTER YOUNG & REDIKER
Suite 1400 2100 Park Place North
Birmingham AL , 35203
UNITED STATES

**Correspondent e-mail:** flf@hsy.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| COMEX WIRELESS | Cancelled - Section 8 | 78318403 | 3099925 |

#### Plaintiff(s)

**Name:** NEW YORK MERCANTILE EXCHANGE, INC.

**Correspondent** ADAM D. RESNICK
**Address:** ARENT FOX PLLC
1050 CONNECTICUT AVENUE, N.W.
WASHINGTON DC , 20036
UNITED STATES

**Correspondent e-mail:** resnick.adam@arentfox.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| COMEX | Renewed | 73035794 | 1036378 |

#### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| | FILED AND FEE | Sep 27, 2005 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Oct 11, 2005 | Nov 20, 2005 |
| 3 | PENDING, INSTITUTED | Oct 11, 2005 | |
| 4 | STIPULATION FOR AN EXTENSION OF TIME | Nov 17, 2005 | |
| 5 | EXTENSION OF TIME GRANTED | Nov 17, 2005 | |
| 6 | STIPULATION FOR AN EXTENSION OF TIME | Jan 18, 2006 | |
| 7 | EXTENSION OF TIME GRANTED | Jan 18, 2006 | |
| 8 | STIPULATION FOR AN EXTENSION OF TIME | Feb 17, 2006 | |
| 9 | EXTENSION OF TIME GRANTED | Feb 17, 2006 | |
| 10 | STIPULATION FOR AN EXTENSION OF TIME | Mar 20, 2006 | |
| 11 | EXTENSION OF TIME GRANTED | Mar 20, 2006 | |
| 12 | MOTION TO AMEND APPLICATION | Apr 12, 2006 | |
| 13 | AMDT APPROVED; PL ALLOWED 30 DAYS W/D | Apr 14, 2006 | |
| 14 | WITHDRAWAL OF OPPOSITION | Apr 18, 2006 | |
| 15 | BD'S DECISION: DISMISSED W/O PREJUDICE | Apr 20, 2006 | |
| 16 | TERMINATED | Apr 20, 2006 | |

### Type of Proceeding: Extension of Time

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 78318403 | **Filing Date:** | Apr 26, 2005 |

**Status:** Terminated      **Status Date:** Oct 26, 2005

**Interlocutory Attorney:**

## Defendant

**Name:** BAW Holdings, Inc.

**Correspondent Address:** F. Lane Finch, Jr.
HASKELL SLAUGHTER YOUNG & REDIKER
Suite 1400 2100 Park Place North
Birmingham AL , 35203
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|---------------|---------------------|
| COMEX WIRELESS | Cancelled - Section 8 | 78318403 | 3099925 |

### Potential Opposer(s)

**Name:** New York Mercantile Exchange, Inc., the parent of Commodity Exchange, Inc.

**Correspondent Address:** David C. Gryce, Esq.
Arent Fox PLLC
1050 Connecticut Avenue, NW
Washington DC , 20036-5339
UNITED STATES

**Correspondent e-mail:** tmdocket@arentfox.com

**Name:** NEW YORK MERCANTILE EXCHANGE, INC.

**Correspondent Address:** ADAM D. RESNICK
ARENT FOX PLLC
1050 CONNECTICUT AVENUE, N.W.
WASHINGTON DC , 20036
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|---------------|---------------------|
| COMEX | Renewed | 73035794 | 1036378 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | INCOMING - EXT TIME TO OPPOSE FILED | Apr 26, 2005 | |
| 2 | EXTENSION OF TIME GRANTED | Apr 26, 2005 | |
| 3 | INCOMING - EXT TIME TO OPPOSE FILED | Jul 22, 2005 | |
| 4 | EXTENSION OF TIME GRANTED | Jul 22, 2005 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91155045      **Filing Date:** May 29, 2002

**Status:** Terminated      **Status Date:** Oct 23, 2003

**Interlocutory Attorney:** ANDREW P BAXLEY

## Defendant

**Name:** Global Ecomex Ltd

**Correspondent Address:** Alan W. Young, Esq.
Young Law Firm, P.C.
4370 Alpine Road, Suite 106
Portola Valley CA , 94028
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|---------------|---------------------|
| ECOMEX | Abandoned - After Inter-Partes Decision | 78002901 | |

### Plaintiff(s)

**Name:** NEW YORK MERCANTILE EXCHANGE, INC.

**Correspondent** Melanye K. Johnson

**Address:** ARENT FOX KINTNER PLOTKIN & KAHN, PLLC
1050 Connecticut Avenue, NW
Washington DC , 20036
UNITED STATES

**Associated marks**

| Mark | | Application Status | Serial Number | Registration Number |
|------|---|---|---|---|
| COMEX | | Renewed | 73035794 | 1036378 |
| | | **Prosecution History** | | |
| **Entry Number** | **History Text** | | **Date** | **Due Date** |
| 1 | FILED AND FEE | | May 29, 2002 | |
| 2 | NOTICE AND TRIAL DATES SENT: ANSWER DUE: | | Feb 13, 2003 | Mar 25, 2003 |
| 3 | PENDING, INSTITUTED | | Feb 13, 2003 | |
| 4 | NOTICE OF DEFAULT | | May 27, 2003 | |
| 5 | BOARD'S DECISION: SUSTAINED | | Jul 16, 2003 | |
| 6 | DELETE ENTRY | | Oct 07, 2003 | |
| 7 | TERMINATED | | Oct 23, 2003 | |

## Type of Proceeding: Extension of Time

| Proceeding Number: | 78002901 | Filing Date: | Apr 17, 2002 |
|---|---|---|---|
| Status: | Terminated | Status Date: | Dec 12, 2002 |
| Interlocutory Attorney: | | | |

**Defendant**

**Name:** Global Ecomex Ltd

**Correspondent** Alan W. Young, Esq.
**Address:** Young Law Firm, P.C.
4370 Alpine Road, Suite 106
Portola Valley CA , 94028
UNITED STATES

**Associated marks**

| Mark | | Application Status | Serial Number | Registration Number |
|------|---|---|---|---|
| ECOMEX | | Abandoned - After Inter-Partes Decision | 78002901 | |
| | | **Potential Opposer(s)** | | |

**Name:** NEW YORK MERCANTILE EXCHANGE, INC

**Correspondent** MELANYE K. JOHNSON
**Address:** ARENT FOX KINTNER PLOTKIN & KAHN, PLLC
1050 CONNECTICUT AVENUE, N.W.
WASHINGTON DC , 20036
UNITED STATES

**Associated marks**

| Mark | | Application Status | Serial Number | Registration Number |
|------|---|---|---|---|
| COMEX | | Renewed | 73035794 | 1036378 |
| | | **Prosecution History** | | |
| **Entry Number** | **History Text** | | **Date** | **Due Date** |
| 1 | INCOMING - EXT TIME TO OPPOSE FILED | | Mar 28, 2002 | |
| 2 | EXTENSION OF TIME GRANTED | | Apr 17, 2002 | |
| 3 | INCOMING - EXT TIME TO OPPOSE FILED | | Apr 26, 2002 | |
| 4 | EXTENSION OF TIME GRANTED | | Jun 04, 2002 | |
| 5 | DELETE ENTRY | | Aug 02, 2002 | |
| 6 | COMMUNICATION FROM POT. OPPOSER | | Nov 22, 2002 | |

# United States of America

## United States Patent and Trademark Office

# COMEX

**Reg. No. 5,483,800**

**Registered Jun. 05, 2018**

**Int. Cl.: 36**

**Service Mark**

**Principal Register**

Commodity Exchange, Inc. (NEW YORK CORPORATION)
300 Vesey Street
New York, NEW YORK 10282

CLASS 36: Financial exchange services; commodities exchange services; futures exchange services; options exchange services; providing exchange markets for trading, clearing, confirmation and financial trading risk management in the field of futures and options; financial trading, namely, trading of futures and options related to metals; providing financial market data; electronic financial trading services; providing financial information by electronic means in the field of futures and options; financial information services; financial risk management services; financial trade processing services

FIRST USE 6-13-1963; IN COMMERCE 6-13-1963

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-401,768, FILED 04-06-2017



Director of the United States
Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Generated on: This page was generated by TSDR on 2019-02-17 16:30:23 EST

Mark: COMEX

# COMEX

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87401768 | **Application Filing Date:** | Apr. 06, 2017 |
| **US Registration Number:** | 5483800 | **Registration Date:** | Jun. 05, 2018 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Jun. 05, 2018 | | |
| **Publication Date:** | Mar. 20, 2018 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | COMEX |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Related Properties Information

| | |
|---|---|
| **International Registration Number:** | 1370232 |
| **International Application(s) /Registration(s) Based on this Property:** | A0066248/1370232 |

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | Financial exchange services; commodities exchange services; futures exchange services; options exchange services; providing exchange markets for trading, clearing, confirmation and financial trading risk management in the field of futures and options; financial trading, namely, trading of futures and options related to metals; providing financial market data; electronic financial trading services; providing financial information by electronic means in the field of futures and options; financial information services; financial risk management services; financial trade processing services |
| **International Class(es):** | 036 - Primary Class |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(a) |
| **First Use:** | Jun. 13, 1963 |

**U.S Class(es):** 100, 101, 102

**Use in Commerce:** Jun. 13, 1963

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |

| | | |
|---|---|---|
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

# Current Owner(s) Information

**Owner Name:** Commodity Exchange, Inc.

**Owner Address:** 300 Vesey Street
New York, NEW YORK 10282
UNITED STATES

**Legal Entity Type:** CORPORATION  **State or Country NEW YORK
Where Organized:**

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Sarah B. Ferguson  **Docket Number:** 13441

**Attorney Primary** officeactions@norvellip.com  **Attorney Email** Yes
**Email Address:**  **Authorized:**

**Correspondent**

**Correspondent** SARAH B. FERGUSON
**Name/Address:** NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

**Phone:** 8883150732  **Fax:** 312-268-5063

**Correspondent e-** officeactions@norvellip.com sferguson@norvellip.  **Correspondent e-** Yes
**mail:** com  **mail Authorized:**

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 05, 2018 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 20, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 20, 2018 | PUBLISHED FOR OPPOSITION | |
| Feb. 28, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 12, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 02, 2018 | TEAS/EMAIL CORRESPONDENCE ENTERED | 68123 |
| Feb. 02, 2018 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 68123 |
| Feb. 02, 2018 | TEAS RESPONSE TO SUSPENSION INQUIRY RECEIVED | |
| Jan. 16, 2018 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | 6332 |
| Jan. 16, 2018 | LETTER OF SUSPENSION E-MAILED | 6332 |
| Jan. 16, 2018 | SUSPENSION LETTER WRITTEN | 93675 |
| Dec. 26, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Dec. 26, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Dec. 26, 2017 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jun. 30, 2017 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jun. 30, 2017 | NON-FINAL ACTION E-MAILED | 6325 |
| Jun. 30, 2017 | NON-FINAL ACTION WRITTEN | 93675 |
| Jun. 27, 2017 | ASSIGNED TO EXAMINER | 93675 |
| May 16, 2017 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 68123 |
| May 02, 2017 | ASSIGNED TO LIE | 68123 |
| Apr. 17, 2017 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Apr. 14, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Apr. 10, 2017 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

Current Location: PUBLICATION AND ISSUE SECTION          Date in Location: Jun. 05, 2018

Int. Cl.: 36

Prior U.S. Cl.: 102

**United States Patent and Trademark Office**

Reg. No. 1,303,096
Registered Oct. 30, 1984

**SERVICE MARK**
**Principal Register**



Chicago Mercantile Exchange (Illinois corporation)
444 W. Jackson Blvd.
Chicago, Ill. 60606

For: CONDUCTING A SECURITY, COM-
MODITY, MONETARY AND FINANCIAL IN-
STRUMENTS FUTURES EXCHANGE, in CLASS
36 (U.S. Cl. 102).

First use Nov. 7, 1983; in commerce Nov. 7, 1983.

Ser. No. 452,238, filed Nov. 10, 1983.

NANCY O. HEBERT, Examining Attorney

**Generated on:** This page was generated by TSDR on 2016-04-21 10:27:17 EDT

**Mark:**



**US Serial Number:** 73452238

**US Registration Number:** 1303096

**Register:** Principal

**Mark Type:** Service Mark

**Status:** The registration has been renewed.

**Status Date:** Oct. 04, 2014

**Publication Date:** Aug. 21, 1984

**Application Filing Date:** Nov. 10, 1983

**Registration Date:** Oct. 30, 1984

## Mark Information

**Mark Literal Elements:** None

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S)

**Design Search Code(s):** 01.07.02 - Globes with meridians and parallels only
26.15.12 - Polygons with bars, bands and lines
26.15.21 - Polygons that are completely or partially shaded

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Conducting a Security, Commodity, Monetary and Financial Instruments Futures Exchange

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Nov. 07, 1983

**Use in Commerce:** Nov. 07, 1983

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** CHICAGO MERCANTILE EXCHANGE INC.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606

**Legal Entity Type:** CORPORATION     **State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T. Kucala, Jr.     **Docket Number:** 13439-1104

**Attorney Primary Email Address:** officeactions@norvellip.com     **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Joseph T. Kucala, Jr.
Norvell IP llc
P.O. Box 2461
Chicago, ILLINOIS UNITED STATES 60690

**Phone:** 888-315-0732     **Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com     **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 04, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Oct. 04, 2014 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 76293 |
| Oct. 04, 2014 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 76293 |
| Oct. 01, 2014 | TEAS SECTION 8 & 9 RECEIVED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 26, 2013 | NOTICE OF SUIT | |
| Feb. 21, 2013 | NOTICE OF SUIT | |
| Feb. 07, 2012 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Feb. 07, 2012 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| May 07, 2008 | CASE FILE IN TICRS | |
| Jun. 20, 2006 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Jun. 20, 2006 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jan. 28, 2004 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Jan. 28, 2004 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Nov. 20, 2003 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Feb. 15, 1990 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Dec. 13, 1989 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Oct. 30, 1984 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 21, 1984 | PUBLISHED FOR OPPOSITION | |
| Jun. 19, 1984 | NOTICE OF PUBLICATION | |
| Apr. 24, 1984 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 19, 1984 | EXAMINER'S AMENDMENT MAILED | |
| Apr. 11, 1984 | ASSIGNED TO EXAMINER | |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Oct. 30, 2014

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

Current Location: GENERIC WEB UPDATE          Date in Location: Oct. 04, 2014

# Assignment Abstract Of Title Information

### Summary

Total Assignments: 2                              Registrant: Chicago Mercantile Exchange

## Assignment 1 of 2

Conveyance: MERGER

Reel/Frame: 2724/0893                              Pages: 4

Date Recorded: May 05, 2003

Supporting assignment-tm-2724-0893.pdf
Documents:

**Assignor**

Name: CHICAGO MERCANTILE EXCHANGE          Execution Date: Nov. 09, 2000

Legal Entity Type: CORPORATION          State or Country ILLINOIS
Where Organized:

**Assignee**

Name: CME TRANSITORY CO.

Legal Entity Type: CORPORATION          State or Country DELAWARE
Where Organized:

Address: 30 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606

**Correspondent**

Correspondent BRINKS HOFER GILSON & LIONE
Name:

Correspondent CHRISTOPHER N. BOLINGER
Address: P.O. BOX 10395
CHICAGO, ILLINOIS 60610

**Domestic Representative - Not Found**

## Assignment 2 of 2

Conveyance: MERGER

Reel/Frame: 2725/0474                              Pages: 5

Date Recorded: May 05, 2003

Supporting assignment-tm-2725-0474.pdf
Documents:

**Assignor**

Name: CME TRANSITORY CO.          Execution Date: Nov. 09, 2000

Legal Entity Type: CORPORATION          State or Country No Place Where Organized Found
Where Organized:

**Assignee**

Name: CHICAGO MERCANTILE EXCHANGE INC.

Legal Entity Type: CORPORATION          State or Country DELAWARE
Where Organized:

Address: 30 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606

**Correspondent**

Correspondent BRINKS HOFER GILSON
Name:

Correspondent CHRISTOPHER N. BOLINGER
Address: P.O. BOX 10395
CHICAGO, IL 60610

**Domestic Representative - Not Found**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,369,249**

**Registered July 16, 2013**

**Int. Cls.: 9, 36, and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CHICAGO MERCANTILE EXCHANGE INC. (DELAWARE CORPORATION)
20 S. WACKER DRIVE
CHICAGO, IL 60606

FOR: COMPUTER SOFTWARE FOR USE IN FINANCIAL TRADING, FINANCIAL EX-CHANGE, AND FINANCIAL CLEARING SERVICES; COMPUTER SOFTWARE FOR USE IN TRADING, CLEARING, CONFIRMATION, AND FINANCIAL TRADING RISK MANAGE-MENT FOR EXCHANGE MARKET TRANSACTIONS IN THE FIELD OF FUTURES, OPTIONS, SWAPS, AND OTHER DERIVATIVE CONTRACTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38)

FIRST USE 6-0-2010; IN COMMERCE 6-0-2010.

FOR: FINANCIAL EXCHANGE SERVICES; MONETARY EXCHANGE SERVICES; COM-MODITIES EXCHANGE SERVICES; FUTURES EXCHANGE SERVICES; FINANCIAL IN-FORMATION AND MARKET DATA SERVICES, NAMELY, PROVIDING INFORMATION IN THE FIELD OF FINANCIAL DERIVATIVES AND EQUITY MARKETS; FINANCIAL CLEARING SERVICES; PROVIDING EXCHANGE MARKETS FOR TRADING, CLEARING, CONFIRMATION AND FINANCIAL TRADING RISK MANAGEMENT IN THE FIELD OF FUTURES, OPTIONS, SWAPS, AND OTHER DERIVATIVES CONTRACTS; CONDUCTING COMMODITIES, SECURITIES, MONETARY, AND FINANCIAL INSTRUMENT EXCHANGE AND CLEARING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-0-2010; IN COMMERCE 6-0-2010.

FOR: PROVIDING TEMPORARY ON-LINE USE OF DOWNLOADABLE COMPUTER SOFTWARE FOR USE IN FINANCIAL TRADING, FINANCIAL EXCHANGE AND FINANCIAL CLEARING SERVICES; PROVIDING TEMPORARY ON-LINE USE OF NON-DOWNLOAD-ABLE SOFTWARE FOR TRADING, CLEARING, CONFIRMATION, AND FINANCIAL TRADING RISK MANAGEMENT FOR EXCHANGE MARKET TRANSACTIONS IN THE FIELD OF FUTURES, OPTIONS, SWAPS, AND OTHER DERIVATIVE CONTRACTS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 6-0-2010; IN COMMERCE 6-0-2010.

THE MARK CONSISTS OF GLOBE DESIGN.



Acting Director of the United States Patent and Trademark Office

**Reg. No. 4,369,249** SN 85-436,652, FILED 9-30-2011

JESSICA A. POWERS, EXAMINING ATTORNEY

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL
## TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

### The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2019-02-17 16:30:56 EST

**Mark:**



**US Serial Number:** 85436652

**US Registration Number:** 4369249

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jul. 16, 2013

**Publication Date:** Aug. 28, 2012

**Application Filing Date:** Sep. 30, 2011

**Registration Date:** Jul. 16, 2013

**Notice of Allowance Date:** Oct. 23, 2012

# Mark Information

**Mark Literal Elements:** None

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consists of globe design.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Design Search Code(s):** 01.07.25 - Globes, other

# Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services.
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer software for use in financial trading, financial exchange, and financial clearing services; computer software for use in trading, clearing, confirmation, and financial trading risk management for exchange market transactions in the field of futures, options, swaps, and other derivative contracts

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jun. 2010

**Use in Commerce:** Jun. 2010

**For:** Financial exchange services; monetary exchange services; commodities exchange services; futures exchange services; financial information and market data services, namely, providing information in the field of financial derivatives and equity markets; financial clearing services; providing exchange markets for trading, clearing, confirmation and financial trading risk management in the field of futures, options, swaps, and other derivatives contracts; conducting commodities, securities, monetary, and financial instrument exchange and clearing services

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jun. 2010          **Use in Commerce:** Jun. 2010

**For:** providing temporary on-line use of downloadable computer software for use in financial trading, financial exchange and financial clearing services; providing temporary on-line use of non-downloadable software for trading, clearing, confirmation, and financial trading risk management for exchange market transactions in the field of futures, options, swaps, and other derivative contracts

**International Class(es):** 042 - Primary Class          **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jun. 2010          **Use in Commerce:** Jun. 2010

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION          **State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Joseph T. Kucala, Jr.          **Docket Number:** 13271-1039

**Attorney Primary Email Address:** officeactions@norvelip.com          **Attorney Email Authorized:** No

**Correspondent**

**Correspondent Name/Address:** Joseph T. Kucala, Jr.
Norvell IP llc
PO Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732          **Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com officeactions@norvellip.com          **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 16, 2018 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jul. 16, 2013 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 11, 2013 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Jun. 09, 2013 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 76568 |
| Jun. 06, 2013 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| May 20, 2013 | STATEMENT OF USE PROCESSING COMPLETE | 66230 |

| Apr. 23, 2013 | USE AMENDMENT FILED | 66230 |
| May 10, 2013 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 66230 |
| Apr. 23, 2013 | TEAS STATEMENT OF USE RECEIVED | |
| Oct. 23, 2012 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Sep. 07, 2012 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Sep. 07, 2012 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Aug. 28, 2012 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 28, 2012 | PUBLISHED FOR OPPOSITION | |
| Aug. 15, 2012 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jul. 23, 2012 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 76568 |
| Jul. 23, 2012 | ASSIGNED TO LIE | 76568 |
| Jul. 01, 2012 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 20, 2012 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jun. 20, 2012 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jun. 20, 2012 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 20, 2011 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 20, 2011 | NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 20, 2011 | NON-FINAL ACTION WRITTEN | 82094 |
| Dec. 19, 2011 | ASSIGNED TO EXAMINER | 82094 |
| Oct. 07, 2011 | NOTICE OF DESIGN SEARCH CODE MAILED | |
| Oct. 06, 2011 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Oct. 04, 2011 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

Current Location: PUBLICATION AND ISSUE SECTION            Date in Location: Jun. 09, 2013

Int. Cls.: 9, 36 and 42

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101 and 102

Reg. No. 3,388,102

**United States Patent and Trademark Office**   Registered Feb. 26, 2008

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

# CLEARPORT

NEW YORK MERCANTILE EXCHANGE, INC.
(DELAWARE CORPORATION)
WORLD FINANCIAL CENTER ONE NORTH END
AVE
NEW YORK, NY 102821101

FOR: COMPUTER SOFTWARE FOR USE IN
TRADING, CLEARING, CONFIRMATION, AND
OTHER RELATED SERVICES FOR EXCHANGE
MARKET TRANSACTIONS IN THE FIELD OF
COMMODITY FUTURES, OPTIONS, AND OTHER
DERIVATIVES CONTRACTS, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FIRST USE 1-14-2003; IN COMMERCE 1-16-2003.

FOR: PROVIDING ELECTRONIC ONLINE EX-
CHANGE MARKETS FOR TRADING, CLEARING,
CONFIRMING TRANSACTIONS, AND OTHER RE-
LATED SERVICES IN THE FIELD OF COMMODITY
FUTURES, OPTIONS, AND OTHER DERIVATIVES
CONTRACTS, IN CLASS 36 (U.S. CLS. 100, 101 AND
102).

FIRST USE 1-14-2003; IN COMMERCE 1-16-2003.

FOR: PROVIDING TEMPORARY ON-LINE USE
OF NON-DOWNLOADABLE SOFTWARE FOR
TRADING, CLEARING, CONFIRMATION, AND
OTHER RELATED SERVICES FOR EXCHANGE
MARKET TRANSACTIONS IN THE FIELD OF
COMMODITY FUTURES, OPTIONS, AND OTHER
DERIVATIVES CONTRACTS, IN CLASS 42 (U.S.
CLS. 100 AND 101).

FIRST USE 1-14-2003; IN COMMERCE 1-16-2003.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,890,870 AND
2,943,346.

SER. NO. 77-196,819. FILED 6-4-2007.

AISHA CLARKE, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2019-02-17 16:31:14 EST

**Mark:** CLEARPORT

# CLEARPORT

**US Serial Number:** 77196819

**US Registration Number:** 3388102

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**Status:** The registration has been renewed.

