

CONFIDENTIAL – FILED UNDER SEAL

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, Webzilla B.V., EuroByte LLC, GoDaddy.com, LLC, Registrar of Domain Names REG.RU LLC, and Does 1-3, <br><br> Defendants. | Civil Action No. 1:19-cv-01621 <br> *SEALED* <br><br> Judge Sharon Johnson Coleman <br><br> Magistrate Judge Sheila M. Finnegan |

## RETURN OF SERVICE UPON DEFENDANT REGISTRAR OF DOMAIN NAMES REG.RU LLC

Pursuant to Rule 4(l)(1) and (2) of the Federal Rules of Civil Procedure, Plaintiffs

CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange,

Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot,

Inc. (collectively, "CME Group") hereby submit to the Court the executed Return of

Service upon Defendant Registrar of Domain Names REG.RU LLC.

Dated: April 2, 2019

Respectfully submitted,

By: _____

Joseph V. Norvell (Reg. No. 6225747)
Joseph T. Kucala, Jr. (Reg. No. 6275312)
Matthew D. Witsman (Reg. No. 6327790)
Christian S. Morgan (Reg. No. 6327350)
Angela J. Simmons (Reg. No. 6289024)
NORVELL IP LLC

333 S. Wabash Ave., Suite 2700
Chicago, Illinois 60604
Telephone:    (888) 315-0732
Facsimile:    (312) 268-5063
courts@norvellip.com

*Attorneys for Plaintiffs*

CONFIDENTIAL – FILED UNDER SEAL

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing

Return of Service Upon Defendant Registrar of Domain Names REG.RU LLC was filed

on April 2, 2019, and served upon Defendant Registrar of Domain Names REG.RU LLC

via email at:

*Registrar of Domain Names REG.RU LLC*
125252, Moscow, passage Berozovoy Roshchi,
12, floor 2, room 4,
Russian Federation
abuse@reg.ru

Dated: April 2, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Illinois

| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc., <br><br> *Plaintiff(s)* <br><br> v. <br><br> Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, Webzilla B.V., EuroByte LLC, GoDaddy.com, LLC, Registrar of Domain Names REG.RU LLC, and Does 1-3 <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  1:19-cv-01621 *SEALED* |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Registrar of Domain Names REG.RU LLC
125252, Moscow, passage Berozovoy Roshchi,
12, floor 2, room 4,
Russian Federation
abuse@reg.ru

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Joseph T. Kucala, Jr.
Norvell IP llc
333 South Wabash, Ste 2700
Chicago, IL 60604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**THOMAS G BRUTON**
*CLERK OF COURT*

Date:  **MAR 2 6 2019**                                    *Patrycja Janeczuk*
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:19-cv-01621 *SEALED*

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Registrar of Domain Names REG.RU LLC

was received by me on *(date)*        03/26/2019        .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Documents were served on Defendant Registrar of Domain Names REG.RU LLC via email
on March 29, 2019, as expressely authorized in a Court order dated March 26, 2019. The
documents served are identified in Exhibit A attached hereto. I did not receive "bounce
back" email from defendant Registrar of Domain Names REG.RU LLC email address.

My fees are $        0.00        for travel and $        0.00        for services, for a total of $        0.00        .

I declare under penalty of perjury that this information is true.

Date:     04/02/2019          _____
*Server's signature*

Luis Moreau, paralegal for Norvell IP llc, attorneys for Plaintiff
*Printed name and title*

333 S. Wabash Ave., Ste. 2700, Chicago, IL 60604
*Server's address*

Additional information regarding attempted service, etc:

# EXHIBIT A

CONFIDENTIAL – FILED UNDER SEAL

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, Webzilla B.V., EuroByte LLC, GoDaddy.com, LLC, Registrar of Domain Names REG.RU LLC, and Does 1-3, <br><br> Defendants. | Civil Action No. 1:19-cv-01621 <br> *SEALED* <br><br> Judge Sharon Johnson Coleman <br><br> Magistrate Judge Sheila M. Finnegan |

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the following documents have been served upon Defendant Registrar of Domain Names REG.RU LLC via email (abuse@reg.ru)

- Complaint for Willful Trademark Counterfeiting, Trademark Infringement, Dilution, Unfair Competition, Cybersquatting, Anti-Phishing, Copyright Infringement, Violation of Dmca, And Illinois State and Common Law Causes of Action, and Exhibits A-K (filed March 7, 2019).
- Motion to File Under Seal and Motion for Sealing Order (filed March 7, 2019).
- Civil Cover Sheet (filed March 7, 2019).
- Notice of Filing Temporary Restraining Order (filed March 7, 2019).
- Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order (filed March 7, 2019).
- Motion to File Memorandum in Excess of 15 Pages, and Memorandum in Support of Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order and Preliminary Injunction (filed March 7, 2019).
- Declaration of Michael Franklin in Support of Plaintiffs' *Ex Parte* Motion for a Temporary Restraining Order, and Exhibits A-I (filed March 7, 2019).
- Declaration of Matthew J. Kelly in Support of Plaintiffs' *Ex Parte* Motion for a

Temporary Restraining Order, and Exhibits A-I (filed March 7, 2019).

