UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

CME Group lnc., et al.
                              Plaintiff,

v.                                             Case No.: 1:19–cv–01621 *SEALED*
                                                     Honorable Sharon Johnson Coleman

Dmitro Nagovskiy, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 4, 2019:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 4/4/2019. Plaintiff's oral motion to unseal is granted. The Court heard brief oral argument on Plaintiff's motion for leave to file a second amended complaint [48]. The motion is granted. Responses to the second amended complaint are due by 4/18/2019. Any opposition is due by 5/2/2019. Any reply is due by 5/9/2019. Responses to plaintiff's motion to convert the temporary restraining order to preliminary injunction [44] are due by 4/18/2019. Any reply is due by 5/2/2019. Once the motions are fully briefed, they will be taken under advisement. Matthew Shayefar's [52] and Valentin Gurvits's [53] motions for leave to appear pro hac vice for defendant Webzilla B.V. are granted. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.