**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, Webzilla B.V., EuroByte LLC, GoDaddy.com, LLC, Registrar of Domain Names REG.RU LLC, and Does 1-3, <br><br> Defendants. | Civil Action No. 1:19-cv-01621 <br><br> Judge Sharon Johnson Coleman <br><br> Magistrate Judge Sheila M. Finnegan |

**CERTIFICATION OF DISTRIBUTION OF LANHAM ACT
<u>VOLUNTARY MEDIATION PROGRAM MATERIALS</u>**

Pursuant to Local Rule 16.3 and the Court's procedures adopted pursuant thereto, the undersigned counsel hereby certifies that copies of the Court's letter dated March 7, 2019 and the Voluntary Mediation Program Materials for Lanham Act cases in the Northern District of Illinois have been provided to Plaintiffs CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc.

Dated: April 5, 2019

By: /s/ Matthew D. Witsman
Joseph V. Norvell (Reg. No. 6225747)
Joseph T. Kucala, Jr. (Reg. No. 62753125)
Angela J. Simmons (Reg. No. 6289024)
Christian S. Morgan (Reg. No. 6327250)
Matthew D. Witsman (Reg. No. 6327790)
NORVELL IP LLC

333 S. Wabash Ave., Suite 2700
Chicago, Illinois 60604
Telephone: (888) 315-0732
Facsmile: (312) 268-5063

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing CERTIFICATE OF DISTRIBUTION OF LANHAM ACT VOLUNTARY MEDIATION PROGRAM MATERIALS was electronically filed on April 5, 2019, through the Court's electronic filing, and served upon Defendants Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, counsel for Webzilla B.V., Registrar of Domain Names REG.RU and EuroByte LLC, via electronic mail on April 5, 2019, and upon counsel for defendant GoDaddy.com, LLC, by overnight courier on April 5, 2019 to:

*Counsel for Defendant GoDaddy:*
Paula L. Zecchini
Cozen O'Connor
999 Third Avenue, Suite 1900
Seattle, WA 98104
pzecchini@cozen.com

*Counsel for Defendant Webzilla:*
Val Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
vgurtis@bostonlawgroup.com

Charles Mudd
3114 W. Irving Park Rd. #1W
Chicago, IL 60618
clm@muddlaw.com

*Defendant Dmitro Nagovskiy:*
Karla Marksa 122, Dnipro
State/Province: Dnipro
Postal Code: 49000
Dnipro, Ukraine
nagovskiydmitriy@gmail.com

*Defendant Konstantin Chechurin:*
Str. OTKE 38/19
Anadir Chukotka 689000
Russian Federation

wallet.145.adv@gmail.com

*Defendant OVH SAS:*
2 rue Kellermann,
59100 Roubaix
France
abuse@ovh.net

*Defendant Evgeniy Golub*
Golub.evgeniy.domen@yandex.ru

*Defendant EuroByte LLC*
Lyublinskaya str, 42,
Office L-507, 109387
Moscow, Russian Federation
abuse@eurobyte.ru

*Defendant Registrar of Domain Names REG.RU LLC*
125252, Moscow, passage Berozovoy Roshchi,
12, floor 2, room 4,
Russian Federation
abuse@reg.ru

Dated: April 5, 2019                    By: /s/ Matthew D. Witsman