UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

CME Group lnc., et al.

        Plaintiff,

v.                Case No.: 1:19–cv–01621
               Honorable Sharon Johnson Coleman

Dmitro Nagovskiy, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 8, 2019:

  MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's motion to convert temporary restraining order to preliminary injunction [44] is granted as to certain defendants, Defendants Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, EuroByte LLC, and Registrar of Domain Names REG.RU LLC, nunc pro tunc to 4/5/2019. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.