# EXHIBIT A

CME Group

TRADING    CLEARING    REGULATION    DATA    TECHNOLOGY    EDUCATION    ABOUT

# Strong Liquidity in 2-Yr Note Futures Post Tick Reduction

**Read the Rates Recap**

## CME Group: A global markets company empowering participants to efficiently manage risk and capture opportunities in every major asset class

Trade **futures**, **options**, **cash** and **OTC** markets; **optimize portfolios**; and **analyze data** at CME Group, the world's leading and most diverse derivatives marketplace. We're uniquely positioned to give you the access you need to efficiently manage risk and capture opportunities in every major asset class.

Expand your possibilities with always-on market access — in every time zone, nearly 24 hours a day. All backed by the latest tools, technology and resources you need for every step of the trading lifecycle.

## ECONOMIC RESEARCH    VIEW ALL

Dive into insights and analysis from our expert economists, Blu Putnam and Erik Norland, covering events and trends driving opportunities in the futures and options markets.



### Tug-of-War

**By Bluford Putnam**
FEBRUARY 19, 2019



### Brent-WTI Oil Spread Taking Cue from Houston-Midland?

**By Erik Norland**
FEBRUARY 14, 2019



### China: Looking at Growth Past the Trade War

**By Bluford Putnam and Erik Norland**
FEBRUARY 13, 2019



## All Access, All the Time

Discover new trading strategies and expand your familiarity with our markets with our offering of tools for the active, individual trader.

**Get Started** ⟐

**DELAYED QUOTES**

Quotes are delayed by at least 10 minutes

Last Updated 19 Feb 2019 04:22:04 CT

## Agricultural

| PRODUCT | LAST | CHANGE | CHART | GLOBEX VOL |
|---------|------|--------|-------|-----------|
| ZCH9 | 370'0 | -4'6 | ıll | 205,198 |
| ZSH9 | 901'4 | -6'0 | ıll | 87,098 |
| ZLH9 | 29.74 | 0.21 | ıll | 48,380 |
| ZMH9 | 305.9 | -0.6 | ıll | 62,188 |
| ZWH9 | 489'0 | 15'2 | ıll | 71,868 |
| LEJ9 | 128.500 | +1.325 | ıll | 32,101 |
| HEJ9 | 56.525 | 3.000 | ıll | 16,115 |

## Energy

| PRODUCT | LAST | CHANGE | CHART | GLOBEX VOL |
|---------|------|--------|-------|-----------|
| CLJ9 | 56.43 | +0.45 | ıll | 811,782 |
| NGH9 | 2.659 | +0.034 | ıll | 126,120 |
| BZJ9 | 66.46 | +0.21 | ıll | 43,338 |
| HBJ9 | 1.7385 | +0.0003 | ıll | 80,223 |
| HOJ9 | 1.9982 | 0.0185 | ıll | 85,612 |
| QMJ9 | 56.425 | +0.450 | ıll | 23,297 |
| QGH9 | 2.655 | +0.030 | ıll | 1,043 |

## Interest Rates

| PRODUCT | LAST | CHANGE | CHART | GLOBEX VOL |
|---------|------|--------|-------|-----------|
| GEZ9 | 97.36 | +0.04 | ıll | 379,439 |
| ZTH9 | 106'018 | +0'015 | ıll | 454,123 |
| ZFH9 | 114'227 | +0'052 | ıll | 901,596 |
| ZNH9 | 122'095 | +0'080 | ıll | 1,233,947 |
| TNH9 | 130'195 | +0'100 | ıll | 125,354 |
| ZBH9 | 147'00 | +0'14 | ıll | 299,062 |
| UBH9 | 161'29 | +0'16 | ıll | 133,661 |

## Equity Index

| PRODUCT | LAST | CHANGE | CHART | GLOBEX VOL |
|---------|------|--------|-------|-----------|
| ESH9 | 2777.75 | +0.75 | ıll | 1,156,206 |
| NQH9 | 7068.50 | +4.45 | ıll | 384,177 |
| YMH9 | 25878 | -10 | ıll | 206,323 |
| NIYH9 | 21305 | +95 | ıll | 50,871 |
| RTYH9 | 1575.30 | +4.70 | ıll | 99,966 |
| EMDH9 | 1918.13 | +3.08 | ıll | 14,274 |
| BTCG9 | 3890 | +325 | ıll | 15,544 |

## FX

| PRODUCT | LAST | CHANGE | CHART | GLOBEX VOL |
|---------|------|--------|-------|-----------|
| 6AH9 | 0.7168 | +0.0025 | ıll | 133,426 |
| 6CH9 | 0.7575 | +0.00235 | ıll | 68,404 |
| 6SH9 | 1.0012 | +0.0034 | ıll | 23,921 |
| 6EH9 | 1.1365 | +0.0043 | ıll | 281,351 |
| 6BH9 | 1.3079 | +0.0174 | ıll | 190,082 |
| 6JH9 | 0.009059 | 0.000014 | ıll | 116,178 |
| 6MH9 | 0.052010 | +0.000350 | ıll | 63,875 |

## Metals

| PRODUCT | LAST | CHANGE | CHART | GLOBEX VOL |
|---------|------|--------|-------|-----------|
| GCJ9 | 1344.1 | +22.0 | ıll | 334,325 |
| SIH9 | 15.965 | +0.272 | ıll | 111,295 |
| PLJ9 | 821.4 | +14.5 | ıll | 27,237 |
| PAH9 | 1454.70 | +47.50 | ıll | 8,823 |
| HGH9 | 2.8735 | +0.0750 | ıll | 132,813 |
| MGCJ9 | 1344.1 | +22.0 | ıll | 15,754 |
| SILH9 | 15.970 | +0.227 | ıll | 1,221 |

## MARKET DATA SUMMARY

Track large privately negotiated trades and cleared volume taking place in CME Group markets to gain insights for your trading strategies.

