# EXHIBIT I



3/15/2019
Case: 1:19-cv-01621 Document #: 58-6 Filed: 04/11/19 Page 2 of 94 PageID #:3764
Whois service - Check domain information for employment in the database of domain names | REG.RU

## Domains

# Whois

| Domain or IP | Registrar | Site operability |
| --- | --- | --- |

cmerussia.com

**Check**

My ip   Punycode conversion



**cmerussia.com**

Domain busy, interested in buying this domain?

**Pick a similar**

## Domain Information

Domain name: CMERUSSIA.COM
Domain idn name: CMERUSSIA.COM
Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Registry Domain ID:
Registrar WHOIS Server: whois.reg.com
Registrar URL: https://www.reg.com/
Registrar URL: https://www.reg.ru/
Registrar URL: https://www.reg.ua/
Updated Date: 2019-03-14
Creation Date: 2019-03-14T17:56:23Z
Registrar Registration Expiration Date: 2020-03-14
Registrar: Registrar of domain names REG.RU LLC
Registrar IANA ID: 1606
Registrar Abuse Contact Email: abuse@reg.ru
Registrar Abuse Contact Phone: +7.4955801111
Registry Registrant ID:
Registrant ID:
Registrant Name: Protection of Private Person
Registrant Street: PO box 87, REG.RU Protection Service
Registrant City: Moscow
Registrant State/Province:
Registrant Postal Code: 123007
Registrant Country: RU
Registrant Phone: +7.4955801111
Registrant Phone Ext:
Registrant Fax: +7.4955801111
Registrant Fax Ext:
Registrant Email: CMERUSSIA.COM@regprivate.ru
Admin ID:
Admin Name: Protection of Private Person
Admin Street: PO box 87, REG.RU Protection Service
Admin City: Moscow
Admin State/Province:

We use cookies. Continued use of the Site, you agree to the policy of using the cookie , Policy Processing of Personal Data and Privacy Policy

To accept



3/15/2019     Whois service - find out information for employment in the domain.registration of domains. REG.RU

Case: 1:19-cv-01621 Document #: 58-6 Filed: 04/11/19 Page 3 of 94 PageID #:3765



**REG**.RU       Login

Admin Email: CMERUSSIA.COM@regprivate.ru
Tech Name: Protection of Private Person
Tech Street: PO box 87, REG.RU Protection Service
Tech City: Moscow
Tech State/Province:
Tech Postal Code: 123007
Tech Country: RU
Tech Phone: +7.4955801111
Tech Phone Ext:
Tech Fax: +7.4955801111
Tech Fax Ext:
Tech Email: CMERUSSIA.COM@regprivate.ru
Name Server: ns1.reg.ru
Name Server: ns2.reg.ru
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

## According to WHOIS.REG.RU

| | |
|---|---|
| Domain name | CMERUSSIA.COM |
| Domain idn name | CMERUSSIA.COM |
| Status | clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited |
| Registrar WHOIS Server | whois.reg.com |
| Registrar URL | https://www.reg.com/ |
| Registrar URL | https://www.reg.ru/ |
| Registrar URL | https://www.reg.ua/ |
| Updated Date | 2019-03-14 |
| Creation Date | 2019-03-14T17: 56: 23Z |
| Registrar Registration Expiration Date | 2020-03-14 |
| Registrar | Registrar of domain names REG.RU LLC |
| Registrar IANA ID | 1606 |
| Registrar Abuse Contact Email | abuse@reg.ru |
| Registrar Abuse Contact Phone | +7.4955801111 |
| Registrant Name | Protection of Private Person |
| Registrant Street | PO box 87, REG.RU Protection Service |
| Registrant City | Moscow |
| Registrant Postal Code | 123007 |
| Registrant Country | RU |
| Registrant Phone | +7.4955801111 |
| Registrant Fax | +7.4955801111 |
| Registrant Email | CMERUSSIA.COM@regprivate.ru |
| Admin Name | Protection of Private Person |
| Admin Street | PO box 87, REG.RU Protection Service |
| Admin City | Moscow |
| Admin Postal Code | 123007 |

We use cookies. Continued use of the Site, you agree to the policy of using the cookie , Policy Processing of Personal Data and Privacy Policy

To accept





| | |
|---|---|
| Admin Email | CMERUSSIA.COM@regprivate.ru |
| Tech Name | Protection of Private Person |
| Tech Street | PO box 87, REG.RU Protection Service |
| Tech City | Moscow |
| Tech Postal Code | 123007 |
| Tech Country | RU |
| Tech Phone | +7.4955801111 |
| Tech Fax | +7.4955801111 |
| Tech Email | CMERUSSIA.COM@regprivate.ru |
| Name Server | ns1.reg.ru |
| Name Server | ns2.reg.ru |
| DNSSEC | Unsigned |
| URL of the ICANN WHOIS Data Problem Reporting System | http://wdprs.internic.net/ |
| >>> Last update of WHOIS database | 2019.03.15T18:08:03Z <<< |

Получить дополнительные сведения о кодах статуса whois можно по ссылке.

## Получить больше информации о домене



**История whois домена**
Find out all the changes for the lifetime of the domain

**History of hosting this domain**
Displays the domain change history

## Stay tuned



**Domain Monitoring**
Domain Status Tracking System

**Similar Premium Domains**

AcrossRussia **.com**
326 180 p.

alliancerussia **.com**
36,230 г.

alloverrussia **.com**
85 320 p.

alltechrussia **.com**

We use cookies. Continued use of the Site, you agree to the policy of using the cookie , Policy Processing of Personal Data and Privacy Policy



**More options**

**Whois Domain Bot for Telegram**
Now the Whois service is always at hand in your phone!

? Whois help

Terms of use of the WHOIS service REG.RU

## Information

About Company ,Contacts

News and Events

To legal entities

Career in REG.RU

Promotions and discounts ,Blog

Discounts from partners

Brand story

Русский, руб. ▼

## Services

Register domain

Constructor and CMS

Hosting

Servers and DC

SSL certificate

Cost of services

Whois

## To partners

Conditions and prices

For professionals

Referral program

REG.API, REG.Panel

Клубные тарифы

Промо материалы

## Помощь

База знаний

Шаблоны заявлений

Офисы обслуживания

Отзывы

Сообщить о нарушении

Нашли опечатку? Ctrl+Enter

### Присоединяйтесь



### Доменная статистика
www.statonline.ru

### Магазин доменов
shop.reg.ru

Поиск по сайту

Карта сайта

Все права на материалы, находящиеся на сайте, охраняются в соответствии с законодательством РФ. При любом использовании материалов сайта письменное согласие обязательно. Торговые марки, логотипы и марки услуг, размещенные на данном сайте, являются собственностью ООО «Регистратор доменных имен РЕГ.РУ» или третьих лиц.

Personal Data Processing Policy

Privacy Policy for websites REG.RU

Cookie Policy

   

We use cookies. Continued use of the Site, you agree to the policy of using the cookie , Policy Processing of Personal Data and Privacy Policy

To agree



Home > Whois Lookup > CmERussia.com

# Whois Record for CmERussia.com

**▬ Domain Profile**

| | |
|---|---|
| Registrant | Protection of Private Person |
| Registrant Country | RU |
| Registrar | Registrar of domain names REG.RU LLC<br>IANA ID: 1606<br>URL:<br>https://www.reg.com/,https://www.reg.ru/,https://ww<br>Whois Server: whois.reg.com<br>abuse@reg.ru<br>(p) 74955801111 |
| Registrar Status | |
| Dates | 1 days old<br>Created on 2019-03-14<br>Expires on 2020-03-14<br>Updated on 2019-03-14 |
| Name Servers | NS1.REG.RU (has 1,296,560 domains)<br>NS2.REG.RU (has 1,296,560 domains) |
| Tech Contact | Protection of Private Person<br>PO box 87, REG.RU Protection Service,<br>Moscow, 123007, RU<br>cmerussia.com@regprivate.ru<br>(p) 74955801111 (f) 74955801111 |
| IP Address | 46.30.41.12 is hosted on a dedicated<br>server |
| IP Location | 🇷🇺 - Moskva - Moscow - Eurobyte Llc |
| ASN | 🇷🇺 AS48282 MCHOST-AS, RU (registered Nov 03, 2 |
| Domain Status | Never Registered Before |
| Hosting History | 1 change on 2 unique name servers<br>over 0 year |

**▬ Website**

| | |
|---|---|
| Website Title | None given. |
| Terms | 810 (Unique: 543, Linked: 361) |
| Images | 33 (Alt tags missing: 7) |
| Links | 158  (Internal: 10, Outbound: 145) |

Whois Record ( last updated on 2019-03-15 )



**Tools**

| Hosting History |
|---|
| Monitor Domain Properties ▼ |
| Reverse IP Address Lookup ▼ |
| Network Tools ▼ |
| Buy This Domain ▼ |
| Visit Website |

| ⬇ Preview the Full Domain Report |
|---|

**Available TLDs**

| General TLDs | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| CmERussia.com | Buy Domain |
|---|---|
| CmERussia.net | Buy Domain |
| CmERussia.org | Buy Domain |
| CmERussia.info | Buy Domain |
| CmERussia.biz | Buy Domain |
| CmERussia.us | Buy Domain |

Domain names with FREE...
EMAIL ✉ ▶

---

⚠ **Validation Required**

DomainTools is committed to preventing the abuse of Whois data so we now require a CAPTCHA to view the full raw domain name record.

Existing user? Please log in.

CMERussia.com WHOIS, DNS, & Domain info - DomainTools

I'm not a robot

reCAPTCHA
Privacy - Terms

Sitemap   Blog   Terms of Service   Privacy Policy   Contact Us   Domain News   © 2019 DomainTools





# Find out who is hosting any website

cmerussia.com    **FIND HOSTING**

Enter the URL of the website you would want us to look up and see the result in seconds.

*cmerussia.com* is hosted on **EuroByte**

- **Datacenter:**
- **Server IP:** 46.30.41.12
- **Location:** Russian Federation
- **City:** Moscow
- **Domain Who Is:** Click Here
- **Nameservers:** ns1.reg.ru, ns2.reg.ru

**VISIT EUROBYTE**

**TRY SITEGROUND: OUR #1 RATED HOST FOR 2018**






**Website Hosting Search Tool** ←

Enter a domain name or URL to find out which web hosting company is hosting the website. Search our database of over 5000 web hosting companies.

**Web Hosting IP Address Lookup** ←

Get information about the web host, IP address. IP Blacklisted or Not? Featuring over 300 DNS based blacklists & other spam details.

**What is Your Website Location** ←

Find Location Of Your Website or Domain. Now you can know the true location regardless of the address displayed in the Address Bar.

**Domain Whois and Age** ←

One of the major factors search engines use to rank a domain is the age of the domain. Use this domain age tool to find the age of any domain, you can also check domain whois.

## Web Hosting Checker

In just a few seconds discover who is hosting any website. If you don't have a website, check out the best website builder in the UK.

Our lookup tool provides the most accurate results and gives you crucial information about the site, like: Host information, Offline / Online checker, Alexa rank, Google page rank, Average load time of site, Domain IP blacklist checker, Domain age with WHOIS info, Social stats checker, SEO reports and many more.

The reports can be viewed not only on the site, but they can also be downloaded as a PDF file. Also, you can check the list of the best web hosting companies in the UK.



## Frequently Asked Questions

**What is the process for resolving my complaint?** ←

Someone else has registered my company's name as a .Com domain name.

Conduct a Whois Domain name search and obtain the information about the current registrant. All ICANN-accredited Registrars follow a uniform dispute resolution policy.

Under that policy, disputes over entitlement to a domain name registration are ordinarily resolved by an expedited administrative procedure (called arbitration) to allow the dispute to be resolved without the cost and delays often encountered in court litigation.

Case: 1:19-cv-01621 Document #: 58-6 Filed: 04/11/19 Page 10 of 94 PageID #:3772





What is Windows Hosting? ←
Windows Hosting is hosting account that uses windows as their server platform that allows
for software such as MS FrontPage, ColdFusion and MSSQL. Windows Hosting is a popular
choice among programmes requiring ASP and MS SQL for their work

What is ASP? ←
Active Server Pages, introduced by Microsoft in the mid-1990s, is a scripting language
designed to be embedded within the HTML code for Web pages. This is the standard
programming system for Internet applications hosted on Windows servers.

With ASP, you can combine HTML pages, script commands, and COM components to
create interactive Web pages or powerful Web-based applications, which are easy to
develop and modify.

Shared or Windows? Which should you choose? ←
There's no definite answer to this question. It's what you need to do with your site that
leads you to the type of hosting. If you want the tightest security then Unix is probably for
you. If you're looking for compatibility with all of Microsoft's products, then Windows is the
best for you. If you opt to use PHP to power your website, then you'll want to go with Unix
hosting.

Between Windows and Unix server, there is no difference in terms of ease of use and
speed.

What is a domain name? ←
A. A domain name (such as Hostingchecker.com) is the text name corresponding to the
numeric IP address of a computer on the Internet.

