**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, Webzilla B.V., EuroByte LLC, Registrar of Domain Names REG.RU LLC, and Does 1-3, <br><br> Defendants. | Civil Action No. 1:19-cv-01621 <br><br> Judge Sharon Johnson Coleman <br><br> Magistrate Judge Sheila M. Finnegan |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT WEBZILLA B.V.**

Plaintiffs CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc. and Pivot, Inc. (collectively, "CME Group") filed this action against a number of Defendants on March 7, 2019. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, CME Group, through its undersigned counsel, hereby dismisses this action against Defendant Webzilla B.V. without prejudice. For avoidance of doubt, no other Defendants are dismissed from this action.

Respectfully submitted,

Dated: April 29, 2019      By: /s/Christian S. Morgan
Joseph V. Norvell (Reg. No. 6225747)
Joseph T. Kucala, Jr. (Reg. No. 6275312)
Angela J. Simmons (Reg. No. 6289024)
Christian S. Morgan (Reg. No. 6327350)
Matthew D. Witsman (Reg. No. 6327790)
NORVELL IP LLC
333 S. Wabash Ave., Suite 2700
Chicago, Illinois 60604
Telephone: (888) 315-0732
Facsimile: (312) 268-5063
courts@norvellip.com

*Attorneys for Plaintiffs*
*CME Group Inc.*
*Chicago Mercantile Exchange Inc.*
*New York Mercantile Exchange, Inc.*
*Commodity Exchange, Inc.*
*Board of Trade of the City of Chicago, Inc.*
*Pivot, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANT WEBZILLA B.V. was electronically filed on April 29, 2019 through the Court's electronic filing system, and was served upon Defendants Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, Registrar of Domain Names REG.RU and EuroByte LLC, via electronic mail on April 29, 2019 to:

*Defendant Dmitro Nagovskiy*
Karla Marksa 122, Dnipro
State/Province: Dnipro
Postal Code: 49000
Dnipro, Ukraine
nagovskiydmitriy@gmail.com

*Defendant Konstantin Chechurin*
str. OTKE 38/19
Anadir Chukotka 689000
Russian Federation
wallet.145.adv@gmail.com

*Defendant OVH SAS*
2 rue Kellermann,
59100 Roubaix
France
abuse@ovh.net

*Defendant Evgeniy Golub*
golub.evgeniy.domen@yandex.ru

*Defendant EuroByte LLC*
Lyublinskaya str, 42,
office L-507, 109387
Moscow, Russian Federation
abuse@eurobyte.ru

*Defendant Registrar of Domain Names REG.RU LLC*
125252, Moscow, passage Berozovoy Roshchi,
12, floor 2, room 4,

3

        Russian Federation
        abuse@reg.ru

Dated: <u>April 29, 2019</u>                  <u>/s/Christian S. Morgan</u>
                                                                                 Christian S. Morgan