**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc., <br><br>          Plaintiffs, <br><br> v. <br><br> Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, EuroByte LLC, Registrar of Domain Names REG.RU LLC, and Does 1-3, <br><br>          Defendants. | Civil Action No. 1:19-cv-01621 <br><br> Judge Sharon Johnson Coleman <br><br> Magistrate Judge Sheila M. Finnegan |

**PLAINTIFFS' MOTION TO MODIFY EXISTING PRELIMINARY INJUNCTION ORDER**

Pursuant to Rules 65(a) and 65(d)(2) of the Federal Rules of Civil Procedure, Plaintiffs CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc. and Pivot, Inc. (collectively, "CME Group") respectfully move the Court to modify its Order Granting a Preliminary Injunction as to Defendants Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, EuroByte LLC and Registrar of Domain Names REG.RU ("PI Order"). Specifically, CME Group requests that the Court modify the PI Order to require former Defendant GoDaddy.com, LLC ("GoDaddy") to transfer the <CMErussians.com> domain name to CME Group, in addition to other relief described herein. GoDaddy does not take a position on this Motion, and none of the remaining Defendants will be prejudiced by the modification.

In support of this Motion, CME Group states as follows:

1

1. As set forth in CME Group's Second Amended Complaint, CME Group identified the infringing domain name <CMErussians.com>, which fully incorporates and is confusingly similar to CME Group's famous and registered CME® trademark and the name CME, and CME Group reasonably believes this domain name was registered by Defendant Nagovskiy and/or someone working in concert with him or at his direction. Former Defendant GoDaddy is the domain registrar for <CMErussians.com>. (Dkt. No. 58, Second Am. Compl. 9 & 15).

2. On April 4, 2019, the Court held a hearing on Plaintiffs' Motion To Convert Temporary Restraining Order to Preliminary Injunction ("TRO Hearing"). At the TRO Hearing, the Court agreed to convert the Temporary Restraining Order to a Preliminary Injunction as to Defendants Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, EuroByte LLC, and Registrar of Domain Names REG.RU. In addition, CME Group and former Defendants GoDaddy and Webzilla B.V. ("Webzilla") agreed to a stipulated revised Temporary Restraining Order applicable to GoDaddy and Webzilla only.

3. On April 8, 2019, the Court entered the current PI Order as to the other Defendants Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, EuroByte LLC, and Registrar of Domain Names REG.RU. (Dkt. No. 57). The PI Order includes a requirement that Defendants Nagovskiy, Chechurin, Does 1-3, and REG.RU transfer ownership of the infringing domain names, including the <CMErussians.com> domain name, to CME Group.

4. On April 17, 2019, CME Group and GoDaddy submitted their Proposed Order Entering The Parties' Stipulation To A Temporary Restraining Order Against

Defendant GoDaddy to the Court and requested that it be entered by the Court prior to the dismissal of GoDaddy from the case. Specifically, the Proposed Order, which was submitted via the Court's Proposed Order inbox, included the following:

> IT IS ORDERED that DEFENDANT GoDaddy transfer the registration for the newly-identified domain name **cmerussians.com** to CME Group (care of its counsel, Norvell IP) within five (5) business days of entry of this Order.
>
> IT IS FURTHER ORDERED that GoDaddy will refrain from providing Defendants Nagovskiy, Chechurin, Golub, and Does 1-3 with access to any account associated with the domain names **cmegroupcenter.com**, **cmerussian.com**, and **cmerussians.com**.
>
> IT IS FURTHER ORDERED that a subpoena be issued pursuant to 17 U.S.C. §512(h), compelling Defendant GoDaddy to disclose to CME Group information sufficient to identify the registrant of the domain **cmerussians.com, to the extent Defendant GoDaddy is in possession of such information.**
>
> IT IS FURTHER ORDERED that Defendant GoDaddy shall preserve and not destroy any and all records, documents, files, electronically stored information and things relating to the customer accounts associated with the domain names **cmegroupcenter.com**, **cmerussian.com**, and **cmerussians.com**.

