# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

CME Group lnc., et al.

                        Plaintiff,

v.                                               Case No.: 1:19–cv–01621
                                               Honorable Sharon Johnson Coleman

Dmitro Nagovskiy, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 21, 2019:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 5/21/2019. Per representations made in open Court, the plaintiff is to file the motion for default as stated before the next status. After reviewing the proposed order for plaintiff's motion to modify the existing preliminary injunction order [64], the Court has no basis for modifying the order. Motion denied. Status hearing set for 7/17/2019 at 8:45 AM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.