**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, EuroByte LLC, Registrar of Domain Names REG.RU LLC, and Does 1-3, <br><br> Defendants. | Civil Action No. 1:19-cv-01621 <br><br> Judge Sharon Johnson Coleman <br><br> Magistrate Judge Sheila M. Finnegan |

**DECLARATION OF LUIS MOREAU**

Under penalty of perjury, I hereby certify the following:

1. On April 12, 2019, I served true and correct copies of the following documents upon Defendants via email:

   a. Second Amended Complaint and Exhibits (Dkt. # 48).

   b. Minute Entry issued on April 4, 2019 (Dkt. # 54).

   c. Minute Entry issued on April 8, 2019 (Dkt. # 56).

   d. Court Order Granting Plaintiffs' Motion to Convert Temporary Restraining Order to Preliminary Injunction (Dkt. # 57).

2. Pursuant to the Court's Orders granting alternative service of the pleadings on Defendants via email (Dkt. Nos. 27 and 35), the above-referenced documents were served on Defendants via the following email addresses:

| | |
|---|---|
| Defendant Dmitro Nagovskiy <br> nagovskiydmitriy@gmail.com | Defendant Konstantin Chechurin <br> wallet.145.adv@gmail.com |

1

Defendant Registrar of Domain Names
REG.RU LLC
abuse@reg.ru

Defendant EuroByte LLC
abuse@eurobyte.ru

Defendant Evgeniy Golub
golub.evgeniy.domen@yandex.ru

Defendant OVH SAS
abuse@ovh.net

3. Defendants have not answered CME Group's Complaint or amended complaints, and have otherwise failed to defend this action.

Dated: June 7, 2019                                    /s/Luis Moreau