**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc., | Civil Action No. 1:19-cv-01621 |
| Plaintiffs, | Judge Sharon Johnson Coleman |
| v. | Magistrate Judge Sheila M. Finnegan |
| Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, EuroByte LLC, Registrar of Domain Names REG.RU LLC, and Does 1-3, | |
| Defendants. | |

## <u>REQUEST FOR ENTRY OF DEFAULT</u>

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc. (collectively, "CME Group") hereby request that the Clerk of the Court enter default against Defendants Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, EuroByte LLC, and Registrar of Domain Names REG.RU LLC (collectively, "Defendants") for their failure to plead or otherwise defend this action. In support of this request, CME Group states as follows:

1.     Pursuant to the Court's Orders granting alternative service of the pleadings on Defendants via email (Dkt. Nos. 27 and 35), CME Group properly served Defendants Nagovskiy, Chechurin, and OVH on March 25, 2019, and served Defendants Golub, EuroByte, and REG.RU on March 29, 2019. (Dkt. Nos. 37, 39, 40, 49, 50, and 51). At that

1

time, Defendants were served with the Complaint and First Amended Complaint, the Temporary Restraining Order, and the other filings and orders in this case up to that point. *Id.*

2.      Defendants' answer(s) to the Complaint or other responsive pleading was due within 21 days. Fed. R. Civ. P. 12(a)(1)(A)(i). Consequently, Defendants Nagovskiy's, Chechurin's, and OVH's deadline to respond was April 15, 2019, and Defendants Golub's, EuroByte's, and REG.RU's deadline was April 19, 2019.

3.      Defendants failed to answer, plead or otherwise respond to the Complaint/First Amended Complaint by those dates.

4.      The subsequent filings in this case, including the Second Amended Complaint and Preliminary Injunction Order, were also properly served on Defendants via email. Specifically, CME Group served the Second Amended Complaint and the Court's April 4th and 8th Orders (Dkt. Nos. 54, 56, and 57) on Defendants on April 12, 2019. *See* attached Declaration of Luis Moreau. The Court set a final deadline for Defendants to respond to the Second Amended Complaint by April 18, 2019 (Dkt. # 54), but the Defendants did not respond by that date.

5.      Under Rule 55(a), "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." As shown by the record and the attached Declaration of Luis Moreau, Defendants have failed to plead or otherwise defend this action. Accordingly, an entry of default against Defendants is warranted.

Therefore, CME Group respectfully requests that the Clerk of the Court make an

entry of default against Defendants Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, EuroByte LLC, and Registrar of Domain Names REG.RU LLC.

Respectfully submitted,

CME GROUP INC.
CHICAGO MERCANTILE EXCHANGE INC.
NEW YORK MERCANTILE EXCHANGE, INC.
COMMODITY EXCHANGE, INC.
BOARD OF TRADE OF THE CITY OF
CHICAGO, INC.
PIVOT, INC.

Dated:  June 7, 2019            By: /s/ Christian S. Morgan
                               Joseph V. Norvell (Reg. No. 6225747)
                               Joseph T. Kucala, Jr. (Reg. No. 6275312)
                               Angela J. Simmons (Reg. No. 6289024)
                               Christian S. Morgan (Reg. No. 6327350)
                               Matthew D. Witsman (Reg. No. 6327790)
                               NORVELL IP LLC
                               333 S. Wabash Ave., Suite 2700
                               Chicago, Illinois 60604
                               Telephone:   (888) 315-0732
                               Facsimile:    (312) 268-5063
                               courts@norvellip.com

                               *Attorneys for Plaintiffs*
                               *CME Group Inc.*
                               *Chicago Mercantile Exchange Inc.*
                               *New York Mercantile Exchange, Inc.*
                               *Commodity Exchange, Inc.*
                               *Board of Trade of the City of Chicago, Inc.*
                               *Pivot, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing

REQUEST FOR ENTRY OF DEFAULT were electronically filed on June 7, 2019 through

the Court's electronic filing system, and were served upon Defendants Dmitro Nagovskiy,

Konstantin Chechurin, Evgeniy Golub, OVH SAS, Registrar of Domain Names REG.RU

and EuroByte LLC, via electronic mail on June 7, 2019 to:

Defendant Dmitro Nagovskiy
Karla Marksa 122, Dnipro
State/Province: Dnipro
Postal Code: 49000
Dnipro, Ukraine
nagovskiydmitriy@gmail.com

Defendant Registrar of Domain Names
REG.RU LLC
125252, Moscow, passage Berozovoy
Roshchi,
12, floor 2, room 4,
Russian Federation
abuse@reg.ru

Defendant Konstantin Chechurin
str. OTKE 38/19
Anadir Chukotka 689000
Russian Federation
wallet.145.adv@gmail.com

Defendant EuroByte LLC
Lyublinskaya str, 42,
office L-507, 109387
Moscow, Russian Federation
abuse@eurobyte.ru

Defendant Evgeniy Golub
golub.evgeniy.domen@yandex.ru

Defendant OVH SAS
2 rue Kellermann,
59100 Roubaix
France
abuse@ovh.net

Dated: June 7, 2019                                      /s/ Christian S. Morgan