**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc., <br><br>          Plaintiffs,<br><br>v.<br><br>Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, EuroByte LLC, Registrar of Domain Names REG.RU LLC, and Does 1-3,<br><br>          Defendants. | Civil Action No. 1:19-cv-01621<br><br>Judge Sharon Johnson Coleman<br><br>Magistrate Judge Sheila M. Finnegan |

## DECLARATION OF LUIS MOREAU

Under penalty of perjury, I hereby certify the following:

1. On April 12, 2019, I served true and correct copies of the following documents upon Defendants via email:

    a. Second Amended Complaint and Exhibits (Dkt. # 48).

    b. Minute Entry issued on April 4, 2019 (Dkt. # 54).

    c. Minute Entry issued on April 8, 2019 (Dkt. # 56).

    d. Court Order Granting Plaintiffs' Motion to Convert Temporary Restraining Order to Preliminary Injunction (Dkt. # 57).

2. Pursuant to the Court's Orders granting alternative service of the pleadings on Defendants via email (Dkt. Nos. 27 and 35), the above-referenced documents were served on Defendants via the following email addresses:

| | |
|---|---|
| Defendant Dmitro Nagovskiy<br>nagovskiydmitriy@gmail.com | Defendant Konstantin Chechurin<br>wallet.145.adv@gmail.com |

1

| | |
|---|---|
| Defendant Registrar of Domain Names REG.RU LLC<br>abuse@reg.ru | Defendant EuroByte LLC<br>abuse@eurobyte.ru |
| Defendant Evgeniy Golub<br>golub.evgeniy.domen@yandex.ru | Defendant OVH SAS<br>abuse@ovh.net |

3.  Defendants have not answered CME Group's Complaint or amended complaints, and have otherwise failed to defend this action.

Dated: June 7, 2019                                             /s/Luis Moreau