UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

CME Group lnc., et al.

                        Plaintiff,

v.                                                     Case No.: 1:19–cv–01621
                                                     Honorable Sharon Johnson Coleman

Dmitro Nagovskiy, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 10, 2019:

      MINUTE entry before the Honorable Sharon Johnson Coleman: The Court grants Plaintiffs' motion for entry of default [67] pursuant to Rule 55(a) against Defendants Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, OVH SAS, EuroByte LLC, and Registrar of Domain Names REG.RU LLC. Plaintiffs served all of the Defendants, and each Defendant failed to respond to Plaintiffs' Complaint or otherwise defend this action. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.