# EXHIBIT R



Home › Whois Lookup › CmEtre.com

# Whois Record for CmEtre.com

How does this work?

**Domain Profile**

| | |
|---|---|
| Proximity Score | 29 |
| Email | abuse@name.com is associated with ~1,959,955 domains |
| | cmetre.adv@gmail.com |
| Registrar | Name.com, Inc. |
| | IANA ID: 625 |
| | URL: http://www.name.com |
| | Whois Server: whois.name.com |
| | abuse@name.com |
| | (p) 17203101849 |
| Registrar Status | clientDeleteProhibited, clientHold, clientTransferProhibited, clientUpdateProhibited, |
| | clientDeleteProhibited, clientHold, clientTransferProhibited, clientUpdateProhibited |
| Dates | 840 days old |
| | Created on 2017-04-07 |
| | Expires on 2020-04-07 |
| | Updated on 2019-05-14 |
| Name Servers | NS1HNX.NAME.COM (has 1,016,473 domains) |
| | NS1HNX.NAME.COM (has 1,016,473 domains) |
| | NS2BKR.NAME.COM (has 1,016,473 domains) |
| | NS2BKR.NAME.COM (has 1,016,473 domains) |
| | NS3CFP.NAME.COM (has 1,016,473 domains) |
| | NS3CFP.NAME.COM (has 1,016,473 domains) |
| | NS4GHM.NAME.COM (has 1,016,473 domains) |
| | NS4GHM.NAME.COM (has 1,016,473 domains) |
| Domain Status | Registered And No Website |
| Whois History | 29 records have been archived since 2007-10-12 |
| IP History | 47 changes on 47 unique IP addresses over 14 years |
| Registrar History | 5 registrars with 8 drops |
| Hosting History | 72 changes on 20 unique name servers over 14 years |
| Whois Server | whois.name.com |

**Website**

| | |
|---|---|
| Website Title | None given. |
| Terms | 810 (Unique: 543, Linked: 361) |
| Images | 33 (Alt tags missing: 7) |
| Links | 158 (Internal: 10, Outbound: 145) |

**Whois Record** ( last updated on 2019-07-26 )

```
Domain Name: CMETRE.COM
Registry Domain ID: 2112260918_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2019-05-14T19:14:57Z
Creation Date: 2017-04-08T02:39:37Z
Registrar Registration Expiration Date: 2020-04-08T02:39:37Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: clientDeleteProhibited https://www.icann.org/epp#clientDeleteProhibited
Domain Status: clientHold https://www.icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://www.icann.org/epp#clientUpdateProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Ludmila Alexandrova
Registrant Organization: cmetre
Registrant Street: Parkovaa 11/79
Registrant City: Balashiha
Registrant State/Province: Moskovski
Registrant Postal Code: 105173
Registrant Country: RU
Registrant Phone: +7.9291014260
Registrant Email: cmetre.adv@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Ludmila Alexandrova
Admin Organization: cmetre
Admin Street: Parkovaa 11/79
Admin City: Balashiha
Admin State/Province: Moskovski
Admin Postal Code: 105173
Admin Country: RU
Admin Phone: +7.9291014260
Admin Email: cmetre.adv@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Ludmila Alexandrova
Tech Organization: cmetre
Tech Street: Parkovaa 11/79
Tech City: Balashiha
Tech State/Province: Moskovski
Tech Postal Code: 105173
Tech Country: RU
Tech Phone: +7.9291014260
Tech Email: cmetre.adv@gmail.com
Name Server: ns1hnx.name.com
Name Server: ns2bkr.name.com
Name Server: ns3cfp.name.com
Name Server: ns4ghm.name.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on Whois status codes, please visit https://icann.org/epp
```

**DomainTools Iris**
More data. Better context. Faster response.



Learn More

⬇ Preview the Full Domain Report

**Tools**

| Whois History | Hosting History |
|---|---|
| Monitor Domain Properties ▾ | |
| Reverse Whois Lookup ▾ | |

| Buy This Domain ▾ | Visit Website |

View Screenshot History
Last checked December 14, 2007
Queue Screenshot for Update

**Available TLDs**

General TLDs    Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

■ Taken domain.
■ Available domain.
■ Deleted previously owned domain.

| CmEtre.com | View Whois |
|---|---|
| CmEtre.net | Buy Domain |
| CmEtre.org | Buy Domain |
| CmEtre.info | Buy Domain |
| CmEtre.biz | Buy Domain |
| CmEtre.us | Buy Domain |

# EXHIBIT S

| From: | Name.com |
|---|---|
| To: | Christian Morgan |
| Cc: | abuse@name.com; jkucala@norvellip.com; Angela Simmons; Luis Moreau; NIP Filing |
| Subject: | Re: Domain Name: www.CMEtre.com - CME Group Inc., et al. v. Nagovskiy, et al., Civil Action No. 1:19-cv-01621 (N.D. Ill.) (Our Ref. 13813-3) |
| Date: | Tuesday, May 14, 2019 2:44:08 PM |
| Attachments: | cmetre - IP Logs.rtf |
| | CMETRE.COM - Whois Contacts.rtf |
| | cmetre - Account Contacts.rtf |
| | cmetre - Transaction History.pdf |

Hello,

Thank you for your email. The domain has been placed on clientHold and compliance lock at this time.

The domain is registered to the Name.com account with the username cmetre. This is the only account the domain has been associated with and the account has only held the one domain. Attached are the underlying contacts for the domain, the account contacts, the account transactions history, and the IP log in history of the account.

Please note that we use a token system to process credit cards so that we only have access to the first six and last four digits of cards used with us. This token service is provided by WorldPay Inc.

Please let me now if you should have any further questions.

On Tue, May 14, 2019 at 8:30 AM Christian Morgan <cmorgan@norvellip.com> wrote:

> **Re:** ***CME Group Inc., et al. v. Nagovskiy, et al.***
>
> **Civil Action No. 1:19-cv-01621 (N.D. Ill.)**
>
> **Domain Name: www.CMEtre.com**
>
> Dear Name.com Legal Department,
>
> Please see the attached letter sent on behalf of CME Group Inc. regarding the above-referenced matter. We look forward to your prompt attention to this matter.
>
> Regards,
>
> Christian
>
> **Christian Morgan**
> ph: 773-966-2467 cell: 308-258-0545

**www.NorvellIP.com**

---

**From:** support@name.com <support@name.com>
**Sent:** Tuesday, May 14, 2019 9:20 AM
**To:** Christian Morgan <cmorgan@norvellip.com>
**Subject:** [Name.com Support] Ticket #1625545 - "Domain Name: www.CMEtre.com - CME Group Inc., et al. v. Nagovskiy, et al., Civil Action No. 1:19-cv-01621 (N.D. Ill.) (Our Ref. 13813-3)"

## In replies all text above this line is added to the ticket ##

Hi!

We just wanted to drop you a note to let you know that our Customer Service Team has updated your ticket.

**How would you rate the support you received?**

Good, I'm satisfied

Bad, I'm unsatisfied

---

Ilima (Name.com Support)

May 14, 8:19 AM MDT

Hello,

Thank you for contacting Name.com. After review, we have determined that your issue is not support related. You will need to direct your inquiry to our legal team at notices@name.com. We apologize we could not be of further assistance in this matter.

Kind Regards,

Ilima

Fill out the satisfaction survey at the top to let us know how we are doing!
Helpful links: name.com/support
Kudos: https://www.name.com/kudos

**Christian Morgan**

May 13, 5:56 PM MDT

Re: CME Group Inc., et al. v. Nagovskiy, et al.

Civil Action No. 1:19-cv-01621 (N.D. Ill.)

Domain Name: www.CMEtre.com

Dear Name.com Legal Department,

Please see the attached letter sent on behalf of CME Group Inc. regarding the above-referenced matter. We look forward to your prompt attention to this matter.

Regards,

Christian

Christian S. Morgan

Norvell IP llc

Intellectual Property Attorneys

Direct (773) 966-2467

Mobile (308) 258-0545

Fax (312) 268-5063

cmorgan@norvellip.com

http://www.NorvellIP.com (http://www.norvellip.com/)

P Please consider the environment before printing this e-mail.

Attachment(s)
190513 Letter to Name .com re CMEtre .com.pdf

Just reply to this email if you would like to keep the conversation going.

We hope you're having a great day!

This email is a service from Name.com Support. Delivered by Zendesk

---

| UN cmetre | name.com | ACCT Information | Payment Method AccountCredit | Payment Status Captured |
|---|---|---|---|---|
| OD 03-19-2019 2:09 PM | Domain Count | Ludmila Alexandrova | Pay ID | pay history |
| | 1 | Parkovaa 11/79 | ac-944467 (Not-Blacklisted) Whitelist Blacklist | |
| TID 14165925 | | Balashiha Moskovski 105173 RU | Blacklist-All | order history |
| AID 1846735 (login) | Orders On Page | cmetre.adv@gmail.com | Created By Checkout | |
| ACD 03-19-2019 | 3 attempted | +7.9291014260 | | Refund Tax |
| 56 Days Old | 2 successful | | IP 178 33.209.197 check | |
| | | Pay Information | IP LOC | |
| UNVERIFIED | Telesign | Ludmila Alexandrova | TRUE IP 178 33.209.197 check | |
| | 7.9291014260 | Parkovaa 11/79 | TRUE IP LOC minsk, BY | |
| $0.00 / $0.00 | (verified) U V B | Balashiha, Moskovski 105173 RU | | |
| | | +7.9291014260 | POLICY SCORE -20 view | |
| Status Success | | | e81433236f554a6cb3b14a62df9985e1 (Not-Blacklisted) Whitelist Blacklist | |

| ACTIONS | Unverify OR Verify OR Close OR Flagged | Capture OR Decline OR Fraud OR Refund OR Process Items Only | Send Email | History | Item Detail |
|---|---|---|---|---|---|

| Item | Cost | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|---|
| Account Credit | $0.00 | $0.00 | -$0.00 | $0.00 | | history | pm |

