**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc., <br><br>     Plaintiffs, <br><br> v. <br><br> Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, Ludmila Alexandrova, Viktor Kochin, Legato LLC, Regtime, Ltd., Masterhost LLC, OVH SAS, EuroByte LLC, Wix.com Ltd., Registrar of Domain Names REG.RU LLC, and Does 1-3, <br><br>     Defendants. | Civil Action No. 1:19-cv-01621 <br><br> Judge Sharon Johnson Coleman <br><br> Magistrate Judge Sheila M. Finnegan |

**NOTICE OF MOTION**

To:

| | |
|---|---|
| *Defendant Dmitro Nagovskiy* <br> Karla Marksa 122, Dnipro <br> State/Province: Dnipro <br> Postal Code: 49000 <br> Dnipro, Ukraine <br> nagovskiydmitriy@gmail.com | *Defendant Registrar of Domain    Names REG.RU LLC* <br> 125252, Moscow, passage Berozovoy Roshchi, 12, floor 2, room 4, <br> Russian Federation <br> abuse@reg.ru |
| *Defendant OVH SAS* <br> 2 rue Kellermann, <br> 59100 Roubaix <br> France <br> abuse@ovh.net | *Defendant Konstantin Chechurin* <br> str. OTKE 38/19 <br> Anadir Chukotka 689000 <br> Russian Federation <br> wallet.145.adv@gmail.com |
| *Defendant EuroByte LLC* <br> Lyublinskaya str, 42, <br> office L-507, 109387 <br> Moscow, Russian Federation <br> abuse@eurobyte.ru | *Defendant Evgeniy Golub* <br> golub.evgeniy.domen@yandex.ru |

**PLEASE TAKE NOTICE** that on July 31, 2019 at 9:00 a.m., or as soon thereafter as it may be heard, Plaintiff CME Group Inc. et al. shall appear before the Honorable Sharon Johnson Coleman or any judge sitting in her stead, in Courtroom 1241 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT, a copy of which has been filed and served upon you.

Respectfully submitted,

Dated: July 26, 2019

By: /s/ Joseph T. Kucala, Jr.
Joseph V. Norvell (Reg. No. 6225747)
Joseph T. Kucala, Jr. (Reg. No. 6275312)
Angela J. Simmons (Reg. No. 6289024)
Christian S. Morgan (Reg. No. 6327350)
Matthew D. Witsman (Reg. No. 6327790)
NORVELL IP LLC
333 S. Wabash Ave., Suite 2700
Chicago, Illinois 60604
Telephone: (888) 315-0732
Facsimile: (312) 268-5063
courts@norvellip.com

*Attorneys for Plaintiffs*
*CME Group Inc.*
*Chicago Mercantile Exchange Inc.*
*New York Mercantile Exchange, Inc.*
*Commodity Exchange, Inc.*
*Board of Trade of the City of Chicago, Inc.*
*Pivot, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and correct copies of NOTICE OF MOTION was served upon Defendants via electronic mail on July 26, 2019 to:

| | |
|---|---|
| *Defendant Dmitro Nagovskiy*<br>Karla Marksa 122, Dnipro<br>State/Province: Dnipro<br>Postal Code: 49000<br>Dnipro, Ukraine<br>nagovskiydmitriy@gmail.com | *Defendant Registrar of Domain Names REG.RU LLC*<br>125252, Moscow, passage Berozovoy Roshchi, 12, floor 2, room 4,<br>Russian Federation<br>abuse@reg.ru |
| *Defendant OVH SAS*<br>2 rue Kellermann,<br>59100 Roubaix<br>France<br>abuse@ovh.net | *Defendant Konstantin Chechurin*<br>str. OTKE 38/19<br>Anadir Chukotka 689000<br>Russian Federation<br>wallet.145.adv@gmail.com |
| *Defendant EuroByte LLC*<br>Lyublinskaya str, 42,<br>office L-507, 109387<br>Moscow, Russian Federation<br>abuse@eurobyte.ru | *Defendant Evgeniy Golub*<br>golub.evgeniy.domen@yandex.ru |

Dated: <u>July 26, 2019</u>          /s/ Joseph T. Kucala, Jr.
                                     Joseph T. Kucala, Jr.