**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, Ludmila Alexandrova, Viktor Kochin, Legato LLC, Regtime, Ltd., Masterhost LLC, OVH SAS, EuroByte LLC, Wix.com Ltd., Registrar of Domain Names REG.RU LLC, and Does 1-3, <br><br> Defendants. | Civil Action No. 1:19-cv-01621 <br><br> Judge Sharon Johnson Coleman <br><br> Magistrate Judge Sheila M. Finnegan |

## PLAINTIFFS' MOTION FOR ALTERNATIVE SERVICE

Plaintiffs CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc. and Pivot, Inc. (collectively, "CME Group") respectfully move the Court for an order authorizing alternative service via email of the pleadings filed in this case upon newly added Defendants Defendants Ludmilla Alexandrova, Viktor Kochin, Legato LLC, Regtime Ltd., Masterhost LLC, and Wix.com Ltd. (collectively, the "Foreign Defendants").[1]

CME Group has a reasonable basis to conclude that the email addresses for these Foreign Defendants are valid, and courts routinely allow alternative service via email in situations similar to this where email is the most reliable method of service to reach the

---

[1] CME Group filed a Motion for Leave to File a Third Amended Complaint on July 26, 2019 requesting leave to add these new defendants (Dkt. No. 71), and CME Group files this present Motion if the Court grants leave for the Third Amended Complaint.

1

defendants. In fact, this Court has already found sufficient basis to allow service via email of other defendants based in Russia. Because the primary purpose of service of process is to apprise defendants of the action and afford them the opportunity to present their objections, this purpose will be satisfied by service via email. Further, an order allowing service of process via email will benefit all parties and this Court by ensuring that the Foreign Defendants receive immediate notice of the pendency of this action allowing the case to move forward without unnecessary delay. In support of this Motion, CME Group states as follows:

1. On March 7, 2019, CME Group filed under seal its Complaint for various causes of action arising out of the unauthorized registration of the infringing domain names <CMErussian.com> and <CMEgroupcenter.com>, and the operation of the related counterfeit websites at www.CMErussian.com and www.CMEgroupcenter.com. That same day, the Court entered a *Temporary Restraining Order and Other Relief* based on CME Group's *Ex Parte* Motion for a Temporary Restraining Order.

2. After the filing of this action, CME Group discovered additional infringing domain names and counterfeit websites, which resulted in adding more defendants and amended pleadings.

3. On July 26, 2019, CME Group filed its Motion for Leave to File a Third Amended Complaint that seeks to add new Defendants Ludmila Alexandrova ("Alexandrova"), Viktor Kochin ("Kochin"), Legato LLC ("Legato"), Regtime Ltd. ("Regtime"), Masterhost LLC ("Masterhost"), and Wix.com Ltd. ("Wix") (collectively, the "Foreign Defendants"), which are related to and/or operate the new infringing domain names and websites at www.CMEtre.com (the "CMEtre Domain Name" and "CMEtre

Counterfeit Website"), www.CMEGROUPru.com (the "CMEGROUPru Domain Name" and "CMEGROUPru Counterfeit Website"), www.CMErepresentation.com (the "CMErepresentation Domain Name" and "CMErepresentation Counterfeit Website"), and www.CME-official.com (the "CME-official Domain Name" and "CME-official Counterfeit Website") (collectively, the "Infringing Domain Names" and "Counterfeit Websites").

4. Defendant Alexandrova registered and operates the CMEtre Domain Name and CMEtre Counterfeit Website. The Internet Corporation for Assigned Names and Numbers ("ICANN") WHOIS records identify Defendant Alexandrova as the registrant of the CMEtre Domain Name and provides her email at cmetre.adv@gmail.com, a physical address in the Russia, and likely uses the email address cmeg.group@gmail.com. In addition, Name.com, Inc., registrar for the CMEtre Domain Name, confirmed that this is the correct email and address for Defendant Alexandrova.

5. Defendant Kochin registered and operates the CMEGROUPru Domain Name and CMEGROUPru Counterfeit Website. The ICANN WHOIS records identify Defendant Kochin as the registrant of the CMEGROUPru Domain Name and provides his email at cmegroupru.com@wix-domains.com. Defendant Kochin likely resides in Russia given that the CMEGROUPru Counterfeit Website is in Russian and all other defendants in this illegitimate scheme have originated from Russia (although he may have an address in Norway).

6. Defendant Legato registered and operates the CMErepresentation Domain Name and CMErepresentation Counterfeit Website. Upon information and belief, Defendant Legato also registered and operates the CME-official Domain Name and CME-official Counterfeit Website. The ICANN WHOIS records identify Defendant Legato as the

3

registrant of the CMErepresentation Domain Name and provides its email at reg@legato.name and a physical address in Russia.

7. Defendants Alexandrova, Kochin, and Legato are required by ICANN regulations to provide valid and up to date contact information for themselves, including their email addresses. Defendants Alexandrova, Kochin, and Legato rely primarily on electronic communications to and from their email addresses to communicate with the registrars for the Infringing Domain Names, Internet Service Providers for the Counterfeit Websites and customers for the Counterfeit Websites, all of which demonstrate the reliability of this method of communication to quickly and effectively apprise Defendants Alexandrova, Kochin, and Legato of the pendency of this action.

