UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

CME Group lnc., et al.
                              Plaintiff,
v.                                          Case No.: 1:19−cv−01621
                                            Honorable Sharon Johnson Coleman
Dmitro Nagovskiy, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 31, 2019:

    MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 7/31/2019. Plaintiffs' motion for leave to file third amended complaint [71] and motion for alternative service [73] are granted. No appearance necessary on 8/6/2019. Status hearing is set for 9/3/2019 at 9:00 AM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.