UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, Ludmila Alexandrova, Viktor Kochin, Legato LLC, Regtime, Ltd., Masterhost LLC, OVH SAS, EuroByte LLC, Wix.com Ltd., Registrar of Domain Names REG.RU LLC, and Does 1-3, <br><br> Defendants. | Civil Action No. 1:19-cv-01621 <br><br> Judge Sharon Johnson Coleman <br><br> Magistrate Judge Sheila M. Finnegan |

## RETURN OF SERVICE UPON DEFENDANT LEGATO LLC

Pursuant to Rule 4(I)(1) and (2) of the Federal Rules of Civil Procedure, Plaintiffs CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc. hereby submit to the Court the executed Return of Service upon Defendant Legato LLC.

Respectfully submitted,

Dated: August 15, 2019

By: /s/ Christian S. Morgan

Joseph V. Norvell (Reg. No. 6225747)
Joseph T. Kucala, Jr. (Reg. No. 6275312)
Angela J. Simmons (Reg. No. 6289024)
Christian S. Morgan (Reg. No. 6327350)
Matthew D. Witsman (Reg. No. 6327790)
NORVELL IP LLC
333 S. Wabash Ave., Suite 2700

Chicago, Illinois 60604
Telephone: (888) 315-0732
Facsimile: (312) 268-5063
courts@norvellip.com

*Attorneys for Plaintiffs*
*CME Group Inc.*
*Chicago Mercantile Exchange Inc.*
*New York Mercantile Exchange, Inc.*
*Commodity Exchange, Inc.*
*Board of Trade of the City of Chicago, Inc.*
*Pivot, Inc.*

Case: 1:19-cv-01621 Document #: 77 Filed: 08/15/19 Page 2 of 7 PageID #:5372

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Return of Service Upon Defendant Legato LLC was filed on August 15, 2019, and served upon Defendant Legato LLC via email at:

*Legato LLC*
reg@legato.name

Date: August 15, 2019                                              By: /s/ Christian S. Morgan

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc.

V.

Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, Ludmila Alexandrova, Viktor Kochin, Legato LLC, Regtime, Ltd., Masterhost LLC, OVH SAS, EuroByte LLC, Wix.com Ltd., Registrar of Domain Names REG.RU LLC, and Does 1-3.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:19-cv-01621

ASSIGNED JUDGE: Sharon Johnson Coleman

DESIGNATED MAGISTRATE JUDGE: Sheila M. Finnegan

TO: (Name and address of Defendant)

Legato LLC
Moskovskoe shosse 17, Floor 21,
Samara, Samara 443013, Russian Federation
reg@legato.name

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph T. Kucala, Jr.
Norvell IP llc
333 South Wabash, Ste 2700
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



August 2, 2019

(B...) DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE: August 5, 2019 |
| NAME OF SERVER *(PRINT)*: Luis E. Moreau | TITLE: Paralegal at Norvell IP LLC, attorneys for Plaintiffs |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Documents were served on Defendant Legato LLC via email on August 5, 2019, as expressly authorized by Court Order dated July 31, 2019. The documents served are identified in Exhibit A attached hereto. All documents sent via email were delivered and I did not receive any delivery error or "bounce back" messages.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0.00 | 0.00 | 0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 5, 2019     /s/Luis E. Moreau/
             *Date*                    *Signature of Server*

333 S Wabash Ave, Ste 2700, Chicago, IL 60604
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, Ludmila Alexandrova, Viktor Kochin, Legato LLC, Regtime, Ltd., Masterhost LLC, OVH SAS, EuroByte LLC, Wix.com Ltd., Registrar of Domain Names REG.RU LLC, and Does 1-3, <br><br> Defendants. | Civil Action No. 1:19-cv-01621 <br><br> Judge Sharon Johnson Coleman <br><br> Magistrate Judge Sheila M. Finnegan |

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the following documents have been served upon Defendant Legato LLC via email (reg@legato.name):

- Third Amended Complaint for Willful Trademark Counterfeiting, Trademark Infringement, Dilution, Unfair Competition, Cybersquatting, Anti-Phishing, Copyright Infringement, Violation of DMCA, and Illinois State and Common Law Causes of Action (filed July 31, 2019).
- Exhibits to the Third Amended Complaint (filed July 31, 2019).
- Minute Entry authorizing alternative service via email (issued July 31, 2019).
- Summons in a Civil Case – Legato LLC (issued August 2, 2019).
- Court Order Granting Plaintiff's' Motion To Convert Temporary Restraining Order To Preliminary Injunction (issued on April 8, 2019).

Date: August 15, 2019                         By: /s/ Christian S. Morgan