**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc., | Civil Action No. 1:19-cv-01621 |
| Plaintiffs, | Judge Sharon Johnson Coleman |
| v. | Magistrate Judge Sheila M. Finnegan |
| Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, Ludmila Alexandrova, Viktor Kochin, Legato LLC, Regtime, Ltd., Masterhost LLC, OVH SAS, EuroByte LLC, Wix.com Ltd., Registrar of Domain Names REG.RU LLC, and Does 1-3, | |
| Defendants. | |

## RETURN OF SERVICE UPON DEFENDANT LUDMILA ALEXANDROVA

Pursuant to Rule 4(I)(1) and (2) of the Federal Rules of Civil Procedure, Plaintiffs

CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange,

Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot,

Inc. hereby submit to the Court the executed Return of Service upon Defendant Ludmila

Alexandrova.

Respectfully submitted,

Dated:  August 15, 2019      By: /s/ Christian S. Morgan

Joseph V. Norvell (Reg. No. 6225747)
Joseph T. Kucala, Jr. (Reg. No. 6275312)
Angela J. Simmons (Reg. No. 6289024)
Christian S. Morgan (Reg. No. 6327350)
Matthew D. Witsman (Reg. No. 6327790)
NORVELL IP LLC
333 S. Wabash Ave., Suite 2700

Chicago, Illinois 60604
Telephone:    (888) 315-0732
Facsimile:      (312) 268-5063
courts@norvellip.com

*Attorneys for Plaintiffs*
*CME Group Inc.*
*Chicago Mercantile Exchange Inc.*
*New York Mercantile Exchange, Inc.*
*Commodity Exchange, Inc.*
*Board of Trade of the City of Chicago, Inc.*
*Pivot, Inc.*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing

Return of Service Upon Defendant Ludmila Alexandrova was filed on August 15, 2019,

and served upon Defendant Alexandrova via email at:

> *Ludmila Alexandrova*
> cmetre.adv@gmail.com
> cmeg.group@gmail.com

Date: <u>August 15, 2019</u>                    By: <u>/s/ Christian S. Morgan</u>

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CME Group Inc., Chicago Mercantile Exchange Inc.,
New York Mercantile Exchange, Inc., Commodity
Exchange, Inc., Board of Trade of the City of Chicago,
Inc., and Pivot, Inc.

CASE NUMBER:     1:19-cv-01621

V.

ASSIGNED JUDGE:     Sharon Johnson Coleman

Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy
Golub, Ludmila Alexandrova, Viktor Kochin, Legato
LLC, Regtime, Ltd., Masterhost LLC, OVH SAS,
EuroByte LLC, Wix.com Ltd., Registrar of Domain
Names REG.RU LLC, and Does 1-3.

DESIGNATED
MAGISTRATE JUDGE:     Sheila M. Finnegan

TO: (Name and address of Defendant)

Ludmila Alexandrova
Parkovaa 11/79, Balashiha, Moskovski 105173, Russian Federation
cmetre.adv@gmail.com
cmeg.group@gmail.com

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph T. Kucala, Jr.
Norvell IP llc
333 South Wabash, Ste 2700
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.



T                                                                                     August 2, 2019

(B                                                                                    DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | August 5, 2019 |
| NAME OF SERVER (PRINT)      Luis E. Moreau | TITLE | Paralegal at Norvell IP LLC, attorneys for Plaintiffs |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☒  Other (specify): _____ Documents were served on Defendant Ludmila Alexandrova via email on August 5, 2019, as expressly

authorized by Court Order dated July 31, 2019. The documents served are identified in Exhibit A attached hereto. All

documents sent via email were delivered and I did not receive any delivery error or "bounce back" messages.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL          0.00 | SERVICES          0.00 | TOTAL  0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     August 5, 2019          /s/Luis E. Moreau/
_____          _____
            Date                                        *Signature of Server*


            333 S Wabash Ave, Ste 2700, Chicago, IL 60604
            _____
                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, Ludmila Alexandrova, Viktor Kochin, Legato LLC, Regtime, Ltd., Masterhost LLC, OVH SAS, EuroByte LLC, Wix.com Ltd., Registrar of Domain Names REG.RU LLC, and Does 1-3, <br><br> Defendants. | Civil Action No. 1:19-cv-01621 <br><br> Judge Sharon Johnson Coleman <br><br> Magistrate Judge Sheila M. Finnegan |

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the following documents have been served upon Defendant Ludmila Alexandrova via email (cmetre.adv@gmail.com; cmeg.group@gmail.com):

- Third Amended Complaint for Willful Trademark Counterfeiting, Trademark Infringement, Dilution, Unfair Competition, Cybersquatting, Anti-Phishing, Copyright Infringement, Violation of DMCA, and Illinois State and Common Law Causes of Action (filed July 31, 2019).
- Exhibits to the Third Amended Complaint (filed July 31, 2019).
- Minute Entry authorizing alternative service via email (issued July 31, 2019).
- Summons in a Civil Case – Ludmila Alexandrova (issued August 2, 2019).
- Court Order Granting Plaintiff's' Motion To Convert Temporary Restraining Order To Preliminary Injunction (issued on April 8, 2019).

Date: August 15, 2019                                    By: /s/ Christian S. Morgan