# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc., | |
| Plaintiffs, | Civil Action No. 1:19-cv-01621 |
| v. | Judge Sharon Johnson Coleman |
| Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, Ludmila Alexandrova, Viktor Kochin, Legato LLC, Regtime, Ltd., Masterhost LLC, OVH SAS, EuroByte LLC, Wix.com Ltd., Registrar of Domain Names REG.RU LLC, and Does 1-3, | Magistrate Judge Sheila M. Finnegan |
| Defendants. | |

## RETURN OF SERVICE UPON DEFENDANT VIKTOR KOCHIN

Pursuant to Rule 4(I)(1) and (2) of the Federal Rules of Civil Procedure, Plaintiffs

CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange,

Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot,

Inc. hereby submit to the Court the executed Return of Service upon Defendant Viktor

Kochin.

Respectfully submitted,

Dated:  August 16, 2019     By: /s/ Christian S. Morgan

Joseph V. Norvell (Reg. No. 6225747)
Joseph T. Kucala, Jr. (Reg. No. 6275312)
Angela J. Simmons (Reg. No. 6289024)
Christian S. Morgan (Reg. No. 6327350)
Matthew D. Witsman (Reg. No. 6327790)
NORVELL IP LLC
333 S. Wabash Ave., Suite 2700

Chicago, Illinois 60604
Telephone:    (888) 315-0732
Facsimile:    (312) 268-5063
courts@norvellip.com

*Attorneys for Plaintiffs*
*CME Group Inc.*
*Chicago Mercantile Exchange Inc.*
*New York Mercantile Exchange, Inc.*
*Commodity Exchange, Inc.*
*Board of Trade of the City of Chicago, Inc.*
*Pivot, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Return of Service Upon Defendant Viktor Kochin was filed on August 16, 2019, and served upon Defendant Viktor Kochin via email at:

> *Viktor Kochin*
> cmegroupru.com@wix-domains.com
> kochin86vik@gmail.com

Date: August 16, 2019                                    By: /s/ Christian S. Morgan

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CME Group Inc., Chicago Mercantile Exchange Inc.,
New York Mercantile Exchange, Inc., Commodity
Exchange, Inc., Board of Trade of the City of Chicago,
Inc., and Pivot, Inc.

V.

Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy
Golub, Ludmila Alexandrova, Viktor Kochin, Legato
LLC, Regtime, Ltd., Masterhost LLC, OVH SAS,
EuroByte LLC, Wix.com Ltd., Registrar of Domain
Names REG.RU LLC, and Does 1-3.

CASE NUMBER:  1:19-cv-01621

ASSIGNED JUDGE:  Sharon Johnson Coleman

DESIGNATED
MAGISTRATE JUDGE:  Sheila M. Finnegan

TO: (Name and address of Defendant)

Viktor Kochin
cmegroupru.com@wixdomains.com

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph T. Kucala, Jr.
Norvell IP llc
333 South Wabash, Ste 2700
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.



August 2, 2019

(B                                                                                          DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE   August 12, 2019 |
| NAME OF SERVER *(PRINT)*   Luis E. Moreau | TITLE   Paralegal at Norvell IP LLC, attorneys for Plaintiffs |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify):       Documents were served on Defendant Viktor Kochin via email on August 12, 2019, as expressly authorized by Court Order dated July 31, 2019. The documents served are identified in Exhibit A attached hereto. All documents sent via email were delivered and I did not receive any delivery error or "bounce back" messages and delivery to Kochin was confirmed by Defendant Wix.

## STATEMENT OF SERVICE FEES

| TRAVEL   0.00 | SERVICES   0.00 | TOTAL   0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    August 16, 2019                    /s/Luis E. Moreau/
_____            _____
                 Date                                          *Signature of Server*

                                       333 S Wabash Ave, Ste 2700, Chicago, IL 60604
                                      _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc., | Civil Action No. 1:19-cv-01621 |
| Plaintiffs, | Judge Sharon Johnson Coleman |
| v. | Magistrate Judge Sheila M. Finnegan |
| Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, Ludmila Alexandrova, Viktor Kochin, Legato LLC, Regtime, Ltd., Masterhost LLC, OVH SAS, EuroByte LLC, Wix.com Ltd., Registrar of Domain Names REG.RU LLC, and Does 1-3, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the following documents have been served upon Defendant Viktor Kochin via email (cmegroupru.com@wix-domains.com):

- Third Amended Complaint for Willful Trademark Counterfeiting, Trademark Infringement, Dilution, Unfair Competition, Cybersquatting, Anti-Phishing, Copyright Infringement, Violation of DMCA, and Illinois State and Common Law Causes of Action (filed July 31, 2019).
- Exhibits to the Third Amended Complaint (filed July 31, 2019).
- Minute Entry authorizing alternative service via email (issued July 31, 2019).
- Summons in a Civil Case – Viktor Kochin (issued August 2, 2019).
- Court Order Granting Plaintiff's' Motion To Convert Temporary Restraining Order To Preliminary Injunction (issued on April 8, 2019).

Date: <u>August 16, 2019</u>                    By: <u>/s/ Christian S. Morgan</u>