**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title:  Case Number: 19 cv 01621

CME GROUP, INC., *et al*. v. DMITRO NAGOVITSY, *et al*.

An appearance is hereby filed by the undersigned as attorney for: Wix.com, Ltd.

Attorney name (type or print): Brian W. Norkett

Firm: Litchfield Cavo LLP

Street address: 303 West Madison Street, Suite 300

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6195461  Telephone Number: (312) 781-6685
(See item 3 in instructions)

Email Address: Norkett@litchfieldcavo.com

| | |
|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes ☒ No |
| Are you acting as local counsel in this case? | ☒ Yes ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes ☒ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on

Attorney signature:  S/Brian W. Norkett
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015