**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | |
|---|---|
| CME GROUP, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:19-cv-01621 |
| ) | |
| v. ) | Hon. Sharon Coleman Johnson |
| ) | |
| DMITRO NAGOVITSY, *et al.*, ) | Magistrate Judge Shelia M. Finnegan |
| ) | |
| Defendants. ) | |

**DEFENDANT WIX.COM, LTD.'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD TO THIRD AMENDED COMPLAINT**

Defendant Wix.com, Ltd. ("Wix"), by its counsel, Brian W Norkett and Bryan E. Curry of Litchfield Cavo LLP, moves this Court pursuant to Federal Rule of Civil Procedure 6(b) for an extension of time of 21 days, or up to and including September 24, 2019, in which to answer or otherwise plead to the Plaintiff's Third Amended Complaint.

1. Plaintiffs' Third Amended Complaint (Docket #75), was filed July 31, 2019, and asserts claims for willful trademark counterfeiting, trademark infringement, dilution, unfair competition, cybersquatting, anti-phishing, copyright infringement, violation of DMCA, and Illinois state and common law causes of action against a number of defendants.

2. The Third Amended Complaint is some 66 pages long, and contains an additional 632 pages of attached exhibits. (Docket #75, #75-1 and #75-2.)

3. A return of service was filed (Docket # 81) indicating that service was made, by alternative means, on Wix with the responsive pleading due on August 26, 2019. However, counsel for Wix was retained only today to represent Wix, an Israeli corporation in the business, inter alia, of web hosting, and therefore counsel for Wix requires an additional 21 days in which

to undertake the necessary factual and legal investigation into this matter in order to meaningfully respond to the Third Amended Complaint.

4. Counsel for Wix has contacted counsel for Plaintiffs but, as of the time of this filing, they have not responded as to whether or not they oppose the requested extension of time.

5. Plaintiffs will not be prejudiced by the granting of this modest extension of time.

WHEREFORE, Wix.com, Ltd. respectfully requests that this Court grant its request for an extension of 21 days, up to and including September 24, 2019, in which to answer or otherwise plead to the Plaintiffs' Third Amended Complaint.

Dated: September 3, 2019

        Respectfully submitted,

        Wix.com, Ltd.

        By: */s/ Brian W. Norkett*
            Brian W. Norkett
            Counsel for Wix.com, Ltd.

Brian W. Norkett (6195461)
Bryan E. Curry (6255803)
Litchfield Cavo, LLP
303 W. Madison Street, Suite 300
Chicago, IL 60606
t 312-781-6685 (Norkett)
t 312-781-6678 (Curry)
f 312-781-6630
norkett@litchfieldcavo.com
curry@litchfieldcavo.com

**CERTIFICATE OF SERVICE**

    I, Brian W. Norkett, an attorney, hereby certified that a true and correct copy of the above and foregoing Defendant Wix.com, Ltd. Motion for Enlargement of Time to Answer or Otherwise Plead to Third Amended Complaint was electronically filed on September 3, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                s/  Brian W. Norkett

Brian W. Norkett (6195461)
Bryan E. Curry (6255803)
Litchfield Cavo, LLP
303 W. Madison Street, Suite 300
Chicago, IL 60606
t 312-781-6685 (Norkett)
t 312-781-6678 (Curry)
f 312-781-6630
norkett@litchfieldcavo.com
curry@litchfieldcavo.com