UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

CME Group lnc., et al.

          Plaintiff,

v.                Case No.: 1:19–cv–01621
                Honorable Sharon Johnson Coleman

Dmitro Nagovskiy, et al.

          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 3, 2019:

  MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 9/3/2019. Defendants did not appear nor contact the court. The Court enters default as to all defendants. Prove Up Hearing is set for 9/24/2019 at 9:00 AM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.