UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

CME Group lnc., et al.
                                    Plaintiff,
v.                                                    Case No.: 1:19–cv–01621
                                                      Honorable Sharon Johnson Coleman
Dmitro Nagovskiy, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 10, 2019:

  MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 9/10/2019. Defendant Wix.com Ltd.'s motion for enlargement of time to answer or otherwise plead to third amended complaint [85] is granted. Responsive pleadings to be filed by 9/24/2019. Prove Up hearing set for 9/24/2019 is stricken and reset to 9/26/2019 at 9:00 AM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.