# Exhibit A

| Mark | Reg. No. | Int'l Classes | Status |
|------|----------|---------------|--------|
| **CME®** | 1,085,681 | 36 | Incontestable |
| **CME®** | 3,084,640 | 9 & 42 | Incontestable |
| **CME GROUP®** | 3,367,684 | 36 | Incontestable |
| **CME DATAMINE®** | 3,352,992 | 36 | Incontestable |
| **CME GLOBEX®** | 3,193,924 | 36 | Incontestable |
| **CME DIRECT®** | 4,358,467 | 9, 36 & 42 | Registered |
| **CME GROUP®** | 4,544,078 | 9, 36 & 42 | Registered |
| 🌐**CME Group ®** | 4,544,077 | 9, 36 & 42 | Registered |
| **CME CLEARPORT®** | 4,535,988 | 9, 36 & 42 | Registered |
| **CME PIVOT®** | 5,376,163 | 9, 35, 38 & 42 | Registered |
| **CBOT ®** | 1,716,422 | 36 | Incontestable |
| **NYMEX®** | 1,731,593 | 36 | Incontestable |
| **NYMEX®** | 2,656,475 | 36 | Incontestable |
| **NYMEX ®** | 3,436,974 | 36 | Incontestable |
| **COMEX®** | 1,036,378 | 36 | Incontestable |
| **COMEX®** | 5,483,800 | 36 | Registered |
| 🌐**®** | 4,369,249 | 9, 36 & 42 | Registered |
| **CLEARPORT®** | 3,388,102 | 9, 36 & 42 | Incontestable |
| **GLOBEX®** | 1,576,888 | 42 | Incontestable |
| **GLOBEX®** | 2,448,961 | 36 | Incontestable |
| **GLOBEX®** | 4,684,887 | 36 | Incontestable |
| **GLOBEX®** | 5,166,758 | 9 | Registered |
| **E-MINI®** | 2,969,965 | 36 | Incontestable |
| **PIVOT®** | 3,569,041 | 9, 35, 38 & 42 | Incontestable |