**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, Ludmila Alexandrova, Viktor Kochin, Legato LLC, Wix.com Ltd., Regtime, Ltd., Masterhost LLC, OVH SAS, EuroByte LLC, Registrar of Domain Names REG.RU LLC, and Does 1-3, <br><br> Defendants. | Civil Action No. 1:19-cv-01621 <br><br> Judge Sharon Johnson Coleman <br><br> Magistrate Judge Sheila M. Finnegan |

**DECLARATION OF ANGELA J. SIMMONS**

I, Angela J. Simmons, hereby declare and state as follows:

1. I am a full-time attorney employed by Norvell IP llc, which represents the Plaintiffs in the above-referenced litigation. This declaration is submitted in support of Plaintiffs' Motion for Default Judgment. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify as to all matters set forth herein.

2. Verisign, Inc. ("Verisign") is a domain name registry operator for .com top-level domains and has contractual relationships with domain name registrars that provide domain name registration services to register <.com> domain names. Specifically, Verisign has contractual relationships with GoDaddy.com, LLC, Name.com, Inc., Wix.com Inc., and Defendants REG.RU and Regtime, which are the domain name registrars for the

1

<CMErussia.com>, <CMErussians.com>, <CMEgroupcenters.com>, <CMEtre.com>, <CMEgroupru.com>, <CMErepresentation.com>, and <CME-official.com> domain names at issue in this case.

3. On June 6, 2019, Norvell IP, on behalf of Plaintiffs, sent a letter to Verisign to advise Verisign of this pending litigation and request their cooperation in connection with the transfer of the <CMErussia.com> domain name and removal of the infringing content located at the related www.CMErussia.com website.

4. On June 6, 2019, Ms. Helen Lee, Director and Senior Corporate Counsel at Verisign sent an email to me in response to our letter and the email confirmed that Verisign would comply with a Court order directing it to take action within its technical capabilities. Based on that email exchange, I had a telephone conversation with Ms. Lee later that day.

5. During the June 6th call, and in a subsequent call Ms. Lee and I had on June 18th, Ms. Lee stated that Verisign, Inc. would comply with a Court order and specifically stated that Verisign would comply with a Court order that instructed Verisign to change the registrars of record for the domain names listed in a Court order to a registrar of Plaintiffs' choice.

6. On June 6th, Ms. Lee also provided the following language to Plaintiffs' counsel via email to be included in the Court order to ensure compliance with the order by Verisign:

> The domain name registries for the [CMErussia.com, CMErussians.com, CMEgroupcenters.com, <CMEtre.com>, <CMEgroupru.com>, <CMErepresentation.com>, and <CME-official.com> domain names], including, but not limited to, [VeriSign, Inc.], within five (5) business days of receipt of this Order shall unlock if necessary and change the registrar of record for the [CMErussia.com, CMErussians.com, CMEgroupcenters.com, <CMEtre.com>,

2

&lt;CMEgroupru.com&gt;, &lt;CMErepresentation.com&gt;, and &lt;CME-official.com&gt; domain names] to a registrar of Plaintiff[s'] selection.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and this Declaration was executed on September 23, 2019 at Northfield, Illinois.

Dated: September 23, 2019          /s/Angela J. Simmons