**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc., and Pivot, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Dmitro Nagovskiy, Konstantin Chechurin, Evgeniy Golub, Ludmila Alexandrova, Viktor Kochin, Legato LLC, Wix.com Ltd., Regtime, Ltd., Masterhost LLC, OVH SAS, EuroByte LLC, Registrar of Domain Names REG.RU LLC, and Does 1-3, <br><br> Defendants. | Civil Action No. 1:19-cv-01621 <br><br> Judge Sharon Johnson Coleman <br><br> Magistrate Judge Sheila M. Finnegan |

**NOTICE OF PRESENTMENT OF PLAINTIFFS' MOTION TO FILE MEMORANDUM IN EXCESS OF 15 PAGES IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

PLEASE TAKE NOTICE that on Thursday, September 26, 2019 at 9:00am, counsel for Plaintiffs CME Group Inc., Chicago Mercantile Exchange Inc., New York Mercantile Exchange, Inc., Commodity Exchange, Inc., Board of Trade of the City of Chicago, Inc. and Pivot, Inc. (collectively, "CME Group") shall appear before the Honorable Sharon Johnson Coleman, United States District Judge, in Courtroom 1425, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present this Motion to File Memorandum in Excess of 15 Pages in Support of Plaintiffs' Motion for Default Judgment.

1

|  |  |
|---|---|
|  | Respectfully submitted,<br><br>CME GROUP INC.<br>CHICAGO MERCANTILE EXCHANGE INC.<br>NEW YORK MERCANTILE EXCHANGE, INC.<br>COMMODITY EXCHANGE, INC.<br>BOARD OF TRADE OF THE CITY OF CHICAGO, INC.<br>PIVOT, INC. |
| Dated: <u>September 23, 2019</u> | By: <u>/s/ Christian S. Morgan</u><br>Joseph V. Norvell (Reg. No. 6225747)<br>Joseph T. Kucala, Jr. (Reg. No. 6275312)<br>Angela J. Simmons (Reg. No. 6289024)<br>Christian S. Morgan (Reg. No. 6327350)<br>Matthew D. Witsman (Reg. No. 6327790)<br>NORVELL IP LLC<br>333 S. Wabash Ave., Suite 2700<br>Chicago, Illinois 60604<br>Telephone:   (888) 315-0732<br>Facsimile:    (312) 268-5063<br>courts@norvellip.com<br><br>*Attorneys for Plaintiffs*<br>*CME Group Inc.*<br>*Chicago Mercantile Exchange Inc.*<br>*New York Mercantile Exchange, Inc.*<br>*Commodity Exchange, Inc.*<br>*Board of Trade of the City of Chicago, Inc.*<br>*Pivot, Inc.* |