UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

CME Group lnc., et al.

                          Plaintiff,

v.                                              Case No.: 1:19–cv–01621
                                                    Honorable Sharon Johnson Coleman

Dmitro Nagovskiy, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 26, 2019:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Prove up hearing held on 9/26/2019. Defendant Wix.com, Ltd.'s agreed motion for enlargement of time to answer or otherwise plead [89] is granted. Responsive pleadings to be filed by 10/8/2019. Plaintiffs' motion to file memorandum in excess of 15 pages [91] is granted. Plaintiffs' motion for default judgment as to the remaining defendants [92] is granted. Enter Judgment Order. Status hearing is set for 10/18/2019 at 9:00 AM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.