**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | |
|---|---|
| CME GROUP, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:19-cv-01621 |
| ) | |
| v. ) | Hon. Sharon Coleman Johnson |
| ) | |
| DMITRO NAGOVITSY, *et al.*, ) | Magistrate Judge Shelia M. Finnegan |
| ) | |
| Defendants. ) | |

**DEFENDANT WIX.COM, LTD.'S AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD TO THIRD AMENDED COMPLAINT**

Defendant Wix.com, Ltd. ("Wix"), by its counsel, Brian W Norkett and Bryan E. Curry of Litchfield Cavo LLP, moves this Court pursuant to Federal Rule of Civil Procedure 6(b) and pursuant to its agreement with counsel for the Plaintiffs for an extension of time of 14 days, or up to and including October 22, 2019, in which to answer or otherwise plead to the Plaintiffs' Third Amended Complaint.

1. Plaintiffs' Third Amended Complaint (Docket #75) asserts claims for willful trademark counterfeiting, trademark infringement, dilution, unfair competition, cybersquatting, anti-phishing, copyright infringement, violation of DMCA, and Illinois state and common law causes of action against a number of defendants.

2. This Court previously granted Wix an enlargement of time until October 8, 2019 to answer or otherwise respond to the Plaintiff's Complaint (Docket # 95).

3. However, the parties still require an additional extension of time in order to continue to work together to see if they can reach an accord with respect to the disposition of this matter. It is expected that an additional 14 days, or up to and including October 22, 2019 will allow Wix and the Plaintiffs to fully resolve this matter as between them.

4. Counsel for the Plaintiffs agrees to the requested extension of time to respond and has consented to his electronic signature appearing on this Motion.

5. Granting this Motion will not delay the Plaintiffs' prosecution of this case against the other Defendants.

6. The Court and the other parties will not be prejudiced by the granting of this modest extension of time.

WHEREFORE, Wix.com, Ltd. respectfully requests that this Court grant its request for an extension of 14 days, up to and including October 22, 2019, in which to answer or otherwise plead to the Plaintiffs' Third Amended Complaint.

Dated: October 8, 2019

Respectfully submitted,

Wix.com, Ltd.

By: */s/ Brian W. Norkett*
    Brian W. Norkett
    Counsel for Wix.com, Ltd.

Respectfully submitted,

CME GROUP INC., CHICAGO MERCANTILE EXCHANGE INC., NEW YORK MERCANTILE EXCHANGE, INC. COMMODITY EXCHANGE, INC., BOARD OF TRADE OF THE CITY OF CHICAGO, INC., and PIVOT, INC.

By: */s/ Christian Morgan*
    Christian Morgan
    Counsel for Plaintiffs

Brian W. Norkett (6195461)
Bryan E. Curry (6255803)
Litchfield Cavo, LLP
303 W. Madison Street, Suite 300
Chicago, IL 60606
t 312-781-6685 (Norkett)
t 312-781-6678 (Curry)
f 312-781-6630
norkett@litchfieldcavo.com
curry@litchfieldcavo.com

## **CERTIFICATE OF SERVICE**

    I, Brian W. Norkett, an attorney, hereby certified that a true and correct copy of the above and foregoing Defendant Wix.com, Ltd. Motion for Enlargement of Time to Answer or Otherwise Plead to Third Amended Complaint was electronically filed on October 8, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                      */s/ Brian W. Norkett*

Brian W. Norkett (6195461)
Bryan E. Curry (6255803)
Litchfield Cavo, LLP
303 W. Madison Street, Suite 300
Chicago, IL 60606
t 312-781-6685 (Norkett)
t 312-781-6678 (Curry)
f 312-781-6630
norkett@litchfieldcavo.com
curry@litchfieldcavo.com