# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CME GROUP, INC. *et. al.* | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:19-cv-01621 |
| | ) | |
| v. | ) | Judge Sharon Coleman Johnson |
| | ) | |
| DMITRO NAGOVITSY, *et al.* | ) | Magistrate Judge Shelia Finnegan |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF MOTION**

To:   All Counsel of Record.

YOU ARE HEREBY NOTIFIED that on <u>October 18, 2019</u>, at <u>9:00 a.m.</u>, we shall appear before the Honorable Sharon Coleman Johnson, or any judge sitting in her stead, in Courtroom 1241 located at 219 South Dearborn Street, Chicago, Illinois 60604, and there present Defendant Wix.com, Ltd.'s Agreed Motion for Enlargement of Time to Answer or Otherwise Plead to Third Amended Complaint, a copy of which is hereby served upon you.


By:   /s/ Brian W. Norkett



Brian W. Norkett (6195461)
Bryan E. Curry (6255803)
Attorneys for Defendant Wix.com, Ltd.
Litchfield Cavo, LLP
303 W. Madison Street, Suite 300
Chicago, IL 60606
t 312-781-6685 (Norkett)
t 312-781-6678 (Curry)
f 312-781-6630
norkett@litchfieldcavo.com
curry@litchfieldcavo.com

## CERTIFICATE OF SERVICE

I, Brian W. Norkett, an attorney, hereby certified that a true and correct copy of the above and foregoing Notice of Motion was electronically filed on October 8, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

s/ Brian W. Norkett

Brian W. Norkett (6195461)
Bryan E. Curry (6255803)
Litchfield Cavo, LLP
303 W. Madison Street, Suite 300
Chicago, IL 60606
t 312-781-6685 (Norkett)
t 312-781-6678 (Curry)
f 312-781-6630
norkett@litchfieldcavo.com
curry@litchfieldcavo.com