**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

CME Group lnc., et al.
                              Plaintiff,

v.                                           Case No.: 1:19−cv−01621
                                                       Honorable Sharon Johnson Coleman

Dmitro Nagovskiy, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 18, 2019:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 10/18/2019. The parties stated on the record that they have engaged in settlement negotiations and have agreed to terms. Case is dismissed without prejudice for 30 days. If no motion to reinstate is filed by 11/18/2019, the dismissal shall automatically convert to one with prejudice with no further action by the court. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.