**Status Date:** Jan. 25, 2018

**Publication Date:** Dec. 11, 2007

**Application Filing Date:** Jun. 04, 2007

**Registration Date:** Feb. 26, 2008

## Mark Information

**Mark Literal Elements:** CLEARPORT

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**Claimed Ownership of US Registrations:** 2890870, 2943346

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer software for use in trading, clearing, confirmation, and other related services for exchange market transactions in the field of commodity futures, options, and other derivatives contracts

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jan. 14, 2003

**Use in Commerce:** Jan. 16, 2003

**For:** Providing electronic online exchange markets for trading, clearing, confirming transactions, and other related services in the field of commodity futures, options, and other derivatives contracts

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jan. 14, 2003

**Use in Commerce:** Jan. 16, 2003

**For:** Providing temporary on-line use of non-downloadable software for trading, clearing, confirmation, and other related services for exchange market transactions in the field of commodity futures, options, and other derivatives contracts

**International Class(es):** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

Basis: 1(a)

First Use: Jan. 14, 2003        Use in Commerce: Jan. 16, 2003

## Basis Information (Case Level)

| | | |
|---|---|---|
| Filed Use: Yes | Currently Use: Yes | Amended Use: No |
| Filed ITU: No | Currently ITU: No | Amended ITU: No |
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

## Current Owner(s) Information

Owner Name: CHICAGO MERCANTILE EXCHANGE INC.

Owner Address: 20 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606
UNITED STATES

Legal Entity Type: CORPORATION      State or Country: DELAWARE
Where Organized:

## Attorney/Correspondence Information

**Attorney of Record**

Attorney Name: Joseph T. Kucala, Jr.      Docket Number: 13441-0456

Attorney Primary officeactions@norvellip.com      Attorney Email Yes
Email Address:      Authorized:

**Correspondent**

Correspondent Joseph T. Kucala, Jr.
Name/Address: Norvell IP LLC
PO Box 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

Phone: 888-315-0732      Fax: 312-268-5063

Correspondent e- officeactions@norvellip.com officeactions@norvell      Correspondent e- Yes
mail: ip.com skelleher@norvellip.com mhirsch@norvelli      mail Authorized:
p.com

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 25, 2018 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jan. 25, 2018 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 66607 |
| Jan. 25, 2018 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 66607 |
| Jan. 22, 2018 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 66607 |
| Dec. 27, 2017 | TEAS SECTION 8 & 9 RECEIVED | |
| Dec. 27, 2017 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 26, 2017 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Oct. 29, 2014 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Mar. 18, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Mar. 18, 2014 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 76533 |
| Feb. 24, 2014 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | 76533 |
| Mar. 14, 2014 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 76533 |
| Feb. 24, 2014 | TEAS SECTION 8 & 15 RECEIVED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 25, 2010 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |

| | | |
|---|---|---|
| Jun. 25, 2010 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 26, 2008 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 11, 2007 | PUBLISHED FOR OPPOSITION | |
| Nov. 21, 2007 | NOTICE OF PUBLICATION | |
| Nov. 07, 2007 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 68171 |
| Nov. 07, 2007 | ASSIGNED TO LIE | 68171 |
| Oct. 08, 2007 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 04, 2007 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Oct. 04, 2007 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Oct. 04, 2007 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Sep. 13, 2007 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 13, 2007 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 13, 2007 | NON-FINAL ACTION WRITTEN | 76611 |
| Sep. 12, 2007 | ASSIGNED TO EXAMINER | 76611 |
| Jun. 08, 2007 | NOTICE OF PSEUDO MARK MAILED | |
| Jun. 07, 2007 | NEW APPLICATION ENTERED IN TRAM | |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Feb. 26, 2018

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** Jan. 25, 2018

## Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 1                          **Registrant:** New York Mercantile Exchange, Inc.

**Assignment 1 of 1**

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Reel/Frame:** 5384/0470          **Pages:** 4

**Date Recorded:** Oct. 20, 2014

**Supporting Documents:** assignment-tm-5384-0470.pdf

**Assignor**

**Name:** NEW YORK MERCANTILE EXCHANGE, INC.          **Execution Date:** Dec. 31, 2013

**Legal Entity Type:** CORPORATION          **State or Country Where Organized:** DELAWARE

**Assignee**

**Name:** CHICAGO MERCANTILE EXCHANGE INC.

**Legal Entity Type:** CORPORATION          **State or Country Where Organized:** DELAWARE

**Address:** 20 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606

**Correspondent**

**Correspondent Name:** TATYANA V. GILLES - NORVELL IP LLC

**Correspondent Address:** 357 W. CHICAGO, SUITE 200
CHICAGO, IL 60605

**Domestic Representative - Not Found**

Int. Cl.: 41

Prior U.S. Cl.: 107

## United States Patent and Trademark Office

Reg. No. 1,576,888
Registered Jan. 9, 1990

## SERVICE MARK
### PRINCIPAL REGISTER

## GLOBEX

CHICAGO MERCANTILE EXCHANGE
30 SOUTH WACKER DRIVE
CHICAGO, IL 60606

FOR: CONDUCTING COURSES, SEMINARS AND COMPUTERIZED TRAINING IN TRADING CONTRACTS FOR SECURITIES, COMMODITIES, AND MONETARY AND FINAN-

CIAL INSTRUMENTS ON A FUTURES EXCHANGE, IN CLASS 41 (U.S. CL. 107).

FIRST USE 6-22-1988; IN COMMERCE 6-22-1988.

SER. NO. 73-743,753, FILED 8-2-1988.

TERRY ELLEN HOLTZMAN, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2016-04-21 10:33:08 EDT

**Mark:** GLOBEX

| | | | |
|---|---|---|---|
| **US Serial Number:** 73743753 | | **Application Filing Date:** | Aug. 02, 1988 |
| **US Registration Number:** 1576888 | | **Registration Date:** | Jan. 09, 1990 |

**Register:** Principal

**Mark Type:** Service Mark

**Status:** The registration has been renewed.

**Status Date:** Jul. 17, 2010

**Publication Date:** Oct. 17, 1989

## Mark Information

**Mark Literal Elements:** GLOBEX

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** CONDUCTING COURSES, SEMINARS AND COMPUTERIZED TRAINING IN TRADING CONTRACTS FOR SECURITIES, COMMODITIES, AND MONETARY AND FINANCIAL INSTRUMENTS ON A FUTURES EXCHANGE

**International Class(es):** 041 - Primary Class

**U.S Class(es):** 107

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jun. 22, 1988

**Use in Commerce:** Jun. 22, 1988

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** CHICAGO MERCANTILE EXCHANGE. INC.

**Owner Address:** 20 S. Wacker Drive
CHICAGO, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country DELAWARE
Where Organized:**

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T. Kucala. Jr.

**Docket Number:** 13271/1105

**Attorney Primary** officeactions@norvellip.com
**Email Address:**

**Attorney Email** Yes
**Authorized:**

### Correspondent

**Correspondent** Joseph T. Kucala. Jr.
**Name/Address:** Norvell IP llc
PO Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-** officeactions@norvellip.com officeactions@norvell
**mail:** ip.com

**Correspondent e-** Yes
**mail Authorized:**

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 07, 2012 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Feb. 07, 2012 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Jul. 20, 2011 | CASE FILE IN TICRS | |
| Jul. 13, 2011 | CASE FILE IN TICRS | 67149 |
| Jul. 17, 2010 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 73376 |
| Jul. 17, 2010 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jul. 07, 2010 | TEAS SECTION 8 & 9 RECEIVED | |
| May 11, 2010 | NOTICE OF SUIT | |
| Jun. 23, 2006 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Jun. 23, 2006 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Dec. 13, 2000 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Dec. 13, 2000 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jan. 06, 2000 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Oct. 13, 1995 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Feb. 21, 1995 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Jan. 09, 1990 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 17, 1989 | PUBLISHED FOR OPPOSITION | |
| Sep. 16, 1989 | NOTICE OF PUBLICATION | |
| Aug. 05, 1989 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 29, 1989 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jul. 05, 1989 | EXAMINERS AMENDMENT MAILED | |
| Apr. 10, 1989 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 62918 |
| Apr. 06, 1989 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Oct. 03, 1988 | NON-FINAL ACTION MAILED | |
| Sep. 20, 1988 | ASSIGNED TO EXAMINER | 66832 |

# Maintenance Filings or Post Registration Information

**Affidavit of** Section 8 - Accepted
**Continued Use:**

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Jan. 09, 2010

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** SCANNING ON DEMAND          **Date in Location:** Jul. 20, 2011

## Assignment Abstract Of Title Information

### Summary

**Total Assignments:** 4                    **Registrant:** CHICAGO MERCANTILE EXCHANGE

#### Assignment 1 of 4

**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Reel/Frame:** 0989/0256                    **Pages:** 6

**Date Recorded:** Jun. 11, 1993

**Supporting Documents:** No Supporting Documents Available

**Assignor**

**Name:** CHICAGO MERCANTILE EXCHANGE          **Execution Date:** Mar. 12, 1993

**Legal Entity Type:** NOT FOR PROFIT ILLINOIS CORPORATION     **State or Country Where Organized:** No Place Where Organized Found

**Assignee**

**Name:** P-M-T LIMITED PARTNERSHIP

**Legal Entity Type:** LIMITED PARTNERSHIP          **State or Country Where Organized:** ILLINOIS

**Address:** 30 SOUTH WACKER DRIVE CHICAGO, IL 60606

**Correspondent**

**Correspondent Name:** LESLIE BERTAGNOLLI

**Correspondent Address:** ONE PRUDENTIAL PLAZA
130 EAST RANDOLPH DRIVE
CHICAGO, IL 60466

**Domestic Representative - Not Found**

#### Assignment 2 of 4

**Conveyance:** ASSIGNS THE ENTIRE INTEREST ALONG WITH THE GOODWILL OF THE BUSINESS SUBJECT TO CONDITIONS RECITED. (SEE RECORD FOR DETAILS)

**Reel/Frame:** 0990/0219                    **Pages:** 6

**Date Recorded:** Jun. 15, 1993

**Supporting Documents:** No Supporting Documents Available

**Assignor**

**Name:** P-M-T LIMITED PARTNERSHIP          **Execution Date:** Mar. 12, 1993

**Legal Entity Type:** LIMITED PARTNERSHIP          **State or Country Where Organized:** ILLINOIS

**Assignee**

**Name:** GLOBEX JOINT VENTURE, L.P.

**Legal Entity Type:** LIMITED PARTNERSHIP          **State or Country Where Organized:** DELAWARE

**Address:** 30 SOUTH WACKER
CHICAGO, ILLINOIS 60606

**Correspondent**

**Correspondent Name:** LESLIE BERTAGNOLLI

**Correspondent** ONE PRUDENTIAL PLAZA

**Address:** 130 EAST RANDOLPH DRIVE
CHICAGO, IL 60601

**Domestic Representative - Not Found**

## Assignment 3 of 4

**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Reel/Frame:** 1188/0376      **Pages:** 3

**Date Recorded:** Jul. 25, 1994

**Supporting Documents:** No Supporting Documents Available

### Assignor

**Name:** GLOBEX JOINT VENTURE, L.P.      **Execution Date:** Jun. 27, 1994

**Legal Entity Type:** LIMITED PARTNERSHIP      **State or Country Where Organized:** No Place Where Organized Found

### Assignee

**Name:** P-M-T LIMITED PARTNERSHIP

**Legal Entity Type:** LIMITED PARTNERSHIP      **State or Country Where Organized:** No Place Where Organized Found

**Address:** 30 SOUTH WACKER
CHICAGO, IL 60606

### Correspondent

**Correspondent Name:** LESLIE BERTAGNOLI

**Correspondent Address:** BAKER & MCKENZIE
130 EAST RANDOLPH DRIVE
ONE PRUDENTIAL PLAZA
CHICAGO, IL 60601

**Domestic Representative - Not Found**

## Assignment 4 of 4

**Conveyance:** ASSET PURCHASE AGREEMENT

**Reel/Frame:** 2410/0641      **Pages:** 14

**Date Recorded:** Dec. 17, 2001

**Supporting Documents:** assignment-trn-2410-0641.pdf

### Assignor

**Name:** P-M-T LIMITED PARTNERSHIP      **Execution Date:** May 01, 2000

**Legal Entity Type:** LIMITED PARTNERSHIP      **State or Country Where Organized:** ILLINOIS

### Assignee

**Name:** CHICAGO MERCANTILE EXCHANGE, INC.

**Legal Entity Type:** CORPORATION      **State or Country Where Organized:** DELAWARE

**Address:** 30 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606

### Correspondent

**Correspondent Name:** LESLIE BERTAGNOLLI

**Correspondent Address:** ONE PRUDENTIAL PLAZA
130 EAST RANDOLPH DRIVE
SUITE 3500
CHICAGO, IL 60601

**Domestic Representative - Not Found**

# Proceedings

## Summary

**Number of Proceedings:** 6

**Type of Proceeding: Opposition**

| Proceeding Number: | 91216483 | Filing Date: | May 21, 2014 |
|---|---|---|---|
| Status: | Terminated | Status Date: | Sep 02, 2014 |
| Interlocutory Attorney: | ELIZABETH A DUNN | | |

**Defendant**

Name: UMN, LLC

Correspondent Address: ELY W SLUDER
RAYNDON LAW GROUP PLC
5001 N GRANITE REEF ROAD
SCOTTSDALE AZ , 85250-7456
UNITED STATES

Correspondent e-mail: elyesqlaw@gmail.com , esluder@rayndon.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBEX | Abandoned - After Inter-Partes Decision | 86011936 | |

**Plaintiff(s)**

Name: Chicago Mercantile Exchange Inc.

Correspondent Address: TATYANA V GILLES
NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

Correspondent e-mail: tgilles@norvellip.com , jkucala@norvellip.com , officeactions@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBEX | Renewed | 73743753 | 1576888 |
| GLOBEX | Renewed | 75886451 | 2448961 |
| CME GLOBEX | Section 8 and 15 - Accepted and Acknowledged | 78834279 | 3193924 |
| | Second Extension - Granted | 86287258 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | May 21, 2014 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 22, 2014 | Jul 01, 2014 |
| 3 | PENDING, INSTITUTED | May 22, 2014 | |
| | NOTICE OF DEFAULT | Jul 17, 2014 | |
| 5 | BD DECISION: SUSTAINED | Sep 02, 2014 | |
| 6 | TERMINATED | Sep 02, 2014 | |

**Type of Proceeding: Opposition**

| Proceeding Number: | 91209755 | Filing Date: | Apr 13, 2014 |
|---|---|---|---|
| Status: | Terminated | Status Date: | Jun 03, 2015 |
| Interlocutory Attorney: | BENJAMIN U OKEKE | | |

**Defendant**

Name: Globex International Inc.

Correspondent Address: MONICA P MCCABE
VANDENBERG & FELIU LLP
60 E 42ND ST FL 51
NEW YORK NY , 10165 0042
UNITED STATES

Correspondent e-mail: trademarks@vanfeliu.com

**Associated marks**

| | | Serial | Registration |
|---|---|---|---|

| Mark | Application Status | Number | Number |
|---|---|---|---|
| GLOBEX | Abandoned - After Inter-Partes Decision | 85637719 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** JOSEPH T KUCALA JR
**Address:** NORVELL IP LLC
357 W CHICAGO AVE, SUITE 200
CHICAGO IL , 60654
UNITED STATES

**Correspondent e-mail:** tgilles@norvellip.com , officeactions@norvellip.com , jkucala@norvellip.com

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBEX | Renewed | 73743753 | 1576888 |
| GLOBEX | Renewed | 75886451 | 2448961 |
| CME GLOBEX | Section 8 and 15 - Accepted and Acknowledged | 78834279 | 3193924 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 13, 2013 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 13, 2013 | Apr 22, 2013 |
| 3 | PENDING, INSTITUTED | Mar 13, 2013 | |
| 4 | D MOT FOR EXT W/ CONSENT | Apr 22, 2013 | |
| 5 | EXTENSION OF TIME GRANTED | Apr 22, 2013 | |
| 6 | P CHANGE OF CORRESP ADDRESS | May 15, 2013 | |
| 7 | D MOT FOR EXT W/ CONSENT | May 17, 2013 | |
| 8 | EXTENSION OF TIME GRANTED | May 17, 2013 | |
| 9 | D MOT FOR EXT W/ CONSENT | Jun 13, 2013 | |
| 10 | EXTENSION OF TIME GRANTED | Jun 13, 2013 | |
| 11 | D MOT FOR EXT W/ CONSENT | Jul 17, 2013 | |
| 12 | EXTENSION OF TIME GRANTED | Jul 17, 2013 | |
| 13 | D MOT FOR EXT W/ CONSENT | Aug 19, 2013 | |
| 14 | EXTENSION OF TIME GRANTED | Aug 19, 2013 | |
| 15 | D MOT FOR EXT W/ CONSENT | Sep 17, 2013 | |
| 16 | EXTENSION OF TIME GRANTED | Sep 17, 2013 | |
| 17 | D MOT FOR EXT W/ CONSENT | Oct 17, 2013 | |
| 18 | EXTENSION OF TIME GRANTED | Oct 17, 2013 | |
| 19 | D MOT FOR EXT W/ CONSENT | Nov 14, 2013 | |
| 20 | EXTENSION OF TIME GRANTED | Nov 14, 2013 | |
| 21 | D MOT FOR EXT W/ CONSENT | Dec 16, 2013 | |
| 22 | EXTENSION OF TIME GRANTED | Dec 16, 2013 | |
| 23 | D MOT FOR EXT W/ CONSENT | Jan 16, 2014 | |
| 24 | EXTENSION OF TIME GRANTED | Jan 16, 2014 | |
| 25 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Feb 11, 2014 | |
| 26 | SUSPENDED | Feb 11, 2014 | |
| 27 | D MOT FOR EXT W/ CONSENT | Mar 13, 2014 | |
| 28 | EXTENSION OF TIME GRANTED | Mar 13, 2014 | |
| 29 | D MOT FOR EXT W/ CONSENT | Apr 13, 2014 | |
| 30 | EXTENSION OF TIME GRANTED | Apr 15, 2014 | |
| 31 | D MOT FOR EXT W/ CONSENT | May 15, 2014 | |
| 32 | EXTENSION OF TIME GRANTED | May 21, 2014 | |
| 33 | D MOT FOR EXT W/ CONSENT | Jun 06, 2014 | |
| 34 | EXTENSION OF TIME GRANTED | Jun 12, 2014 | |
| 35 | D MOT FOR EXT W/ CONSENT | Jul 14, 2014 | |
| 36 | EXTENSION OF TIME GRANTED | Jul 25, 2014 | |
| 37 | D MOT FOR EXT W/ CONSENT | Aug 13, 2014 | |

| 38 | EXTENSION OF TIME GRANTED | Aug 18, 2014 |
| 39 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Oct 10, 2014 |
| 40 | EXTENSION OF TIME GRANTED | Nov 21, 2014 |
| 41 | STIP FOR EXT | Dec 11, 2014 |
| 42 | ANSWER | Dec 15, 2014 |
| 43 | EXTENSION OF TIME GRANTED | Dec 29, 2014 |
| 44 | W/DRAW OF APPLICATION | May 29, 2015 |
| 45 | BD DECISION: DISMISSED W/O PREJ | Jun 03, 2015 |
| 46 | TERMINATED | Jun 03, 2015 |

## Type of Proceeding: Opposition

**Proceeding Number:** 91122818

**Filing Date:** May 14, 2001

**Status:** Terminated

**Status Date:** Apr 08, 2004

**Interlocutory Attorney:** ANDREW P BAXLEY

### Defendant

**Name:** GLOBIX CORPORATION

**Correspondent Address:** AMY J. BENJAMIN
DARBY & DARBY P.C.
805 THIRD AVENUE
NEW YORK NY , 10022
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| GLOBOX | Cancelled - Section 8 | 75886868 | 2947063 |

### Plaintiff(s)

**Name:** CHICAGO MERCANTILE EXCHANGE, INC.

**Correspondent Address:** CHRISTOPHER N. BOLINGER
BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| GLOBEX | Renewed | 73743753 | 1576888 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
|  | FILED AND FEE | May 14, 2001 |  |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 18, 2001 | Jun 27, 2001 |
| 3 | PENDING, INSTITUTED | May 18, 2001 |  |
| 4 | ANSWER | Jun 26, 2001 |  |
| 5 | DEF'S SUBSTITUTE OF ATTY | Jul 02, 2001 |  |
| 6 | PL'S FIRST SET OF INTERROGATORIES | Feb 25, 2002 |  |
| 7 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Mar 07, 2002 |  |
| 8 | P'S DOCUMENT REQUESTS | Feb 19, 2002 |  |
| 9 | TRIAL DATES RESET | Mar 27, 2002 |  |
| 10 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Apr 08, 2002 |  |
| 11 | TRIAL DATES RESET | Apr 23, 2002 |  |
| 12 | P'S CHANGE OF ATTORNEY | Jun 03, 2002 |  |
| 13 | D'S MOTION FOR AN EXTENSION OF TIME | Aug 30, 2002 |  |
| 14 | PL'S NOTICE OF RELIANCE | Sep 06, 2002 |  |
| 15 | PL'S COPY OF REG# | Sep 19, 2002 |  |
| 16 | D'S OP TO MOT TO EXTEND | Sep 19, 2002 |  |
| 17 | P'S REPLY FOR MOTION TO EXT | Sep 24, 2002 |  |
| 18 | P'S MOTION GRANTED/TRAIL DATES RESET | Nov 05, 2002 |  |

| 19 | P'S NOTICE OF RELIANCE | Dec 16, 2002 |
| 20 | DEF'S NOTICE OF FILING OF CERTIFIED TRANSCRIPT OF ARMAN FALSAFI. | Jan 02, 2003 |
| 21 | D'S CERTIFIED TRANSCRIPT | Jan 24, 2003 |
| 22 | PL'S MAIN BRIEF | Jun 02, 2003 |
| 23 | PL'S REQUEST FOR ORAL HEARING | Jun 09, 2003 |
| 24 | DEF'S TRIAL BRIEF | Jul 03, 2003 |
| 25 | ORAL HEARING SCHEDULED 09/25/03 | Jul 24, 2003 |
| 26 | P'S REPLY BRIEF | Jul 28, 2003 |
| 27 | ORAL HEARING SCHEDULED 10/09/03 | Sep 24, 2003 |
| 28 | REQUEST FOR ORAL HEARING | Sep 23, 2003 |
| 29 | APPEARANCE RECORD | Oct 09, 2003 |
| 30 | BOARD'S DECISION: DISMISSED | Apr 08, 2004 |
| 31 | TERMINATED | Jul 14, 2004 |
| 32 | TERMINATED | Sep 22, 2004 |

## Type of Proceeding: Opposition

**Proceeding Number:** 91117543

**Filing Date:** Mar 16, 2000

**Status:** Terminated

**Status Date:** Apr 08, 2004

**Interlocutory Attorney:** ANDREW P BAXLEY

### Defendant

**Name:** GLOBIX CORPORATION

**Correspondent Address:** AMY J. BENJAMIN
DARBY & DARBY, P.C.
805 THIRD AVENUE
NEW YORK NY , 10022
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBIX COMMUNICATIONS | Abandoned - No Statement Of Use Filed | 75475753 | |