- Declaration of Luis Moreau in Support of Plaintiffs' *Ex Parte* Motion for a Temporary Restraining Order, and Exhibits A-X (filed March 7, 2019).

- Proposed Order Granting Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order and Other Relief (filed March 7, 2019).

- Order Granting Plaintiff's *Ex Parte* Motion for Temporary Restraining Order and Other Relief (issued March 7, 2019).

- U.S. District Court for the Northern District of Illinois Attorney Appearance Form for Joseph V. Norvell (filed March 7, 2019).

- U.S. District Court for the Northern District of Illinois Attorney Appearance Form for Angela J. Simmons (filed March 7, 2019).

- U.S. District Court for the Northern District of Illinois Attorney Appearance Form for Christian S. Morgan (filed March 7, 2019).

- U.S. District Court for the Northern District of Illinois Attorney Appearance Form for Joseph T. Kucala (filed March 7, 2019).

- U.S. District Court for the Northern District of Illinois Attorney Appearance Form for Matthew D. Witsman (filed March 7, 2019).

- Plaintiffs' Notification as to Affiliates Disclosure Statement (filed March 7, 2019).

- Letter from the Court regarding Voluntary Mediation Program for Lanham Act Cases (dated March 7, 2019).

- Notice of Mandatory Initial Discovery (dated March 7, 2019).

- Plaintiffs' *Ex Parte* Motion for Alternative Service (filed March 14, 2019).

- Memorandum of Law in Support of Plaintiffs' *Ex Parte* Motion for Alternative Service, and Exhibits A-D (filed March 14, 2019).

- Notice of Presentment of Plaintiffs' *Ex Parte* Motion for Alternative Service (filed March 14, 2019).

- Minute Entry, Motion for Alternative Service Granted (issued March 19, 2019).

- First Amended Complaint for Willful Trademark Counterfeiting, Trademark Infringement, Dilution, Unfair Competition, Cybersquatting, Anti-Phishing, Copyright Infringement, Violation of Dmca, And Illinois State and Common Law Causes of Action, and Exhibits A-Q (filed March 21, 2019).

- Plaintiffs' Second *Ex Parte* Motion for Alternative Service (filed March 21, 2019).

- Memorandum of Law in Support of Plaintiffs' Second *Ex Parte* Motion for Alternative Service, and Exhibits A-B (filed March 21, 2019).

- Notice of Presentment of Plaintiffs' Second *Ex Parte* Motion for Alternative Service (filed March 21, 2019).

- Corrected Certificate of Service (filed March 26, 2019).

- Minute Entry, Second Motion for Alternative Service Granted (issued March 26, 2019).

- Summons in a Civil Case – Registrar of Domain Names REG.RU LLC (issued March 26, 2019).
- Sealed Documents Cover Sheet (filed March 29, 2019).
- Plaintiff's Motion to Convert Temporary Restraining Order to Preliminary Injunction (filed March 29, 2019).
- Memorandum of Law in Support of Plaintiff's Motion to Convert Temporary Restraining Order to Preliminary Injunction (filed March 29, 2019).
- Declaration of Luis E. Moreau With Exhibits in Support of Plaintiff's Motion to Convert Temporary Restraining Order to Preliminary Injunction (filed March 29, 2019).
- Notice of Presentment Plaintiff's Motion to Convert Temporary Restraining Order to Preliminary Injunction (filed March 29, 2019).
- Certificate of Service (filed March 29, 2019).

Date: March 29, 2019                              By: /s/Angela J. Simmons

CONFIDENTIAL – FILED UNDER SEAL



## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, Webzilla B.V., EuroByte LLC, GoDaddy.com, LLC, Registrar of Domain Names REG.RU LLC, and Does 1-3, <br><br> Defendants. | Civil Action No. 1:19-cv-01621 <br> *SEALED* <br><br> Judge Sharon Johnson Coleman <br><br> Magistrate Judge Sheila M. Finnegan |

## SEALED DOCUMENT PURSUANT TO LR26.2

These documents are filed under seal in accordance with an order of the Court dated March 7, 2019.

- Return of Service upon Defendant Registrar of Domain Names REG.RU LLC.
- Return of Service upon Defendant Evgeniy Golub.
- Return of Service upon Defendant EuroByte LLC.

Dated: ___April 2, 2019___

Respectfully submitted,

By: _____

Joseph V. Norvell (Reg. No. 6225747)
Joseph T. Kucala, Jr. (Reg. No. 6275312)
Matthew D. Witsman (Reg. No. 6327790)
Christian S. Morgan (Reg. No. 6327350)
Angela J. Simmons (Reg. No. 6289024)
NORVELL IP LLC
333 S. Wabash Ave., Suite 2700
Chicago, Illinois 60604
Telephone:   (888) 315-0732
Facsimile:   (312) 268-5063
courts@norvellip.com

*Attorneys for Plaintiffs*