### Block Trades

| CLEARPORT | GLOBEX | PRICE | QTY | TIME |
|-----------|--------|-------|-----|------|
| CUH9 | CUH9 | 1.305 | 20 | 15:57:59 |
| CUN9 | CUN9 | 1.3625 | 25 | 15:54:03 |
| CUU9 | CUU9 | 1.37 | 25 | 15:54:03 |
| B0V9 | B0V9 | 0.70125 | 20 | 15:46:18 |
| B0X9 | B0X9 | 0.70125 | 20 | 15:46:18 |
| B0Z9 | B0Z9 | 0.70125 | 20 | 15:46:18 |
| CUN9 | CUN9 | 1.3625 | 25 | 15:35:01 |
| CUU9 | CUU9 | 1.37 | 25 | 15:35:01 |
| B0V9 | B0V9 | 0.70125 | 5 | 15:34:39 |

Trade Date: 19 Feb 2019

### CME ClearPort

| PRODUCT | GROUP | PRIOR VOL | PRIOR OI |
|---------|-------|-----------|----------|
| ED | Interest Rate | 86,897 | 12,416,485 |
| 21 | Interest Rate | 56,045 | 3,620,615 |
| 25 | Interest Rate | 50,791 | 4,494,429 |
| LO | Energy | 31,725 | 2,310,104 |
| 26 | Interest Rate | 31,550 | 3,202,673 |
| 21 | Interest Rate | 28,175 | 4,197,890 |
| LN | Energy | 25,725 | 2,030,123 |
| CL | Energy | 21,958 | 2,046,033 |
| NG | Energy | 21,383 | 1,231,561 |

Trade Date: 15 Feb 2019 | FINAL

**CRYPTOCURRENCY INDICES**

Get reliable pricing on some of today's top cryptocurrencies and track these rapidly changing markets with greater ease

## CME CF Bitcoin

**Reference Rate**

BRR     $3944.32

**Real-Time Index**

BRTI     $3908.99

Historical Prices:    18 Feb $3796.42    6 Feb $3598.52
BRR    17 Feb $3572.44    5 Feb $3555.41

## CME CF Ether-Dollar

**Reference Rate**

ETHUSD_RR     $146.63

**Real-Time Index**

ETHUSD_RTI     $144.14

Historical Prices:    18 Feb $142.62    6 Feb $122.37
ETHUSD_RR    17 Feb $124.65    5 Feb $119.93

Reference Rates Last Updated: **19 Feb 2019 10:01 am CT**    Real-Time Indices Last Updated: **19 Feb 2019 16:22:02 pm CT**

**DAILY VOLUME AND OPEN INTEREST**   VIEW MORE



Last Updated: 19 Feb 2019 04:22:04 PM
All figures in millions.

Subscription Center

English

**SEND US FEEDBACK**

Email (optional)

Enter your Message

Submit

protected by reCAPTCHA
Privacy - Terms

**WHO WE ARE**

CME Group is the world's leading and most diverse derivatives marketplace. The company is comprised of four Designated Contract Markets (DCMs). Further information on each exchange's rules and product listings can be found by clicking on the links to CME, CBOT, NYMEX and COMEX.

**CONTACT US**   VIEW ALL

CME Group / Chicago HQ
Phone: +1 312 930 1000
Toll Free (US Only): +1 866 716 7274

VIEW GLOBAL OFFICES ›

**CONNECT WITH US**

© 2019 CME Group Inc. All rights reserved

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act Transparency Statement





















| Clearing | Globex | Floor | ClearPort | Product Name | Exchange | Product Group | Subgroup | Category | Sub-Category | Cleared As | Volume | Open Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WA | WAY | - | WA | WTI Crude Oil 1 Month Calendar Spread Options | NYMEX | Energy | Crude Oil | - | Spreads | Options | 5,750 | 607,725 |
| EO | 6E | - | EO | Euro FX Futures | CME | FX | Majors | - | - | Futures | 109,031 | 542,002 |
| 07 | ZL | - | 07 | Soybean Oil Futures | CBOT | Agriculture | Grain And Oilseed | - | - | Futures | 61,429 | 522,361 |
| DX | DXL | - | DX | NYISO Zone G Day-Ahead Off-Peak Calendar-Month 5 MW Futures | NYMEX | Energy | Electricity | NYISO | Monthly Off-Peak | Futures | 0 | 497,723 |
| RTY | RTY | - | RTY | E-mini Russell 2000 Index Futures | CME | Equities | US Index | - | - | Futures | 122,283 | 494,693 |
| GC | GC | - | GC | Gold Futures | COMEX | Metals | Precious | - | - | Futures | 206,402 | 490,352 |
| W | ZW | - | W | Chicago SRW Wheat Futures | CBOT | Agriculture | Grain And Oilseed | - | - | Futures | 105,089 | 470,269 |
| 00 | ZM | - | 00 | Soybean Meal Futures | CBOT | Agriculture | Grain And Oilseed | - | - | Futures | 114,161 | 467,120 |
| HH | HH | - | HH | Natural Gas (Henry Hub) Last-day Financial Futures | NYMEX | Energy | Natural Gas | - | Outright | Futures | 12,651 | 445,388 |
| HO | HO | - | HO | NY Harbor ULSD Futures | NYMEX | Energy | Refined Products | North American | Outright | Futures | 101,762 | 437,180 |
| W | OZW | WY / WZ | W | Chicago SRW Wheat Options | CBOT | Agriculture | Grain And Oilseed | - | - | Options | 53,409 | 430,350 |
| | | | | RBOB Gasoline | | | Refined | North | | | | |