A domain name must be unique. They correspond to a series of numbers called Internet
Protocol numbers (IP numbers) that help serve as routing addresses on the Internet.
Domain names are used generally as a convenient way of locating information and
reaching others on the Internet.

What is a A top-level domain (TLD)? ←
A. A top-level domain (TLD) is the last part of an Internet domain name. For example, in
the domain name **hostingchecker.com**, the top-level domain is com(or COM, as domain
names are not case-sensitive).

What is Domain Parking? ←
A. Domain parking simply means a Domain Name holder has not identified or does not
know the IP addresses of the servers that will host his or her web site and wishes to reserve
the name for later use.

What is a Domain Name Servers or DNS? ←
A. Name servers are the Internet's equivalent to a phone book. A name server maintains a
directory of domain names and matching IP addresses. When your domain is set up,
information about your domain name is added to the name servers.

It usually takes about 48 hours before name servers on other networks will be able to
access the information after the Central Registry gets it. This 48-hour period is referred to
as propagation.

What are Primary and Secondary DNS? ←
A. This refers to the name server computers where the record of your domain name is
held. This is needed to register a domain name.



Spaces and special characters are not permitted in a domain name. For example: Domain.com (valid) Do-main.com (valid) Domain.com (not valid) doma&%n.com (not valid)

What is the WHOIS Database?
A. Whois is the term referring to who any given domain name belongs. A WHOIS search tells you who a given name belongs to and their contact information.

Currently, WHOIS search capabilities are available with us.

How to conduct a WHOIS search?
A. Just type your domain in the box above and the domain information will show up.

Will my name and contact information be publicly available?
A. By default, your contact information will be available publicly when someone does a whois search. However, you can subscribe to a whois guard service which allows you to hide your information.

What do .COM .NET and .ORG domain names signify?
A. Anyone may purchase a domain name in the .com, .net, and .org extensions. They are generic Top Level Domains (gTLD's) which are open to public registration.

The best way to brand your online identity is to purchase a domain name in all three; .com, .net and .org. All domains are available for registration by internet users across the globe.

What is Redemption period?
A. A period of time after domain registration has expired where the previous owner can bring the registration current by paying applicable fees to the registrar.

There is a min. redemption period, but some registrars differ. A name that is in REDEMPTIONPERIOD status will not be included in the zone file. A registrar cannot modify or purge a name in REDEMPTIONPERIOD status.

The only action a registrar can take on a name in REDEMPTIONPERIOD is to request that it be restored.



## How to evaluate a hosting?

**Uptime**





**Speed**

Speed is everything! The faster the site, more traffic and conversions and more income to your business.

**Support**

This is a very important factor! How fast is that support? Is it supported by SysAdmins or is it outsourced?

**Price**

Some hosting promote their prices on 3-year plans and they look much cheaper, but on a year plan, it looks very different.

## Web Hosting Survey

### Vote for your favorite hosting

| | |
|---|---|
| ⚪ | SiteGround |
| ⚪ | FastComet |
| ⚪ | LiqudWeb |
| ⚪ | A2 Hosting |
| ⚪ | Inmotion Hosting |
| ⚪ | Bluehost |
| ⚪ | GoDaddy |
| ⚪ | HostGator |
| ⚪ | DigitalOcean |
| ⚪ | OVH |
| ⚪ | 1&1 IONOS |
| ⚪ | Hostinger |
| ⚪ | WPEngine |
| ⚪ | Media Temple |
| ⚪ | AWS |
| ⚪ | iPage |



EXHIBIT  J

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmerussia.com/global-offices |
| Captured site IP: | 46.30.41.12 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:52:50 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:53:03 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 5e322713-8972-497d-9c78-74b2efc49f21 |
| User: | norvell-lmoreau |

PDF REFERENCE #:         iaoqYWdKzfS4cEar3Fq1pt



## CME Group Global Office Contacts | CME Group Contacts

We have global distribution capabilities through our trading hubs in key market centers, and our international network of strategic partners provides further opportunities to serve a broad range of clients worldwide.

### Global Headquarters

**Chicago**

CME Group Inc.
20 South Wacker Drive
Chicago, Illinois 60606
USA
📞 +1 312 930 1000

| | |
|---|---|
| Access in 150 Countries | |
| Connections through 11 Global Hubs | |
| Relationships with 12 Partner Exchanges | |

## CME Group Offices Worldwide

 **Americas**

**New York**
NYMEX World Headquarters
300 Vesey Street
New York, NY 10282
phone: +1 212 299 2000

**Washington, D.C.**
Liberty Place
325 7th Street, NW
Suite 525
Washington, D.C. 20004
phone: +1 202 638 3838

**Houston**
1000 Louisiana Street
Suite 3650
Houston, TX 77002
phone: +1 713 658 2347

**Calgary**
#1000, 888 - 3rd St. SW
Bankers Hall, West Tower
Calgary, Alberta,
T2P 5C5, Canada
phone: +403 444 6876

**São Paulo**
Avenida Paulista, 1079 – 7° Andar
São Paulo, Brazil 01311-200
phone: +55 11 2787 6279

**EMEA**

**London**
Fourth Floor
One New Change
London EC4M 9AF
United Kingdom
phone: +44 20 3379 3700

**Belfast**
Millennium House 5th Floor
19-25 Great Victoria Street
Belfast BT2 7AQ
United Kingdom
phone: +44 28 9089 6600

**Asia**

**Singapore**
One Raffles Quay
#27-10 South Tower
Singapore 048583
phone: +65 6593 5555

**Hong Kong**
Unit 7711-13, 77/F The Center
99 Queen's Road Central
Hong Kong
phone: +852 2582 2200

**Seoul**
Level 10
97, Uisadang-daero, Yeongdeungpo-gu,
Seoul, 07327, Republic of Korea
phone: +82 2 6336 6700

**Tokyo**
Level 27 Tokyo Sankei Building
1-7-2 Otemachi, Chiyoda-ku
Tokyo 100-0004
Japan
phone +81 3 3242 6233

**Beijing**
No 6 Wudinghou Street
Unit 1105
Excel Centre
Xicheng District
Beijing 100033
China
+86 10 5913 1300

**Bangalore**
Level 8, Bagmane Tridib
Block A, No. 65/2
Bagmane Tech Park
C. V. Raman Nagar
Bangalore-560093
India
+91 80 3323 2300

**Australia**
Level 36, Gateway Tower
1 Macquarie Place,
Sydney 2000
Australia
phone: +61 2 8051 3210

**Russia**
Nizhny Novgorod
"World Trade Center"
st Kovalihinskaya 8
Nizhny Novgorod, 60300





PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmerussia.com/login |
| Captured site IP: | 46.30.41.12 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:53:11 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:53:28 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 086ec77c-e997-4151-9533-3a4a73da44cd |
| User: | norvell-lmoreau |

PDF REFERENCE #:          ryPBsi9uLEiHxSiNYQSkaD



Document title: Futures &amp; Options Trading for Risk Management - CME Group
Capture URL: https://www.cmerussia.com/login
Capture timestamp (UTC): Mon, 18 Mar 2019 21:53:28 GMT



| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmerussia.com/register |
| Captured site IP: | 46.30.41.12 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:53:49 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:54:04 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 9913718d-ab5d-482f-b06e-a5dfa2d8e1fb |
| User: | norvell-lmoreau |



Document title: Futures &amp; Options Trading for Risk Management - CME Group
Capture URL: https://www.cmerussia.com/register
Capture timestamp (UTC): Mon, 18 Mar 2019 21:54:04 GMT

PAGEVAULT®
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmerussia.com/reserves |
| Captured site IP: | 46.30.41.12 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:54:15 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:54:29 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 535aae21-1b5f-4ebe-9149-4649a2046794 |
| User: | norvell-lmoreau |

PDF REFERENCE #:           iAeNBFaiwbRFKQJimCiewZ

## Инвестиционное предложение для физических лиц

| План | Соотношение доходности | Длительность торговой сессии | Реферальное вознаграждение | Действие |
|---|---|---|---|---|
| **Bronze** | | | | |
| 1000-2999$ | от 7-12% | 96 часов | 5 % от вклада приглашенного | Выбрать депозит |
| 3000-4999$ | от 13-15% | 96 часов | 5 % от вклада приглашенного | Выбрать депозит |
| 5000-6999$ | от 16-20% | 96 часов | 5 % от вклада приглашенного | Выбрать депозит |
| **Silver** | | | | |
| 7000-9999$ | от 21-25% | 72 часа | 7 % от вклада приглашенного | Выбрать депозит |
| 10000-14999$ | от 26-30% | 72 часа | 7 % от вклада приглашенного | Выбрать депозит |
| 15000-19999$ | от 31-35% | 72 часа | 7 % от вклада приглашенного | Выбрать депозит |
| **Gold** | | | | |
| 20000-29999$ | от 36-40% | 48 часов | 10 % от вклада приглашенного | Выбрать депозит |
| 30000-49999$ | от 41-45% | 48 часов | 10 % от вклада приглашенного | Выбрать депозит |
| 50000-100000$ | от 46-50% | 48 часов | 10 % от вклада приглашенного | Выбрать депозит |
| **Brilliant** | | | | |
| Покупка лота | Соотношение доходности в зависимости от цены акций на момент торговой сессии. | 24 часа (1 биржевой день) | | Выбрать депозит |

Компания принимает вклады в криптовалюте: Ethereum, Bitcoin.Вклад конвертируется согласно курсу на момент входа. Начисление производится автоматически на платежную систему, указанную при регистрации после завершения торговой сессии (тело вклада + % доходности). Начисление согласно маркетинг-плану, производятся согласно по понедельникам по пятницу, выплата по реферальной программе в субботу.

## Бронь места на торговую сессию

20.03.2019 00:00

**Сумма входа на торговую сессию: 1000-2999$**
**Время работы Вашего депозита: 96 часов**

ФИО

Номер ID (полученный при регистрации)

Сумма входа

Забронировать

Свободные места на торговую сессию регулируются суммой лота на момент сделки.
Для того, чтобы снять бронь, обратитесь к консультанту компании

Связаться с менеджером

## ПАРТНЕРСКАЯ ПРОГРАММА ДЛЯ ФИЗИЧЕСКИХ ЛИЦ

В компании CME Group для активных участников и партнёров предусмотрена одноуровневая партнёрская программа. Принять участие в партнёрской программе может каждый желающий.

### УСЛОВИЯ ПАРТНЕРСКОЙ ПРОГРАММЫ

Ваш возраст должен быть от 16 лет.
Необходимо быть зарегистрированным инвестором.
Принимать участие в торговых сессиях.

Приглашайте своих друзей и знакомых в компанию CME Group и получайте специальные бонусы. Приглашая новых участников инвестировать в CME Group, Вы имеете отличный шанс увеличивать размер получаемой прибыли на 50%.
Единоразовый бонус: за приглашенного начисляется на платежную систему, указанную при регистрации. Размер начисления составляет от 5% до 10% от вклада Вашего приглашенного.

## ФОНД ГАРАНТИЙНЫХ ВЫПЛАТ

Мы поддерживаем открытый рынок, где масштабы и возможности подключения по всему спектру участников рынка являются конкурентными сильными сторонами. У нас есть финансовая дисциплина «для прибыли» и обязательство поддерживать стабильность бизнеса, обеспечивать совместную экономию за счет масштаба и развивать рынки на местном и глобальном уровнях. Мы обслуживаем общественное благо, обеспечивая эффективность рынков и активно позволяя снизить риск.
Метод оптимизации риска относится к упреждающим методам управления. Под стратегическим планированием понимается изучение потенциала предприятия, прогнозирование внешней обстановки, периодическая разработка сценариев развития и оценка будущего состояния среды хозяйствования, прогнозирование поведения потенциальных партнеров и действий конкурентов. Полученные результаты позволяют уловить тенденцию во взаимоотношениях хозяйствующих субъектов, своевременно подготовиться к законодательным изменениям, принять необходимые меры для компенсации потерь от ведения хозяйственной деятельности, сконцентрировать оперативные, тактические и стратегические планы. Поэтому стратегическое управление рисками предполагает:

непрерывный мониторинг внешних условий,
сбор информации по наиболее значимым для данной торговой сессии рискам;
внесение корректировок в первоначальную оценку проекта рисков с учетом дополнительной информации по рискам, изменениям во внешней среде и в самом проекте;
формирование фонда гарантийных выплат происходит с помощью вкладов инвесторов. Оплачивается условно суммой пакета, по которому инвестор работает в компании. Оплата в фонд является обязательной для каждого участника торговой сессии.

| План | Размер оплаты в ФГВ | Порядок оплаты |
|---|---|---|
| Bronze | 10% | От общей прибыли всех торговых сессий, в которых принимал участие инвестор в течение месяца |
| Silver | 12% | До получения прибыли после каждой торговой сессии. |



Отправь нам сообщение    jivosite



## Бронь места на торговую сессию

20.03.2019 00:00

**Сумма входа на торговую сессию: 1000-2999$**
**Время работы Вашего депозита: 96 часов**

ФИО

Номер ID (полученный при регистрации)

Сумма входа

Забронировать

Свободные места на торговую сессию регулируются суммой лота на момент сделки.