5. On April 18, 2019, CME Group filed a Notice of Voluntary Dismissal without Prejudice as to Defendant GoDaddy. (Dkt. No. 59). The Court issued a Minute Entry that day dismissing GoDaddy without prejudice. (Dkt. No. 60). Also on April 18th, the Court informed CME Group that any other requests should be put in a motion, filed and noticed up for presentment. The proposed stipulated order regarding transfer of the <CMErussians.com> domain name was not entered.

6. Accordingly, pursuant to the Court's instructions, CME Group hereby submits this Motion requesting that the PI Order be modified to require GoDaddy to transfer the infringing domain name <CMErussians.com> to CME Group, as was previously agreed upon by GoDaddy and CME Group in their proposed stipulated order, prior to GoDaddy's dismissal from the case.

7. GoDaddy has already stated that it will abide by a court order. Further, none of the remaining Defendants will be prejudiced by the modification of the PI Order since it only adds an obligation as to GoDaddy, but does not otherwise alter the terms of the current PI Order. Specifically, the PI Order already includes a requirement that the other Defendants transfer the <CMErussians.com> domain name. *See* Dkt. No. 57, PI Order, pg. 11.

8. It is well-established that it is within the Court's discretion to modify a preliminary injunction order. *See Sys. Fed'n No. 91, Ry. Emps'. Dep't, AFL-CIO v. Wright*, 364 U.S. 642, 647-48 (1961) (holding that the district court has "wide discretion" to modify an injunctive decree to further the original purpose of the equitable relief); *see also United States v. Fisher*, 864 F.2d 434, 436 (7th Cir. 1988) (stating that "when a court issues an injunction, it automatically retains jurisdiction to enforce it"); *Canal Auth. of State of Fla. v. Callaway*, 489 F.2d 567, 578 (5th Cir. 1974) (holding that a district court "has continuing jurisdiction over a preliminary injunction" and "is authorized to make any changes in the injunction that are equitable in light of subsequent changes in the facts or the law, or for any other good reason."); *Ridley v. Phillips Petroleum Co.*, 427 F.2d 19, 23 (10th Cir. 1970) (holding that "the federal courts have an inherent equitable power to modify a continuing decree of injunction").

9. In this case, CME Group is requesting modifications to the PI Order that further the purpose of the original Order, i.e., to shut down the infringing websites and transfer the infringing domain names to CME Group as quickly as possible to prevent further harm to CME Group and the public at-large. CME Group has attempted on numerous occasions to contact the remaining Defendants and request the immediate

4

transfer of the <CMErussians.com> domain name, to no avail. The remaining Defendants have not complied with the PI Order and are now in violation of the Order and in default based on their failure to respond to CME Group's Second Amended Complaint, which will be separately addressed with the Court. GoDaddy has already confirmed that it will comply with an order issued by the Court requiring the transfer of the domain name to CME Group. This would provide a fast resolution to disable the <CMErussians.com> domain name. Therefore, the requested modification of the PI Order is justified in this case and furthers the original purpose of the PI Order.

10. Further, pursuant to Rule 65(d)(2)(C), it is within the Court's power to modify an injunction to obligate a third party that is "in active concert or participation with" the parties or the parties' officers, agents, servants, employees or attorneys. Indeed, the PI Order in this case includes specific language that requires any party providing services of any kind to any of the Defendants Nagovskiy, Chechurin, Golub, or Does 1-3 with notice or receipt of the PI Order, including domain name registrars such as GoDaddy, to abide by certain provisions of the PI Order. *See* Dkt. No. 57, PI Order, pgs. 11-12. Similarly, it is within the Court's power to add language to the PI Order to require GoDaddy, now a third party that provides domain name registration services to the Defendants, and which has notice of the PI Order, to transfer the <CMErussians.com> domain name.

11. GoDaddy was provided advance notice of this Motion prior to filing, including a copy of this Motion, and GoDaddy counsel stated that GoDaddy does not take a position on the Motion.