---

| UN cmetre | name.com | ACCT Information | Payment Method Vantiv (PP) | Payment Status Captured |
|---|---|---|---|---|
| OD 03-19-2019 1:45 AM | Domain Count | Ludmila Alexandrova | Pay ID | pay history |
| | 1 | Parkovaa 11/79 | 537541*****8069 (Not-Blacklisted) Whitelist | |
| TID 14162096 | | Balashiha Moskovski 105173 RU | Blacklist Blacklist-All | FLAGS (Pre-flagged order: |
| AID 1846735 (login) | Orders On Page | cmetre.adv@gmail.com | Created By Checkout | buy_domains) |
| ACD 03-19-2019 | 3 attempted | +7.9291014260 | | ( P/Billing Loc) |
| 56 Days Old | 2 successful | | IP 178 33.209.197 check | (High Dollar) |
| | | Pay Information | IP LOC | (First Order) |
| UNVERIFIED | Telesign | Ludmila Alexandrova | TRUE IP 178 33.209.197 check | (No Prior Registrations) |
| | 7.9291014260 | Parkovaa 11/79 | TRUE IP LOC minsk, BY | |
| $228.85 / $228.85 | (verified) U V B | Balashiha, Moskovski 105173 RU | | AVS N/A (30) |
| | | +7.9291014260 | POLICY SCORE -20 view | order history |
| Status Success | | | e81433236f554a6cb3b14a62df9985e1 (Not-Blacklisted) Whitelist Blacklist | Refund Tax |

| ACTIONS | Unverify OR Verify OR Close OR Flagged | Capture OR Decline OR Fraud OR Refund OR Process Items Only | Send Email | History | Item Detail |
|---|---|---|---|---|---|

| Item | Cost | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|---|
| BuyDomains Premium Domain 90% | $187.13 | $228 85 | -$0.00 | $228.85 | cmetre com | history | pm |

---

| UN cmetre | name.com | ACCT Information | Payment Method | Payment Status Failed Initilization |
|---|---|---|---|---|
| OD 03-19-2019 1:45 AM | Domain Count | Ludmila Alexandrova | Pay ID | pay history |
| | 1 | Parkovaa 11/79 | | |
| TID 14162094 | | Balashiha Moskovski 105173 RU | Created By Checkout | DECLINED Phone Verification Required |
| AID 1846735 (login) | Orders On Page | cmetre.adv@gmail.com | | Plus Contact Verification |
| ACD 03-19-2019 | 3 attempted | +7.9291014260 | IP 178 33.209.197 check | (Bypass) order history |
| 56 Days Old | 2 successful | | IP LOC | |
| | | | TRUE IP 178 33.209.197 check | |
| UNVERIFIED | Telesign | | TRUE IP LOC minsk, BY | |
| | 7.9291014260 | | | |
| $0.00 / $228 85 | (verified) U V B | | POLICY SCORE -20 view | |
| | | | e81433236f554a6cb3b14a62df9985e1 (Not-Blacklisted) Whitelist Blacklist | |
| Status Failed | | | | |

| ACTIONS | Unverify OR Verify OR Close OR Flagged | Capture OR Decline OR Fraud OR Refund OR Process Items Only | Send Email | History | tem Detail |
|---|---|---|---|---|---|

| Item | Cost | Original Price | Discount | Price | Description | | |
|---|---|---|---|---|---|---|---|
| BuyDomains Premium Domain 90% | $0.00 | $228 85 | -$0.00 | $228.85 | cmetre com | history | pm |

**REGISTRANT CONTACT**

| | |
|---|---|
| Company Name: | cmetre |
| Contact Name: | Ludmila Alexandrova |
| Address: | Parkovaa 11/79 |
| City/State/Zip: | Balashiha/Moskovski/105 173 |
| Country: | RU |
| Phone: | +7.9291014260 |
| Fax: | |
| Email: | cmetre.adv@gmail.com |

**ADMINISTRATIVE CONTACT**

| | |
|---|---|
| Company Name: | cmetre |
| Contact Name: | Ludmila Alexandrova |
| Address: | Parkovaa 11/79 |
| City/State/Zip: | Balashiha/Moskovski/105 173 |
| Country: | RU |
| Phone: | +7.9291014260 |
| Fax: | |
| Email: | cmetre.adv@gmail.com |

**TECHNICAL CONTACT**

| | |
|---|---|
| Company Name: | cmetre |
| Contact Name: | Ludmila Alexandrova |
| Address: | Parkovaa 11/79 |
| City/State/Zip: | Balashiha/Moskovski/105 173 |
| Country: | RU |
| Phone: | +7.9291014260 |
| Fax: | |
| Email: | cmetre.adv@gmail.com |

**BILLING CONTACT**

| | |
|---|---|
| Company Name: | cmetre |
| Contact Name: | Ludmila Alexandrova |
| Address: | Parkovaa 11/79 |
| City/State/Zip: | Balashiha/Moskovski/105 173 |
| Country: | RU |
| Phone: | +7.9291014260 |

Fax:
Email:                                  cmetre.adv@gmail.com

# EXHIBIT T



CME Group | Торговля | Клиринг | Регулирование | Данные | Технологии | Образование | О нас | Войти

## Сотрудничество с физическими лицами. Инвестиционное предложение

Ознакомиться

### CME Group: Компания с глобальными рынками, дающая участникам возможность эффективно управлять рисками и использовать возможности в каждом крупном классе активов

Торговля **фьючерсами, опционами, наличными** и **внебиржевыми рынками; оптимизировать портфели;** и **анализировать данные** в CME Group, ведущем и наиболее разнообразном рынке деривативов в мире. Мы располагаем уникальными возможностями, чтобы предоставить вам доступ, необходимый для эффективного управления рисками и получения возможностей в каждом крупном классе активов.

Расширьте свои возможности с постоянным доступом к рынку - в каждом часовом поясе, почти 24 часа в сутки. Все поддержано новейшими инструментами, технологиями и ресурсами, необходимыми для каждого шага жизненного цикла торговли.

## ЭКОНОМИЧЕСКИЕ ИССЛЕДОВАНИЯ    СМОТРЕТЬ ВСЁ

Погрузитесь в идеи и анализ от наших опытных экономистов, Blu Putnam и Erik Norland, освещая события и тенденции, открывающие возможности на фьючерсных и опционных рынках.



**Three Big Equity Event Risks**
От Bluford Putnam
ФЕВРАЛЬ 04, 2019

**Why has Equity Index-Treasury Options Volatility Diverged?**
От Erik Norland
ЯНВАРЬ 30, 2019

**Equities: Six Ways to Spot a Flagging Bull Market**
От Erik Norland
ЯНВАРЬ 28, 2019



### Весь доступ, все время

Откройте для себя новые торговые стратегии и расширьте свое знакомство с нашими рынками, предлагая инструменты для активного индивидуального трейдера.

Начать

✉ Центр подписок

Отправьте нам сообщение    jivosite

## CME Group: Компания с глобальными рынками, дающая участникам возможность эффективно управлять рисками и использовать возможности в каждом крупном классе активов

Торговля **фьючерсами, опционами, наличными** и **внебиржевыми рынками**; оптимизировать **портфели**; и **анализировать данные** в CME Group, ведущем и наиболее разнообразном рынке деривативов в мире. Мы располагаем уникальными возможностями, чтобы предоставить вам доступ, необходимый для эффективного управления рисками и получения возможностей в каждом крупном классе активов.

Расширьте свои возможности с постоянным доступом к рынку - в каждом часовом поясе, почти 24 часа в сутки. Все поддержано новейшими инструментами, технологиями и ресурсами, необходимыми для каждого шага жизненного цикла торговли.

### ЭКОНОМИЧЕСКИЕ ИССЛЕДОВАНИЯ   СМОТРЕТЬ ВСЁ

Погрузитесь в идеи и анализ от наших опытных экономистов, Blu Putnam и Erik Norland, освещая события и тенденции, открывающие возможности на фьючерсных и опционных рынках.



**Three Big Equity Event Risks**

От Bluford Putnam
ФЕВРАЛЬ 04, 2019

**Why has Equity Index-Treasury Options Volatility Diverged?**

От Erik Norland
ЯНВАРЬ 30, 2019

**Equities: Six Ways to Spot a Flagging Bull Market**

От Erik Norland
ЯНВАРЬ 28, 2019



### Весь доступ, все время

Откройте для себя новые торговые стратегии и расширьте своё знакомство с нашими рынками, предлагая инструменты для активного индивидуального трейдера.

Начать

✉ Центр подписок

#### Отправить отзыв

Почта

Введите ваше сообщение

Submit

#### Кто мы

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

**Свяжитесь с Нами →**
Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

**Глобальные офисы →**

#### Свяжитесь с нами

© 2019 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве

Отправьте нам сообщение   jivosite





### Инвестиционное предложение для физических лиц

| План | Соотношение доходности | Длительность торговой сессии | Реферальное вознаграждение | Действие |
|---|---|---|---|---|
| **Bronze** | | | | |
| 1000-2999$ | от 7-12% | 96 часов | 5 % от вклада приглашенного | Выбрать депозит |
| 3000-4999$ | от 13-15% | 96 часов | 5 % от вклада приглашенного | Выбрать депозит |
| 5000-6999$ | от 16-20% | 96 часов | 5 % от вклада приглашенного | Выбрать депозит |
| **Silver** | | | | |
| 7000-9999$ | от 21-25% | 72 часа | 7 % от вклада приглашенного | Выбрать депозит |
| 10000-14999$ | от 26-30% | 72 часа | 7 % от вклада приглашенного | Выбрать депозит |
| 15000-19999$ | от 31-35% | 72 часа | 7 % от вклада приглашенного | Выбрать депозит |
| **Gold** | | | | |
| 20000-29999$ | от 36-40% | 48 часов | 10 % от вклада приглашенного | Выбрать депозит |
| 30000-49999$ | от 41-45% | 48 часов | 10 % от вклада приглашенного | Выбрать депозит |
| 50000-100000$ | от 46-50% | 48 часов | 10 % от вклада приглашенного | Выбрать депозит |
| **Brilliant** | | | | |
| Покупка лота | Соотношение доходности в зависимости от цены акций на момент торговой сессии. | 24 часа (1 биржевой день) | | Выбрать депозит |

Компания принимает вклады в криптовалюте: Ethereum, Bitcoin.Вклад конвертируется согласно курсу на момент входа. Начисление производится автоматически на платежную систему, указанную при регистрации после завершения торговой сессии (тело вклада + % доходности). Начисление согласно маркетинг-плану, производится согласно по пятницу по пятницу, выплата по реферальной программе в субботу.