8. Defendant Regtime is a Russian entity located in Samara, Russia, and is a domain registrar for the CMErepresentation Domain Name. Defendant Regtime's business structure and offerings are focused online and in the ecommerce space. Indeed, Defendant Regtime encourages customers to contact it online, either via email (support@regtime.net) or its website. For example, customers who wish to report abuse on Defendant Regtime's network are required to submit an online abuse report form through Defendant Regtime's email address abuse@regtime.net. As a result, it is reasonable to conclude that Defendant Regtime operates almost exclusively online and encourages its customers and third parties to contact it via email, which demonstrates the reliability of service via email for Defendant Regtime.

9. Defendant Masterhost also is a Russian entity and is located in Moscow, Russia. Defendant Masterhost is an ISP that provides website hosting services and/or related services for the CMErepresentation Counterfeit Website. Defendant Masterhost's

4

business structure and offerings are focused online and in the ecommerce space. Indeed, Defendant Masterhost encourages customers to contact it online, either via email for general questions, technical/customer support, billing, and reporting abuse (info@masterhost.ru). For example, customers who wish to report abuse on Defendant Masterhost's network are required to submit an online abuse report form through Defendant Masterhost's website, and can provide or request additional information to/from Masterhost by emailing it at support@masterhost.ru. As a result, it is reasonable to conclude that Defendant Masterhost operates almost exclusively online and encourages its customers and third parties to contact it via email, which demonstrates the reliability of service via email for Defendant Masterhost.

10. Defendant Wix is an Israeli entity located in Tel Aviv, Israel, and is a domain registrar and ISP that provides domain registration, website hosting, design, and/or related services for the CMEGROUPru Domain Name and CMEGROUPru Counterfeit Website. Defendant Wix's business structure and offerings are focused online and in the ecommerce space. Indeed, Defendant Wix also encourages its customers to contact it online, either via email (legal@wix.com) or on its website, including through its online Wix Help Center. Even more, customers who wish to report abuse on Defendant Wix's network are required to submit an online abuse report form through Defendant Wix's website, and the Wix Support team responds to such reports from their email address notifications@wixanswers.com. As a result, it is reasonable to conclude that Defendant Wix operates almost exclusively online and encourages its customers and third parties to contact it via email, which demonstrates the reliability of service via email for Defendant Wix.

5

11. An order allowing service of process via email will benefit all parties and this Court by ensuring that the Foreign Defendants receive immediate notice of the pendency of this action, including the Court's Preliminary Injunction Order, and allowing this action to move forward expeditiously. Absent CME Group's ability to serve the Foreign Defendants in this manner, these proceedings would be unnecessarily delayed as CME Group attempts to serve the Foreign Defendants at the physical addresses located in Russia and Israel mentioned above, and attempts to locate and confirm a physical address for Defendant Kochin in either Russia or Norway, and then attempt to serve Defendant Kochin at said address.

12. This Motion is based upon the Third Amended Complaint, accompanying Memorandum of Law in Support of Plaintiffs' Motion for Alternative Service and exhibits.

WHEREFORE, CME Group respectfully requests that this Court:

A. Enter an order authorizing service of process of the pleadings filed in this case upon Defendant Alexandrova via email at the email addresses cmetre.adv@gmail.com and cmeg.group@gmail.com;

B. Enter an order authorizing service of process of the pleadings filed in this case upon Defendant Kochin via email at the email address cmegroupru.com@wix-domains.com;

C. Enter an order authorizing service of process of the pleadings filed in this case upon Defendant Legato via email at the email address reg@legato.name;

D. Enter an order authorizing service of process of the pleadings filed in this case upon Defendant Regtime via email at the email addresses abuse@regtime.net and support@regtime.net;

E. Enter an order authorizing service of process of the pleadings filed in this case upon Defendant Masterhost via email at the email addresses support@masterhost.ru and info@masterhost.ru;

F. Enter an order authorizing service of process of the pleadings filed in this case upon Defendant Wix via email at the email addresses legal@wix.com and notifications@wixanswers.com;

G. Grant such further relief as may be just and equitable under the circumstances.

CME Group will submit a Proposed Order Granting Plaintiffs' *Ex Parte* Motion for Alternative Service.

Respectfully submitted,

CME GROUP INC.
CHICAGO MERCANTILE EXCHANGE INC.
NEW YORK MERCANTILE EXCHANGE, INC.
COMMODITY EXCHANGE, INC.
BOARD OF TRADE OF THE CITY OF CHICAGO, INC.
PIVOT, INC.

Dated: July 30, 2019       By: /s/ 
Joseph V. Norvell (Reg. No. 6225747)
Joseph T. Kucala, Jr. (Reg. No. 6275312)
Angela J. Simmons (Reg. No. 6289024)
Christian S. Morgan (Reg. No. 6327350)
Matthew D. Witsman (Reg. No. 6327790)

7

NORVELL IP LLC
333 S. Wabash Ave., Suite 2700
Chicago, Illinois 60604
Telephone: (888) 315-0732
Facsimile: (312) 268-5063
courts@norvellip.com

*Attorneys for Plaintiffs*
*CME Group Inc.*
*Chicago Mercantile Exchange Inc.*
*New York Mercantile Exchange, Inc.*
*Commodity Exchange, Inc.*
*Board of Trade of the City of Chicago, Inc.*
*Pivot, Inc.*