### Plaintiff(s)

**Name:** CHICAGO MERCANTILE EXCHANGE, INC.

**Correspondent Address:** CHRISTOPHER N. BOLINGER
BRINKS HOFER GILSON & LIONE
P. O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBEX | Renewed | 73743753 | 1576888 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 16, 2000 | |
| 2 | NOTICE SENT; TRIAL DATES RESET; ANSWER DUE | Jun 07, 2000 | Jul 17, 2000 |
| 3 | PENDING, INSTITUTED | Jun 07, 2000 | |
| 4 | DEF CHANGE OF ADDRESS | Jul 20, 2000 | |
| 5 | OPP REMAILED;TRIAL DATES SET, ANSWER DUE 40 DAYS | Feb 15, 2001 | |
| 6 | DEF MOT TO EXT W/CON | Mar 27, 2001 | |
| 7 | DEF MOT TO EXT W/CON CHANGE OF ADDRESS | May 25, 2001 | |
| 8 | ANSWER | Jul 27, 2001 | |
| 9 | PL'S MOT TO EXT W/CON | Oct 10, 2001 | |
| 10 | PL'S STIP. MOTION TO EXTEND DISCOVERY AN D TESTIMONY PERIODS | Feb 04, 2002 | |
| 11 | PL'S STIP. MOTION TO EXTEND DISCOVERY AN D TESTIMONY PERIOD | Mar 04, 2002 | |
| 12 | PL'S MOT TO CONSOLIDATE W/123,117 AND 11 7,620 | Apr 12, 2002 | |
| 13 | GRNT'D CONSOLIDATION W/123117 AND 123543 ; TRIAL DATES RESET | May 30, 2002 | |

| | | |
|---|---|---|
| 14 | PL'S REVOC & P/A | Jun 03, 2002 |
| 15 | P'S NOTICE OF RELIANCE | Sep 18, 2002 |
| 16 | PL'S COMMUNICATION | Oct 15, 2002 |
| 17 | TESTIMONY FOR PLAINTIFF | Dec 05, 2002 |
| 18 | TESTIMONY FOR DEFENDANT | Dec 12, 2002 |
| 19 | DEFENDANT'S NOTICE OF TAKING TESTIMONY | Jan 24, 2003 |
| 20 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Feb 27, 2003 |
| 21 | DELETE ENTRY | Mar 21, 2003 |
| 22 | GRANTED P'S #20 | Mar 21, 2003 |
| 23 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | May 02, 2003 |
| 24 | PL MAIN BRIEF | Jun 02, 2003 |
| 25 | DEF TRIAL BREIF | Jul 03, 2003 |
| 26 | DEFENDANT'S NOTICE OF RELIANCE | Nov 15, 2002 |
| 27 | PL REQUEST FOR ORAL HEARING | Jun 09, 2003 |
| 28 | ORAL HEARING SCHEDULED 09/25/03 | Jul 24, 2003 |
| 29 | PL'S REPLY BRIEF | Jul 21, 2003 |
| 30 | REQUEST TO RESCHEDULE ORAL HEARING | Sep 24, 2003 |
| 31 | PL'S REQ TO RESCHEDULE ORAL HEARING | Sep 19, 2003 |
| 32 | ORAL HEARING SCHEDULED 10/09/03 | Sep 24, 2003 |
| 33 | APPEARANCE RECORD | Oct 09, 2003 |
| 34 | BOARD'S DECISION: DISMISSED | Apr 08, 2004 |
| 35 | TERMINATED | Jul 12, 2004 |

## Type of Proceeding: Opposition

**Proceeding Number:** 91123117   **Filing Date:** Mar 14, 2000

**Status:** Terminated   **Status Date:** Sep 14, 2004

**Interlocutory Attorney:** ANDREW P BAXLEY

### Defendant

**Name:** GLOBIX CORPORATION

**Correspondent Address:** AMY J. BENJAMIN
DARBY & DARBY P.C.
805 THIRD AVENUE
NEW YORK NY , 10022
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBIX | Cancelled - Section 8 | 75476115 | 3013469 |

### Plaintiff(s)

**Name:** CHICAGO MERCANTILE EXCHANGE, INC.

**Correspondent Address:** CHRISTOPHER N. BOLINGER
BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBEX | Renewed | 73743753 | 1576888 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 14, 2000 | |
| 2 | NOTICE AND TRIAL DATES SENT: ANSWER DUE: | Oct 31, 2001 | Dec 10, 2001 |
| 3 | PENDING, INSTITUTED | Oct 31, 2001 | |
| 4 | ANSWER | Dec 10, 2001 | |
| 5 | PL'S MOT TO EXT W/CON | Apr 12, 2002 | |

| 6 | PARTIES MOTION TO CONSOLIDATE 123117 W/1 17543 | Apr 12, 2002 |
| 7 | GRANTED CONSOLIDATION W/117,543 AND 117, 620; TRIAL DATES RESET | May 30, 2002 |
| 8 | PL'S REVOC AND P/A | Jun 03, 2002 |
| 9 | D'S NOTICE OF RELIANCE | Nov 15, 2002 |
| 10 | ORAL HEARING SCHEDULED 09/25/03 | Jul 24, 2003 |
| 11 | ORAL HEARING CANCELLED | Sep 23, 2003 |
| 12 | REQUEST FOR RESCHEDULED ORAL ARGUMENT | Sep 19, 2003 |
| 13 | ORAL HEARING SCHEDULED 10/09/2003 | Sep 24, 2003 |
| 14 | APPEARANCE RECORD | Oct 09, 2003 |
| 15 | BOARD'S DECISION: DISMISSED | Apr 08, 2004 |
| 16 | TERMINATED | Sep 14, 2004 |

## Type of Proceeding: Opposition

**Proceeding Number:** 91113488

**Filing Date:** Nov 23, 1993

**Status:** Terminated

**Status Date:** Apr 15, 1999

**Interlocutory Attorney:** ANGELA LYKOS

### Defendant

**Name:** DEUTSCHE MESSE AG

**Correspondent Address:** SUSAN A. RICHARDS
FOLEY & LARDNER
3000 K STREET, N.W. SUITE 500
WASHINGTON DC , 20007
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBIS | Cancelled - Section 8 | 75258514 | 3051910 |

### Plaintiff(s)

**Name:** CHICAGO MERCANTILE EXCHANGE

**Correspondent Address:** THOMAS L. HOLT
BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBEX | Renewed | 73743753 | 1576888 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Nov 23, 1998 | |
| 2 | PENDING, INSTITUTED | Apr 15, 1999 | |
| 3 | DEF'S REQ TO EXT TIME W/CONSENT | May 21, 1999 | |
| 4 | DEF'S REQ TO EXT TIME W/CONSENT | Jun 22, 1999 | |
| 5 | DEF'S REQ TO EXT TIME W/CONSENT | Jul 23, 1999 | |
| 6 | PROC.'S SUSP. SIX MONTHS | Jul 28, 1999 | |
| 7 | PL'S MOT TO SUSPEND PROCEEDINGS W/CON | Feb 02, 2000 | |
| 8 | DEF'S MOT TO SUSPEND PROCEEDINGS W/CON | Aug 07, 2000 | |
| 9 | DEF'S MOT TO SUSPEND PROCEEDINGS W/CON | Jan 18, 2001 | |
| 10 | DEF'S MOT TO SUSPEND PROCEEDINGS | May 30, 2001 | |
| 11 | SUSPENDED | Jun 05, 2001 | |
| 12 | PL'S MOT TO SUSPEND PROCEEDINGS | Dec 07, 2001 | |
| 13 | PL'S REV AND SUBSTITUTION OF POWER OF ATTORNEY | Jun 03, 2002 | |
| 14 | ANSWER DUE: 9/8/02; TRIAL DATES RESET | Aug 09, 2002 | |
| 15 | D'S MOT FOR EXTEN. OF TIME W/ CONSENT | Sep 09, 2002 | |
| 16 | D'S MOT FOR EXTEN. OF TIME W/ CONSENT | Oct 04, 2002 | |

| 17 | SUSPENDED | Oct 28, 2002 |
| 18 | STIP TO SUSPEND PROCEEDINGS; AMENDMENT | Apr 25, 2003 |
| 19 | SUSPENDED | May 29, 2003 |
| 20 | BD'S DECISION: DISMISSED W/O PREJUDICE | Mar 07, 2005 |
| 21 | TERMINATED | Mar 07, 2005 |

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,448,961
Registered May 8, 2001

### SERVICE MARK
### PRINCIPAL REGISTER

## GLOBEX

P-M-T LIMITED PARTNERSHIP (ILLINOIS LIM-
ITED PARTNERSHIP)
30 SOUTH WACKER DRIVE
CHICAGO, IL 60606

FOR: CONDUCTING COMMODITIES, SECURI-
TIES, MONETARY AND FINANCIAL INSTRU-
MENTS FUTURES AND OPTIONS EXCHANGE
SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1992; IN COMMERCE 0-0-1992.

OWNER OF U.S. REG. NO. 1,576,888.

SER. NO. 75-886,451, FILED 1-4-2000.

BARBARA RUTLAND, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,448,961

**United States Patent and Trademark Office**    Registered May 8, 2001

## SERVICE MARK
### PRINCIPAL REGISTER

## GLOBEX

P-M-T LIMITED PARTNERSHIP (ILLINOIS LIM-
   ITED PARTNERSHIP)
30 SOUTH WACKER DRIVE
CHICAGO, IL 60606

FOR: CONDUCTING COMMODITIES, SECURI-
TIES, MONETARY AND FINANCIAL INSTRU-
MENTS FUTURES AND OPTIONS EXCHANGE
SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1992; IN COMMERCE 0-0-1992.

OWNER OF U.S. REG. NO. 1,576,888.

SER. NO. 75-886,451, FILED 1-4-2000.

BARBARA RUTLAND, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2016-04-21 10:34:05 EDT

**Mark:** GLOBEX

**GLOBEX**

**US Serial Number:** 75886451

**US Registration Number:** 2448961

**Register:** Principal

**Mark Type:** Service Mark

**Status:** The registration has been renewed.

**Status Date:** Apr. 01, 2011

**Publication Date:** Feb. 13, 2001

**Application Filing Date:** Jan. 04, 2000

**Registration Date:** May 08, 2001

# Mark Information

**Mark Literal Elements:** GLOBEX

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

# Related Properties Information

**Claimed Ownership of US Registrations:** 1576888

# Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks "..." identify additional (new) wording in the goods/services.

**For:** conducting commodities, securities, monetary and financial instruments futures and options exchange services

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** 1992

**Use in Commerce:** 1992

# Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

# Current Owner(s) Information

**Owner Name:** CHICAGO MERCANTILE EXCHANGE, INC.

**Owner Address:** 20 SOUTH WACKER DRIVE

CHICAGO, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country** DELAWARE
**Where Organized:**

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T. Kucala, Jr.

**Docket Number:** 13271/1106

**Attorney Primary** officeactions@norvellip.com
**Email Address:**

**Attorney Email** Yes
**Authorized:**

### Correspondent

**Correspondent** Joseph T. Kucala, Jr.
**Name/Address:** Norvell IP llc
PO Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-** officeactions@norvellip.com officeactions@norvell
**mail:** ip.com

**Correspondent e-** Yes
**mail Authorized:**

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 07, 2012 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Feb. 07, 2012 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Apr. 01, 2011 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 73376 |
| Apr. 01, 2011 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Mar. 29, 2011 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | 73376 |
| Apr. 01, 2011 | REVIEW OF CORRESPONDENCE COMPLETE | 73376 |
| Apr. 01, 2011 | REVIEW OF CORRESPONDENCE COMPLETE | 73376 |
| Mar. 30, 2011 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 73376 |
| Mar. 29, 2011 | TEAS SECTION 8 & 9 RECEIVED | |
| May 11, 2010 | NOTICE OF SUIT | |
| Jun. 07, 2007 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 60234 |
| Jun. 05, 2007 | ASSIGNED TO PARALEGAL | 60234 |
| May 04, 2007 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| May 04, 2007 | PAPER RECEIVED | |
| Nov. 02, 2006 | CASE FILE IN TICRS | |
| Jun. 23, 2006 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Jun. 23, 2006 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| May 08, 2001 | REGISTERED-PRINCIPAL REGISTER | |
| Feb. 13, 2001 | PUBLISHED FOR OPPOSITION | |
| Jan. 12, 2001 | NOTICE OF PUBLICATION | |
| Sep. 07, 2000 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 16, 2000 | EXAMINER'S AMENDMENT MAILED | |
| Aug. 14, 2000 | ASSIGNED TO EXAMINER | 76626 |
| Mar. 18, 2000 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | |

## Maintenance Filings or Post Registration Information

**Affidavit of** Section 8 - Accepted
**Continued Use:**

**Affidavit of** Section 15 - Accepted
**Incontestability:**

**Renewal Date:** May 08, 2011

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

Current Location: GENERIC WEB UPDATE   Date in Location: Apr. 01, 2011

## Assignment Abstract Of Title Information

**Summary**

Total Assignments: 1   Registrant: P-M-T Limited Partnership

### Assignment 1 of 1

Conveyance: ASSET PURCHASE AGREEMENT

Reel/Frame: 2410/0641

Pages: 14

Date Recorded: Dec. 17, 2001

Supporting assignment-tm-2410-0641.pdf
Documents:

**Assignor**

Name: P-M-T LIMITED PARTNERSHIP   Execution Date: May 01, 2000

Legal Entity Type: LIMITED PARTNERSHIP   State or Country ILLINOIS
Where Organized:

**Assignee**

Name: CHICAGO MERCANTILE EXCHANGE, INC.

Legal Entity Type: CORPORATION   State or Country DELAWARE
Where Organized:

Address: 30 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606

**Correspondent**

Correspondent LESLIE BERTAGNOLLI
Name:

Correspondent ONE PRUDENTIAL PLAZA
Address: 130 EAST RANDOLPH DRIVE
SUITE 3500
CHICAGO, IL 60601

**Domestic Representative - Not Found**

## Proceedings

**Summary**

Number of 7
Proceedings:

### Type of Proceeding: Opposition

Proceeding 91216483
Number:

Filing Date: May 21, 2014

Status: Terminated   Status Date: Sep 02, 2014

Interlocutory ELIZABETH A DUNN
Attorney:

**Defendant**

Name: UMN, LLC

Correspondent ELY W SLUDER
Address: RAYNDON LAW GROUP PLC
5001 N GRANITE REEF ROAD
SCOTTSDALE AZ , 85250-7456
UNITED STATES

Correspondent e- elyesglaw@gmail.com , esluder@rayndon.com
mail:

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|---------------|---------------------|

| GLOBEX | Abandoned - After Inter-Partes Decision | 86011936 |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** TATYANA V GILLES
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-** tgilles@norvellip.com , jkucala@norvellip.com , officeactions@norvellip.com
**mail:**

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| GLOBEX | Renewed | 73743753 | 1576888 |
| GLOBEX | Renewed | 75886451 | 2448961 |
| CME GLOBEX | Section 8 and 15 - Accepted and Acknowledged | 78834279 | 3193924 |
| | Second Extension - Granted | 86287258 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|-------------|------|----------|
| 1 | FILED AND FEE | May 21, 2014 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 22, 2014 | Jul 01, 2014 |
| 3 | PENDING, INSTITUTED | May 22, 2014 | |
| 4 | NOTICE OF DEFAULT | Jul 17, 2014 | |
| 5 | BD DECISION: SUSTAINED | Sep 02, 2014 | |
| 6 | TERMINATED | Sep 02, 2014 | |

**Type of Proceeding: Opposition**

**Proceeding** 91209755
**Number:**

**Filing Date:** Apr 13, 2014

**Status:** Terminated

**Status Date:** Jun 03, 2015

**Interlocutory** BENJAMIN U OKEKE
**Attorney:**

**Defendant**

**Name:** Globex International Inc.

**Correspondent** MONICA P MCCABE
**Address:** VANDENBERG & FELIU LLP
60 E 42ND ST FL 51
NEW YORK NY , 10165 0042
UNITED STATES

**Correspondent e-** trademarks@vanfeliu.com
**mail:**

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| GLOBEX | Abandoned - After Inter-Partes Decision | 85637719 | |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** JOSEPH T KUCALA JR
**Address:** NORVELL IP LLC
357 W CHICAGO AVE, SUITE 200
CHICAGO IL , 60654
UNITED STATES

**Correspondent e-** tgilles@norvellip.com , officeactions@norvellip.com , jkucala@norvellip.com
**mail:**

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| GLOBEX | Renewed | 73743753 | 1576888 |
| GLOBEX | Renewed | 75886451 | 2448961 |
| CME GLOBEX | Section 8 and 15 - Accepted and Acknowledged | 78834279 | 3193924 |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 13, 2013 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 13, 2013 | Apr 22, 2013 |
| 3 | PENDING, INSTITUTED | Mar 13, 2013 | |
| 4 | D MOT FOR EXT W/ CONSENT | Apr 22, 2013 | |
| 5 | EXTENSION OF TIME GRANTED | Apr 22, 2013 | |
| 6 | P CHANGE OF CORRESP ADDRESS | May 15, 2013 | |
| 7 | D MOT FOR EXT W/ CONSENT | May 17, 2013 | |
| 8 | EXTENSION OF TIME GRANTED | May 17, 2013 | |
| 9 | D MOT FOR EXT W/ CONSENT | Jun 13, 2013 | |
| 10 | EXTENSION OF TIME GRANTED | Jun 13, 2013 | |
| 11 | D MOT FOR EXT W/ CONSENT | Jul 17, 2013 | |
| 12 | EXTENSION OF TIME GRANTED | Jul 17, 2013 | |
| 13 | D MOT FOR EXT W/ CONSENT | Aug 19, 2013 | |
| 14 | EXTENSION OF TIME GRANTED | Aug 19, 2013 | |
| 15 | D MOT FOR EXT W/ CONSENT | Sep 17, 2013 | |
| 16 | EXTENSION OF TIME GRANTED | Sep 17, 2013 | |
| 17 | D MOT FOR EXT W/ CONSENT | Oct 17, 2013 | |
| 18 | EXTENSION OF TIME GRANTED | Oct 17, 2013 | |
| 19 | D MOT FOR EXT W/ CONSENT | Nov 14, 2013 | |
| 20 | EXTENSION OF TIME GRANTED | Nov 14, 2013 | |
| 21 | D MOT FOR EXT W/ CONSENT | Dec 16, 2013 | |
| 22 | EXTENSION OF TIME GRANTED | Dec 16, 2013 | |
| 23 | D MOT FOR EXT W/ CONSENT | Jan 16, 2014 | |
| 24 | EXTENSION OF TIME GRANTED | Jan 16, 2014 | |
| 25 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Feb 11, 2014 | |
| 26 | SUSPENDED | Feb 11, 2014 | |
| 27 | D MOT FOR EXT W/ CONSENT | Mar 13, 2014 | |
| 28 | EXTENSION OF TIME GRANTED | Mar 13, 2014 | |
| 29 | D MOT FOR EXT W/ CONSENT | Apr 13, 2014 | |
| 30 | EXTENSION OF TIME GRANTED | Apr 15, 2014 | |
| 31 | D MOT FOR EXT W/ CONSENT | May 15, 2014 | |
| 32 | EXTENSION OF TIME GRANTED | May 21, 2014 | |
| 33 | D MOT FOR EXT W/ CONSENT | Jun 06, 2014 | |
| 34 | EXTENSION OF TIME GRANTED | Jun 12, 2014 | |
| 35 | D MOT FOR EXT W/ CONSENT | Jul 14, 2014 | |
| 36 | EXTENSION OF TIME GRANTED | Jul 25, 2014 | |
| 37 | D MOT FOR EXT W/ CONSENT | Aug 13, 2014 | |
| 38 | EXTENSION OF TIME GRANTED | Aug 18, 2014 | |
| 39 | D MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Oct 10, 2014 | |
| 40 | EXTENSION OF TIME GRANTED | Nov 21, 2014 | |
| 41 | STIP FOR EXT | Dec 11, 2014 | |
| 42 | ANSWER | Dec 15, 2014 | |
| 43 | EXTENSION OF TIME GRANTED | Dec 29, 2014 | |
| 44 | W/DRAW OF APPLICATION | May 29, 2015 | |
| 45 | BD DECISION: DISMISSED W/O PREJ | Jun 03, 2015 | |
| 46 | TERMINATED | Jun 03, 2015 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91156998

**Filing Date:** Jun 23, 2003

**Status:** Terminated

**Status Date:** Jan 08, 2005

**Interlocutory Attorney:** ANGELA LYKOS

**Defendant**

**Name:** OBEX Group LLC

**Correspondent Address:** STEPHEN B. SALAI
HARTER SECREST & EMERY LLP
1600 BAUSCH & LOMB PLACE
ROCHESTER NY , 14604-2711
UNITED STATES

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| OBEX | Renewed | 76358489 | 2947213 |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent Address:** JOHN T. GABRIELIDES
BRINKS, HOFER, GILSON & LIONE
P.O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBEX | Renewed | 75886451 | 2448961 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| | FILED AND FEE | Jun 23, 2003 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jul 10, 2003 | Aug 19, 2003 |
| 3 | PENDING, INSTITUTED | Jul 10, 2003 | |
| 4 | ANSWER | Sep 08, 2003 | |
| 5 | PL'S MOTION TO CONSOLIDATE IS GRANTED | Apr 19, 2004 | |
| 6 | BD'S DECISION: DISMISSED W/ PREJUDICE | Jan 06, 2005 | |
| 7 | TERMINATED | Jan 06, 2005 | |
| 8 | PL'S W/D OF OPPOSITIONS | Jan 06, 2005 | |
| 9 | TERMINATED | Jan 11, 2005 | |

### Type of Proceeding: Opposition

**Proceeding Number:** 91155956

**Filing Date:** Mar 31, 2003

**Status:** Terminated

**Status Date:** Apr 14, 2003

**Interlocutory Attorney:** ANGELA LYKOS

### Defendant

**Name:** GLOBIX CORPORATION

**Correspondent Address:** AMANDA LAURA NYE
DARBY & DARBY P.C.
805 THIRD AVENUE
NEW YORK NY , 10022
UNITED STATES

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBIX THE GLOBAL INTERNET EXCHANGE | Cancelled - Section 8 | 76096722 | 2947095 |

### Plaintiff(s)

**Name:** CHICAGO MERCHANTILE EXCHANGE INC.

**Correspondent Address:** CHRISTOPHER N. BOLINGER
BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBEX | Renewed | 75886451 | 2448961 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Mar 31, 2003 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Apr 14, 2003 | May 24, 2003 |
| 3 | PENDING, INSTITUTED | Apr 14, 2003 | |
| 4 | ANSWER AND AFFIRMATIVE DEF | May 27, 2003 | |
| 5 | D'S MOT TO SUSPEND W/CON | Sep 29, 2003 | |
| 6 | SUSPENDED | Oct 28, 2003 | |
| 7 | PROC ARE SUSPENDED PENDING FINAL DEP | Mar 08, 2004 | |
| 8 | DEF'S FINAL ORDER AND REQ FOR ORDER DISMISSING THE OPP | Jun 29, 2004 | |
| 9 | BD'S DECISION: DISMISSED W/ PREJUDICE | Sep 22, 2004 | |
| 10 | TERMINATED | Sep 22, 2004 | |

**Type of Proceeding: Extension of Time**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 76096722 | **Filing Date:** Mar 08, 2003 | |
| **Status:** | Terminated | **Status Date:** Mar 08, 2003 | |
| **Interlocutory Attorney:** | | | |

**Defendant**

**Name:** GLOBIX CORPORATION

**Correspondent Address:** AMANDA LAURA NYE
DARBY & DARBY P.C.
805 THIRD AVENUE
NEW YORK NY , 10022
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBIX THE GLOBAL INTERNET EXCHANGE | Cancelled - Section 8 | 76096722 | 2947095 |

**Potential Opposer(s)**

**Name:** CHICAGO MERCANTILE EXCHANGE INC.

**Correspondent Address:** CHRISTOPHER N. BOLINGER
BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

**Name:** CHICAGO MERCHANTILE EXCHANGE INC.

**Correspondent Address:** CHRISTOPHER N. BOLINGER
BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBEX | Renewed | 75886451 | 2448961 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | INCOMING - EXT TIME TO OPPOSE FILED | Dec 23, 2002 | |
| 2 | EXTENSION OF TIME GRANTED | Mar 08, 2003 | |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91155368 | **Filing Date:** Feb 10, 2003 | |
| **Status:** | Terminated | **Status Date:** Jan 09, 2005 | |
| **Interlocutory Attorney:** | ANGELA LYKOS | | |

**Defendant**

**Name:** OBEX Group LLC

**Correspondent** STEPHEN B. SALAI
**Address:** HARTER SECREST & EMERY LLP
1600 BAUSCH & LOMB PLACE
ROCHESTER NY , 14604-2711
UNITED STATES

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| OBEX | Renewed | 76353119 | 2983491 |

**Plaintiff(s)**

**Name:** CHICAGO MERCANTILE EXCHANGE, INC.

**Correspondent** CHRISTOPHER N. BOLINGER
**Address:** BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| GLOBEX | Renewed | 75886451 | 2448961 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|-------------|------|----------|
| 1 | FILED AND FEE | Feb 10, 2003 | |
| 2 | NOTICE AND TRIAL DATES SENT: ANSWER DUE: | Mar 06, 2003 | Apr 15, 2003 |
| 3 | PENDING, INSTITUTED | Mar 06, 2003 | |
| 4 | D'S RESPONSE TO MOT FOR DEFAULT JUDGMENT | Jul 01, 2003 | |
| 5 | P'S MOTION FOR DEFAULT JUDGEMENT | Jun 23, 2003 | |
| 6 | CONSENTED MOTIO TO CONSOLIDATE PENDING INTER PARTES PROCEEDINGS | Aug 14, 2003 | |
| 7 | CONSENTED MOT TO EXTEND DISC. & TRIAL PERIODS PEND MOT TO CONSOLIDATE INTER PARTES PROCEEDINGS | Sep 22, 2003 | |
| 8 | D'S MOT FOR EXTEN. OF TIME W/ CONSENT | Sep 22, 2003 | |
| 9 | D'S CONSENTED MOTION TO EXTEND | Jan 15, 2004 | |
| 10 | D'S CONSENTED MOTION TO EXTEND TRIAL DATES | Mar 08, 2004 | * |
| 11 | TRIAL DATES REMAIN AS SET ON 3/8/04 | Apr 19, 2004 | |
| 12 | DEFENDANT'S REQUEST FOR SUSPENSION | May 24, 2004 | |
| 13 | SUSPENDED | Jun 04, 2004 | |
| 14 | WITHDRAWAL OF OPPOSITION | Jan 06, 2005 | |
| 15 | BD'S DECISION: DISMISSED W/ PREJUDICE | Jan 06, 2005 | |
| 16 | TERMINATED | Jan 06, 2005 | |
| 17 | WITHDRAWAL OF OPPOSITION | Jan 06, 2005 | |
| 18 | TERMINATED | Jan 11, 2005 | |

## Type of Proceeding: Extension of Time

**Proceeding Number:** 76353119

**Filing Date:** Feb 06, 2003

**Status:** Terminated

**Status Date:** Feb 06, 2003

**Interlocutory Attorney:**

**Defendant**

**Name:** OBEX Group LLC

**Correspondent** STEPHEN B. SALAI
**Address:** HARTER SECREST & EMERY LLP
1600 BAUSCH & LOMB PLACE
ROCHESTER NY , 14604-2711
UNITED STATES

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| OBEX | Renewed | 76353119 | 2983491 |

**Potential Opposer(s)**

Name: CHICAGO MERCANTILE EXCHANGE, INC.