1:18-cv-00621 Document 109-1 Filed 08/14/19 Page 14 of 40 PageID #:3309



## CME Clearing Named Clearing House of the Year

GlobalCapital
Americas
Derivatives Awards

## Clearing

CME Group provides clearing services for customers around the globe through our clearinghouse, CME Clearing, which allows you to significantly mitigate and manage your risk.

CME Clearing is an intermediary between buyers and sellers in the derivatives market. As the intermediary, or counterparty, to every trade, CME Clearing acts as the buyer for every seller and the seller for every buyer for every trade.

By acting as the counterparty for every trade, CME Clearing helps you mitigate counterparty risk by maintaining a matched book and risk-neutral position. You do not have to worry about the other end of your trade falling through, because CME Clearing is always on the other end.

**Benefits of a centrally cleared environment:**

- Transparency: Of market pricing, market metrics, risk management practices, and financial safeguards
- Neutrality: Neutral party to every transaction; neutral risk management standards
- Security: Performance bond system to secure positions and mitigate risk ex-ante
- Daily mark-to-market of cleared positions to remove risk ex-post

To stay up-to-date with performance bond requirements and compliance concerns with the changing regulatory environment

**Subscribe to Notices**

## Resources

- Clearing Firms
- Clearing Membership
- Financial Safeguards
- FAQ
- Transaction Timelines
- Contacts List

## What is Clearing?



**CME Centrally Cleared Environment**

FIRM B — FIRM D

1x ▶ 0:00 / 2:05 ◀ 🔊 ⤢

## New in Clearing

**Clearing Holiday Calendar**
View the clearing holiday calendars for our Futures and OTC business.

## Clearing Essentials

Advisory Notices | Margins/Performance Bonds | Clearing and Trading Fees | Rulebooks | Business Continuity Management

## More in Clearing



**Risk Management**



**Financial and Collateral Management**



**Financial and Regulatory Surveillance**



**Clearing Operations and Deliveries**

## Clearing Education | View All Education



**Contrary Options Exercise Instructions**
Get instructions for Contrary Options Exercise, including submission deadlines and expiring options process.



**CME ClearPort Brochure**
Read a brochure that explains CME ClearPort, a set of flexible clearing services for the

## Contact Us

 Clearing Services

 North America: +1 312 207 2525



## Rulebooks: Details about Exchange-Specific Rules

### Market Regulation

CME Group's Market Regulation Department conducts trade, position, account, and market surveillance to identify and prevent potential rule violations and ensure that all four of our Designated Contract Markets (DCMs) – CME, CBOT, NYMEX, and COMEX – fulfill their self-regulatory responsibilities.

To stay up-to-date and in compliance with the changing regulatory environment

**Subscribe to Notices**

Market Regulation works to protect market integrity, to enforce rules that protect all market participants, and to act proactively to mitigate risks to prevent damage to the marketplace.

### Learn More about Market Regulation



| Market Surveillance | Investigations | Data Investigations |
| Enforcement | Strategic & Systems | Regulatory Outreach |

1x  ►  0:00 / 3:20  ◄  ⏴)) ⤢









**View Investigations**
Investigates potential trade practice violations

**View Data Investigations**
Works to ensure accuracy of record keeping and audit trail

**View Market Surveillance**
Analyzes markets and positions to ensure fair and orderly trading of Exchange markets

**View Enforcement**
Works to resolve rule violations through CME Group's disciplinary process

### Market Regulation Essentials

**Confidentiality Policy**

Advisories | Rulebooks | Regulatory Outreach | CME Globex Regulatory Documents | CFTC/SEC Filings | Position Limits | MiFID II, PRIIPs, and EU Benchmarks Regulation

### Filing Complaints

Market Regulation encourages market participants and others to provide information about behavior that is potentially in violation of Exchange rules and regulations.

**File a Complaint**

### Self-Reporting

Market Regulation also encourages market participants to self-report incidents that they believe may be in violation of Exchange rules and regulations.

**Self-Report an Incident**



## Contact Us

For any questions, contact the Market Regulation Department

📞 +1 312 341 7970

➡️ Market Regulation Directory

For questions related to CME Globex, contact:

✉️ CME Globex GCC



Subscription Center

English ▾

### SEND US FEEDBACK

Email (optional)

Enter your Message

😞 😐 😑 🙂 😄   Submit

protected by reCAPTCHA
Privacy · Terms

### WHO WE ARE

CME Group is the world's leading and most diverse derivatives marketplace. The company is composed of four Designated Contract Markets (DCMs). Further information on each exchange's rules and product listings can be found by clicking on the links to CME, CBOT, NYMEX and COMEX.