Для того, чтобы снять бронь, обратитесь к консультанту компании

Связаться с менеджером

## ПАРТНЕРСКАЯ ПРОГРАММА ДЛЯ ФИЗИЧЕСКИХ ЛИЦ

В компании CME Group для активных участников и партнёров предусмотрена одноуровневая партнёрская программа. Принять участие в партнёрской программе может каждый желающий.

### УСЛОВИЯ ПАРТНЕРСКОЙ ПРОГРАММЫ

Ваш возраст должен быть от 16 лет.
Необходимо быть зарегистрированным инвестором.
Принимать участие в торговых сессиях.

Приглашайте своих друзей и знакомых в компанию CME Group и получайте специальные бонусы. Приглашая новых участников инвестировать в CME Group, Вы имеете отличный шанс увеличивать размер получаемой прибыли на 50%.
Единоразовый бонус за приглашённого начисляется на платежную систему, указанную при регистрации. Размер начисления составляет от 5% до 10% от вклада Вашего приглашенного.

## ФОНД ГАРАНТИЙНЫХ ВЫПЛАТ

Мы поддерживаем открытый рынок, где масштабы и возможности подключения по всему спектру участников рынка являются конкурентными сильными сторонами. У нас есть финансовая дисциплина «для прибыли» и обязательство поддерживать стабильность рынка, обеспечивает совместную экономию за счет масштаба и развивать как местном и глобальном уровнях. Мы обслуживаем общественное благо, обеспечивая эффективность рынка и активно позволяя снизить риск.
Метод оптимизации риска относится к упреждающим методам управления, связанным со стратегическим планированием. Под стратегическим планированием понимается изучение потенциала предприятия, прогнозирование внешней обстановки, периодическая разработка сценариев развития и оценка будущего состояния среды хозяйствования, прогнозирование поведения потенциальных партнеров и действий конкурентов. Полученные результаты позволяют уловить тенденции во взаимоотношениях хозяйствующих субъектов, своевременно подготовиться к законодательным изменениям, принять необходимые меры для компенсации потерь от изменения правил ведения хозяйственной деятельности, скорректировать оперативные, тактические и стратегические планы. Поэтому стратегическое управление рисками предполагает:

непрерывный мониторинг внешних условий;
сбор информации о наиболее значимым для данной торговой сессии рисков;
внесение корректировок в первоначальную оценку проекта риска с учетом дополнительной информации по рискам, изменениям во внешней среде и в самом проекте;
формирование фонда гарантийных выплат происходит с помощью вкладов инвесторов. Оплачивается согласно условиям пакета, по которому инвестор работает в компании. Оплата в фонд является обязательной для каждого участника торговой сессии.

| План | Размер оплаты в ФГВ | Порядок оплаты |
|------|---------------------|----------------|
| Bronze | 10% | От общей прибыли всех торговых сессий, в которых принимал участие инвестор в течение месяца |
| Silver | 12% | До получения прибыли после торговой сессии. |
| Gold | 15% | До получения прибыли после каждой торговой сессии. |

В случае сделки с отрицательным результатом фонд покрывает тело вклада + 3% неустойки от компании CME Group, если если в течении 90 банковских дней инвестор не использовал ФГВ, совершенные вклады возвращаются на платежную систему, указанную при регистрации. В случае отказа оплаты ФГВ , инвестор не допускается к входу на торговые сессии до выяснения причин.

✉ **Центр подписок**

### Отправить отзыв

Почта

Введите ваше сообщение

Submit

### Кто мы

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на эти ссылки на CME, CBOT, NYMEX и COMEX.

**Свяжитесь с Нами →**
Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

**Глобальные офисы →**

### Свяжитесь с нами

© 2019 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве

Отправьте нам сообщение    jivosite

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmerussia.com/reserves/plan/0 |
| Captured site IP: | 46.30.41.12 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:54:37 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:54:49 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 0859944e-3673-47ff-9365-b0907c9f4c1e |
| User: | norvell-lmoreau |



Document title: Futures &amp; Options Trading for Risk Management - CME Group
Capture URL: https://www.cmerussia.com/reserves/plan/0
Capture timestamp (UTC): Mon, 18 Mar 2019 21:54:49 GMT

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmerussia.com/ |
| Captured site IP: | 46.30.41.12 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:50:58 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:51:49 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | d02755b5-d3fb-4f70-bf63-58623fa24fc6 |
| User: | norvell-lmoreau |

PDF REFERENCE #:          rR2wN2weFyz2BrsyzX2wLB



CME Group | Торговля | Клиринг | Регулирование | Данные | Технологии | Образование | О нас | Войти

## Сотрудничество с физическими лицами. Инвестиционное предложение

Ознакомиться

**CME Group: Компания с глобальными рынками, дающая участникам возможность эффективно управлять рисками и использовать возможности в каждом крупном классе активов**

Торговля **фьючерсами, опционами, наличными** и **внебиржевыми рынками; оптимизировать портфели**; и **анализировать данные** в CME Group, ведущем и наиболее разнообразном рынке деривативов в мире. Мы располагаем уникальными возможностями, чтобы предоставить вам доступ, необходимый для эффективного управления рисками и получения возможностей в каждом крупном классе активов.

Расширьте свои возможности с постоянным доступом к рынку - в каждом часовом поясе, почти 24 часа в сутки. Все поддержано новейшими инструментами, технологиями и ресурсами, необходимыми для каждого шага жизненного цикла торговли.

### ЭКОНОМИЧЕСКИЕ ИССЛЕДОВАНИЯ   СМОТРЕТЬ ВСЁ

Погрузитесь в идеи и анализ от наших опытных экономистов, Blu Putnam и Erik Norland, освещая события и тенденции, открывающие возможности на фьючерсных и опционных рынках.



**Three Big Equity Event Risks**
От **Bluford Putnam**
ФЕВРАЛЬ 04, 2019

**Why has Equity Index-Treasury Options Volatility Diverged?**
От **Erik Norland**
ЯНВАРЬ 30, 2019

**Equities: Six Ways to Spot a Flagging Bull Market**
От **Erik Norland**
ЯНВАРЬ 28, 2019



## Весь доступ, все время

Откройте для себя новые торговые стратегии и расширьте свое знакомство с нашими рынками, предлагая инструменты для активного индивидуального трейдера.

Начать

✉ Центр подписок

Отправьте нам сообщение | jivosite

## CME Group: Компания с глобальными рынками, дающая участникам возможность эффективно управлять рисками и использовать возможности в каждом крупном классе активов

Торговля **фьючерсами, опционами, наличными** и **внебиржевыми рынками**; оптимизировать **портфели**; и **анализировать данные** в CME Group, ведущем и наиболее разнообразном рынке деривативов в мире. Мы располагаем уникальными возможностями, чтобы предоставить вам доступ, необходимый для эффективного управления рисками и получения возможностей в каждом крупном классе активов.

Расширьте свои возможности с постоянным доступом к рынку - в каждом часовом поясе, почти 24 часа в сутки. Все поддержано новейшими инструментами, технологиями и ресурсами, необходимыми для каждого шага жизненного цикла торговли.

### ЭКОНОМИЧЕСКИЕ ИССЛЕДОВАНИЯ    СМОТРЕТЬ ВСЁ

Погрузитесь в идеи и анализ от наших опытных экономистов, Blu Putnam и Erik Norland, освещая события и тенденции, открывающие возможности на фьючерсных и опционных рынках.



**Three Big Equity Event Risks**

**От Bluford Putnam**
ФЕВРАЛЬ 04, 2019

**Why has Equity Index-Treasury Options Volatility Diverged?**

**От Erik Norland**
ЯНВАРЬ 30, 2019

**Equities: Six Ways to Spot a Flagging Bull Market**

**От Erik Norland**
ЯНВАРЬ 28, 2019



## Весь доступ, все время

Откройте для себя новые торговые стратегии и расширьте своё знакомство с нашими рынками, предлагая инструменты для активного индивидуального трейдера.

**Начать**

✉ Центр подписок

### Отправить отзыв

Почта

Введите ваше сообщение

Submit

### Кто мы

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

**Свяжитесь с Нами →**
Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

**Глобальные офисы →**

### Свяжитесь с нами

© 2019 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве

Отправьте нам сообщение  jivosite

**CME Group**

Войти



# CME Group: Компания с глобальными рынками, дающая участникам возможность эффективно управлять рисками и использовать возможности в каждом крупном классе активов

Торговля **фьючерсами, опционами, наличными** и **внебиржевыми рынками**; **оптимизировать портфели**; и **анализировать данные** в CME Group, ведущем и наиболее разнообразном рынке деривативов в мире. Мы располагаем уникальными возможностями, чтобы предоставить вам доступ, необходимый для эффективного управления рисками и получения возможностей в каждом крупном классе активов.

Расширьте свои возможности с постоянным доступом к рынку - в каждом часовом поясе, почти 24 часа в сутки. Все поддержано новейшими инструментами, технологиями и ресурсами, необходимыми для каждого шага жизненного цикла торговли.

## ЭКОНОМИЧЕСКИЕ ИССЛЕДОВАНИЯ   СМОТРЕТЬ ВСЁ

Погрузитесь в идеи и анализ от наших опытных экономистов, Blu Putnam и Erik Norland, освещая события и тенденции, открывающие возможности на фьючерсных и опционных рынках.



### Three Big Equity Event Risks

**От Bluford Putnam**
ФЕВРАЛЬ 04, 2019



### Why has Equity Index-Treasury Options Volatility Diverged?

**От Erik Norland**
ЯНВАРЬ 30, 2019



### Equities: Six Ways to Spot a Flagging Bull Market

**От Erik Norland**
ЯНВАРЬ 28, 2019



# Весь доступ, все время

Откройте для себя новые торговые стратегии и расширьте свое знакомство с нашими рынками, предлагая инструменты для активного индивидуального трейдера.

**Начать** ⧉

✉ Центр подписок

## Отправить отзыв

Почта

## Кто мы

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на

Введите ваше сообщение

How was your website experience?

Submit

...и, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

## Свяжитесь с Нами →

Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

## Глобальные офисы →

## Свяжитесь с нами

© 2019 CME Group Inc. All rights reserved.

Каръера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве

Отправьте нам сообщение    jivosite

**CME Group**

Войти



# CME Group Global Office Contacts | CME Group Contacts

We have global distribution capabilities through our trading hubs in key market centers, and our international network of strategic partners provides further opportunities to serve a broad range of clients worldwide.

## Global Headquarters

**Chicago**

CME Group Inc.
20 South Wacker Drive
Chicago, Illinois 60606
USA
 +1 312 930 1000

Access in 150 Countries

Connections through 11 Global Hubs

Relationships with 12 Partner Exchanges

## CME Group Offices Worldwide

 Americas

**New York**

NYMEX World Headquarters
300 Vesey Street
New York, NY 10282
phone: +1 212 299 2000

**Washington, D.C.**

Liberty Place
325 7th Street, NW
Suite 525
Washington, D.C. 20004
phone: +1 202 638 3838

**Houston**

1000 Louisiana Street
Suite 3650
Houston, TX 77002
phone: +1 713 658 2347

**Calgary**

#1000, 888 - 3rd St. SW
Bankers Hall, West Tower
Calgary, Alberta,
T2P 5C5, Canada
phone: +403 444 6876

**São Paulo**

Avenida Paulista, 1079 – 7° Andar
São Paulo, Brazil 01311-200
phone: +55 11 2787 6279

EMEA

**London**

Fourth Floor
One New Change
London EC4M 9AF

**Belfast**

Millennium House 5th Floor
19-25 Great Victoria Street
Belfast BT2 7AQ

United Kingdom
phone: +44 20 3379 3700

United Kingdom
phone: +44 28 9089 6600

 Asia

**Singapore**

One Raffles Quay
#27-10 South Tower
Singapore 048583
phone: +65 6593 5555

**Hong Kong**

Unit 7711-13, 77/F The Center
99 Queen's Road Central
Hong Kong
phone: +852 2582 2200

**Seoul**

Level 10
97, Uisadang-daero, Yeongdeungpo-gu,
Seoul, 07327, Republic of Korea
phone: +82 2 6336 6700

**Tokyo**

Level 27 Tokyo Sankei Building
1-7-2 Otemachi, Chiyoda-ku
Tokyo 100-0004
Japan
phone +81 3 3242 6233

**Beijing**

No.6 Wudinghou Street
Unit 1105
Excel Centre
Xicheng District
Beijing 100033
China
+86 10 5913 1300

**Bangalore**

Level 8, Bagmane Tridib
Block A, No. 65/2
Bagmane Tech Park
C. V. Raman Nagar
Bangalore-560093
India
+91 80 3323 2300

**Australia**

Level 36, Gateway Tower
1 Macquarie Place,
Sydney 2000
Australia
phone: +61 2 8051 3210

**Russia**

Nizhny Novgorod
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 60300



## ✉ Центр подписок

### Отправить отзыв

Почта

Введите ваше сообщение

How was your website experience?