12. Therefore, CME Group's request to modify the PI Order is reasonable, and the Court has good cause to grant this Motion and modify the PI Order accordingly.

WHEREFORE, CME Group respectfully requests that this Court modify the PI Order to add the following paragraphs:

IT IS FURTHER ORDERED that GoDaddy.com, LLC ("GoDaddy") transfer the registration for the newly-identified domain name **cmerussians.com** to CME Group (care of its counsel, Norvell IP) within five (5) business days of entry of this Order.

IT IS FURTHER ORDERED that GoDaddy will refrain from providing Defendants Nagovskiy, Chechurin, Golub, and Does 1-3 with access to any account associated with the domain names **cmegroupcenter.com**, **cmerussian.com**, and **cmerussians.com**.

IT IS FURTHER ORDERED that a subpoena be issued pursuant to 17 U.S.C. §512(h), compelling GoDaddy to disclose to CME Group information sufficient to identify the registrant of the domain **cmerussians.com, to the extent GoDaddy is in possession of such information.**

IT IS FURTHER ORDERED that GoDaddy shall preserve and not destroy any and all records, documents, files, electronically stored information and things relating to the customer accounts associated with the domain names **cmegroupcenter.com**, **cmerussian.com**, and **cmerussians.com**.

CME Group will submit a Proposed Order in accordance with the Court's requirements.

    Respectfully submitted,

    CME GROUP INC.
    CHICAGO MERCANTILE EXCHANGE INC.
    NEW YORK MERCANTILE EXCHANGE, INC.
    COMMODITY EXCHANGE, INC.
    BOARD OF TRADE OF THE CITY OF
    CHICAGO, INC.
    PIVOT, INC.

Dated: May 15, 2019      By: /s/ Christian S. Morgan
    Joseph V. Norvell (Reg. No. 6225747)
    Joseph T. Kucala, Jr. (Reg. No. 6275312)
    Angela J. Simmons (Reg. No. 6289024)
    Christian S. Morgan (Reg. No. 6327350)
    Matthew D. Witsman (Reg. No. 6327790)

NORVELL IP LLC
333 S. Wabash Ave., Suite 2700
Chicago, Illinois 60604
Telephone:  (888) 315-0732
Facsimile:   (312) 268-5063
courts@norvellip.com

*Attorneys for Plaintiffs*
*CME Group Inc.*
*Chicago Mercantile Exchange Inc.*
*New York Mercantile Exchange, Inc.*
*Commodity Exchange, Inc.*
*Board of Trade of the City of Chicago, Inc.*
*Pivot, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and correct copies of PLAINTIFFS' MOTION TO MODIFY EXISTING PRELIMINARY INJUNCTION ORDER and NOTICE OF MOTION were electronically filed on May 15, 2019, through the Court's electronic filing system, and were served upon Defendants Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, Registrar of Domain Names REG.RU and EuroByte LLC, via electronic mail on May 15, 2019 to:

*Defendant Dmitro Nagovskiy*
Karla Marksa 122, Dnipro
State/Province: Dnipro
Postal Code: 49000
Dnipro, Ukraine
nagovskiydmitriy@gmail.com

*Defendant Konstantin Chechurin*
str. OTKE 38/19
Anadir Chukotka 689000
Russian Federation
wallet.145.adv@gmail.com

*Defendant OVH SAS*
2 rue Kellermann,
59100 Roubaix
France
abuse@ovh.net

*Defendant Evgeniy Golub*
golub.evgeniy.domen@yandex.ru

*Defendant EuroByte LLC*
Lyublinskaya str, 42,
office L-507, 109387
Moscow, Russian Federation
abuse@eurobyte.ru

*Defendant Registrar of Domain Names REG.RU LLC*
125252, Moscow, passage Berozovoy Roshchi,
12, floor 2, room 4,
Russian Federation
abuse@reg.ru

Dated: May 15, 2019                    /s/ Christian S. Morgan