### Бронь места на торговую сессию

**15.04.2019 00:00**

**Сумма входа на торговую сессию: 1000-2999$**
**Время работы Вашего депозита: 96 часов**

ФИО

Номер ID (полученный при регистрации)

Сумма входа

Забронировать

Свободные места на торговую сессию регулируются суммой лота на момент сделки.
Для того, чтобы снять бронь, обратитесь к консультанту компании.

Связаться с менеджером

### ПАРТНЕРСКАЯ ПРОГРАММА ДЛЯ ФИЗИЧЕСКИХ ЛИЦ

В компании CME Group для активных участников и партнёров предусмотрена однородная партнёрская программа. Принять участие в партнёрской программе может каждый желающий.

**УСЛОВИЯ ПАРТНЕРСКОЙ ПРОГРАММЫ**

Ваш возраст должен быть от 16 лет.
Необходимо быть зарегистрированным инвестором.
Принимать участие в торговых сессиях.

Приглашайте своих друзей и знакомых в компанию CME Group и получайте специальные бонусы. Приглашая новых участников инвестировать в CME Group, Вы имеете отличный шанс увеличивать размер получаемой прибыли на 50%.
Единоразовый бонус: за приглашенного начисляется на платежную систему, указанную при регистрации. Размер начисления составляет от 5% до 10% от вклада Вашего приглашенного.

### ФОНД ГАРАНТИЙНЫХ ВЫПЛАТ

Мы поддерживаем открытый рынок, где масштабы и возможности подключения по всему спектру участников рынка являются конкурентными сильными сторонами. У нас есть финансовая дисциплина «для прибыли» и обязательство поддерживать стабильность рынка, обеспечивать совместную экономию за счет масштаба и развивать рынки на местном и глобальном уровнях. мы обслуживаем общественное благо, обеспечивая эффективность рынков в активно позволяя снизить риск.
Метод оптимизации риска относится к упреждающим методам управления, связанным со стратегическим планированием. Под стратегическим планированием понимается изучение потенциала предприятия, прогнозирование внешней обстановки, периодическая разработка сценариев развития и оценка будущего состояния среды хозяйствования, прогнозирование поведения потенциальных партнеров и действий конкурентов. Полученные результаты позволяют уловить тенденцию во взаимоотношениях хозяйствующих субъектов, своевременно подготовиться к законодательным изменениям, принять необходимые меры для компенсации потерь от изменения правил ведения хозяйственной деятельности, скорректировать оперативные, тактические и стратегические планы. Поэтому стратегическое управление рисками предполагает:

непрерывный мониторинг внешних условий;
сбор информации по наиболее значимым для данной торговой сессии рискам;
внесение корректировок в первоначальную оценку рисков с учетом дополнительной информации по рискам, изменениям во внешней среде и в самом проекте;
формирование фонда гарантийных выплат происходит с помощью вкладов инвесторов. Оплачивается условием пакета, по которому инвестор работает в компании. Оплата в фонд является обязательной для каждого участника торговой сессии.

| План | Размер оплаты в ФГВ | Порядок оплаты |
|---|---|---|
| Bronze | 10% | От общей прибыли всех торговых сессий, в которых принимал участие инвестор в течение месяца |
| Silver | 12% | До получения прибыли после каждой торговой сессии. |

Отправьте нам сообщение



Document title: Futures &amp; Options Trading for Risk Management - CME Group
Capture URL: https://cmetre.com/reserves
Capture timestamp (UTC): Sun, 14 Apr 2019 21:32:00 GMT



**CME Group Global Office Contacts** | CME Group Contacts

We have global distribution capabilities through our trading hubs in key market centers, and our international network of strategic partners provides further opportunities to serve a broad range of clients worldwide.

### Global Headquarters

**Chicago**

CME Group Inc.
20 South Wacker Drive
Chicago, Illinois 60606
USA
☎ +1 312 930 1000

| Access in 150 Countries |
| Connections through 11 Global Hubs |
| Relationships with 12 Partner Exchanges |

## CME Group Offices Worldwide

 **Americas**

**New York**
NYMEX World Headquarters
300 Vesey Street
New York, NY 10282
phone: +1 212 299 2000

**Washington, D.C.**
Liberty Place
325 7th Street, NW
Suite 525
Washington, D.C. 20004
phone: +1 202 638 3838

**Houston**
1000 Louisiana Street
Suite 3650
Houston, TX 77002
phone: +1 713 658 2347

**Calgary**
#1000, 888 - 3rd St. SW
Bankers Hall, West Tower
Calgary, Alberta,
T2P 5C5, Canada
phone: +403 444 6876

**São Paulo**
Avenida Paulista, 1079 – 7º Andar
São Paulo, Brazil 01311-200
phone: +55 11 2787 6279

**EMEA**

**London**
Fourth Floor
One New Change
London EC4M 9AF
United Kingdom
phone: +44 20 3379 3700

**Belfast**
Millennium House 5th Floor
19-25 Great Victoria Street
Belfast BT2 7AQ
United Kingdom
phone: +44 28 9089 6600

**Asia**

**Singapore**
One Raffles Quay
#27-10 South Tower
Singapore 048583
phone: +65 6593 5555

**Hong Kong**
Unit 7711-13, 77/F The Center
99 Queen's Road Central
Hong Kong
phone: +852 2582 2200

**Seoul**
Level 10
97, Uisadang-daero, Yeongdeungpo-gu,
Seoul, 07327, Republic of Korea
phone: +82 2 6336 6700

**Tokyo**
Level 27 Tokyo Sankei Building
1-7-2 Otemachi, Chiyoda-ku
Tokyo 100-0004
Japan
phone +81 3 3242 6233

**Beijing**
No 6 Wudinghou Street
Unit 1105
Excel Centre
Xicheng District
Beijing 100033
China
+86 10 5913 1300

**Bangalore**
Level 8, Bagmane Tridib
Block A, No. 65/2
Bagmane Tech Park
C. V. Raman Nagar
Bangalore-560093
India
+91 80 3323 2300

**Australia**
Level 36, Gateway Tower
1 Macquarie Place,
Sydney 2000
Australia
phone: +61 2 8051 3210

**Russia**
Nizhny Novgorod
"World Trade Center"
st Kovalihinskaya 8
Nizhny Novgorod, 60300



Document title: Futures &amp; Options Trading for Risk Management - CME Group
Capture URL: https://cmetre.com/global-offices
Capture timestamp (UTC): Sun, 14 Apr 2019 21:33:09 GMT





Document title: Futures &amp; Options Trading for Risk Management - CME Group
Capture URL: https://cmetre.com//register
Capture timestamp (UTC): Sun, 14 Apr 2019 21:33:46 GMT

# EXHIBIT U

HOME  RESEARCH

**DOMAINTOOLS**  PROFILE ▾  CONNECT ▾  MONITOR ▾  RESOURCES ▾  SUPPORT  | Whois Lookup 🔍 |  ACCOUNT ▾

Home › Whois Lookup › CmEgroUpRu.com

## Whois Record for CmEgroUpRu.com

How does this work?

**— Domain Profile**

| | |
|---|---|
| Proximity Score | 17 |
| Email | domain-abuse@wix.com is associated with ~166,831 domains |
| | cmegroupru.com@wix-domains.com |
| Registrar | Wix.Com Ltd. Wix.com Ltd. |
| | IANA ID: 3817 |
| | URL: http://www.wix.com |
| | Whois Server: whois.wix.com |
| | domain-abuse@wix.com |
| | (p) 14154291173 |
| Registrar Status | clientTransferProhibited, clientUpdateProhibited |
| Dates | 27 days old |
| | Created on 2019-06-29 |
| | Expires on 2020-06-29 |
| | Updated on 2019-06-29 |
| Name Servers | NS12.WIXDNS.NET (has 4,730,665 domains) |
| | NS13.WIXDNS.NET (has 4,730,665 domains) |
| IP Address | 23.236.62.147 - 24,250 other sites hosted on this server |
| IP Location | 🇺🇸 California - Mountain View - Google Llc |
| ASN | 🇺🇸 AS15169 GOOGLE - Google LLC, US (registered Mar 30, 2000) |
| Domain Status | Registered And No Website |
| Whois History | 8 records have been archived since 2019-06-29 |
| IP History | 2 changes on 2 unique IP addresses over 0 years |
| Hosting History | 1 change on 2 unique name servers over 0 year |
| Whois Server | whois.wix.com |

**— Website**

| | |
|---|---|
| Website Title | None given. |

**Whois Record** ( last updated on 20190726 )

```
Domain Name: CMEGROUPRU.COM
Registry Domain ID: 2407538315_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.wix.com
Registrar URL: http://www.wix.com
Updated Date: 2019-06-29T15:37:28
Creation Date: 2019-06-29T14:52:34
Registrar Registration Expiration Date: 2020-06-29T14:52:34
Registrar: Wix.Com Ltd.
Registrar IANA ID: 3817
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Registry Registrant ID:
Registrant Name: Statutory Masking Enabled
Registrant Organization: Viktor Kochin
Registrant Street: Statutory Masking Enabled
Registrant City: Statutory Masking Enabled
Registrant State/Province: NO-10
Registrant Postal Code: Statutory Masking Enabled
Registrant Country: NO
Registrant Phone: Statutory Masking Enabled
Registrant Phone Ext: Statutory Masking Enabled
Registrant Fax: Statutory Masking Enabled
Registrant Fax Ext: Statutory Masking Enabled
Registrant Email: cmegroupru.com@wix-domains.com
Registry Admin ID:
Admin Name: Statutory Masking Enabled
Admin Organization: Viktor Kochin
Admin Street: Statutory Masking Enabled
Admin City: Statutory Masking Enabled
Admin State/Province: NO-10
Admin Postal Code: Statutory Masking Enabled
Admin Country: NO
Admin Phone: Statutory Masking Enabled
Admin Phone Ext: Statutory Masking Enabled
Admin Fax: Statutory Masking Enabled
Admin Fax Ext: Statutory Masking Enabled
Admin Email: cmegroupru.com@wix-domains.com
Registry Tech ID:
Tech Name: Statutory Masking Enabled
Tech Organization: Viktor Kochin
Tech Street: Statutory Masking Enabled
Tech City: Statutory Masking Enabled
Tech State/Province: NO-10
Tech Postal Code: Statutory Masking Enabled
Tech Country: NO
Tech Phone: Statutory Masking Enabled
Tech Phone Ext: Statutory Masking Enabled
Tech Fax: Statutory Masking Enabled
Tech Fax Ext: Statutory Masking Enabled
Tech Email: cmegroupru.com@wix-domains.com
Name Server: ns13.wixdns.net
Name Server: ns12.wixdns.net
DNSSEC: unsigned
Registrar Abuse Contact Email: domain-abuse@wix.com
Registrar Abuse Contact Phone: +1.4154291173
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2019-06-29T15:37:28 <<<

"For more information on Whois status codes, please visit https: //icann.org/epp"Important:
the data contained in Wix.com Ltd.'s Whois database, while believed
by the company to be reliable, is provided "as is" with no guarantee or warranties
regarding its accuracy. This information is provided for the sole purpose of assisting
you in obtaining information about domain name registration records. Any use of this
data for any other purpose is expressly forbidden without the prior written permission
of Wix.com Ltd.

By submitting an inquiry, you agree to these terms of usage and limitations of warranty.
```