Correspondent CHRISTOPHER N. BOLINGER
Address: BRINKS, HOFER, GILSON, & LIONE
P.O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

Name: CHICAGO MERCANTILE EXCHANGE, INC.

Correspondent CHRISTOPHER N. BOLINGER
Address: BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO IL , 60610
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|---------------|---------------------|
| GLOBEX | Renewed | 75886451 | 2448961 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | INCOMING - EXT TIME TO OPPOSE FILED | Nov 05, 2002 | |
| 2 | EXTENSION OF TIME GRANTED | Feb 06, 2003 | |
| 3 | INCOMING - EXT TIME TO OPPOSE FILED | Jan 09, 2003 | |
| 4 | EXTENSION OF TIME GRANTED | Feb 06, 2003 | |
| 5 | TERMINATED | Mar 06, 2003 | |

# United States of America

## United States Patent and Trademark Office

# GLOBEX

**Reg. No. 4,684,887**

**Registered Feb. 10, 2015**

CHICAGO MERCANTILE EXCHANGE INC. (DELAWARE CORPORATION)
20 SOUTH WACKER DRIVE
CHICAGO, IL 60606

**Int. Cls.: 36 and 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FOR: CONDUCTING COMMODITIES, SECURITIES, MONETARY AND FINANCIAL IN-STRUMENTS FUTURES AND OPTIONS EXCHANGE SERVICES; ELECTRONIC FINANCIAL TRADING SERVICES; PROVIDING ELECTRONIC TRADING SERVICES IN THE FIELD OF FUTURES, OPTIONS, SWAPS, AND OTHER DERIVATIVE CONTRACTS VIA AN ELEC-TRONIC TRADING PLATFORM; FINANCIAL RISK MANAGEMENT; FINANCIAL INFORM-ATION SERVICES, NAMELY, PROVIDING MARKET DATA; FINANCIAL INFORMATION PROVIDED BY ELECTRONIC MEANS IN THE FIELD OF FUTURES, OPTIONS, SWAPS, AND OTHER DERIVATIVE CONTRACTS; FINANCIAL TRADE PROCESSING SERVICES, NAMELY, TRADE COMPARISON, CONFIRMATION, CLEARANCE AND SETTLEMENT; FINANCIAL CLEARING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-31-1992; IN COMMERCE 12-31-1992.

FOR: PROVIDING TEMPORARY ON-LINE USE OF NON-DOWNLOADABLE SOFTWARE FOR TRADING, INCLUDING TRADE ORDER INITIATION AND DELIVERY, TRADE ORDER ROUTING, TRADE ORDER MANAGEMENT AND CONVERSION TO A TRADE, CLEARING AND SETTLEMENT, CONFIRMATION, TRADE ORDER PRICE VERIFICATION, PROVIDING AND ACCESSING MARKET DATA, AND FINANCIAL TRADING RISK MANAGEMENT FOR EXCHANGE MARKET TRANSACTIONS IN THE FIELD OF FUTURES, OPTIONS, SWAPS, AND OTHER DERIVATIVE CONTRACTS; NON-DOWNLOADABLE COMPUTER SOFTWARE FOR USE IN PROVIDING AN ELECTRONIC TRADING SYSTEM FOR EX-CHANGE MARKET TRANSACTIONS IN THE FIELD OF FUTURES, OPTIONS, SWAPS, AND OTHER DERIVATIVE CONTRACTS; PROVIDING TEMPORARY ON-LINE USE OF AN ELECTRONIC TRADING PLATFORM FOR TRADING OF FUTURES, OPTIONS, SWAPS, AND OTHER DERIVATIVE CONTRACTS; PLATFORM AS A SERVICE (PAAS) FEATURING COMPUTER SOFTWARE PLATFORMS FOR TRADING OF FUTURES, OPTIONS, SWAPS, AND OTHER DERIVATIVE CONTRACTS , IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 12-31-1992; IN COMMERCE 12-31-1992.



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

**Reg. No. 4,684,887** OWNER OF U.S. REG. NOS. 1,576,888, 2,448,961, AND 3,193,924.

SER. NO. 86-975,529, FILED 5-21-2014.

KELLY BOULTON, EXAMINING ATTORNEY

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL
### TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
### DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

> **First Filing Deadline:** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> **Second Filing Deadline:** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2016-04-21 10:36:06 EDT

**Mark:** GLOBEX

# GLOBEX

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86975529 | **Application Filing Date:** | May 21, 2014 |
| **US Registration Number:** | 4684887 | **Registration Date:** | Feb. 10, 2015 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Feb. 10, 2015

**Publication Date:** Nov. 25, 2014

## Mark Information

**Mark Literal Elements:** GLOBEX

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**International Registration Number:** 1248691, 1252937

**International Application(s) /Registration(s) Based on this Property:** A0049479/1248691, A0048086/1252937

**Claimed Ownership of US Registrations:** 1576888, 2448961, 3193924

**Child Of:** 86287258

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Conducting commodities, securities, monetary and financial instruments futures and options exchange services; electronic financial trading services; providing electronic trading services in the field of futures, options, swaps, and other derivative contracts via an electronic trading platform; financial risk management; financial information services, namely, providing market data; financial information provided by electronic means in the field of futures, options, swaps, and other derivative contracts; financial trade processing services, namely, trade comparison, confirmation, clearance and settlement; financial clearing services

| | | | |
|---|---|---|---|
| **International Class(es):** | 036 - Primary Class | **U.S Class(es):** | 100, 101, 102 |

**Class Status:** ACTIVE

**Basis:** 1(a)

| | | | |
|---|---|---|---|
| **First Use:** | Dec. 31, 1992 | **Use in Commerce:** | Dec. 31, 1992 |

**For:** Providing temporary on-line use of non-downloadable software for trading, including trade order initiation and delivery, trade order routing, trade order management and conversion to a trade, clearing and settlement, confirmation, trade order price verification,

providing and accessing market data, and financial trading risk management for exchange market transactions in the field of futures, options, swaps, and other derivative contracts; non-downloadable computer software for use in providing an electronic trading system for exchange market transactions in the field of futures, options, swaps, and other derivative contracts; providing temporary on-line use of an electronic trading platform for trading of futures, options, swaps, and other derivative contracts; platform as a service (PAAS) featuring computer software platforms for trading of futures, options, swaps, and other derivative contracts

| | | |
|---|---|---|
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** 100, 101 |
| **Class Status:** | ACTIVE | |
| **Basis:** | 1(a) | |
| **First Use:** | Dec. 31, 1992 | **Use in Commerce:** Dec. 31, 1992 |

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 South Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Tatyana V. Gilles

**Docket Number:** 13439-1412

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** TATYANA V. GILLES
NORVELL IP LLC
PO BOX 2461
CHICAGO, ILLINOIS 60690-2461
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 10, 2015 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 25, 2014 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Nov. 25, 2014 | PUBLISHED FOR OPPOSITION | |
| Nov. 05, 2014 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Oct. 20, 2014 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 77976 |
| Oct. 16, 2014 | NOTICE OF ACCEPTANCE OF AMENDMENT TO ALLEGE USE E-MAILED | |
| Oct. 15, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 15, 2014 | USE AMENDMENT ACCEPTED | 77762 |
| Oct. 14, 2014 | TEAS/EMAIL CORRESPONDENCE ENTERED | 77976 |
| Oct. 14, 2014 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 77976 |

| Oct. 07, 2014 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Sep. 12, 2014 | NON-FINAL ACTION E-MAILED | |
| Sep. 12, 2014 | NON-FINAL ACTION WRITTEN | 77762 |
| Sep. 12, 2014 | AMENDMENT TO USE PROCESSING COMPLETE | 77976 |
| Sep. 12, 2014 | USE AMENDMENT FILED | 77976 |
| Sep. 12, 2014 | DATA MODIFICATION COMPLETED | 77976 |
| Sep. 04, 2014 | ASSIGNED TO EXAMINER | 77762 |
| Jul. 22, 2014 | DIVISIONAL PROCESSING COMPLETE | |
| Jul. 16, 2014 | DIVISIONAL REQUEST RECEIVED | |
| Jul. 21, 2014 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 71034 |
| Jul. 16, 2014 | TEAS REQUEST TO DIVIDE RECEIVED | |
| Jul. 16, 2014 | TEAS AMENDMENT OF USE RECEIVED | |
| Jun. 17, 2014 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 77976 |
| Jun. 16, 2014 | ASSIGNED TO LIE | 77976 |
| Jun. 04, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 03, 2014 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| May 24, 2014 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION          **Date in Location:** Feb. 10, 2015

# United States of America

## United States Patent and Trademark Office

# GLOBEX

**Reg. No. 5,166,758**

**Registered Mar. 21, 2017**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Chicago Mercantile Exchange Inc. (DELAWARE CORPORATION)
20 South Wacker Drive
Chicago, IL 60606

CLASS 9: Computer software for use in financial trading, including trade order initiation and delivery, trade order routing, trade order management and conversion to a trade, clearing and settlement, confirmation, trade order price verification, providing and accessing market data, and financial trading risk management for exchange market transactions in the field of futures, options, swaps, and other derivative contracts; computer software for use in providing an electronic trading system for exchange market transactions in the field of futures, options, swaps, and other derivative contracts; computer software platform used for trading of futures, options, swaps, and other derivative contracts

FIRST USE 12-31-1992; IN COMMERCE 12-31-1992

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2448961, 1576888, 3193924

SER. NO. 86-287,258, FILED 05-21-2014
KELLY F BOULTON, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Generated on: This page was generated by TSDR on 2019-02-17 16:31:49 EST

Mark: GLOBEX

# GLOBEX

| | | | |
|---|---|---|---|
| US Serial Number: | 86287258 | Application Filing Date: | May 21, 2014 |
| US Registration Number: | 5166758 | Registration Date: | Mar. 21, 2017 |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| Status: | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| Status Date: | Mar. 21, 2017 | | |
| Publication Date: | Dec. 16, 2014 | Notice of Allowance Date: | Feb. 10, 2015 |

## Mark Information

Mark Literal Elements: GLOBEX

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

## Related Properties Information

International Registration Number: 1223068, 1249990, 1252807

International Application(s)/Registration(s) Based on this Property: A0043316/1223068, A0049475/1249990, A0048083/1252807

Claimed Ownership of US Registrations: 1576888, 2448961, 3193924

Parent Of: 86975529

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Computer software for use in financial trading, including trade order initiation and delivery, trade order routing, trade order management and conversion to a trade, clearing and settlement, confirmation, trade order price verification, providing and accessing market data, and financial trading risk management for exchange market transactions in the field of futures, options, swaps, and other derivative contracts; computer software for use in providing an electronic trading system for exchange market transactions in the field of futures, options, swaps, and other derivative contracts; computer software platform used for trading of futures, options, swaps, and other derivative contracts

| | | | |
|---|---|---|---|
| International Class(es): | 009 - Primary Class | U.S Class(es): | 021, 023, 026, 036, 038 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Dec. 31, 1992 | Use in Commerce: | Dec. 31, 1992 |

## Basis Information (Case Level)

| | | |
|---|---|---|
| Filed Use: No | Currently Use: Yes | Amended Use: No |
| Filed ITU: Yes | Currently ITU: No | Amended ITU: No |
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 South Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Tatyana V. Gilles

**Docket Number:** 13439-1412

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** TATYANA V. GILLES
NORVELL IP LLC
PO BOX 2461
CHICAGO, ILLINOIS 60690-2461
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 21, 2017 | REGISTERED-PRINCIPAL REGISTER | |
| Feb. 15, 2017 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Feb. 14, 2017 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Feb. 14, 2017 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Feb. 13, 2017 | STATEMENT OF USE PROCESSING COMPLETE | 71034 |
| Feb. 08, 2017 | USE AMENDMENT FILED | 71034 |
| Feb. 13, 2017 | EXTENSION 4 GRANTED | 71034 |
| Feb. 08, 2017 | EXTENSION 4 FILED | 71034 |
| Feb. 08, 2017 | TEAS EXTENSION RECEIVED | |
| Feb. 08, 2017 | TEAS STATEMENT OF USE RECEIVED | |
| Aug. 23, 2016 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Aug. 20, 2016 | EXTENSION 3 GRANTED | 71034 |
| Aug. 10, 2016 | EXTENSION 3 FILED | 71034 |
| Aug. 10, 2016 | TEAS EXTENSION RECEIVED | |
| Feb. 13, 2016 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Feb. 12, 2016 | EXTENSION 2 GRANTED | 71034 |
| Feb. 09, 2016 | EXTENSION 2 FILED | 71034 |
| Feb. 09, 2016 | TEAS EXTENSION RECEIVED | |
| Aug. 19, 2015 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |

| Aug. 18, 2015 | EXTENSION 1 GRANTED | 71034 |
| Aug. 10, 2015 | EXTENSION 1 FILED | 71034 |
| Aug. 11, 2015 | NOTICE OF REVIVAL - E-MAILED | |
| Aug. 11, 2015 | EXTENSION RECEIVED WITH TEAS PETITION | |
| Aug. 11, 2015 | PETITION TO REVIVE-GRANTED | 88889 |
| Aug. 11, 2015 | TEAS PETITION TO REVIVE RECEIVED | |
| Feb. 10, 2015 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Dec. 16, 2014 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 16, 2014 | PUBLISHED FOR OPPOSITION | |
| Nov. 26, 2014 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Nov. 10, 2014 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 77976 |
| Nov. 04, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 28, 2014 | TEAS/EMAIL CORRESPONDENCE ENTERED | 77976 |
| Oct. 28, 2014 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 77976 |
| Oct. 20, 2014 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Sep. 10, 2014 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 10, 2014 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 10, 2014 | NON-FINAL ACTION WRITTEN | 77762 |
| Sep. 04, 2014 | ASSIGNED TO EXAMINER | 77762 |
| Jul. 22, 2014 | DIVISIONAL PROCESSING COMPLETE | |
| Jul. 16, 2014 | DIVISIONAL REQUEST RECEIVED | |
| Jul. 21, 2014 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 71034 |
| Jul. 16, 2014 | TEAS REQUEST TO DIVIDE RECEIVED | |
| Jun. 17, 2014 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 77976 |
| Jun. 16, 2014 | ASSIGNED TO LIE | 77976 |
| Jun. 04, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 03, 2014 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| May 24, 2014 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION          **Date in Location:** Feb. 14, 2017

# Proceedings

**Summary**

**Number of Proceedings:** 1

**Type of Proceeding: Opposition**

**Proceeding Number:** 91216483          **Filing Date:** May 21, 2014

**Status:** Terminated          **Status Date:** Sep 02, 2014

**Interlocutory Attorney:** ELIZABETH A DUNN

**Defendant**

**Name:** UMN, LLC

**Correspondent Address:** ELY W SLUDER
RAYNDON LAW GROUP PLC
5001 N GRANITE REEF ROAD
SCOTTSDALE AZ , 85250-7456
UNITED STATES

**Correspondent e-mail:** elyesqlaw@gmail.com , esluder@rayndon.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|--------------|---------------------|

GLOBEX                              Abandoned - After Inter-Partes Decision              86011936

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** TATYANA V GILLES
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-** tgilles@norvellip.com , jkucala@norvellip.com , officeactions@norvellip.com
**mail:**

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLOBEX | REGISTERED AND RENEWED | 73743753 | 1576888 |
| GLOBEX | REGISTERED AND RENEWED | 75886451 | 2448961 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| | Registered | 86287258 | 5166758 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | May 21, 2014 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 22, 2014 | Jul 01, 2014 |
| | PENDING, INSTITUTED | May 22, 2014 | |
| | NOTICE OF DEFAULT | Jul 17, 2014 | |
| 5 | BD DECISION: SUSTAINED | Sep 02, 2014 | |
| 6 | TERMINATED | Sep 02, 2014 | |

Int. Cl.: 36

Prior U.S. Cl.: 102

## United States Patent Office

Reg. No. 1,085,682
Registered Feb. 14, 1978

## SERVICE MARK
Principal Register

## CHICAGO MERCANTILE EXCHANGE

Chicago Mercantile Exchange (Illinois not-for-profit corporation)
444 W. Jackson Blvd.
Chicago, Ill. 60606

For: CONDUCTING A SECURITY, MERCANTILE, COMMODITY AND MONETARY EXCHANGE AND PROVIDING SERVICES CONNECTED THEREWITH, in CLASS 36 (U.S. CL. 102).
First use 1919; in commerce 1919.

Ser. No. 134,561, filed July 20, 1977.

R. F. CISSEL, Examiner

**Generated on:** This page was generated by TSDR on 2019-02-17 16:32:08 EST

**Mark:** CHICAGO MERCANTILE EXCHANGE

| | |
|---|---|
| **US Serial Number:** 73134561 | **Application Filing Date:** Jul. 20, 1977 |
| **US Registration Number:** 1085682 | **Registration Date:** Feb. 14, 1978 |
| **Register:** Principal | |
| **Mark Type:** Service Mark | |
| **Status:** The registration has been renewed. | |
| **Status Date:** Feb. 08, 2018 | |

# Mark Information

**Mark Literal Elements:** CHICAGO MERCANTILE EXCHANGE

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

**Acquired Distinctiveness Claim:** In whole

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** CONDUCTING A SECURITY, MERCANTILE, COMMODITY AND MONETARY EXCHANGE AND PROVIDING SERVICES CONNECTED THEREWITH

**International Class(es):** 036 - Primary Class          **U.S Class(es):** 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** 1919          **Use in Commerce:** 1919

# Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

# Current Owner(s) Information

**Owner Name:** CHICAGO MERCANTILE EXCHANGE INC.

**Owner Address:** 20 S. WACKER DRIVE
CHICAGO, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION      **State or Country** DELAWARE
**Where Organized:**

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Christine A. Filarski      **Docket Number:** 13439-1082

**Attorney Primary** officeactions@norvellip.com      **Attorney Email** Yes
**Email Address:**      **Authorized:**

### Correspondent

**Correspondent** Christine A. Filarski
**Name/Address:** Norvell IP llc
PO Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732      **Fax:** 312-268-5063

**Correspondent e-** officeactions@norvellip.com officeactions@norvell      **Correspondent e-** Yes
**mail:** ip.com      **mail Authorized:**

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 08, 2018 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Feb. 08, 2018 | REGISTERED AND RENEWED (THIRD RENEWAL - 10 YRS) | 68502 |
| Feb. 08, 2018 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 68502 |
| Feb. 08, 2018 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 68502 |
| Jan. 19, 2018 | TEAS SECTION 8 & 9 RECEIVED | |
| Feb. 14, 2017 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 07, 2012 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 07, 2012 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jan. 23, 2008 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 66607 |
| Jan. 23, 2008 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jan. 22, 2008 | ASSIGNED TO PARALEGAL | 66607 |
| Jan. 17, 2008 | TEAS SECTION 8 & 9 RECEIVED | |
| Dec. 04, 2007 | CASE FILE IN TICRS | |
| Jun. 20, 2006 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Jun. 20, 2006 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Mar. 04, 1998 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Jan. 27, 1998 | REGISTERED - SEC. 9 FILED/CHECK RECORD FOR SEC. 8 | |
| Apr. 04, 1983 | REGISTERED - SEC. 8 (6-YR) ACCEPTED | |

## Maintenance Filings or Post Registration Information

**Affidavit of** Section 8 - Accepted
**Continued Use:**

**Affidavit of** Section 15 - Accepted
**Incontestability:**

**Renewal Date:** Feb. 14, 2018

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** Feb. 08, 2018

# Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 2          **Registrant:** CHICAGO MERCANTILE EXCHANGE

## Assignment 1 of 2

**Conveyance:** MERGER

**Reel/Frame:** 2724/0893          **Pages:** 4

**Date Recorded:** May 05, 2003

**Supporting Documents:** assignment-tm-2724-0893.pdf

**Assignor**

**Name:** CHICAGO MERCANTILE EXCHANGE          **Execution Date:** Nov. 09, 2000

**Legal Entity Type:** CORPORATION          **State or Country Where Organized:** ILLINOIS

**Assignee**

**Name:** CME TRANSITORY CO.

**Legal Entity Type:** CORPORATION          **State or Country Where Organized:** DELAWARE

**Address:** 30 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606

**Correspondent**

**Correspondent Name:** BRINKS HOFER GILSON & LIONE

**Correspondent Address:** CHRISTOPHER N. BOLINGER
P.O. BOX 10395
CHICAGO, ILLINOIS 60610

**Domestic Representative - Not Found**

## Assignment 2 of 2

**Conveyance:** MERGER

**Reel/Frame:** 2725/0474          **Pages:** 5

**Date Recorded:** May 05, 2003

**Supporting Documents:** assignment-tm-2725-0474.pdf

**Assignor**

**Name:** CME TRANSITORY CO.          **Execution Date:** Nov. 09, 2000

**Legal Entity Type:** CORPORATION          **State or Country Where Organized:** No Place Where Organized Found

**Assignee**

**Name:** CHICAGO MERCANTILE EXCHANGE INC.

**Legal Entity Type:** CORPORATION          **State or Country Where Organized:** DELAWARE

**Address:** 30 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606

**Correspondent**

**Correspondent Name:** BRINKS HOFER GILSON

**Correspondent Address:** CHRISTOPHER N. BOLINGER
P.O. BOX 10395
CHICAGO, IL 60610

**Domestic Representative - Not Found**

# Proceedings

**Summary**

| Number of Proceedings: | 1 |

| **Type of Proceeding: Opposition** |

| Proceeding Number: | 91238893 | Filing Date: | Jan 10, 2018 |
| Status: | Terminated | Status Date: | Sep 05, 2018 |
| Interlocutory Attorney: | MIKE WEBSTER | | |

**Defendant**

| Name: | Church Mutual Insurance Company |
| Correspondent Address: | CHRISTOPHER P FOLEY<br>FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP<br>901 NEW YORK AVENUE NW<br>WASHINGTON DC , 20001<br>UNITED STATES |
| Correspondent e-mail: | docketing@finnegan.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CMEXCHANGE | Abandoned - After Inter-Partes Decision | 87431426 | |

**Plaintiff(s)**

| Name: | Chicago Mercantile Exchange Inc. |
| Correspondent Address: | CHRISTINE A FILARSKI<br>NORVELL IP LLC<br>PO BOX 2461<br>CHICAGO IL , 60690<br>UNITED STATES |
| Correspondent e-mail: | officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| CME FXSINDEX | Registered | 86963593 | 5211897 |
| CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 73134561 | 1085682 |

| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 |
| CME FX SPOT | Third Extension - Granted | 87155844 |
| CME CLEARCHAIN | Third Extension - Granted | 87141695 |
| CME FX LINK | Notice of Allowance - Issued | 87689907 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 10, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 10, 2018 | Feb 19, 2018 |
| 3 | PENDING, INSTITUTED | Jan 10, 2018 | |
| 4 | ANSWER | Feb 20, 2018 | |
| 5 | P MOT TO STRIKE PLEADING/AFFIRMATIVE DEFENSE | Mar 13, 2018 | |
| 6 | D OPP/RESP TO MOTION | Mar 28, 2018 | |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 29, 2018 | |
| 8 | P REPLY IN SUPPORT OF MOTION | Apr 17, 2018 | |
| 9 | STIP FOR EXT | Jul 17, 2018 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 17, 2018 | |
| 11 | PROCEEDINGS RESUMED | Jul 17, 2018 | |
| 12 | W/DRAW OF APPLICATION | Aug 07, 2018 | |
| 13 | BD DECISION: OPP SUSTAINED | Sep 05, 2018 | |
| 14 | TERMINATED | Sep 05, 2018 | |

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 2,969,965
Registered July 19, 2005

## SERVICE MARK
## PRINCIPAL REGISTER

# E-MINI

CHICAGO MERCANTILE EXCHANGE INC. (DE-
LAWARE CORPORATION)
30 SOUTH WACKER DRIVE
CHICAGO, IL 60606

FOR: FINANCIAL EXCHANGE SERVICES, IN
CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-9-1997; IN COMMERCE 9-9-1997.