### CONTACT US   VIEW ALL

CME Group / Chicago HQ
Phone +1 312 930 1000
Toll Free (US Only) +1 866 716 7274

VIEW GLOBAL OFFICES ›

### CONNECT WITH US

▶️ 🐦 f in 📷 📶

© 2019 CME Group Inc. All rights reserved

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act | Transparency Statement

Case 1:19-cv-09813 Document #: 98-1 Filed: 04/04/19 Page 19 of 40 PageID #:3313

## Implied Option Volatility Curves Data for 40 CME Group products

## Market Data

### More than Data

From key pricing on our global benchmark future and options products, to exciting insights driven by non-traditional data sources, to fast, flexible, secure access, find everything you need to inform every trading decision you make.

Tap into key intelligence on past, present and future CME, CBOT, NYMEX and COMEX markets and leading global benchmarks across every major asset class with Exchange data.

### Buy Data

Access the CME DataMiner historical data application.

→ Get Historical Data

Enter our straightforward process for licensing market data.

→ License Data

## Access Market Data



**Real-Time Market Data**
Seize opportunities as they unfold using real-time data through our Market Data Platform.



**CME DataMine - Historical Data**
Unlock the lessons of past market activities and implement new strategies of today via our CME DataMine historical data application.



**Derived Data**
Imagine, invent and innovate using data you can trust from our global benchmark markets across all major asset classes.

## Additional Market Data Services and Platforms

Choose from multiple ways to access CME Group data:

- Direct connection to our Market Data Platform (MDP) – streaming market data in three supported formats via a dual-feed, UDP multicast architecture.
- CME Datamine, our new self-service cloud solution allows you to quickly and more efficiently access CME Group historical data
- More than 200 licensed distributors
- Get charting and analytics, real-time quotes, block data and news from CME E-Quotes.

## Licensing Market Data

CME Group provides a straightforward process for licensing our market data, either through an individual license or a licensed distributor.

→ Learn more about how to license market data.

→ Get details about our licensed distributors.

### Reports

📄 Volume and Open Interest
📄 Settlements
📄 Daily Bulletin
📄 Delayed Quotes

## Contact Us

| First Name * | Last Name * | Company Name * | Business Email * |
|---|---|---|---|

| Company Type * | Job Role * | Phone * | Country * |
|---|---|---|---|

Comments/Questions

☐ I have read and understand the Privacy Policy. *

☐ I have read and agree to the Terms of Service and Cookie Policy. *

☐ Yes, I would like to receive communications regarding CME Group products, services, and events. I understand that I can unsubscribe at any time. By registering, I confirm that I have read and fully understand the CME Group Privacy Policy and hereby agree.

Submit

+1 312 634 8385    +44-20-3379-3754    +65 6593 5505

## Subscription Center

English ▼

**SEND US FEEDBACK**

Email (optional)

Enter your Message

Submit

protected by reCAPTCHA
Privacy Terms

**WHO WE ARE**

CME Group is the world's leading and most diverse derivatives marketplace. The company is comprised of four Designated Contract Markets (DCMs). Further information on each exchange's rules and product listings can be found by clicking on the links to CME, CBOT, NYMEX and COMEX.

**CONTACT US**   VIEW ALL

CME Group / Chicago HQ
Phone +1 312 930 1000
Toll Free (US Only): +1 866 716 7274

VIEW GLOBAL OFFICES |

**CONNECT WITH US**

© 2019 CME Group Inc. All rights reserved.

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act Transparency Statement



## Market Technology Services

CME Group is dedicated to understanding the needs of each individual customer and providing a comprehensive portfolio of technology offerings which focuses on trading applications, infrastructure, global connectivity and data services needed throughout the trading lifecycle.

### Infrastructure



**Connectivity Options**
Access a wide range of connectivity options in production and test environments with CME Globex.



**Co-Location & Data Center Services**
Our Co-Location and Data Center Services are focused on delivering high quality infrastructure options alongside low latency connectivity to CME Globex.



### Pre-Trade

CME Group offers tools to help make every step of the trading lifecycle easier for you.

···

**Historical Data Services**
The most comprehensive historical price information available for all our markets

**CME Pivot**
A feature-rich open network instant messaging solution



### Trading and Clearing

CME Group has proprietary applications and third party integrations for customers to access our markets.

···

**CME Globex**
Global electronic trading system for futures and options

**CME Direct**
Our highly-configurable front-end trading system

**CME ClearPort**
Clearing service for the global OTC market

**Elysian**
Market-leading auction platform technology

**Trading Applications / ISVs**
Integrations with more than 50 certified independent software vendors (ISVs)



### Post-Trade

Efficiently process and report trades with a variety of post-trade solutions from CME Group.

···

**Straight Through Processing (STP)**
Streamline post-trade flows by connecting directly to the exchange.

**Global Repository Services**
Reporting solutions to help customers comply with regulatory requirements

## Market Technology Resources



**Tech Talk**



**Technology at CME Group**

## Contact Us

For questions about our market technology offering:

 **Market Tech Sales**

For questions about CME Globex:

 **Global Account Management**

---

**Subscription Center**

English ▾

**SEND US FEEDBACK**

Email (optional)

Enter your Message

**WHO WE ARE**

CME Group is the world's leading and most diverse derivatives marketplace. The company is comprised of four Designated Contract Markets (DCMs). Further information on each exchange's rules and product listings can be found by clicking on the links to CME, CBOT, NYMEX and COMEX.