Submit

### Кто мы

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

### Свяжитесь с Нами →

Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

### Глобальные офисы →

### Свяжитесь с нами

f  t  in  instagram  weibo  g+

youtube  vk  pinterest  slideshare  rss  wechat

telegram

© 2019 CME Group Inc. All rights reserved.

Каръера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве

VK     OK     f     ✉ Отправьте нам сообщение     jivosite

EXHIBIT  K

   

**Promos** 

## Search the WHOIS Database

Enter a domain name to search | **Search**

**Private Registration**     **Local listings**

# WHOIS search results

Domain Name: cmegroupcenter.com
Registry Domain ID: 2325665065_DOMAIN_COM–VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018–10–25T09:01:08Z
Creation Date: 2018–10–25T09:01:08Z
Registrar Registration Expiration Date: 2019–10–25T09:01:08Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale

Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: cmegroupcenter.com@domainsbyproxy.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: cmegroupcenter.com@domainsbyproxy.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: cmegroupcenter.com@domainsbyproxy.com
Name Server: NS03.DOMAINCONTROL.COM
Name Server: NS04.DOMAINCONTROL.COM
DNSSEC: unsigned

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2019-02-20T16:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data  |  Contact Domain Holder  |  Report Invalid Whois

 **ICANN WHOIS**

cmegroupcenter.com                    Lookup

By submitting any personal data, I agree that the personal data will be processed in accordance with the ICANN Privacy Policy, and agree to abide by the website Terms of Service.

*Showing results for: cmegroupcenter.com*

Original Query: cmegroupcenter.com

# Contact Information

### Registrant Contact
Name: Registration Private
Organization: Domains By Proxy, LLC
Mailing Address: DomainsByProxy.com, Scottsdale Arizona 85260 US
Phone: +1.4806242599
Ext:
Fax: +1.4806242598
Fax Ext:
Email:cmegroupcenter.com@domainsbyproxy.com

### Admin Contact
Name: Registration Private
Organization: Domains By Proxy, LLC
Mailing Address: DomainsByProxy.com, Scottsdale Arizona 85260 US
Phone: +1.4806242599
Ext:
Fax: +1.4806242598
Fax Ext:
Email:cmegroupcenter.com@domainsbyproxy.com

## Tech Contact

Name: Registration Private
Organization: Domains By Proxy, LLC
Mailing Address: DomainsByProxy.com, Scottsdale Arizona 85260 US
Phone: +1.4806242599
Ext:
Fax: +1.4806242598
Fax Ext:
Email:cmegroupcenter.com@domainsbyproxy.com

## Registrar

WHOIS Server: whois.godaddy.com
URL: http://www.godaddy.com
Registrar: GoDaddy.com, LLC
IANA ID: 146
Abuse Contact Email:abuse@godaddy.com
Abuse Contact Phone: +1.4806242505

## Status

Domain Status:clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status:clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status:clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status:clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited

## Important Dates

Updated Date: 2018-10-25
Created Date: 2018-10-25
Registrar Expiration Date: 2019-10-25