**DomainTools Iris**
More data. Better context.
Faster response.
**Learn More**

**⤓ Preview the Full Domain Report**

**Tools**

| Whois History | Hosting History |
|---|---|
| Monitor Domain Properties ▾ | |
| Reverse Whois Lookup ▾ | |
| Reverse IP Address Lookup ▾ | |
| Network Tools ▾ | |
| Buy This Domain ▾ | Visit Website |

View Screenshot History
Last checked July 26, 2019

**Available TLDs**

General TLDs | Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

■ Taken domain.
■ Available domain.
■ Deleted previously owned domain.

| CmEgroUpRu.com | View Whois |
| CmEgroUpRu.net | Buy Domain |
| CmEgroUpRu.org | Buy Domain |
| CmEgroUpRu.info | Buy Domain |
| CmEgroUpRu.biz | Buy Domain |
| CmEgroUpRu.us | Buy Domain |

In particular,You agree that you may use this data only for lawful purposes and
that under no circumstances you will use this data to allow, enable, or otherwise make
possible, dissemination or collection repackaging or collection of this data,in part or in its entirety,for any purpose,such as the transmission of unsolicited advertising
and and solicitations of any kind, including spam. You further agree not to use this
data to enable high volume, automated or robotic electronic processes designed to collect
or compile this data for any purpose, including mining this data for your own personal
or commercial purposes.
Please note: the registrant of the domain name is specified in the "registrant" section.
In some cases, the information provided under the ?registrant? section is masked due
to an additional privacy protection service or in order to comply with GDPR.
Wix.com Ltd. reserves the right to restrict your access to the Whois database in its sole
discretion to ensure operational stability. Wix.com Ltd. may restrict or terminate your
access to the Whois database for failure to abide by these terms of use.
Wix.com Ltd.reserves the right to modify these terms at any time.

# EXHIBIT V



CME Group | Торговля | Клиринг | Регулирование | О нас | Log In

## Сотрудничество с физическими лицами. Инвестиционное предложение

Ознакомится

---

CME Group: Компания с глобальными рынками, дающая участникам возможность эффективно управлять рисками и использовать возможности в каждом крупном классе активов

Торговля фьючерсами, опционами, наличными и внебиржевыми рынками; оптимизировать портфель; и анализировать данные в CME Group, ведущем и наиболее разнообразном рынке деривативов в мире. Мы располагаем уникальными возможностями, чтобы предоставить вам доступ, необходимый для эффективного управления рисками и получения возможностей в каждом крупном классе активов.

Расширьте свои возможности с постоянным доступом к рынку - в любом часовом поясе, почти 24 часа в сутки. Все поддержано новейшими инструментами, технологиями и ресурсами, необходимыми для каждого шага жизненного цикла торговли.

---

### ЭКОНОМИЧЕСКИЕ ИССЛЕДОВАНИЯ

Погрузитесь в идеи и анализ от наших опытных экономистов, Blu Putnam и Erik Norland, освещая события и тенденции, открывающие возможности на фьючерсных и опционных рынках.



**Three Big Equity Event Risks**

От Bluford Putnam

9 Jul 2019



**If U.S. Dollar Weakens, Who Benefits?**

От Erik Norland

9 Jul 2019



**Record Long U.S. Economic Expansion**

От Bluford Putnam

11 Jul 2019

---

## Весь доступ, все время

Откройте для себя новые торговые стратегии и расширьте свое знакомство с нашими рынками, предлагая инструменты для активного индивидуального трейдера.

Начать

---



### Центр подписок

**Отправить отзыв**

Эл. адрес

Добавьте сообщение

Submit

### Кто мы

CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти на, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

**Свяжитесь с нами**

Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

**Глобальные офисы**

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act Transparency Statement





CME Group | Торговля | Клиринг | Регулирование | О нас | Log In

## Welcome to Corn Futures

CBOT Corn futures (ticker symbol ZC) give you an easy, liquid tool to profit from or hedge against price movements in the United States' most widely grown crop.

Individual traders, grain elevators, farmers, investors and commercial firms are among the diverse, global participant base that trade this fully electronic contract; the most liquid and active market in grain and oilseeds, trading on average more than 350,000 contracts per day.

Chicago Board of Trade (CBOT), home of the global grain and oilseeds marketplace, is one of four U.S. exchanges operated by CME Group, the world's largest derivatives marketplace.

## Key Reports/Factors that Move Markets

**Weather Events** Across the world, the local weather in specific growing regions may impact the supply and thus the price of corn

**USDA World Agricultural Supply and Demand Estimate (WASDE) Report** offers a monthly comprehensive forecast that often shifts the corn market in an unexpected direction

**USDA Prospective Plantings Report** This report, issued in March, details the quantity and type of crop U.S. farmers intend to plant in the world's top exporting nation for corn

**Grain Stocks Reports** Issued four times a year by the National Agricultural Statistics Service (NASS), these reports offer updates on stocks of corn and other major grain & oilseed crops by state and by position (on- or off-farm storage)

**Crop Production Reports** Weekly U.S. export report from the world's largest exporting country for corn offers insights into global demand

Check out the "Learn about Key Economic Events" course and economic release calendar at the CME Institute to learn more.

---

Центр подписок ✉

### Отправить отзыв

Эл. адрес

Добавьте сообщение

Submit

### Кто мы

CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

### Свяжитесь с нами

Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

### Глобальные офисы

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act Transparency Statement

Консульта





## Welcome to Eurodollar Futures

Looking for a cost-effective way to trade short-term U.S. interest rates? Consider Eurodollar futures, widely viewed as one of the world's most important and liquid markets.

| What are Eurodollars? | What are Eurodollars? | What are Eurodollars? |
| --- | --- | --- |
| U.S. dollars held at commercial banks outside the U.S. banking system. | • Global benchmark, reflecting market expectations on U.S. interest rates<br>• Fundamental building block of the financial market<br>• Preferred tool of traders to express views on future interest rate moves | Eurodollar futures are quoted at 100 minus yield – so if the yield in 0.85%, the Eurodollar future contract is quoted at 99.15 (100.00 – 0.85). |

| | |
| --- | --- |
| Contract Unit | $2,500 x contract grade IMM Index ($25 per basis point per annum) |
| Product Symbol | CME Globex: GE; CME ClearPort: ED; Clearing: ED |
| Contract Months | March (H), June (M), September (U), and December (Z), nearest four "serial" months (excluding the March Quarterly cycle) |
| Trading Hours Around the Clock | Electronic: 5:00 pm - 4:00 pm, Sunday - Friday (Central Times) |
| Minimum Tick | Nearest expiring contract month: 1/4 of one basis point<br>All other contract months: 1/2 of one basis point |
| Dollar Value of One Tick | Nearest expiring contract month: $6.25<br>All other contract months: $12.50 |

### Eurodollar Futures

| PRODUCT | LAST | CHANGE | CHART | GLOBEX VOL |
| --- | --- | --- | --- | --- |
| GEU9 | 97.885 | -0.005 | | 8,641 |
| GEZ9 | 97.96 | UNCH | | 9,209 |
| GEH0 | 98.14 | UNCH | | 5,608 |
| GEM0 | 98.235 | UNCH | | 3,983 |
| GEU0 | 98.315 | +0.01 | | 9,342 |
| GEZ0 | 98.325 | +0.01 | | 6,802 |
| GEH1 | 98.36 | +0.01 | | 4,128 |
| GEM1 | 98.35 | +0.01 | | 4,683 |

### Compare Eurodollar Futures vs. Interest Rate Swaps

• Deep, liquid markets with tight bid/ask spreads make futures easy, potentially less costly to trade
• Futures' capital efficiency lets you control a large notional value for a relatively small amount of capital
• Enjoy lower margin requirements of standardized futures
• Margin offsets with other CME Group Interest Rate contracts offer more savings
• Central clearing helps you:
  ○ Mitigate counterparty credit risk
  ○ Reduce funding costs/requirements
  ○ Tap into significant capital & margin efficiencies

**Центр подписок**

**Отправить отзыв**

Эл. адрес

Добавьте сообщение

Submit

**Кто мы**

CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на: CME, CBOT, NYMEX и COMEX.

**Свяжитесь с нами**

Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

**Глобальные офисы**

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act Transparency Statement







CME Group     Торговля     Клиринг     Регулирование     О нас     Log In

## Welcome to NYMEX Henry Hub Natural Gas Futures

With exports growing to Europe, South America and Asia, NYMEX Henry Hub Natural Gas futures (NG) have become the global price benchmark for trading natural gas. Today the contract provides one of the most cost-efficient ways to manage risk in the volatile gas market.

### What Is Henry Hub?

Henry Hub refers to the central delivery location (or, hub) located near the Louisiana's Gulf Coast, connected to several intrastate and interstate pipelines. Henry Hub has been used as a pricing reference for the futures since April 1990.