SER. NO. 78-297,512, FILED 9-8-2003.

ALEXANDER L. POWERS, EXAMINING ATTOR-
NEY

**Generated on:** This page was generated by TSDR on 2019-02-17 16:32:41 EST

**Mark:** E-MINI

| | | | |
|---|---|---|---|
| **US Serial Number:** 78297512 | | **Application Filing Date:** Sep. 08, 2003 | |
| **US Registration Number:** 2969965 | | **Registration Date:** Jul. 19, 2005 | |
| **Register:** Principal | | | |
| **Mark Type:** Service Mark | | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Aug. 07, 2015

**Publication Date:** Jan. 04, 2005

# Mark Information

**Mark Literal Elements:** E-MINI

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

# Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial exchange services

| | | |
|---|---|---|
| **International Class(es):** 036 - Primary Class | **U.S Class(es):** 100, 101, 102 | |
| **Class Status:** ACTIVE | | |
| **Basis:** 1(a) | | |
| **First Use:** Sep. 09, 1997 | **Use in Commerce:** Sep. 09, 1997 | |

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** Yes | | **Currently Use:** Yes | |
| **Filed ITU:** No | | **Currently ITU:** No | |
| **Filed 44D:** No | | **Currently 44E:** No | |
| **Filed 44E:** No | | **Currently 66A:** No | |
| **Filed 66A:** No | | **Currently No Basis:** No | |
| **Filed No Basis:** No | | | |

# Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Joseph T. Kucala, Jr.

**Docket Number:** 13439-1099

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Joseph T. Kucala, Jr.
Norvell IP llc
PO Box 2461
Chicago, ILLINOIS UNITED STATES 60690

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com officeactions@norvell ip.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 07, 2015 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Aug. 07, 2015 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 75184 |
| Aug. 07, 2015 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 75184 |
| Aug. 07, 2015 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 75184 |
| Jul. 15, 2015 | TEAS SECTION 8 & 9 RECEIVED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 07, 2012 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 07, 2012 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jun. 14, 2011 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 67723 |
| Jun. 14, 2011 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 67723 |
| May 12, 2011 | TEAS SECTION 8 & 15 RECEIVED | |
| Jun. 20, 2006 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Jun. 20, 2006 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jul. 19, 2005 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 04, 2005 | EXTENSION OF TIME TO OPPOSE PROCESS - TERMINATED | |
| May 26, 2005 | PREVIOUS ALLOWANCE COUNT WITHDRAWN | |
| Apr. 20, 2005 | LETTER OF PROTEST ACCEPTED | |
| Jan. 19, 2005 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Jan. 04, 2005 | PUBLISHED FOR OPPOSITION | |
| Dec. 15, 2004 | NOTICE OF PUBLICATION | |
| Oct. 29, 2004 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 76243 |
| Oct. 22, 2004 | ASSIGNED TO LIE | 76243 |
| Oct. 19, 2004 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 18, 2004 | AMENDMENT FROM APPLICANT ENTERED | 67215 |
| Oct. 07, 2004 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 67215 |
| Oct. 07, 2004 | PAPER RECEIVED | |
| Apr. 03, 2004 | NON-FINAL ACTION E-MAILED | |
| Mar. 27, 2004 | ASSIGNED TO EXAMINER | 73363 |

# Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Jul. 19, 2015

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** Aug. 07, 2015

# Proceedings

### Summary

**Number of Proceedings:** 2

| Type of Proceeding: Cancellation | | | |
|---|---|---|---|
| **Proceeding Number:** 92066802 | **Filing Date:** Sep 01, 2017 | | |
| **Status:** Pending | **Status Date:** Sep 01, 2017 | | |
| **Interlocutory Attorney:** ELIZABETH A DUNN | | | |

**Defendant**

**Name:** Barry Taylor

**Correspondent** Ruth Khalsa
**Address:** LEGALFORCE RAPC WORLDWIDE PC
446 E SOUTHERN AVENUE
TEMPE AZ UNITED STATES , 85282

**Correspondent e-mail:** lfdisputes@legalforcelaw.com , ruth@legalforcelaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| EMINI-WATCH | Cancellation Pending | 85366130 | 4200951 |

**Plaintiff(s)**

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** CHRISTINE A FILARSKI
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| E-MINI | REGISTERED AND RENEWED | 78297512 | 2969965 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| | First Extension - Granted | 87593364 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Sep 01, 2017 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Sep 05, 2017 | Oct 15, 2017 |
| 3 | PENDING, INSTITUTED | Sep 05, 2017 | |
| 4 | ANSWER | Oct 06, 2017 | |
| 5 | AMENDED ANSWER | Oct 27, 2017 | |
| 6 | D APPEARANCE / POWER OF ATTORNEY | Nov 03, 2017 | |

| 7 | TRIAL DATES REMAIN AS SET | Nov 13, 2017 |
| 8 | D CHANGE OF CORRESP ADDRESS | Dec 29, 2017 |
| 9 | STIP PROTECTIVE ORDER | Feb 13, 2018 |
| 10 | UNDELIVERABLE MAIL | Feb 13, 2018 |
| 11 | STIP NOTED AND APPROVED | Feb 20, 2018 |
| 12 | STIP FOR EXT | Mar 15, 2018 |
| 13 | EXTENSION OF TIME GRANTED | Mar 15, 2018 |
| 14 | STIP FOR EXT | Jul 09, 2018 |
| 15 | EXTENSION OF TIME GRANTED | Jul 09, 2018 |
| 16 | P MOT FOR EXT W/ CONSENT | Oct 01, 2018 |
| 17 | EXTENSION OF TIME GRANTED | Oct 01, 2018 |
| 18 | P MOT FOR EXT W/ CONSENT | Dec 13, 2018 |
| 19 | EXTENSION OF TIME GRANTED | Dec 13, 2018 |

## Type of Proceeding: Extension of Time

**Proceeding Number:** 78297512    **Filing Date:** Jan 19, 2005

**Status:** Terminated    **Status Date:** Jun 04, 2005

**Interlocutory Attorney:**

### Defendant

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent Address:** Christopher N. Bolinger
BRINKS HOFER GILSON & LIONE
P.O. Box 10395
CHICAGO IL UNITED STATES , 60610

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| E-MINI | REGISTERED AND RENEWED | 78297512 | 2969965 |

### Potential Opposer(s)

**Name:** CANNON TRADING COMPANY, INC.

**Correspondent Address:** Lee Fredric Sharra
4313 Trouthaven Drive
Murrysville PA UNITED STATES , 15668

**Correspondent e-mail:** sharral@adelphia.net

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|--------------|-------------|------|----------|
| | INCOMING - EXT TIME TO OPPOSE FILED | Jan 19, 2005 | |
| 2 | EXTENSION OF TIME GRANTED | Jan 19, 2005 | |

Int. Cls.: 9, 35, 38 and 42

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101, 102 and 104

**United States Patent and Trademark Office**

Reg. No. 3,569,041

Registered Feb. 3, 2009

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

# PIVOT

PIVOT INCORPORATED (DELAWARE COR-
PORATION)
SUITE 610
10 MILK STREET
BOSTON, MA 02108

FOR: COMPUTER PROGRAMS FOR INVEST-
MENT PURPOSES, NAMELY, THE TRANSLATION
OF ELECTRONIC CONVERSATIONS INTO FINAN-
CIAL TRANSACTIONS AND TRADING WORK-
FLOWS; A PLATFORM FOR THE SHARING OF
INFORMATION AS A SINGLE UNIT RATHER
THAN AS INDIVIDUALS; A PLATFORM OVER
WHICH FINANCIAL SERVICE PROFESSIONALS
CAN COMMUNICATE, INTEGRATE AND COLLA-
BORATE WITH EXTERNAL AND INTERNAL AU-
DIENCES IN A FINANCIALLY COMPLIANT
ENVIRONMENT; A SYSTEM THAT AGGREGATES
AND INTEGRATES INFORMATION AND DATA
INTO TRADING WORKFLOWS; CONVERSION OF
INSTANT MESSAGES INTO A PLATFORM TO
EXECUTE FINANCIAL TRANSACTIONS, IN CLASS
9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-2-2007; IN COMMERCE 5-2-2007.

FOR: DATA PROCESSING, NAMELY, AGGRE-
GATING AND INTEGRATING INFORMATION
AND DATA INTO TRADING WORKFLOWS, IN
CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-2-2007; IN COMMERCE 5-2-2007.

FOR: COMPUTER SERVICES, NAMELY, PRO-
VIDING ON-LINE FACILITIES OVER WHICH FI-
NANCIAL PROFESSIONALS CAN
COMMUNICATE, INTEGRATE AND COLLABO-
RATE WITH EXTERNAL AND INTERNAL AUDI-
ENCES IN A FINANCIALLY COMPLIANT
ENVIRONMENT, IN CLASS 38 (U.S. CLS. 100, 101
AND 104).

FIRST USE 5-2-2007; IN COMMERCE 5-2-2007.

FOR: DATA CONVERSION, NAMELY, TRANS-
LATION OF ELECTRONIC CONVERSATIONS INTO
FINANCIAL TRANSACTIONS AND TRADING
WORKFLOWS VIA A COMPUTER NETWORK;
CONVERSION OF INSTANT MESSAGES INTO A
PLATFORM TO EXECUTE FINANCIAL TRANSAC-
TIONS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 5-2-2007; IN COMMERCE 5-2-2007.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-339,334, FILED 11-28-2007.

JAMES A. RAUEN, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2019-02-17 16:33:16 EST

**Mark:** PIVOT

# PIVOT

**US Serial Number:** 77339334

**US Registration Number:** 3569041

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:**



**Application Filing Date:** Nov. 28, 2007

**Registration Date:** Feb. 03, 2009

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** A Sections 8 and 15 combined declaration has been accepted and acknowledged.

**Status Date:** Sep. 01, 2015

**Publication Date:** Nov. 18, 2008

# Mark Information

**Mark Literal Elements:** PIVOT

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer programs for investment purposes, namely, the translation of electronic conversations into financial transactions and trading workflows; a platform for the sharing of information as a single unit rather than as individuals; a platform over which financial service professionals can communicate, integrate and collaborate with external and internal audiences in a financially compliant environment; a system that aggregates and integrates information and data into trading workflows; conversion of instant messages into a platform to execute financial transactions

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** May 02, 2007

**Use in Commerce:** May 02, 2007

**For:** Data processing, namely, aggregating and integrating information and data into trading workflows

**International Class(es):** 035 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** May 02, 2007

**Use in Commerce:** May 02, 2007

**For:** Computer services, namely, providing on-line facilities over which financial professionals can communicate, integrate and collaborate with external and internal audiences in a financially compliant environment

**International Class(es):** 038 - Primary Class

**U.S Class(es):** 100, 101, 104

| | | | |
|---|---|---|---|
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | May 02, 2007 | **Use in Commerce:** | May 02, 2007 |

**For:** Data conversion, namely, translation of electronic conversations into financial transactions and trading workflows via a computer network; Conversion of instant messages into a platform to execute financial transactions

| | | | |
|---|---|---|---|
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | May 02, 2007 | **Use in Commerce:** | May 02, 2007 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Pivot Incorporated |
| **Owner Address:** | Suite 610<br>10 Milk Street<br>Boston, MASSACHUSETTS UNITED STATES 02108 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Matthew D. Witsman | **Docket Number:** | 13470-1396 |
| **Attorney Primary Email Address:** | officeactions@norvellip.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Matthew D. Witsman<br>Norvell IP llc<br>P.O. Box 2461<br>Norvell IP llc<br>Chicago, ILLINOIS UNITED STATES 60690 |
| **Phone:** | 888-315-0732 |
| **Fax:** | 312-268-5063 |
| **Correspondent e-mail:** | officeactions@norvellip.com mwitsman@norvellip.<br>com emccarthy@norvellip.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 01, 2019 | TEAS SECTION 8 & 9 RECEIVED | |
| Feb. 03, 2018 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Sep. 01, 2015 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Sep. 01, 2015 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 74886 |
| Feb. 18, 2015 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 74886 |
| Feb. 03, 2015 | TEAS SECTION 8 & 15 RECEIVED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 04, 2013 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |

| Apr. 04, 2013 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 03, 2009 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 18, 2008 | PUBLISHED FOR OPPOSITION | |
| Oct. 29, 2008 | NOTICE OF PUBLICATION | |
| Oct. 15, 2008 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 73787 |
| Oct. 14, 2008 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 03, 2008 | EXAMINER'S AMENDMENT ENTERED | 73787 |
| Oct. 03, 2008 | ASSIGNED TO LIE | 73787 |
| Oct. 02, 2008 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Oct. 02, 2008 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Oct. 02, 2008 | EXAMINERS AMENDMENT -WRITTEN | 69811 |
| Oct. 01, 2008 | NOTIFICATION OF FINAL REFUSAL EMAILED | |
| Oct. 01, 2008 | FINAL REFUSAL E-MAILED | |
| Oct. 01, 2008 | FINAL REFUSAL WRITTEN | 69811 |
| Sep. 10, 2008 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Sep. 10, 2008 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Sep. 10, 2008 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Mar. 10, 2008 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 10, 2008 | NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 10, 2008 | NON-FINAL ACTION WRITTEN | 69811 |
| Mar. 10, 2008 | ASSIGNED TO EXAMINER | 69811 |
| Dec. 04, 2007 | NEW APPLICATION ENTERED IN TRAM | |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

## TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** TMEG LAW OFFICE 109          **Date in Location:** Sep. 01, 2015

## Assignment Abstract Of Title Information

**Summary**

| Total Assignments: 1 | | **Registrant:** Pivot Incorporated |
| --- | --- | --- |

### Assignment 1 of 1

| **Conveyance:** | SECURITY INTEREST | | |
| --- | --- | --- | --- |
| **Reel/Frame:** | 4422/0178 | **Pages:** | 8 |
| **Date Recorded:** | Nov. 29, 2010 | | |
| **Supporting Documents:** | assignment-tm-4422-0178.pdf | | |

**Assignor**

| **Name:** | PIVOT, INC. | **Execution Date:** | Aug. 05, 2010 |
| --- | --- | --- | --- |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

**Assignee**

| **Name:** | WF FUND III LIMITED PARTNERSHIP (D/B/A WELLINGTON FINANCIAL LP AND WELLINGTON FINANCIAL FUND III) | | |
| --- | --- | --- | --- |
| **Legal Entity Type:** | LIMITED PARTNERSHIP | **State or Country Where Organized:** | MANITOBA |
| **Address:** | 161 BAY STREET SUITE 2520 TORONTO, ONTARIO, CANADA M5J 2S1 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | CHOATE, HALL & STEWART LLP |
| **Correspondent Address:** | TWO INTERNATIONAL PLACE<br>ATTN: KELL L, SCHOFF<br>BOSTON, MA 02110 |

**Domestic Representative - Not Found**

# Proceedings

### Summary

| | |
|---|---|
| **Number of Proceedings:** | 4 |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91223347 | **Filing Date:** | Aug 17, 2015 |
| **Status:** | Terminated | **Status Date:** | Nov 02, 2016 |
| **Interlocutory Attorney:** | GEOFFREY MCNUTT | | |

**Defendant**

| | |
|---|---|
| **Name:** | Pivot Technology Solutions, Inc. |
| **Correspondent Address:** | CARLA J VRSANSKY<br>BUCHANAN INGERSOLL & ROONEY PC<br>301 GRANT ST FL 20<br>PITTSBURGH PA UNITED STATES , 15219-1410 |
| **Correspondent e-mail:** | carla.vrsansky@bipc.com , vicki.cremonese@bipc.com , susan.hilburg@bipc.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PIVOT INTERCONNECT | Registered | 86365614 | 5261471 |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | Pivot, Inc. |
| **Correspondent Address:** | J RYAN HINSHAW<br>NORVELL IP LLC<br>PO BOX 2461<br>CHICAGO IL UNITED STATES , 60690 |
| **Correspondent e-mail:** | officeactions@norvellip.com , rhinshaw@norvellip.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PIVOT POINTS | Section 8 and 15 - Accepted and Acknowledged | 77340433 | 3559816 |
| PIVOT | Section 8 and 15 - Accepted and Acknowledged | 77339334 | 3569041 |
| PIV T | Section 8 and 15 - Accepted and Acknowledged | 77394850 | 3569229 |
| PIVOT 360 | Section 8 and 15 - Accepted and Acknowledged | 77341473 | 3578687 |
| | Registered | 86727013 | 5025346 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Aug 17, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Aug 17, 2015 | Sep 26, 2015 |
| 3 | PENDING, INSTITUTED | Aug 17, 2015 | |
| 4 | STIP FOR EXT | Sep 25, 2015 | |
| 5 | EXTENSION OF TIME GRANTED | Sep 25, 2015 | |
| 6 | STIP FOR EXT | Nov 16, 2015 | |
| 7 | EXTENSION OF TIME GRANTED | Nov 16, 2015 | |
| 8 | STIP FOR EXT | Feb 22, 2016 | |
| 9 | EXTENSION OF TIME GRANTED | Feb 22, 2016 | |

| 10 | STIP FOR EXT | Apr 19, 2016 |
|----|--------------|--------------|
| 11 | EXTENSION OF TIME GRANTED | Apr 19, 2016 |
| 12 | STIP FOR EXT | May 17, 2016 |
| 13 | EXTENSION OF TIME GRANTED | May 17, 2016 |
| 14 | STIP FOR EXT | Jun 21, 2016 |
| 15 | EXTENSION OF TIME GRANTED | Jun 21, 2016 |
| 16 | STIP FOR EXT | Jul 21, 2016 |
| 17 | EXTENSION OF TIME GRANTED | Jul 21, 2016 |
| 18 | STIP FOR EXT | Aug 16, 2016 |
| 19 | EXTENSION OF TIME GRANTED | Aug 16, 2016 |
| 20 | MOT TO AMEND APPLICATION | Sep 15, 2016 |
| 21 | BD DECISION: DISMISSED W/ PREJ | Nov 02, 2016 |
| 22 | TERMINATED | Nov 02, 2016 |

## Type of Proceeding: Opposition

**Proceeding Number:** 91222781    **Filing Date:** Jul 13, 2015

**Status:** Terminated    **Status Date:** Sep 26, 2016

**Interlocutory Attorney:** ELIZABETH A DUNN

### Defendant

**Name:** Pivot Technology Solutions, Inc.

**Correspondent Address:** CARLA J VRSANSKY
BUCHANAN INGERSOLL & ROONEY PC
301 GRANT ST, 20TH FLOOR
PITTSBURGH PA UNITED STATES , 15219-1410

**Correspondent e-mail:** carla.vrsansky@bipc.com , vicki.cremonese@bipc.com , susan.hilburg@bipc.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|--------------|---------------------|
| THEPIVOTSTORE | Abandoned - No Statement Of Use Filed | 86365571 | |

### Plaintiff(s)

**Name:** Pivot, Inc.

**Correspondent Address:** J RYAN HINSHAW
NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , jkucala@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|--------------|---------------------|
| PIVOT POINTS | Section 8 and 15 - Accepted and Acknowledged | 77340433 | 3559816 |
| PIVOT | Section 8 and 15 - Accepted and Acknowledged | 77339334 | 3569041 |
| PIV T | Section 8 and 15 - Accepted and Acknowledged | 77394850 | 3569229 |
| PIVOT 360 | Section 8 and 15 - Accepted and Acknowledged | 77341473 | 3578687 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | FILED AND FEE | Jul 13, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jul 13, 2015 | Aug 22, 2015 |
| 3 | PENDING, INSTITUTED | Jul 13, 2015 | |
| 4 | D MOT FOR EXT W/ CONSENT | Aug 19, 2015 | |
| 5 | EXTENSION OF TIME GRANTED | Aug 19, 2015 | |
| 6 | D MOT FOR EXT W/ CONSENT | Oct 19, 2015 | |
| 7 | EXTENSION OF TIME GRANTED | Oct 19, 2015 | |
| 8 | D MOT FOR EXT W/ CONSENT | Jan 19, 2016 | |
| 9 | EXTENSION OF TIME GRANTED | Jan 19, 2016 | |

| 10 | D MOT FOR EXT W/ CONSENT | Feb 18, 2016 |
| 11 | EXTENSION OF TIME GRANTED | Feb 18, 2016 |
| 12 | D MOT FOR EXT W/ CONSENT | Apr 15, 2016 |
| 13 | EXTENSION OF TIME GRANTED | Apr 15, 2016 |
| 14 | P MOT FOR EXT W/ CONSENT | May 17, 2016 |
| 15 | EXTENSION OF TIME GRANTED | May 17, 2016 |
| 16 | P MOT FOR EXT W/ CONSENT | Jun 16, 2016 |
| 17 | EXTENSION OF TIME GRANTED | Jun 17, 2016 |
| 18 | D MOT FOR EXT W/ CONSENT | Jul 15, 2016 |
| 19 | EXTENSION OF TIME GRANTED | Jul 18, 2016 |
| 20 | D MOT FOR EXT W/ CONSENT | Aug 16, 2016 |
| 21 | EXTENSION OF TIME GRANTED | Aug 17, 2016 |
| 22 | MOT TO AMEND APPLICATION | Sep 15, 2016 |
| 23 | BD DECISION: DISMISSED W/ PREJ | Sep 26, 2016 |
| 24 | TERMINATED | Sep 26, 2016 |

## Type of Proceeding: Opposition

**Proceeding Number:** 91220468          **Filing Date:** Feb 02, 2015

**Status:** Terminated          **Status Date:** Jun 11, 2015

**Interlocutory Attorney:** ANN LINNEHAN VOGLER

### Defendant

**Name:** Fidelity National Information Services,Inc.

**Correspondent Address:** DAVID M KELLY
KELLY IP LLP
1919 M STREET NW, SUITE 610
WASHINGTON DC UNITED STATES , 20036

**Correspondent e-mail:** david.kelly@kelly-ip.com , docketing@kelly-ip.com , larry.white@kelly-ip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PIVOT | Abandoned - After Inter-Partes Decision | 86116058 | |

### Plaintiff(s)

**Name:** Pivot, Inc.

**Correspondent Address:** J RYAN HINSHAW
NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , rhinshaw@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PIVOT POINTS | Section 8 and 15 - Accepted and Acknowledged | 77340433 | 3559816 |
| PIVOT | Section 8 and 15 - Accepted and Acknowledged | 77339334 | 3569041 |
| PIV T | Section 8 and 15 - Accepted and Acknowledged | 77394850 | 3569229 |
| PIVOT 360° | Cancelled - Section 8 | 77394907 | 3578985 |
| PIVOT 360 | Section 8 and 15 - Accepted and Acknowledged | 77341473 | 3578687 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Feb 02, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Feb 02, 2015 | Mar 14, 2015 |
| 3 | PENDING, INSTITUTED | Feb 02, 2015 | |
| 4 | CHANGE OF CORRESP ADDRESS | Feb 25, 2015 | |
| 5 | NOTICE OF DEFAULT | Apr 14, 2015 | |
| 6 | BD DECISION: SUSTAINED | Jun 11, 2015 | |

| 7 | TERMINATED | | Jun 11, 2015 |
|---|---|---|---|

## Type of Proceeding: Opposition

| Proceeding Number: | 91219054 | Filing Date: | Oct 27, 2014 |
|---|---|---|---|
| Status: | Terminated | Status Date: | Mar 21, 2015 |
| Interlocutory Attorney: | ROBERT COGGINS | | |

### Defendant

**Name:** Pivot Point Consulting, LLC

**Correspondent** DAVID A LOWE
**Address:** LOWE GRAHAM JONES
701 5TH AVE STE 4800
SEATTLE WA UNITED STATES , 98104-7009

**Correspondent e-mail:** Lowe@LoweGrahamJones.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PIVOT POINT TECHNOLOGIES | Abandoned - No Statement Of Use Filed | 85816075 | |

### Plaintiff(s)

**Name:** Pivot Incorporated

**Correspondent** J RYAN HINSHAW
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-mail:** officeactions@norvellip.com , rhinshaw@norvellip.com