    Submit

reCAPTCHA

CONTACT US VIEW ALL

CME Group / Chicago HQ
Phone: +1 312 930 1000
Toll Free (US Only): +1 866 716 7274

VIEW GLOBAL OFFICES ›

CONNECT WITH US

© 2019 CME Group Inc. All rights reserved.

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act | Transparency Statement



## CME DataMine: Access Valuable Historical Data

## CME Globex

CME Globex is the premier electronic trading system providing global connectivity to the broadest array of futures and options across all asset classes. CME Group technology facilitates electronic trading, providing users across the globe with virtually 24-hour access to global markets.

CME Group offers a variety of connectivity options for market participants.

### Who Can Trade on CME Globex?

CME Globex is an open access marketplace that allows you to directly enter your own trades and participate in the trading process, including viewing the book of orders and real-time price data.

To access CME Globex, customers must have a CME Group clearing firm relationship, CME Group-certified trading application and connectivity to CME Globex.

### Find a Broker

CME Group's Find a Broker tool helps you connect with a clearing firm to establish the relationship that is required to trade CME Group markets and products.

→ Search our broker directory.

### ● Trade on CME Globex

With global distribution and international hubs, CME Globex offers a range of cost-effective options, diverse risk management tools and resources and expert support from our Global Command Center.

### ● Develop to CME Globex

CME Group offers a wide variety of development resources, including technical documentation, Client Impact Assessments on upcoming CME Globex enhancements, test environments and automated certification tool, to assist customers with developing to CME Globex.

### CME Group Customer Forums

**Latest Updates on Upcoming Technology and Business Initiatives**

CME Group Customer Forums are designed to bring CME Group and our customers together. This series of global events, focused on electronic trading initiatives, provides forward-looking information on a broad array of upcoming technology and business topics.

**Presentations from past events**

**Chicago**

- Chicago/New York Customer Forum Q4 2018 (PDF)
- Chicago/New York Customer Forum Q4 2018 (Webinar)

**London**

- London Customer Forum Q4 2018

**APAC Region**

- Asia Customer Forum Q4 2018

## Contact Us

✉ **Global Account Management**

📞 U.S.: +1 312 634 8700

📞 Europe: +44 20 3379 3754

📞 Asia: +65 6593 5505

✉ **Global Command Center**

📞 U.S.: +1 800 438 8616

📞 Europe: +44 20 7623 4747

📞 Asia: +65 6532 5010

✉ **Certification Support for Electronic Trading (CSET)**

📞 U.S.: +1 312 930 2322

📞 Europe: +44 20 3379 3803

📞 Asia: +65 6593 5693

## Resources

- CME Globex Brochure (PDF)
- CME Globex Reference Guide (PDF)
- CME Globex Notices
- iLink Session Policy
- Market Integrity Controls
- CME Globex Product Reference Sheet

---

**Subscription Center**

English ▾

**SEND US FEEDBACK**

Email (optional)

**WHO WE ARE**

CME Group is the world's leading and most diverse derivatives marketplace. The company is comprised of four Designated Contract Markets (DCMs). Further information on each exchange's rules and product listings can be found by clicking on the links

Enter your Message

Submit

protected by reCAPTCHA
Privacy - Terms

CONTACT US   VIEW ALL

CME Group / Chicago HQ
Phone: +1 312 930 1000
Toll Free (US Only): +1 866 716 7274

VIEW GLOBAL OFFICES

CONNECT WITH US

© 2019 CME Group Inc. All rights reserved.

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act | Transparency Statement



## CME ClearPort

CME ClearPort is a comprehensive set of flexible clearing services for the global OTC market that clears transactions across from 1,800 listed contracts over multiple asset classes. Clearing more than 300,000 contracts daily, CME ClearPort also brings together more than 17,000 registered users around the world including commercial, banking and hedge funds firms to FCMs and clearing firms.

Access a flexible suite of clearing services and capabilities and gain the advantages of security, efficiency and confidence.

🔓 Login   📝 Register

## CME ClearPort Product Slate

**View all Products**

Top 10 Energy Products   Crude Oil   Natural Gas   Refined Products   Biofuels   Coal   Power   Petrochemicals

| Clearing | CME Globex | Floor | CME ClearPort | Product Name | Subgroup | Exchange | Volume | Open Interest |
|---|---|---|---|---|---|---|---|---|
| CL | CL | - | CL | Crude Oil Futures | Crude Oil | NYMEX | 1,241,778 | 2,065,205 |
| NG | NG | - | NG | Henry Hub Natural Gas Futures | Natural Gas | NYMEX | 324,003 | 1,232,107 |
| RB | RB | - | RB | RBOB Gasoline Futures | Refined Products | NYMEX | 383,801 | 421,030 |
| HO | HO | - | HO | NY Harbor ULSD Futures | Refined Products | NYMEX | 191,782 | 437,166 |
| LO | LO | - | LO | Crude Oil Options | Crude Oil | NYMEX | 125,534 | 2,310,377 |
| BZ | BZ | - | BZ | Brent Last Day Financial Futures | Crude Oil | NYMEX | 92,414 | 183,868 |
| LN | LNE | - | LN | Natural Gas Options (European) | Natural Gas | NYMEX | 58,333 | 2,090,186 |
| QM | QM | - | QM | E-mini Crude Oil Futures | Crude Oil | NYMEX | 19,461 | 4,141 |
| HH | HH | - | HH | Natural Gas (Henry Hub) Last-day Financial Futures | Natural Gas | NYMEX | 10,861 | 416,988 |
| HP | HP | - | HP | Natural Gas (Henry Hub) Penultimate Financial Futures | Natural Gas | NYMEX | 7,357 | 132,521 |