## Name Servers

NS03.DOMAINCONTROL.COM
NS04.DOMAINCONTROL.COM

## Raw WHOIS Record

```
Domain Name: cmegroupcenter.com
Registry Domain ID: 2325665065_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018-10-25T09:01:08Z
Creation Date: 2018-10-25T09:01:08Z
Registrar Registration Expiration Date: 2019-10-25T09:01:08Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited
http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited
http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: cmegroupcenter.com@domainsbyproxy.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
```

```
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: cmegroupcenter.com@domainsbyproxy.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: cmegroupcenter.com@domainsbyproxy.com
Name Server: NS03.DOMAINCONTROL.COM
Name Server: NS04.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2019-02-20T16:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden
without the prior written
permission of GoDaddy.com, LLC.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In
particular,
you agree not to use this data to allow, enable, or otherwise make
possible,
dissemination or collection of this data, in part or in its entirety,
for any
purpose, such as the transmission of unsolicited advertising and
```

```
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic
electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section.  In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

On 17 May 2018 the ICANN Board adopted a Temporary Specification for gTLD Registration Data. This page is under review and will be updated to address the Temporary Specification.

All results shown are captured from registries and/or registrars and are framed in real-time.  ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose. You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes.  ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

* There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2019 Internet Corporation for Assigned Names and Numbers     Privacy Policy     Terms of Service     Cookies Policy

EXHIBIT  L

PAGEVAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmegroupcenter.com/ |
| Captured site IP: | 188.165.25.225 |
| Page loaded at (UTC): | Fri, 15 Feb 2019 16:25:38 GMT |
| Capture timestamp (UTC): | Fri, 15 Feb 2019 16:25:44 GMT |
| Capture tool: | 2.0.0-beta |
| Collection server IP: | 35.203.252.145 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/70.0.3538.35 Safari/537.36 |
| Operating system: | linux x64 (Node v8.11.1) |
| PDF length: | 3 |
| Capture ID: | tNEcB6WLcao47nuWaQ5d6M |
| User: | pagevault-wesley |

PDF REFERENCE #:          jsLQHvtoBhGJ2z4LYf98HV

⊕ CME Group  Торговля  Клиринг  Регулирование  Данные  Технологии  Образование  О нас  Войти  →

# Сотрудничество с физическими лицами

Инвестиционное предложение

‹   ›

## Экономические исследования | Просмотреть все экономические исследования



### Может ли экономика США сохранить свой темп после десятилетия роста?

От CME Group Октябрь 09, 2018

Экономическая экспансия США с момента последнего спада длилась почти десять лет. У крупнейшей экономики мира есть стойкость, чтобы продолжать расти?



### Валюты развивающихся рынков: взгляд на американские ставки, торговая война

От Bluford Putnam Октябрь 03, 2018

Валюты развивающихся рынков упали против доллара, во главе с турецкой лирой и аргентинским песо. Дальнейшие повышения ставок в США могут добавить к их дилемме.



### Brexit: классический случай приближающегося основного риска

От Bluford Putnam Октябрь 01, 2018

Итоги переговоров по выходу Великобритании из Европейского союза под руководством Brexit представляют собой классический случай риска событий, который может достичь кульминации в ноябре.



All Access, All the Time.
Tools for the active, individual trader.

GET STARTED



## Отложенные котировки

Котировки задерживаются не менее чем на 10 минут.

## Futures & Options Trading

As the world's leading and most diverse derivatives marketplace, CME Group (www.cmegroupcenter.com) is where the world comes to manage risk. Through its exchanges, CME Group offers the widest range of global benchmark products across all major asset classes, including futures and options based on interest rates, equity indexes, foreign exchange, energy, agricultural products and metals. CME Group provides electronic trading globally on its CME Globex platform. The company also offers clearing and settlement services across asset classes for exchange-traded and over-the-counter derivatives through CME Clearing. CME Group's products and services ensure that businesses around the world can effectively manage risk and achieve growth.

 **Центр подписок**

## Отправить отзыв

**Кто мы**

Почта (Опционально)

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно

Введите ваше сообщение

CME, CBOT, NYMEX и COMEX.

□ Отправьте нам сообщение    jivosite





#### Может ли экономика США сохранить свой темп после десятилетия роста?
От CME Group Октябрь 09, 2018

Экономическая экспансия США с момента последнего спада длилась почти десять лет. У крупнейшей экономики мира есть стойкость, чтобы продолжать расти?

#### Валюты развивающихся рынков: взгляд на американские ставки, торговая война
От Bluford Putnam Октябрь 03, 2018

Валюты развивающихся рынков упали против доллара, во главе с турецкой лирой и аргентинским песо. Дальнейшие повышения ставок в США могут добавить к их дилемме.

#### Brexit: классический случай приближающегося основного риска
От Bluford Putnam Октябрь 01, 2018

Итоги переговоров по выходу Великобритании из Европейского союза под руководством Brexit представляют собой классический случай риска событий, который может достичь кульминации в ноябре.





## Отложенные котировки

Котировки задерживаются не менее чем на 10 минут.

## Futures & Options Trading

As the world's leading and most diverse derivatives marketplace, CME Group (www.cmegroupcenter.com) is where the world comes to manage risk. Through its exchanges, CME Group offers the widest range of global benchmark products across all major asset classes, including futures and options based on interest rates, equity indexes, foreign exchange, energy, agricultural products and metals. CME Group provides electronic trading globally on its CME Globex platform. The company also offers clearing and settlement services across asset classes for exchange-traded and over-the-counter derivatives through CME Clearing. CME Group's products and services ensure that businesses around the world can effectively manage risk and achieve growth.



© 2018 CME Group Inc. All rights reserved.

Document title: Futures &amp; Options Trading for Risk Management - CME Group
Capture URL: https://www.cmegroupcenter.com/
Capture timestamp (UTC): Fri, 15 Feb 2019 16:25:44 GMT



| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmegroupcenter.com/global-offices |
| Captured site IP: | 188.165.25.225 |
| Page loaded at (UTC): | Fri, 15 Feb 2019 16:25:43 GMT |
| Capture timestamp (UTC): | Fri, 15 Feb 2019 16:25:48 GMT |
| Capture tool: | 2.0.0-beta |
| Collection server IP: | 35.203.245.122 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/70.0.3538.35 Safari/537.36 |
| Operating system: | linux x64 (Node v8.11.1) |
| PDF length: | 4 |
| Capture ID: | 6HDLxuJTys4992LtizY3hT |
| User: | pagevault-wesley |

PDF REFERENCE #:          iGn6nkwzWmW3NQiUqwxdAp



# CME Group Global Office Contacts | CME Group Contacts

We have global distribution capabilities through our trading hubs in key market centers, and our international network of strategic partners provides further opportunities to serve a broad range of clients worldwide.

## Global Headquarters

**Chicago**

CME Group Inc.
20 South Wacker Drive
Chicago, Illinois 60606
USA
📞 +1 312 930 1000

Access in 150 Countries

Connections through 11 Global Hubs

Relationships with 12 Partner Exchanges

## CME Group Offices Worldwide

 Americas

**New York**

NYMEX World Headquarters
300 Vesey Street
New York, NY 10282
phone: +1 212 299 2000

**Calgary**

#1000, 888 - 3rd St. SW
Bankers Hall, West Tower
Calgary, Alberta,
T2P 5C5, Canada
phone: +403 444 6876

**Washington, D.C.**

Liberty Place
325 7th Street, NW
Suite 525
Washington, D.C. 20004
phone: +1 202 638 3838

**São Paulo**

Avenida Paulista, 1079 – 7° Andar
São Paulo, Brazil 01311-200
phone: +55 11 2787 6279

**Houston**

1000 Louisiana Street
Suite 3650
Houston, TX 77002
phone: +1 713 658 2347

 EMEA

**London**

Fourth Floor
One New Change
London EC4M 9AF
United Kingdom
phone: +44 20 3379 3700

**Belfast**

Millennium House 5th Floor
19-25 Great Victoria Street
Belfast BT2 7AQ
United Kingdom
phone: +44 28 9089 6600

Asia

**Singapore**

One Raffles Quay

**Hong Kong**

Unit 7711-13, 77/F The Center

**Seoul**

Level 1

 Отправьте нам сообщение 

Document title: Futures &amp; Options Trading for Risk Management - CME Group
Capture URL: https://www.cmegroupcenter.com/global-offices
Capture timestamp (UTC): Fri, 15 Feb 2019 16:25:48 GMT



**Singapore**

One Raffles Quay
#27-10 South Tower
Singapore 048583
phone: +65 6593 5555

**Hong Kong**

Unit 7711-13, 77/F The Center
99 Queen's Road Central
Hong Kong
phone: +852 2582 2200

**Seoul**

Level 10
97, Uisadang-daero, Yeongdeungpo-gu,
Seoul, 07327, Republic of Korea
phone: +82 2 6336 6700

**Tokyo**

Level 27 Tokyo Sankei Building
1-7-2 Otemachi, Chiyoda-ku
Tokyo 100-0004
Japan
phone +81 3 3242 6233

**Beijing**

No.6 Wudinghou Street
Unit 1105
Excel Centre
Xicheng District
Beijing 100033
China
+86 10 5913 1300

**Bangalore**

Level 8, Bagmane Tridib
Block A, No. 65/2
Bagmane Tech Park
C. V. Raman Nagar
Bangalore-560093
India
+91 80 3323 2300

**Australia**

Level 36, Gateway Tower
1 Macquarie Place,
Sydney 2000
Australia
phone: +61 2 8051 3210

---

**Russia**

**Tyumen**

Tyumen (Tyumen region),
Chelyuskintsev street 10
BC Alliance-office center
phone: +7 345 265 89 13



Отправьте нам сообщение    jivosite

---

Document title: Futures &amp; Options Trading for Risk Management - CME Group
Capture URL: https://www.cmegroupcenter.com/global-offices
Capture timestamp (UTC): Fri, 15 Feb 2019 16:25:48 GMT



Russia

## Tyumen

Tyumen (Tyumen region),
Chelyuskintsev street 10
BC Alliance-office center
phone: +7 345 265 89 13





### Центр подписок

## Отправить отзыв

### Кто мы

Почта (Опционально)

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

Введите ваше сообщение

Submit

### Свяжитесь с Нами →

Тюмень (Тюменьская область),
ул. Челюскинцев 10
БЦ Альянс - Офисный центр.
Телефон: +7 345 265 89 13

### Глобальные офисы →

### Свяжитесь с нами

© 2018 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве

Отправьте нам сообщение   jivosite



**Market Data Home**

Reports
Calculations
Volume and open interest
Daily newsletter
Registration Reports

Distributors
New And Existing Distributors
List of Licensed Distributors

Intraday Data
Pending Quotes
Block deals

Subscription based data


MDP (Streaming)
Access our market data directly via our Market Data Platform


E-Quotes
Offering charting, analytics, real-time quotes and news on our products


CME DataMine (Historical)
CME Group contracts

## Economic research | View all economic studies


**Can the US economy maintain its pace after a decade of growth?**
From CME Group October 09, 2018
The economic expansion of the United States since the last recession lasted almost ten years. Does the world's largest economy have the stamina to keep growing?


**Emerging Market Currencies: A Look at American Stakes, Trade War**
From bluford putnam October 03, 2018
Emerging market currencies fell against the dollar, led by the Turkish lira and the Argentine peso. Further increases in US rates may add to their dilemma.


**Brexit: a classic case of an approaching main risk**
From bluford putnam October 01, 2018
The outcome of the negotiations on the exit of the UK from the European Union under the leadership of Brexit is a classic event of risk events that could culminate in November.


**All Access, All the Time.**
**Tools for the active, individual trader.**
GET STARTED



## Pending Quotes
Quotes are delayed for at least 10 minutes.

## Futures & Options Trading
CME Group ( www.cmegroupcenter.com ) is the world's leading and most diverse derivatives marketplace . ITS Exchanges Through, the CME Group is the Offers or WIDEST range of the benchmark products across the global all major asset classes directly, Including futures and options based on Interest information Rates , equity indexes , States Foreign Exchange , energy , agricultural Way products  and  metals. CME Group provides electronic trading globally on its  CME Globex  platform. The company also offers CME Clearing . CME Group's Risk and Achieve Growth.



Subscription Center

to send the comment

Mail (Optional)

Enter your message

Submit

Who are we

Who are we CME Group is the world's leading derivatives market. The company consists of four designated contract markets (DCM). Additional information about the rules and product lists of each exchange can be found by clicking on the links to CME , CBOT , NYMEX  and  COMEX .

Contact us →
Tyumen (Tyumen region),
st. Chelyuskintsev 10
BC Alliance - Office Center.
Phone: +7 345 265 89 13

Global offices →

Contact us

© 2018 CME Group Inc. All rights reserved.

Career | Site Map | Disclaimer | privacy policy | Cookie Policy | Operating conditions | Statement of Slavery Law Transparency



## All Products Home

**Products**
- ZC Corn (Corn)
- ZS Soybean
- CL Oil brand Sweet (WTI Crude Oil)
- NG Natural Gas
- ES S & P 500 Stock Index Futures Contract (E-mini S & P 500)
- NQ futures contract on the Nasdaq-100 stock index (E-mini Nasdaq-100)
- 66 Euro Index
- GE Eurodollar
- ZN 10 Year Treasury Bonds (10-Year T-Note)
- ZF 5 Year Treasury Bonds (5-Year T-Note)
- GC Zaloto (Gold)

**Product group**
- Agriculture
- Power industry
- Stock index
- Forex
- Interest rates
- Metals
- Options
- OTC Trading (OTC)
- The property
- Weather

**Getting Started**
- Commission
- Find a broker
- Holiday Calendar
- Membership
- Tools and Resources

Advertiser
Daily Market Data Trader

Bitcoin
cryptocurrency futures and other cryptocurrency products are now available.

**New to Futures?**

Learn how to get started.

To begin

---

Can the US economy maintain its pace after a decade of growth?
From CME Group October 09, 2018
The economic expansion of the United States since the last recession lasted almost ten years. Does the world's largest economy have the stamina to keep growing?

Emerging Market Currencies: A Look at American Stakes, Trade War
From bluford putnam October 03, 2018
Emerging market currencies fell against the dollar, led by the Turkish lira and the Argentine peso. Further increases in US rates may add to their dilemma.

Brexit: a classic case of an approaching main risk
From bluford putnam October 01, 2018
The outcome of the negotiations on the exit of the UK from the European Union under the leadership of Brexit is a classic event of risk events that could culminate in November.

---



**All Access, All the Time.**
Tools for the active, individual trader.

GET STARTED

---

## Pending Quotes

Quotes are delayed for at least 10 minutes.