### Compare NYMEX Henry Hub futures vs. Energy Index ETFs

- No management fee  Unlike ETFs, pay no annual management fee with NYMEX Henry Hub futures
- Trade around the clock  24 hour-access means no waiting for the ETF open as market-moving events (U.S. elections, weather events and so on ) unfold
- Unparalleled liquidity  3rd largest physical commodity futures contract by volume
- Direct exposure  Many energy index ETFs use NG futures to get market exposure; prices on ETFs may be affected by factors other than change in underlying
- No roll slippage  Avoid the costly loss of correlation to gas market that many ETFs exhibit near the futures roll

### Key Reports/Factors that Move Markets

**EIA weekly reports (Thursdays)** – track natural gas supply levels stored
**GDP reports** – track health of the U.S. economy and in turn, consumer demand for natural gas for energy
**Temperature, weather events** – can impact major production sites, storage levels and demand
**Oil inventory reports** – cheaper oil prices affect natural gas which is positioned as a viable energy alternative to crude oil
**World events** – war, financial crises elections and more can affect natural gas policy and cost of natural gas

---

Консультант Андрей
Консультант

Консультант Андрей
Hello! How may I help you?

Введите сообщение и нажмите Enter

---

Центр подписок

### Отправить отзыв

Эл. адрес

Добавьте сообщение

Submit

### Кто мы

CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

### Свяжитесь с нами

Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

Глобальные офисы

Careers | Site Map | Disclaimer | Privacy Policy | Cookie Policy | Terms of Use | Modern Slavery Act Transparency Statement



## Welcome to NYMEX WTI Light Sweet Crude Oil Futures

NYMEX WTI Light Sweet Crude Oil futures (ticker symbol CL), the world's most liquid and actively traded crude oil contract, is the most efficient way to trade today's global oil markets.

NYMEX WTI trades nearly 1.2 million contracts a day, with each contract equal to 1,000 barrels and valued at roughly $44,740.* The contract trades in increments of one cent per barrel.

Priced out of Cushing, Oklahoma, NYMEX WTI also has deep ties to energy markets worldwide.

*Data as of June 28, 2017

### What's in a Name?

WTI (West Texas Intermediate) is a light, sweet crude oil blend. "Light" refers to its low density and sulfur content, ideal for conversion to gasoline and diesel fuel. The contract's ticker symbol, CL, refers to "Crude Light."

### Why Trade NYMEX WTI Futures?

Crude oil markets offer opportunities in nearly all market conditions but can be highly volatile. Several factors impact prices, directly (pipeline changes) or on a macroeconomic level (i.e., economic health, weather), making price risk management is critical.

NYMEX WTI futures offer direct exposure to the oil market, a key advantage over other ways to trade, whether you're looking to hedge risk or speculate on where oil prices are headed.

Hedgers use NYMEX WTI futures to minimize the impact of potentially adverse price moves on the value of their oil-related assets. This includes a broad cross-section of energy companies, such as oil exploration and production companies, refiners, distributors, and import/export firms.

Speculators use NYMEX WTI futures to express and seek to profit on their views of direction of oil prices, and include many firms and individuals.

### NYMEX WTI and the Oil Market Ecosystem

**NYMEX WTI Crude and NYMEX RBOB Gas**
Gasoline and diesel prices are impacted by crude oil price changes, and can be traded with this spread.

**NYMEX WTI Crude and NYMEX Heating Oil**
Crude oil costs represent +account for +56%* of the +average +price of a gallon of heating oil – trade -it –this relationship +with this spread.
*Source: EIA.

**NYMEX WTI Crude and NYMEX Brent Oil**
North Sea Brent is the second traded crude blend after WTI. Trade the spread between these two crudes at NYMEX for increased efficiency.

**NYMEX WTI Crude and DME Oman Oil**
Trade the relationship between light sweet (WTI) and "sour" crude (DME Oman crude), used primarily in Asia.

---

Консультант Андрей
Консультант

Консультант Андрей
Hello! How may I help you?

Введите сообщение и нажмите Enter

---

Центр подписок

Отправить отзыв

Эл. адрес

Добавить сообщение

Submit

### Кто мы

CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

**Свяжитесь с нами**

Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

Глобальные офисы



## Welcome to Soybean Futures

CBOT Soybean futures (ticker symbol ZS) give you an easy, liquid tool to seek to profit from or hedge against price movements for one of the world's most widely grown crops.

Individuals traders, grain elevators, farmers, investors and commercial firms are among those around the world using this fully electronic contract to manage risk, seek rewards and/or diversify portfolios. Today, our futures offer the most active, liquid and vibrant global markets for soybeans.

Chicago Board of Trade (CBOT), home of the global grains and oilseeds marketplace, is one of four U.S. exchanges operated by CME Group, the world's largest derivatives marketplace.

### Why Trade Soybean (ZS) Futures?

The world produced over 12 billion bushels of soybeans in the 2017/18 crop year, yet 21 times that traded on the futures exchange.

The USDA World Agricultural Supply and Demand Estimate (WASDE) report gives traders an opportunity to take a market view around the report release and take action in the futures market, around two main crops.

Trade around the 'new crop' of the Northern Hemisphere in November and the South American new crop in May.

### Key Reports/Factors that Move Markets

**Weather Events** Across the world, the local weather in specific growing regions may impact the supply and thus the price of corn

**USDA World Agricultural Supply and Demand Estimate (WASDE) Report** offers a monthly comprehensive forecast that often shifts the corn market in an unexpected direction

**USDA Prospective Plantings Report** This report, issued in March, details the quantity and type of crop U.S. farmers intend to plant in the world's top exporting nation for corn

**Grain Stocks Reports** Issued four times a year by the National Agricultural Statistics Service (NASS), these reports offer updates on stocks of corn and other major grain & oilseed crops by state and by position (on- or off-farm storage)

**Crop Production Reports** Weekly U.S. export report from the world's largest exporting country for corn offers insights into global demand

Check out the "Learn about Key Economic Events" course and economic release calendar at the CME Institute to learn more.

---

### Консультант Андрей
Консультант

Консультант Андрей

Hello! How may I help you?

Введите сообщение и нажмите Enter

---

Центр подписок 

**Отправить отзыв**

Эл. адрес

Добавьте сообщение

Submit

## Кто мы

CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

### Свяжитесь с нами

Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603006



Глобальные офисы

# EXHIBIT W

HOME    RESEARCH

**DOMAINTOOLS**    PROFILE ▾    CONNECT ▾    MONITOR ▾    RESOURCES ▾    SUPPORT    | Whois Lookup 🔍 |    ACCOUNT ▾

Home ›  Whois Lookup ›  CmErePresentation.com

# Whois Record for CmErePresentation.com

How does this work?

**— Domain Profile**

| | |
|---|---|
| Proximity Score | 28 |
| Email | abuse@regtime.net is associated with ~40,073 domains |
| | reg@legato.name is associated with ~2,536 domains |
| Registrar | REGTIME LTD. Regtime Ltd. |
| | IANA ID: 1362 |
| | URL: http://www.webnames.ru |
| | Whois Server: whois.regtime.net |
| | abuse@regtime.net |
| | (p) 78463733047 |
| Registrar Status | OK, ok |
| Dates | 4 days old |
| | Created on 2019-07-22 |
| | Expires on 2020-07-22 |
| | Updated on 2019-07-23 |
| Name Servers | NS1.NAMESELF.COM (has 79,679 domains) |
| | NS2.NAMESELF.COM (has 79,679 domains) |
| IP Address | 90.156.128.160 - 45 other sites hosted on this server |
| IP Location | 🏴 - Samarskaya Oblast' - Samara - Llc Masterhost |
| ASN | 🏴 AS25532 MASTERHOST-AS Moscow, Russia, RU (registered Dec 27, 2002) |
| Domain Status | Registered And Active Website |
| Whois History | 3 records have been archived since 2019-07-23 |
| IP History | 1 change on 1 unique IP addresses over 0 years |
| Hosting History | 1 change on 2 unique name servers over 0 years |
| Whois Server | whois.webnames.ru |

**— Website**

| | |
|---|---|
| Website Title | None given. |
| Terms | 56 (Unique: 51, Linked: 4) |
| Images | 0 (Alt tags missing: 0) |
| Links | 3 (Internal: 0, Outbound: 3) |