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PIVOT POINTS | Section 8 and 15 - Accepted and Acknowledged | 77340433 | 3559816 |
| PIVOT | Section 8 and 15 - Accepted and Acknowledged | 77339334 | 3569041 |
| PIV T | Section 8 and 15 - Accepted and Acknowledged | 77394850 | 3569229 |
| PIVOT 360° | Cancelled - Section 8 | 77394907 | 3578985 |
| PIVOT 360 | Section 8 and 15 - Accepted and Acknowledged | 77341473 | 3578687 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Oct 27, 2014 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Oct 28, 2014 | Dec 07, 2014 |
| 3 | PENDING, INSTITUTED | Oct 28, 2014 | |
| 4 | D MOT FOR EXT W/ CONSENT | Dec 06, 2014 | |
| 5 | EXTENSION OF TIME GRANTED | Dec 06, 2014 | |
| 6 | MOT TO AMEND APPLICATION | Mar 05, 2015 | |
| 7 | BD DECISION: DISMISSED W/O PREJ | Mar 21, 2015 | |
| 8 | TERMINATED | Mar 21, 2015 | |

# United States of America
## United States Patent and Trademark Office

# PIVOT CONNECT

**Reg. No. 5,025,346**

**Registered Aug. 23, 2016**

**Int. Cl.: 9, 35, 42**

**Service Mark**

**Trademark**

**Principal Register**

Pivot Incorporated (DELAWARE CORPORATION)
Suite 610
10 Milk Street
Boston, MA 02108

CLASS 9: Computer programs for investment purposes, namely, the translation of electronic conversations into financial transactions and trading workflows; computer software platforms for aggregating and integrating information and data into trading workflows; a computer program that converts instant messages into a platform to execute financial transactions

FIRST USE 11-1-2011; IN COMMERCE 11-1-2011

CLASS 35: Data processing, namely, aggregating and integrating information and data into trading workflows

FIRST USE 11-1-2011; IN COMMERCE 11-1-2011

CLASS 42: Data conversion, namely, translation of electronic conversations into financial transactions and trading workflows via a computer network; Conversion of instant messages into a platform to execute financial transactions

FIRST USE 11-1-2011; IN COMMERCE 11-1-2011

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3569229, 3569041, 3559816

SER. NO. 86-727,013, FILED 08-17-2015
MICHAEL L ENGEL, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2019-02-17 16:33:55 EST

**Mark:** PIVOT CONNECT

PIVOT CONNECT

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86727013 | **Application Filing Date:** | Aug. 17, 2015 |
| **US Registration Number:** | 5025346 | **Registration Date:** | Aug. 23, 2016 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Aug. 23, 2016

**Publication Date:** Jun. 07, 2016

## Mark Information

**Mark Literal Elements:** PIVOT CONNECT

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**Claimed Ownership of US Registrations:** 3559816, 3569041, 3569229 and others

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer programs for investment purposes, namely, the translation of electronic conversations into financial transactions and trading workflows; computer software platforms for aggregating and integrating information and data into trading workflows; a computer program that converts instant messages into a platform to execute financial transactions

| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
|---|---|---|---|

**Class Status:** ACTIVE

**Basis:** 1(a)

| **First Use:** | Nov. 01, 2011 | **Use in Commerce:** | Nov. 01, 2011 |
|---|---|---|---|

**For:** Data processing, namely, aggregating and integrating information and data into trading workflows

| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
|---|---|---|---|

**Class Status:** ACTIVE

**Basis:** 1(a)

| **First Use:** | Nov. 01, 2011 | **Use in Commerce:** | Nov. 01, 2011 |
|---|---|---|---|

**For:** Data conversion, namely, translation of electronic conversations into financial transactions and trading workflows via a computer network; Conversion of instant messages into a platform to execute financial transactions

| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100, 101 |
|---|---|---|---|

Class Status: ACTIVE

Basis: 1(a)

First Use: Nov. 01, 2011      Use in Commerce: Nov. 01, 2011

## Basis Information (Case Level)

| | | |
|---|---|---|
| Filed Use: Yes | Currently Use: Yes | Amended Use: No |
| Filed ITU: No | Currently ITU: No | Amended ITU: No |
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

## Current Owner(s) Information

Owner Name: Pivot Incorporated

Owner Address: Suite 610
10 Milk Street
Boston, MASSACHUSETTS 02108
UNITED STATES

Legal Entity Type: CORPORATION      State or Country DELAWARE
Where Organized:

## Attorney/Correspondence Information

### Attorney of Record

Attorney Name: J. Ryan Hinshaw      Docket Number: 13470-1399

Attorney Primary officeactions@norvellip.com      Attorney Email Yes
Email Address:            Authorized:

### Correspondent

Correspondent J. RYAN HINSHAW
Name/Address: Norvell Ip Llc
PO Box 2461
Chicago, ILLINOIS 60690-2461
UNITED STATES

Fax: 312-268-5063

Correspondent e- officeactions@norvellip.com rhinshaw@norvellip.c      Correspondent e- Yes
mail: om            mail Authorized:

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 23, 2016 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 07, 2016 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 07, 2016 | PUBLISHED FOR OPPOSITION | |
| May 18, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 05, 2016 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70629 |
| Apr. 28, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 28, 2016 | EXAMINER'S AMENDMENT ENTERED | 70629 |
| Apr. 27, 2016 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Apr. 27, 2016 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Apr. 27, 2016 | EXAMINERS AMENDMENT -WRITTEN | 76079 |
| Dec. 07, 2015 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 07, 2015 | NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 07, 2015 | NON-FINAL ACTION WRITTEN | 76079 |
| Dec. 01, 2015 | ASSIGNED TO EXAMINER | 76079 |

| | | |
|---|---|---|
| Sep. 16, 2015 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70629 |
| Sep. 16, 2015 | ASSIGNED TO LIE | 70629 |
| Aug. 28, 2015 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 20, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 20, 2015 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION      **Date in Location:** Aug. 23, 2016

# Proceedings

## Summary

**Number of Proceedings:** 1

### Type of Proceeding: Opposition

**Proceeding Number:** 91223347      **Filing Date:** Aug 17, 2015

**Status:** Terminated      **Status Date:** Nov 02, 2016

**Interlocutory Attorney:** GEOFFREY MCNUTT

#### Defendant

**Name:** Pivot Technology Solutions, Inc.

**Correspondent Address:** CARLA J VRSANSKY
BUCHANAN INGERSOLL & ROONEY PC
301 GRANT ST FL 20
PITTSBURGH PA , 15219-1410
UNITED STATES

**Correspondent e-mail:** carla.vrsansky@bipc.com , vicki.cremoriese@bipc.com , susan.hilburg@bipc.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PIVOT INTERCONNECT | Registered | 86365614 | 5261471 |

#### Plaintiff(s)

**Name:** Pivot, Inc.

**Correspondent Address:** J RYAN HINSHAW
NORVELL IP LLC
PO BOX 2461
CHICAGO IL , 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com , rhinshaw@norvellip.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| PIVOT POINTS | Section 8 and 15 - Accepted and Acknowledged | 77340433 | 3559816 |
| PIVOT | Section 8 and 15 - Accepted and Acknowledged | 77339334 | 3569041 |
| PIV T | Section 8 and 15 - Accepted and Acknowledged | 77394850 | 3569229 |
| PIVOT 360 | Section 8 and 15 - Accepted and Acknowledged | 77341473 | 3578687 |
| | Registered | 86727013 | 5025346 |

#### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Aug 17, 2015 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Aug 17, 2015 | Sep 26, 2015 |
| 3 | PENDING, INSTITUTED | Aug 17, 2015 | |
| 4 | STIP FOR EXT | Sep 25, 2015 | |

| | | |
|---|---|---|
| 5 | EXTENSION OF TIME GRANTED | Sep 25, 2015 |
| 6 | STIP FOR EXT | Nov 16, 2015 |
| 7 | EXTENSION OF TIME GRANTED | Nov 16, 2015 |
| 8 | STIP FOR EXT | Feb 22, 2016 |
| 9 | EXTENSION OF TIME GRANTED | Feb 22, 2016 |
| 10 | STIP FOR EXT | Apr 19, 2016 |
| 11 | EXTENSION OF TIME GRANTED | Apr 19, 2016 |
| 12 | STIP FOR EXT | May 17, 2016 |
| 13 | EXTENSION OF TIME GRANTED | May 17, 2016 |
| 14 | STIP FOR EXT | Jun 21, 2016 |
| 15 | EXTENSION OF TIME GRANTED | Jun 21, 2016 |
| 16 | STIP FOR EXT | Jul 21, 2016 |
| 17 | EXTENSION OF TIME GRANTED | Jul 21, 2016 |
| 18 | STIP FOR EXT | Aug 16, 2016 |
| 19 | EXTENSION OF TIME GRANTED | Aug 16, 2016 |
| 20 | MOT TO AMEND APPLICATION | Sep 15, 2016 |
| 21 | BD DECISION: DISMISSED W/ PREJ | Nov 02, 2016 |
| 22 | TERMINATED | Nov 02, 2016 |

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,403,561

**United States Patent and Trademark Office**     Registered Nov. 14, 2000

### SERVICE MARK
### PRINCIPAL REGISTER

## CHICAGO BOARD OF TRADE

BOARD OF TRADE OF THE CITY OF CHICAGO
  (ILLINOIS CORPORATION)
141 WEST JACKSON BOULEVARD
CHICAGO, IL 60604

FOR: COMMODITY QUOTATION SERVICES AND
COMMODITY EXCHANGE SERVICES, IN CLASS 36
(U.S. CLS. 100, 101 AND 102).
  FIRST USE 0–0–1848; IN COMMERCE 0–0–1848.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT
TO USE "BOARD OF TRADE", APART FROM THE
MARK AS SHOWN.

SEC. 2(F).

SER. NO. 75–694,458, FILED 4–29–1999.

KIMBERLY REDDICK, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2019-02-20 11:06:58 EST

**Mark:** CHICAGO BOARD OF TRADE

CHICAGO BOARD OF TRADE

**US Serial Number:** 75694458

**US Registration Number:** 2403561

**Register:** Principal

**Mark Type:** Service Mark

**Status:** The registration has been renewed.

**Status Date:** Feb. 10, 2011

**Publication Date:** Aug. 22, 2000

**Application Filing Date:** Apr. 29, 1999

**Registration Date:** Nov. 14, 2000

# Mark Information

**Mark Literal Elements:** CHICAGO BOARD OF TRADE

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

**Disclaimer:** "BOARD OF TRADE"

**Acquired Distinctiveness Claim:** In whole

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Commodity quotation services and commodity exchange services

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** 1848

**Use in Commerce:** 1848

# Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

# Current Owner(s) Information

**Owner Name:** Board of Trade of the City of Chicago

**Owner Address:** 141 West Jackson Boulevard
Chicago, ILLINOIS 60604
UNITED STATES

| | | |
|---|---|---|
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** | DELAWARE |

# Attorney/Correspondence Information

**Attorney of Record**

| | | |
|---|---|---|
| **Attorney Name:** Jay M. Burgett | **Docket Number:** | 13271-186 |
| **Attorney Primary Email Address:** officeactions@norvellip.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

**Correspondent Name/Address:** Jay M. Burgett
Norvell IP llc
P.O. Box 2461
Chicago, ILLINOIS 60690
UNITED STATES

| | | |
|---|---|---|
| **Phone:** 888-315-0732 | **Fax:** | 312-268-5063 |
| **Correspondent e-mail:** officeactions@norvellip.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 10, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 10, 2011 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 70131 |
| Feb. 10, 2011 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jan. 27, 2011 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | 70131 |
| Jan. 27, 2011 | TEAS RESPONSE TO OFFICE ACTION-POST REG RECEIVED | |
| Jan. 19, 2011 | POST REGISTRATION ACTION MAILED - SEC. 8 & 9 | 70131 |
| Nov. 01, 2010 | POST REGISTRATION ACTION CORRECTION | 70131 |
| Oct. 25, 2010 | TEAS SECTION 8 & 9 RECEIVED | |
| Dec. 08, 2008 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Dec. 08, 2008 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Nov. 03, 2008 | WITHDRAWAL OF ATTORNEY GRANTED | |
| Nov. 03, 2008 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED | |
| Dec. 09, 2006 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 70131 |
| Sep. 29, 2006 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Sep. 29, 2006 | TEAS SECTION 8 & 15 RECEIVED | |
| Aug. 04, 2006 | CASE FILE IN TICRS | |
| Jul. 20, 2005 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 20, 2005 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Nov. 14, 2000 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 22, 2000 | PUBLISHED FOR OPPOSITION | |
| Jul. 21, 2000 | NOTICE OF PUBLICATION | |
| Apr. 28, 2000 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 02, 2000 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Aug. 03, 1999 | NON-FINAL ACTION MAILED | |
| Jul. 28, 1999 | ASSIGNED TO EXAMINER | 76735 |

# Maintenance Filings or Post Registration Information

| | |
|---|---|
| **Affidavit of Continued Use:** | Section 8 - Accepted |
| **Affidavit of Incontestability:** | Section 15 - Accepted |
| **Renewal Date:** | Nov. 14, 2010 |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** Feb. 10, 2011

# Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 2          **Registrant:** Board of Trade of the City of Chicago

## Assignment 1 of 2

**Conveyance:** CHANGE OF CORPORATE STATUS

**Reel/Frame:** 3162/0424          **Pages:** 23

**Date Recorded:** Jul. 22, 2005

**Supporting Documents:** assignment-tm-3162-0424.pdf

### Assignor

**Name:** CHICAGO, THE CITY OF, BOARD OF TRADE OF          **Execution Date:** Nov. 13, 2001

**Legal Entity Type:** CORPORATION          **State or Country Where Organized:** ILLINOIS

### Assignee

**Name:** CHICAGO, THE CITY OF, BOARD OF TRADE

**Legal Entity Type:** BOARD OF TRADE OF THE CITY OF CHICAGO          **State or Country Where Organized:** DELAWARE

**Address:** 141 WEST JACKSON BOULEVARD
CHICAGO, ILLINOIS 60604

### Correspondent

**Correspondent Name:** JEANNE M. GILLS

**Correspondent Address:** SUITE 2800
321 NORTH CLARK STREET
CHICAGO, IL 60610

**Domestic Representative - Not Found**

## Assignment 2 of 2

**Conveyance:** CHANGE OF CORPORATE STATUS

**Reel/Frame:** 3235/0964          **Pages:** 14

**Date Recorded:** Dec. 01, 2005

**Supporting Documents:** assignment-tm-3235-0964.pdf

### Assignor

**Name:** BOARD OF TRADE OF THE CITY OF CHICAGO          **Execution Date:** Apr. 22, 2005

**Legal Entity Type:** DELAWARE NOT FOR PROFIT, NON-STOCK CORPORATION          **State or Country Where Organized:** No Place Where Organized Found

### Assignee

**Name:** BOARD OF TRADE OF THE CITY OF CHICAGO

**Legal Entity Type:** DELAWARE NOT FOR PROFIT, NON-STOCK CORPORATION          **State or Country Where Organized:** No Place Where Organized Found

**Address:** 141 WEST JACKSON BOULEVARD
CHICAGO, ILLINOIS

### Correspondent

**Correspondent Name:** JEANNE M. GILLS

**Correspondent Address:** SUITE 2800
321 NORTH CLARK STREET
CHICAGO, ILLINOIS 60610

**Domestic Representative - Not Found**

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,713,052

United States Patent and Trademark Office

Registered May 6, 2003

## SERVICE MARK
## PRINCIPAL REGISTER

# NEW YORK MERCANTILE EXCHANGE

NEW YORK MERCANTILE EXCHANGE, INC.
(DELAWARE CORPORATION)
ONE NORTH END AVENUE
WORLD FINANCIAL CENTER
NEW YORK, NY 102821101

FOR: PROVIDING INFORMATION ON SETTLE-
MENT PRICES, TRADING PRICES, BID AND ASK
PRICES, PRICE RANGES, VOLUME DATA, AND
OTHER MARKET DATA ON COMMODITY FU-
TURES CONTRACTS AND OPTIONS ON COM-
MODITY FUTURES CONTRACTS, IN CLASS 36
(U.S. CLS. 100, 101 AND 102).

FIRST USE 6-5-1882; IN COMMERCE 6-5-1882.

OWNER OF U.S. REG. NOS. 1,775,460, 1,832,417,
AND 1,847,455.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "EXCHANGE", APART FROM
THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 76-370,901, FILED 2-13-2002.

STEVEN R. FINE, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2019-02-20 11:07:22 EST

**Mark:** NEW YORK MERCANTILE EXCHANGE

NEW YORK MERCANTILE EXCHANGE

| | | | |
|---|---|---|---|
| **US Serial Number:** | 76370901 | **Application Filing Date:** | Feb. 13, 2002 |
| **US Registration Number:** | 2713052 | **Registration Date:** | May 06, 2003 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Apr. 16, 2013 | | |
| **Publication Date:** | Feb. 11, 2003 | | |

# Mark Information

**Mark Literal Elements:** NEW YORK MERCANTILE EXCHANGE

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

**Disclaimer:** "EXCHANGE"

**Acquired Distinctiveness Claim:** In whole

# Related Properties Information

**Claimed Ownership of US Registrations:** 1775460, 1832417, 1847455

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks "..." identify additional (new) wording in the goods/services.

**For:** Providing information on settlement prices, trading prices, bid and ask prices, price ranges, volume data, and other market data on commodity futures contracts and options on commodity futures contracts

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jun. 05, 1882

**Use in Commerce:** Jun. 05, 1882

# Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

# Current Owner(s) Information

**Owner Name:** New York Mercantile Exchange, Inc.

**Owner Address:** One North End Avenue
World Financial Center
New York, NEW YORK 102821101
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T. Kucala, Jr.

**Attorney Primary Email Address:** officeactions@norvellip.com

**Docket Number:** 13441-464

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Joseph T. Kucala, Jr.
Norvell IP LLC
PO Box 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com officeactions@norvell ip.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 16, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Apr. 16, 2013 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 69471 |
| Apr. 16, 2013 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 69471 |
| Apr. 15, 2013 | TEAS SECTION 8 & 9 RECEIVED | |
| Jun. 25, 2010 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 25, 2010 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 16, 2009 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 16, 2009 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Nov. 22, 2008 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 69471 |
| Nov. 12, 2008 | ASSIGNED TO PARALEGAL | 69471 |
| Nov. 05, 2008 | TEAS SECTION 8 & 15 RECEIVED | |
| Jul. 21, 2008 | CASE FILE IN TICRS | |
| May 01, 2004 | NEW CERTIFICATE ISSUED, SEC. 7D | |
| Mar. 15, 2004 | REQUEST FOR NEW CERTIFICATE FILED | |
| Aug. 12, 2003 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| May 06, 2003 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 04, 2003 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 11, 2003 | PUBLISHED FOR OPPOSITION | |
| Jan. 22, 2003 | NOTICE OF PUBLICATION | |
| Nov. 26, 2002 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 25, 2002 | EXAMINERS AMENDMENT MAILED | |
| Jun. 20, 2002 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jul. 16, 2002 | NON-FINAL ACTION MAILED | |
| Jun. 14, 2002 | ASSIGNED TO EXAMINER | 63031 |
| Jun. 06, 2002 | ASSIGNED TO EXAMINER | 78473 |

# Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** May 06, 2013

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:** Apr. 16, 2013

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 1,847,455
Registered July 26, 1994

## SERVICE MARK
## PRINCIPAL REGISTER

## NEW YORK MERCANTILE EXCHANGE

NEW YORK MERCANTILE EXCHANGE (NEW YORK CORPORATION)
FOUR WORLD TRADE CENTER
NEW YORK, NY 10048

FOR: COMMODITY FUTURES AND OPTIONS CONTRACT TRADING FOR OTHERS; NAMELY, ORDER ENTRY AND TRADE MATCHING SYSTEM FOR TRADING OF FUTURES AND OPTIONS ON FUTURES BY MEANS OF COMPUTER , IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-5-1882; IN COMMERCE 6-5-1882.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "EXCHANGE", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "NEW YORK MERCANTILE".

SN 74-217,665, FILED 11-1-1991.

M. L. HERSHKOWITZ, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2019-02-20 11:08:24 EST

**Mark:** NEW YORK MERCANTILE EXCHANGE

| | |
|---|---|
| **US Serial Number:** 74217665 | **Application Filing Date:** Nov. 01, 1991 |
| **US Registration Number:** 1847455 | **Registration Date:** Jul. 26, 1994 |
| **Register:** Principal | |
| **Mark Type:** Service Mark | |
| **TM5 Common Status Descriptor:** | LIVE/REGISTRATION/Issued and Active |
| | The trademark application has been registered with the Office. |
| **Status:** The registration has been renewed. | |
| **Status Date:** Jul. 28, 2014 | |
| **Publication Date:** Jun. 08, 1993 | **Notice of Allowance Date:** Aug. 31, 1993 |

# Mark Information

**Mark Literal Elements:** NEW YORK MERCANTILE EXCHANGE

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

**Disclaimer:** "EXCHANGE"

**Acquired Distinctiveness Claim:** In part

**Distinctiveness Limitation Statement:** as to "NEW YORK MERCANTILE"

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** commodity futures and options contract trading for others; namely, order entry and trade matching system for trading of futures and options on futures by means of computer

| | |
|---|---|
| **International Class(es):** 036 - Primary Class | **U.S Class(es):** 100, 101, 102 |

**Class Status:** ACTIVE

**Basis:** 1(a)

| | |
|---|---|
| **First Use:** Jun. 05, 1882 | **Use in Commerce:** Jun. 05, 1882 |

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | Yes |
| Filed ITU: | Yes | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

## Current Owner(s) Information

**Owner Name:** NEW YORK MERCANTILE EXCHANGE, INC.

**Owner Address:** ONE NORTH END AVENUE
NEW YORK, NEW YORK UNITED STATES 10282

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T. Kucala, Jr.

**Docket Number:** 13441-463

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Joseph T. Kucala, Jr.
Norvell IP LLC
PO Box 2461
CHICAGO, ILLINOIS UNITED STATES 60690

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com officeactions@norvell
ip.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 28, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jul. 28, 2014 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 76293 |
| Jul. 28, 2014 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 76293 |
| Jul. 25, 2014 | TEAS SECTION 8 & 9 RECEIVED | |
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 25, 2010 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 25, 2010 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 27, 2007 | CASE FILE IN TICRS | |
| Jun. 08, 2004 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Jun. 08, 2004 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Apr. 14, 2004 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Oct. 21, 2000 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Jul. 24, 2000 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Jul. 24, 2000 | REGISTERED - SEC. 8 (6-YR) FILED | |
| Jul. 26, 1994 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 22, 1994 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Mar. 31, 1994 | STATEMENT OF USE PROCESSING COMPLETE | |
| Mar. 31, 1994 | EXTENSION 1 GRANTED | |
| Feb. 24, 1994 | USE AMENDMENT FILED | |
| Feb. 24, 1994 | EXTENSION 1 FILED | |
| Aug. 31, 1993 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Jun. 08, 1993 | PUBLISHED FOR OPPOSITION | |

| | |
|---|---|
| May 07, 1993 | NOTICE OF PUBLICATION |
| Mar. 23, 1993 | PUBLISHED FOR OPPOSITION |
| Feb. 19, 1993 | NOTICE OF PUBLICATION |
| Jan. 19, 1993 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Dec. 17, 1992 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jun. 22, 1992 | NON-FINAL ACTION MAILED |
| May 11, 1992 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jan. 22, 1992 | NON-FINAL ACTION MAILED |
| Jan. 06, 1992 | ASSIGNED TO EXAMINER |

69798

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Jul. 26, 2014

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE  **Date in Location:** Jul. 28, 2014

## Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 1  **Registrant:** NEW YORK MERCANTILE EXCHANGE

**Assignment 1 of 1**

**Conveyance:** MERGER

**Reel/Frame:** 2472/0902  **Pages:** 6

**Date Recorded:** Mar. 26, 2002

**Supporting Documents:** assignment-tm-2472-0902.pdf

**Assignor**

**Name:** NEW YORK MERCANTILE EXCHANGE  **Execution Date:** Nov. 17, 2000

**Legal Entity Type:** CORPORATION  **State or Country Where Organized:** NEW YORK

**Assignee**

**Name:** NEW YORK MERCANTILE EXCHANGE, INC.

**Legal Entity Type:** CORPORATION  **State or Country Where Organized:** DELAWARE

**Address:** WORLD FINANCIAL CENTER
ONE NORTH END AVENUE
NEW YORK, NEW YORK 10282

**Correspondent**

**Correspondent Name:** ARENT FOX ET AL

**Correspondent Address:** DAVID C. GRYCE
1050 CONNECTICUT AVE., NW
WASHINGTON, DC 20036

**Domestic Representative - Not Found**

Int. Cl.: 36

Prior U.S. Cls.: 101 and 102

**United States Patent and Trademark Office**

Reg. No. 1,775,460
Registered June 8, 1993

## SERVICE MARK
### PRINCIPAL REGISTER

## NEW YORK MERCANTILE EXCHANGE

NEW YORK MERCANTILE EXCHANGE (NEW YORK CORPORATION)
FOUR WORLD TRADE CENTER
NEW YORK, NY 10048

FOR: OPERATION OF AN EXCHANGE MARKET FOR TRADING IN COMMODITY FUTURES AND OPTIONS CONTRACTS, IN CLASS 36 (U.S. CLS. 101 AND 102).