Trade Date: 15 Feb 2019 | PRELIMINARY

## CME ClearPort Resources









**What is CME ClearPort?**
Learn how to use CME ClearPort, including features and transaction process.

**CME ClearPort Brochure**
Read how to get started with CME ClearPort.

**Overview of Cleared OTC Initiatives**
Read a comprehensive overview of centrally cleared OTC offerings, including IRS, CDS, and FX.

**Counterparty Firm Registration**
Register as a Counterparty Firm.

## Tools

CME ClearPort WebHelp  |  CME ClearPort Wiki

## Contact Us

For new customers, onboarding inquiries, and support issues, complete the following form and we will contact you with a response.

First Name: *

Last Name: *

Business Email Address: *

Company Name: *

Company Type: *

Job Role: *

### Support

📞 **U.S.** +1 800 438 8616

📞 **Europe** +44 20 7623 4747

📞 **Asia** +65 6532 5010

### Onboarding

📞 **U.S.** +1 312 456 1560

📞 **Europe** +44 20 3379 3802

Phone *

Country *

Comments:

☐ I have read and understand the Privacy Policy. *

☐ I have read and agree to the Terms of Service and Cookie Policy. *

☐ Yes, I would like to receive communications regarding CME Group products, services, and events. I understand that I can unsubscribe at any time. By registering, I confirm that I have read and fully understand the CME Group Privacy Policy and hereby agree.

Submit

## More in CME ClearPort



**Register for CME ClearPort**
Begin the Firm or Individual registration process.



**Access CME ClearPort API**
Access information about CME ClearPort API and how to implement it with your system.



Subscription Center

English ▼

**SEND US FEEDBACK**

Email (optional)

Enter your Message

Submit

protected by reCAPTCHA
Privacy - Terms

**WHO WE ARE**

CME Group is the world's leading and most diverse derivatives marketplace. The company is comprised of four Designated Contract Markets (DCMs). Further information on each exchange's rules and product listings can be found by clicking on the links to CME, CBOT, NYMEX and COMEX.

**CONTACT US**  VIEW ALL

CME Group / Chicago HQ
Phone: +1 312 930 1000
Toll Free (US Only): +1 866 716 7274

VIEW GLOBAL OFFICES ›

**CONNECT WITH US**

© 2019 CME Group Inc. All rights reserved.

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act Transparency Statement



## CME Pivot Retirement – February 28, 2019

### CME Pivot Platform Retirement

To our valued CME Pivot customers,

CME Group is announcing the retirement of the CME Pivot platform, which will cease on February 28, 2019. We recognize this may be an inconvenience. To help make this transition as smooth as possible, CME Group will waive all CME Pivot fees from October 1, 2018 through February 28, 2019, at which time each Pivot License Agreement will terminate.

CME Group offers CME Chat, integrated chat functionality within the web-based version of CME Direct, which allows customers to view market data and execute trades on futures, options and blocks all on one-screen. We welcome the opportunity to speak with you further about CME Chat to see if it would be an appropriate fit for your needs.

Thank you for the years of business using the Pivot platform. For more information, please visit our FAQ or contact Market Technology Sales at MarketTechSales@cmegroup.com.

CME Group

Visit our CME Pivot retirement frequently asked questions for more information.

**24/6 Technical Support**

📞 **US:** +1 866 947 9097
📞 **London:** +44 20 3379 3330
📞 **Singapore:** +65 6593 5528
✉ CME Pivot Support
🐾 **Pivot:** pivotsupport

## More in CME Direct



**CME Direct Home**



**Market Tech Services**



### Subscription Center

English ▼

**SEND US FEEDBACK**

Email (optional)

Enter your Message

😞 😐 🙂 😊 😁   Submit

protected by reCAPTCHA
Privacy - Terms

**WHO WE ARE**

CME Group is the world's leading and most diverse derivatives marketplace. The company is comprised of four Designated Contract Markets (DCMs). Further information on each exchange's rules and product listings can be found by clicking on the links to CME, CBOT, NYMEX and COMEX.

**CONTACT US** VIEW ALL

CME Group / Chicago HQ
**Phone:** +1 312 930 1000
**Toll Free (US Only):** +1 866 716 7274

VIEW GLOBAL OFFICES ›

**CONNECT WITH US**

▶ 🐦 f in 📷 🔊

© 2019 CME Group Inc. All rights reserved

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act Transparency Statement



# Elysian Systems

## Home to LIQUID, the leading auction platform technology

Elysian's Liquid trading system is the leading trading, matching and auction platform used by the world's largest Inter-Dealer Brokers, Exchanges, SEFs, MTFs and OTC trading venues to match orders in over-the-counter (OTC) markets, including interest rate derivatives, credit derivatives, fixed income and commodities.