## Futures & Options Trading

CME Group ( www.cmegroupcenter.com ) is the world's leading and most diverse derivatives marketplace . ITS Exchanges Through, the CME Group is the Offers or WIDEST range of the benchmark products across the global all major asset classes across, Including futures and options based on Interest information Rates , equity the indexes , States Foreign Exchange , energy , agricultural Way products and metals. CME Group provides electronic trading globally on its CME Globex platform. The company also offers CME Clearing . CME Group's Risk and Achieve Growth.

---

Subscription Center

**to send the comment**

Mail (Optional)

Enter your message

Submit

**Who are we**

Who are we CME Group is the world's leading derivatives market. The company consists of four designated contract markets (DCM). Additional information about the rules and product lists of each exchange can be found by clicking on the links to CME , CBOT , NYMEX and COMEX .

Contact us →
Tyumen (Tyumen region), st. Chelyuskintsev 10
BC Alliance - Office Center.
Phone: +7 345 265 89 13

Global offices →

Contact us

© 2018 CME Group Inc. All rights reserved.

Career | Site Map | Disclaimer | privacy policy | Cookie Policy | Operating conditions | Statement of Slavery Law Transparency



## Technology Home

**Applications**
- CME Globex
- CME Direct
- CME ClearPort
- CME Pivot
- Elysian

**Services**
- Direct Processing (STP)
- Co-location services
- Global repository services
- Technical section

**Technical section**
Insightful and thoughtful content associated with modern financial technologies.

Book your place

## Economic research | View all economic studies

**Can the US economy maintain its pace after a decade of growth?**
From CME Group October 09, 2018
The economic expansion of the United States since the last recession lasted almost ten years. Does the world's largest economy have the stamina to keep growing?

**Emerging Market Currencies: A Look at American Stakes, Trade War**
From bluford putnam October 03, 2018
Emerging market currencies fell against the dollar, led by the Turkish lira and the Argentine peso. Further increases in US rates may add to their dilemma.

**Brexit: a classic case of an approaching main risk**
From bluford putnam October 01, 2018
The outcome of the negotiations on the exit of the UK from the European Union under the leadership of Brexit is a classic event of risk events that could culminate in November.

**All Access, All the Time.**
**Tools for the active, individual trader.**
GET STARTED

## Pending Quotes
Quotes are delayed for at least 10 minutes.

## Futures & Options Trading

CME Group ( www.cmegroupcenter.com ) is the world's leading and most diverse derivatives marketplace . ITS Exchanges Through, the CME Group is the Offers or WIDEST range of the benchmark products across the global all major asset classes directory, Including futures and options based on Interest information Rates , equity the indexes , States Foreign Exchange , energy , agricultural Way products and metals. CME Group provides electronic trading globally on its CME Globex platform. The company also offers CME Clearing . CME Group's Risk and Achieve Growth.



**Subscription Center**

**to send the comment**

Mail (Optional)

Enter your message

Submit

**Who are we**
Who are we CME Group is the world's leading derivatives market. The company consists of four designated contract markets (DCM). Additional information about the rules and contract product lists of each exchange can be found by clicking on the links to CME , CBOT , NYMEX and COMEX .

**Contact us →**
Tyumen (Tyumen region), st. Chelyuskintsev 10 BC Alliance - Office Center. Phone: +7 345 265 89 13

**Global offices →**

**Contact us**

© 2018 CME Group Inc. All rights reserved.

# EXHIBIT  M



## Whois

| Domain or IP | Registrar | Site operability |
|---|---|---|

CmEGroupcEnters.com

**Check**

My ip    Punycode conversion



**cmegroupcenters.com**

Domain busy, interested in buying this domain?

**Pick a similar**

## Domain Information

Domain name: CMEGROUPCENTERS.COM
Domain idn name: CMEGROUPCENTERS.COM
Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Registry Domain ID:
Registrar WHOIS Server: whois.reg.com
Registrar URL: https://www.reg.com/
Registrar URL: https://www.reg.ru/
Registrar URL: https://www.reg.ua/
Updated Date: 2019-03-14
Creation Date: 2019-03-14T14:54:34Z
Registrar Registration Expiration Date: 2020-03-14
Registrar: Registrar of domain names REG.RU LLC
Registrar IANA ID: 1606
Registrar Abuse Contact Email: abuse@reg.ru
Registrar Abuse Contact Phone: +7.4955801111
Registry Registrant ID:
Registrant ID:
Registrant Name: Protection of Private Person
Registrant Street: PO box 87, REG.RU Protection Service
Registrant City: Moscow
Registrant State/Province:
Registrant Postal Code: 123007
Registrant Country: RU
Registrant Phone: +7.4955801111
Registrant Phone Ext:
Registrant Fax: +7.4955801111
Registrant Fax Ext:
Registrant Email: CMEGROUPCENTERS.COM@regprivate.ru
Admin ID:
Admin Name: Protection of Private Person
Admin Street: PO box 87, REG.RU Protection Service
Admin City: Moscow
Admin State/Province:

We use cookies. Continued use of the Site, you agree to the policy of using the cookie , Policy Process Privacy Policy

Добрый день! В данном чате производится консультация только по подбору и регистрации свободных и покупке занятых доменных имен . По другим вопросам просим обращаться в службу поддержки: https://www.reg.ru/support/

REG.RU  Login

Admin Email: CMEGROUPCENTERS.COM@regprivate.ru
Tech Name: Protection of Private Person
Tech Street: PO box 87, REG.RU Protection Service
Tech City: Moscow
Tech State/Province:
Tech Postal Code: 123007
Tech Country: RU
Tech Phone: +7.4955801111
Tech Phone Ext:
Tech Fax: +7.4955801111
Tech Fax Ext:
Tech Email: CMEGROUPCENTERS.COM@regprivate.ru
Name Server: ns1.reg.ru
Name Server: ns2.reg.ru
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

## According to WHOIS.REG.RU

| | |
|---|---|
| Domain name | CMEGROUPCENTERS.COM |
| Domain idn name | CMEGROUPCENTERS.COM |
| Status | clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited |
| Registrar WHOIS Server | whois.reg.com |
| Registrar URL | https://www.reg.com/ |
| Registrar URL | https://www.reg.ru/ |
| Registrar URL | https://www.reg.ua/ |
| Updated Date | 2019-03-14 |
| Creation Date | 2019-03-14T14: 54: 34Z |
| Registrar Registration Expiration Date | 2020-03-14 |
| Registrar | Registrar of domain names REG.RU LLC |
| Registrar IANA ID | 1606 |
| Registrar Abuse Contact Email | abuse@reg.ru |
| Registrar Abuse Contact Phone | +7.4955801111 |
| Registrant Name | Protection of Private Person |
| Registrant Street | PO box 87, REG.RU Protection Service |
| Registrant City | Moscow |
| Registrant Postal Code | 123007 |
| Registrant Country | RU |
| Registrant Phone | +7.4955801111 |
| Registrant Fax | +7.4955801111 |
| Registrant Email | CMEGROUPCENTERS.COM@regprivate.ru |
| Admin Name | Protection of Private Person |
| Admin Street | PO box 87, REG.RU Protection S |
| Admin City | Moscow |
| Admin Postal Code | 123007 |



We use cookies. Continued use of the Site, you agree to the policy of using the cookie , Policy Process Privacy Policy

Добрый день! В данном чате производится консультация только по подбору и регистрации свободных и покупке занятых доменных имен . По другим вопросам просим обращаться в службу поддержки: https://www.reg.ru/support/



| | |
|---|---|
| Admin Email | CMEGROUPCENTERS.COM@regprivate.ru |
| Tech Name | Protection of Private Person |
| Tech Street | PO box 87, REG.RU Protection Service |
| Tech City | Moscow |
| Tech Postal Code | 123007 |
| Tech Country | RU |
| Tech Phone | +7.4955801111 |
| Tech Fax | +7.4955801111 |
| Tech Email | CMEGROUPCENTERS.COM@regprivate.ru |
| Name Server | ns1.reg.ru |
| Name Server | ns2.reg.ru |
| DNSSEC | Unsigned |
| URL of the ICANN WHOIS Data Problem Reporting System | http://wdprs.internic.net/ |
| >>> Last update of WHOIS database | 2019.03.15T17:26:14Z <<< |

Получить дополнительные сведения о кодах статуса whois можно по ссылке.

## Получить больше информации о домене



### История whois домена
Find out all the changes for the lifetime of the domain

### History of hosting this domain
Displays the domain change history

## Stay tuned



### Domain Monitoring
Domain Status Tracking System

### Similar Premium Domains

artradicalgroup .com
66 110 р.

aaaveter group .com
86 380 р.

AaConsultingGroup .com
162 850 р.

aadarshgroup .com

We use cookies. Continued use of the Site, you agree to the policy of using the cookie , Policy Process Privacy Policy

Добрый день! В данном чате производится консультация только по подбору и регистрации свободных и покупке занятых доменных имен . По другим вопросам просим обращаться в службу поддержки: https://www.reg.ru/support/



REG.RU    **Login** ☰

➕ More options

📨 **Whois Domain Bot for Telegram**
Now the Whois service is always at hand in your phone! →

❓ Whois help

[Terms of use of the WHOIS service REG.RU](#)



## Information
About Company ,Contacts
News and Events
To legal entities
Карьера в REG.RU
Акции и скидки, Блог
Скидки от партнёров
Brand Story

Русский, руб. ▾

## Услуги
Зарегистрировать домен
Конструктор и CMS
Хостинг
Серверы и ДЦ
SSL-сертификаты
Стоимость услуг
Whois

## Партнёрам
Условия и цены
Для профессионалов
Реферальная программа
REG.API, REG.Panel
Клубные тарифы
Промо материалы

## Помощь
База знаний
Шаблоны заявлений
Офисы обслуживания
Отзывы
Сообщить о нарушении
Нашли опечатку? Ctrl+Enter

### Присоединяйтесь
🔵 📘 🐦 ▶️ 📷 🟠 Ⓜ️

**Доменная статистика**
www.statonline.ru

**Магазин доменов**
shop.reg.ru

🔍 Поиск по сайту

Карта сайта

Все права на материалы, находящиеся на сайте, охраняются в соответствии с законодательством РФ. При любом использовании материалов сайта письменное согласие обязательно. Торговые марки, логотипы и марки услуг, размещенные на данном сайте, являются собственностью ООО «Регистратор доменных имен РЕГ.РУ» или третьих лиц.

Политика обработки персональных данных
Политика конфиденциальности для веб-сайтов РЕГ.РУ
Политика использования файлов cookie

   

Добрый день! В данном чате производится консультация только по подбору и регистрации свободных и покупке занятых доменных имен . По другим вопросам просим обращаться в службу поддержки: https://www.reg.ru/support/

We use cookies. Continued use of the Site, you agree to the policy of using the cookie , Policy Process Privacy Policy



Home > Whois Lookup > CmEGroupcEnters.com

## Whois Record for CmEGroupcEnters.com

**Domain Profile**

| | |
|---|---|
| Registrant | Protection of Private Person |
| Registrant Country | RU |
| Registrar | Registrar of domain names REG.RU LLC<br>IANA ID: 1606<br>URL:<br>https://www.reg.com/,https://www.reg.ru/,https://ww<br>Whois Server: whois.reg.com<br>abuse@reg.ru<br>(p) 74955801111 |

**Registrar Status**

| | |
|---|---|
| Dates | 1 days old<br>Created on 2019-03-14<br>Expires on 2020-03-14<br>Updated on 2019-03-14 |
| Name Servers | NS1.REG.RU (has 1,296,560 domains)<br>NS2.REG.RU (has 1,296,560 domains) |
| Tech Contact | Protection of Private Person<br>PO box 87, REG.RU Protection Service,<br>Moscow, 123007, RU<br>cmegroupcenters.com@regprivate.ru<br>(p) 74955801111 (f) 74955801111 |
| IP Address | 188.165.25.225 - 1 other site is hosted on this server |
| IP Location | - Hauts-de-france - Roubaix - Ovh Sas |
| ASN | AS16276 OVH, FR (registered Feb 15, 2001) |
| Domain Status | Never Registered Before |
| Hosting History | 1 change on 2 unique name servers over 0 year |

**Website**

| | |
|---|---|
| Website Title | None given. |

Whois Record ( last updated on 2019-03-15 )

### Validation Required

DomainTools is committed to preventing the abuse of Whois data so we now require a CAPTCHA to view the full raw domain name record.

Existing user? Please log in.

### Tools
Hosting History · Monitor Domain Properties · Reverse IP Address Lookup · Network Tools · Buy This Domain · Visit Website · Preview the Full Domain Report

**Available TLDs** — General TLDs | Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)
- Taken domain.
- Available domain.
- Deleted previously owned domain.

CmEGroupcEnters.com — Buy Domain
CmEGroupcEnters.net — Buy Domain
CmEGroupcEnters.org — Buy Domain
CmEGroupcEnters.info — Buy Domain
CmEGroupcEnters.biz — Buy Domain
CmEGroupcEnters.us — Buy Domain

I'm not a robot — reCAPTCHA

Sitemap · Blog · Terms of Service · Privacy Policy · Contact Us · Domain News · © 2019 DomainTools

# EXHIBIT  N



| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmegroupcenters.com/ |
| Captured site IP: | 188.165.25.225 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:55:22 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:56:05 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | efa07aa1-bfd7-4707-9d62-587013dbbf53 |
| User: | norvell-lmoreau |

PDF REFERENCE #:          cZ43LZiFXsxQzTPB2MEECp





| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmegroupcenters.com/global-offices |
| Captured site IP: | 188.165.25.225 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:55:22 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:56:27 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 347ca266-0c39-4d3a-a17a-9421df4d7930 |
| User: | norvell-lmoreau |



Calgary, Alberta,
T2P 5C5, Canada
phone: +403 444 6876

Sao Paulo, Brazil 01311-200
phone: +55 11 2787 6279

→ EMEA

**London**
Fourth Floor
One New Change
London EC4M 9AF
United Kingdom
phone: +44 20 3379 3700

**Belfast**
Millennium House 5th Floor
19-25 Great Victoria Street
Belfast BT2 7AQ
United Kingdom
phone: +44 28 9089 6600

→ Asia

**Singapore**
One Raffles Quay
#27-10 South Tower
Singapore 048583
phone: +65 6593 5555

**Hong Kong**
Unit 7711-13, 77/F The Center
99 Queen's Road Central
Hong Kong
phone: +852 2582 2200

**Seoul**
Level 10
Seoul, Uisadang-daero, Yeongdeungpo-gu,
Seoul, 07327, Republic of Korea
phone: +82 2 6336 6700

**Tokyo**
Level 27 Tokyo Sankei Building
1-7-2 Otemachi, Chiyoda-ku
Tokyo 100-0004
Japan
phone +81 3 3242 6233

**Beijing**
No.6 Wudinghou Street
Unit 1105
Excel Centre
Xicheng District
Beijing 100033
China
+86 10 5913 1300

**Bangalore**
Level 8, Bagmane Tridib
Block A, No. 65/2
Bagmane Tech Park
C. V. Raman Nagar
Bangalore-560093
India
+91 80 3323 2300

**Australia**
Level 36, Gateway Tower
1 Macquarie Place,
Sydney 2000
Australia
phone: +61 2 8051 3210

→ Russia

**Tyumen**
Tyumen (Tyumen region),
Chelyuskintsev street 10
BC Alliance-office center
phone: +7 345 265 89 13



CME Group Global Offices

© 2018 CME Group Inc. All rights reserved.

⌧ **Центр подписок**

## Отправить отзыв

Почта (Опционально)

Введите ваше сообщение

Submit

### Кто мы

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

**Свяжитесь с Нами** →
Тюмень (Тюменская область),
ул. Челюскинцева 10
БЦ Альянс - Офисный центр.
Телефон: +7 345 265 89 13

**Глобальные офисы** →

**Свяжитесь с нами**

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве

Отправьте нам сообщение    jivosite

PAGEVAULT®
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmegroupcenters.com/login |