**Whois Record** ( last updated on 2019-07-26 )

```
Domain Name: CMEREPRESENTATION.COM
Registry Domain ID: 2415849733_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.regtime.net
Registrar URL: http://www.webnames.ru
Updated Date: 2019-07-23T10:40:21Z
Creation Date: 2019-07-23T00:00:00Z
Registrar Registration Expiration Date: 2020-07-23T04:00:00Z
Registrar: REGTIME LTD.
Registrar IANA ID: 1362
Registrar Abuse Contact Email: abuse@regtime.net
Registrar Abuse Contact Phone: +7.8463733047
Domain Status: OK
Registry Registrant ID:
Registrant Name: Legato LLC
Registrant Organization: Legato LLC
Registrant Street: Moskovskoe shosse 17, floor 21
Registrant City: Samara
Registrant State/Province: Samara
Registrant Postal Code: 443013
Registrant Country: RU
Registrant Phone: +7.8463733047
Registrant Email: reg@legato.name
Admin Name: Legato LLC
Admin Organization: Legato LLC
Admin Street: Moskovskoe shosse 17, floor 21
Admin City: Samara
Admin State/Province: Samara
Admin Postal Code: 443013
Admin Country: RU
Admin Phone: +7.8463799039
Admin Email: reg@legato.name
Tech Name: Legato LLC
Tech Organization: Legato LLC
Tech Street: Moskovskoe shosse 17, floor 21
Tech City: Samara
Tech State/Province: Samara
Tech Postal Code: 443013
Tech Country: RU
Tech Phone: +7.8463799039
Tech Email: reg@legato.name
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

DomainTools Iris
More data. Better context. Faster response.
Learn More

⬇ Preview the Full Domain Report

**Tools**

| Whois History | Hosting History |
| Monitor Domain Properties ▾ | |
| Reverse Whois Lookup ▾ | |
| Reverse IP Address Lookup ▾ | |
| Network Tools ▾ | |
| Buy This Domain ▾ | Visit Website |

View Screenshot History
Last checked July 26, 2019

**Available TLDs**

General TLDs    Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

⬛ Taken domain.
🟩 Available domain.
🟧 Deleted previously owned domain.

| CmErePresentation.c... | View Whois |
| CmErePresentation.net | Buy Domain |
| CmErePresentation.org | Buy Domain |
| CmErePresentation.i... | Buy Domain |
| CmErePresentation.biz | Buy Domain |
| CmErePresentation.us | Buy Domain |

# EXHIBIT X

Trade    Clearing    Population    Data    Technology    Education    About Us    To come in

## Cooperation with individuals. Investment offer

Familiarize

**CME Group: A company with global markets that gives participants the ability to effectively manage risks and take advantage of opportunities in every major asset class**

Trading in **futures, options, cash** and **over-the-counter markets** ; **optimize portfolios** ; and **analyze data** in the CME Group, the world's leading and most diverse derivatives market. We are uniquely positioned to provide you with the access you need to effectively manage risk and gain opportunities in every major asset class.

Expand your opportunities with constant access to the market - in every time zone, almost 24 hours a day. All supported by the latest tools, technologies and resources needed for each step of the life cycle of trade.

**ECONOMIC RESEARCH**    SEE ALL

Immerse yourself in ideas and analysis from our experienced economists, Blu Putnam and Erik Norland, highlighting developments and trends that open up opportunities in futures and options markets.



**Three Big Equity Event Risks**

From Bluford Putnam
FEBRUARY 04, 2019

**Why has the Equity Index-Treasury Options Volatility Diverged?**

By erik norland
JANUARY 30, 2019

**Equities: Six Ways to Spot a Flagging Bull Market**

By erik norland
JANUARY 28, 2019

## All access, all time

Discover new trading strategies and expand your familiarity with our markets by offering tools for an active individual trader.

To begin



✉ Subscription Center

to send the comment

post office

Enter your message

Submit

## Who are we

Who we are CME Group is the world's leading derivatives market. The company consists of four designated contract markets (DCM). Additional information about the rules and product lists of each exchange can be found by clicking on the links to CME , CBOT , NYMEX and COMEX .

### Contact us →
Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

### Global offices →

## Contact us

© 2019 CME Group Inc. All rights reserved.

Career | Site Map | Disclaimer | privacy policy | Cookie Policy | Operating conditions | Statement on the transparency of the law on slavery



| | Login |
|---|---|
| E-Mail Address | |
| Password | |
| | ☐ Remember Me |
| | **Login** |

Forgot Your Password?     Have no account? Register

✉ **Subscription Center**

### to send the comment

post office

Enter your message

**Submit**

### Who are we

Who we are CME Group is the world's leading derivatives market. The company consists of four designated contract markets (DCM). Additional information about the rules and product lists of each exchange can be found by clicking on the links to CME , CBOT , NYMEX and COMEX .

**Contact us ➔**
Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

**Global offices ➔**

**Contact us**

© 2019 CME Group Inc. All rights reserved.

Career | Site Map | Disclaimer | privacy policy | Cookie Policy | Operating conditions | Statement on the transparency of the law on slavery





Case: 1:18-cv-04171 Document #: 1-3 Filed: 06/20/18 Page 42 of 70 PageID #:4572



## CME Group Global Office Contacts | CME Group Contacts

We have global distribution capabilities through our trading hubs in key market centers, and our international network of strategic partners provides further opportunities to serve a broad range of clients worldwide.

### Global Headquarters

**Chicago**

CME Group Inc.
20 South Wacker Drive
Chicago, Illinois 60606
USA
📞 +1 312 930 1000

| Access in 150 Countries |
| Connections through 11 Global Hubs |
| Relationships with 12 Partner Exchanges |

## CME Group Offices Worldwide

 **Americas**

**New York**

NYMEX World Headquarters
300 Vesey Street
New York, NY 10282
phone: +1 212 299 2000

**Washington, D.C.**

Liberty Place
325 7th Street, NW
Suite 525
Washington, D.C. 20004
phone: +1 202 638 3838

**Houston**

1000 Louisiana Street
Suite 3650
Houston, TX 77002
phone: +1 713 658 2347

**Calgary**

#1000, 888 - 3rd St. SW
Bankers Hall, West Tower
Calgary, Alberta,
T2P 5C5, Canada
phone: +403 444 6876

**São Paulo**

Avenida Paulista, 1079 – 7º Andar
São Paulo, Brazil 01311-200
phone: +55 11 2787 6279

---

**EMEA**

**London**

Fourth Floor
One New Change
London EC4M 9AF
United Kingdom
phone: +44 20 3379 3700

**Belfast**

Millennium House 5th Floor
19-25 Great Victoria Street
Belfast BT2 7AQ
United Kingdom
phone: +44 28 9089 6600

---

**Asia**

**Singapore**

One Raffles Quay
#27-10 South Tower
Singapore 048583
phone: +65 6593 5555

**Hong Kong**

Unit 7711-13, 77/F The Center
99 Queen's Road Central
Hong Kong
phone: +852 2582 2200

**Seoul**

Level 10
97, Uisadang-daero, Yeongdeungpo-gu,
Seoul, 07327, Republic of Korea
phone: +82 2 6336 6700

**Tokyo**

Level 27 Tokyo Sankei Building
1-7-2 Otemachi, Chiyoda-ku
Tokyo 100-0004
Japan
phone +81 3 3242 6233

**Beijing**

No.6 Wudinghou Street
Unit 1106
Excel Centre
Xicheng District
Beijing 100033
China
+86 10 5913 1300

**Bangalore**

Level 8, Bagmane Tridib
Block A, No. 65/2
Bagmane Tech Park
C. V. Raman Nagar
Bangalore-560093
India
+91 80 3323 2300

**Australia**

Level 36, Gateway Tower
1 Macquarie Place,
Sydney 2000
Australia
phone: +61 2 8061 3210

---

**Russia**

Nizhny Novgorod
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 60300






✉ Центр подписок

**Отправить отзыв**

Почта

Введите ваше сообщение

Submit

**Кто мы**

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

**Свяжитесь с Нами →**

Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

**Глобальные офисы →**

**Свяжитесь с нами**

f   twitter   in   instagram   weibo   G+

youtube   УК   pinterest   slideshare   rss   wechat

telegram

© 2019 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве

## Investment offer for individuals

| Plan | Yield ratio | Duration of the trading session | Referral fee | Act |
|---|---|---|---|---|
| Bronze | | | | |
| 1000-2999 $ | from 7-12% | 96 hours | 5% from guest deposit | Choose a deposit |
| $ 3000-4999 | from 13-15% | 96 hours | 5% from guest deposit | Choose a deposit |
| $ 5000-6999 | from 16-20% | 96 hours | 5% from guest deposit | Choose a deposit |
| Silver | | | | |
| $ 7000-9999 | from 21-25% | 72 hours | 7% from guest deposit | Choose a deposit |
| $ 10,000-14999 | from 26-30% | 72 hours | 7% from guest deposit | Choose a deposit |
| $ 15000-19999 | from 31-35% | 72 hours | 7% from guest deposit | Choose a deposit |
| Gold | | | | |
| $ 20,000-29999 | from 36-40% | 48 hours | 10% from guest deposit | Choose a deposit |
| $ 30000-49999 | from 41-45% | 48 hours | 10% from guest deposit | Choose a deposit |
| $ 50000-100000 | from 46-50% | 48 hours | 10% from guest deposit | Choose a deposit |
| Brilliant | | | | |
| Purchase lot | The ratio of profitability depending on the stock price at the time of the trading session. | 24 hours (1 exchange day) | | Choose a deposit |

The company accepts deposits in the cryptocurrency: Ethereum, Bitcoin. The deposit is converted according to the exchange rate at the time of entry. The accrual is made automatically on the payment system specified during registration after the end of the trading session (the body of the deposit +% yield). The accrual according to the marketing plan is made from Monday to Friday, the payment on the referral program on Saturday.

## Reservation place for the trading session

### 07/29/2019 00:00

**Entry Amount for the trading session: 1000-2999 $**
**Opening hours of your deposit: 96 hours**

Full name

ID number (received during registration)

Entry Amount

To book

Empty seats for the trading session are governed by the amount of the lot at the time of the transaction.
In order to remove the reservation, contact the consultant of the company.

Contact the manager

## PARTNERSHIP FOR PHYSICAL PERSONS

CME Group has a one-tier affiliate program for active participants and partners. Anyone can take part in the affiliate program.

**TERMS OF THE PARTNER PROGRAM**

Your age must be from 16 years.
You must be a registered investor.
Take part in trading sessions.

Invite your friends and acquaintances to CME Group and get special bonuses. By inviting new members to invest in the CME Group, you have an excellent chance to increase the amount of your profits by 50%.
One-time bonus for the guest is credited to the payment system specified during registration. The amount of accrual is from 5% to 10% of the contribution of your guest.

## FUND GUARANTEE PAYMENTS

We support an open market where the scale and connectivity across the spectrum of market participants are competitive strengths. We have a financial discipline "for profit" and a commitment to maintain market stability, ensure joint economies of scale, and develop markets locally and globally. We serve the public good, ensuring market efficiency and actively reducing risk.
The method of risk optimization refers to proactive management techniques related to strategic planning. Under the strategic planning refers to the study of the potential of the enterprise, forecasting the external situation, the periodic development of development scenarios and assessment of the future state of the business environment, forecasting the behavior of potential partners and actions of competitors. The obtained results make it possible to catch the trends in the relations between business entities, prepare for legislative changes in a timely manner, take the necessary measures to compensate for the losses from changing business rules, and adjust operational, tactical and strategic plans. Phased strategic risk management involves:

continuous monitoring of external conditions;
collection of information on the most significant risks for this trading session;
making adjustments to the initial risk assessment of the project, taking into account additional information on risks, changes in the external environment and in the project itself;
The formation of the guarantee payment fund is carried out with the help of investor contributions. Paid according to the terms of the package in which the investor works in the

The formation of the guaranteed payment fund is carried out with the help of investor contributions. I am assuming in the terms of the package of which the investor works in the company. Payment to the fund is mandatory for each participant of the trading session.

| Plan | The amount of payment in FW | Payment order |
|---|---|---|
| Bronze | ten% | From the total profit of all trading sessions in which the investor participated during the month |
| Silver | 12% | Before profit after each trading session. |
| Gold | 15% | Before profit after each trading session. |

In case of a negative transaction, the fund covers the deposit body + 3% of the penalty from CME Group, if the investor did not use the FGV within 90 banking days, the payments made will be returned to the payment system specified during registration. In case of failure to pay for FW, the investor is not allowed to enter trading sessions until the reasons are clarified.

✉ Subscription Center

## to send the comment

post office

Enter your message

Submit

## Who are we

Who we are CME Group is the world's leading derivatives market. The company consists of four designated contract markets (DCM). Additional information about the rules and product lists of each exchange can be found by clicking on the links to CME , CBOT , NYMEX  and  COMEX .

### Contact us ➔

Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

### Global offices ➔

### Contact us

© 2019 CME Group Inc. All rights reserved.

Career  | Site Map  | Disclaimer  | privacy policy  | Cookie Policy  | Operating conditions  | Statement on the transparency of the law on slavery

# EXHIBIT Y

HOME    RESEARCH

**DOMAINTOOLS**    PROFILE ▾    CONNECT ▾    MONITOR ▾    RESOURCES ▾    SUPPORT    Whois Lookup 🔍    ACCOUNT ▾

Home › Whois Lookup › CmE-Official.com

# Whois Record for CmE-Official.com

How does this work?

**Domain Profile**

| | |
|---|---|
| Proximity Score | 8 |
| Email | abuse@godaddy.com is associated with ~68,362,681 domains    Reverse Whois ▾ <br> cme-official.com@domainsbyproxy.com |
| Registrar | GoDaddy.com, LLC <br> IANA ID: 146 <br> URL: http://www.godaddy.com <br> Whois Server: whois.godaddy.com <br> abuse@godaddy.com <br> (p) 14806242505 |
| Registrar Status | clientTransferProhibited, clientUpdateProhibited, clientRenewProhibited, <br> clientDeleteProhibited, clientTransferProhibited, clientRenewProhibited, <br> clientTransferProhibited, clientUpdateProhibited |
| Dates | 3 days old <br> Created on 2019-07-23 <br> Expires on 2020-07-23 <br> Updated on 2019-07-23 |
| Name Servers | NS17.DOMAINCONTROL.COM (has $1,200,351 domains) <br> NS17.DOMAINCONTROL.COM (has $1,200,351 domains) <br> NS18.DOMAINCONTROL.COM (has $1,200,351 domains) <br> NS18.DOMAINCONTROL.COM (has $1,200,351 domains) |
| IP Address | 46.30.42.132 — 1 other site is hosted on this server |
| IP Location | 🇳🇱 Noord-holland - Amsterdam - Eurobyte Llc |
| ASN | 🇷🇺 AS210079 EUROBYTE Eurobyte LLC, Moscow, Russia, RU (registered Oct 11, 2018) |
| Domain Status | Registered And Active Website |
| Whois History | 3 records have been archived since 2019-07-23 |
| Hosting History | 1 change on 2 unique name servers over 0 year |
| Whois Server | whois.godaddy.com |

**Website**

| | |
|---|---|
| Website Title | None given.    Visit Website ↗ |

**Whois Record** ( last updated on 2019-07-26 )