FIRST USE 6-5-1882; IN COMMERCE 6-5-1882.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "EXCHANGE", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "NEW YORK MERCANTILE".

SER. NO. 74-219,609, FILED 11-7-1991.

M. L. HERSHKOWITZ, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2019-02-20 11:08:57 EST

**Mark:** NEW YORK MERCANTILE EXCHANGE

| | | | |
|---|---|---|---|
| **US Serial Number:** 74219609 | | **Application Filing Date:** Nov. 07, 1991 | |
| **US Registration Number:** 1775460 | | **Registration Date:** Jun. 08, 1993 | |
| **Register:** Principal | | | |
| **Mark Type:** Service Mark | | | |
| **Status:** The registration has been renewed. | | | |
| **Status Date:** Apr. 16, 2013 | | | |
| **Publication Date:** Mar. 16, 1993 | | | |

# Mark Information

**Mark Literal Elements:** NEW YORK MERCANTILE EXCHANGE

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

**Disclaimer:** "EXCHANGE"

**Acquired Distinctiveness Claim:** In part

**Distinctiveness Limitation Statement:** as to "NEW YORK MERCANTILE"

# Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** operation of an exchange market for trading in commodity futures and options contracts

**International Class(es):** 036 - Primary Class    **U.S Class(es):** 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jun. 05, 1882    **Use in Commerce:** Jun. 05, 1882

# Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |

**Filed 66A:** No                          **Currently 66A:** No

**Filed No Basis:** No                   **Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** NEW YORK MERCANTILE EXCHANGE, INC.

**Owner Address:** ONE NORTH END AVE
NEW YORK, NEW YORK 10282
UNITED STATES

**Legal Entity Type:** CORPORATION                    **State or Country** DELAWARE
**Where Organized:**

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Joseph T. Kucala, Jr.            **Docket Number:** 13271-462

**Attorney Primary** officeactions@norvellip.com       **Attorney Email** Yes
**Email Address:**                                          **Authorized:**

**Correspondent**

**Correspondent** Joseph T. Kucala, Jr.
**Name/Address:** Norvell IP LLC
PO Box 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732                                      **Fax:** 312-268-5063

**Correspondent e-** officeactions@norvellip.com officeactions@norvell   **Correspondent e-** Yes
**mail:** ip.com                                        **mail Authorized:**

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Nov. 27, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 17, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Apr. 16, 2013 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 59136 |
| Apr. 16, 2013 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 59136 |
| Apr. 15, 2013 | TEAS SECTION 8 & 9 RECEIVED | |
| Jun. 25, 2010 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 25, 2010 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 11, 2009 | CASE FILE IN TICRS | |
| Jul. 13, 2003 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Jul. 13, 2003 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| May 08, 2003 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| May 08, 2003 | PAPER RECEIVED | |
| Sep. 24, 1999 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| May 17, 1999 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Jun. 08, 1993 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 16, 1993 | PUBLISHED FOR OPPOSITION | |
| Feb. 12, 1993 | NOTICE OF PUBLICATION | |
| Jan. 15, 1993 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 17, 1992 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jun. 18, 1992 | NON-FINAL ACTION MAILED | |
| May 11, 1992 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Feb. 21, 1992 | NON-FINAL ACTION MAILED | |
| Jan. 31, 1992 | ASSIGNED TO EXAMINER | 69798 |
| Jan. 16, 1992 | ASSIGNED TO EXAMINER | 65999 |

# Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** Jun. 08, 2013

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE

**Date in Location:** Apr. 16, 2013

## Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 1

**Registrant:** NEW YORK MERCANTILE EXCHANGE

**Assignment 1 of 1**

**Conveyance:** MERGER

**Reel/Frame:** 2472/0902

**Pages:** 6

**Date Recorded:** Mar. 26, 2002

**Supporting Documents:** assignment-tm-2472-0902.pdf

**Assignor**

**Name:** NEW YORK MERCANTILE EXCHANGE

**Execution Date:** Nov. 17, 2000

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** NEW YORK

**Assignee**

**Name:** NEW YORK MERCANTILE EXCHANGE, INC.

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

**Address:** WORLD FINANCIAL CENTER
ONE NORTH END AVENUE
NEW YORK, NEW YORK 10282

**Correspondent**

**Correspondent Name:** ARENT FOX ET AL

**Correspondent Address:** DAVID C. GRYCE
1050 CONNECTICUT AVE., NW
WASHINGTON, DC 20036

**Domestic Representative - Not Found**

# EXHIBIT E

**Generated on:** This page was generated by TSDR on 2019-02-17 16:44:36 EST

**Mark:** CME FX LINK

# CME FX LINK

**US Serial Number:** 87689907

**Application Filing Date:** Nov. 17, 2017

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Status Date:** Oct. 09, 2018

**Publication Date:** Aug. 14, 2018

**Notice of Allowance Date:** Oct. 09, 2018

# Mark Information

**Mark Literal Elements:** CME FX LINK

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "FX"

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Futures exchange services; financial trading services relating to the trading of futures, options, and derivative foreign exchange products; electronic financial trading services relating to foreign exchange transactions; providing information regarding the trading of futures and options products

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** No | | **Currently Use:** No | |
| **Filed ITU:** Yes | | **Currently ITU:** Yes | |
| **Filed 44D:** No | | **Currently 44E:** No | |
| **Filed 44E:** No | | **Currently 66A:** No | |
| **Filed 66A:** No | | **Currently No Basis:** No | |
| **Filed No Basis:** No | | | |

# Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606

**Legal Entity Type:** CORPORATION

**State or Country
Where Organized:** DELAWARE

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Christine A. Filarski

**Docket Number:** 13439-1429

**Attorney Primary
Email Address:** officeactions@norvellip.com

**Attorney Email
Authorized:** Yes

### Correspondent

**Correspondent
Name/Address:** CHRISTINE A. FILARSKI
NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS UNITED STATES 60690

**Phone:** 773-966-2513

**Correspondent e-
mail:** officeactions@norvellip.com
cfilarski@norvellip.com

**Correspondent e-
mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Oct. 09, 2018 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Aug. 14, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 14, 2018 | PUBLISHED FOR OPPOSITION | |
| Jul. 25, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jul. 12, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 16, 2018 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jun. 15, 2018 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jun. 15, 2018 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 15, 2017 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 15, 2017 | NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 15, 2017 | NON-FINAL ACTION WRITTEN | 88570 |
| Dec. 08, 2017 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70884 |
| Dec. 07, 2017 | ASSIGNED TO EXAMINER | 88570 |
| Dec. 06, 2017 | ASSIGNED TO LIE | 70884 |
| Dec. 01, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Nov. 28, 2017 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Nov. 21, 2017 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information

**TM Attorney:** LEE, JEANIE H

**Law Office
Assigned:** LAW OFFICE 105

### File Location

**Current Location:** INTENT TO USE SECTION

**Date in Location:** Oct. 09, 2018

# Proceedings

### Summary

**Number of
Proceedings:** 1

**Type of Proceeding: Opposition**

| | | |
|---|---|---|
| **Proceeding Number:** | 91238893 | |
| **Status:** | Terminated | **Filing Date:** Jan 10, 2018 |
| **Interlocutory Attorney:** | MIKE WEBSTER | **Status Date:** Sep 05, 2018 |

### Defendant

| | |
|---|---|
| **Name:** | Church Mutual Insurance Company |
| **Correspondent Address:** | CHRISTOPHER P FOLEY<br>FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP<br>901 NEW YORK AVENUE NW<br>WASHINGTON DC UNITED STATES , 20001 |
| **Correspondent e-mail:** | docketing@finnegan.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMEXCHANGE | Abandoned - After Inter-Partes Decision | 87431426 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | Chicago Mercantile Exchange Inc. |
| **Correspondent Address:** | CHRISTINE A FILARSKI<br>NORVELL IP LLC<br>PO BOX 2461<br>CHICAGO IL UNITED STATES , 60690 |
| **Correspondent e-mail:** | officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| CME FXSINDEX | Registered | 86963593 | 5211897 |
| CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 73134561 | 1085682 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME FX SPOT | Third Extension - Granted | 87155844 | |
| CME CLEARCHAIN | Third Extension - Granted | 87141695 | |
| CME FX LINK | Notice of Allowance - Issued | 87689907 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 10, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 10, 2018 | Feb 19, 2018 |
| 3 | PENDING, INSTITUTED | Jan 10, 2018 | |
| 4 | ANSWER | Feb 20, 2018 | |
| 5 | P MOT TO STRIKE PLEADING/AFFIRMATIVE DEFENSE | Mar 13, 2018 | |
| 6 | D OPP/RESP TO MOTION | Mar 28, 2018 | |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 29, 2018 | |
| 8 | P REPLY IN SUPPORT OF MOTION | Apr 17, 2018 | |
| 9 | STIP FOR EXT | Jul 17, 2018 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 17, 2018 | |
| 11 | PROCEEDINGS RESUMED | Jul 17, 2018 | |
| 12 | W/DRAW OF APPLICATION | Aug 07, 2018 | |
| 13 | BD DECISION: OPP SUSTAINED | Sep 05, 2018 | |
| 14 | TERMINATED | Sep 05, 2018 | |

Generated on: This page was generated by TSDR on 2019-02-17 16:45:07 EST

Mark: CME FX SPOT

# CME FX SPOT

US Serial Number: 87155844

Filed as TEAS RF: Yes

Register: Principal

Mark Type: Trademark, Service Mark

TM5 Common Status Descriptor:

Application Filing Date: Aug. 30, 2016

Currently TEAS RF: Yes

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

Status: A third request for extension of time to file a Statement of Use has been granted.

Status Date: Aug. 13, 2018

Publication Date: Jan. 17, 2017

Notice of Allowance Date: Mar. 14, 2017

## Mark Information

Mark Literal Elements: CME FX SPOT

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

Disclaimer: "FX"

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Computer software for financial exchange services; computer software for financial trading services for foreign exchange transactions

International Class(es): 009 - Primary Class

U.S Class(es): 021, 023, 026, 036, 038

Class Status: ACTIVE

Basis: 1(b)

For: Financial exchange services; financial trading services relating to foreign exchange transactions; electronic financial trading services relating to foreign exchange transactions; financial clearing services relating to foreign exchange transactions

International Class(es): 036 - Primary Class

U.S Class(es): 100, 101, 102

Class Status: ACTIVE

Basis: 1(b)

For: Providing temporary use of on-line non-downloadable computer software for financial exchange services; Providing temporary use of on-line non-downloadable computer software for financial trading services for foreign exchange transactions

International Class(es): 042 - Primary Class

U.S Class(es): 100, 101

Class Status: ACTIVE

Basis: 1(b)

# Basis Information (Case Level)

Filed Use: No

Currently Use: No

Filed ITU: Yes

Currently ITU: Yes

Filed 44D: No

Currently 44E: No

Filed 44E: No

Currently 66A: No

Filed 66A: No

Currently No Basis: No

Filed No Basis: No

# Current Owner(s) Information

Owner Name: Chicago Mercantile Exchange Inc.

Owner Address: 20 S. Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606

Legal Entity Type: CORPORATION

State or Country DELAWARE
Where Organized:

# Attorney/Correspondence Information

**Attorney of Record**

Attorney Name: Christine A. Filarski

Docket Number: 13439-1427

Attorney Primary officeactions@norvellip.com
Email Address:

Attorney Email Yes
Authorized:

**Correspondent**

Correspondent CHRISTINE A. FILARSKI
Name/Address: NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS UNITED STATES 60690

Phone: 8883150732

Fax: 3122685063

Correspondent e- officeactions@norvellip.com
mail: cfilarski@norvellip.com

Correspondent e- Yes
mail Authorized:

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Aug. 15, 2018 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Aug. 13, 2018 | EXTENSION 3 GRANTED | 98765 |
| Aug. 13, 2018 | EXTENSION 3 FILED | 98765 |
| Aug. 13, 2018 | TEAS EXTENSION RECEIVED | |
| Mar. 09, 2018 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 07, 2018 | EXTENSION 2 GRANTED | 98765 |
| Mar. 07, 2018 | EXTENSION 2 FILED | 98765 |
| Mar. 07, 2018 | TEAS EXTENSION RECEIVED | |
| Sep. 16, 2017 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Sep. 14, 2017 | EXTENSION 1 GRANTED | 98765 |
| Sep. 14, 2017 | EXTENSION 1 FILED | 98765 |
| Sep. 14, 2017 | TEAS EXTENSION RECEIVED | |
| Mar. 14, 2017 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jan. 17, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 17, 2017 | PUBLISHED FOR OPPOSITION | |
| Dec. 28, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 12, 2016 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70997 |
| Nov. 29, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 29, 2016 | ASSIGNED TO EXAMINER | 69197 |
| Sep. 21, 2016 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70997 |

| | | |
|---|---|---|
| Sep. 10, 2016 | ASSIGNED TO LIE | 70997 |
| Sep. 07, 2016 | NOTICE OF PSEUDO MARK E-MAILED | |
| Sep. 06, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Sep. 02, 2016 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Sep. 02, 2016 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

## TM Staff Information

**TM Attorney:** BLOHM, LINDA E

**Law Office LAW OFFICE 110
Assigned:**

### File Location

**Current Location:** INTENT TO USE SECTION

**Date in Location:** Mar. 14, 2017

# Proceedings

## Summary

**Number of** 1
**Proceedings:**

### Type of Proceeding: Opposition

**Proceeding** 91238893
**Number:**

**Filing Date:** Jan 10, 2018

**Status:** Terminated

**Status Date:** Sep 05, 2018

**Interlocutory** MIKE WEBSTER
**Attorney:**

#### Defendant

**Name:** Church Mutual Insurance Company

**Correspondent** CHRISTOPHER P FOLEY
**Address:** FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 NEW YORK AVENUE NW
WASHINGTON DC UNITED STATES , 20001

**Correspondent e-** docketing@finnegan.com
**mail:**

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMEXCHANGE | Abandoned - After Inter-Partes Decision | 87431426 | |

#### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** CHRISTINE A FILARSKI
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-** officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com
**mail:**

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |

| | | | |
|---|---|---|---|
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| CME FX$INDEX | Registered | 86963593 | 5211897 |
| CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 73134561 | 1085682 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME FX SPOT | Third Extension - Granted | 87155844 | |
| CME CLEARCHAIN | Third Extension - Granted | 87141695 | |
| CME FX LINK | Notice of Allowance - Issued | 87689907 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 10, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 10, 2018 | Feb 19, 2018 |
| 3 | PENDING, INSTITUTED | Jan 10, 2018 | |
| 4 | ANSWER | Feb 20, 2018 | |
| 5 | P MOT TO STRIKE PLEADING/AFFIRMATIVE DEFENSE | Mar 13, 2018 | |
| 6 | D OPP/RESP TO MOTION | Mar 28, 2018 | |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 29, 2018 | |
| 8 | P REPLY IN SUPPORT OF MOTION | Apr 17, 2018 | |
| 9 | STIP FOR EXT | Jul 17, 2018 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 17, 2018 | |
| 11 | PROCEEDINGS RESUMED | Jul 17, 2018 | |
| 12 | W/DRAW OF APPLICATION | Aug 07, 2018 | |
| 13 | BD DECISION: OPP SUSTAINED | Sep 05, 2018 | |
| 14 | TERMINATED | Sep 05, 2018 | |



**Generated on:** This page was generated by TSDR on 2019-02-17 16:45:24 EST

**Mark:** CME CLEARCHAIN

CME CLEARCHAIN

| | |
|---|---|
| **US Serial Number:** 87141695 | **Application Filing Date:** Aug. 17, 2016 |
| **Filed as TEAS RF:** Yes | **Currently TEAS RF:** Yes |
| **Register:** Principal | |
| **Mark Type:** Trademark, Service Mark | |

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** A third request for extension of time to file a Statement of Use has been granted.

**Status Date:** Aug. 13, 2018

**Publication Date:** Jan. 17, 2017

**Notice of Allowance Date:** Mar. 14, 2017

# Mark Information

**Mark Literal Elements:** CME CLEARCHAIN

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer software for use in financial trading, financial exchange, financial information and market, and financial clearing services; computer software for use in trading, storing, receiving, tracking, transferring, clearing, confirmation, and financial trading risk management for exchange market transactions in the field of digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; computer software for use in creating, managing, and analyzing data on distributed public ledgers and peer-to-peer payment networks; downloadable computer software for use in financial trading, financial exchange, financial information and market data, and financial clearing services; computer software for use in blockchain technology

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Business services, namely, providing digital currency management as it deals with the acquisition, allocation, valuation, marketing, auctioning, trading, and use of the public ledger of transactions for digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; management of databases featuring financial information for the buying, selling, trading, custody and administration of digitized assets, such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency

**International Class(es):** 035 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Financial services, namely, electronic funds transfer via electronic communications networks; clearing and reconciling financial

transactions via electronic communications networks; financial exchange services; monetary exchange services; financial information services; financial clearing services; providing exchange markets for trading, clearing, confirmation and financial trading risk management in the field of bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; electronic financial trading services; electronic financial trading, namely, trading of bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; financial information provided by electronic means; providing on-demand and real-time financial information

| | |
|---|---|
| **International Class(es):** | 036 - Primary Class |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(b) |

**U.S Class(es):** 100, 101, 102

**For:** Providing temporary on-line use of non-downloadable software for use in trading, clearing, confirmation, and financial trading risk management for exchange market transactions in the field of digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; providing temporary use of on-line non-downloadable software for use in trading, storing, receiving, tracking, transferring, clearing, confirmation, and financial trading risk management for exchange market transactions in the field of digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; platform as a service (PAAS) featuring computer software platform for authenticating, facilitating, matching, processing, clearing, storing, receiving, tracking, transferring, and submitting trade data, exchanging of trading transaction details, and management of the overall trading lifecycle; hosting an online community in the field of digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; application service provider featuring application programming interface (API) for developers in the field of digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency for creating, managing, and analyzing data on distributed public ledgers and peer-to-peer payment networks; Software as a service (SAAS) services, enabling the development of software in the field of digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency for creating, managing, and analyzing data on distributed public ledgers and peer-to-peer payment networks; Platform as a service (PAAS) featuring computer software platforms for use in developing software in the field of digitized assets such as bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency for creating, managing, and analyzing data on distributed public ledgers and peer-to-peer payment networks; providing temporary use of on-line non-downloadable software for the management of infrastructure and network in the field of bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency; providing on-line non-downloadable computer software for use in blockchain technology; Software as a service (SAAS) services featuring software for clearing, allocation, compliance, recordation and settlement of trading related to bitcoins, cryptocurrency, collateral for derivatives, derivative contracts, virtual currency, and digital currency

| | |
|---|---|
| **International Class(es):** | 042 - Primary Class |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(b) |

**U.S Class(es):** 100, 101

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Chicago Mercantile Exchange Inc. |
| **Owner Address:** | 20 S. Wacker Drive<br>Chicago, ILLINOIS UNITED STATES 60606 |
| **Legal Entity Type:** | CORPORATION |

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Attorney Name:** | Joseph T. Kucala, Jr. |
| **Attorney Primary Email Address:** | officeactions@norvellip.com |

**Docket Number:** 13439-1422

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** JOSEPH T. KUCALA, JR.
NORVELL IP LLC
P.O. BOX 2461

CHICAGO, ILLINOIS UNITED STATES 60690

**Phone:** 8883150732

**Correspondent e-mail:** officeactions@norvellip.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Aug. 15, 2018 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Aug. 13, 2018 | EXTENSION 3 GRANTED | 98765 |
| Aug. 13, 2018 | EXTENSION 3 FILED | 98765 |
| Aug. 13, 2018 | TEAS EXTENSION RECEIVED | |
| Mar. 09, 2018 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 07, 2018 | EXTENSION 2 GRANTED | 98765 |
| Mar. 07, 2018 | EXTENSION 2 FILED | 98765 |
| Mar. 07, 2018 | TEAS EXTENSION RECEIVED | |
| Aug. 15, 2017 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Aug. 11, 2017 | EXTENSION 1 GRANTED | 98765 |
| Aug. 11, 2017 | EXTENSION 1 FILED | 98765 |
| Aug. 11, 2017 | TEAS EXTENSION RECEIVED | |
| Mar. 14, 2017 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jan. 17, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 17, 2017 | PUBLISHED FOR OPPOSITION | |
| Dec. 28, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 13, 2016 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70997 |
| Dec. 01, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 01, 2016 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Dec. 01, 2016 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Dec. 01, 2016 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Dec. 01, 2016 | EXAMINERS AMENDMENT -WRITTEN | 69197 |
| Nov. 29, 2016 | ASSIGNED TO EXAMINER | 69197 |
| Sep. 15, 2016 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70997 |
| Sep. 08, 2016 | ASSIGNED TO LIE | 70997 |
| Aug. 31, 2016 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 23, 2016 | NOTICE OF PSEUDO MARK E-MAILED | |
| Aug. 22, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 20, 2016 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

## TM Staff Information

**TM Attorney:** BLOHM, LINDA E

**Law Office Assigned:** LAW OFFICE 110

## File Location

**Current Location:** INTENT TO USE SECTION

**Date in Location:** Mar. 14, 2017

# Proceedings

### Summary

**Number of Proceedings:** 1

### Type of Proceeding: Opposition

**Proceeding Number:** 91238893

**Filing Date:** Jan 10, 2018

**Status:** Terminated

**Status Date:** Sep 05, 2018

**Interlocutory** MIKE WEBSTER
**Attorney:**

### Defendant

**Name:** Church Mutual Insurance Company

**Correspondent** CHRISTOPHER P FOLEY
**Address:** FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
901 NEW YORK AVENUE NW
WASHINGTON DC UNITED STATES , 20001

**Correspondent e-** docketing@finnegan.com
**mail:**

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CMEXCHANGE | Abandoned - After Inter-Partes Decision | 87431426 | |

### Plaintiff(s)

**Name:** Chicago Mercantile Exchange Inc.

**Correspondent** CHRISTINE A FILARSKI
**Address:** NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

**Correspondent e-** officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com
**mail:**

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| CME | REGISTERED AND RENEWED | 73134559 | 1085681 |
| CME | REGISTERED AND RENEWED | 78496071 | 3084640 |
| CME GROUP | REGISTERED AND RENEWED | 77022870 | 3367684 |
| CME CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 78290751 | 2991670 |
| CME DATAMINE | REGISTERED AND RENEWED | 77008271 | 3352992 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| CME FEEDER CATTLE INDEX | REGISTERED AND RENEWED | 78218009 | 2990297 |
| CME ILINK | REGISTERED AND RENEWED | 78169451 | 2831871 |
| CME LEAN HOG INDEX | REGISTERED AND RENEWED | 78217979 | 2973035 |
| CME DATAPOINT | Section 8 and 15 - Accepted and Acknowledged | 85254768 | 4130632 |
| CME GLOBEX | REGISTERED AND RENEWED | 78834279 | 3193924 |
| CME CORE | Registered | 85979116 | 4472606 |
| CME DIRECT | Registered | 85294966 | 4358467 |
| CME GROUP | Registered | 85683052 | 4544077 |
| CME GROUP | Registered | 85683068 | 4544078 |
| CME CLEARPORT | Registered | 85908503 | 4535988 |
| CME GLINK | Registered | 85242307 | 4343012 |
| CME DIRECT MESSENGER | Registered | 85681369 | 4433547 |
| CME STP | Registered | 86179537 | 4851862 |
| CME DIRECT MOBILE | Registered | 85681420 | 5218706 |
| CME GROUP FOUNDATION | Registered | 86546830 | 4961334 |
| CME MESSENGER | Registered | 86651682 | 5023757 |
| CME FXSINDEX | Registered | 86963593 | 5211897 |
| CHICAGO MERCANTILE EXCHANGE | REGISTERED AND RENEWED | 73134561 | 1085682 |
| CME GROUP APPROVED | Fifth Extension - Granted | 86520059 | |
| CME FX SPOT | Third Extension - Granted | 87155844 | |
| CME CLEARCHAIN | Third Extension - Granted | 87141695 | |
| CME FX LINK | Notice of Allowance - Issued | 87689907 | |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Jan 10, 2018 | |

| | | | |
|---|---|---|---|
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jan 10, 2018 | Feb 19, 2018 |
| 3 | PENDING, INSTITUTED | Jan 10, 2018 | |
| 4 | ANSWER | Feb 20, 2018 | |
| 5 | P MOT TO STRIKE PLEADING/AFFIRMATIVE DEFENSE | Mar 13, 2018 | |
| 6 | D OPP/RESP TO MOTION | Mar 28, 2018 | |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Mar 29, 2018 | |
| 8 | P REPLY IN SUPPORT OF MOTION | Apr 17, 2018 | |
| 9 | STIP FOR EXT | Jul 17, 2018 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 17, 2018 | |
| 11 | PROCEEDINGS RESUMED | Jul 17, 2018 | |
| 12 | W/DRAW OF APPLICATION | Aug 07, 2018 | |
| 13 | BD DECISION: OPP SUSTAINED | Sep 05, 2018 | |
| 14 | TERMINATED | Sep 05, 2018 | |

**Generated on:** This page was generated by TSDR on 2019-02-17 16:45:49 EST

**Mark:** E-MINI

# E-MINI

**US Serial Number:** 87593364

**Application Filing Date:** Sep. 01, 2017

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:** 

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** A first request for extension of time to file a Statement of Use has been granted.