Its highly customizable interface allows our customers to provide a tailored whitelabeled service to their clients. The LIQUID Trading Platform supports a diverse range of execution and trading protocols. Our versatile API makes for easy connectivity and data distribution, and a flexible approach to product pricing and duration ensures a best fit solution for all institutions.

## Benefits

- Fully integrated, feature rich execution platform support
- Choose your execution style: purely electronic, voice, or hybrid matching
- Available for Central Limit Order Book, RFQ, Spot and Auction Trading Sessions and Assessment Windows
- Intuitive look and feel: fully customizable front-end
- Industrial strength, exchange-grade technology
- Automation: Instantly automated trade details for both simple and complex strategies
- Swiss army knife configurability and options to accommodate a diversity of market structures, conventions and trading protocols, ensures rapid launch and ongoing evolution with changing needs
- API Connectivity: our FIX APIs enable systems integration for order, trade, and market data across industry standard protocols

## Contact Us

 ElysianSales@cmegroup.com

 +44 20 3379 3931

### Subscription Center

**SEND US FEEDBACK**

Email (optional)

Enter your Message

Submit

protected by reCAPTCHA
Privacy - Terms

**WHO WE ARE**

CME Group is the world's leading and most diverse derivatives marketplace. The company is comprised of four Designated Contract Markets (DCMs). Further information on each exchange's rules and product listings can be found by clicking on the links to CME, CBOT, NYMEX and COMEX.

**CONTACT US   VIEW ALL**

CME Group / Chicago HQ
Phone: +1 312 930 1000
Toll Free (US Only): +1 866 716 7274

VIEW GLOBAL OFFICES

**CONNECT WITH US**

© 2019 CME Group Inc. All rights reserved.

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act Transparency Statement

CME Group

TRADING   CLEARING   REGULATION   DATA   TECHNOLOGY   EDUCATION   ABOUT



## CME Group Global Office Contacts | CME Group Contacts

We have global distribution capabilities through our trading hubs in key market centers, and our international network of strategic partners provides further opportunities to serve a broad range of clients worldwide.

### Global Headquarters

**Chicago**

CME Group Inc.
20 South Wacker Drive
Chicago, Illinois 60606
USA
📞 +1 312 930 1000

Access in 150 Countries

Connections through 11 Global Hubs

Relationships with 12 Partner Exchanges

## CME Group Offices Worldwide

### Americas

**New York**

NYMEX World Headquarters
300 Vesey Street
New York, NY 10282
phone: +1 212 299 2000

**Washington, D.C.**

Liberty Place
325 7th Street, NW
Suite 525
Washington, D.C. 20004
phone: +1 202 638 3830

**Houston**

1000 Louisiana Street
Suite 3665
Houston, TX 77002
phone: +1 713 658 9347

**Calgary**

#1000, 888 - 3rd St. SW
Bankers Hall, West Tower
Calgary, Alberta,
T2P 5C5, Canada
phone: +403 444 6876

**São Paulo**

Avenida Paulista, 1079 - 7° Andar
São Paulo, Brazil 01311-200
phone: +55 11 2787 3279

### EMEA

**London**

Fourth Floor
One New Change
London EC4M 9AF
United Kingdom
phone: +44 20 3379 3700

**Belfast**

Millennium House 5th Floor
19-25 Great Victoria Street
Belfast BT2 7AQ
United Kingdom
phone: +44 28 9089 6600

### Asia

**Singapore**

One Raffles Quay
#27-10 South Tower
Singapore 048583
phone: +65 6593 5555

**Hong Kong**

Unit 7711-13, 77/F The Center
99 Queen's Road Central
Hong Kong
phone: +852 2582 2200

**Seoul**

Level 10
97, Uisadang-daero, Yeongdeungpo-gu,
Seoul, 07327, Republic of Korea
phone: +82 2 6336 6700

**Tokyo**

Kasumigaseki Building
3-2-6, Kasumigaseki
Chiyoda-ku
Tokyo 100-6005
Japan
phone +81-3-5511-6656

**Beijing**

No.8 Workington Street
Unit 1105
Excel Centre
Xicheng District
Beijing 100003
China
+86 10 5913 1300

**Bangalore**

Level 8, Begmane Tridib
Block A, No. 66/2
Bagmane Tech Park
C. V. Raman Nagar
Bangalore-560093
India
+91 80 3323 2300

**Australia**

Level 36, Gateway Tower
1 Macquarie Place,
Sydney 2000
Australia
phone: +61 2 8051 3210

📍 **CME Group Global Offices**



Subscription Center

English ▾

**SEND US FEEDBACK**

Email (optional)

Enter your Message

😞 😐 😑 🙂 😃   Submit

protected by reCAPTCHA
Privacy - Terms

**WHO WE ARE**

CME Group is the world's leading and most diverse derivatives marketplace. The company is comprised of four Designated Contract Markets (DCMs). Further information on each exchange's rules and product listings can be found by clicking on the links to CME, CBOT, NYMEX and COMEX.