| Captured site IP: | 188.165.25.225 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:56:18 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:56:44 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | cb93959c-c248-4c8b-9178-41dbd16c897b |
| User: | norvell-lmoreau |

PDF REFERENCE #:           sDnz2BjCUyEme5GUZEgRrK





| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmegroupcenters.com//register |
| Captured site IP: | 188.165.25.225 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:56:40 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:56:59 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 0a518a95-3d2c-4fb9-97cb-0dbd21a790d6 |
| User: | norvell-lmoreau |

PDF REFERENCE #:           ez3dvxDQJciq7GBq6wk4r5



Document title: Futures &amp; Options Trading for Risk Management - CME Group
Capture URL: https://www.cmegroupcenters.com/register
Capture timestamp (UTC): Mon, 18 Mar 2019 21:56:59 GMT



| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmegroupcenters.com/reserves |
| Captured site IP: | 188.165.25.225 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:56:54 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:57:27 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 77860c8d-98dd-40ba-997d-e15b0ef7bfb8 |
| User: | norvell-lmoreau |



## Инвестиционное предложение для физических лиц

| План | Соотношение доходности | Длительность торговой сессии | Реферальное вознаграждение | Действие |
|---|---|---|---|---|
| **Bronze** | | | | |
| 1000-2999$ | от 7-12% | 96 часов | 5 % от вклада приглашенного | Забронировать |
| 3000-4999$ | от 13-15% | 96 часов | 5 % от вклада приглашенного | Забронировать |
| 5000-6999$ | от 16-20% | 96 часов | 5 % от вклада приглашенного | Забронировать |
| **Silver** | | | | |
| 7000-9999$ | от 21-25% | 72 часа | 7 % от вклада приглашенного | Забронировать |
| 10000-14999$ | от 26-30% | 72 часа | 7 % от вклада приглашенного | Забронировать |
| 15000-19999$ | от 31-35% | 72 часа | 7 % от вклада приглашенного | Забронировать |
| **Gold** | | | | |
| 20000-29999$ | от 36-40% | 48 часов | 10 % от вклада приглашенного | Забронировать |
| 30000-49999$ | от 41-45% | 48 часов | 10 % от вклада приглашенного | Забронировать |
| 50000-100000$ | от 46-50% | 48 часов | 10 % от вклада приглашенного | Забронировать |
| **Brilliant** | | | | |
| Покупка лота | Соотношение доходности в зависимости от цены акций на момент торговой сессии. | 24 часа (1 биржевой день) | | Забронировать |

Компания принимает вклады в криптовалюте: Ethereum, Bitcoin.Вклад конвертируется согласно курсу на момент входа. Начисление производится автоматически на платежную систему, указанную при регистрации после завершения торговой сессии (тело вклада + % доходности). Начисление согласно маркетинг-плану, производится с понедельника по пятницу, выплата по реферальной программе в субботу.

### ПАРТНЕРСКАЯ ПРОГРАММА ДЛЯ ФИЗИЧЕСКИХ ЛИЦ

В компании CME Group для активных участников и партнёров предусмотрена одноуровневая партнёрская программа. Принять участие партнёрской программе может каждый желающий.

### УСЛОВИЯ ПАРТНЕРСКОЙ ПРОГРАММЫ

Ваш возраст должен быть от 16 лет.
Необходимо быть зарегистрированным инвестором.
Принимать участие в торговых сессиях.

Приглашайте своих друзей и знакомых в компанию CME Group и получайте специальные бонусы. Приглашая новых участников инвестировать в CME Group, Вы имеете отличный шанс увеличивать размер получаемой прибыли на 50%.
Единоразовый бонус за приглашенного начисляется на платежную систему, указанную при регистрации. Размер начисления составляет от 5% до 10% от вклада Вашего приглашенного.

### ФОНД ГАРАНТИЙНЫХ ВЫПЛАТ

Мы поддерживаем открытый рынок, где масштабы и возможности подключения по всему спектру участников рынка являются конкурентными сильными сторонами. У нас есть финансовая дисциплина «для прибыли» и обязательство поддерживать стабильность рынка, обеспечивать совместную экономию за счет масштаба и развивать рынки на местном и глобальном уровнях. Мы обслуживаем общественное благо, обеспечивая эффективность рынка и позволяя понизить риск. Метод оптимизации риска относится к упреждающим методам управления, связанным со стратегическим планированием. Под стратегическим планированием понимается изучение потенциала предприятия, прогнозирование внешней обстановки, периодическая разработка сценариев развития и оценка будущего состояния среды хозяйствования, прогнозирование поведения потенциальных партнеров и действий конкурентов. Полученные результаты позволяют уловить тенденции во взаимоотношениях хозяйствующих субъектов, своевременно подготовиться к законодательным изменениям, принять необходимые меры для компенсации потерь от изменения правил ведения хозяйственной деятельности, скорректировать оперативные, тактические и стратегические планы. Поэтапно стратегическое управление рисками предполагает:

непрерывный мониторинг внешних условий;
сбор информации по наиболее значимым для данной торговой сессии рисков;
внесение корректировок в первоначальную оценку проекта рисков с учетом дополнительной информации по рискам, изменениям во внешней среде и в самом проекте;
Формирование фонда гарантийных выплат происходит с помощью вкладов инвесторов. Оплачивается согласно условиям пакета, по которому инвестор работает в компании. Оплата в фонд является обязательной для каждого участника торговой сессии.

| План | Размер оплаты в ФГВ | Порядок оплаты |
|---|---|---|
| Bronze | 10% | От общей прибыли всех торговых сессий, в которых принимал участие инвестор в течение месяца |
| Silver | 12% | До получения прибыли после каждой торговой сессии. |
| Gold | 15% | До получения прибыли после каждой торговой сессии. |

В случае сделки с отрицательным результатом фонд покрывает тело вклада + 3% неустойки от компании CME Group, если если в течение 90 банковских дней инвестор не использовал ФГВ, совершенные платежи возвращаются на платежную систему, указанную при регистрации. В случае отказа оплаты ФГВ , инвестор не допускается к входу на торговые сессии до выяснения причин.

---

✉ **Центр подписок**

**Отправить отзыв**

Почта (Опционально)

Введите ваше сообщение

[Submit]

**Кто мы**

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на по ссылки на CME, CBOT, NYMEX и COMEX.

**Свяжитесь с Нами →**
Тюмень (Тюменская область),
ул. Челюскинцев 10
БЦ Альянс - Офисный центр.
Телефон: +7 345 265 89 13

**Глобальные офисы →**

**Свяжитесь с нами**

© 2018 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление

Отправьте нам сообщение | jivosite

---

CME Group  Торговля  Клиринг  Регулирование  Данные  Технологии  Образование  О нас  Войти

## Инвестиционное предложение для физических лиц

| План | Соотношение доходности | Длительность торговой сессии | Реферальное вознаграждение | Действие |
|---|---|---|---|---|
| **Bronze** | | | | |
| 1000-2999$ | от 7-12% | 96 часов | 5 % от вклада приглашенного | Забронировать |
| 3000-4999$ | от 13-15% | 96 часов | 5 % от вклада приглашенного | Забронировать |
| 5000-6999$ | от 16-20% | 96 часов | 5 % от вклада приглашенного | Забронировать |
| **Silver** | | | | |
| 7000-9999$ | от 21-25% | 72 часа | 7 % от вклада приглашенного | Забронировать |
| 10000-14999$ | от 26-30% | 72 часа | 7 % от вклада приглашенного | Забронировать |
| 15000-19999$ | от 31-35% | 72 часа | 7 % от вклада приглашенного | Забронировать |
| **Gold** | | | | |
| 20000-29999$ | от 36-40% | 48 часов | 10 % от вклада приглашенного | Забронировать |
| 30000-49999$ | от 41-45% | 48 часов | 10 % от вклада приглашенного | Забронировать |
| 50000-100000$ | от 46-50% | 48 часов | 10 % от вклада приглашенного | Забронировать |
| **Brilliant** | | | | |
| Покупка лота | Соотношение доходности в зависимости от цены акций на момент торговой сессии | 24 часа (1 биржевой день) | | Забронировать |

Компания принимает инвестиции в криптовалюте: Ethereum, Bitcoin.Вклад конвертируется согласно курсу на момент входа. Начисление производится автоматически на платежную систему, указанную при регистрации после завершения торговой сессии (тело вклада + % доходности). Начисление согласно маркетинг-плану, производится с понедельника по пятницу, выплата по реферальной программе в субботу.

### ПАРТНЕРСКАЯ ПРОГРАММА ДЛЯ ФИЗИЧЕСКИХ ЛИЦ

В компании CME Group для активных участников и партнеров предусмотрена одноуровневая партнёрская программа. Принять участие партнёрском программе может каждый желающий!

### УСЛОВИЯ ПАРТНЕРСКОЙ ПРОГРАММЫ

Ваш возраст должен быть от 16 лет.
Необходимо быть зарегистрированным инвестором.
Принимать участие в торговых сессиях.

Приглашайте своих друзей и знакомых в компанию CME Group и получайте специальные бонусы. Приглашая новых участников инвестировать в CME Group, Вы имеете отличный шанс увеличивать размер получаемой прибыли на 50%.
Единоразовый бонус за приглашенного начисляется на платежную систему, указанную при регистрации. Размер начисления составляет от 5% до 10% от вклада Вашего приглашенного.

### ФОНД ГАРАНТИЙНЫХ ВЫПЛАТ

Мы поддерживаем открытый рынок, где масштабы и возможности подключения по всему спектру участников рынка являются конкурентными сильными сторонами. У нас есть финансовая дисциплина «для прибыли» и обязательство поддерживать стабильность рынка, обеспечивать совместную экономию за счет масштаба и развивать рынок на местном и глобальном уровнях. Мы обслуживаем общественное благо, обеспечивая эффективность рынков и активно позволяя снизить риск. Метод оптимизации риска относится к упреждающим методам управления, связанным со стратегическим планированием. Под стратегическим планированием понимается изучение потенциала предприятия, прогнозирование внешней обстановки, периодическая разработка сценариев развития и оценка будущего состояния среды хозяйствования, прогнозирование поведения потенциальных партнеров и действий конкурентов. Полученные результаты позволяют уточнить тенденцию во взаимоотношениях хозяйствующих субъектов, своевременно подготовиться к законодательным изменениям, принять необходимые меры для компенсации потерь от изменения правил ведения хозяйственной деятельности, скорректировать оперативные, тактические и стратегические планы. Поэтому стратегическое управление рисками предполагает:

непрерывный мониторинг внешних условий;
сбор информации по наиболее значимым для данной торговой сессии рискам;
внесение корректировок в первоначальную оценку проекта рисков с учетом дополнительной информации по рискам, изменениям во внешней среде и в самом проекте;
Формирование фонда гарантийных выплат происходит с помощью нескольких факторов. Оплачивается согласно условиям пакета, по которому инвестор работает в компании. Оплата в фонд является обязательной для каждого участника торговой сессии.

| План | Размер оплаты в ФГВ | Порядок оплаты |
|---|---|---|
| Bronze | 10% | От общей прибыли всех торговых сессий, в которых принимал участие инвестор в течение месяца |
| Silver | 12% | До получения прибыли после каждой торговой сессии. |
| Gold | 15% | До получения прибыли после каждой торговой сессии. |

В случае сделки с отрицательным результатом фонд покрывает тело вклада + 3% неустойки от компании CME Group, если если в течении 90 банковских дней инвестор не использовал ФГВ, совершенные платежи возвращаются на платежную систему, указанную при регистрации. В случае отказа оплаты ФГВ , инвестор не допускается к входу на торговые сессии до выяснения причин.



### Центр подписок

**Отправить отзыв**

Почта (Опционально)

Введите ваше сообщение

Submit

**Кто мы**

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

**Свяжитесь с Нами →**

Тюмень (Тюменская область),
ул. Челюскинцев 10
БЦ Альянс - Офисный центр,
Телефон: +7 345 265 89 13

**Глобальные офисы →**

**Свяжитесь с нами**

© 2018 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве

Отправьте нам сообщение   jivosite



| | |
|---|---|
| Document title: | Futures & Options Trading for Risk Management - CME Group |
| Capture URL: | https://www.cmegroupcenters.com/reserves/plan/0 |
| Captured site IP: | 188.165.25.225 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 21:57:20 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 21:57:47 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 45093439-dfa4-45e6-bc04-9c6903772321 |
| User: | norvell-lmoreau |

PDF REFERENCE #:          HUQ985uumXnuewf3faNFR



© 2018 CME Group Inc. All rights reserved.


CME Group

# Инвестиционное предложение для физических лиц

| | | | | |
|---|---|---|---|---|
| **Bronze** | | | | |
| 1000-2999$ | от 7-12% | 96 часов | 5 % от вклада приглашенного | Забронировать |
| 3000-4999$ | от 13-15% | 96 часов | 5 % от вклада приглашенного | Забронировать |
| 5000-6999$ | от 16-20% | 96 часов | 5 % от вклада приглашенного | Забронировать |
| **Silver** | | | | |
| 7000-9999$ | от 21-25% | 72 часа | 7 % от вклада приглашенного | Забронировать |
| 10000-14999$ | от 26-30% | 72 часа | 7 % от вклада приглашенного | Забронировать |
| 15000-19999$ | от 31-35% | 72 часа | 7 % от вклада приглашенного | Забронировать |
| **Gold** | | | | |
| 20000-29999$ | от 36-40% | 48 часов | 10 % от вклада приглашенного | Забронировать |
| 30000-49999$ | от 41-45% | 48 часов | 10 % от вклада приглашенного | Забронировать |
| 50000-100000$ | от 46-50% | 48 часов | 10 % от вклада приглашенного | Забронировать |
| **Brilliant** | | | | |
| Покупка лота | Соотношение доходности в зависимости от цены акций на момент торговой сессии. | 24 часа (1 биржевой день) | | Забронировать |

Компания принимает вклады в криптовалюте: Ethereum, Bitcoin.Вклад конвертируется согласно курсу на момент входа. Начисление производится автоматически на платёжную систему, указанную при регистрации после завершения торговой сессии (тело вклада + % доходности). Начисление согласно маркетинг-плану, производится с понедельника по пятницу, выплата по реферальной программе в субботу.

## ПАРТНЕРСКАЯ ПРОГРАММА ДЛЯ ФИЗИЧЕСКИХ ЛИЦ

В компании CME Group для активных участников и партнёров предусмотрена одноуровневая партнёрская программа. Принять участие партнёрской программе может каждый желающий.

## УСЛОВИЯ ПАРТНЕРСКОЙ ПРОГРАММЫ

Ваш возраст должен быть от 16 лет.
Необходимо быть зарегистрированным инвестором.
Принимать участие в торговых сессиях.

Приглашайте своих друзей и знакомых в компанию CME Group и получайте специальные бонусы. Приглашая новых участников инвестировать в CME Group, Вы имеете отличный шанс увеличивать размер получаемой прибыли на 50%.
Единоразовый бонус за приглашенного начисляется на платёжную систему, указанную при регистрации. Размер начисления составляет от 5% до 10% от вклада Вашего приглашенного.

## ФОНД ГАРАНТИЙНЫХ ВЫПЛАТ

Мы поддерживаем открытый рынок, где масштабы и возможности подключения по всему спектру участников рынка являются конкурентными сильными сторонами. У нас есть финансовая дисциплина «для прибыли» и обязательство поддерживать стабильность рынка, обеспечивать совместную экономию за счет масштаба и развивать рынки на местном и глобальном уровнях. Мы обслуживаем общественное благо, обеспечивая эффективность рынков и активно позволяя снизить риск.