```
Domain Name: cme-official.com
Registry Domain ID: 2415853063_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2019-07-23T08:15:26Z
Creation Date: 2019-07-23T08:15:25Z
Registrar Registration Expiration Date: 2020-07-23T08:15:25Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: cme-official.com@domainsbyproxy.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: cme-official.com@domainsbyproxy.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: cme-official.com@domainsbyproxy.com
Name Server: NS17.DOMAINCONTROL.COM
Name Server: NS18.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

DomainTools Iris <br> More data. Better context. Faster response.    Learn More

**📄 Preview the Full Domain Report**

**Tools**

| Whois History | Hosting History |
|---|---|

Monitor Domain Properties ▾

Reverse Whois Lookup ▾

| Buy This Domain ▾ | Visit Website |
|---|---|

View Screenshot History

Last checked July 26, 2019

**Available TLDs**

General TLDs    Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

■ Taken domain. <br> ■ Available domain. <br> ■ Deleted previously owned domain.

| | |
|---|---|
| CmE-Official.com | View Whois |
| CmE-Official.net | Buy Domain |
| CmE-Official.org | Buy Domain |
| CmE-Official.info | Buy Domain |
| CmE-Official.biz | Buy Domain |
| CmE-Official.us | Buy Domain |

Sitemap · Blog · Terms of Service · Privacy Policy · Contact Us · Demand News · © 2019 Demandbase

# EXHIBIT Z

CME Group

Trade    Clearing    Population    Data    Technology    Education    About Us    To come in

## Cooperation with individuals. Investment offer

Familiarize

**CME Group: A company with global markets that gives participants the ability to effectively manage risks and take advantage of opportunities in every major asset class**

Trading in **futures, options, cash** and **over-the-counter markets** ; **optimize portfolios** ; and **analyze data** in the CME Group, the world's leading and most diverse derivatives market. We are uniquely positioned to provide you with the access you need to effectively manage risk and gain opportunities in every major asset class.

Expand your opportunities with constant access to the market - in every time zone, almost 24 hours a day. All supported by the latest tools, technologies and resources needed for each step of the life cycle of trade.

**ECONOMIC RESEARCH**    SEE ALL

Immerse yourself in ideas and analysis from our experienced economists, Blu Putnam and Erik Norland, highlighting developments and trends that open up opportunities in futures and options markets.



**Three Big Equity Event Risks**

From Bluford Putnam
FEBRUARY 04, 2019

→

**Why has the Equity Index-Treasury Options Volatility Diverged?**

By erik norland
JANUARY 30, 2019

→

**Equities: Six Ways to Spot a Flagging Bull Market**

By erik norland
JANUARY 28, 2019

→

## All access, all time

Discover new trading strategies and expand your familiarity with our markets by offering tools for an active individual trader.

To begin



✉ Subscription Center

to send the comment

post office

Enter your message

Submit

**Who are we**

Who we are CME Group is the world's leading derivatives market. The company consists of four designated contract markets (DCM). Additional information about the rules and product lists of each exchange can be found by clicking on the links to CME , CBOT , NYMEX and COMEX .

**Contact us →**

Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

**Global offices →**

**Contact us**

© 2019 CME Group Inc. All rights reserved.

Career | Site Map | Disclaimer | privacy policy | Cookie Policy | Operating conditions | Statement on the transparency of the law on slavery



CME Group

Trade  Clearing  Population  Data  Technology  Education  About Us  To come in

## Login

| E-Mail Address | |
| Password | |

☐ Remember Me    **Login**

Forgot Your Password?    Have no account? Register

✉ **Subscription Center**

## to send the comment

post office

Enter your message

**Submit**

## Who are we

Who we are CME Group is the world's leading derivatives market. The company consists of four designated contract markets (DCM). Additional information about the rules and product lists of each exchange can be found by clicking on the links to CME , CBOT , NYMEX and COMEX .

**Contact us ➜**
Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

**Global offices ➜**

**Contact us**

© 2019 CME Group Inc. All rights reserved.

Career | Site Map | Disclaimer | privacy policy | Cookie Policy | Operating conditions | Statement on the transparency of the law on slavery





Case: 1:18-cv-04071 Document #: 1-1 Filed: 06/12/18 Page 54 of 70 PageID #:4584



## CME Group Global Office Contacts | CME Group Contacts

We have global distribution capabilities through our trading hubs in key market centers, and our international network of strategic partners provides further opportunities to serve a broad range of clients worldwide.

### Global Headquarters

**Chicago**

CME Group Inc.
20 South Wacker Drive
Chicago, Illinois 60606
USA
📞 +1 312 930 1000

Access in 150 Countries

Connections through 11 Global Hubs

Relationships with 12 Partner Exchanges

## CME Group Offices Worldwide

 Americas

**New York**

NYMEX World Headquarters
300 Vesey Street
New York, NY 10282
phone: +1 212 299 2000

**Washington, D.C.**

Liberty Place
325 7th Street, NW
Suite 525
Washington, D.C. 20004
phone: +1 202 638 3838

**Houston**

1000 Louisiana Street
Suite 3650
Houston, TX 77002
phone: +1 713 658 2347

**Calgary**

#1000, 888 - 3rd St. SW
Bankers Hall, West Tower
Calgary, Alberta,
T2P 5C5, Canada
phone: +403 444 6876

**São Paulo**

Avenida Paulista, 1079 – 7º Andar
São Paulo, Brazil 01311-200
phone: +55 11 2787 6279

EMEA

**London**

Fourth Floor
One New Change
London EC4M 9AF
United Kingdom
phone: +44 20 3379 3700

**Belfast**

Millennium House 5th Floor
19-25 Great Victoria Street
Belfast BT2 7AQ
United Kingdom
phone: +44 28 9089 6600

Asia

**Singapore**

One Raffles Quay
#27-10 South Tower
Singapore 048583
phone: +65 6593 5555

**Hong Kong**

Unit 7711-13, 77/F The Center
99 Queen's Road Central
Hong Kong
phone: +852 2582 2200

**Seoul**

Level 10
97, Uisadang-daero, Yeongdeungpo-gu,
Seoul, 07327, Republic of Korea
phone: +82 2 6336 6700

**Tokyo**

Level 27 Tokyo Sankei Building
1-7-2 Otemachi, Chiyoda-ku
Tokyo 100-0004
Japan
phone +81 3 3242 6233

**Beijing**

No.6 Wudinghou Street
Unit 1106
Excel Centre
Xicheng District
Beijing 100033
China
+86 10 5913 1300

**Bangalore**

Level 8, Bagmane Tridib
Block A, No. 65/2
Bagmane Tech Park
C. V. Raman Nagar
Bangalore-560093
India
+91 80 3323 2300

**Australia**

Level 36, Gateway Tower
1 Macquarie Place,
Sydney 2000
Australia
phone: +61 2 8061 3210

**Russia**

Nizhny Novgorod
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 60300





✉ Центр подписок

**Отправить отзыв**

Почта

Введите ваше сообщение

Submit

**Кто мы**

Кто мы CME Group является ведущим мировым рынком деривативов. Компания состоит из четырех обозначенных контрактных рынков (DCM). Дополнительную информацию о правилах и товарных списках каждого обмена можно найти, нажав на ссылки на CME, CBOT, NYMEX и COMEX.