**Status Date:** Nov. 19, 2018

**Publication Date:** Mar. 27, 2018

**Notice of Allowance Date:** May 22, 2018

---

## Mark Information

**Mark Literal Elements:** E-MINI

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**International Registration Number:** 1402147

**International Application(s) /Registration(s) Based on this Property:** A0073618/1402147

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial exchange; Futures exchange services; Financial services, namely, the trading of financial instruments, securities, shares, options and other derivative products; On-line trading of financial instruments, shares, options and other derivative products; Providing financial information; Providing information in the field of financial stock and equity markets; Trading of securities options; Trading of securities index futures

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

| | | | |
|---|---|---|---|
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

# Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Joseph T Kucala Jr.

**Docket Number:** 13439-1428

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** JOSEPH T KUCALA JR.
NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS UNITED STATES 60690

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com
jkucala@norvellip.com mgutierrez@norvellip.com
mwitsman@norvellip.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 19, 2018 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 21, 2018 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Nov. 19, 2018 | EXTENSION 1 GRANTED | 98765 |
| Nov. 19, 2018 | EXTENSION 1 FILED | 98765 |
| Nov. 19, 2018 | TEAS EXTENSION RECEIVED | |
| May 22, 2018 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Mar. 27, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 27, 2018 | PUBLISHED FOR OPPOSITION | |
| Mar. 07, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 16, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 15, 2018 | TEAS/EMAIL CORRESPONDENCE ENTERED | 68552 |
| Feb. 15, 2018 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 68552 |
| Feb. 14, 2018 | ASSIGNED TO LIE | 68552 |
| Feb. 06, 2018 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 15, 2017 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 15, 2017 | NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 15, 2017 | NON-FINAL ACTION WRITTEN | 88570 |
| Dec. 07, 2017 | ASSIGNED TO EXAMINER | 88570 |
| Sep. 09, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Sep. 05, 2017 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information**

TM Attorney: LEE, JEANIE H

Law Office LAW OFFICE 105
Assigned:

**File Location**

Current Location: INTENT TO USE SECTION

Date in Location: May 22, 2018

# Proceedings

## Summary

Number of 1
Proceedings:

| | | Type of Proceeding: Cancellation | |
|---|---|---|---|

Proceeding 92066802
Number:

Filing Date: Sep 01, 2017

Status: Pending

Status Date: Sep 01, 2017

Interlocutory ELIZABETH A DUNN
Attorney:

**Defendant**

Name: Barry Taylor

Correspondent Ruth Khalsa
Address: LEGALFORCE RAPC WORLDWIDE PC
446 E SOUTHERN AVENUE
TEMPE AZ UNITED STATES , 85282

Correspondent e- lfdisputes@legalforcelaw.com , ruth@legalforcelaw.com
mail:

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| EMINI-WATCH | Cancellation Pending | 85366130 | 4200951 |

**Plaintiff(s)**

Name: Chicago Mercantile Exchange Inc.

Correspondent CHRISTINE A FILARSKI
Address: NORVELL IP LLC
PO BOX 2461
CHICAGO IL UNITED STATES , 60690

Correspondent e- officeactions@norvellip.com , cfilarski@norvellip.com , jkucala@norvellip.com
mail:

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| E-MINI | REGISTERED AND RENEWED | 78297512 | 2969965 |
| CME E-MINI | REGISTERED AND RENEWED | 78297519 | 2969966 |
| | First Extension - Granted | 87593364 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Sep 01, 2017 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Sep 05, 2017 | Oct 15, 2017 |
| 3 | PENDING, INSTITUTED | Sep 05, 2017 | |
| 4 | ANSWER | Oct 06, 2017 | |
| 5 | AMENDED ANSWER | Oct 27, 2017 | |
| 6 | D APPEARANCE / POWER OF ATTORNEY | Nov 03, 2017 | |
| 7 | TRIAL DATES REMAIN AS SET | Nov 13, 2017 | |
| 8 | D CHANGE OF CORRESP ADDRESS | Dec 29, 2017 | |
| 9 | STIP PROTECTIVE ORDER | Feb 13, 2018 | |
| 10 | UNDELIVERABLE MAIL | Feb 13, 2018 | |
| 11 | STIP NOTED AND APPROVED | Feb 20, 2018 | |
| 12 | STIP FOR EXT | Mar 15, 2018 | |
| 13 | EXTENSION OF TIME GRANTED | Mar 15, 2018 | |

| 14 | STIP FOR EXT | Jul 09, 2018 |
| 15 | EXTENSION OF TIME GRANTED | Jul 09, 2018 |
| 16 | P MOT FOR EXT W/ CONSENT | Oct 01, 2018 |
| 17 | EXTENSION OF TIME GRANTED | Oct 01, 2018 |
| 18 | P MOT FOR EXT W/ CONSENT | Dec 13, 2018 |
| 19 | EXTENSION OF TIME GRANTED | Dec 13, 2018 |

Generated on: This page was generated by TSDR on 2019-02-17 16:46:07 EST

Mark: CME

# CME

US Serial Number: 88087268

Application Filing Date: Aug. 21, 2018

Filed as TEAS RF: Yes

Currently TEAS RF: Yes

Register: Principal

Mark Type: Service Mark

Status: A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

Status Date: Sep. 30, 2018

## Mark Information

Mark Literal Elements: CME

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Financial trading services related to the offering of cryptocurrencies; electronic financial trading services relating to cryptocurrencies; providing information regarding the trading of cryptocurrencies; providing exchange markets for trading and clearing cryptocurrencies

International Class(es): 036 - Primary Class

U.S Class(es): 100, 101, 102

Class Status: ACTIVE

Basis: 1(a)

First Use: Dec. 17, 2017

Use in Commerce: Dec. 17, 2017

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes | Amended Use: | No |
| Filed ITU: | No | Currently ITU: | No | Amended ITU: | No |
| Filed 44D: | No | Currently 44D: | No | Amended 44D: | No |
| Filed 44E: | No | Currently 44E: | No | Amended 44E: | No |
| Filed 66A: | No | Currently 66A: | No | | |
| Filed No Basis: | No | Currently No Basis: | No | | |

## Current Owner(s) Information

Owner Name: Chicago Mercantile Exchange Inc.

Owner Address: 20 South Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

Legal Entity Type: CORPORATION

State or Country Where Organized: ILLINOIS

# Attorney/Correspondence Information

## Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Joseph T. Kucala Jr. | **Docket Number:** | 13439-1447 |
| **Attorney Primary Email Address:** | officeactions@norvellip.com | **Attorney Email Authorized:** | Yes |

## Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | JOSEPH T. KUCALA JR. NORVELL IP LLC P.O. BOX 2461 CHICAGO, ILLINOIS 60690 UNITED STATES | | |
| **Phone:** | 888-315-0732 | **Fax:** | 312-268-5063 |
| **Correspondent e-mail:** | officeactions@norvellip.com jkucala@norvellip.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 30, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION WRITTEN | 92838 |
| Sep. 26, 2018 | ASSIGNED TO EXAMINER | 92838 |
| Aug. 30, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 24, 2018 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

## TM Staff Information

| | | | |
|---|---|---|---|
| **TM Attorney:** | SHEN, ELIZABETH STELLA | **Law Office Assigned:** | LAW OFFICE 121 |

## File Location

| | | | |
|---|---|---|---|
| **Current Location:** | TMO LAW OFFICE 121 - EXAMINING ATTORNEY ASSIGNED | **Date in Location:** | Sep. 30, 2018 |

**Generated on:** This page was generated by TSDR on 2019-02-17 16:46:23 EST

**Mark:** CME DATAMINE

CME DATAMINE

**US Serial Number:** 87749572

**Application Filing Date:** Jan. 10, 2018

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Status Date:** Nov. 27, 2018

**Publication Date:** Oct. 02, 2018

**Notice of Allowance Date:** Nov. 27, 2018

# Mark Information

**Mark Literal Elements:** CME DATAMINE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Software as a service (SAAS) featuring software related to financial market data, namely, software for use in compiling, storing, and distributing financial market data; software as a service (SAAS) featuring software for historical, on-demand, and real-time financial market data distribution; providing platform as a service (PAAS) featuring computer software platform for compiling, storing, and distributing financial market data

**International Class(es):** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

# Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44E:** No

**Filed 44E:** No

**Currently 66A:** No

**Filed 66A:** No

**Currently No Basis:** No

**Filed No Basis:** No

# Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS UNITED STATES 60606

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

## Attorney of Record

**Attorney Name:** Joseph T Kucala Jr.

**Docket Number:** 13439-1432

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

## Correspondent

**Correspondent Name/Address:** JOSEPH T KUCALA JR.
NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS UNITED STATES 60690

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com
jkucala@norvellip.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Nov. 27, 2018 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Oct. 02, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 02, 2018 | PUBLISHED FOR OPPOSITION | |
| Sep. 12, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Aug. 27, 2018 | ASSIGNED TO LIE | 69712 |
| Aug. 15, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 14, 2018 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Aug. 13, 2018 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Aug. 13, 2018 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Apr. 20, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Apr. 20, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Apr. 20, 2018 | NON-FINAL ACTION WRITTEN | 69812 |
| Apr. 20, 2018 | ASSIGNED TO EXAMINER | 69812 |
| Jan. 24, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jan. 13, 2018 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

## TM Staff Information

**TM Attorney:** SHANAHAN, WILLIAM PATR

**Law Office Assigned:** LAW OFFICE 116

## File Location

**Current Location:** INTENT TO USE SECTION

**Date in Location:** Nov. 27, 2018

**Generated on:** This page was generated by TSDR on 2019-02-17 16:46:42 EST

**Mark:** CME MARKET SENTIMENT METER

CME MARKET SENTIMENT METER

**US Serial Number:** 87954026     **Application Filing** Jun. 08, 2018
**Date:**

**Filed as TEAS RF:** Yes     **Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Sep. 30, 2018

# Mark Information

**Mark Literal** CME MARKET SENTIMENT METER
**Elements:**

**Standard Character** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.
**Claim:**

**Mark Drawing** 4 - STANDARD CHARACTER MARK
**Type:**

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer software for use in financial trading, financial exchange, financial information, and financial clearing services; computer software for use in evaluating financial market trends and changes; computer software related to financial market data; computer software related to historical and real-time financial market data distribution

**International** 009 - Primary Class     **U.S Class(es):** 021, 023, 026, 036, 038
**Class(es):**

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Financial advisory services; financial planning services; financial risk management services; financial information services; financial exchange services, namely, providing a tool regarding trends and changes in the financial markets and price development; financial risk services, namely, providing a tool for risk evaluation and management in the financial markets

**International** 036 - Primary Class     **U.S Class(es):** 100, 101, 102
**Class(es):**

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Software as a Service (SaaS) featuring software for use in financial trading, financial exchange, financial information, and financial clearing services; software as a service (SaaS) featuring computer software for use in evaluating financial market trends; software as a service (SaaS) featuring software related to financial market data; software as a services (SaaS) related to historical and real-time financial market data distribution

**International** 042 - Primary Class     **U.S Class(es):** 100, 101
**Class(es):**

**Class Status:** ACTIVE

**Basis:** 1(b)

# Basis Information (Case Level)

**Filed Use:** No     **Currently Use:** No     **Amended Use:** No

| | | | | | |
|---|---|---|---|---|---|
| **Filed ITU:** | Yes | **Currently ITU:** | Yes | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS 60690
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Matthew D. Witsman

**Docket Number:** 13439 - 1440

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** MATTHEW D. WITSMAN
NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

**Correspondent e-mail:** officeactions@norvellip.com officeactions@norvell
ip.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 30, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION WRITTEN | 92838 |
| Sep. 26, 2018 | ASSIGNED TO EXAMINER | 92838 |
| Sep. 05, 2018 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70997 |
| Aug. 29, 2018 | ASSIGNED TO LIE | 70997 |
| Aug. 13, 2018 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Jun. 14, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 12, 2018 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information

**TM Attorney:** SHEN, ELIZABETH STELLA

**Law Office Assigned:** LAW OFFICE 121

### File Location

**Current Location:** TMO LAW OFFICE 121 - EXAMINING
ATTORNEY ASSIGNED

**Date in Location:** Sep. 30, 2018

Generated on: This page was generated by TSDR on 2019-02-17 16:46:58 EST

Mark: CME OIS

# CME OIS

| | |
|---|---|
| US Serial Number: 87953899 | Application Filing Date: Jun. 08, 2018 |
| Filed as TEAS RF: Yes | Currently TEAS RF: Yes |
| Register: Principal | |
| Mark Type: Service Mark | |

Status: A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

Status Date: Sep. 30, 2018

## Mark Information

Mark Literal Elements: CME OIS

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Financial exchange services; financial trading services relating to the trading of futures, options, swaps, and derivative products; electronic financial trading services relating to interest rates; providing information regarding the trading of futures, options and swaps; providing exchange markets for trading, clearing, confirmation and financial trading of futures, options, swaps and derivative products

International Class(es): 036 - Primary Class

U.S Class(es): 100, 101, 102

Class Status: ACTIVE

Basis: 1(b)

## Basis Information (Case Level)

| | | |
|---|---|---|
| Filed Use: No | Currently Use: No | Amended Use: No |
| Filed ITU: Yes | Currently ITU: Yes | Amended ITU: No |
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

## Current Owner(s) Information

Owner Name: Chicago Mercantile Exchange Inc.

Owner Address: 20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

Legal Entity Type: CORPORATION

State or Country Where Organized: DELAWARE

# Attorney/Correspondence Information

## Attorney of Record

**Attorney Name:** Joseph T Kucala Jr.

**Attorney Primary Email Address:** officeactions@norvellip.com

**Docket Number:** 13439-1442

**Attorney Email Authorized:** Yes

## Correspondent

**Correspondent Name/Address:** JOSEPH T KUCALA JR.
NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com
jkucala@norvellip.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Sep. 30, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION WRITTEN | 92838 |
| Sep. 26, 2018 | ASSIGNED TO EXAMINER | 92838 |
| Sep. 05, 2018 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70997 |
| Aug. 29, 2018 | ASSIGNED TO LIE | 70997 |
| Aug. 13, 2018 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Jun. 14, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 12, 2018 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

## TM Staff Information

**TM Attorney:** SHEN, ELIZABETH STELLA

**Law Office Assigned:** LAW OFFICE 121

## File Location

**Current Location:** TMO LAW OFFICE 121 - EXAMINING ATTORNEY ASSIGNED

**Date in Location:** Sep. 30, 2018

Generated on: This page was generated by TSDR on 2019-02-17 16:47:12 EST

Mark: CME SOFR

# CME SOFR

US Serial Number: 87953901

Application Filing Date: Jun. 08, 2018

Filed as TEAS RF: Yes

Currently TEAS RF: Yes

Register: Principal

Mark Type: Service Mark

Status: A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

Status Date: Sep. 30, 2018

## Mark Information

Mark Literal Elements: CME SOFR

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Financial exchange services; financial trading services relating to the trading of futures, options, swaps, and derivative products; electronic financial trading services relating to interest rates; providing information regarding the trading of futures, options and swaps; providing exchange markets for trading, clearing, confirmation and financial trading of futures, options, swaps and derivative products

International Class(es): 036 - Primary Class

U.S Class(es): 100, 101, 102

Class Status: ACTIVE

Basis: 1(b)

## Basis Information (Case Level)

| | | |
|---|---|---|
| Filed Use: No | Currently Use: No | Amended Use: No |
| Filed ITU: Yes | Currently ITU: Yes | Amended ITU: No |
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

## Current Owner(s) Information

Owner Name: Chicago Mercantile Exchange Inc.

Owner Address: 20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

Legal Entity Type: CORPORATION

State or Country Where Organized: DELAWARE

# Attorney/Correspondence Information

## Attorney of Record

**Attorney Name:** Joseph T Kucala Jr.

**Docket Number:** 13439-1443

**Attorney Primary Email Address:** officeactions@norvellip.com

**Attorney Email Authorized:** Yes

## Correspondent

**Correspondent Name/Address:** JOSEPH T KUCALA JR.
NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

**Phone:** 888-315-0732

**Fax:** 312-268-5063

**Correspondent e-mail:** officeactions@norvellip.com
jkucala@norvellip.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Sep. 30, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION WRITTEN | 92838 |
| Sep. 26, 2018 | ASSIGNED TO EXAMINER | 92838 |
| Sep. 05, 2018 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70997 |
| Aug. 29, 2018 | ASSIGNED TO LIE | 70997 |
| Aug. 13, 2018 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Jun. 14, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 12, 2018 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

## TM Staff Information

**TM Attorney:** SHEN, ELIZABETH STELLA

**Law Office Assigned:** LAW OFFICE 121

## File Location

**Current Location:** TMO LAW OFFICE 121 - EXAMINING ATTORNEY ASSIGNED

**Date in Location:** Sep. 30, 2018

**Generated on:** This page was generated by TSDR on 2019-02-17 16:47:50 EST

**Mark:** CME ULTRA

# CME ULTRA

**US Serial Number:** 87953897

**Application Filing Date:** Jun. 08, 2018

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Sep. 30, 2018

## Mark Information

**Mark Literal Elements:** CME ULTRA

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial exchange services; financial trading services relating to the trading of futures and options for treasury bonds and notes; electronic financial trading services relating to futures and options for treasury bonds and notes; providing information regarding the trading of futures and options for treasury bonds and notes providing exchange markets for trading, clearing, confirmation and financial trading of futures, options, swaps and derivative products for treasury bonds and notes

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No | **Amended Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Joseph T Kucala Jr. | **Docket Number:** | 13439-1441 |
| **Attorney Primary Email Address:** | officeactions@norvellip.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | JOSEPH T KUCALA JR. NORVELL IP LLC P.O. BOX 2461 CHICAGO, ILLINOIS 60690 UNITED STATES | | |
| **Phone:** | 888-315-0732 | **Fax:** | 312-268-5063 |
| **Correspondent e-mail:** | officeactions@norvellip.com jkucala@norvellip.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 30, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION WRITTEN | 92838 |
| Sep. 26, 2018 | ASSIGNED TO EXAMINER | 92838 |
| Sep. 05, 2018 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70997 |
| Aug. 29, 2018 | ASSIGNED TO LIE | 70997 |
| Aug. 13, 2018 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Jun. 14, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 12, 2018 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information

| | | | |
|---|---|---|---|
| **TM Attorney:** | SHEN, ELIZABETH STELLA | **Law Office Assigned:** | LAW OFFICE 121 |

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | TMO LAW OFFICE 121 - EXAMINING ATTORNEY ASSIGNED | **Date in Location:** | Sep. 30, 2018 |

**Generated on:** This page was generated by TSDR on 2019-02-17 16:48:07 EST

**Mark:** CME VIRTUAL HUB

CME VIRTUAL HUB

**US Serial Number:** 87953895

**Filed as TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**

**Application Filing Date:** Jun. 08, 2018

**Currently TEAS RF:** Yes

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Sep. 30, 2018

# Mark Information

**Mark Literal Elements:** CME VIRTUAL HUB

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Cloud-based software used for financial trading and financial clearing; cloud-based software used to connect to financial trading and clearing platforms; providing platform as a service (PAAS) featuring computer software platform for financial trading, financial exchange, and financial clearing services; software as a service (Saas) featuring computer for financial trading, financial exchange and financial clearing services

**International Class(es):** 042 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(b)

# Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | | **Currently Use:** No |
| **Filed ITU:** Yes | | **Currently ITU:** Yes |
| **Filed 44D:** No | | **Currently 44E:** No |
| **Filed 44E:** No | | **Currently 66A:** No |
| **Filed 66A:** No | | **Currently No Basis:** No |
| **Filed No Basis:** No | | |

# Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

| | |
|---|---|
| **Owner Address:** 20 S. Wacker Drive<br>Chicago, ILLINOIS UNITED STATES 60606 | |
| **Legal Entity Type:** CORPORATION | **State or Country** DELAWARE<br>**Where Organized:** |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** Joseph T Kucala Jr. | **Docket Number:** 13439-1445 |
| **Attorney Primary Email Address:** officeactions@norvellip.com | **Attorney Email Authorized:** Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** JOSEPH T KUCALA JR.<br>NORVELL IP LLC<br>P.O. BOX 2461<br>CHICAGO, ILLINOIS UNITED STATES 60690 | |
| **Phone:** 888-315-0732 | **Fax:** 312-268-5063 |
| **Correspondent e-mail:** officeactions@norvellip.com<br>jkucala@norvellip.com | **Correspondent e-mail Authorized:** Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 30, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION WRITTEN | 92838 |
| Sep. 26, 2018 | ASSIGNED TO EXAMINER | 92838 |
| Sep. 05, 2018 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70997 |
| Aug. 29, 2018 | ASSIGNED TO LIE | 70997 |
| Aug. 13, 2018 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Jun. 14, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 12, 2018 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information

| | |
|---|---|
| **TM Attorney:** SHEN, ELIZABETH STELLA | **Law Office Assigned:** LAW OFFICE 121 |

### File Location

| | |
|---|---|
| **Current Location:** TMO LAW OFFICE 121 - EXAMINING ATTORNEY ASSIGNED | **Date in Location:** Sep. 30, 2018 |

**Generated on:** This page was generated by TSDR on 2019-02-17 16:48:24 EST

**Mark:** CME VIRTUAL HUB

CME VIRTUAL HUB

**US Serial Number:** 87953893

**Application Filing Date:** Jun. 08, 2018

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Sep. 30, 2018

# Mark Information

**Mark Literal Elements:** CME VIRTUAL HUB

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Providing access to network-based financial trading platforms

**International Class(es):** 038 - Primary Class

**U.S Class(es):** 100, 101, 104

**Class Status:** ACTIVE

**Basis:** 1(b)

# Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** No | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** Yes | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

# Current Owner(s) Information

**Owner Name:** Chicago Mercantile Exchange Inc.

**Owner Address:** 20 S. Wacker Drive
Chicago, ILLINOIS 60606
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

**Attorney of Record**

Attorney Name: Joseph T Kucala Jr.

Attorney Primary officeactions@norvellip.com
Email Address:

Docket Number: 13439-1444

Attorney Email Yes
Authorized:

**Correspondent**

Correspondent JOSEPH T KUCALA JR.
Name/Address: NORVELL IP LLC
P.O. BOX 2461
CHICAGO, ILLINOIS 60690
UNITED STATES

Phone: 888-315-0732

Correspondent e- officeactions@norvellip.com
mail: jkucala@norvellip.com

Fax: 312-268-5063

Correspondent e- Yes
mail Authorized:

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Sep. 30, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 30, 2018 | NON-FINAL ACTION WRITTEN | 92838 |
| Sep. 26, 2018 | ASSIGNED TO EXAMINER | 92838 |
| Sep. 05, 2018 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 70997 |
| Aug. 29, 2018 | ASSIGNED TO LIE | 70997 |
| Aug. 13, 2018 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Jun. 14, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 12, 2018 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

TM Attorney: SHEN, ELIZABETH STELLA

Law Office LAW OFFICE 121
Assigned:

**File Location**

Current Location: TMO LAW OFFICE 121 - EXAMINING
ATTORNEY ASSIGNED

Date in Location: Sep. 30, 2018