**CONTACT US**   VIEW ALL

CME Group / Chicago HQ
Phone: +1 312 930 1000
Toll Free (US Only): +1 866 716 7274

VIEW GLOBAL OFFICES ›

**CONNECT WITH US**

▶ 🐦 f in 📷 🔊

© 2019 CME Group Inc. All rights reserved

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-847-974

**Effective date of registration:**

December 21, 2012

## Title

**Title of Work:** Cmegroup.com

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** April 30, 2010    **Nation of 1st Publication:** United States

## Author

■    **Author:** Chicago Mercantile Exchange Inc.

**Author Created:** text, photograph(s), 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Chicago Mercantile Exchange Inc.

20 S. Wacker Drive, Chicago, IL, 60606, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previously published versions of some text, photographs and 2-D art work are excluded; no claim is made to any preexisting text, photographs and 2-D art work owned by third parties or information that is in the public domain

**New material included in claim:** text, photograph(s), 2-D artwork

## Rights and Permissions

**Organization Name:** Chicago Mercantile Exchange Inc.

**Address:** 20 S. Wacker Drive

Chicago, IL 60606  United States

## Certification

**Name:** Tatyana V. Gilles

**Date:** December 20, 2012

**Applicant's Tracking Number:** 13271-1336

---

**Correspondence:** Yes



**Registration #:**  VA0001847974
**Service Request #:**  1-866537291



Chicago Mercantile Exchange Inc.
Tatyana Gilles
357 W. Chicago, Suite 200
Chicago, IL 60654  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

# VA 2-004-052

**Effective Date of Registration:**
May 18, 2016

## Title

**Title of Work:** Cmegroup.com

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 01, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Chicago Mercantile Exchange, Inc.
  **Author Created:** photograph, 2-D artwork, text
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Chicago Mercantile Exchange, Inc.
20 S. Wacker Drive, Chicago, IL, 60606, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previosly published versions are excluded; no claim is made to any preexisting
material owned by third parties or information that is in the public domain
**Previous registration and year:** VA 1-847-974, 2012

**New material included in claim:** photograph, 2-D artwork, text

## Rights and Permissions

**Organization Name:** Chicago Mercantile Exchange, inc.
**Address:** 20 S. Wacker Drive
Chicago, IL 60606 United States

## Certification

**Name:** J. Ryan Hinshaw
**Date:** April 21, 2016

|  |  |
|---|---|
| **Registration #:** | *-APPLICATION-* |
| **Service Request #:** | 1-7434460531 |

## Mail Certificate

Norvell IP llc
Christian S. Morgan
333 S. Wabash Ave.
Suite 2700
Chicago, IL 60604 United States

**Priority:** Special Handling  **Application Date:** February 27, 2019

## Correspondent

|  |  |
|---|---|
| **Organization Name:** | Norvell IP llc |
| **Name:** | Christian S. Morgan |
| **Email:** | officeactions@norvellip.com |
| **Telephone:** | (773)966-2467 |
| **Alt. Telephone:** | (888)315-0732 |
| **Fax:** | (312)268-5063 |
| **Address:** | 333 S. Wabash Ave. |
| | Suite 2700 |
| | Chicago, IL 60604 United States |

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayg. H. Cushe*

Acting United States Register of Copyrights and Director

**Registration Number**
## VA 2-140-165
**Effective Date of Registration:**
February 27, 2019

## Title _____

Title of Work: Cmegroup.com 2

## Completion/Publication _____

Year of Completion: 2019
Date of 1st Publication: February 19, 2019
Nation of 1st Publication: United States

## Author _____

- Author: Chicago Mercantile Exchange Inc.
  Author Created: photograph, 2-D artwork, text
  Work made for hire: Yes
  Citizen of: United States

## Copyright Claimant _____

Copyright Claimant: Chicago Mercantile Exchange Inc.
20 S. Wacker Drive, Chicago, IL, 60606, United States

## Limitation of copyright claim _____

Material excluded from this claim: Previously published versions are excluded; no claim is made to any preexisting
material owned by third parties or information that is in the public domain
Previous registration and year: VA 2-004-052, 2016
VA 1-847-974, 2012

New material included in claim: photograph, 2-D artwork, text

## Rights and Permissions _____

Organization Name: Chicago Mercantile Exchange Inc.



## Certification

|  |  |
|---|---|
| **Name:** | Christian S. Morgan |
| **Date:** | February 27, 2019 |
| **Applicant's Tracking Nunber**: | 13813-3 |

**Copyright Office notes:** Basis for Registration: Collective work

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-140-166**
**Effective Date of Registration:**
February 27, 2019

---

## Title

**Title of Work:** Cmegroup.com 1

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 09, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Chicago Mercantile Exchange Inc.
  **Author Created:** photograph, 2-D artwork, text
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Chicago Mercantile Exchange Inc.
20 S. Wacker Drive, Chicago, IL, 60606, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previously published versions are excluded; no claim is made to any preexisting
material owned by third parties or information that is in the public domain
**Previous registration and year:** VA 2-004-052, 2016
VA 1-847-974, 2012

**New material included in claim:** photograph, 2-D artwork, text

## Rights and Permissions

**Organization Name:** Chicago Mercantile Exchange Inc.

## Certification

|                              |                       |
| ---------------------------: | --------------------- |
| **Name:**                    | Christian S. Morgan   |
| **Date:**                    | February 27, 2019     |
| **Applicant's Tracking Number:** | 13813-3           |

**Copyright Office notes:** Basis for Registration: Collective work