Метод оптимизации риска относится к упреждающим методам управления, связанным со стратегическим планированием. Под стратегическим планированием понимается изучение потенциала предприятия, прогнозирование внешней обстановки, периодическая разработка сценариев развития и оценка будущего состояния среды хозяйствования, прогнозирование поведения потенциальных партнеров и действий конкурентов. Полученные результаты позволяют уловить тенденции во взаимоотношениях хозяйствующих субъектов, своевременно подготовиться к законодательным изменениям, принять необходимые меры для компенсации потерь от изменения правил ведения хозяйственной деятельности, скорректировать оперативные, тактические и стратегические планы. Поэтапно стратегическое управление рисками предполагает:

непрерывный мониторинг внешних условий;
сбор информации по наиболее значимым для данной торговой сессии рисков;

⬜ Отправьте нам сообщение    jivosite

внесение корректировок в первоначальную оценку проекта рисков с учетом дополнительной информации по рискам, изменениям во внешней среде и в самом проекте;

Формирование фонда гарантийных выплат происходит с помощью вкладов инвесторов. Оплачивается согласно условиям пакета, по которому инвестор работает в компании. Оплата в фонд является обязательной для каждого участника торговой сессии.

| | | |
|---|---|---|
| Bronze | 10% | От общей прибыли всех торговых сессий, в которых принимал участие инвестор в течение месяца |
| Silver | 12% | До получения прибыли после каждой торговой сессии. |
| Gold | 15% | До получения прибыли после каждой торговой сессии. |

В случае сделки с отрицательным результатом фонд покрывает тело вклада + 3% неустойки от компании CME Group, если если в течении 90 банковских дней инвестор не использовал ФГВ, совершенные платежи возвращаются на платежную систему, указанную при регистрации. В случае отказа оплаты ФГВ , инвестор не допускается к входу на торговые сессии до выяснения причин.



EXHIBIT  O



## Domains ⌄

# Whois

| Domain or IP | Registrar | Site operability |
|---|---|---|

cmerussians.com

**Check**

My ip   ⟳ Punycode conversion

🌐 **cmerussians.com**

Domain busy, interested in buying this domain?

**Pick a similar**

## Domain Information ⤓

Domain Name: cmerussians.com
Registry Domain ID: 2368864231_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2019-03-13T11:11:55Z
Creation Date: 2019-03-13T11:11:54Z
Registrar Registration Expiration Date: 2020-03-13T11:11:54Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: cmerussians.com@domainsbyproxy.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com

We use cookies. Continued use of the Site, you agree to the policy of using the cookie , Policy Processing of Personal Data and Privacy Policy

To accept

 REG.RU

Login 

Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: cmerussians@domainsbyproxy.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: cmerussians@domainsbyproxy.com
Name Server: NS67.DOMAINCONTROL.COM
Name Server: NS68.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

## Get more information about the domain

 **History of whois domain**
Find out all the changes for the lifetime of the domain


 **History of hosting this domain**
Displays the domain change history


## Stay tuned

 **Domain Monitoring**
Domain Status Tracking System


 **Whois Domain Bot for Telegram**
Now the Whois service is always at hand in your phone!


 Whois help

Terms of use of the WHOIS service REG.RU

## Information

About Company ,Contacts

News and Events

To legal entities

Career in REG.RU

## Services

Register domain

Constructor and CMS

Hosting

Servers and DC

## To partners

Conditions and prices

For professionals

Referral program

REG.API ,REG.Panel

## Help

Knowledge base

Application Templates

Service offices

Reviews

We use cookies. Continued use of the Site, you agree to the use of the Site, you agree to the policy of using the cookie , Policy Processing of Personal Data and Privacy Policy

To accept 



Russian, rub. ▾

## Join in

🔵 📘 🐦 ▶️ 📷 🟠 Ⓜ️

## Domain statistics
www.statonline.ru

## Shop domain
shop.reg.ru

🔍 Поиск по сайту

Site Map

Все права на материалы, находящиеся на сайте, охраняются в соответствии с законодательством РФ. При любом использовании материалов сайта письменное согласие обязательно. Торговые марки, логотипы и марки услуг, размещенные на данном сайте, являются собственностью ООО «Регистратор доменных имен РЕГ.РУ» или третьих лиц.

Политика обработки персональных данных

Политика конфиденциальности для веб-сайтов РЕГ.РУ

Политика использования файлов cookie

   

We use cookies. Continued use of the Site, you agree to the policy of using the cookie , Policy Processing of Personal Data and Privacy Policy

To accept

# EXHIBIT P

Side by side comparison

**CMEGROUP.COM, CMEGROUPCENTER.COM (Counterfeited CME Website) & CMEGROUPCENTERS.COM (Counterfeited CME Website)**

| **CME Website<br>from October 9, 2018** | **Counterfeited CME Website<br>CMEGROUPCENTER.COM<br>from February 15, 2019** | **Counterfeited CME Website<br>CMEGROUPCENTERS.COM<br>from March 14, 2019** |
|---|---|---|
| <br>https://web.archive.org/web/20181009175719/https://www.cmegroup.com/ | <br>https://cmegroupcenter.com/ | <br>https://cmegroupcenters.com/ |
| Banner used on rotating CME's website Oct.10,2018<br><br>https://web.archive.org/web/20181009175719/https://www.cmegroup.com/ | Infringing image copied as a banner used on counterfeited CME's website<br><br>https://cmegroupcenter.com/ | Infringing image copied as a banner used on counterfeited CME's website<br><br>https://cmegroupcenters.com/ |
| Banner used in mid-section of CME homepage used in October, 2018<br><br>https://web.archive.org/web/20181009175719/https://www.cmegroup.com/ | Copied banned used on mid-section of counterfeiting website.<br><br>https://cmegroupcenter.com/ | Copied banned used on mid-section of counterfeiting website.<br><br>https://cmegroupcenters.com/ |
| CME Group logo used on top left corner, CME's website Oct.10,2018<br>CME Group<br>https://web.archive.org/web/20181009175719/https://www.cmegroup.com/ | Infringing copy of CME Group logo used on top left corner.<br>CME Group<br>https://cmegroupcenter.com/ | Infringing copy of CME Group logo used on top left corner<br>CME Group<br>https://cmegroupcenters.com/ |





| | | |
|---|---|---|
| Trading tab Sub-menu on Original website<br><br>https://cmegroup.com/ | Trading tab Sub-menu on Infringing website<br><br>https://cmegroupcenter.com/ | Trading tab Sub-menu on Infringing website<br><br>https://cmegroupcenters.com/ |
| Clearing tab Sub-menu on Original website<br><br>https://cmegroup.com/ | Clearing tab Sub-menu on Infringing website<br><br>https://cmegroupcenter.com/ | Clearing tab Sub-menu on Infringing website<br><br>https://cmegroupcenters.com/ |
| Data tab Sub-menu on Original website<br><br>https://cmegroup.com/ | Data tab Sub-menu on Infringing website<br><br>https://cmegroupcenter.com/ | Data tab Sub-menu on Infringing website<br><br>https://cmegroupcenters.com/ |
| Trading tab Sub-menu on Original website<br><br>https://cmegroup.com/ | tab Sub-menu on Infringing website<br><br>https://cmegroupcenter.com/ | tab Sub-menu on Infringing website<br><br>https://cmegroupcenters.com/ |
| Technology tab Sub-menu on Original website<br><br>https://cmegroup.com/ | Technology tab Sub-menu on Infringing website<br><br>https://cmegroupcenter.com/ | Technology tab Sub-menu on Infringing website<br><br>https://cmegroupcenters.com/ |

Image used for economic article published Oct. 9, 2018



CME's Economic research: "Can U.S. Economy Keep its Pace After a Decade of Growth?"
https://www.cmegroup.com/education/featured-reports/can-us-economy-keep-its-pace-after-a-decade-of-growth.html

Infringing imaged used on cmegroupcenter.com



https://cmegroupcenter.com/

Infringing imaged used on cmegroupcenters.com



https://cmegroupcenters.com/

Image used for economic article published Oct. 3, 2018



Emerging Market Currencies: Eye on U.S. Rates, Trade War,
By Bluford Putnam
https://www.cmegroup.com/education/featured-reports/emerging-market-currencies-eye-on-us-rates-trade-war.html?source=rss

Infringing imaged used on cmegroupcenter.com



https://cmegroupcenter.com/

Infringing imaged used on cmegroupcenters.com



https://cmegroupcenters.com/

Image used for economic article published Oct. 1, 2018



Brexit: Classic Case of an Approaching Major Event Risk
By Bluford Putnam
https://www.cmegroup.com/podcasts/off-the-charts-podcast-series/brexit-classic-case-of-an-approaching-major-event-risk.html

Infringing imaged used on cmegroupcenter.com



https://cmegroupcenter.com/

Infringing imaged used on cmegroupcenters.com



https://cmegroupcenters.com/

Subscription Center Section on CME's website home screen



https://web.archive.org/web/20181009175719/https://www.cmegroup.com/

Contact information section in Russian on counterfeited website



https://cmegroupcenter.com/

Contact information section in Russian on counterfeited website



https://cmegroupcenters.com/



CME Group Global Office Contacts

https://www.cmegroup.com/history/global-offices.html

CME Group Global Office Contacts information – counterfeiting website

https://cmegroupcenter.com/global-offices

CME Group Global Office Contacts information – counterfeiting website

https://cmegroupcenters.com/global-offices

World Map Banner used on top section of Global Office Contacts

https://www.cmegroup.com/company/history/global-offices.html

Infringing image copied on counterfeiting website

https://cmegroupcenter.com/global-offices

Infringing image copied on counterfeiting website

https://cmegroupcenters.com/global-offices

World Map with CME's corporate logo used as pins locating CME offices around the world.

https://www.cmegroup.com/company/history/global-offices.html

World Map used on counterfeiting website

https://cmegroupcenter.com/global-offices

World Map used on counterfeiting website

https://cmegroupcenters.com/global-offices

EXHIBIT Q

Side by side comparison

**CMEGROUP.COM, CMERUSSIAN.COM (Counterfeited CME Website) & CMERUSSIA.COM (Counterfeited CME Website)**

| CME Website CMEGROUP.COM from February 4, 2019 | Counterfeiting CME Website CMERUSSIAN.COM from February 15, 2019 | Counterfeiting CME Website CMERUSSIA.COM from March 14, 2019 |
|---|---|---|
|  https://web.archive.org/web/20190205042337/https://www.cmegroup.com/ |  https://www.cmerussian.com/ |  https://www.cmerussia.com/ |
| Image used in banner on original CME website  https://www.cmegroup.com/ | Image used in banner on infringing website  https://www.cmerussian.com/ | Image used in banner on infringing website  https://www.cmerussia.com/ |









Trading tab Sub-menu on Original website

https://www.cmegroup.com/

Trading tab Sub-menu on Infinging website

https://www.cmerussian.com/

Trading tab Sub-menu on Infinging website

https://www.cmerussia.com/

Clearing tab Sub-menu on Original website

https://www.cmegroup.com/

Clearing tab Sub-menu on Infinging website

https://www.cmerussian.com/

Clearing tab Sub-menu on Infinging website

https://www.cmerussia.com/

Data tab Sub-menu on Original website

https://www.cmegroup.com/

Data tab Sub-menu on Infinging website

https://www.cmerussian.com/

Data tab Sub-menu on Infinging website

https://www.cmerussia.com/

Trading tab Sub-menu on Original website

https://www.cmegroup.com/

tab Sub-menu on Infinging website

https://www.cmerussian.com/

tab Sub-menu on Infinging website

https://www.cmerussia.com/

Technology tab Sub-menu on Original website

https://www.cmegroup.com/

Technology tab Sub-menu on Infinging website

https://www.cmerussian.com/

Technology tab Sub-menu on Infinging website

https://www.cmerussia.com/

Mid-section banner on Original website

https://www.cmegroup.com/

Mid-section banner on Infringing website

https://www.cmerussian.com/

Mid-section banner on Infringing website

https://www.cmerussia.com/

| Corporate logo on original website, used on top left corner<br>CME Group<br>https://www.cmegroup.com/ | Infringing copy of CME Group logo used on top left corner<br>CME Group<br>https://www.cmerussian.com/ | Infringing copy of CME Group logo used on top left corner<br>CME Group<br>https://www.cmerussia.com/ |
|---|---|---|
| Article and image #1 published on original website<br><br><br>https://web.archive.org/web/20190205042337/https://www.cmegroup.com/<br>• **Three Big Equity Event** Riskshttps://www.cmegroup.com/education/featured-reports/videos/three-big-equity-event-risks.html | Article and image #1 published on infringing website<br><br><br>https://www.cmerussian.com/ | Article and image #1 published on infringing website<br><br><br>https://www.cmerussia.com/ |
| Article and image #2 published on original website<br><br><br>https://web.archive.org/web/20190205042337/https://www.cmegroup.com/<br><br>**Why has Equity Index-Treasury Options Volatility Diverged?**<br>https://www.cmegroup.com/education/featured-reports/why-has-equity-index-treasury-options-volatility-diverged.html?source=rss | Article and image #2 published on infringing website<br><br><br>https://www.cmerussian.com/ | Article and image #2 published on infringing website<br><br><br>https://www.cmerussia.com/ |
| Article and image #3 published on original website<br><br><br>https://web.archive.org/web/20190205042337/https://www.cmegroup.com/<br>• **Equities: Six Ways to Spot a Flagging Bull Market** https://www.cmegroup.com/education/featured-reports/equities-six-ways-to-spot-a-flagging-bull-market.html?source=rss | Article and image #3 published on infringing website<br><br><br>https://www.cmerussian.com/ | Article and image #3 published on infringing website<br><br><br>https://www.cmerussia.com/ |

**All Access, All the Time**

Discover new trading strategies and expand your familiarity with our markets with our offering of tools for the active, individual trader.

Get Started ⧉

https://www.cmegroup.com/

**Весь доступ, все время**

Откройте для себя новые торговые стратегии и расширьте свое знакомство с нашими рынками, предлагая инструменты для активного индивидуального трейдера.

Начать ⧉

https://www.cmerussian.com/

**Весь доступ, все время**

Откройте для себя новые торговые стратегии и расширьте свое знакомство с нашими рынками, предлагая инструменты для активного индивидуального трейдера.

Начать ⧉

https://www.cmerussia.com/

CME Group Global Office Contacts

https://www.cmegroup.com/company/history/global-offices.html

CME Group Global Office Contacts information – counterfeiting website

https://cmerussian.com/global-offices

CME Group Global Office Contacts information – counterfeiting website

https://cmerussia.com/global-offices

CME Group bottom of page

https://www.cmegroup.com/

Counterfeiting Website bottom of page

https://www.cmerussian.com/

Counterfeiting Website bottom of page

https://www.cmerussia.com/

World Map Banner used on top section of Global Office Contacts

https://www.cmegroup.com/company/history/global-offices.html

Infringing image copied on counterfeiting website

https://www.cmerussian.com/global-offices

Infringing image copied on counterfeiting website

https://www.cmerussia.com/global-offices

World Map with CME's corporate logo used as pins locating CME offices around the world.



https://www.cmegroup.com/company/history/global-offices.html

World Map used on counterfeiting website



https://www.cmerussian.com/global-offices

World Map used on counterfeiting website



https://www.cmerussia.com/global-offices