**Свяжитесь с Нами →**
Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

**Глобальные офисы →**

**Свяжитесь с нами**

f  🐦  in  📷  🔴  G+

▶  УК  📌  🔲  RSS  🟢

✈

© 2019 CME Group Inc. All rights reserved.

Карьера | Карта сайта | Отказ | политика конфиденциальности | Политика в отношении файлов cookie | Условия эксплуатации | Заявление о прозрачности закона о рабстве

## Investment offer for individuals

| Plan | Yield ratio | Duration of the trading session | Referral fee | Act |
|---|---|---|---|---|
| Bronze | | | | |
| 1000-2999 $ | from 7-12% | 96 hours | 5% from guest deposit | Choose a deposit |
| $ 3000-4999 | from 13-15% | 96 hours | 5% from guest deposit | Choose a deposit |
| $ 5000-6999 | from 16-20% | 96 hours | 5% from guest deposit | Choose a deposit |
| Silver | | | | |
| $ 7000-9999 | from 21-25% | 72 hours | 7% from guest deposit | Choose a deposit |
| $ 10,000-14999 | from 26-30% | 72 hours | 7% from guest deposit | Choose a deposit |
| $ 15000-19999 | from 31-35% | 72 hours | 7% from guest deposit | Choose a deposit |
| Gold | | | | |
| $ 20,000-29999 | from 36-40% | 48 hours | 10% from guest deposit | Choose a deposit |
| $ 30000-49999 | from 41-45% | 48 hours | 10% from guest deposit | Choose a deposit |
| $ 50000-100000 | from 46-50% | 48 hours | 10% from guest deposit | Choose a deposit |
| Brilliant | | | | |
| Purchase lot | The ratio of profitability depending on the stock price at the time of the trading session. | 24 hours (1 exchange day) | | Choose a deposit |

The company accepts deposits in the cryptocurrency: Ethereum, Bitcoin. The deposit is converted according to the exchange rate at the time of entry. The accrual is made automatically on the payment system specified during registration after the end of the trading session (the body of the deposit +% yield). The accrual according to the marketing plan is made from Monday to Friday, the payment on the referral program on Saturday.

## Reservation place for the trading session

**07/29/2019 00:00**

**Entry Amount for the trading session: 1000-2999 $**
**Opening hours of your deposit: 96 hours**

Full name

ID number (received during registration)

Entry Amount

To book

**Empty seats for the trading session are governed by the amount of the lot at the time of the transaction.**
**In order to remove the reservation, contact the consultant of the company.**

Contact the manager

## PARTNERSHIP FOR PHYSICAL PERSONS

CME Group has a one-tier affiliate program for active participants and partners. Anyone can take part in the affiliate program.

**TERMS OF THE PARTNER PROGRAM**

Your age must be from 16 years.
You must be a registered investor.
Take part in trading sessions.

Invite your friends and acquaintances to CME Group and get special bonuses. By inviting new members to invest in the CME Group, you have an excellent chance to increase the amount of your profits by 50%.
One-time bonus for the guest is credited to the payment system specified during registration. The amount of accrual is from 5% to 10% of the contribution of your guest.

## FUND GUARANTEE PAYMENTS

We support an open market where the scale and connectivity across the spectrum of market participants are competitive strengths. We have a financial discipline "for profit" and a commitment to maintain market stability, ensure joint economies of scale, and develop markets locally and globally. We serve the public good, ensuring market efficiency and actively reducing risk.
The method of risk optimization refers to proactive management techniques related to strategic planning. Under the strategic planning refers to the study of the potential of the enterprise, forecasting the external situation, the periodic development of development scenarios and assessment of the future state of the business environment, forecasting the behavior of potential partners and actions of competitors. The obtained results make it possible to catch the trends in the relations between business entities, prepare for legislative changes in a timely manner, take the necessary measures to compensate for the losses from changing business rules, and adjust operational, tactical and strategic plans. Phased strategic risk management involves:

continuous monitoring of external conditions;
collection of information on the most significant risks for this trading session;
making adjustments to the initial risk assessment of the project, taking into account additional information on risks, changes in the external environment and in the project itself;
The formation of the guarantee payment fund is carried out with the help of investor contributions. Paid according to the terms of the package in which the investor works in the

| Plan | The amount of payment in FW | Payment order |
|------|------|------|
| Bronze | ten% | From the total profit of all trading sessions in which the investor participated during the month |
| Silver | 12% | Before profit after each trading session. |
| Gold | 15% | Before profit after each trading session. |

In case of a negative transaction, the fund covers the deposit body + 3% of the penalty from CME Group, if the investor did not use the FGV within 90 banking days, the payments made will be returned to the payment system specified during registration. In case of failure to pay for FW, the investor is not allowed to enter trading sessions until the reasons are clarified.

✉ Subscription Center

### to send the comment

post office

Enter your message

Submit

### Who are we

Who are we are CME Group is the world's leading derivatives market. The company consists of four designated contract markets (DCM). Additional information about the rules and product lists of each exchange can be found by clicking on the links to CME , CBOT , NYMEX and COMEX .

### Contact us ➜

Russia
"World Trade Center"
st.Kovalihinskaya 8
Nizhny Novgorod, 603006

### Global offices ➜

### Contact us

© 2019 CME Group Inc. All rights reserved.

Career | Site Map | Disclaimer | privacy policy | Cookie Policy | Operating conditions | Statement on the transparency of the law on slavery

# EXHIBIT AA

| CME Group Website | CMEtre Counterfeit Website |
|---|---|
| **Corporate logo on original website, used on top left corner** | **Infringing copy of CME Group logo used on top left corner** |



| CME Group Subscription Center | Counterfeit Website Subscription Center (translated) |
|---|---|
| https://www.cmegroup.com/ | |
| World Map with CME's corporate logo used as pins locating CME offices around the world. | World Map used on counterfeited websites |
| https://www.cmegroup.com/company/history/global-offices.html | |



**CME Website from February 4, 2019**

**Counterfeit Website**

https://web.archive.org/web/20190205042337/https://www.cmegroup.com/

# EXHIBIT AB

Side by side comparison CMEGROUP.COM & CMEGROUPRU.COM







https://www.cmegroup.com/trading/why-futures/welcome-to-e-mini-s-and-p-500-futures.html

https://www.cmegrouppru.com/kopiya-ng-prirodnyj-gaz-natural-gas

Original CMEGROUP.COM website — Infringing CMEGROUPRU.COM on WIX

https://www.cmegroup.com/trading/why-futures/welcome-to-cme-fx-futures.html

https://www.cmegrouppru.com/kopiya-kopiya-kopiya-ng-prirodnyj-g

Original CMEGROUP.COM website — Infringing CMEGROUPRU.COM on WIX

https://www.cmegroup.com/trading/why-futures/welcome-to-eurodollar-futures.html

https://www.cmegrouppru.com/kopiya-kopiya-kopiya-kopiya-ng-prir

Original CMEGROUP.COM website — Infringing CMEGROUPRU.COM on WIX

https://www.cmegroup.com/trading/why-futures/welcome-to-us-treasury-futures.html

https://www.cmegrouppru.com/kopiya-kopiya-kopiya-kopiya-kopiya-

Original CMEGROUP.COM website — Infringing CMEGROUPRU.COM on WIX



https://www.cmegroup.com/clearing/risk-management.html

https://www.cmegrouppru.com/upravlenie-riskami

**Original CMEGROUP.COM website**

https://www.cmegroup.com/clearing/financial-and-regulatory-surveillance.html

**Infringing CMEGROUPRU.COM on WIX**

https://www.cmegrouppru.com/kopiya-upravlenie-riskami

**Original CMEGROUP.COM website**

https://www.cmegroup.com/market-regulation/investigations.html

**Infringing CMEGROUPRU.COM on WIX**

https://www.cmegrouppru.com/kopiya-finansovoe-i-normativnoe-nab







| Original CMEGROUP.COM website | Infringing CMEGROUPRU.COM on WIX |
|---|---|
| Article #1 published on original website | Article #1 published on infringing website |
| Record-Long U.S. Economic Expansion — By Bluford Putnam — JULY 11, 2019 | Record-Long US Economic Expansion — From Bluford Putnam — 11 Jul 2019 |
| https://www.cmegroup.com/education/featured-reports/record-long-us-economic-expansion.html | https://www.cmegrouppru.com/kopiya-if-u-s-dollar-weakens-who-be |
| Article #2 published on original website | Article #2 published on infringing website |
| If U.S. Dollar Weakens, Who Benefits? — By Erik Norland — JULY 09, 2019 | If US Dollar Weakens, Who Benefits? — By erik norland — 9 Jul 2019 |
| https://www.cmegroup.com/education/featured-reports/if-us-dollar-weakens-who-benefits.html | https://www.cmegrouppru.com/why-has-equity-index |
| Article #3 published on original website | Article #3 published on infringing website |
| Three Big Equity Event Risks — By Bluford Putnam — FEBRUARY 04, 2019 | Theree Big Equity Event Risks — From Bluford Putnam — 9 Jul 2019 |
| https://www.cmegroup.com/education/featured-reports/videos/three-big-equity-event-risks.html | https://www.cmegrouppru.com/three-big-equity-event-risks |
| Original CMEGROUP.COM website | Original CMEGROUP.COM website |
| https://www.cmegroup.com/ | https://www.cmegrouppru.com |

# EXHIBIT AC

| CME Group Website | CMErepresentation Counterfeit Website, CME-official Counterfeit Website |
|---|---|
| **Corporate logo on original website, used on top left corner** | **Infringing copy of CME Group logo used on top left corner** |



https://www.cmegroup.com/

World Map with CME's corporate logo used as pins locating CME offices around the world.

World Map used on counterfeited websites

https://www.cmegroup.com/company/history/global-offices.html



**CME Website from February 4, 2019** | **Counterfeit Website**

https://web.archive.org/web/20190205042337/https://www.cmegroup.com/